# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document relates to:

Case No. 9:08-cv-80465-KAM

DOES (1-144), PEREZES (1-95), PEREZES (96-795), and Carmen Tulia
Cordoba Cuesta et al.

Plaintiffs,
v.

CHIQUITA BRANDS INTERNATIONAL, INC. ET AL

Defendants

_____/


## THIRD AMENDED COMPLAINT

In response to this Court's June 3, 2011 Opinion and Order granting leave to

amend the First Amended Complaint ("FAC"), Plaintiffs amended the FAC.

Plaintiffs amended their allegations in various ways to conform to that Order,

1

including by removing a cause of action under Colombian law.  *See* FAC ¶ 601

(wrongful death under "the laws of Colombia").  But in doing so, Plaintiffs

"expressly reserve[d] their right to seek reconsideration of and/or appeal any or all

such issues and, where appropriate, amend their allegations based on the results of

any such reconsideration or appeal."  *See* Second Amended Complaint ("SAC") at

pp. 1-2.  Plaintiffs now amend the SAC pursuant to the Court's March 27, 2012

Order Granting in Part and Denying in Part Plaintiffs' Motion for Reconsideration,

which allows Plaintiffs "to include the Colombia-law claims."  Plaintiffs also take

this opportunity to amend the SAC in other ways, including by adding new parties.

## I. <u>INTRODUCTION</u>

1.      Plaintiffs are all legal representatives for and wrongful death

beneficiaries of the decedents described herein who were executed by the terrorist

groups receiving material support from Defendants. The original Plaintiffs to this

action are Jane and John Does 1-144, who are the legal heirs to, and wrongful

death beneficiaries of, decedents Peter Does 1-144.  Juana and Juan Perezes 1-95

joined the First Amended Complaint as the legal heirs to, and wrongful death

beneficiaries of, Pablo Perezes 1-95.  Juana and Juan Perezes 96-795 and 1215

named Plaintiffs now join the Third Amended Complaint as the legal heirs to, and

wrongful death beneficiaries of, Pablo Perezes 96-795 and 972[1] named decedents.
In addition, 18 Plaintiffs join the Third Amended Complaint as additional legal
heirs to and wrongful death beneficiaries of previously-included decedents.
Plaintiffs bring this action against Defendants Chiquita Brands International, Inc.
(hereinafter "Chiquita"), Cyrus Freidheim, Roderick Hills, Robert Olson, Robert
Kistinger, William Tsacalis, Steven Warshaw, Fernando Aguirre, Charles Keiser,
and David Does 5-10 (collectively referred to as "Defendants") for equitable relief
and damages. At all times relevant herein, Chiquita=s wholly-owned subsidiary,
C. I. Bananos de Exportación, S.A. (also known as and referred to hereinafter as
"Banadex"), was acting on behalf of Chiquita.

2.    Pursuant to Local Civil Rule 10.1(a), all Plaintiffs can be contacted
through their counsel, Conrad & Scherer, 1156 15th Street NW #502, Washington,
DC 20005. The street and postal addresses of the individual Plaintiffs cannot be
made public due to the substantial risk of violent reprisals against them. The street
and postal address of Defendant Chiquita Brands International, Inc., is 250 East
Fifth Street, Cincinatti, Ohio 45202. The street and postal addresses of the David
Doe Defendants 5B10 are presently unknown to Plaintiffs.

---

[1] This figure includes 11 surviving victims.  They are grouped with the decedents
for summary purposes only.

3

3.      This case involves the systematic intimidation and murder of individuals living in the banana growing regions near the Gulf of Uraba and in the banana zone of Magdalena in Colombia, South America, at the hands of paramilitaries and other terrorist groups working in conjunction with Defendants. This case is brought under the Alien Tort Statute (ATS) and the Torture Victim Protection Act (TVPA), 28 U.S.C. ' 1350, and seeks to remedy and prevent the violent persecution of persons living in the banana growing regions of Colombia. The Defendants were knowingly engaged in an ongoing campaign of terror against these individuals.

4.      With respect to their business operations in Colombia, the Defendants have hired, armed, contracted with, or otherwise directed terrorist paramilitary forces, for the most part members of the Autodefensas Unidas de Colombia (United Self-Defense Forces of Colombia, a right wing paramilitary organization, hereinafter AAUC@), that utilized extreme violence and was designated a terrorist organization by the Bush Administration in 2001. The AUC murdered, tortured unlawfully detained or otherwise silenced individuals suspected of sympathizing with leftist guerrillas active in the region, members of the Union Patriotica and Colombian Communist Party, union leaders, and others voicing opposition to the paramilitaries= violent control over these regions.  Others were killed or terrorized

4

because they had the misfortune of residing in the path of Defendants=

paramilitary forces.  All of the Plaintiffs= decedents were killed under these

circumstances, and all of them were innocent civilians who had no role in the

Colombian civil conflict.

     5.     All of the murders of Plaintiffs' decedents were in violation of the

ATS, the TVPA, international human rights law, the laws of Colombia, and the

common tort law of the District of Columbia and any other applicable jurisdiction.

In some cases, Defendants also made payments to the Fuerzas Armadas

Revolucionaries de Colombia (Revolutionary Armed Forces of Colombia,

hereinafter AFARC@), the Ejército de Liberación Nacional (National Liberation

Army, hereinafter AELN@), and other leftist guerrilla groups, some of which

(including FARC and ELN) have also been designated terrorist organizations.

Some of the Plaintiffs allege herein that their decedents were killed by the FARC

or ELN during the time Chiquita was providing substantial support to those

terrorist organizations. This Court has already ruled in a related case that plaintiffs

there had properly alleged that Chiquita aided and abetted the FARC through

knowing and substantial financial support. *See, In Re Chiquita Brands*

*International, Inc. ATS and Shareholder Derivative Litigation*, No. 08-0916,

(S.D.Fl., Feb. 4, 2010).

6.     Plaintiffs do not have access to an independent or functioning legal system within Colombia to raise their complaints. Any effort by Plaintiffs to seek legal redress would be futile because those seeking to challenge official or paramilitary violence, including prosecutors and prominent human rights activists, are at great risk from retaliation. This has been well-documented in credible human rights reports by the U.S. Department of State, Human Rights Watch and Amnesty International. *See, e.g., The Ties that Bind: Colombia and Military-Paramilitary Links*, Human Rights Watch (February, 2000).

7.     Further, various non-governmental organizations in Colombia, such as Justicia y Paz, have sought the assistance and protection of the Colombian government.  No action was taken, and these complaints were futile because of the lack of an independent or functioning legal system within Colombia. The justice system in Colombia has utterly failed to bring the perpetrators of violence to justice under the laws of Colombia.  Finally, even if there were remedies available to Plaintiffs in Colombia, such remedies are inadequate and would not afford the complete relief available to Plaintiffs by this Complaint.  Defendants, because they do business in Colombia, are well aware of these conditions, and know that Plaintiffs do not have the option of seeking justice in Colombia for human rights violations. The fact that terrorist paramilitary groups operate openly and are

financed by companies such as Chiquita indicates the level of impunity still existing in Colombia.

8.      Legal action by Plaintiffs in Colombia would be futile. In June 2004, Chiquita sold its Colombian subsidiary Banadex. On information and belief, Chiquita no longer owns any production operations in Colombia and is not subject to service there. Furthermore, the political and legal system in Colombia is characterized by virtual impunity for the crimes of paramilitaries and those who assist them. The vast majority of arrest warrants for paramilitary leaders are never carried out, and when such figures are arrested they are frequently released or allowed to escape from security facilities. Military officers accused of collaboration with paramilitaries are routinely exonerated or given token sentences by military courts. Prosecutors, investigators, and judicial officials who pursue cases of human rights abuses implicating paramilitaries are subject to death threats and assassinations, and many have had to resign or flee the country as a result.

9.      Legal action by Plaintiffs in Colombia would also result in serious reprisals. Individuals who seek redress for paramilitary crimes committed against them or their family members are regularly targeted for further retributive violence.

10.     Further, Chiquita actively concealed its payments and other forms of

7

support to FARC, other leftist guerrilla groups, and the AUC. This concealment had the effect of preventing plaintiffs from learning that Chiquita was responsible for their injuries.  Plaintiffs were unaware of Chiquita=s support of the FARC, other leftist guerrilla groups, and AUC until shortly after Chiquita=s guilty plea in March of 2007.

11.     Chiquita=s concealment of its role in Plaintiffs= injuries prevented plaintiffs from filing their claims at an earlier date.

12.     Plaintiffs were additionally unable to bring suit in Colombia or the United States until 2007 due to the poor security situation and the danger of reprisals, to which Chiquita=s support of the AUC contributed.

13.     Several of the AUC paramilitary units active in the banana-growing region, including Bloque Norte and the Bloque Elmer Cardenas, did not demobilize until 2006.  (Colombian High Commissioner for Peace, http://www.altocomisionadoparalapaz.gov.co/web/g_autodefensa/dialogos.htm; SEVENTH QUARTERLY REPORT OF THE SECRETARY GENERAL TO THE PERMANENT COUNCIL ON THE MISSION TO SUPPORT THE PEACE PROCESS IN COLOMBIA (MAPP/OEA), OEA/Ser.G CP/doc.4148/06).

14.     According to a recent report by Human Rights Watch, *Paramilitary Heirs, The New Face of Violence in Colombia* (Feb. 2010), there are still violent

remnants of the AUC operating in Colombia.

15.     Throughout the period of Plaintiffs= injuries, paramilitaries continued to kill and make threats against civilians in the banana-growing region.  In 2006, several human rights workers received death threats, including lawyers challenging paramilitary violence.  (Amnesty International, *Colombia: Fear and Intimidation: The dangers of human rights work*.)

## II.  JURISDICTION AND VENUE

16.     This Court has federal question jurisdiction pursuant to 28 U.S.C. '1331, based on the ATS and the TVPA, 28 U.S.C. '1350, for the alleged violations of international human rights law.  Supplemental jurisdiction exists over the Colombian and state law causes of action pursuant to 28 U.S.C. '1367.

17.     This Court also has diversity jurisdiction pursuant to 28 U.S.C. '1332 (a)(2).  All Plaintiffs are citizens and domiciles of Colombia, and the Defendants are all United States domiciles with their principal place of business and/or residence also in the United States.  The amount in dispute between each Plaintiff and each defendant exceeds $75,000.

18.     Defendant Chiquita is a New Jersey Corporation with its principal place of business in Ohio. Defendant has a nation-wide business, with distribution networks all over the country. Defendant conducts significant business within the

District of Columbia, and pled guilty to criminal charges in the District of Columbia for the same conduct at issue in this case.

19.     Venue properly lies in this Judicial District pursuant to 28 U.S.C. '1391(b) and (c).

### III. PARTIES

### Plaintiffs

20.     The original Plaintiffs in this action were 144 Jane (or John) Doe Plaintiffs. They are the legal heirs of 173 Peter (or Pam) Does who were murdered by terrorist organizations receiving support from Chiquita and/or Banadex.  The Peter Does are given numbers corresponding to the numbers used for their heirs. Where a Jane Doe is heir to more than one Peter Doe, the additional Peter Does are given letter designations (such as Peter Doe 6-a), so that the numbers still correspond to the numbers used for their heirs.

21.     Additional Plaintiffs joined the First Amended Complaint, Juana and Juan Perezes 1-95, and they are the legal heirs to Pablo Perezes 1-95.   An additional 2117 Plaintiffs join the Third Amended Complaint, and they are the legal heirs to Pablo Perezes 96-795 and 972 named decedents, or are additional legal heirs to previously-included decedents.  Some of the newly-joined Plaintiffs are minors.  All minor Plaintiffs are identified only by their initials, pursuant to

Fed. R. Civ. P. 5.2, if not proceeding under a pseudonym.  All minor Plaintiffs are represented by parents and/or guardians, as indicated in the individual Plaintiff paragraphs below.  All of the minors Plaintiffs' representatives are suing on behalf of the minors and most of the minors' representatives are also asserting claims on their own behalf.

22.    Plaintiffs are family members of trade unionists, banana workers, political organizers, social activists, and others targeted and killed by terrorists, notably the AUC, and in some cases FARC or ELN, during the 1990s through 2004. In order to operate its banana production in an environment free of labor opposition and social disturbances, Chiquita funded, armed, and otherwise supported the AUC, and in some situations the FARC and other leftist guerrilla groups,  during this period. The deaths of Plaintiffs= relatives were a direct, foreseeable, and intended result of Chiquita=s illegal and tortious actions. Chiquita=s actions violated not only Colombian law and U.S. law, but also international law prohibiting crimes against humanity, extrajudicial killing, torture, war crimes, and other abuses.

23.    On 2/10/1997, Peter Doe 1 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 1, who was the son of Peter Doe 1, is the legal heir to Peter Doe 1 and resides in the municipio of

Apartado in Antioquia, Colombia.

24.     In 1997, Peter Doe 2 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 2, who was the son of Peter Doe 2, is the legal heir to Peter Doe 2 and resides in the municipio of Apartado in Antioquia, Colombia.

25.     On 6/7/1997, Pam Doe 3 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 3, who was the father of Pam Doe 3, is the legal heir to Pam Doe 3 and resides in the municipio of Apartado in Antioquia, Colombia.

26.     On 12/12/1997, Pam Doe 4 was disappeared by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 4, who was the daughter of Pam Doe 4, is the legal heir to Pam Doe 4 and resides in the municipio of Apartado in Antioquia, Colombia.

27.     On 12/12/1997, Peter Doe 5 was disappeared by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 5, who was the father of Peter Doe 5, is the legal heir to Peter Doe 5 and resides in the municipio of Apartado in Antioquia, Colombia.

28.     On 7/25/2003, Peter Doe 6 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 6, who was the mother

of Peter Doe 6, is the legal heir to Peter Doe 6 and resides in the municipio of Apartado in Antioquia, Colombia.

29.    On 7/25/2003, Peter Doe 6-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 6, who was the mother of Peter Doe 6-a, is the legal heir to Peter Doe 6-a and resides in the municipio of Apartado in Antioquia, Colombia.

30.    On 8/17/1997, Peter Doe 7 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 7, who was the wife of Peter Doe 7, is the legal heir to Peter Doe 7 and resides in the municipio of Apartado in Antioquia, Colombia.

31.    On 2/14/1993, Peter Doe 7-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 7, who was the mother of Peter Doe 7-a, is the legal heir to Peter Doe 7-a and resides in the municipio of Apartado in Antioquia, Colombia.

32.    On 6/19/1997, Peter Doe 8 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 8, who was the wife of Peter Doe 8, is the legal heir to Peter Doe 8 and resides in the municipio of Apartado in Antioquia, Colombia.

33.     On 7/21/2002, Peter Doe 9 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 9, who was the sister of Peter Doe 9, is the legal heir to Peter Doe 9 and resides in the municipio of Apartado in Antioquia, Colombia.

34.     On 3/30/2002, Pam Doe 10 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 10, who was the mother of Pam Doe 10,  is the legal heir to Pam Doe 10 and resides in the municipio of Apartado in Antioquia, Colombia.

35.     On 8/20/1997, Peter Doe 11 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 11, who was the mother of Peter Doe 11, is the legal heir to Peter Doe 11 and resides in the municipio of Apartado in Antioquia, Colombia.

36.     In 2000, Peter Doe 11-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 11, who was the mother of Peter Doe 11-a, is the legal heir to Peter Doe 11-a and resides in the municipio of Apartado in Antioquia, Colombia.

37.     In 2004, Peter Doe 11-b was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 11, who was the mother of Peter Doe 11-b, is the legal heir to Peter Doe 11-b and resides in the municipio

of Apartado in Antioquia, Colombia.

38.     On 12/14/1999, Peter Doe 12 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 12, who was the wife of Peter Doe 12, is the legal heir to Peter Doe 12 and resides in the municipio of Apartado in Antioquia, Colombia.

39.     On 5/24/1975, Pam Doe 13 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 13, who was the mother of Pam Doe 13,  is the legal heir to Pam Doe 13 and resides in the municipio of Apartado in Antioquia, Colombia.

40.     On 4/24/1978, Pam Doe 13-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 13, who was the mother of Pam Doe 13-a,  is the legal heir to Pam Doe 13-a and resides in the municipio of Apartado in Antioquia, Colombia.

41.     On 1/1/1989, Peter Doe 13-b was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 13, who was the mother of Peter Doe 13-b, is the legal heir to Peter Doe 13-b and resides in the municipio of Apartado in Antioquia, Colombia.

42.     On 7/10/2000, Peter Doe 14 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 14, who was the mother

of Peter Doe 14, is the legal heir to Peter Doe 14 and resides in the municipio of Apartado in Antioquia, Colombia.

43.    On 11/9/2003, Peter Doe 14-a was disappeared by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 14, who was the wife of Peter Doe 14-a, is the legal heir to Peter Doe 14-a and resides in the municipio of Apartado in Antioquia, Colombia.

44.    On 7/20/1997, Peter Doe 15 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 15, who was the wife of Peter Doe 15, is the legal heir to Peter Doe 15 and resides in the municipio of Apartado in Antioquia, Colombia.

45.    On 5/3/2002, Peter Doe 15-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 15, who was the mother of Peter Doe 15-a, is the legal heir to Peter Doe 15-a and resides in the municipio of Apartado in Antioquia, Colombia.

46.    On 5/3/2002, Peter Doe 15-b was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 15, who was the mother of Peter Doe 15-b, is the legal heir to Peter Doe 15-b and resides in the municipio of Apartado in Antioquia, Colombia.

47.    On 9/5/2000, Peter Doe 16 was disappeared by paramilitaries, who

received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 16, who was the wife of Peter Doe 16, is the legal heir to Peter Doe 16 and resides in the municipio of Apartado in Antioquia, Colombia.

48.    On 10/5/2004, Pam Doe 16-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 16, who was the mother of Pam Doe 16-a, is the legal heir to Pam Doe 16-a and resides in the municipio of Apartado in Antioquia, Colombia.

49.    On 1/16/1997, Peter Doe 17 was killed by paramilitaries, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 17, who was the sister of Peter Doe 17, is the legal heir to Peter Doe 17 and resides in the municipio of Apartado in Antioquia, Colombia.

50.    On 7/10/1997, Peter Doe 18 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 18, who was the wife of Peter Doe 18, is the legal heir to Peter Doe 18 and resides in the municipio of Apartado in Antioquia, Colombia.

51.    On 4/20/2002, Peter Doe 19 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 19, who was the father of Peter Doe 19, is the legal heir to Peter Doe 19 and resides in the municipio of Apartado in Antioquia, Colombia.

52.    On 7/22/1997, Peter Doe 20 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 20, who was the mother of Peter Doe 20, is the legal heir to Peter Doe 20 and resides in the municipio of Apartado in Antioquia, Colombia.

53.    On 6/26/2001, Peter Doe 21 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 21, who was the wife of Peter Doe 21, is the legal heir to Peter Doe 21 and resides in the municipio of Apartado in Antioquia, Colombia.

54.    On 5/28/1997, Peter Doe 22 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 22, who was the wife of Peter Doe 22, is the legal heir to Peter Doe 22 and resides in the municipio of Apartado in Antioquia, Colombia.

55.    On 6/11/1999, Peter Doe 23 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 23, who was the mother of Peter Doe 23, is the legal heir to Peter Doe 23 and resides in the municipio of Apartado in Antioquia, Colombia.

56.    On 11/8/1997, Peter Doe 24 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 24, who was the wife of

Peter Doe 24, is the legal heir to Peter Doe 24 and resides in the municipio of Apartado in Antioquia, Colombia.

57.     On 4/13/1997, Peter Doe 25 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 25, who was the mother of Peter Doe 25, is the legal heir to Peter Doe 25 and resides in the municipio of Apartado in Antioquia, Colombia.

58.     On 1/22/2003, Peter Doe 26 was disappeared by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 26, who was the mother of Peter Doe 26, is the legal heir to Peter Doe 26 and resides in the municipio of Apartado in Antioquia, Colombia.

59.     On 10/1/1996, Peter Doe 27 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 27, who was the mother of Peter Doe 27, is the legal heir to Peter Doe 27 and resides in the municipio of Apartado in Antioquia, Colombia.

60.     On 10/19/1997, Peter Doe 28 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 28, who was the wife of Peter Doe 28, is the legal heir to Peter Doe 28 and resides in the municipio of Apartado in Antioquia, Colombia.

61.     On 5/31/1997, Peter Doe 29 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 29, who was the wife of Peter Doe 29, is the legal heir to Peter Doe 29 and resides in the municipio of Apartado in Antioquia, Colombia.

62.     On 1/7/2000, Pam Doe 30 was killed by the AUC, which received support from Chiquita and/or Banadex.   Plaintiff Jane Doe 30, who was the daughter of Pam Doe 30, is the legal heir to Pam Doe 30 and resides in the municipio of Apartado in Antioquia, Colombia.

63.     On 10/12/1996, Peter Doe 31 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 31, who was the wife of Peter Doe 31, is the legal heir to Peter Doe 31 and resides in the municipio of Apartado in Antioquia, Colombia.

64.     On 9/14/1995, Peter Doe 32 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 32, who was the wife of Peter Doe 32, is the legal heir to Peter Doe 32 and resides in the municipio of Apartado in Antioquia, Colombia.

65.     On 10/2/2003, Peter Doe 33 was killed by paramilitaries, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 33, who was

the wife of Peter Doe 33, is the legal heir to Peter Doe 33 and resides in the municipio of Apartado in Antioquia, Colombia.

66.    On 9/5/2004, Peter Doe 34 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 34, who was the wife of Peter Doe 34, is the legal heir to Peter Doe 34 and resides in the municipio of Apartado in Antioquia, Colombia.

67.    On 3/4/2004, Peter Doe 35 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 35, who was the wife of Peter Doe 35, is the legal heir to Peter Doe 35 and resides in the municipio of Apartado in Antioquia, Colombia.

68.    On 5/10/2001, Peter Doe 36 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 36, who was the wife of Peter Doe 36, is the legal heir to Peter Doe 36 and resides in the municipio of Apartado in Antioquia, Colombia.

69.    On 12/9/1993, Peter Doe 37 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 37, who was the wife of Peter Doe 37, is the legal heir to Peter Doe 37 and resides in the municipio of Apartado in Antioquia, Colombia.

70.    On 3/4/2002, Peter Doe 38 was killed by the FARC, which received

support from Chiquita and/or Banadex.  Plaintiff Jane Doe 38, who was the wife of Peter Doe 38, is the legal heir to Peter Doe 38 and resides in the municipio of Apartado in Antioquia, Colombia.

71.    On 4/9/1997, Peter Doe 39 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 39, who was the wife of Peter Doe 39, is the legal heir to Peter Doe 39 and resides in the municipio of Apartado in Antioquia, Colombia.

72.    On 6/28/2001, Peter Doe 40 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 40, who was the mother of Peter Doe 40, is the legal heir to Peter Doe 40 and resides in the municipio of Apartado in Antioquia, Colombia.

73.    On 7/16/2002, Peter Doe 41 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 41, who was the wife of Peter Doe 41, is the legal heir to Peter Doe 41 and resides in the municipio of Apartado in Antioquia, Colombia.

74.    On 4/15/1997, Peter Doe 42 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 42, who was the wife of Peter Doe 42, is the legal heir to Peter Doe 42 and resides in the municipio of Apartado in Antioquia, Colombia.

75.     On 3/25/1999, Peter Doe 43 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 43, who was the mother of Peter Doe 43, is the legal heir to Peter Doe 43 and resides in the municipio of Apartado in Antioquia, Colombia.

76.     On 4/27/1999, Peter Doe 43-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 43, who was the mother of Peter Doe 43-a, is the legal heir to Peter Doe 43-a and resides in the municipio of Apartado in Antioquia, Colombia.

77.     On 4/4/1998, Peter Doe 44 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 44, who was the wife of Peter Doe 44, is the legal heir to Peter Doe 44 and resides in the municipio of Apartado in Antioquia, Colombia.

78.     On 2/23/2002, Peter Doe 45 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 45, who was the wife of Peter Doe 45, is the legal heir to Peter Doe 45 and resides in the municipio of Apartado in Antioquia, Colombia.

79.     On 2/5/1993, Peter Doe 46 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 46, who was the wife of Peter Doe 46, is the legal heir to Peter Doe 46 and resides in the municipio of

Apartado in Antioquia, Colombia.

80.    On 12/22/1998, Peter Doe 46-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 46, who was the sister of Peter Doe 46-a, is the legal heir to Peter Doe 46-a and resides in the municipio of Apartado in Antioquia, Colombia.

81.    On 12/4/1997, Peter Doe 47 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 47, who was the wife of Peter Doe 47, is the legal heir to Peter Doe 47 and resides in the municipio of Apartado in Antioquia, Colombia.

82.    On 8/29/1997, Peter Doe 48 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 48, who was the wife of Peter Doe 48, is the legal heir to Peter Doe 48 and resides in the municipio of Apartado in Antioquia, Colombia.

83.    On 6/6/1997, Peter Doe 49 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 49, who was the wife of Peter Doe 49, is the legal heir to Peter Doe 49 and resides in the municipio of Apartado in Antioquia, Colombia.

84.    On 3/10/2000, Peter Doe 50 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 50, who was the wife of

Peter Doe 50, is the legal heir to Peter Doe 50 and resides in the municipio of Apartado in Antioquia, Colombia.

85.    On 7/15/1997, Peter Doe 51 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 51, who was the wife of Peter Doe 51, is the legal heir to Peter Doe 51 and resides in the municipio of Apartado in Antioquia, Colombia.

86.    On 8/20/2000, Peter Doe 52 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 52, who was the wife of Peter Doe 52, is the legal heir to Peter Doe 52 and resides in the municipio of Apartado in Antioquia, Colombia.

87.    On 10/28/2002, Peter Doe 53 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 53, who was the wife of Peter Doe 53, is the legal heir to Peter Doe 53 and resides in the municipio of Apartado in Antioquia, Colombia.

88.    On 11/14/2000, Peter Doe 54 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 54, who was the wife of Peter Doe 54, is the legal heir to Peter Doe 54 and resides in the municipio of Apartado in Antioquia, Colombia.

89.    On 11/27/1997, Peter Doe 55 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 55, who was the wife of Peter Doe 55, is the legal heir to Peter Doe 55 and resides in the municipio of Apartado in Antioquia, Colombia.

90.    On 6/14/2000, Peter Doe 56 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 56, who was the wife of Peter Doe 56, is the legal heir to Peter Doe 56 and resides in the municipio of Apartado in Antioquia, Colombia.

91.    On 2/22/1996, Peter Doe 57 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 57, who was the wife of Peter Doe 57, is the legal heir to Peter Doe 57 and resides in the municipio of Apartado in Antioquia, Colombia.

92.    In 1987, Peter Doe 58 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 58, who was the brother of Peter Doe 58, is the legal heir to Peter Doe 58 and resides in the municipio of Chigorodo in Antioquia, Colombia.

93.    In 1993, Pam Doe 58-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 58, who was the brother

of Pam Doe 58-a, is the legal heir to Pam Doe 58-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

94.    On 3/7/1997, Peter Doe 59 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 59, who was the wife of Peter Doe 59, is the legal heir to Peter Doe 59 and resides in the municipio of Chigorodo in Antioquia, Colombia.

95.    On 5/28/1997, Peter Doe 60 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 60, who was the wife of Peter Doe 60, is the legal heir to Peter Doe 60 and resides in the municipio of Chigorodo in Antioquia, Colombia.

96.    On 10/20/2000, Pam Doe 61 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 61, who was the wife of Pam Doe 61, is the legal heir to Pam Doe 61 and resides in the municipio of Chigorodo in Antioquia, Colombia.

97.    On 1/27/1991, Peter Doe 62 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 62, who was the son of Peter Doe 62, is the legal heir to Peter Doe 62 and resides in the municipio of Chigorodo in Antioquia, Colombia.

98.    On 3/2/2001, Peter Doe 63 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 63, who was the wife of Peter Doe 63, is the legal heir to Peter Doe 63 and resides in the municipio of Chigorodo in Antioquia, Colombia.

99.    On 5/6/2001, Peter Doe 64 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 64, who was the wife of Peter Doe 64, is the legal heir to Peter Doe 64 and resides in the municipio of Chigorodo in Antioquia, Colombia.

100.   On 7/8/2000, Peter Doe 64-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 64, who was the mother of Peter Doe 64-a, is the legal heir to Peter Doe 64-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

101.   On 7/29/1997, Peter Doe 65 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 65, who was the wife of Peter Doe 65, is the legal heir to Peter Doe 65 and resides in the municipio of Chigorodo in Antioquia, Colombia.

102.   On 11/23/1999, Peter Doe 66 was killed by paramilitaries, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 66, who was the mother of Peter Doe 66, is the legal heir to Peter Doe 66 and resides in the

municipio of Chigorodo in Antioquia, Colombia.

103.   On 7/22/2002, Peter Doe 67 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 67, who was the wife of Peter Doe 67, is the legal heir to Peter Doe 67 and resides in the municipio of Chigorodo in Antioquia, Colombia.

104.   On 4/12/2002, Peter Doe 68 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 68, who was the wife of Peter Doe 68, is the legal heir to Peter Doe 68 and resides in the municipio of Chigorodo in Antioquia, Colombia.

105.   On 2/22/2001, Peter Doe 69 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 69, who was the wife of Peter Doe 69,  is the legal heir to Peter Doe 69 and resides in the municipio of Chigorodo in Antioquia, Colombia.

106.   On 11/28/2003, Peter Doe 70 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 70, who was the daughter of Peter Doe 70, is the legal heir to Peter Doe 70 and resides in the municipio of Chigorodo in Antioquia, Colombia.

107.   On 9/18/2001, Peter Doe 71 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 71, who was the

daughter of Peter Doe 71, is the legal heir to Peter Doe 71 and resides in the municipio of Chigorodo in Antioquia, Colombia.

108.   On 1/28/1993, Peter Doe 72 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 72, who was the wife of Peter Doe 72, is the legal heir to Peter Doe 72 and resides in the municipio of Chigorodo in Antioquia, Colombia.

109.   In 1994, Peter Doe 73 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 73, who was the wife of Peter Doe 73, is the legal heir to Peter Doe 73 and resides in the municipio of Chigorodo in Antioquia, Colombia.

110.   On 3/10/1994, Peter Doe 74 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 74, who was the wife of Peter Doe 74, is the legal heir to Peter Doe 74 and resides in the municipio of Chigorodo in Antioquia, Colombia.

111.   In 1992, Peter Doe 75 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 75, who was the wife of Peter Doe 75, is the legal heir to Peter Doe 75 and resides in the municipio of Chigorodo in Antioquia, Colombia.

112.   In 1991, Pam Doe 75-a was killed by the FARC, which received

support from Chiquita and/or Banadex.  Plaintiff Jane Doe 75, who was the mother of Pam Doe 75-a, is the legal heir to Pam Doe 75-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

113.   On 7/23/1997, Peter Doe 76 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 76, who was the wife of Peter Doe 76, is the legal heir to Peter Doe 76 and resides in the municipio of Chigorodo in Antioquia, Colombia.

114.   On 8/7/1998, Peter Doe 77 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 77, who was the mother of Peter Doe 77, is the legal heir to Peter Doe 77 and resides in the municipio of Chigorodo in Antioquia, Colombia.

115.   On 10/23/1999, Peter Doe 78 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 78, who was the wife of Peter Doe 78, is the legal heir to Peter Doe 78 and resides in the municipio of Chigorodo in Antioquia, Colombia.

116.   On 1/29/1993, Peter Doe 79 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 79, who was the wife of Peter Doe 79, is the legal heir to Peter Doe 79 and resides in the municipio of Chigorodo in Antioquia, Colombia.

117.   In 1990, Peter Doe 80 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 80, who was the wife of Peter Doe 80, is the legal heir to Peter Doe 80 and resides in the municipio of Chigorodo in Antioquia, Colombia.

118.   In 1990, Peter Doe 80-a was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 80, who was the mother of Peter Doe 80-a, is the legal heir to Peter Doe 80-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

119.   In 1992, Peter Doe 80-b was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 80, who was the mother of Peter Doe 80-b, is the legal heir to Peter Doe 80-b and resides in the municipio of Chigorodo in Antioquia, Colombia.

120.   On 8/3/1995, Peter Doe 81 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 81, who was the wife of Peter Doe 81, is the legal heir to Peter Doe 81 and resides in the municipio of Chigorodo in Antioquia, Colombia.

121.   In 1994, Peter Doe 82 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 82, who was the sister

of Peter Doe 82, is the legal heir to Peter Doe 82 and resides in the municipio of Chigorodo in Antioquia, Colombia.

122.   On 4/4/1997, Peter Doe 83 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 83, who was the wife of Peter Doe 83, is the legal heir to Peter Doe 83 and resides in the municipio of Chigorodo in Antioquia, Colombia.

123.   In 1999, Peter Doe 84 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 84, who was the wife of Peter Doe 84, is the legal heir to Peter Doe 84 and resides in the municipio of Chigorodo in Antioquia, Colombia.

124.   In 1991, Peter Doe 85 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 85, who was the wife of Peter Doe 85, is the legal heir to Peter Doe 85 and resides in the municipio of Chigorodo in Antioquia, Colombia.

125.   On 7/23/1996, Peter Doe 86 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 86, who was the wife of Peter Doe 86, is the legal heir to Peter Doe 86 and resides in the municipio of Chigorodo in Antioquia, Colombia.

126.   On 10/24/1990, Peter Doe 87 was killed by the FARC, which received

support from Chiquita and/or Banadex.  Plaintiff Jane Doe 87, who was the wife of Peter Doe 87, is the legal heir to Peter Doe 87 and resides in the municipio of Chigorodo in Antioquia, Colombia.

127.   On 5/20/1991, Peter Doe 88 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 88, who was the brother of Peter Doe 88, is the legal heir to Peter Doe 88 and resides in the municipio of Chigorodo in Antioquia, Colombia.

128.   On 7/10/1989, Peter Doe 88-a was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 88, who was the brother of Peter Doe 88-a, is the legal heir to Peter Doe 88-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

129.   In 1992, Peter Doe 89 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 89, who was the mother of Peter Doe 89, is the legal heir to Peter Doe 89 and resides in the municipio of Chigorodo in Antioquia, Colombia.

130.   In 1992, Peter Doe 89-a was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 89, who was the mother of Peter Doe 89-a, is the legal heir to Peter Doe 89-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

131.   In 1989, Peter Doe 89-b was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 89, who was the mother of Peter Doe 89-b, is the legal heir to Peter Doe 89-b and resides in the municipio of Chigorodo in Antioquia, Colombia.

132.   On 3/7/1997, Peter Doe 90 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 90, who was the wife of Peter Doe 90, is the legal heir to Peter Doe 90 and resides in the municipio of Chigorodo in Antioquia, Colombia.

133.   In 2002, Peter Doe 91 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 91, who was the wife of Peter Doe 91, is the legal heir to Peter Doe 91 and resides in the municipio of Chigorodo in Antioquia, Colombia.

134.   On 4/6/1995, Peter Doe 92 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 92, who was the wife of Peter Doe 92, is the legal heir to Peter Doe 92 and resides in the municipio of Chigorodo in Antioquia, Colombia.

135.   On 2/11/2001, Peter Doe 93 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 93, who was the wife of Peter Doe 93, is the legal heir to Peter Doe 93 and resides in the municipio of

Chigorodo in Antioquia, Colombia.

136.   On 4/20/1993, Peter Doe 94 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 94, who was the wife of Peter Doe 94, is the legal heir to Peter Doe 94 and resides in the municipio of Chigorodo in Antioquia, Colombia.

137.   On 12/10/1997, Peter Doe 95 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 95, who was the wife of Peter Doe 95, is the legal heir to Peter Doe 95 and resides in the municipio of Chigorodo in Antioquia, Colombia.

138.   On 7/22/1995, Peter Doe 96 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 96, who was the wife of Peter Doe 96, is the legal heir to Peter Doe 96 and resides in the municipio of Chigorodo in Antioquia, Colombia.

139.   On 7/23/2000, Peter Doe 97 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 97, who was the mother of Peter Doe 97, is the legal heir to Peter Doe 97 and resides in the municipio of Chigorodo in Antioquia, Colombia.

140.   In 1995, Peter Doe 98 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 98, who was the wife of

Peter Doe 98, is the legal heir to Peter Doe 98 and resides in the municipio of Chigorodo in Antioquia, Colombia.

141.   In 1997, Peter Doe 98-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 98, who was the mother of Peter Doe 98-a, is the legal heir to Peter Doe 98-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

142.   In 1991, Peter Doe 98-b was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 98, who was the mother of Peter Doe 98-b, is the legal heir to Peter Doe 98-b and resides in the municipio of Chigorodo in Antioquia, Colombia.

143.   On 8/11/1998, Peter Doe 99 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 99, who was the wife of Peter Doe 99, is the legal heir to Peter Doe 99 and resides in the municipio of Chigorodo in Antioquia, Colombia.

144.   On 7/10/1997, Peter Doe 100 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 100, who was the wife of Peter Doe 100, is the legal heir to Peter Doe 100 and resides in the municipio of Chigorodo in Antioquia, Colombia.

145.   On 9/24/1999, Peter Doe 101 was killed by the AUC, which received

support from Chiquita and/or Banadex.  Plaintiff Jane Doe 101, who was the wife of Peter Doe 101, is the legal heir to Peter Doe 101 and resides in the municipio of Chigorodo in Antioquia, Colombia.

146.   On 8/27/1990, Peter Doe 102 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 102, who was the mother of Peter Doe 102, is the legal heir to Peter Doe 102 and resides in the municipio of Chigorodo in Antioquia, Colombia.

147.   On 2/11/1993, Peter Doe 103 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 103, who was the mother of Peter Doe 103, is the legal heir to Peter Doe 103 and resides in the municipio of Chigorodo in Antioquia, Colombia.

148.   On 6/2/1995, Peter Doe 104 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 104, who was the mother of Peter Doe 104, is the legal heir to Peter Doe 104 and resides in the municipio of Chigorodo in Antioquia, Colombia.

149.   On 9/18/1999, Peter Doe 105 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 105, who was the wife of Peter Doe 105, is the legal heir to Peter Doe 105 and resides in the municipio of Chigorodo in Antioquia, Colombia.

150.   On 7/10/1996, Peter Doe 106 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 106, who was the wife of Peter Doe 106,  is the legal heir to Peter Doe 106 and resides in the municipio of Chigorodo in Antioquia, Colombia.

151.       In 1992, Peter Doe 107 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 107, who was the mother of Peter Doe 107, is the legal heir to Peter Doe 107 and resides in the municipio of Chigorodo in Antioquia, Colombia.

152.   In 1989, Peter Doe 108 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 108, who was the mother of Peter Doe 108, is the legal heir to Peter Doe 108 and resides in the municipio of Chigorodo in Antioquia, Colombia.

153.   In 1991, Peter Doe 108-a was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 108, who was the mother of Peter Doe 108-a, is the legal heir to Peter Doe 108-a and resides in the municipio of Chigorodo in Antioquia, Colombia.

154.   On 5/20/1998, Peter Doe 109 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 109, who was the wife of Peter Doe 109, is the legal heir to Peter Doe 109 and resides in the municipio of

39

Chigorodo in Antioquia, Colombia.

155.   On 11/14/2000, Peter Doe 110 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 110, who was the wife of Peter Doe 110, is the legal heir to Peter Doe 110 and resides in the municipio of Turbo in Antioquia, Colombia.

156.   On 7/16/1997, Peter Doe 111 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 111, who was the daughter of Peter Doe 111, is the legal heir to Peter Doe 111 and resides in the municipio of Turbo in Antioquia, Colombia.

157.   On 6/28/1995, Peter Doe 112 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 112, who was the brother of Peter Doe 112, is the legal heir to Peter Doe 112 and resides in the municipio of Turbo in Antioquia, Colombia.

158.   On 2/6/2002, Peter Doe 113 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 113, who was the wife of Peter Doe 113,  is the legal heir to Peter Doe 113 and resides in the municipio of Turbo in Antioquia, Colombia.

159.   On 9/24/1996, Peter Doe 114 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 114, who was the wife

of Peter Doe 114, is the legal heir to Peter Doe 114 and resides in the municipio of Turbo in Antioquia, Colombia.

160.   On 12/10/1995, Peter Doe 115 was disappeared by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 115, who was the wife of Peter Doe 115, is the legal heir to Peter Doe 115 and resides in the municipio of Turbo in Antioquia, Colombia.

161.   In 2002, Peter Doe 116 was killed by paramilitaries, who received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 116, who was the mother of Peter Doe 116, is the legal heir to Peter Doe 116 and resides in the municipio of Turbo in Antioquia, Colombia.

162.   In 2002, Peter Doe 116-a was killed by paramilitaries, who received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 116, who was the mother of Peter Doe 116-a, is the legal heir to Peter Doe 116-a and resides in the municipio of Turbo in Antioquia, Colombia.

163.   On 8/7/1993, Peter Doe 117 was killed by paramilitaries, who received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 117, who was the daughter of Peter Doe 117, is the legal heir to Peter Doe 117 and resides in the municipio of Turbo in Antioquia, Colombia.

164.   On 1/11/2001, Peter Doe 118 was killed by the AUC, which received

support from Chiquita and/or Banadex.  Plaintiff Jane Doe 118, who was the wife of Peter Doe 118,  is the legal heir to Peter Doe 118 and resides in the municipio of Turbo in Antioquia, Colombia.

165.   On 11/4/2003, Peter Doe 119 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 119, who was the wife of Peter Doe 119,  is the legal heir to Peter Doe 119 and resides in the municipio of Turbo in Antioquia, Colombia.

166.   On 4/28/2002, Peter Doe 120 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 120, who was the daughter of Peter Doe 120,  is the legal heir to Peter Doe 120 and resides in the municipio of Turbo in Antioquia, Colombia.

167.   On 8/1/1994, Peter Doe 121 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 121, who was the wife of Peter Doe 121,  is the legal heir to Peter Doe 121 and resides in the municipio of Turbo in Antioquia, Colombia.

168.   On 10/3/2000, Peter Doe 122 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 122, who was the wife of Peter Doe 122,  is the legal heir to Peter Doe 122 and resides in the municipio of Turbo in Antioquia, Colombia.

169.   On 1/8/1987, Peter Doe 123 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 123, who was the son of Peter Doe 123,  is the legal heir to Peter Doe 123 and resides in the municipio of Turbo in Antioquia, Colombia.

170.   On 2/27/1997, Peter Doe 124 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 124, who was the mother of Peter Doe 124,  is the legal heir to Peter Doe 124 and resides in the municipio of Turbo in Antioquia, Colombia.

171.   On 2/28/1997, Pam Doe 124-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 124, who was the mother of Pam Doe 124-a,  is the legal heir to Pam Doe 124-a and resides in the municipio of Turbo in Antioquia, Colombia.

172.   In 1993, Peter Doe 125 was disappeared by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 125, who was the son of Peter Doe 125,  is the legal heir to Peter Doe 125 and resides in the municipio of Turbo in Antioquia, Colombia. .

173.   On 11/6/2002, Peter Doe 126 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 126, who was the daughter of Peter Doe 126,  is the legal heir to Peter Doe 126 and resides in the

municipio of Turbo in Antioquia, Colombia.

174.   On 3/30/1996, Peter Doe 127 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 127, who was the wife of Peter Doe 127, is the legal heir to Peter Doe 127 and resides in the municipio of Turbo in Antioquia, Colombia.

175.   On 11/23/1997, Peter Doe 128 was disappeared by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 128, who was the wife of Peter Doe 128, is the legal heir to Peter Doe 128 and resides in the municipio of Turbo in Antioquia, Colombia.

176.   On 11/23/1997, Peter Doe 128-a was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 128, who was the sister of Peter Doe 128-a,  is the legal heir to Peter Doe 128-a and resides in the municipio of Turbo in Antioquia, Colombia.

177.   On 5/26/1994, Peter Doe 128-b was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 128, who was the sister of Peter Doe 128-b,  is the legal heir to Peter Doe 128-b and resides in the municipio of Turbo in Antioquia, Colombia.

178.   On 12/9/1992, Peter Doe 129 was killed by the FARC, who received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 129, who was the

daughter of Peter Doe 129, is the legal heir to Peter Doe 129 and resides in the municipio of Turbo in Antioquia, Colombia.

179.   In October 1997, Peter Doe 130 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 130, who was the mother of Peter Doe 130, is the legal heir to Peter Doe 130 and resides in the municipio of Turbo in Antioquia, Colombia.

180.   On 6/28/2004, Peter Doe 131 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 131, who was the mother of Peter Doe 131, is the legal heir to Peter Doe 131 and resides in the municipio of Turbo in Antioquia, Colombia.

181.   On 3/15/1992, Peter Doe 132 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 132, who was the sister of Peter Doe 132, is the legal heir to Peter Doe 132 and resides in the municipio of Turbo in Antioquia, Colombia.

182.   On 9/18/1995, Peter Doe 133 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 133, who was the wife of Peter Doe 133, is the legal heir to Peter Doe 133 and resides in the municipio of Turbo in Antioquia, Colombia.

183.   On 8/2/1998, Peter Doe 134 was disappeared by the AUC, which

received support from Chiquita and/or Banadex. Plaintiff Jane Doe 134, who was the wife of Peter Doe 134, is the legal heir to Peter Doe 134 and resides in the municipio of Turbo in Antioquia, Colombia.

184. On 8/2/1987, Peter Doe 135 was killed by paramilitaries, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 135, who was the wife of Peter Doe 135, is the legal heir to Peter Doe 135 and resides in the municipio of Turbo in Antioquia, Colombia.

185. On 1/25/1997, Peter Doe 136 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 136, who was the wife of Peter Doe 136, is the legal heir to Peter Doe 136 and resides in the municipio of Turbo in Antioquia, Colombia.

186. On 12/31/1997, Peter Doe 137 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 137, who was the daughter of Peter Doe 137, is the legal heir to Peter Doe 137 and resides in the municipio of Turbo in Antioquia, Colombia.

187. On 5/23/1997, Peter Doe 138 was disappeared by the AUC, which received support from Chiquita and/or Banadex. Plaintiff Jane Doe 138, who was the wife of Peter Doe 138, is the legal heir to Peter Doe 138 and resides in the municipio of Turbo in Antioquia, Colombia.

188.   On 3/18/2003, Peter Doe 139 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 139, who was the wife of Peter Doe 139, is the legal heir to Peter Doe 139 and resides in the municipio of Turbo in Antioquia, Colombia.

189.   On 12/1/1997, Peter Doe 140 was killed by the FARC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 140, who was the wife of Peter Doe 140, is the legal heir to Peter Doe 140 and resides in the municipio of Turbo in Antioquia, Colombia.

190.   On 6/9/1997, Peter Doe 141 was disappeared by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 141, who was the wife of Peter Doe 141,  is the legal heir to Peter Doe 141 and resides in the municipio of Turbo in Antioquia, Colombia.

191.   On 8/14/2000, Pam Doe 142 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 142, who was the mother of Pam Doe 142, is the legal heir to Pam Doe 142 and resides in the municipio of Turbo in Antioquia, Colombia.

192.   In 1996, Peter Doe 143 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 143, who was the father of Peter Doe 143,  is the legal heir to Peter Doe 143 and resides in the municipio of

Medellin in Antioquia, Colombia.

193.   In 1995, Peter Doe 143-a was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 143, who was the father of Peter Doe 143-a, is the legal heir to Peter Doe 143-a and resides in the municipio of Medellin in Antioquia, Colombia.

194.   In 1999, Peter Doe 143-b was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff John Doe 143, who was the father of Peter Doe 143-b, is the legal heir to Peter Doe 143-b and resides in the municipio of Medellin in Antioquia, Colombia.

195.   On 6/22/2003, Peter Doe 144 was killed by the AUC, which received support from Chiquita and/or Banadex.  Plaintiff Jane Doe 144, who was the mother of Peter Doe 144,  is the legal heir to Peter Doe 144 and resides in the municipio of Medellin in Antioquia, Colombia.

196.   Juana Perez 1 is the wife and legal heir to Pablo Perez 1, a banana worker employed by Finca El Golpe, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Juana Perez 1 is also the mother of Juanita Perez 1, who was born in 1999. Juanita Perez 1 is the daughter and is also a legal heir of Pablo Perez 1. Pablo Perez 1 was kidnapped and disappeared from his home in Gran Via, Zona Bananera on May 17, 2001 by AUC

paramilitaries from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.   At 1:00 AM on May 17, 2001, approximately 50 heavily armed paramilitaries, some wearing AUC uniforms, surrounded Pablo Perez 1's home, broke down the door, and proceeded to savagely beat members of his family. The paramilitaries attempted to rape Juana Perez 1, the petitioner, but were ordered to stop by an unidentified paramilitary leader. After an hour had passed, the paramilitaries took Pablo Perez 1 prisoner, taking him away with at least 10 other victims they had captured that night elsewhere. Pablo Perez 1 was never found.

197.   At the time when Pablo Perez 1 was disappeared, the William Rivas Front was receiving substantial support from Chiquita, and the kidnapping/disappearance of Pablo Perez 1 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita=s  support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 1 was one of the innocent victims of the violence

that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

198.   Juana Perez 2 is the wife and legal heir of Pablo Perez 2, a banana worker employed by Finca Plantación, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. Juana Perez 2 is also the mother of Juanito Perez 2, who was born in 2001. Juanito Perez 2 is the son and is also a legal heir of Pablo Perez 2. Pablo Perez 2 was kidnapped and disappeared from his home in Gran Vía, Zona Bananera on May 17, 2001 by AUC paramilitaries from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.  In the early morning hours of May 17, 2001, approximately 50 heavily armed paramilitaries surrounded Pablo Perez 2=s home, broke down the door, and proceeded to assault Juana Perez 106, the petitioner, grabbing her by the hair. The paramilitaries demanded insistently to know where Pablo Perez 2 had hidden the 400,000 Colombian Pesos which he had just received as partial payment of his accumulated employee benefits from Finca Plantación, money he had collected in the hopes of purchasing a small house. The paramilitaries tied Pablo Perez 2=s hands, placed a plastic bag over his head, and beat and tortured him savagely. They then took him away in a pickup truck, robbing the family=s kitchen

utensils on the way out. Pablo Perez 2 was never found. Based on information and belief, management at Finca Plantación informed the paramilitaries that Pablo Perez 2 had recently collected a large sum of money as partial payment of his accumulated employee benefits.

199.   At the time when Pablo Perez 2 was disappeared, the William Rivas Front was receiving substantial support from Chiquita, and the kidnapping/disappearance of Pablo Perez 2 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita=s  support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 2 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

200.   Juana Perez 3 is the mother and legal heir to Pablo Perez 3, a member of  SINTRAINAGRO, the trade union representing banana workers, and an employee of Finca Los Abriles, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in Magdalena. Pablo Perez 3 was murdered

on November 20, 1997, by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 3 was with his family at home in Santa Rosalia, in the banana zone, when an armed group of paramilitaries wearing fatigues broke through the door and threw Pablo Perez 3 and his father to the floor, then ordered Pablo Perez 3=s mother into another room. The paramilitaries ransacked the house under the pretext of searching for weapons, stole the family=s cash, then left. But shortly thereafter they returned and kidnapped Pablo Perez 3. His decomposed body was found two days later in nearby Tucurinca, with multiple gunshot wounds.

201.   At the time when Pablo Perez 3 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 3 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita=s  support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez

3 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

202.   Juana Perez 4 is the mother and legal heir of Pablo Perez 4, an occasional worker at Finca Vijagual I, a banana plantation previously owned or controlled by Chiquita, and which was still supplying Chiquita. Pablo Perez 4 was murdered on September 9, 2004, by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On September 9, 2004, Pablo Perez 4 was at a birthday party in the town of Guacamayal, in Zona Bananera, Magdalena, when two armed paramilitaries suddenly arrived on a motorcycle. The two paramilitaries approached Pablo Perez 4, and one of them pulled out a gun and shot the victim.  When Pablo Perez 4 fell to the ground, the other paramilitary pumped several more shots into him, killing him.

203.   Juana Perez 4 received a letter dated September 19, 2008 from the Colombian Attorney General=s office that confirms that the commander of the William Rivas Front, Jose Gregorio Mangones Lugo, alias ACarlos Tijeras,@ had accepted responsibility in public testimony for the murder of Pablo Perez 4. Prior to the murder of Pablo Perez 4, Chiquita had given substantial support to the William Rivas Front, and at the time when Pablo Perez 4 was killed, the William

Rivas Front of the AUC was still receiving substantial support from Chiquita suppliers, and the murder of Pablo Perez 4 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita=s  support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 4 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

204.   Juana Perez 5 is the mother and legal heir of Pablo Perez 5, who worked at Finca Calmita, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 5 was kidnapped and murdered on November 1, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Shortly after midnight on November 1, 1997, a group of paramilitaries arrived at the home Pablo Perez 5 shared with members of his family in the village of Guacamayal, in the banana zone of Magdalena. The paramilitaries asked for Pablo Perez 5, who wasn=t home at that moment. Using

threats, the paramilitaries forced a brother of Pablo Perez 5 to accompany them and to lead them to where Pablo Perez 5 was. The paramilitaries then seized Pablo Perez 5 and kidnapped him. Pablo Perez 5 was found dead later that morning, with two gunshots.

205.   At the time when Pablo Perez 5 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 5 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita=s  support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 5 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

206.   Juana Perez 6 is the mother and legal heir of Pablo Perez 6, a former worker at Finca El Golpe, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 6 was kidnapped and murdered on March 16, 1999 by AUC paramilitaries from the Northern Block, who were in

control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Shortly after midnight on March 16, 1999, Pablo Perez 6 was at a pool hall in the town of Sevilla, in the banana zone of Magdalena, when a group of uniformed paramilitaries who had their faces covered with balaclavas entered the pool hall, seized Pablo Perez 6, and kidnapped him. Pablo Perez 6 was found dead the following morning on the outskirts of the village of Guacamayal, also in the banana zone of Magdalena.

207.   At the time when Pablo Perez 6 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 6 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita=s  support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 6 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

208.   Juana Perez 7 is the wife and legal heir of Pablo Perez 7, an

agricultural worker in Guacamayal, Zona Bananera.  Pablo Perez 7 was murdered on March 19, 1995 by ELN guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.  Several of Pablo Perez 7=s family members had been murdered previously, but Pablo Perez 7 had not had any direct confrontation with the armed groups in the region prior to his murder.  Shortly before the murder, graffiti had appeared on some of the buses that transported workers to and from local farms that read, Adeath to the >Perez= family.@  On the night before his murder, Pablo Perez 7 had gone out drinking.  On March 19, 1995, he slept most of the day, then woke up and left to go visit his sister at approximately 6:30 PM. Along the way, Pablo Perez 7 stopped to talk to some members of his family in the street.  A group of armed, uniformed ELN guerrillas approached the group in a white pickup truck.  They shot at the group, killing five, including Pablo Perez 7. Pablo Perez 7 was shot multiple times.

209.   At the time when Pablo Perez 7 was murdered, the ELN was receiving substantial support from Chiquita.  Pablo Perez 7 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ELN in Magdalena.

210.   Juana Perez 8 is the sister and legal heir of Pablo Perez 8A, who worked at Finca Los Planetas, a banana plantation which was owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 8A was murdered on March 19, 1995 by ELN guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the afternoon of March 19, 1995, Pablo Perez 8A left his home in the village of Guacamayal, in the banana zone of Magdalena, to look for a friend of his. Pablo Perez 8A found his friend in the central plaza of Guacamayal, along with some other friends. After approximately 15 minutes had passed, a group of armed ELN guerrillas arrived and immediately opened fire on the group of friends, killing five of them, including Pablo Perez 8A.

211.   At the time when Pablo Perez 8A was murdered, the ELN was receiving substantial support from Chiquita.  Pablo Perez 8A was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ELN in Magdalena.

212.   Juana Perez 9A is the sister and legal heir of Pablo Perez 9, who worked at Finca Maria Eusebia, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. Juana Perez 9B is the wife and is also a legal heir of Pablo Perez 9, with whom she had a

family. Pablo Perez 9 was kidnapped, beaten and murdered on June 9, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 9, 2001, at approximately 9:30 AM, Pablo Perez 9 finished his daily tasks at Finca Maria Eusebia and left on his bicycle to go home to the village of Varela, in the banana zone of Magdalena. As he was passing between Finca Maria Eusebia and Finca El Tiempo, another banana plantation, a group of paramilitaries in a white pickup truck intercepted him, forced him off of his bicycle, and beat him savagely. The paramilitaries then tied Pablo Perez 9's hands and kidnapped him, taking him to the hamlet of Colorado, Sevillano, Cienaga, Magdalena. There, the paramilitaries executed Pablo Perez 82 with two gunshots to the head.

213.    In a letter dated February 28, 2008, the Colombian Attorney General=s office stated that in public testimony, Jose Gregorio Mangones Lugo, A/K/A ACarlos Tijeras,@ who later became the commander of the William Rivas Front of the AUC Northern Block, accepted responsibility for the murder of Pablo Perez 9. At the time when Pablo Perez 9 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 9 was in furtherance of the understanding between the AUC and Chiquita

that in return for Chiquita=s  support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 9 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

214.   Juana Perez 10 is the wife and legal heir of Pablo Perez 10. Juana Perez 10 is also the mother of Juanito Perez 10A, who was born in 2002, and Juanita Perez 10B, who was born in 2000. Juanito Perez 10A and Juanita Perez 10B are the children and are also legal heirs of Pablo Perez 10. Pablo Perez 10, an employee of Finca El Porvenir, a banana farm owned or controlled by Chiquita, or which supplied Chiquita, was murdered on February 21, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On February 21, 2003, Pablo Perez 10 was eating dinner at his home in the town of Guacamayal, Zona Bananera, Magdalena, when heavily armed paramilitaries arrived in a pickup truck. The paramilitaries tried to kidnap Pablo Perez 10. When he resisted, they shot and killed him on the spot.

215.   In a letter issued on May 15, 2007, Carelis Padilla Peña, the Zona Bananera, Magdalena Municipal Representative, confirmed that Pablo Perez 10 was killed in the context of the internal armed conflict.  At the time when Pablo Perez 10 was killed, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 10 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 10 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

216.   Juan Perez 11A is the son and legal heir of Pablo Perez 11. Juana Perez 11B is the wife and legal heir of Pablo Perez 11. Pablo Perez 11, an employee of the banana plantation La Juliana, which was owned or controlled by Chiquita or which sold bananas to Chiquita, was murdered on May 30, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed

conflict. Pablo Perez 11 was an active member of SINTRAINAGRO, the trade union representing banana workers, including those employed by Chiquita. On May 30, 1997, Pablo Perez 11 was at work at La Juliana when, at approximately 8:00 AM, a group numbering more than 30 armed paramilitaries entered the plantation. The paramilitaries ordered all the plantation=s workers to assemble and, working off a written list, separated three of them from the group. The three included the foreman, the secretary [Paula Perez 12, below], and Pablo Perez 11. The paramilitaries then executed Pablo Perez 11 and the other two workers by gunshot.

217.   At the time when Pablo Perez 11 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 11 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 11 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

218.   Juana Perez 12 is the mother and legal heir of Paula Perez 12, an employee of the banana plantation Finca La Juliana, which was owned or controlled by Chiquita owned or which sold bananas to Chiquita, in the banana zone of Magdalena. Paula Perez 12, the plantation=s secretary, was murdered on May 30, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 30, 1997, Paula Perez 12 was working in the office at Finca La Juliana when a large group of paramilitaries arrived. The paramilitaries entered the office and removed Paula Perez 12 by force, telling her that they needed to speak with her. After a brief conversation, one of the paramilitaries pulled out a firearm and opened fire on Paula Perez 12, killing her with a gunshot to the head. The paramilitaries also killed two other employees of Finca La Juliana in the same incident [including Pablo Perez 11, above].

219.   At the time when Paula Perez 12 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Paula Perez 12 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with

security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Paula Perez 12 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

220.   Juana Perez 13A is the sister and legal heir of Paula Perez 13. Juana Perez 13B is the mother and is also a legal heir of Paula Perez 13. Juana Perez 13B is also the grandmother and legal guardian of Juanita Perez 13, who was born in 2001. Juanita Perez 13 is the daughter and is also a legal heir of Paula Perez 13. Paula Perez 13, an employee of the banana plantation Nabusimake "(also "Nabosimake" and "Namusimake," but hereinafter "Nabusimake"),  a Chiquita supplier, was raped, tortured and murdered on October 18, 2005 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the   night of October   18, 2005, Paula Perez 13 was on the Nabusimake plantation, located in the town of Sacramento, Sevilla, Zona Bananera, Magdalena in the company of a security guard when, at approximately 8:00 PM, a group of five armed paramilitaries entered the plantation. The security guard fled as the paramilitaries approached, leaving Paula Perez 13 alone. The

paramilitaries raped Paula Perez 13, tortured her with multiple stab wounds and by burning her chest, and then killed her by slitting her throat.

221.   On March 13, 2007, the Zona Bananera Municipal Representative issued a letter confirming that Paula Perez 13 was murdered on October 18, 2005, for ideological and political reasons in the context of the internal armed conflict. Prior to the rape, torture and murder of Paula Perez 13, the William Rivas Front of the AUC had received substantial support from Chiquita, and continued to receive substantial support from Chiquita=s suppliers. The murder of Paula Perez 13 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Paula Perez 13 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

222.   Juana Perez 14 is the wife and legal heir of Pablo Perez 14, an employee of Finca La Joya, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Juana Perez 14 is also the mother of Juanita Perez 14,

who was born in 1995. Juanita Perez 14 is the daughter and is also a legal heir of Pablo Perez 14. Pablo Perez 14 was murdered on June 2, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 2, 1997, at approximately 7:00 PM, four armed Northern Block paramilitaries arrived on two motorcycles at the home Pablo Perez 14 shared with the Plaintiff, in the village of Guamachito, in the banana zone of Magdalena. The paramilitaries asked Pablo Perez 14 several questions, asking who had lived in his house before he did, and where he had weapons hidden. Pablo Perez 14 responded that he had no weapons. The paramilitaries then ransacked his home, stealing valuables, and then left. But almost immediately they returned and ordered Pablo Perez 14 to accompany them, telling him that nothing would happen to him. But a short distance from his home they executed Pablo Perez 14 with several gunshots to the head and body.

223.   At the time when Pablo Perez 14 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 14 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep

the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 14 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

224.   Juan Perez 15 is the son and legal heir of Pablo Perez 15, a small farmer who grew bananas for Chiquita on his farm in a rural zone of Cienaga, Magdalena. Pablo Perez 15 was murdered on August 1, 2005 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On August 1, 2005 at approximately 4:30 PM, Pablo Perez 15 was at his farm in the Ceibales sector of rural Cienaga when two paramilitaries dressed in civilian clothes arrived at the farmhouse where Pablo Perez 15 lived and asked for him. Relatives of Pablo Perez 15 told the paramilitaries that he was bathing. A short time later the two paramilitaries returned with a third paramilitary. They found Pablo Perez 15, took him a short distance away from the farmhouse, and murdered him with three gunshots to the face and head.

225.   A relative of Pablo Perez 15 who witnessed the crime later reviewed a photo album shown him by the district attorney=s office, and identified the person

67

who gave the order to execute Pablo Perez 15. This person was, according to a certificate issued by the district attorney=s office on July 25, 2006, Rolando Rene Garavito Zapata, alias ACara de Niño@, a known AUC member. Prior to the time when Pablo Perez 15 was murdered, the Northern Block of the AUC had received substantial support from Chiquita, and was still receiving substantial support from Chiquita=s suppliers at the time when Pablo Perez 15 was killed. The murder of Pablo Perez 15 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 15 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

226.   Juana Perez 16 is the mother and legal heir of Pablo Perez 16, a fisherman who lived in Puebloviejo, Magdalena.  Pablo Perez 16 was murdered on September 7, 1996 by guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.  On September 7, 1996, Pablo Perez 16 was working in the

Ciénaga market when an armed guerrilla approached him on foot and shot him, killing him.   The plaintiff believes that the guerrillas murdered Pablo Perez 16 because they thought he was a paramilitary informant.

227.   At the time when Pablo Perez 16 was murdered, the guerrillas were receiving substantial support from Chiquita.   Pablo Perez 16 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in Magdalena.

228.   Juan Perez 17 is the father and legal heir of Pablo Perez 17A and Pablo Perez 17B, two agricultural workers who were brothers. Pablo Perez 17A and Pablo Perez 17B were murdered on October 17, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On October 17, 2003, Pablo Perez 17A and Pablo Perez 17B were returning to their home in rural Cienaga, Magdalena, after a day working in the fields when they were intercepted by four paramilitaries on two motorcycles at Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. The paramilitaries forced Pablo Perez 17A and Pablo Perez 17B to walk further into the banana plantation, and then murdered them with multiple gunshots.

229.   At the time when Pablo Perez 17A and Pablo Perez 17B were murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 17A and Pablo Perez 17B was in furtherance of the understanding that the AUC had with Chiquita and that in return for Chiquita=s and support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 17A and Pablo Perez 17B were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

230.   Juana Perez 18A is the wife and legal heir of Pablo Perez 18, an employee of Finca La Juliana, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Juan Perez 18B is the son and is also a legal heir of Pablo Perez 18. Pablo Perez 18 was murdered on May 16, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the afternoon of May 16, 1997, Pablo Perez 18 was at work at Finca La Juliana

when a large group of heavily armed paramilitaries entered the plantation. The paramilitaries seized Pablo Perez 18 in the office, took him outside, and searched him. The paramilitaries murdered Pablo Perez 18 with at least one gunshot to the head, leaving his body at the plantation's packing station.

231.   At the time when Pablo Perez 18 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 18 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 18 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

232.   Juana Perez 19 is the sister and legal heir of Pablo Perez 19, a security guard supervisor and former police officer in Ciénaga, Magdalena.  Pablo Perez 19 was murdered on April 6, 1995 by FARC guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.  Pablo Perez 19 worked for a private

71

security firm that provided security guards to a number of plantations in the region. At approximately 7:00 PM on April 6, 1995, Pablo Perez 19 started making his rounds to check on the security guards working on the plantations. He was accompanied by the supervisor who oversaw shift changes, and both men were reservists with the police force. On their way back, they were detained at a FARC checkpoint. The FARC checked their identification, and seeing that they were reservists, told both men to turn around and shot them from behind, killing them both.

233. At the time when Pablo Perez 19 was murdered, the FARC was receiving substantial support from Chiquita. Pablo Perez 19 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the FARC in Magdalena.

234. Juana Perez 20 is the wife and legal heir of Pablo Perez 20, and the mother of Juanito Perez 20, who was born in 1995. Juanito Perez 20 is the son and is also a legal heir of Pablo Perez 20. Pablo Perez 20, an employee of Finca La Joya, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, located in or near the village of Guacamayal, Zona Bananera, Magdalena. Pablo Perez 20 was murdered on November 27, 2001 in a massacre committed by AUC paramilitaries from the Northern Block, who were in control of

the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 6:30 AM on November 27, 2001, Pablo Perez 20 was finishing up his shift as night watchman at Finca La Joya when a group of four paramilitaries entered aboard two motorcycles. The four paramilitaries carried a list of names of Finca La Joya workers whom they were looking for. The paramilitaries seized Pablo Perez 20 and two other workers, and opened fire on them, killing all three. Pablo Perez 20 died of multiple gunshots to the head.

235.   In a certificate issued on December 28, 2001, Luis Carlos Infante Avendaño, the Zona Bananera Municipal Representative, certified that Pablo Perez 20 was the victim of a selective massacre carried out for ideological and political motives in the context of the internal armed conflict. In a letter dated February 28, 2008, the Colombian Attorney General=s office confirmed that the commander of the William Rivas Front of the Northern Block, Jose Gregorio Mangones Lugo, alias ACarlos Tijeras,@ had accepted responsibility for the murder of Pablo Perez 20. At the time when Pablo Perez 20 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 20 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas

from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 20 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

236.   Juan Perez 21 is a victim and survivor of torture, and is the brother and legal heir of Pablo Perez 21A and Pablo Perez 21B. Juan Perez 21 was tortured, and Pablo Perez 21A and Pablo Perez 21B were murdered on November 27, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Juan Perez 21, Pablo Perez 21A and Pablo Perez 21B lived and worked at the small banana farm AAna Dilia,@ in the village of Río Frío, in the banana zone of Magdalena. The farm AAna Dilia@ produced bananas for Chiquita. At approximately 11:00 PM on the night of November 27, 1997, a large group of heavily armed paramilitaries with their faces covered by balaclavas stormed the home where Juan Perez 21, Pablo Perez 21A and Pablo Perez 21B lived with other members of their family. When Pablo Perez 21A saw the paramilitaries, he tried to run away, but the paramilitaries opened fire on him, killing him with multiple gunshots. One of the paramilitaries pointed to Pablo Perez 21B; the leader of the

paramilitaries said that they would have to take Pablo Perez 21B with them for questioning. Pablo Perez 21B tried to defend himself, taking a swing at one of his captors, but the paramilitaries opened fire on him, killing him with multiple gunshots. The paramilitaries then proceeded to torture Juan Perez 21, demanding to know where the family had weapons hidden in the house. Juan Perez 21 told the paramilitaries repeatedly that the family had no weapons, but they continued to torture him, throwing him to the floor, beating him with rifle butts over his entire body, and pouring a caustic, inflammable liquid on his back, which they repeatedly ignited and then snuffed out. While some of the paramilitaries tortured Juan Perez 21, others ransacked the house in search of weapons. Though they found no weapons, the paramilitaries robbed the family of money, jewelry and home appliances.

237.   In a certificate issued on May 8, 2007, Boris Emilio Garcia Arcon, the Cienaga Municipal Representative, confirmed that Pablo Perez 21A and Pablo Perez 21B died as victims of a selective massacre carried out for ideological or political motives in the context of the internal armed conflict. At the time when Juan Perez 21 was tortured, and Pablo Perez 21A and Pablo Perez 21B were murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the torture of Juan Perez 21 and the murder of Pablo Perez 21A and

Pablo Perez 21B were in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Juan Perez 21, Pablo Perez 21A and Pablo Perez 21B were three of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

238.   Juan Perez 22A is also the father and legal heir of Pablo Perez 22A, an agricultural worker from the village of Sevillano, in rural Cienaga, Magdalena. Pablo Perez 22A was murdered on July 22, 1996 by ELN guerrillas who were vying for control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 22A had worked for five years at the El Chorro farm in Sevillano. Two months prior to Pablo Perez 22A's murder, a group of heavily armed men who identified themselves as ELN guerillas entered the farm and warned Pablo Perez 22A that he should stop working at El Chorro because the ELN had received information that indicated that the paramilitaries were using the farm to camp out. But Pablo Perez 22A paid no

attention to the warning, and continued to work at El Chorro. At approximately 6:00 PM on July 22, 1996, when Pablo Perez 22A was eating supper in Sevillano, he was approached by six armed men, one of whom accused him of disobeying the ELN. The armed men then shot Pablo Perez 22A to death.

239.   At the time when Pablo Perez 22A was killed, the ELN was receiving substantial from Chiquita. Pablo Perez 22A was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ELN in the banana zone and surrounding areas of Magdalena.

240.   Juan Perez 23 is the brother and legal heir of Pablo Perez 23, a banana worker employed by Finca Vijagual, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. Pablo Perez 23 was murdered on or about May 12, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On or about May 12, 1999, Pablo Perez 23 left his home in the town of Sevilla, in the banana zone of Magdalena, in order to accompany a friend to the village of  Tierra Nueva, in Pueblo Viejo, Magdalena. Along the way, Pablo Perez 23 and his friend were intercepted by paramilitaries, who kidnapped and murdered them. Pablo Perez

23=s family did not immediately find his body, but eventually was led to the place where he had been left thanks to information supplied by informants.

241.  At the time when Pablo Perez 23 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 23 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 23 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

242.  Juan Perez 24A is the brother and legal heir of Pablo Perez 24, an occasional banana worker employed at Finca Vijagual, a banana plantation in the banana zone of Magdalena which supplied Chiquita. Juana Perez 24B is the sister and is also a legal heir of Pablo Perez 24 Pablo Perez 24 was murdered on December 24, 2004 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On December 24, 2004, Pablo Perez 24

was returning to his home in Sevilla, Zona Bananera, Magdalena, after having visited Juan Perez 24A. As Pablo Perez 24 was returning home, he found two paramilitaries who were waiting for him in Sevilla. The two paramilitaries opened fire on Pablo Perez 24, killing him with multiple gunshots.

243. Prior to the time when Pablo Perez 24 was murdered, the William Rivas Front of the AUC had received substantial support from Chiquita, and was still receiving substantial support from Chiquita=s suppliers. The murder of Pablo Perez 24 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 24 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

244. Juana Perez 25 is the wife and legal heir of Pablo Perez 25, an engineering student who lived in Fundación, Magdalena. Pablo Perez 25 was murdered on August 17, 1996 by guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance

79

of the internal armed conflict.  At the time of his murder, Pablo Perez 25 was about to graduate from the university as a systems technician.  On August 17, 1996, he left for Sevilla, in the banana zone, to visit his uncle and ask him to attend his graduation.  As he was leaving, a man who had a farm in Sevilla asked him for a ride.  The man=s car had broken down and he had gone to Fundación to purchase parts.  Pablo Perez 25 agreed to drive the man and his spare parts back to the farm in Sevilla.  When they arrived at the farm, they found that the guerrillas and the paramilitaries were in the middle of a confrontation.  Pablo Perez 25 got out of his car and began to run and was caught in the crossfire.  He was hit once in the head and once in the back, and died instantly.

245.  At the time when Pablo Perez 25 was killed, the guerrillas were receiving substantial from Chiquita. Pablo Perez 25 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

246.  Juana Perez 26 is the mother and legal heir of Pablo Perez 26, a security guard at Finca Maria Eusebia, a banana plantation which was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 26 was murdered on May 10, 1996 by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.

On the evening of May 9, 1996, Pablo Perez 26 began his shift as night security guard at Finca Maria Eusebia. At approximately 3:00 AM, a group of paramilitaries entered the finca and found Pablo Perez 26, murdering him with six gunshots to the head and body.

247. At the time when Pablo Perez 26 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 26 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita=s support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 26 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

248. Juana Perez 27 is the wife and legal heir of Pablo Perez 27, with whom she had a family. Pablo Perez 27, an employee of Finca Crisol, a banana plantation in the banana zone of Magdalena that supplied Chiquita, was murdered on December 18, 1999 by AUC paramilitaries from the Northern Block, who were

in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 27 was employed as a laborer, but on the day he was murdered, he had been assigned guard duty on the night shift at Crisol. At approximately 7:30 PM, a group of five heavily armed paramilitaries dressed in civilian clothes, two of whom had their faces covered with balaclavas, entered the plantation and seized Pablo Perez 27. The paramilitaries bound Pablo Perez 27=s hands and feet. The following morning, Pablo Perez 27 was found dead on the plantation, his throat slit and his head nearly severed, and with a deep stab wound on his back.

249.   At the time when Pablo Perez 27 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 27 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 27 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

250.   Juana Perez 28A is the wife and legal heir of Pablo Perez 28A, and the mother and legal heir of Pablo Perez 28B. Juana Perez 28A is also the mother of Juanita Perez 28A, who was born in 1998.  Juanita Perez 28A is the daughter and is also a legal heir of Pablo Perez 28A. Pablo Perez 28A and Pablo Perez 28B, father and son who worked as security guards on banana plantations that were owned or controlled by, or produced bananas for Chiquita, were murdered on April 30, 2000 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of April 29, Pablo Perez 28B began his shift as a security guard at Finca La Isabel, a banana plantation in the banana zone of Magdalena. In the early morning hours of April 30, when Pablo Perez 28B was still guarding Finca La Isabel, a group of heavily armed paramilitaries dressed in camouflaged uniforms and traveling in a pickup truck entered the plantation and seized Pablo Perez 28B. The paramilitaries took Pablo Perez 28B back to his family's home at the Helena ranch, in the village of Sevillano, in rural Cienaga, Magdalena. There, the paramilitaries woke Pablo Perez 28A and told him they had to ask him some questions. The paramilitaries then escorted Pablo Perez 28A and Pablo Perez 28B a short distance away, and executed them with two gunshots each to the head.

251.  At the time when Pablo Perez 28A and Pablo Perez 28B were murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 28A and Pablo Perez 28B was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 28A and Pablo Perez 28B were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

252.  Juana Perez 28A is also the mother and legal heir of Pablo Perez 28C and Pablo Perez 28D. Juana Perez 28C is the wife and legal heir of Pablo Perez 28C, and the mother of Juanito Perez 28B, who was born in 1997.  Juanito Perez 28B is the son and is also a legal heir of Pablo Perez 28C. Pablo Perez 28C and Pablo Perez 28D, two brothers who worked as security guards at the banana plantation La Despensa, which was owned or controlled by Chiquita, or was a Chiquita supplier, were murdered on August 27, 2000 by AUC paramilitaries from

the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Since the murder of their father Pablo Perez 28A and their brother Pablo Perez 28B (above), Pablo Perez 28C and Pablo Perez 28D had been staying at the family's home at Helena ranch in Sevillano, Cienaga, for security reasons. In the early morning hours of August 27, 2000, when the two brothers were asleep, a large group of paramilitaries arrived at the ranch, and entered their home with force. The paramilitaries searched the house, supposedly looking for weapons, and then bound Pablo Perez 28C and Pablo Perez 28D and forced them out of the house. The paramilitaries took Pablo Perez 28C and Pablo Perez 28D El Polvorin, Cienaga, approximately 300 meters from the house, where they also had several other neighbors whom they had captured. The paramilitaries then forced Pablo Perez 28C and Pablo Perez 28D to lay face down on the ground, and executed them with gunshots to the head and, in the case of Pablo Perez 28C, also to the body. The paramilitaries also murdered the other captives.

253.  In a certificate issued in April 2001, Jacob Gutierrez Buelvas, the Cienaga, Magdalena Municipal Representative, confirmed that Pablo Perez 28C and Pablo Perez 28D died in a selective massacre carried out for ideological and political motives in the context of the internal armed conflict. At the time when

Pablo Perez 28C and Pablo Perez 28D were murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 28C and Pablo Perez 28D was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s  support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 28C and Pablo Perez 28D were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

254.   Juana Perez 29 is the wife and legal heir of Pablo Perez 29, with whom she had a family. Pablo Perez 29, an employee of Compañía Agrícola El Reten, S.A., which was owned or controlled by Chiquita or which was a Chiquita supplier, was kidnapped and murdered on October 18, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Early on the morning of October 18, 1997, Pablo Perez 29 was at the banana plantation where he lived and worked when a group of paramilitaries arrived and seized him. The

paramilitaries forced Pablo Perez 29 to collect all of his belongings, and then kidnapped him. Pablo Perez 29 was found dead later that day with two gunshots to the head. Pablo Perez 29's belongings were missing.

255.   At the time when Pablo Perez 29 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 29 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 29 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

256.   Juana Perez 30A is the mother and legal heir of Pablo Perez 30 lived in Aracataca, Magdalena, and was an employee of Finca Buena Vista, a banana plantation owned or controlled by Chiquita, or which supplied bananas to Chiquita. Juana Perez 30B is the wife and is also a legal heir of Pablo Perez 30. Pablo Perez 30 was murdered on March 7, 2004 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of

Magdalena, in furtherance of the internal armed conflict. On the night of March 6, 2004, Pablo Perez 30 was drinking at a bar in Aracataca with his friend when a neighbor of the friend's arrived with an injury to his neck. Pablo Perez 30's friend offered his neighbor a beer, then suggested that the friend should go home to take care of his wound. Pablo Perez 30's friend then accompanied the neighbor home. Later on, in the early morning hours of March 7, 2004, Pablo Perez 30's friend returned to find Pablo Perez 30 at the bar where they had been drinking together earlier. Pablo Perez 30 then accompanied his friend home. The two were walking together when a group of four paramilitaries approached and forced them to accompany the paramilitaries to the home of the neighbor of Pablo Perez 30's friend who had suffered the injury to his neck. But when the paramilitaries, Pablo Perez 30 and his friend got to the neighbor's home, the paramilitaries could not find the neighbor, even after searching the neighbor's house. The paramilitaries then demanded that Pablo Perez 30 and his friend tell them where the neighbor was hiding. The paramilitaries then executed Pablo Perez 30 and his friend with gunfire.

257.   At the time when Pablo Perez 30 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 30 was in furtherance of the understanding that the AUC had with

Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 30 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

258.  Juana Perez 31 is the mother and legal heir of Pablo Perez 31, a banana worker who lived and was employed at Finca Raquelita, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in Orihueca, the banana zone of Magdalena. Pablo Perez 31 was murdered on October 18, 2001 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On October 18, 2001, Pablo Perez 31 was eating lunch at Finca Raquelita when two armed paramilitaries arrived on a motorcycle. The two paramilitaries approached the plantation=s administrator in his office and got into a heated discussion with him, demanding to know where Pablo Perez 31 was. One of the paramilitaries then drew a gun and fired a shot into the administrator=s head, wounding him; the administrator tried to run away, but the paramilitaries

fired two more shots at him, killing him. As the two paramilitaries were leaving the administrator=s office, they spotted Pablo Perez 31. They grabbed him and threw him to the ground. As one of the paramilitaries then started the motorcycle=s engine, the other placed his foot on Pablo Perez 31=s chest and fired two shots into his head, killing him.

259.   At the time when Pablo Perez 31 was killed, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 31 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 31 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

260.   Juana Perez 32 is the mother and legal heir of Pablo Perez 32, an employee of the banana plantation Finca Pinos, a Chiquita supplier in Aracataca, Magdalena. Pablo Perez 32 was murdered on December 20, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana

zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On December 20, 2003, Pablo Perez 32 left his home to look for a friend. Approximately two blocks from his home, he was approached by a group of heavily armed paramilitaries who asked for him by name. When Pablo Perez 32 turned to address the paramilitaries, they opened fire on him, wounding him. Pablo Perez 32 tried to run but the paramilitaries caught up to him and killed him with additional gun fire.

261. At the time when Pablo Perez 32 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 32 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 32 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

262. Juana Perez 33 is the mother and legal heir of Pablo Perez 33, an employee of Finca Villa Anita, a banana plantation owned or controlled by

Chiquita, or which supplied Chiquita. Pablo Perez 33 was murdered on November 11, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On November 11, 2003, at approximately 7:00 PM, four paramilitaries arrived at the home of Juana Perez 33, in the hamlet of Cauca, in Aracataca, Magdalena, and asked for Pablo Perez 33, her son. Juana Perez 33 denied knowing who Pablo Perez 33 was. The four paramilitaries then searched her home for him. When the paramilitaries could not find Pablo Perez 33 there, they left and went to Pablo Perez 33=s home, which was in the same hamlet. There they found Pablo Perez 33, seized him, and led him to the center of the hamlet. There, the paramilitaries executed Pablo Perez 33 together with another captive.

263.   At the time when Pablo Perez 33 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 33 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez

92

33 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

264.   Juana Perez 34 is the sister and legal heir of Pablo Perez 34, an employee of Finca Pie de Cuesta, a banana plantation that was owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 34 was kidnapped on May 5, 1998, and murdered on or around May 8, 1998, by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of May 5, 1998, at approximately 11:00 PM, a group of heavily armed paramilitaries dressed in civilian clothes arrived in a pickup truck at Pablo Perez 34=s home in Aracataca, kicked in the door and entered the home by force. Pablo Perez 34 tried to escape by running, but he was overcome by the paramilitaries, who forced him into their pickup truck and drove off with him. On May 8, 1998, Pablo Perez 34 was found dead near the village of Guacamayal, in the banana zone, presenting burns on his face and body, and possibly stab wounds. The coroner=s office ruled that Pablo Perez 34 bled to death.

265.   Based on information and belief, Pablo Perez 34 was murdered by the Northern Block paramilitaries because he had had an argument with a foreman at Finca Pie de Cuesta. At the time when Pablo Perez 34 was killed, the Northern

Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 34 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 34 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

266.   Juana Perez 35B is the daughter and legal heir of Pablo Perez 35, an employee of Finca La Juliana, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 35 was kidnapped and disappeared on January 30, 2001 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 1:00 AM on January 30, 2001, a group of heavily armed paramilitaries dressed in camouflaged uniforms and wearing balaclavas stormed Pablo Perez 35's home , in the village of Salon, in Cienaga, Magdalena. The paramilitaries seized Pablo Perez 35 and another man,

bound them, put them in the paramilitaries' pickup truck, and drove away, kidnapping them. Pablo Perez 35 was never seen again

267. Juana Perez 36 is the wife and legal heir of Pablo Perez 36, an agricultural worker who lived with Plaintiff in the village of Reposo, in the banana zone of Magdalena. Pablo Perez 36 was kidnapped and murdered on December 22, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 8:00 PM on or about December 21, 2003, Pablo Perez 36 had just arrived at his home from work on a coffee plantation when a group of paramilitaries arrived in a vehicle, entered Pablo Perez 36=s home, and seized him. The paramilitaries told Pablo Perez 36 that he had to come with them to Afix a problem.@ Pablo Perez 36 was found dead on December 22, 2003 at Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. The AUC paramilitaries had a base at Finca Manantial.

268. At the time when Pablo Perez 36 was kidnapped and murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 36 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana

area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 36 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

269.   Juana Perez 37 is the wife and legal heir of Pablo Perez 37, a former employee of Finca Vijagual, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 37 was murdered on June 7, 1997 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 6, 1997, Pablo Perez 37 was speaking with some friends on the outskirts of Cienaga, Magdalena, when three paramilitaries in a pickup truck approached. One of the paramilitaries pointed to Pablo Perez 37. Another paramilitary got out of the pickup truck and opened fire on Pablo Perez 37, wounding him. Pablo Perez 37 was taken to a local hospital, but died of his wounds early on the morning of June 7, 1997.

270.   At the time when Pablo Perez 37 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of

Pablo Perez 37 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 37 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

271. Juana Perez 38 is the sister and legal heir of Pablo Perez 38, an employee of Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 38 was murdered on March 1, 2000 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On March 1, 2000, at approximately 5:30 PM, Pablo Perez 38 was at his job at Finca Manantial when four paramilitaries arrived on two motorcycles. The paramilitaries approached Pablo Perez 38 and demanded to know where the foreman was. When Pablo Perez 38 responded that he did not know where the foreman was, one of the paramilitaries beat Pablo Perez 38 on his head with the

butt of his firearm. Pablo Perez 38 fell to the ground; the paramilitary then fired several gunshots into Pablo Perez 38=s head, killing him instantly.

272. At the time when Pablo Perez 38 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 38 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 38 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

273. Juana Perez 39A is the mother and legal heir of Pablo Perez 39, a security guard at the Trupillos banana plantation, owned or controlled by Chiquita, or which supplied Chiquita. Juana Perez 39B is the wife and is also a legal heir of Pablo Perez 39, with whom she had two sons. Pablo Perez 39 was kidnapped August 13, 1997 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict; after kidnapping him, the paramilitaries murdered

Pablo Perez 39. In the afternoon on August 13, 1997, Pablo Perez 39 was on his way to his home to La Olleta, Rio Frio, in rural Cienaga, Magdalena, after finishing his shift as a security guard at Finca Trupillos, when he was intercepted on the Ceibales-Olleta road in rural Cienaga by a large group of paramilitaries who were posted on both sides of the highway. The paramilitaries forced Pablo Perez 39 off his bicycle and into a truck and drove away, kidnapping him. Pablo Perez 39's body was found on August 21, 1997, in an advanced state of decomposition, in the 'Vuelta del Cura' sector of Sevilla, Cienaga, Magdalena. Pablo Perez 39 had been shot to death.

274. At the time when Pablo Perez 39 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 39 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 39 was one of the innocent victims of the violence

that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

275.   Juana Perez 40 is the sister and legal heir of Pablo Perez 40, a 62-year-old laborer who lived in Cienaga, Magdalena. Pablo Perez 40 was murdered on May 22, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 22, 2003, Pablo Perez 40 left his home in Cienaga to look for bananas and other fruit for his household=s consumption, as was his custom. Pablo Perez 40 was murdered by paramilitaries who were providing security for Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 40=s body was found the following morning on Finca Manantial, with two gunshots to his head.

276.   At the time when Pablo Perez 40 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 40 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were

not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 40 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

277.   Juana Perez 41 is the mother and legal heir of Pablo Perez 41, an employee of Finca Triunfo, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 41 was murdered on August 26, 1996 by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On August 26, 1996, Pablo Perez 41 was returning to his home in Cienaga, Magdalena from work at Finca Triunfo when he was intercepted by a group of paramilitaries several blocks from his home. The paramilitaries stopped Pablo Perez 41, searched him, then stabbed him to death.

278.   At the time when Pablo Perez 41 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 41 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita=s support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor

101

quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 41 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

279.   Juana Perez 42 is the mother and legal heir of Pablo Perez 42, a 19-year-old employee of Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 42 was murdered on September 13, 1998 by AUC paramilitaries of the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Approximately two weeks prior to his murder, Pablo Perez 42 received a warning from a paramilitary that the AUC had ordered his death. On September 13, 1998, Pablo Perez 42 left his home at approximately 4:30 AM, and headed to work at Finca Manantial. Several blocks from his home he was intercepted by a group of paramilitaries, who executed him with two gunshots to the head.

280.   At the time when Pablo Perez 42 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 42 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and

ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 42 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

281.   Juana Perez 43A is the mother and legal heir of Pablo Perez 43. Juana Perez 43A is also the grandmother and legal guardian of Juanita Perez 43A, who was born in 2002, of Juanito Perez 43B, who was born in 2000, and of Juanito Perez 43C, who was born in 1999. Juanita Perez 43A, Juanito Perez 43B and Juanito Perez 43C are the children and also are legal heirs of Pablo Perez 43. Juana Perez 43B is the wife and is also a legal heir of Pablo Perez 43. Pablo Perez 43, an employee of Finca Plantacion, a banana plantation that was owned or controlled by Chiquita, or which supplied Chiquita, was murdered on September 14, 2004 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 5:30 AM on September 14, 2004, Pablo Perez 43 left his home in the village of Orihueca, Zona Bananera, Magdalena, to head to his job at Finca Plantacion. When he had walked less than a block from his home,

Pablo Perez 43 turned around because he had forgotten some papers he needed to bring to work. Pablo Perez 43 returned to his home, retrieved the papers, and left again, this time on a bicycle. When he had gone approximately two blocks from his home, a paramilitary who was behind Pablo Perez 43 approached him and murdered him with five gunshots to his head.

282. In a letter dated February 28, 2008, the Colombian Attorney General=s office notified Juana Perez 43B that in public testimony, Jose Gregorio Mangones Lugo, A/K/A ACarlos Tijeras,@ the commander of the William Rivas Front, accepted responsibility for the murder of Pablo Perez 43. Prior to the time when Pablo Perez 43 was murdered, the William Rivas Front of the AUC had received substantial support from Chiquita, and at the time of his murder the AUC was still receiving substantial support from Chiquita suppliers. The murder of Pablo Perez 43 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez

43 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

283.  Juan Perez 44A is the brother and legal heir of Pablo Perez 44, an employee of Finca Burdeos, a banana plantation owned by Chiquita or which supplied Chiquita. Juana Perez 44B is the mother and is also a legal heir of Pablo Perez 44. Pablo Perez 44 was murdered on July 14, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of July 13, 2001, Pablo Perez 44 was at a party in Cienaga, Magdalena. After midnight, in the early morning hours of July 14, 2001, Pablo Perez 44 left the party to return to his home in Cienaga. On his way home, Pablo Perez 44 was intercepted by four paramilitaries. The paramilitaries beat him to death, fracturing his face and head, using a large stone.

284.  At the time when Pablo Perez 44 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 44 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with

security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 44 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

285.   Juana Perez 45 is the wife and legal heir of Pablo Perez 45, with whom she had a family. Pablo Perez 45 was an employee of Finca Marte, a banana plantation that was owned or controlled by Chiquita, or which supplied Chiquita, and was an active member of SINTRAINAGRO, the trade union that represented banana workers in Magdalena, including Chiquita workers. Pablo Perez 45 was murdered on March 19, 1995 by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On March 19, 1995, Pablo Perez 45 was having a drink with some colleagues on the outskirts of the village of Guacamayal, in the banana zone of Magdalena, when a pickup truck loaded with heavily armed paramilitaries and wearing uniforms arrived. The paramilitaries got out of the pickup truck and began firing, killing five people, including Pablo Perez 45, who died as a result of at least one gunshot to the head. The families of the five killed later learned that the paramilitaries had attacked Pablo Perez 45 and the others because they were members of the SINTRAINAGRO trade union.

286.   At the time when Pablo Perez 45 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 45 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita=s support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 45 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

287.   Juana Perez 46A is the wife and legal heir of Pablo Perez 46, with whom she had a family. Juana Perez 46B is the sister and is also a legal heir of Pablo Perez 46. Pablo Perez 46, a security guard employed by Finca Venus, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was murdered on September 24, 1995, by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On September 24, 1995, at approximately 5:30 PM, Pablo Perez 46 left his home in Guacamayal, in the banana zone of Magdalena, to

go to his job at Finca Venus, also in Guacamayal, where he was scheduled to work the night shift as a security guard. Pablo Perez 46  was traveling by bicycle, accompanied by three colleagues. At the entrance to Finca Venus, Pablo Perez 46 and his three colleagues were intercepted by a group of paramilitaries, who demanded to see their identity documents. After confirming their identities, the paramilitaries executed the four, including Pablo Perez 46, who died as a result of at least two gunshots to the head.

288.  At the time when Pablo Perez 46 was murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 46 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita=s support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 46 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Magdalena.

289.   Juana Perez 47A is the wife and legal heir of Pablo Perez 47. Juana Perez 47A is also the mother of Juanita Perez 47A, who was born in 1994, of Juanita Perez 47B, who was born in 1997, and of Juanita Perez 47C, who was born in 1999. Juanita Perez 47A, Juanita Perez 47B, and Juanita Perez 47C are the daughters and also are legal heirs of Pablo Perez 47. Juana Perez 47B is also the wife and is also a legal heir of Pablo Perez 47. Pablo Perez 47 was murdered on October 7, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 47 had been an employee of Finca Despensa, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, in the banana zone of Magdalena. But Pablo Perez 47 renounced his job at Finca Despensa several months before he was murdered, to escape persecution against him and his family. Two members of his family who worked at Finca Manantial, another banana plantation owned or controlled by Chiquita, or which supplied Chiquita, had been murdered. Pablo Perez 47 fled the banana zone and moved to Santa Marta months before he was murdered. In Santa Marta, Pablo Perez 47 found work as a security guard at a local supermarket. But on October 7, 2001, the paramilitaries caught up to Pablo Perez 47. On the afternoon of October 7, 2001, Pablo Perez 47 was on his way to his job in Santa Marta when he was

intercepted by paramilitaries, who executed him with multiple shots to the head and body.

290. At the time when Pablo Perez 47 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 47 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 47 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

291. Juana Perez 48 is the wife and legal heir of Pablo Perez 48, with whom she had a family. Pablo Perez 48, an employee of Finca La Carmela, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was murdered on or about July 5, 2005 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 5:30 AM on July 5, 2005, Pablo Perez 48 left his home in the village of Guacamayal,

Zona Bananera, Magdalena, to go to his job at Finca Carmela, also in Guacamayal. Pablo Perez 48 did not return home that evening. Worried, the Plaintiff, accompanied by a brother of Pablo Perez 48, went to look for him at Finca Carmela on July 6, 2005. At Finca Carmela, a foreman told the Plaintiff and Pablo Perez 48=s brother that he had seen Pablo Perez 48 leave work the previous day on a bicycle. On July 9, 2005, Pablo Perez 48, accompanied by two children of Pablo Perez 48 and the Plaintiff, returned to Finca Carmela and began to search for Pablo Perez 48. At Finca Carmela, the family members found Pablo Perez 48=s corpse, which presented advanced signs of decomposition. Pablo Perez 48 had been strangled to death with such violence that his head had nearly been separated from his body.

292.   Based on information and belief, Pablo Perez 48 was murdered by the William Rivas Front because he had refused to resign without severance pay from Finca Carmela, where he had worked for 16 years. The Plaintiff believes that the Finca Carmela foreman lied to her when he said that he had seen Pablo Perez 48 leave work on July 5, 2005. Prior to the time when Pablo Perez 48 was murdered, the William Rivas Front of the AUC had received substantial support from Chiquita, and at the time of his murder the AUC was still receiving substantial support from Chiquita suppliers. The murder of Pablo Perez 48 was in furtherance

111

of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 48 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

293.      Juana Perez 49 is the sister and legal heir of Pablo Perez 49, an employee of Finca La Escondida, a banana plantation in Cienaga, Magdalena that was owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 49 was murdered on June 12, 2003 by AUC paramilitaries from the William Rivas Front, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 12, 2003, Pablo Perez 49 was at his job at Finca La Escondida when several paramilitaries seized him and executed him with two gunshots to the head. The paramilitaries had a base on Finca La Escondida itself.

294.  At the time when Pablo Perez 49 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder

of Pablo Perez 49 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 49 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

295.   Juana Perez 50A is the mother and legal heir of Pablo Perez 50. Juana Perez 50B is the wife and is also a legal heir of Pablo Perez 50, with whom she had a family. Pablo Perez 50, an employee of Finca Marte, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. was an active member of the trade union SINTRAINAGRO, which represented banana workers in Magdalena, including Chiquita workers, and had participated in the negotiation of the 1996 collective bargaining agreement between SINTRAINAGRO and Finca Marte. Pablo Perez 50 was kidnapped, tortured and murdered on November 1, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of October 31, 1997 or in the early morning hours of

113

November 1, 1997, a group of heavily armed paramilitaries dressed in camouflaged uniforms stormed Pablo Perez 50=s home in the village of Guacamayal, in the banana zone of Magdalena, while he was sleeping. The paramilitaries broke down the door to the home, found Pablo Perez 50 and seized him, tied him up and forced him to accompany them at gunpoint, beating him as they kidnapped him. Pablo Perez 50=s corpse was found the following morning with signs of torture and two gunshots, one to the head and one to the body.

296.   In a certificate issued on November 22, 1999, Elvis Emilio Redondo Lopez, the Cienaga Municipal Representative, confirmed that Pablo Perez 50 was murdered in a massacre carried out in the context of the internal armed conflict. At the time when Pablo Perez 50 was kidnapped, tortured and  murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap, torture and murder of Pablo Perez 50 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 50 was one of the innocent victims of the violence

that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

297.   Juan Perez 51 is the brother and legal heir of Pablo Perez 51, an employee of Finca Plantacion, a banana plantation in the banana zone of Magdalena that was owned or controlled by Chiquita, or that supplied Chiquita. Pablo Perez was an active member of SINTRAINAGRO, the trade union that represented banana workers in Magdalena, including Chiquita workers, and had been actively recruiting workers at Finca Palntacion to join SINTRAINAGRO. Pablo Perez 51 was murdered on April 19, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the morning of April 19, 1997, Pablo Perez 51 finished his shift as a security guard at Finca Plantacion, and headed to his home in the village of Orihueca. Shortly after he arrived home, when a car pulled up with several paramilitaries dressed in civilian clothes. One of the paramilitaries told Pablo Perez 51 that he was needed back at Finca Plantacion for a meeting. Pablo Perez 51 got into the car and the paramilitaries drove off with him. Later that morning Pablo Perez 51 was found dead in the hamlet of Iberia, with three gunshots to the head and neck.

298.   Based on information and belief, management at Finca Plantacion had Pablo Perez 51 murdered because he was actively recruiting union members, and had refused to resign despite management=s insistence that he leave his job. At the time when Pablo Perez 51 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 51 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 51 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

299.   Juana Perez 52 is the wife and legal heir of Pablo Perez 52, a security guard employed by Finca Despensa, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 52 was murdered on November 10, 2000 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the afternoon of November 10, 2000, Pablo Perez 52 left his

home in Cienaga, Magdalena to cash his paycheck from Finca Despensa. After cashing his paycheck, Pablo Perez 52 ran into a friend of his who invited him to a beer. Pablo Perez 52 and his friend were together at a local establishment at approximately 9:00 PM when a group of uniformed paramilitaries arrived and opened fire, killing Pablo Perez 52 and another patron.

300.   At the time when Pablo Perez 52 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 52 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 52 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

301.   Juan Perez 53 is the husband and legal heir of Paula Perez 53, who ran the canteen concession at Finca La Juliana, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Paula Perez 53 was kidnapped and murdered on July 9, 2001 by AUC paramilitaries from the Northern Block,

who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Early on the morning of July 9, 2001, Paula Perez 53 arrived at the canteen at Finca La Juliana, and after attending to some administrative chores, began to prepare breakfast for the banana workers. At approximately 6:30 AM a pickup truck with seven or eight paramilitaries arrived. The paramilitaries disembarked, entered the canteen, and asked Paula Perez 53 where her son was. Paula Perez 53 responded that she did not know where her son was, but that at any rate, any matter that had to do with her son also had to do with her. One of the paramilitaries, using profane language, seized her and led her away with them. As she was being led away, Paula Perez 53 screamed for help to the plantation administrator, the foremen, and workers, but no one intervened on her behalf. Several hours later Paula Perez 53=s corpse was found in Reposo, in the banana zone of Magdalena, with two gunshots to the head and face.

302.   At the time when Paula Perez 53 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Paula Perez 53 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC

provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Paula Perez 53 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

303. Juana Perez 54 is the wife and legal heir of Pablo Perez 54, with whom she had a family. Pablo Perez 54, an employee of Finca Manantial, a banana plantation owned or controlled by Chiquita or which supplied Chiquita, was murdered on September 25, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Early on the morning of September 25, 1999, when Pablo Perez 54 had just arrived at Finca Manantial to begin his shift, a group of heavily armed paramilitaries arrived at Finca Manantial and, finding Pablo Perez 54, demanded that he tell them where another employee was. When Pablo Perez 54 answered that he did not know, the paramilitaries executed him with two gunshots.

304. At the time when Pablo Perez 54 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 54 was in furtherance of the understanding that the AUC had with

Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 54 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

305.   Juana Perez 55 is the mother and legal heir of Pablo Perez 55, am employee of Finca Crisol, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 55 was murdered on November 27, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the morning of November 27, 2001, Pablo Perez 55 was working at Finca Crisol, near the village of Guacamayal, Zona Bananera, Magdalena, when four paramilitaries arrived on two motorcycles. The paramilitaries proceeded to open fire on a colleague of Pablo Perez 55, killing the colleague. Pablo Perez 55 reacted to the shock of seeing his colleague murdered by trying to run. The paramilitaries then opened fire on Pablo Perez 55, killing him with two gunshots to

the head. The paramilitaries also shot and killed another worker of Crisol before leaving.

306.   At the time when Pablo Perez 55 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 55 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 55 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

307.   Juana Perez 56A is the wife and legal heir of Pablo Perez 56. Juan Perez 56B is the father and is also a legal heir of Pablo Perez 56. Pablo Perez 56, an employee of Finca Marte, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was murdered on May 2, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of May 1, 1999, Pablo Perez 56 was in the village of Guacamayal drinking with

friends, when he decided to head home. Riding his motorcycle, Pablo Perez 56 was intercepted near the Guacamayal cemetery by a group of paramilitaries, who threw him to the ground and fired two gunshots into his head, mortally injuring him. A friend of Pablo Perez 56 passed the scene five minutes later and found Pablo Perez 56 still alive. The friend took Pablo Perez 56 to the hospital, but Pablo Perez 56 died on the morning of May 2, 1999.

308.   At the time when Pablo Perez 56 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 56 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 56 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

309.   Juana Perez 57 is the wife and legal heir of Pablo Perez 57, with whom she had a family. Pablo Perez 57, an employee of Agrícola El Retiro S.A., a banana company owned or controlled by Chiquita, or which supplied Chiquita, was

murdered on January 17, 2004 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 2:00 AM on January 17, 2004, a group of heavily armed paramilitaries stormed the home that Pablo Perez 57 shared with the Plaintiff, and in full view of the Plaintiff and her children, seized Pablo Perez 57, beat him, tied him up, and forced him out of the home to a point approximately 200 yards away, where the paramilitaries executed Pablo Perez 57 with seven gunshots to the head and body.

310. At the time when Pablo Perez 57 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 57 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 57 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

311.   Juana Perez 58 is the mother and legal heir of Pablo Perez 58, an employee of Finca Pie de Cuesta, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 58 was murdered on July 23, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. In the early morning hours of July 23, 2001, Pablo Perez 58 was at a party in Aracataca, Magdalena when he participated in a fight with a man who turned out to be a Northern Block paramilitary. The paramilitary forced Pablo Perez 58 to lie on the ground, and then proceeded to execute Pablo Perez 58 with at least one gunshot to the head.

312.   At the time when Pablo Perez 58 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 58 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez

58 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

313.   Juan Perez 59B is the brother and legal heir of Pablo Perez 59. Juana Perez 59C is the sister and is also the legal heir of Pablo Perez 59 Pablo Perez 59 was murdered on or around February 25, 2007 by remnants of the AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 59, together with his family, worked a parcel of land located between several banana plantations (Despensa, La Juliana) that were owned or controlled by Chiquita, or supplied Chiquita, in the banana zone of Magdalena. On the night of February 25, 2007, Pablo Perez 59 stayed on the parcel working late, after his family returned to their home. Based on information and belief, sometime after his family returned home, a group of paramilitaries who had their base on nearby banana plantations entered the parcel and shot Pablo Perez 59. In the early morning hours of February 26, 2007, his family was worried because Pablo Perez 59 had not returned home. Juan Perez 59A went back to the parcel to look for Pablo Perez 59, and found him dead with a gunshot wound to his leg. Pablo Perez 59 bled to death sometime between the night of February 25, 2007 and the morning of February 26, 2007.

314.   Prior to the murder of Pablo Perez 59, Chiquita had given substantial support to the Northern Block, and at the time when Pablo Perez 59 was killed, remnants of the Northern Block of the AUC were still receiving substantial support from Chiquita suppliers. The murder of Pablo Perez 59 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 59 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

315.  Juan Perez 60 is the father and legal heir of Pablo Perez 60, an employee of Finca San Antonio, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, located in Turbo, in the Urabá region of Antioquia. Pablo Perez 60 was kidnapped, tortured and murdered on June 17, 1999 by AUC paramilitaries who were in control of the banana zone and surrounding areas of Urabá, in furtherance of the internal armed conflict. At approximately 1:00 AM on June 17, 1999, Pablo Perez 60 was resting at his home in Apartadó,

Antioquia when a group of paramilitaries who had arrived in several vehicles stormed his home, kicked in his door, seized Pablo Perez 60, and beat him. The paramilitaries demanded to know where Pablo Perez 60 had weapons hidden. Finding no weapons, the paramilitaries kidnapped Pablo Perez 60 and took him to the village of Nueva Colonia, in Turbo, Antioquia, very near the San Antonio banana plantation where Pablo Perez 60 worked. There, the paramilitaries tortured Pablo Perez 60 before executing him with several gunshots to the head and body.

316.   At the time when Pablo Perez 60 was kidnapped, tortured and murdered, the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 60 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area of Urabá, Antioquia and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 60 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Urabá, Antioquia.

317.   Juana Perez 61 is the wife and legal heir of Pablo Perez 61, an employee of Finca La Juliana, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Juana Perez 61 is also a victim. Pablo Perez 61 was murdered, and Juana Perez 61 was injured, on March 12, 1998 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of March 12, 1998, Juana Perez 61 and Pablo Perez 61 were in their home in Cienaga, Magdalena, when a group of paramilitaries stormed their home, breaking down their patio door and entering the home with force. Pablo Perez 61, startled awake by the forced entry, brandished a machete in order to fend off the invaders. The paramilitaries ordered Pablo Perez 61 to lower his machete. When Pablo Perez 61 lowered the machete, the paramilitaries opened fire, killing Pablo Perez 61 with three gunshots to the body, and injuring Juana Perez 61, who received a gunshot in her back, piercing her lung and exiting her body through her throat.

318.   At the time when Pablo Perez 61 was murdered and Juana Perez 61 was injured, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 61 and the injury of Juana Perez 61 were in furtherance of the understanding that the AUC had with Chiquita that in

return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 61 and Juana Perez 61 were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

319.   Juan Perez 62 is the father and legal heir of Pablo Perez 62, a former employee of Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 62 was murdered on December 15, 1999 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the evening of December 15, 1999, Pablo Perez 62 was lured out of his home in Cienaga, Magdalena, with the offer of employment. The following morning Pablo Perez 62 was found dead on the outskirts of Cienaga with three gunshots to his head.

320.   At the time when Pablo Perez 62 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of

Pablo Perez 62 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 62 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

321.   Juana Perez 63 is the wife and legal heir of Pablo Perez 63, a former worker at Finca Diana Maria, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 63 was murdered on May 17, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 17, 2001, Pablo Perez 63 was at his job as a security guard in Cienaga when he was approached by three paramilitaries. The paramilitaries executed Pablo Perez 63 with three gunshots to the body and face.

322.   Based on information and belief, Pablo Perez 63 was murdered because he and other former employees of finca Diana Maria had instituted legal action against Chiquita for payment of back wages and severance they were owed.

In a certificate issued on April 17, 2002, Jacob Gutierrez Buelvas, the Cienaga Municipal Representative, confirmed that Pablo Perez 63 was the victim of a targeted assassination for ideological and political reasons in the context of the internal armed conflict. At the time when Pablo Perez 63 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 63 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 63 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

323.   Juana Perez 64A is the daughter and legal heir of Pablo Perez 64, the owner of a small banana plantation that supplied Chiquita. Juan Perez 64B is the son and is also a legal heir of Pablo Perez 64.  Juana Perez 64C is also the daughter and is also a legal heir of Pablo Perez 64. Juana Perez 64D is also the daughter and is also a legal heir of Pablo Perez 64. Pablo Perez 64 was murdered on July 8, 1998

by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On July 8, 1998, Pablo Perez 64 was on the Luz Marina plantation, which he owned, in Rio Frio, in the banana zone of Magdalena, when five paramilitaries arrived in a pickup truck. The paramilitaries found Pablo Perez 64 resting in a hammock. Immediately they opened fire on Pablo Perez 64, hitting him in the head and back, killing him.

324. Based on information and belief, Pablo Perez 64 was murdered because he had witnessed the execution of three people by the Northern Block paramilitaries on Finca Luz marina approximately six months prior to his own death. At the time when Pablo Perez 64 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 64 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez

64 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

325.   Juan Perez 65 is the father and legal heir of Pablo Perez 65, an employee of Finca Venus, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 65 was murdered on October 14, 2005 by AUC paramilitaries from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.  On the afternoon of October 14, 2005, after coming home from his job at Finca Venus, Pablo Perez 65 was resting when two paramilitaries arrived at his family=s home in the hamlet of La Balsa, in Guacamayal, Zona Bananera, Magdalena. The paramilitaries told the Plaintiff that they needed to speak to Pablo Perez 65. Pablo Perez 65 presented himself, and the paramilitaries asked him to accompany them. Pablo Perez 65 left with the two paramilitaries. Shortly thereafter, the Plaintiff heard several gunshots in the distance, and ran out of the house towards the point from which the gunshots had come. There, the plaintiff found Pablo Perez 65=s corpse. The paramilitaries executed Pablo Perez 65 with multiple gunshots.

326.   Prior to the murder of Pablo Perez 65, the William Rivas Front of the AUC had received substantial support from Chiquita, and at the time of the murder

of Pablo Perez 65, the William Rivas Front was still receiving substantial support from Chiquita=s suppliers. The murder of Pablo Perez 65 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 65 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

327.   Juana Perez 66 is the wife and legal heir of Pablo Perez 66, an employee of Finca Venus, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 66 was murdered on April 29, 1998 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, as well as adjacent provinces, in furtherance of the internal armed conflict. Pablo Perez 66, an active member of SINTRAINAGRO, the trade union which represented banana workers in Magdalena, including Chiquita=s workers, had fled his home in Guacamayal, in the banana zone of Magdalena, because he had received death threats from the

134

Northern Block paramilitaries as a result of his union organizing work. After Pablo Perez 66 had moved to Barranquilla, Atlántico, an area which was also controlled by the Northern Block, the paramilitaries caught up to him on April 29, 1998, and executed him.

328.   At the time when Pablo Perez 66 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 66 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 66 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

329.   Juana Perez 67 is the wife and legal heir of Pablo Perez 67,with whom she had a family. Pablo Perez 67, an employee of Finca Vijagual, a banana plantation in the banana zone of Magdalena that was owned or controlled by Chiquita, or that supplied Chiquita, was murdered on June 1, 2002 by AUC paramilitaries from the William Rivas Front who were in control of the banana

zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. At approximately 10:00 PM on June 1, 2002, Pablo Perez 67 was returning to his home in the village of Orihueca, Zona Bananera, Magdalena after having done food shopping for the week when he was approached by two paramilitaries aboard a motorcycle. The two paramilitaries executed Pablo Perez 67 with three gunshots to the head and face.

330.  In a letter dated August 26, 2008, the Colombian Attorney General=s office informed Juana Perez 67 that in public testimony, William Rivas Front commander Jose Gregorio Mangones Lugo, A/K/A ACarlos Tijeras,@ had recognized his responsibility for the murder of Pablo Perez 67. At the time when Pablo Perez 67 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 67 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 67 was one of

the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

331.  Juana Perez 68 is the wife and legal heir of Pablo Perez 68, an employee of Finca Marte, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 68 was kidnapped, tortured and murdered on April 18, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, as well as adjacent provinces, in furtherance of the internal armed conflict. Near midnight on April 18, 2001, a group of paramilitaries forced their way into the home that Juana Perez 68 and Pablo Perez 68 shared in Guacamayal, Zona Bananera, Magdalena. Some of the paramilitaries seized and beat Pablo Perez 68 as Juana Perez 68 watched helplessly, while other paramilitaries searched the home. The paramilitaries then kidnapped Pablo Perez 68 and took him with them. His dismembered body was found the following day with at least one gunshot to the head.

332.  At the time when Pablo Perez 68 was kidnapped, tortured and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap, torture and murder of Pablo Perez 68 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s

137

support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 68 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

333. Juana Perez 69 is the mother and legal heir of Pablo Perez 69, a vendor who bought bananas rejected for export and sold them on the local market; Pablo Perez 69 specialized in buying rejected banana from banana plantations owned or controlled by Chiquita, or which supplied Chiquita, such as Fabriska, Manantial, Vijuagal, and Marte. Pablo Perez 69 was murdered on April 29, 2003 by AUC paramilitaries from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.  On April 29, 2003, Pablo Perez 69 purchased a truckload of rejected bananas from Finca Fabriska, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. When Pablo Perez 69 was driving his truck on his way out of the village of Rio Frio, a paramilitary hailed him, asking for a ride. The paramilitary got into the truck, and Pablo Perez 69 proceeded north

toward Cienaga. When Pablo Perez 69 reached Finca Manantial, another banana plantation owned or controlled by Chiquita, or which supplied Chiquita, where the paramilitaries had a base of operations, the paramilitary told Pablo Perez 69 to stop his truck. When Pablo Perez 69 stopped his truck, the paramilitary executed Pablo Perez 69 with five gunshots to the face and neck.

334.   At the time when Pablo Perez 69 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 69 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita=s  support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 69 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

335.   Juana Perez 70 is the daughter and legal heir of Pablo Perez 70A, a security guard who worked for approximately 15 years guarding several banana plantations owned or controlled by Chiquita in the banana zone of Magdalena.

139

Pablo Perez 70A was murdered on June 15, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On June 15, 1997, Pablo Perez 70A was resting at his home in the village of Rio Frio, in the banana zone of Magdalena, when a person stopped by and asked for him. Pablo Perez 70A left with this person shortly thereafter. Later on that day, Pablo Perez 70A was in another part of Rio Frio when he was approached by a group of paramilitaries wearing camouflaged uniforms, their faces covered by balaclavas. The paramilitaries executed Pablo Perez 70A with six gunshots to the head and body.

336.   At the time when Pablo Perez 70A was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 70A was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 70A was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

337.   Juana Perez 70 is also the daughter and legal heir of Paula Perez 70B, the wife of Pablo Perez 70A. Paula Perez 70B was kidnapped and murdered on September 27, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Paula Perez 70B was at home with her three children, including the Plaintiff, when near midnight on September 26, 1997 three pick-up trucks full of  paramilitaries wearing camouflaged uniforms and with the faces covered by balaclavas stormed the home, kicking in the door and entering with force. The paramilitaries asked for Paula Perez 70B by name. When Paula Perez 70B presented herself, the paramilitaries tied her up and forced her into one of the pickup trucks, and then drove off with her. Her body was found later on September 27, 1997, with two gunshots to the head.

338.   At the time when Paula Perez 70B was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Paula Perez 70B was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were

141

not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Paula Perez 70B was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

339.   Juana Perez 71 is the wife and legal heir of Pablo Perez 71A, with whom she had a family. Juana Perez 71 is also the mother of Juanito Perez 71, who was born in 1997. Juanito Perez 71 is the son and is also a legal heir of Pablo Perez 71A. Pablo Perez 71A, a security guard employed by Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was kidnapped on September 26 and tortured and murdered on September 27, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict, in the same action in which the paramilitaries kidnapped and murdered Paula Perez 70B, above. At approximately 11:30 PM on the night of September 26, 1997, Pablo Perez 71A was at home with the Plaintiff and their children when a large group of paramilitaries wearing camouflaged uniforms and covering their faces with balaclavas forced their way into the home, breaking down the door. Pablo Perez 71A tried to hide under a bed but the paramilitaries discovered him, pulled him out from under the bed, tied his hands and kidnapped him. As the paramilitaries were leaving with Pablo Perez 71A, a young daughter of his and the

Plaintiff screamed at the paramilitaries, demanding that they release her father. One of the paramilitaries beat the daughter in response. The paramilitaries then took Pablo Perez 71A to a nearby home from which they kidnapped Paula Perez 70B, above. At approximately 6:30 AM on September 27, 1997, Pablo Perez 71A was found dead in the village of Gran Via, in the banana zone of Magdalena, bearing signs of torture. Pablo Perez 71A was murdered with at least one gunshot to the head.

340. At the time when Pablo Perez 71A was kidnapped, tortured and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap, torture and murder of Pablo Perez 71A was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 71A was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

341.   Juana Perez 71 is also the sister and legal heir of Pablo Perez 71B, and the daughter and legal heir of Pablo Perez 71C. Pablo Perez 71B was an employee of Finca Manantial, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita; Pablo Perez 71C farmed a parcel of land adjacent to Finca Manantial. Pablo Perez 71B and Pablo Perez 71C were kidnapped and murdered on October 18, 1997 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the night of October 18, 1997, Pablo Perez 71B and Pablo Perez 71C were at their home near the village of Rio Frio, in the banana zone of Magdalena, when a group of paramilitaries, who were wearing camouflaged uniforms and had their faces covered with balaclavas, forced their way into the home, searched the premises, and then forced Pablo Perez 71B and Pablo Perez 71C to accompany them. Pablo Perez 71B and Pablo Perez 71C were found dead shortly thereafter, on the outskirts of Cienaga, Magdalena. Pablo Perez 71B and Pablo Perez 71C were murdered with multiple gunshots to the head.

342.   At the time when Pablo Perez 71B and Pablo Perez 71C were kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 71B and Pablo Perez 71C was in furtherance of the understanding that the AUC had with Chiquita

144

that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 71B and Pablo Perez 71C were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

343.   Juana Perez 72 is the wife and legal heir of Pablo Perez 72, an employee of Finca La Juliana, a banana plantation that was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 72 was murdered on March 31, 2003 by AUC paramilitaries from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.  On March 31, 2003, a group of paramilitaries forced Pablo Perez 72 off the bus that was transporting him and other La Juliana workers as it passed through the entrance to La Juliana. The paramilitaries then executed Pablo Perez 72.

344.   At the time when Pablo Perez 72 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder

of Pablo Perez 72 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita=s  support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 72 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

345.   Juana Perez 73 is the wife and legal heir of Pablo Perez 73, an employee of Finca La Joya, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 73 was murdered on November 8, 2001 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On November 8, 2001, Pablo Perez 73 was at his job at Finca La Joya when a group of paramilitaries entered the plantation. The paramilitaries executed four people on the plantation, including Pablo Perez 73, who died with multiple gunshots to the head and body.

146

346.   At the time when Pablo Perez 73 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 73 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 73 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

347.   Juana Perez 74 is the mother and legal heir of Pablo Perez 74, an employee of Finca Silvia Maria, a banana plantation that was owned or controlled by Chiquita, or which supplied Chiquita. Pablo Perez 74 was kidnapped and disappeared on March 14, 2000 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. After midnight on March 14, 2000, a group of paramilitaries entered the hamlet of Iberia, in the banana zone of Magdalena, and murdered several residents and kidnapped several others, including Pablo Perez 74. The paramilitaries stormed Pablo Perez 74=s home,

147

kicking in the door and seizing Pablo Perez 74, taking him away. Pablo Perez 74 was never seen again.

348.   At the time when Pablo Perez 74 was kidnapped and disappeared, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and disappearance of Pablo Perez 74 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 74 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

349.   Juana Perez 75A is the wife and legal heir of Pablo Perez 75, with whom she had a family. Juana Perez 75B is the sister and is also a legal heir of Pablo Perez 75. Pablo Perez 75, who worked at Finca La Joya, a banana plantation owned or controlled by Chiquita, or which supplied Chiquita, was murdered on October 12, 2003 by AUC paramilitaries from the William Rivas Front who were in control of the banana zone and surrounding areas of Magdalena, in furtherance

of the internal armed conflict.  At approximately 5:30 AM on October 12, 2003, two paramilitaries found Pablo Perez 75 at his home in Cienaga, Magdalena, and executed him with two gunshots to the face and neck.

350.  At the time when Pablo Perez 75 was murdered, the William Rivas Front of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 75 was in furtherance of the understanding between the AUC and Chiquita that in return for Chiquita=s  support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 75 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

351.  Juana Perez 76 is the mother and legal heir of Pablo Perez 76, an occasional worker at Finca Manantial, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 76 was kidnapped and murdered on June 3, 2002 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of

the internal armed conflict. On June 3, 2002, Pablo Perez 76 left his home in Cienaga, Magdalena to look for work in the banana zone with two other people. When Pablo Perez 76 and the other two people got to the town of Sevilla, in the banana zone, the vehicle they were riding in was intercepted by a group of paramilitaries, who kidnapped the three, including Pablo Perez 76. Pablo Perez 76 was found dead in the hamlet of Soplador, Guacamayal, in the banana zone of Magdalena.

352.   At the time when Pablo Perez 76 was kidnapped and murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the kidnap and murder of Pablo Perez 76 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 76 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

353.   Juana Perez 77 is the mother and legal heir of Pablo Perez 77, an employee of Finca Crisol, a banana plantation that was owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 77 was murdered on January 13, 2002 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Early on the morning of January 13, 2002, Pablo Perez 77 left his home in Cienaga, Magdalena for work. He was intercepted by paramilitaries, who executed him that day.

354.   At the time when Pablo Perez 77 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 77 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 77 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

355.   Juana Perez 78 is the mother and legal heir of Pablo Perez 78, who worked at Finca La Joya, a banana plantation owned or controlled by Chiquita or which supplied Chiquita. Pablo Perez 78 was murdered on May 24, 2002 by AUC paramilitaries from the Northern Block, who were in control of the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On May 23, 2002, four paramilitaries showed up at the home where Pablo Perez 78 lived in Cienaga, Magdalena, and asked for him, but Pablo Perez 78 was not home at the time. On May 24, 2002, Pablo Perez 78 was intercepted in Cienaga by a group of paramilitaries, who executed him and left his body on the Cienaga beach.

356.   At the time when Pablo Perez 78 was murdered, the Northern Block of the AUC was receiving substantial support from Chiquita, and the murder of Pablo Perez 78 was in furtherance of the understanding that the AUC had with Chiquita that in return for Chiquita=s support, the AUC would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the AUC provided Chiquita  with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 78 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone of Magdalena.

357.   Juana Perez 80 is the wife and legal heir of Pablo Perez 80, with whom she had a family. Juana Perez 80 is also the mother of Juanito Perez 80, who was born in 1995. Juanito Perez 80 is the son and is also a legal heir of Pablo Perez 80. Pablo Perez 80, a former worker at Finca La Juliana, a banana plantation owned or controlled by Chiquita or which supplied Chiquita, was murdered on May 19, 1996 by guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena. At approximately 5:00 PM on May 19, 1996, Pablo Perez 80 was eating and watching television in his home in Cienaga, in the company of the Plaintiff, when two guerrillas, one of them dressed in a camouflaged uniform and with his face covered by a balaclava, approached his home. One of the guerrillas entered Pablo Perez 80=s home through the patio, and the other entered through the front door. Upon finding Pablo Perez 80 seated in front of his television, the two guerrillas opened fire, killing Pablo Perez 80 with four gunshots to the face, head and body.

358.   At the time when Pablo Perez 80 was murdered, the guerrillas were receiving substantial from Chiquita. Pablo Perez 80 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

153

359.   Juana Perez 81A is the wife and legal heir of Pablo Perez 81, with whom she had a family. Juana Perez 81B is the daughter and is also a legal heir of Pablo Perez 81. Pablo Perez 81 was an employee of Finca Carmen Alicia, a banana plantation owned or controlled by Chiquita in the Urabá region of Antioquia. Pablo Perez 81 was an active member of SINTRAINAGRO, the trade union that represented banana workers in Urabá, including Chiquita workers. Pablo Perez 81 was murdered on November 12, 1993 by ACCU paramilitaries who were in control of the banana zone and surrounding areas of Urabá, in furtherance of the internal armed conflict. On November 12, 1993, at approximately 11:30 AM, a group of four heavily armed paramilitaries entered the Carmen Alicia banana plantation in a white pickup truck. The paramilitaries parked the pickup truck at the plantation's packing plant. When Pablo Perez 81 saw the paramilitaries, he tried to flee, but he did not have time. The paramilitaries intercepted him and executed him with multiple gunshots.

360.   Based on information and belief, management at Finca Carmen Alicia had the paramilitaries murder Pablo Perez 81 because days earlier he had just been named as a member of the SINTRAINAGRO  workers= committee at Finca Carmen Alicia, and Pablo Perez 81 had made it clear that he was opposed to the presence of paramilitaries on the plantation. At the time when Pablo Perez 81 was

murdered, the ACCU paramilitaries were receiving substantial support from Chiquita, and murder of Pablo Perez 81 was in furtherance of the understanding that the ACCU paramilitaries had with Chiquita that in return for Chiquita=s support, the paramilitaries would drive the FARC and ELN guerrillas out of the banana area and maintain a sufficient presence to keep the guerrillas from regaining a foothold. Further, the ACCU paramilitaries provided Chiquita with security, labor quiescence and social stability, and ensured that trade unions were not infiltrated by leftists sympathetic to the FARC and ELN guerrillas. Pablo Perez 81 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the ACCU paramilitaries in the banana zone of Urabá, Antioquia.

361.   Juana Perez 82A is the wife and legal heir of Pablo Perez 82, with whom she had a family. Juan Perez 82B is the son and is also a legal heir of Pablo Perez 82. Pablo Perez 82, a banana worker who lived in El Reten, Magdalena, was murdered on March 10, 1995 by guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.  At approximately 1:00 PM on March 10, 1995, Pablo Perez 82 finished work for the day at Finca La Alegría, a banana plantation and set out for his home on foot. Along the way, two guerrillas intercepted Pablo

Perez 82 at the Vuelta del Achiote in El Reten. The guerrillas executed Pablo Perez 82 with three gunshots, including at least one to the head.

362.   At the time when Pablo Perez 82 was murdered, the guerrillas were receiving substantial from Chiquita. Pablo Perez 82 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

363.   Juana Perez 83A is the mother and legal heir of Pablo Perez 83. Juana Perez 83B is the wife and is also a legal heir of Pablo Perez 83, with whom she had a family. Juana Perez 83B is also the mother of Juanita Perez 83, who was born in 1994. Juanita Perez 83 is the daughter and is also a legal heir of Pablo Perez 83. Pablo Perez 83, a transport driver who lived in Aracataca, Magdalena, was murdered on September 21, 1996 by AUC paramilitaries. On September 21, 1996, Pablo Perez 83 was transporting passengers from Fundacion, Magdalena to Monterrubio, Magdalena. Along the way, Pablo Perez 83 was detained at an AUC roadblock on the outskirts of Monterrubio. The AUC paramilitaries executed Pablo Perez 83 with firearms. Although initially the FARC was thought to be responsible for Pablo Perez 83's murder, the murder has since been publicly attributed to AUC paramilitaries.

364.   At the time when Pablo Perez 83 was murdered, the AUC was receiving substantial from Chiquita. Pablo Perez 83 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the AUC in the banana zone and surrounding areas of Magdalena.

365.   Juan Perez 84 is the nephew and legal heir of Pablo Perez 84A, and the nephew and legal heir of Pablo Perez 84B. Pablo Perez 84A and Pablo Perez 84B, two brothers and farmers who lived in Monterrubio, Magdalena, were murdered on September 1, 1996 by FARC guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 84A and Pablo Perez 84B had been drinking alcoholic beverages when, at approximately 5:00 PM on September 1, 1996, a group of heavily armed FARC guerrillas dressed in camouflaged uniforms entered the town of Monterrubio and gathered residents in the town square. The FARC guerrillas presented themselves as members of the Colombian army. Once the frightened residents had gathered in the town square, the FARC guerrillas asked for a show of hands from residents who had information about the guerrillas. Pablo Perez 84A and Pablo Perez 84B, in a sign of approval, raised their own hands. The FARC guerrillas then separated Pablo Perez 84A and Pablo Perez 84B, along with approximately four other residents who had raised

157

their hands. The FARC guerrillas then led the six captives away, accusing them of being collaborators with the Colombian army. The bodies of the captives, including Pablo Perez 84A and Pablo Perez 84B, were found shot to death approximately three miles away. Pablo Perez 84A and Pablo Perez 84B were each found with four gunshot wounds.

366.  At the time when Pablo Perez 84A and Pablo Perez 84B were murdered, the FARC guerrillas were receiving substantial from Chiquita. Pablo Perez 84A and Pablo Perez 84B were two of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

367.  Juana Perez 85 is the mother and legal heir of Pablo Perez 85, a professional photographer who lived in Fundacion, Magdalena. Pablo Perez 85 was murdered on October 21, 1995 by FARC guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 85=s work frequently took him up into the Sierra Nevada de Santa Marta mountains of Magdalena, but in September 1995, on one of Pablo Perez 85=s trips into the mountains, members of the FARC , fearing that Pablo Perez 85 would photograph them, warned him not to return. Nonetheless, Pablo Perez 85, who took his work seriously, did return to the

158

mountains in October 1995, in order to give copies of photographs he had taken of a family there. On the evening of October 21, 1995, after returning from his trip into the mountains, Pablo Perez 85 was in a canteen in Fundacion when  two members of the FARC guerrillas arrived and, without saying a word, executed Pablo Perez 85 with seven gunshots.

368.   At the time when Pablo Perez 85 was murdered, the FARC guerrillas were receiving substantial from Chiquita. Pablo Perez 85 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

369.   Juana Perez 86 is the sister and legal heir of Pablo Perez 86, a merchant who lived in Fundacion, Magdalena. Pablo Perez 86 was murdered on July 29, 1995 by FARC guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On the evening of July 29, 1995, Pablo Perez 86 was arriving at his home in Fundacion when he was intercepted by three members of the FARC guerrillas. The Farc guerrillas executed Pablo Perez 87 with multiple gunshots to the head and body.

370.   At the time when Pablo Perez 86 was murdered, the FARC guerrillas were receiving substantial from Chiquita. Pablo Perez 86 was one of the innocent

159

victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

371.   Juana Perez 87 is the mother and legal heir of Pablo Perez 87, a driver=s helper who lived in Fundacion, Magdalena. Pablo Perez 87 was murdered on January 20, 1995 by FARC guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. Pablo Perez 87 worked as a helper on a truck that transported passengers and cargo between Fundacion and the Sierra Nevada de Santa Marta mountains in Magdalena. On his last trip up into the mountains as a helper, Pablo Perez 87 was confronted by a member of the FARC guerrillas, who warned him that the guerrillas did not want to see Pablo Perez 87 up in the mountains again, because they considered him to be a spy who was collecting information on the FARC to give to the Colombian army. As a result of the warning, Pablo Perez 87 stopped going up into the mountains. Nevertheless, he continued to work for his employer, who offered Pablo Perez 87 work unloading the truck when it arrived with cargo to Fundacion. At approximately midnight on January 19, 1995, Pablo Perez 87 was unloading his employer=s truck in Fundacion when a FARC guerrilla approached him and stated, AWe warned you@

before executing Pablo Perez 87 with two gunshots to the head and one to the body.

372.   At the time when Pablo Perez 87 was murdered, the FARC guerrillas were receiving substantial from Chiquita. Pablo Perez 87 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

373.   Juana Perez 88 is the sister and legal heir of Pablo Perez 88, who lived in Santa Marta, Magdalena, and worked at a coffee-processing plant. Pablo Perez 88 was murdered on or around August 15, 1994 by FARC guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict. On or around August 12, 1994, Pablo Perez 88 went to his job at the coffee-processing plant, but did not return home that night, causing his family to worry. Pablo Perez 88 had received threats from the FARC guerrillas previously. On August 15, 1994, Pablo Perez 88=s decomposing body was found near the road east of Santa Marta. Pablo Perez 88 had been shot to death.

374.   At the time when Pablo Perez 88 was murdered, the FARC guerrillas were receiving substantial from Chiquita. Pablo Perez 88 was one of the innocent

victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

375.   Juana Perez 89A and Juana Perez 89B are two daughters and the legal heirs of Pablo Perez 89, a cattle rancher in San Angel, Magdalena.  Pablo Perez 89 was murdered on November 8, 1995 by ELN guerrillas who were attempting to establish control in the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.  On November 7, 1995, members of the Ejercito de Liberación Nacional (ELN) guerrilla organization arrived at the ranch of Pablo Perez 89 and asked for him by name.  Pablo Perez 89's daughter informed them that he was not at home.  The paramilitaries  detained Pablo Perez 89's daughter and his brother while they robbed the farm.  At approximately 2:00 PM, they exchanged Pablo Perez 89's daughter for his son, and told the family that if Pablo Perez 89 did not appear at a certain time and place the following day, they would murder his son.  They left with Pablo Perez 89's son and brother.  The following morning Pablo Perez 89 left his house at approximately 4:00 AM and arrived at his meeting with the ELN at approximately 7:00 AM.  His son was released.  According to an ELN public notice, Pablo Perez 89 and his brother were murdered supposedly for collaborating with paramilitaries.

376.   At the time when Pablo Perez 89 was murdered, the ELN was receiving substantial support from  Chiquita.  Pablo Perez 89 was one of the innocent victims of the violence that ensued when  Chiquita brought and provided support to the ELN guerrillas in the banana zone and surrounding areas of Magdalena.

377.   Juana Perez 90 is the mother and legal heir of Pablo Perez 90, a construction worker who lived in Valledupar, Cesar. Pablo Perez 90 was murdered on July 27, 1996 by guerrillas who were attempting to establish control in the banana zone and surrounding areas of Magdalena, as well as adjacent provinces, in furtherance of the internal armed conflict. On July 27, 1996, Pablo Perez 90 was traveling by bus from Valledupar, Cesar to Riohacha, La Guajira, in order to visit the Plaintiff. Pablo Perez 90 was traveling in the company of two cousins. When the bus Pablo Perez 90 and his two cousins were traveling in got to a small town within the municipality of Riohacha, La Guajira, it was detained at a guerrilla roadblock. The guerrillas made several passengers get off the bus, including Pablo Perez 90 and his two cousins, but eventually the guerrillas let the other passengers go. The guerrillas then led Pablo Perez 90 and his two cousins to a nearby farm. There, the guerrillas executed Pablo Perez 90 and his two cousins with gunshots.

378.   At the time when Pablo Perez 90 was murdered, the guerrillas were receiving substantial support from Chiquita.   Pablo Perez 90 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in Magdalena and adjacent provinces.

379.   Juana Perez 91 is the sister and legal heir of Pablo Perez 91, a soldier in the Colombian military in Santa Marta, Magdalena. Pablo Perez 91 was kidnapped and disappeared on or about November 24, 1996 by FARC guerrillas who were attempting to establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.   Pablo Perez 91 was a soldier in the Cordova Battalion.   On November 23, 1996, Pablo Perez 91 left the military base and went toward Finca Tequendama, a farm in Minca, Magdalena belonging to his family, after receiving a false report that something had happened to his family.   Along the way, he stopped his truck to sleep for the night.   During the night, he was kidnapped and disappeared by FARC guerrillas. Pablo Perez 91 was never seen again. The Plaintiff and her family believe that the FARC guerrillas murdered Pablo Perez 91 and buried his body somewhere in the Sierra Nevada de Santa Marta mountains of Magdalena.

380.   At the time when Pablo Perez 91 was kidnapped and disappeared, the FARC guerrillas were receiving substantial from Chiquita. Pablo Perez 91 was one

164

of the innocent victims of the violence that ensued when Chiquita brought and provided support to the FARC in the banana zone and surrounding areas of Magdalena.

381.   Juan Perez 92 is the brother and legal heir of Pablo Perez 92, an agricultural worker in Santa Marta, Magdalena.   Pablo Perez 92 was murdered on October 8, 1995 by guerrillas who were operating in Santa Marta and other parts of Magdalena, in furtherance of the internal armed conflict.   Pablo Perez 92 returned from working in the foothills of the Sierra Nevada three days prior to his murder. On October 8, 1995, at approximately 5:30 PM, Pablo Perez 92 was in his house in Santa Marta when two men and a woman arrived.   Pablo Perez 92 sat down on the porch with the visitors and talked for two hours.   At approximately 7:30 PM, the four of them left the house, saying that they were not going to go far.   After they left, the three visitors shot Pablo Perez 92 multiple times, killing him.   Based on information and belief, the guerrillas suspected Pablo Perez 92 of anti-guerrilla activity, leading to his murder.

382.   At the time when Pablo Perez 92 was killed, the guerrillas were receiving substantial from Chiquita. Pablo Perez 92 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

383.   Juana Perez 93A is the wife and legal heir of Pablo Perez 93A, with whom she had a family. Pablo Perez 93A, a rancher who owned a banana plantation in the village of Orihueca, in the banana zone of Magdalena, was murdered on April 12, 1994 by guerrillas who were attempting to establish control over the banana zone of Magdalena and surrounding areas. On April 12, 1994, Pablo Perez 93A was leaving Orihueca, heading toward Aracataca in his pickup truck, when a group of guerrillas on bicycles tried to block his way. Pablo Perez 93A hit one of the guerrillas, knocking him and his bicycle over. Another guerrilla fired a gunshot at Pablo Perez 93A, striking him in the arm and the abdomen, causing him to run off the road and crash into a tree. Immediately, a guerrilla approached and fired an assault rifle at Pablo Perez 93A, striking him in the head and killing him.

384.   At the time when Pablo Perez 93A was killed, the guerrillas were receiving substantial from Chiquita. Pablo Perez 93A was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the guerrillas in the banana zone and surrounding areas of Magdalena.

385.   Juana Perez 94 is the wife and legal heir of Pablo Perez 94, an agricultural worker in San Pedro La Sierra, Cienaga, Magdalena.  Pablo Perez 94 was murdered on September 28, 1994 by FARC guerillas who were attempting to

establish control over the banana zone and surrounding areas of Magdalena, in furtherance of the internal armed conflict.  On September 28, 1994, Pablo Perez 94 was alone on his farm when two FARC guerrillas arrived.  The guerrillas shot Pablo Perez 94 once in the head and once in the chest, killing him.  Prior to the murder, Pablo Perez 94 had received threats from the FARC.  The FARC guerrillas had demanded that he abandon his land, but he had refused.

386.  At the time when Pablo Perez 94 was murdered, the FARC was receiving substantial support from Chiquita.  Pablo Perez 94 was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the FARC in Magdalena.

387.  Juana Perez 95 is the wife and legal heir of Pablo Perez 95A, an agricultural worker who lived and worked in the mountains of the Sierra Nevada de Santa Marta, in Magdalena. Pablo Perez 95A was kidnapped and disappeared on October 10, 1995 by FARC guerrillas who were attempting to establish control of the banana zone and surrounding areas of Magdalena. Pablo Perez 95A was working as an employee of a farm located in the hamlet of Las Delicias when, on October 10, 1995, he was kidnapped by FARC guerrillas. Pablo Perez 95A was never seen again.

388.   At the time when Pablo Perez 95A was kidnapped and disappeared, the FARC was receiving substantial support from Chiquita.  Pablo Perez 95A was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the FARC in Magdalena.

389.   Juana Perez 95 is also the mother and legal heir of Pablo Perez 95B, an agricultural worker who lived in Santa Rosalia, in the banana zone of Magdalena. Pablo Perez 95B was kidnapped and disappeared on August 10, 1997 by FARC guerrillas who were attempting to establish control in the banana zone and surrounding areas of Magdalena. Pablo Perez 95B left his home in Santa Rosalia in order to work in the Sierra Nevada de Santa Marta mountains. On August 10, 1997, Pablo Perez 95B was kidnapped by FARC guerillas, and was never seen again.

390.   At the time when Pablo Perez 95B was kidnapped and disappeared, the FARC was receiving substantial support from Chiquita.  Pablo Perez 95B was one of the innocent victims of the violence that ensued when Chiquita brought and provided support to the FARC in Magdalena.

391.   Juana Perez 8 is the also sister and legal heir of Pablo Perez 8B, an active member of SINTRAINAGRO, a trade union of banana workers, including Chiquita workers, and an employee of the La Ceiba banana plantation. Pablo Perez

8B was murdered on February 23, 1994 by paramilitaries. On the morning of February 23, 1994, Pablo Perez 8B was driving a tractor with a group of other banana workers when his tractor was intercepted by a group of paramilitaries between Finca La Ceiba and Finca Eufemia. The paramilitaries ordered any and all trade unionists present to disembark from the tractor. Four members of SINTRAINAGRO immediately complied, but Pablo Perez 8B did not. One of the paramilitaries then also ordered Pablo Perez 8B to disembark, since the paramilitary recognized him as being a trade unionist as well. When Pablo Perez 8B had gotten out of the vehicle and lined up with the other members of SINTRAINAGRO, the paramilitaries shot and killed the five trade unionists, including Pablo Perez 8B.

392.   Juan Perez 22A is also the father and legal heir of Pablo Perez 22B. Juana Perez 22B is the wife and is also a legal heir of Pablo Perez 22B, with whom she had a family.  Pablo Perez 22B was murdered by AUC paramilitaries on March 23, 2001.  On the afternoon of March 23, 2001, Pablo Perez 22B was driving from Sevillano, Cienaga, Magdalena to Cienaga when he was intercepted by AUC paramilitaries. The paramilitaries shot Pablo Perez 22B four times in the head, killing him.

393.   Juana Perez 93A is also the wife and legal heir of Pablo Perez 93B. Juana Perez 93B is also the wife and is also a legal heir of Pablo Perez 93B, with whom she had a son.  Juan Perez 93C is the son and is also a legal heir of Pablo Perez 93B.  Pablo Perez 93B was kidnapped by AUC paramilitaries on March 28, 2000; after kidnapping him, the paramilitaries murdered Pablo Perez 93B.  Pablo Perez 93B had previously run for Municipal Councilman in Plato, Magdalena but lost.  On the morning of March 28, 2000, Pablo Perez 93B was on his farm in El Bajo, Plato, Magdalena when a group of AUC paramilitaries arrived, seized him, tied him up, and kidnapped him along with another farm worker.  A few hours later, the other farm worker was released and returned to the farm.  The next evening, on March 29, 2000, the AUC paramilitaries deposited Pablo Perez 93B's body at the entrance to his farm.  Pablo Perez 93B had been tortured, handcuffed, and shot multiple times in the head and thorax.

394.   Juana Perez 96 is the wife and legal heir of Pablo Perez 96, with whom she had a family.  Pablo Perez 96 was kidnapped and disappeared on June 6, 2004 by AUC paramilitaries.  On the night of June 6, 2004, Pablo Perez 96 was working his shift as a security guard on the Santa Rita banana plantation in Tucurinca, Zona Bananera, Magdalena, when he was intercepted by a group of

AUC paramilitaries. The paramilitaries kidnapped Pablo Perez 96. Pablo Perez 96 was never seen again.

395.   Juana Perez 97 is the wife and legal heir of Pablo Perez 97, with whom she had a family. Pablo Perez 97 was murdered on May 27, 2001 by AUC paramilitaries. On the morning of May 27, 2001, AUC paramilitaries arrived at Pablo Perez 97's home in Tasajera, Puebloviejo, Magdalena. The paramilitaries asked for Pablo Perez 97 by name and Juana Perez 97 let them into the house. Juana Perez 97 went into another room while Pablo Perez 97 talked with the paramilitaries. The paramilitaries shot Pablo Perez 97 multiple times, killing him.

396.   Juana Perez 98 is the wife and legal heir of Pablo Perez 98, with whom she had a family. Pablo Perez 98 was murdered by AUC paramilitaries on November 22, 2000 in a large massacre of civilians in the Cienaga Grande de Santa Marta swamp, in Magdalena. On the morning of November 22, 2000, Pablo Perez 98 left his home in the village of Nueva Venecia, Sitionuevo, Magdalena, in the Cienega Grande de Santa Marta swamp, to go fishing. Pablo Perez 98's boat was intercepted by AUC paramilitaries in another boat. The paramilitaries shot and killed Pablo Perez 98. The paramilitaries also shot and killed Pablo Perez 98's fishing partner. Pablo Perez 98's body was found on or about November 23, 2000.

397.   Juan Perez 99 is the brother and legal heir of Pablo Perez 99.   Pablo Perez 99 was murdered by AUC paramilitaries on November 22, 2000 in a large massacre of civilians in the Cienaga Grande de Santa Marta swamp in Magdalena. Early on the morning of November 22, 2000, Pablo Perez 99 left his home in Nueva Venecia, Sitionuevo, Magdalena to start his day of fishing.  Pablo Perez 99 was intercepted by AUC paramilitaries who were traveling in several boats.  The paramilitaries shot Pablo Perez 99 multiple times in the head and body, killing him.

398.   Juana Perez 100 is the mother and legal heir of Pablo Perez 100. Pablo Perez 100 was murdered on November 22, 2000 by AUC paramilitaries in a large massacre of civilians in the Cienaga Grande de Santa Marta swamp, in Magdalena.  On the morning of November 22, 2000, Pablo Perez 100 left his house in Nueva Venecia, Sitionuevo, Magdalena to go to a meeting in the town's plaza. As Pablo Perez 100 approached the plaza, he saw AUC paramilitaries killing other people in the plaza and attempted to flee.  Pablo Perez 100 was shot in the leg by the paramilitaries and bled to death before being able to receive medical treatment.

399.   Juana Perez 101 is the sister and legal heir of Pablo perez 101.  Pablo perez 101 was murdered on July 12, 2000 by AUC paramilitaries. On or about July 12, 2000, a group of AUC paramilitaries entered Soplador, Zona Bananera, Magdalena.  The paramilitaries came to Pablo perez 101's house and pulled him

172

outside.  The paramilitaries shot Pablo perez 101 in the head, killing him.  That same night, the AUC paramilitaries killed two other Soplador residents, Redulfo Miguel Acuna Sandoval and Manuel de Jesus Charris Perea  (see above).

400.    Juana Perez 102 is the mother and legal heir of Pablo Perez 102. Pablo Perez 102 was kidnapped and murdered by AUC paramilitaries on March 21, 2001.  On March 21, 2001, a group of AUC paramilitaries arrived at the home of Pablo Perez 102 in Sampuecito, Aracataca, Magdalena.  The paramilitaries knocked down the door and kidnapped Pablo Perez 102.  Later, the paramilitaries shot Pablo Perez 102 several times, killing him.  The paramilitaries killed several others that night in Aracataca.

401.    Juana Perez 103is the daughter and legal heir of Pablo Perez 103, a recognized community leader and former banana worker in Aracataca, Magdalena. Pablo Perez 103 was murdered by AUC paramilitaries on September 5, 1998.  On September 5, 1998, Pablo Perez 103 was riding his motorcycle in the evening when he was intercepted by AUC paramilitaries in a pickup truck on the highway leading out of Aracataca, Magdalena.  The paramilitaries shot Pablo Perez 103 multiple times, killing him.

402.    Juana Perez 104 is the mother and legal heir of Pablo Perez 104. Pablo Perez 104 was murdered by AUC paramilitaries on January 30, 2002.  On

January 30, 2002, Pablo Perez 104 and several of his friends were standing on a street corner in Sampuesito, Aracataca, Magdalena when two AUC paramilitaries arrived on a motorcycle and ordered them to lay face down.  The paramilitaries opened fire on the group.  Some members of the group were able to escape, but Pablo Perez 104 was shot twice in the head and killed.  The paramilitaries also killed several others in the group.

403.   Juan Perez 105 is the brother and legal heir of Pablo Perez 105. Pablo Perez 105 was murdered on August 6, 2001 by AUC paramilitaries. Early on the morning of August 6, 2001, Pablo Perez 105 was walking home from a party in Barrio El Carmen in Aracataca, Magdalena when he was intercepted by a group of AUC paramilitaries. The paramilitaries shot Pablo Perez 105 to death with several gunshots to his head.

404.   Juan Perez 106A is the brother and legal heir of Pablo Perez 106A, a former worker at the banana plantation Pie de Cuesta, which was affiliated with Chiquita.  Juan Perez 106A is also the brother and legal heir of Pablo Perez 106B. Juana Perez 106B is the wife and is also a legal heir of Pablo Perez 106B, with whom she had a family.  Pablo Perez 106A and Pablo Perez 106B were kidnapped and murdered by AUC paramilitaries on or about December 17, 1998.  In the morning on or about December 17, 1998, a group of AUC paramilitaries arrived at

the farm where Pablo Perez 106A and Pablo Perez 106B were working.  The

paramilitaries kidnapped Pablo Perez 106A and Pablo Perez 106B, took them to

Cerro Azul, Aracataca, and murdered each of them with a gunshot to the head.

405.   Juana Perez 107 is the mother and legal heir of Pablo Perez 107.

Pablo Perez 107 was kidnapped by AUC paramilitaries on September 19, 1997;

after kidnapping him, the paramilitaries murdered Pablo Perez 107. Late on the

night of September 19, 1997, Pablo Perez 107 was asleep in his home in El Reten,

Magdalena when a group of armed AUC paramilitaries arrived.  The paramilitaries

kidnapped Pablo Perez 107 and forced him into their pickup truck.  The following

morning, Juana Perez 107 went to report the crime to the local police commander.

Pablo Perez 107's body was found on September 20, 1997.  The paramilitaries

killed Pablo Perez 107 with multiple gunshots.

406.   Juana Perez 108 is the mother and legal heir of Paula Perez 108. Paula

Perez 108 was kidnapped and disappeared by AUC paramilitaries on March 30,

1997; after kidnapping her, the paramilitaries murdered Paula Perez 108. On

March 30, 1997, Paula Perez 108 was intercepted by AUC paramilitaries in

Aracataca, Magdalena. Members of Paula Perez 108's family found her body on

April 4, 1997 in Aracataca. Paula Perez 108 had been shot to death.

407.   Juana Perez 109 is the mother and legal heir of Pablo Perez 109. Pablo

Perez 109 was murdered by AUC paramilitaries on or about December 7, 2001. On or about December 7, 2001, Pablo Perez 109 was at his farm in rural Aracataca when a group of AUC paramilitaries arrived and demanded that he give them yucca. When Pablo Perez 109 refused, one of the paramilitaries opened fire on Pablo Perez 109, striking him in the abdomen. Wounded, Pablo Perez 109 was seized by the paramilitaries, who took him to a nearby river, where they killed him by slitting his throat.

408.   Juana Perez 110 is the wife and legal heir of Pablo Perez 110A, and the sister and legal heir of Pablo Perez 110B. Pablo Perez 110A and Pablo Perez 110B were murdered by AUC paramilitaries on January 13, 2001. On the afternoon of January 13, 2001, Pablo Perez 110A and Pablo Perez 110B, who were neighbors, were each in their respective homes when a group of AUC paramilitaries arrived on motorcycles at the home of Pablo Perez 110A and asked to speak with him inside. After the paramilitaries had entered the home, Pablo Perez 110B and also entered. The paramilitaries then shot and killed Pablo Perez 110A and Pablo Perez 110B.

409.   Juana Perez 111 is the daughter and legal heir of Pablo Perez 111. Pablo Perez 111 was murdered by AUC paramilitaries on December 18, 1999.  On the night of December 18, 1999, a group of AUC paramilitaries arrived in Media

Luna, Pivijay, Magdalena, where Pablo Perez 111 lived, and knocked on many of the doors and made a large number of the town's residents gather by the river. The paramilitaries read a list of names, but none of the people they were looking for was present. The paramilitaries chose several people at random, including Pablo Perez 111, and shot and killed them.

410.   Juana Perez 112A is the wife and legal heir of Pablo Perez 112, with whom she had a family. Juana Perez 112B is the mother and is also a legal heir of Pablo Perez 112. Pablo Perez 112 was kidnapped and disappeared on November 1, 2001 by AUC paramilitaries. On November 1, 2001, Pablo Perez 112 and several other workers, all employees of the Electricaribe power company, were sent to Tucurinca in the banana zone of Magdalena to repair electrical damage. When the men arrived at the location of the damage, they were kidnapped by a group of AUC paramilitaries, who burned their vehicle. One of the bodies was eventually discovered in a common grave, but the other three victims, including Pablo Perez 112, were never seen again.

411.   Juana Perez 113 is the wife and legal heir of Pablo Perez 113, with whom she had a family. Pablo Perez 113 was kidnapped and disappeared on November 1, 2001 by AUC paramilitaries. On November 1, 2001, Pablo Perez 113 and several other workers, all employees of the Electricaribe power company,

were sent to Tucurinca in the banana zone of Magdalena to fix electrical damage. When the men arrived at the location of the damage, they were kidnapped by a group of AUC paramilitaries, who burned their vehicle. One of the bodies was eventually discovered in a common grave, but the other three victims, including Pablo Perez 113, were never seen again.

412.   Juana Perez 114 is the wife and legal heir of Pablo Perez 114, with whom she had a family.  Pablo Perez 114 was kidnapped and disappeared on November 1, 2001 by AUC paramilitaries.  On November 1, 2001, Pablo Perez 114 and several other workers, all employees of the Electricaribe power company, were sent to Tucurinca in the banana zone of Magdalena to fix electrical damage. When the men arrived at the location of the damage, they were kidnapped by a group of AUC paramilitaries, who burned their vehicle. One of the bodies was eventually discovered, but the other three victims, including Pablo Perez 114, were never seen again.

413.   Juana Perez 115 is the wife and legal heir of Pablo Perez 115, with whom she had a family.  Pablo Perez 115 was kidnapped by AUC paramilitaries on April 13, 1999; after kidnapping him, the paramilitaries murdered Pablo Perez 115. On the afternoon of April 13, 1999, Pablo Perez 115 was working in his shop in Aracataca, Magdalena when a group of AUC paramilitaries arrived.  The

paramilitaries searched the shop and then kidnapped Pablo Perez 115.  Pablo Perez 115's body was found by police on or about April 22, 1999.

414.   Juana Perez 116 is the wife and legal heir of Pablo Perez 116, with whom she had a family.  Pablo Perez 116 was murdered by AUC paramilitaries on July 26, 2003.  On July 26, 2003, Pablo Perez 116, Juana Perez 116, and their children were travelling in a car when they were stopped by AUC paramilitaries on a motorcycle near Barrio Raices, Aracataca, Magdalena.  The paramilitaries told Pablo Perez 116 to get out of the car because they needed to search it.  When Pablo Perez 116 got out of the car, the paramilitaries shot him several times in the head, killing him in front of his family.

415.   Juana Perez 117 is the wife and legal heir of Pablo Perez 117, with whom she had a family.  Pablo Perez 117 was kidnapped and disappeared by AUC paramilitaries on June 7, 1999.  On the night of June 7, 1999, Pablo Perez 117 had stopped for the night at a house in Barrio Las Delicias in Aracataca, Magdalena where he regularly slept when he was returning from his plot of land in the Sierra Nevada de Santa Marta mountains.  That night, a group of AUC paramilitaries arrived at the house and told Pablo Perez 117 that he should accompany them. When Pablo Perez 117 resisted, the paramilitaries forced him into their truck and kidnapped him.  Pablo Perez 117 was never seen again.

416.   Juana Perez 118 is the daughter and legal heir of Pablo Perez 118. Pablo Perez 118 was killed by AUC paramilitaries on September 9, 2000.  On the night of September 9, 2000, a group of AUC paramilitaries arrived at the home of Pablo Perez 118 in Barrio San Martin, Aractaca, Magdalena and knocked on the door.  When Pablo Perez 118 opened the door, the paramilitaries shot him multiple times, killing him.

417.   Juana Perez 119 is the mother and legal heir of Pablo Perez 119, an adolescent.  Pablo Perez 119 was kidnapped and disappeared by AUC paramilitaries on June 14, 2004. On the night of June 14, 2004, a group of AUC paramilitaries arrived at the home of Pablo Perez 119 in Aracataca, Magdalena, where he was with Juana Perez 119 and his younger siblings.  The paramilitaries seized Pablo Perez 119, tied him up, and told his family that they had orders to take Pablo Perez 119. Despite Juana Perez 119's protests, the paramilitaries kidnapped Pablo Perez 119 and drove away with him in their vehicle. Pablo Perez 119 was never seen again.

418.   Juana Perez 120A is the wife and legal heir of Pablo Perez 120, with whom she had a family.  Juana Perez 120B is also the wife and is also a legal heir of Pablo Perez 120, with whom she also had a family.  Pablo Perez 120 was murdered on October 10, 2000 by AUC paramilitaries. On the evening of October

10, 2000, Pablo Perez 120 was standing on the bridge between Fundacion and Aracataca talking with some friends.  A motorcycle drove up with AUC paramilitaries aboard and one of the paramilitaries shot Pablo Perez 120 multiple times, killing him.

419.   Juan Perez 121 is the brother and legal heir of Pablo Perez 121.  Pablo Perez 121 was murdered by AUC paramilitaries on September 13, 2003.  Pablo Perez 121 had lived on a plot of land that he owned and farmed until AUC paramilitaries in the region forced him to flee.  The paramilitaries told Pablo Perez 121 that they did not want to see him again in the area.  Pablo Perez 121 fled to Fundacion, Magdalena.  Whenever Pablo Perez 121 could, he went back to his plot of land and removed his belongings and brought them to his house in Fundacion, and eventually even harvested the crops that were still growing on his abandoned farm.  On the night of September 13, 2003, Pablo Perez 121 was shot and killed by two AUC paramilitaries who waited for him on a street corner near his home in Fundacion.

420.   Juana Perez 122A is the mother and legal heir of Pablo Perez 122.  Juana Perez 122B is the wife and legal heir of Pablo Perez 122, with whom she had a family.  Pablo Perez 122 was murdered by AUC paramilitaries on November 20, 2000.  On the afternoon of November 20, 2000, Pablo Perez 122 left his home on a

bicycle to go to the public market.  On his way to the market, Pablo Perez 122 was intercepted by two AUC paramilitaries on a motorcycle in Barrio Hawaii, Fundacion, Magdalena.  The paramilitaries shot Pablo Perez 122 multiple times, killing him.

421.   Juana Perez 123 is the mother and legal heir of Pablo Perez 123. Pablo Perez 123, who suffered from epilepsy, was murdered on or about February 7, 2004 by AUC paramilitaries. On the night of February 6, 2004, Pablo Perez 123 stayed in an unoccupied house next to his brother's house in Fundacion, Magdalena. Sometime that night or early the next morning, on February 7, 2004, AUC paramilitaries entered the house where Pablo Perez 123 was staying and murdered him with three gunshots to the head and face.

422.   Juana Perez 124A is the wife and legal heir of Pablo Perez 124, with whom she had a family. Juana Perez 124B is the mother and is also a legal heir of Pablo Perez 124.  Juan Perez 124C is the brother and is also a legal heir of Pablo Perez 124.  Juana Perez 125 is the wife and legal heir of Pablo Perez 125, with whom she had a family.   Pablo Perez 124 and Pablo Perez 125 were kidnapped and murdered by AUC paramilitaries on May 4, 2000.  In the early morning hours of May 4, 2000, Juana Perez 124A was awakened in her home on the road between Fundacion, Magdalena and Pivijay, Magdalena by the sound of her next-door

neighbor's door being broken down. Juana Perez 124A looked out and saw a large group of AUC paramilitaries forcing their way into the neighboring house and pulling people outside. Juana Perez 124A woke Pablo Perez 124 just as the same AUC paramilitaries burst into the home Juana Perez 124A and Pablo Perez 124 shared with Pablo Perez 125 and Juana Perez 125. The paramilitaries ordered the family to exit the house and lay face down on the ground. The paramilitaries told Juana Perez 124A to turn the light on while they searched for weapons. After searching, the paramilitaries turned off the lights. Then the paramilitaries ordered Juana Perez 124A to stay inside the house and not to turn on the light for any reason. The paramilitaries seized Pablo Perez 124 and Pablo Perez 125, tied them up, and forced them outside and into their vehicle, and drove away with them. The paramilitaries then shot Pablo Perez 124 abd Pablo Perez 125 to death, and left their bodies at a garbage dump along the road between Fundacion and Pivijay, along with several other bodies.

423.   Juana Perez 126A is the wife and legal heir of Pablo Perez 126, with whom she had a family. Juana Perez 126B is also the wife and is also a legal heir of Pablo Perez 126, with whom she had three children. Pablo Perez 126 was murdered by AUC paramilitaries on May 15, 2005. In the early evening on May 15, 2005, Pablo Perez 126 was in a pool hall in Pinuela, Pivijay, Magdalena when

a group of AUC paramilitaries arrived.  The paramilitaries called Pablo Perez 126 over to them, argued with him, and then shot and killed him.

424.   Juana Perez 127 is the wife and legal heir of Pablo Perez 127, with whom she had a family.  Juana Perez 127B is the mother and is also a legal heir of Pablo Perez 127. Pablo Perez 127 was murdered on April 6, 2000 by AUC paramilitaries. On the morning on April 6, 2000, Pablo Perez 127 left his house in Barrio Altamira, Fundacion, Magdalena to go to work.  A few minutes later, Pablo Perez 127 was intercepted by AUC paramilitaries. The paramilitaries killed Pablo Perez 127 with three gunshots to the head and body.

425.   Juana Perez 128A is the wife and legal heir of Pablo Perez 128A, with whom she had three children.  Juana Perez 128B is the sister and is also a legal heir of Pablo Perez 128A.  Pablo Perez 128A was kidnapped by AUC paramilitaries on March 8, 2002; after kidnapping him, the paramilitaries murdered Pablo Perez 128A.  On the morning of March 8, 2002, Pablo Perez 128A was at his business in the Fundacion, Magdalena public market when a group of AUC paramilitaries approached him and forced him at gunpoint to leave the market with them.  The paramilitaries put a bag over Pablo Perez 128A's face and forced him into a taxi that was waiting outside the market, kidnapping him.  On or about March 10, 2002, Pablo Perez 128A's body was found with multiple bullet wounds near the road that

connects Fundacion and Pivijay, Magdalena.

426.   Juana Perez 128B is also the wife and legal heir of Pablo Perez 128B, with whom she had a family.  Juan Perez 128C is the father and is also a legal heir of Pablo Perez 128B. Pablo Perez 128B was kidnapped, beaten, tortured, and murdered by AUC paramilitaries on May 1, 2006.  Early on the morning of May 1, 2006, Pablo Perez 128B was at a party in Fundacion, Magdalena when a group of AUC paramilitaries arrived and asked to speak with him.  When Pablo Perez 128B went to speak with them, the paramilitaries seized him, beat him and forced him to accompany them.  The paramilitaries took Pablo Perez 128B to a different location in Fundacion, tortured him and then shot him in the head, killing him.

427.   Juana Perez 129 is the wife and legal heir of Pablo Perez 129, with whom she had a family.  Pablo Perez 129 was kidnapped and disappeared by AUC paramilitaries on March 20, 2000.  Pablo Perez 129 was alone on the farm he administered in Bellavista, Magdalena, asleep, when early in the morning of March 20, 2000 a group of AUC paramilitaries arrived.  The paramilitaries kidnapped Pablo Perez 129, who was never seen again.

428.   Juana Perez 130 is the sister and legal heir of Pablo Perez 130.  Pablo Perez 130 was killed by AUC paramilitaries on June 11, 2005.  On the morning of June 11, 2005, Pablo Perez 130 left his house in Fundacion, Magdalena, and went

to the plot of land he farmed in rural Aracataca, Magdalena.  When Pablo Perez

130 arrived at the farm, an AUC paramilitary was waiting for him.  The

paramilitary demanded that Pablo Perez 130 make an extortion payment.  Pablo

Perez 130 had previously refused to make these payments.  After a brief

discussion, the paramilitary shot Pablo Perez 130 to death with a shotgun.

429.   Juana Perez 131A is the sister and legal heir of Pablo Perez 131.  Juan

Perez 131B is the brother and is also a legal heir of Pablo Perez 131.  Pablo Perez

131 was murdered by AUC paramilitaries on November 22, 2000.  In the early

morning hours of November 22, 2000, a large group of AUC paramilitaries entered

the Cienaga Grande de Santa Marta swamp and massacred a large number of

inhabitants and fishermen, including Pablo Perez 131.  The day of the massacre,

Juana Perez 131A and her family fled the village of El Morro, in the Cienaga

Grande swamp to Sitionuevo, Magdalena, where they remained for about a week

before moving to Barranquilla, Atlantico.  Juana Perez 131A and her family have

never returned to El Morro.

430.   Juana Perez 132 is the mother and legal heir of Pablo Perez 132.

Pablo Perez 132 was murdered on November 22, 2000 by AUC paramilitaries.  In

the early morning hours of November 22, 2000, a large group of AUC

paramilitaries entered the Cienaga Grande de Santa Marta swamp and massacred a

large number of inhabitants and fishermen, including Pablo Perez 132. That

morning, Pablo Perez 132 and a group of other fishermen were fishing at the

Cienaga Grande de Santa Marta swamp when a group of AUC paramilitaries

arrived in boats.  The paramilitaries forced Pablo Perez 132 and his fellow

fishermen to board the boats, tied them up, and took them to another location in the

swamp.  The paramilitaries forced Pablo Perez 132 and his group of fishermen to

lay face down on the ground and then shot and killed them all, including Pablo

Perez 132.

431.   Juana Perez 133 is the mother and legal heir of Pablo Perez 133.

Pablo Perez 133 was murdered by AUC paramilitaries on March 6, 2005.  On

March 5, 2005, Pablo Perez 133 went to Piojo, Atlantico to work.  Pablo Perez 133

finished working around midnight that night and left for his house a few hours

later, in the early morning hours of March 6, 2005.  Along the way Pablo Perez

133 was intercepted in Barranquilla, Atlantico by a group of AUC paramilitaries.

The paramilitaries shot Pablo Perez 133 several times, killing him.

432.   Juana Perez 134A is the wife and legal heir of Pablo Perez 134, with

whom she had a family.  Juana Perez 134B is the sister and is also a legal heir of

Pablo Perez 134.  Pablo Perez 134 was murdered by AUC paramilitaries on April

13, 2004.  In the early morning hours of April 13, 2004, a group of AUC

paramilitaries surrounded the home where Pablo Perez 134 lived with Juana Perez 134A and their daughter in Remolino, Magdalena, and forced their way into the house.  Pablo Perez 134 took refuge in his bedroom.  The paramilitaries fired weapons into the bedroom where Pablo Perez 134 was, while Juana Perez 134A and her daughter took refuge in another bedroom.  The paramilitaries threw two grenades, one into each of the bedrooms; the grenade thrown into the bedroom where Juana Perez 134A and her daughter were failed to explode, but the grenade thrown into the bedroom where Pablo Perez 134 was did explode, causing injuries to his leg.  As the AUC paramilitaries waited outside, Pablo Perez 134tried to escape, but he bled to death a short distance from his home.

433.   Juana Perez 135 is the daughter and legal heir of Pablo Perez 135. Pablo Perez 135 was murdered by AUC paramilitaries on Fenruary 10, 2000. On February 10, 2000 Pablo Perez 135 was bathing in a river near his farm in Remolino, Magdalena  when he was intercepted by a group of AUC paramilitaries. The paramilitaries murdered Pablo Perez 135 as well as several neighbors. Relatives of Pablo Perez 135 waited approximately two days for the AUC paramilitaries to leave the vicinity before they could recover Pablo Perez 135's body.

434.   Juan Perez 136 is the son and legal heir of Pablo Perez 136.  Pablo

Perez 136 was murdered by AUC paramilitaries on January 26, 2001.  On January 26, 2001, Pablo Perez 136 was working on his farm in Remolino, Magdalena when a group of AUC paramilitaries entered the property and began rounding up Pablo Perez 136's livestock. When Pablo Perez 136 protested, one of the paramilitaries shot him with a single gunshot to the head, killing him.  After murdering Pablo Perez 136, the paramilitaries stole livestock and valuable items and then left.

435.   Juana Perez 137A is the wife and legal heir of Pablo Perez 137, with whom she had a family.  Juana Perez 137B is also the wife and is also a legal heir of Pablo Perez 137, with whom she had a family. Pablo Perez 137 was kidnapped and disappeared by AUC paramilitaries on April 24, 2004. On April 24, 2004, Pablo Perez 137 was informed that the local AUC paramilitary leader wanted to speak to him.  Pablo Perez 137 went to the local AUC paramilitary base where the meeting was supposed to take place, but he never returned and was never seen again.  Shortly after Pablo Perez 137 was disappeared, Juana Perez 137A received a phone call from the AUC paramilitaries informing her that they had murdered Pablo Perez 137 and that she should remain silent about it.  As a result, Juana Perez 137A fled Remolino in fear for her life and the life of her family, moving to the city of Barranquilla, Atlantico and leaving behind her home and the stores Pablo Perez 137 owned.

436.   Juana Perez 138 is the daughter and legal heir of Pablo Perez 138. Pablo Perez 138 was kidnapped and murdered by AUC paramilitaries on January 24, 2002.  In the early morning hours of January 24, 2002, Pablo Perez 138 was at his home in Remolino, Magdalena when a large group of AUC paramilitaries forced their way into his home, seized him, and kidnapped him along with other persons they had captured. The paramilitaries killed Pablo Perez 138 with several gunshots to the head and face. Pablo Perez 138's relatives found his body, which bore signs of torture, later that day.

437.   Juana Perez 139 is the wife and legal heir of Pablo Perez 139A, with whom she had a family. Pablo Perez 139A was murdered by AUC paramilitaries on or about August 2, 2002. On August 2, 2002, Pablo Perez 139A left his home in Santa Marta, Magdalena early in the morning in order to attend to his business. Sometime after he left his home, Pablo Perez 139A was intercepted by AUC paramilitaries. The paramilitaries stabbed Jose Eliecer Rojas and shot him to death, leaving his body on the outskirts of Cienaga, Magdalena.

438.   Juana Perez 139 is also the wife and legal heir of Pablo Perez 139B, with whom she had a family.  Pablo Perez 139B was murdered by AUC paramilitaries  on or about November 29, 2005. On November 28, 2005, Pablo Perez 139B left his home in Soledad, Atlantico to go to Santa Marta, Magdalena.

Along the way, or on his way back, Pablo Perez 139B was intercepted by AUC paramilitaries. The paramilitaries bound Pablo Perez 139B's hands and feet, and killed him with two gunshots to the head, before leaving his body on the side of the road in Cienaga, Magdalena. Approximately one year before his murder, Pablo Perez 139B, Juana Perez 139 and their family had fled their home in Santa Marta because of threats from the AUC paramilitaries.

439.   Juana Perez 140 is the wife and legal heir of Pablo Perez 140, with whom she had a family.  Pablo Perez 140 was murdered by AUC paramilitaries on May 18, 2000.  On the night of May 18, 2000, Pablo Perez 140 was at his home in Guaimaro, Salamina, Magdalena when a group of AUC paramilitaries knocked on the door of his home.  When Pablo Perez 140 and his family opened the door, the paramilitaries ordered Pablo Perez 140 to accompany them.  The paramilitaries took Pablo Perez 140 and several other townspeople (including Pablo Perez 140's father) to a nearby place called Cano Renegado and murdered them.  Pablo Perez 140 was found shot and with his throat slit.

440.   Juana Perez 141 is the mother and legal heir of Paula Perez 141. Paula Perez 141 was murdered on August 21, 2003 by AUC paramilitaries.  On August 21, 2003, Paula Perez 141 received a phone call in which she was called to a meeting in Barranquilla, Atlantico.  As Paula Perez 141 was meeting in

Barranquilla with the person who had called her, AUC paramilitaries arrived on a motorcycle.  After a brief struggle, one of the paramilitaries pulled a firearm and shot and killed Paula Perez 141.

441.   Juana perez 142 is the daughter and legal heir of Paula Perez 142A. Paula Perez 142A was murdered on or about June 20, 1997 by AUC paramilitaries. In the afternoon on or about June 20, 1997, a large group of AUC paramilitaries came to Guaimaro, Salamina, Magdalena and pulled several residents out of their homes, including Paula Perez 142A. After taking Paula Perez 142A, the paramilitaries shot her to death. Paula Perez 142A's body was found on the road between Guaimaro and Salamina.

442.   Juana Perez 142 is also the sister and legal heir of Pablo Perez 142B. Pablo Perez 142B was murdered on November 26, 2002 by AUC paramilitaries. On the morning of November 26, 2002, Pablo Perez 142B left his home in Guaimaro, Salamina, Magdalena to fish.  While out, Pablo Perez 142B was intercepted by two paramilitaries aboard a motorcycle. The paramilitaries shot and killed Pablo Perez 142B, whose body was found in Cano Renegado, between Guaimaro and Remolino, Magdalena.

443.   Juana Perez 143 is the mother and legal heir of Pablo Perez 143. Pablo Perez 143 was kidnapped on February 16, 1997 by AUC paramilitaries; after

kidnapping him, the paramilitaries murdered Pablo Perez 143.  On the morning of February 16, 1997, Pablo Perez 143 was tending to his store in Guaimaro, Salamina, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries asked Pablo Perez 143 for his identity papers; after Pablo Perez 143 showed them his identity papers, the paramilitaries ordered snacks, which they consumed without paying, then left.  On the night of February 16, 1997, a large group of AUC paramilitaries came back in a truck.  The paramilitaries seized Pablo Perez 143, bound him, and forced him into a car.  The paramilitaries then loaded Pablo Perez 143's valuables, including his store merchandise, onto the truck, and kidnapped Pablo Perez 143. On the morning of February 17, 1997, Pablo Perez 143's body was found dead near Cano Renegado, between Guaimaro and Remolino.

444.   Juan Perez 144A is the brother and legal heir of Paula Perez 144. Juan Perez 144B is the husband and is also a legal heir of Paula Perez 144, with whom he had a family.  Paula Perez 144 was murdered on October 1, 2002 by AUC paramilitaries.  On the morning of October 1, 2002, Paula Perez 144 was at her home in Remolino, Magdalena preparing coffee in her kitchen when a group of AUC paramilitaries arrived and entered her home.  The paramilitaries immediately shot and killed Paula Perez 144 with multiple gunshots.

445.   Juan Perez 145 is the husband and legal heir of Paula Perez 145A, with whom he had a family.  Juan Perez 145 is also the father and legal heir of Pablo Perez 145B. Paula Perez 145A and Pablo Perez 145B were murdered on or about August 15, 2002 by AUC paramilitaries.  Late on the night of August 15, 2002, Paula Perez 145A and Pablo Perez 145B were at their home in Guaimaro, Salamina, Magdalena, when a group of AUC paramilitaries kicked down their door and entered their home.  The paramilitaries seized Paula Perez 145A and Pablo Perez 145B, took them to the door of the house, and shot and killed them with multiple gunshots to the head and chest.

446.   Juana Perez 146 is the sister and legal heir of Pablo Perez 146.  Pablo Perez 146 was murdered on January 2, 2004 by AUC paramilitaries.  On January 2, 2004, Pablo Perez 146 was at the parcel he lived on near the edge of the Magdalena River, in Guaimaro, Salamina, Magdalena with a brother of his, when a group of AUC paramilitaries arrived on a tractor.  The paramilitaries shot and killed Pablo Perez 146.

447.   Juana Perez 147 is the sister and legal heir of Paula Perez 147.  Paula Perez 147 was murdered on July 9, 2004 by AUC paramilitaries.  On July 9, 2004 Paula Perez 147 was asleep in her house in Palmar de Varela, Atlantico when a group of AUC paramilitaries arrived in a pickup truck and forced their way into

her home. The paramilitaries shot Paula Perez 147 multiple times and killed her as she lay in her bed.

448.   Juana Perez 148 is the mother and legal heir of Pablo Perez 148. Pablo Perez 148 was kidnapped and murdered on or about November 4, 2002 by AUC paramilitaries.  Pablo Perez 148 had been staying in Remolino, Magdalena (on the other side of the Magdalena River from his home in Palmar de Varela, Atlantico), in order to work with his uncle. On or about November 4, 2002, in the early morning hours, Pablo Perez 148 was at a public dance in Remolino when a group of AUC paramilitaries arrived, asked to speak with Pablo Perez 148, and then kidnapped him, forced him into a vehicle, and drove away with him.  The paramilitaries then murdered Pablo Perez 148 with several gunshots to the head and body. Pablo Perez 148's body was found on November 5, 2002 on the banks of the Magdelana River.

449.   Juana Perez 149 is the wife and legal heir of Pablo Perez 149, with whom she had a family.  Pablo Perez 149 was murdered on December 25, 2004 by AUC paramilitaries.  A few months prior to his murder, Pablo Perez 149 had fled his home in Nueva Venecia, Sitionuevo, Magdalena, in the Cienaga Grande de Santa Marta swamp, and settled in Soledad, Atlantico.  On the night of December 25, 2004, Pablo Perez 149 was on a street corner in his neighborhood in Soledad,

Atlantico when a group of AUC paramilitaries approached him in a vehicle.  The paramilitaries opened a window and shot Pablo Perez 149, killing him.

450.   Juana Perez 150 is the sister and legal heir of Pablo Perez 150.  Pablo Perez 150 was murdered on March 21, 1999 by AUC paramilitaries.  On the evening of March 21, 1999, Pablo Perez 150 was intercepted by AUC paramilitaries, who opened fire on him in the Magdalena River Bridge section of Barranquilla, Atlantico, mortally injuring him.  A family friend took Pablo Perez 150 to a local hospital, where Pablo Perez 150 died from his wounds.  Prior to his murder, Pablo Perez 150 had lived and fished in Palermo, Magdalena, but he and his family had fled to Barranquilla after receiving threats from AUC paramilitaries.

451.   Juana Perez 151 is the wife and legal heir of Pablo Perez 151, with whom she had a family.  Pablo Perez 151 was kidnapped and murdered on or about January 16, 2002 by AUC paramilitaries. Late on the night of July 15, 2002, or in the early morning hours of January 16, 2002, a large group of AUC paramilitaries surrounded Pablo Perez 151's home in Malambo, Atlantico.  Some of the paramilitaries forced their way into the home.  The paramilitaries forced Pablo Perez 151 to get dressed and then forced him into a waiting vehicle which held other captives.  Pablo Perez 151's body was found approximately two days later in another section of Malambo.  The paramilitaries had killed Pablo Perez 151 with

multiple gunshots.  Prior to his murder, Pablo Perez 151 had received death threats from the AUC paramilitaries.

452.   Juana Perez 152 is the wife and legal heir of Pablo Perez 152, with whom she had a family.  Pablo Perez 152 was murdered on September 9, 2005 by AUC paramilitaries.  On the evening of September 9, 2005, Pablo Perez 152 was watching television at his in-laws' home in Costa Hermosa, Soledad, Atlantico when an AUC paramilitary entered the home and opened fire on him, killing him with two gunshots.  The paramilitary's gunfire also injured another family member in the house.

453.   Juana Perez 153 is the wife and legal heir of Pablo Perez 153.  Pablo Perez 153 was shot, kidnapped, and disappeared on November 30, 1999 by AUC paramilitaries. In the early morning hours of November 30, 1999, Pablo Perez 153 and Juana Perez 153 were asleep in their home in Guaimaro, Salamina, Magdalena when a group of AUC paramilitaries stormed their home, breaking down the door and forcing their way into the house.  When Pablo Perez 153 got up to see what was going on, the paramilitaries seized him and beat him.  Pablo Perez 153 tried to run, but a paramilitary fired a gunshot, striking him in the leg.  The paramilitaries then forced Pablo Perez 153 out of the home and kidnapped him. Pablo Perez 153 was never seen again.

454.   Juana Perez 154 is the mother and legal heir of Paula Perez 154. Paula Perez 154 was murdered on February 8, 2002 by AUC paramilitaries.  On the afternoon of February 8, 2002, Paula Perez 154 was at her job at the health post in Guaimaro, Salamina, Magdalena when a group of AUC paramilitaries arrived. One paramilitary asked Paula Perez 154 to take his blood pressure.  After the blood pressure test, the paramilitaries forced Paula Perez 154 into their vehicle.  On the road between Guaimaro and Salamina, the paramilitarfies shot Paula Perez 154 multiple times and killed her, then left her body in the road.

455.   Juana Perez 155A is the mother and legal heir of Pablo Perez 155A. Juan Perez 155B is the brother and is also a legal heir of Pablo Perez 155A.  Pablo Perez 155A was murdered on April 9, 2004 by AUC paramilitaries.  Pablo Perez 155A had worked in the Sitionuevo, Magdalena police department since he was seven years old, as a member of the police youth program.  In the early morning hours of April 9, 2004, a group of paramilitaries came to Pablo Perez 155A's house and asked for him.  Pablo Perez 155A's relatives told the paramilitaries that Pablo Perez 155A was not at home.  Later that morning, Pablo Perez 155A left the police station to run an errand for the police.  Along the way, Pablo Perez 155A was intercepted by AUC paramilitaries. The paramilitaries murdered Pablo Perez 155A with multiple gunshots, and left his body on a farm located on the road that

runs between Sitionuevo and Palermo. After Pablo Perez 155A's murder, Juana Perez 155A fled Sitionuevo and moved to Soledad, Atlantico for several years.

456.   Juana Perez 155A is also the mother and legal heir of Pablo Perez 155B.  Juan Perez 155B is also the brother and is also a legal heir of Pablo Perez 155B.  Pablo Perez 155B was kidnapped on June 18, 2000 by AUC paramilitaries; the paramilitaries later murdered Pablo Perez 155B.  On the night of June 18, 2000, Pablo Perez 155B was asleep in his home in Sitionuevo, Magdalena when a group of AUC paramilitaries arrived and woke him by knocking on his door.  The paramilitaries kidnapped and then shot Pablo Perez 155B to death. Pablo Perez 155B's body was found several hours later, on or about June 19, 2000.

457.   Juana perez 156 is the mother and legal heir of Pablo Perez 156. Pablo Perez 156 was kidnapped and disappeared on November 7, 2002 by AUC paramilitaries.  On the morning of November 7, 2002, Pablo Perez 156 went out to run an errand in San Antonio, Sitionuevo, Magdalanea.  After running the errand, Pablo Perez 156 waited on the side of the road for transport back to Sitionuevo. While Pablo Perez 156 was waiting, a group of AUC paramilitaries approached him in a pickup truck, forced Pablo Perez 156 to board, and kidnapped him.  Pablo Perez 156 was never seen again.

458.   Juana Perez 157 is the mother and legal heir of Pablo Perez 157. Pablo Perez 157 was murdered on October 5, 2003 by AUC paramilitaries. On October 5, 2003, Pablo Perez 157 was walking in downtown Barranquilla, Atlantico towards his home when he was intercepted by an AUC paramilitary. The paramilitary shot and killed Pablo Perez 157.

459.   Juana Perez 158 is the mother and legal heir of Paula Perez 158, an adolescent student.  Paula Perez 158 was murdered on August 29, 2002 by AUC paramilitaries.  On August 29, 2002, Paula Perez 158 was with Juana perez 158 visiting Juana Perez 158's sister in a neighborhood of Soledad, Atlantico.  Juana Perez 158 asked Paula Perez 158 to go to a nearby store to buy something.  When Paula Perez 158 was crossing the street on her way to the store, two AUC paramilitaries aboard a motorcycle approached. The paramilitaries were chasing a man who was running away from them.  One of the paramilitaries began shooting at the escaping man and killed Paula Perez 158 and another innocent bystander, Pablo Perez 159  (see below).

460.   Juan Perez 159 is the father and legal heir of Pablo Perez 159, an adolescent.  Pablo Perez 159 was murdered on August 29, 2002 by AUC paramilitaries.  On August 29, 2002, Pablo Perez 159 was standing on a street corner in Soledad, Atlantico when AUC paramilitaries aboard a motorcycle

approached, chasing a man who was running away from them. One of the paramilitaries began shooting at the escaping man and killed Pablo Perez 159 and another innocent bystander, Paula Perez 158  (see above).

461.   Juana Perez 160 is the mother and legal heir of Pablo Perez 160. Pablo Perez 160 was murdered on December 19, 2001 by AUC paramilitaries. In the early morning hours of December 19, 2001, Pablo Perez 160 set out with two cousins in a rented canoe from Soledad, Atlantico, crossing the Magdalena River with the intention of harvesting mangrove wood in the Cienaga Grande de Santa Marta swamp, in Magdalena.  When the young men were navigating through the swamp in a part of Sitionuevo, Magdalena, they were intercepted by a group of AUC paramilitaries.  The paramilitaries ordered them to disembark from their canoe.  The paramilitaries then shot and killed Pablo Perez 160, his two cousins, and two other men.

462.   Juan Perez 161 is the son and legal heir of Pablo Perez 161. Pablo Perez 161 was murdered on December 23, 1999 by AUC paramilitaries. In the early morning hours of December 23, 1999, a group of AUC paramilitaries arrived at Pablo Perez 161's home in Cerro de San Antonio, Magdalena and knocked on the door. When Pablo Perez 161 opened the door, the paramilitaries forced their way in, seized Pablo Perez 161's wife and young daughter and confined them in a

201

separate room under threats while the paramilitaries attempted to force Pablo Perez 161 to go with them. When Pablo Perez 161 refused to go with the paramilitaries to their car, one of the paramilitaries shot Pablo Perez 161 in the head, killing him.

463.   Juana Perez 162 is the mother and legal heir of Pablo Perez 162. Pablo Perez 162 was murdered on May 21, 2003 by AUC paramilitaries.  On the evening of May 21, 2003, Pablo Perez 162 was chatting with some friends on the street in Malambo, Atlantico when AUC paramilitaries approached and opened fire on Pablo Perez 162 and his friends, killing four of them, including Pablo Perez 162. The day after Pablo Perez 162's murder, Juana Perez 162 fled Malambo in fear because of threats she received from AUC paramilitaries, and settled in Barranquilla, Atlantico with her mother-in-law for approximately two years before moving back to Malambo.

464.   Juana Perez 163 is the sister and legal heir of Pablo Perez 163.  Pablo Perez 163 was murdered on November 22, 2000 in a large massacre carried out by AUC paramilitaries.  In the early morning hours of November 22, 2000, a group AUC paramilitaries arrived at the home of Pablo Perez 163 in the El Morro sector of Sitionuevo, Magdalena, in the Cienaga Grande de Santa Marta swamp, woke him up, and forced him to accompany them to the local church, where other fellow fishermen and townspeople were being held captive.  The paramilitaries forced

Pablo Perez 163 and the other captives to lay on the floor, and then shot and killed them.

465.   Juana Perez 164A is the mother and legal heir of Pablo Perez 164. Juana Perez 164B is the sister and is also a legal heir of Pablo Perez 164. Juana Perez 164C is also the sister and is also a legal heir of Pablo Perez 164. Juan Perez 164D is the brother and is also a legal heir of Pablo Perez 164. Juan Perez 164E is also the brother and is also a legal heir of Pablo Perez 164. Pablo Perez 164, a student and activist at the University of Magdalena, in Santa Marta, Magdalena was murdered on May 26, 2000 by AUC paramilitaries.  On May 26, 2000, Pablo Perez 164 was at his home in Santa Marta, Magdalena when two AUC paramilitaries arrived on a motorcycle.  One of the paramilitaries called to Pablo Perez 164, and then shot him with his firearm.  Pablo Perez 164 ran inside his home and tried to escape out the back door, but when he found it locked, he quickly hid under a bed.  One of the paramilitaries found Pablo Perez 164 there, and shot and killed him.

466.   Juana Perez 165 is the wife and legal heir of Pablo Perez 165, with whom she a family.  Pablo Perez 165 was murdered on April 8, 2002 by AUC paramilitaries.  On the night of April 8, 2002, Pablo Perez 165 was asleep at his home in Guaimaro, Salamina, Magdalena with Juana Perez 165 and their children

when a group of AUC paramilitaries surrounded their home, kicked in the door, and entered. The paramilitaries seized Pablo Perez 165, forced him to lay face-down on the floor, and tied his wrists together.  The paramilitaries stole supplies and other goods from the small store the family operated out of their home, and beat and tortured Pablo Perez 165 as he lay on the floor.  The paramilitaries then forced Pablo Perez 165 outside, tied him to a nearby electrical post, and shot and killed him.

467.   Pablo Perez 166 is the father and legal heir of Pablo Perez 166A and Pablo Perez 166B.  Pablo Perez 166A and Pablo Perez 166B were murdered on February 11, 2004 by AUC paramilitaries.  On the evening of February 11, 2004, Pablo Perez 166A and Pablo Perez 166B were standing on a street corner in Malambo, Atlantico where they would frequently gather with neighborhood friends after work.  Two armed AUC paramilitaries approached aboard a motorcycle.  One of the paramilitaries dismounted, approached the group of friends, and withdrew a firearm.  Most of the friends who had gathered there managed to escape, but the paramilitary shot and killed Pablo Perez 166A and Pablo Perez 166B.

468.   Juana Perez 167 is the wife and legal heir of Pablo Perez 167, with whom she had a family.  Pablo Perez 167 was mortally wounded on or about

204

October 22, 2005 by AUC paramilitaries and died as a result of his wounds on November 2, 2005.  At night on or about October 22, 2005, Pablo Perez 167 was drinking a beer with an acquaintance near his home in Soledad, Atlantico when two AUC paramilitaries aboard a motorcycle arrived.  One of the paramilitaries dismounted, approached Pablo Perez 167, and opened fire on him, wounding him with multiple gunshots to the head and body.  Pablo Perez 167 was admitted to the hospital shortly after the shooting, and died of his wounds on November 2, 2005.

469.   Juana Perez 168 is the wife and legal heir of Pablo Perez 168, with whom she had a family.  Pablo Perez 168 was murdered on June 6, 1998 by AUC paramilitaries.  On the evening of June 6, 1998, Pablo Perez 168 was outside the home of a neighbor in Soledad, Atlantico playing dominos with a group of friends, as was his custom, when a group of AUC paramilitaries aboard a pickup truck drove up to them and braked sharply.  The paramilitaries got out of the pickup truck and, with firearms drawn, approached the friends and opened fire, killing two of the friends and mortally wounding Pablo Perez 168, who died of his wounds later on that night.

470.   Juan Perez 169 is the brother and legal heir of Pablo Perez 169.  Pablo Perez 169 was kidnapped and disappeared on November 29, 1999 by AUC paramilitaries. In the early morning hours of November 29, 1999, a group of AUC

paramilitaries entered Guaimaro, in Salamina, Magdalena and proceeded to pull a group of residents out of their homes.  The paramilitaries seized Pablo Perez 169 and other members of his family, but eventually let the other members of his household go.  The paramilitaries then kidnapped Pablo Perez 169, along with a number of other Guaimaro residents, and forced them to board launches that were waiting nearby on the Magdalena River, kidnapping them.  Pablo Perez 169 was never seen again.

471.   Juana Perez 170A is the mother and legal heir of Pablo Perez 170A and Pablo Perez 170B.  Juan Perez 170B is the brother and is also a legal heir of Pablo Perez 170A and Pablo Perez 170B. Pablo Perez 170A and Pablo Perez 170B were murdered on February 10, 2000 by AUC paramilitaries.  On the afternoon of February 10, 2000, Pablo Perez 170A and Pablo Perez 170B arrived with a relative at a group of cabins in rural Puebloviejo, Magdalena, on the edge of the Cienaga Grande de Santa Marta swamp, where they were supposed to deliver fish to an uncle.  When Pablo Perez 170A and Pablo Perez 170B arrived at the site, they found that a group of AUC paramilitaries was there.  The paramilitaries shot and killed Pablo Perez 170A, Pablo Perez 170B and several others, including Pablo Perez 171  (see below).

472.   Juana Perez 171 is the mother and legal heir of Pablo Perez 171. Pablo

Perez 171 was murdered on February 10, 2000 by AUC paramilitaries. On the afternoon of February 10, 2000, Pablo Perez 171 arrived with two relatives (Pablo Perez 170A and Pablo Perez 170B; see above) at a group of cabins in rural Puebloviejo, Magdalena, on the edge of the Cienaga Grande de Santa Marta swamp, where they were supposed to deliver fish to an uncle. When Pablo Perez 171 arrived at the site with his two relatives, they found that a group of AUC paramilitaries was there.  The paramilitaries shot and killed Pablo Perez 171 and several others, including Pablo Perez 170A and Pablo Perez 170B.

473.    Juana perez 172A is the wife and legal heir of Pablo Perez 172A. Juan Perez 172B is the father and is also a legal heir of Pablo Perez 172A.  Juan Perez 172B is also the uncle and legal heir of Pablo Perez 172B.  Pablo Perez 172A and Pablo Perez 172B, two cousins, were kidnapped and murdered on October 5, 2002 by AUC paramilitaries.  On the afternoon of October 5, 2002, Pablo Perez 172A and Pablo Perez 172B were returning to their homes in Palmira, Puebloviejo, Magdalena from their work as fishermen when they were intercepted by two AUC paramilitaries aboard a motorcycle.  As the paramilitaries spoke with Pablo Perez 172A and Pablo Perez 172B, more paramilitaries arrived in another vehicle.  The paramilitaries forced Pablo Perez 172A and Pablo Perez 172B into the vehicle and kidnapped them.  The following morning, on October 6, 2002,

members of their families looked for Pablo Perez 172A and Pablo Perez 172B, and found their bodies in the morgue in Cienaga, Magdalena.  The AUC paramilitaries had shot and killed Pablo Perez 172A with a single gunshot to the head.  The AUC paramilitaries had also shot Pablo Perez 172B in the head and thorax, killing him. After viewing the bodies of Pablo Perez 172A and Pablo Perez 172B in the morgue, the relatives withdrew to make funeral arrangements.  Later on the morning of October 6, 2002, the relatives returned to the morgue and found that the bodies of Pablo Perez 172A and Pablo Perez 172B had been moved from cold storage to another location, dressed in military-style uniforms, and photographed by members of the Colombian Army.  The Colombian Army's GAULA (anti-kidnapping) squad claimed falsely that Pablo Perez 172A and Pablo Perez 172B were criminals who had been involved in extortion and had died in an armed confrontation with the authorities.

474.   Juana Perez 173 is the mother and legal heir of Paula Perez 173, an adolescent high-school student who lived in Tasajera, Puebloviejo, Magdalena. Paula Perez 173 was kidnapped and disappeared on July 30, 2000 by AUC paramilitaries.  On the morning of July 30, 2000, Paula Perez 173 left her home in Tasajera to go to the high school where she was a student. Along the way, Paula Perez 173 was intercepted by a group of paramilitaries. The paramilitaries forced

Paula Perez 173 into a vehicle and drove off with her. Paula Perez 173 was never seen again.

475.   Juana Perez 174 is the wife and legal heir of Pablo Perez 174, who transported bananas for a living.  Pablo Perez 174 was murdered by AUC paramilitaries on May 30, 2003.  On May 30, 2003, Pablo Perez 174 was on his way to a plantation when he was intercepted by several AUC paramilitaries in El Salon, Zona Bananera.  One of the paramilitaries shot and killed Pablo Perez 174.

476.   Juana Perez 175 is the mother and legal heir of Pablo Perez 175, a banana worker. Pablo Perez 175 was murdered on November 12, 2001 by AUC paramilitaries. In the early morning hours of November 12, 2001, Pablo Perez 175 was sleeping over at the home of a friend's father in Rio Frio, Zona Bananera when a group of AUC paramilitaries arrived. The paramilitaries forced their way inside the home, and murdered Pablo Perez 175, his friend Pablo Perez 176, and Pablo Perez 176's father (see below). The paramilitaries killed Pablo Perez 175 with two gunshots to his head and one to his thorax.

477.   Juana Perez 176 is the wife and legal heir of Pablo Perez 176, a banana worker. Pablo Perez 176 was murdered on November 12, 2001 by AUC paramilitaries.  In the early morning hours of November 12, 2001, Pablo Perez 176 was sleeping over at his father's home in Rio Frio, Zona Bananera when a group of

AUC paramilitaries arrived. The paramilitaries forced their way inside the home, and murdered Pablo Perez 176 with three gunshots to his head and abdomen. The paramilitaries also murdered Pablo Perez 176's father, and his friend Pablo Perez 175  (see above).

478.   Juana Perez 177A is the mother and legal heir of Pablo Perez 177A and of Pablo Perez 177B.  Juana Perez 177B is the wife and is also a legal heir of Pablo Perez 177A, with whom she had one son.  Pablo Perez 177A worked as a security guard for 16 years for the banana plantation Finca Manzanares.  Pablo Perez 177A and Pablo Perez 177B were killed by AUC paramilitaries on March 6, 2001.  On the evening of March 6, 2001, Pablo Perez 177A came to visit Pablo Perez 177B in Pablo Perez 177B's home in Cienaga, Magdalena, as Pablo Perez 177B was recovering from wounds sustained during an attempt on his life two weeks prior by AUC paramilitaries.  As Pablo Perez 177A and Pablo Perez 177B were visiting together on March 6, 2001, AUC paramilitaries drove up on a motorcycle, entered the house, and shot and killed Pablo Perez 177A and Pablo Perez 177B.

479.   Juan Perez 178A is the father and legal heir of Pablo Perez 178A. Juana Perez 178B is the mother and legal heir of Pablo Perez 178B. Pablo Perez 178A and Pablo Perez 178B, uncle and nephew, were kidnapped and disappeared

on November 23, 2002 by AUC paramilitaries.  On November 23, 2002, Pablo Perez 178A and Pablo Perez 178B boarded a bus from Tasajera, Puebloviejo, Magdalena to Cienaga, Magdalena.  Along the way, Pablo Perez 178A and Pablo Perez 178B were kidnapped and disappeared by AUC paramilitaries.  Approximately two weeks later, two men came to Juan Perez 178A's home and threatened him, telling him that he, too, would be disappeared if he continued to search for and inquire about the whereabouts of Pablo Perez 178A and Pablo Perez 178B.  Pablo Perez 178A and Pablo Perez 178B were never seen again.

480.   Juana Perez 179 is the mother and legal heir of Pablo Perez 179.  Pablo Perez 179 was murdered on April 21, 2003 by AUC paramilitaries.  On April 2, 2003 Pablo Perez 179 was a few blocks from his home in Barrio 5 de Febrero, Cienaga, Magdalena, chatting with a friend, when two AUC paramilitaries rode by on bicycles. The paramilitaries shot Pablo Perez 179 twice in the face and head, killing him.  The paramilitaries also shot and wounded the friend with whom Pablo Perez 179 had been speaking.

481.   Juana Perez 180 is the wife and legal heir of Pablo Perez 180, a fisherman.  Pablo Perez 180 was murdered on or about October 8, 2001 by AUC paramilitaries. On or about October 8, 2001 Pablo Perez 180 was fishing in the Cienaga Grande de Santa Marta swamp with a large group of other fisherman.

Within the swamp, Pablo Perez 180 and his companions were intercepted by AUC paramilitaries. The paramilitaries shot Pablo Perez 180 multiple times, killing him. The paramilitaries also murdered several other fisherman, and kidnapped several others.

482.   Juana Perez 181A is the sister and legal heir of Pablo Perez 181. Juana Perez 181B is the wife and is also a legal heir of Pablo Perez 181.  Juan Perez 181C is the brother and is also a legal heir of Pablo Perez 181.  Pablo Perez 181 was murdered by AUC paramilitaries on November 22, 2000.  On November 22, 2000, Nestor Julio Ayala Suarez was fishing in the Cienaga Grande de Santa Marta swamp in Magdalena when a large group of AUC paramilitaries entered the swamp and massacred many inhabitants and fishermen, including Pablo Perez 181. The paramilitaries killed Pablo Perez 181 with at least one gunshot to his head.

483.   Juana Perez 182A is the daughter and legal heir of Pablo Perez 182A. Juana perez 182B is the wife and legal heir of Pablo Perez 182B, with whom she had three children. Pablo Perez 182A and Pablo Perez 182B, father and son,  were murdered on May 2, 2004 by AUC paramilitaries.  In the early evening on May 2, 2004, a group of AUC paramilitaries arrived at the La Palma farm in Cordobita, Cienaga, Magdalena owned by Pablo Perez 182A  and his family.  The paramilitaries murdered Pablo Perez 182A.  The paramilitaries then came to the

house, seized Pablo Perez 182B and forced him outside.  The AUC paramilitaries took Pablo Perez 182B a short distance away from the house and shot him several times,  then slit his throat, killing him.  The body of Pablo Perez 182A, was found dismembered and with its throat slit.

484.   Juana Perez 183A is the daughter and legal heir of Pablo Perez 183, an occasional banana worker.  Juana Perez 183B is the sister and is also a legal heir of Pablo Perez 183.  Pablo Perez 183 was murdered by AUC paramilitaries on January 5, 1997.  Early on the morning of January 5, 1997, a group of AUC paramilitaries came to Pablo Perez 183's home in El Salon, Riofrio, Zona Bananera, kicked the doors in, pulled Pablo Perez 183 to the street door, and shot him multiple times, killing him.  After the murder of Pablo Perez 183, his family was repeatedly threatened by the AUC so that they would not lodge any formal complaints with the authorities regarding the murder.

485.   Juana Perez 184 is the wife and legal heir of Pablo Perez 184, with whom she had a family.  Pablo Perez 184 was murdered on October 14, 2006 by AUC paramilitaries.  On the evening of October 14, 2006, Pablo Perez 184 and Juana Perez 184 were at the home of a friend celebrating his birthday when Pablo Perez 184 received a call on his cell phone from a neighbor, who asked Pablo Perez 184 to come to her house and drive her to the party.  Pablo Perez 184 got on

213

a motorcycle and left in the direction of the neighbor's house.  A few minutes later a neighbor found Pablo Perez 184's body in Barrio La Esperanza, Fundacion, Magdalena.  Pablo Perez 184 had been shot in the head.

486.   Juan Perez 185 is the brother and legal heir of Pablo Perez 185.  Pablo Perez 185 was kidnapped and disappeared by AUC paramilitaries on or about December 24, 2004.  On October 10, 2004, Pablo Perez 185 left his home in Sitionuevo, Magdalena with two brothers to work in the Sierra Nevada de Santa Marta mountains, in rural Cienaga.  They worked on a plantation in the Sierra Nevada until December 21, 2004, when Pablo Perez 185's two brothers returned to Sitionuevo.  On January 3, 2005, the administrator of the farm where Pablo Perez 185 and his two brothers had gone to work came to Sitionuevo and told Pablo Perez 185's family that a group of AUC paramilitaries had come to the farm and kidnapped Pablo Perez 185.  Pablo Perez 185 was never seen again.

487.   Juana Perez 186 is the mother and legal heir of Pablo Perez 186. Pablo Perez 186 was kidnapped by AUC paramilitaries on March 20, 1998; after kidnapping him, the paramilitaries murdered Pablo Perez 186.  On the evening of March 20, 1998, Pablo Perez 186 was chatting with friends on a street corner in Sevillano, Cienaga, Magdalena when a pickup truck came driving towards them at high speed.  Pablo Perez 186 and his friends ran to their homes.  The AUC

paramilitaries who had come in the truck chased Pablo Perez 186 and his friends to their homes, entered their homes, seized each of them, tied them up, and kidnapped them, forcing them into the pickup truck. The following day, on March 21, 1998, the bodies of Pablo Perez 186 and the friends with whom he had been speaking the night before were found on the Cienaga-Sevillano road.

488.   Juana Perez 187A is the wife and legal heir of Pablo Perez 187, with whom she had one son. Juana Perez 187B is also the wife and is also a legal heir of Pablo Perez 187. Pablo Perez 187 was murdered by AUC paramilitaries on March 22, 2000. On the evening of March 22, 2000, AUC paramilitaries forced many of the townspeople in La Maya in Sevillano, Cienaga, Magdalena to come to the soccer field for a meeting, including Pablo Perez 187 and his brother Pablo Perez 188 (see below). The paramilitaries then told everyone to leave except for Pablo Perez 187 and his brother Pablo Perez 188. The paramilitaries then shot Pablo Perez 187 once in the head, killing him. The paramilitaries also shot and killed Pablo Perez 187's brother.

489.   Juana Perez 188A is the sister and legal heir of Pablo Perez 188. Juana Perez 188B is also the sister and is also a legal heir of Pablo Perez 188. Pablo Perez 188 was murdered by AUC paramilitaries on March 22, 2000. On the night of March 22, 2000, Pablo Perez 188 was in his home in La Maya, Cienaga,

Magdalena, when a group of AUC paramilitaries entered the town and demanded

that many people come to the soccer field for a meeting, including Pablo Perez 188

and his brother Pablo Perez 187. The paramilitaries then told everyone to leave

except for Pablo Perez 188 and his brother Pablo Perez 187. The paramilitaries

then shot Pablo Perez 188 to death. The paramilitaries also murdered Pablo Perez

187  (see above).

490.   Juana Perez 189 is the wife and legal heir of Pablo Perez 189, with

whom she had a family.  Pablo Perez 189 was murdered by AUC paramilitaries on

June 18, 1998. On June 18, 1998, Pablo Perez 189 was at his home in Cienaga,

Magdalena when a group of AUC paramilitaries arrived. The paramilitaries killed

Pablo Perez 189 with multiple gunshots to the neck and body. Prior to his murder,

Pablo Perez 189 had been pressured to make extortion payments to the AUC

paramilitaries, but had refused.

491.   Juana Perez 190 is the wife and legal heir of Pablo Perez 190.  Pablo

Perez 190 was murdered by AUC paramilitaries on April 27, 2002.  On the

evening of April 27, 2002, Pablo Perez 190 was arriving at his house in Cienaga,

Magdalena when he noticed AUC paramilitaries in the vicinity and tried to avoid

them by running into his house.  The paramilitaries chased Pablo Perez 190, seized

him, and interrogated him about someone he did not know.  The paramilitaries then

shot Pablo Perez 190 three times in the head and thorax, killing him.

492.   Juana Perez 191 is the wife and legal heir of Pablo Perez 191, with whom she had a family.  Pablo Perez 191 was murdered on January 3, 2006 by AUC paramilitaries.  Early on the morning of January 3, 2006, Pablo Perez 191 left his home in Fundacion, Magdalena on his motorcycle and drove toward the farm that he managed.  On the way, he was intercepted by AUC paramilitaries on motorcycles on the Fundacion-Pivijay road going towards Avianca. The paramilitaries threw an explosive device at Pablo Perez 191 and shot him multiple times, killing him.

493.   Juana Perez 192A is the wife and legal heir of Pablo Perez 192, with whom she had a family. Juana Perez 192B is the sister and is also a legal heir of Pablo Perez 192.  Juana Perez 192C is the daughter and is also a legal heir of Pablo Perez 192.  Pablo Perez 192, a member of EDUMAG, the Magdalena teachers' trade union, was murdered by AUC paramilitaries on November 11, 2003.  On November 11, 2003, Pablo Perez 192 left his job and took a bus going toward Cienaga, Magdalena.  As the bus was on the road between Orihueca and Gran Via in Zona Bananera, it was intercepted by a group of AUC paramilitaries.  The paramilitaries forced Pablo Perez 192 to get off the bus and told the driver to drive away.  The paramilitaries then shot Pablo Perez 192 multiple times in his head and

217

body, killing him.

494.   Juana Perez 193A is the mother and legal heir of Pablo Perez 193A, a banana worker.  Juana Perez 193B is the wife and is also a legal heir of Pablo Perez 193A, with whom she had a daughter. Juana Perez 193A is also the mother and legal heir of Pablo Perez 193B.  Pablo Perez 193A and Pablo Perez 193B were murdered by AUC paramilitaries on May 4, 1997.  In the early morning hours of May 4, 1997, Pablo Perez 193A and Pablo Perez 193B were attending a social gathering in Santa Rosalia, Zona Bananera when a a large group of AUC paramilitaries entered and asked those present to show their identification documents.  The paramilitaries separated Pablo Perez 193A and Pablo Perez 193B from the others present.  The paramilitaries then shot Pablo Perez 193A and Pablo Perez 193B to death in front of the others present.  The day of the murder of Pablo Perez 193A and Pablo Perez 193B, Juana Perez 193B and her family fled out of fear to Cienaga, Magdalena, where they have lived ever since.

495.   Juana Perez 193A is also the mother and legal heir of Pablo Perez 193C.  Pablo Perez 193C was murdered by AUC paramilitaries on November 24, 2000.  On the evening of November 24, 2000, Pablo Perez 193C was sitting in the doorway to his home in La Floresta neighborhood in Cienaga, Magdalena when AUC paramilitaries drove up and shot him multiple times in the back, killing him.

496.   Juan Perez 194 is the brother and legal heir of Pablo Perez 194.  Pablo Perez 194 was kidnapped, tortured, and murdered by AUC paramilitaries on or about February 14, 2004.  Pablo Perez 194 had come from Valledupar, Cesar to visit Juan Perez 194 in Cienaga, Magdalena.  On or about February 14, 2004, Pablo Perez 194 was waiting for a bus to Cienaga in Reposo, Zona Bananera, when he was kidnapped by two AUC paramilitaries who forced him to board their motorcycle.  Pablo Perez 194's body was later found with signs of torture, bound, and multiple gunshots to the head.

497.   Juana Perez 195A is the mother and legal heir of Pablo Perez 195A.  Juana Perez 195B is the wife and is also a legal heir of Pablo Perez 195A, with whom she had a family.  Pablo Perez 195A, a worker on the Vanessa banana plantation in Cano Mocho in Zona Bananera, Magdalena, was murdered by AUC paramilitaries on April 1, 2003.  On the morning of April 1, 2003, Pablo Perez 195A was working on the Vanessa banana plantation when he was accosted by a group of AUC paramilitaries.  The paramilitaries seized Pablo Perez 195A and shot him multiple times, killing him.

498.   Juana Perez 195A is also the mother of Pablo Perez 195B.  Pablo Perez 195B was murdered by AUC paramilitaries on December 8, 2004.  On December 8, 2004, Pablo Perez 195B was chatting with some friends in Tucurinca,

Zona Bananera, Magdalena when he was approached by AUC paramilitaries who rode up on a motorcycle.  The paramilitaries shot and killed Pablo Perez 195B.

499.   Juana Perez 196 is the wife and legal heir of Pablo Perez 196, with whom she had a family.  Pablo Perez 196 was murdered by AUC paramilitaries on or about February 22, 2002.  Early on the morning of February 22, 2002, Pablo Perez 196 left his home in Cano Mocho in Orihueca, Zona Bananera to do some work in Gaira. Sometime that day or the next, Pablo Perez 196 was intercepted by AUC paramilitaries. The paramilitaries murdered Pablo Perez 196. The next day, on February 23, 2002, Juana Perez 196 was told that Pablo Perez 196's body was in the morgue.  Pablo Perez 196 had been hacked to death with a machete and his throat cut.  Pablo Perez 196's body had been found on the road between Gaira and Santa Marta, Magdalena.

500.   Juana Perez 197 is the mother and legal heir of Pablo Perez 197A, who worked at the banana plantation Finca La Cecilia. Pablo Perez 197A was murdered on January 22, 2003 by AUC paramilitaries. On the afternoon of January 22, 2003, Pablo Perez 197A left his home in Orihueca, Zona Bananera, Magdalena to visit a friend. Blocks from his home, Pablo Perez 197A was intercepted by two AUC paramilitaries on a motorcycle. The paramilitaries seized Pablo Perez 197A, placed him on the ground face-down, and murdered him with a gunshot to the

head.

501.   Juana Perez 197  is also the wife and legal heir of Pablo Perez 197B, with whom she had a family. Juana Perez 197 is also the mother and legal heir of Pablo Perez 197C. Pablo Perez 197B and Pablo Perez 197C, father and son who were employed at the Finca Dilia and Finca Floresta banana plantations, were murdered on July 20, 2003 by AUC paramilitaries. On the night of July 20, 2003, Pablo Perez 197B and Pablo Perez 197C were at their home in Orihueca, Zona Bananera, Magdalena, with Juana Perez 197 when a group of AUC paramilitaries arrived, broke down the door to the home, and forced their way inside. The paramilitaries seized Pablo Perez 197B and Pablo Perez 197C, tied them up, forced them outside the home and threw them to the ground. The paramilitaries then murdered Pablo Perez 197B with three gunshots to his head, and Pablo Perez 197C with two gunshots to his head.

502.   Juana Perez 198 is the daughter and legal heir of Pablo Perez 198. Pablo Perez 198 was murdered by AUC paramilitaries on December 29, 1998.  On the morning of December 29, 1998, Pablo Perez 198 and his son were working in the streets of Santa Marta, Magdalena, when they were intercepted by AUC paramilitaries on a motorcycle.  The paramilitaries shot Pablo Perez 198 twice in the head, killing him in front of his son.

503.   Juana Perez 199 is the mother and legal heir of Pablo Perez 199, a worker at the Maria Lucy banana plantation.  Pablo Perez 199 was murdered by AUC paramilitaries on August 29, 2002.  On August 29, 2002, Pablo Perez 199 was walking to Guacamayal, Zona Bananera from Sevilla when he was intercepted by AUC paramilitaries on a motorcycle.  The paramilitaries shot and killed Pablo Perez 199.

504.   Juan Perez 200A is the husband and legal heir of Paula Perez 200. Juana Perez 200B is the daughter and is also a legal heir of Paula Perez 200. Paula Perez 200 was kidnapped and murdered by AUC paramilitaries on September 18, 1997. On the night of September 18, 1997, Paula Perez 200 was at home with her family in Sevilla, Magdalena when a group of AUC paramilitaries arrived and forced their way into the home. The paramilitaries found two women watching TV, asked them where Paula Perez 200 was, and when the women denied that Paula Perez 200 was there, the paramilitaries warned that they would kill them if Paula Perez 200 did not present herself. Immediately Paula Perez 200 came out with Juan Perez 200A. The paramilitaries beat Juan Perez 200A and Paula Perez 200, then forced Paula Perez 200 to leave with them, kidnapping her. The paramilitaries then murdered Paula Perez 200 with a gunshot to her mouth, before leaving her body near Cerro Azul, on the outskirts of Sevilla, Magdalena.

505.   Juana Perez 201A is the wife and legal heir of Pablo Perez 201, a banana worker, with whom she had five children.  Juana Perez 201B is the daughter and is also a legal heir of Pablo Perez 201.  Pablo Perez 201 was kidnapped and disappeared on August 20, 1997 by AUC paramilitaries.  Early on the morning of August 20, 1997, Pablo Perez 201 left his home in Cienaga, Magdalena to go to work in the Costa Verde banana plantation.  Along the way, Pablo Perez 201 was intercepted by AUC paramilitaries. The paramilitaries kidnapped Pablo Perez 201, who was never seen again.

506.   Juana Perez 202 is the mother and legal heir of Pablo Perez 202, a worker at the Maria Eugenia and Belleza banana plantations.  Pablo Perez 202 was kidnapped and murdered by AUC paramilitaries on March 29, 2000.  On March 29, 2000, Pablo Perez 202 was pasturing some cows when he was intercepted by a group of AUC paramilitaries who kidnapped him.  Pablo Perez 202's body was found with his wrists tied and bullet wounds in his head, in Tucurinca, Zona Bananera, Magdalena.

507.   Juana Perez 203 is the daughter and legal heir of Paula Perez 203. Paula Perez 203 was murdered by AUC paramilitaries on February 27, 2002.  On the morning of February 27, 2002, several AUC paramilitaries on motorcycles arrived at Paula Perez 203's small eatery in Santa Rosalia, Zona Bananera,

Magdalena and ordered food.  After eating the food, one of the AUC paramilitaries pulled out his gun and shot Paula Perez 203 multiple times, killing her.

508.   Juana Perez 204 is the wife and legal heir of Pablo Perez 204, with whom she had a family. Pablo Perez 204 was kidnapped and murdered by AUC paramilitaries sometime between July 14, 2000 and July 15, 2000.  Between the late night hours of July 14, 2000 and the early morning hours of July 15, 2000, Pablo Perez 204 and his family were asleep in their home in Barrio Nuevo, Guacamayal, Zona Bananera, Magdalena when a  group of AUC paramilitaries arrived and asked for Pablo Perez 204 by name. When Pablo Perez 204 identified himself, the paramilitaries forced their way inside and searched the house.  The paramilitaries then kidnapped Pablo Perez 204. The paramilitaries took Pablo Perez 204 to the Guacamayal central plaza and  shot him to death. The paramilitaries killed a total of five people in Guacamayal that night.

509.   Juana Perez 205 is the wife and legal heir of Pablo Perez 205, with whom she had a family.  Pablo Perez 205 was murdered by AUC paramilitaries on December 23, 2005.  Early on the morning of December 23, 2005, Pablo Perez 205 was working as a street vendor in Barrio Las Palmas, Orihueca, Zona Bananera when AUC paramilitaries approached him, then shot and killed him.

510.   Juana Perez 206A is the mother and legal heir of Pablo Perez 206A,

an occasional banana worker.  Juana Perez 206B is the sister and is also a legal heir of Pablo Perez 206A.  Pablo Perez 206A was murdered by AUC paramilitaries on February 21, 1997.  Late on the night of February 21, 1997, a group of AUC paramilitaries forced their way into Pablo Perez 206A's home in Santa Rosalia, Magdalena, pulled Pablo Perez 206A outside and shot him multiple times, killing him in the street.  The AUC paramilitaries killed other townspeople of Santa Rosalia that same night.

511.   Juana Perez 206A is also the sister and legal heir of Pablo Perez 206B. Juana Perez 206C is also the sister and is also a legal heir of Pablo Perez 206B. Juana Perez 206D is also the sister and is also a legal heir of Pablo Perez 206B. Pablo Perez 206B, who worked at the La Esther banana plantation, was murdered by AUC paramilitaries on December 17, 1998.  On the evening of December 17, 1998, Pablo Perez 206B was walking to his home on the La Esther banana plantation in Riofrio, Magdalena when he was intercepted AUC paramilitaries. The paramilitaries shot Pablo Perez 206B in the face, killing him.

512.   Juana Perez 207A is the sister and legal heir of Pablo Perez 207A. Juana Perez 207B is the wife and is also a legal heir of Pablo Perez 207A.  Pablo Perez 207A was murdered by an AUC paramilitary on May 7, 2003.  On May 7, 2003, Pablo Perez 207A was leaving Cienaga, Magdalena and returning to San

225

Pedro de la Sierra in rural Cienaga, Magdalena when an AUC paramilitary boarded the bus in which Pablo Perez 207A was traveling.  The paramilitary shot Pablo Perez 207A three times in his face and head, killing him.

513.   Juana Perez 207A is also the sister and legal heir of Pablo Perez 207B. Pablo Perez 207B was murdered by AUC paramilitaries on May 4, 1997.  In the early morning hours of May 4, 1997, Pablo Perez 207B was asleep at his home in Santa Rosalia, Magdalena when AUC paramilitaries forced their way inside the home. The paramilitaries seized Pablo Perez 207B's wife and threatened to kill her if she did not tell the paramilitaries the whereabouts of her father.  When the paramilitaries began torturing Pablo Perez 207B's wife, Pablo Perez 207B intervened in an attempt to protect her. The paramilitaries then shot and killed both Pablo Perez 207B and his wife.

514.   Juana Perez 208A is the wife and legal heir of Pablo Perez 208A, with whom she had three children.  Juana Perez 208B is also the wife and is also a legal heir of Pablo Perez 208A, with whom she had a family, and is the mother of Juanito Perez 208C, who was born on November 2, 1997. Juanito Perez 208C is the son and is also a legal heir of Pablo Perez 208A.  Juana Perez 208D is the sister and is also a legal heir of Pablo Perez 208A.  Juana Perez 208D is also the sister and legal heir of Pablo Perez 208B. Juana Perez 208E is the wife and is also a legal

heir of Pablo Perez 208B, with whom she had three children.  Juana Perez 208E is also the sister and legal heir of Pablo Perez 208C. Juana Perez 208F is the mother and is also a legal heir of Pablo Perez 208C. Pablo Perez 208A, Pablo Perez 208B, and Pablo Perez 208C were killed in a massacre by AUC paramilitaries on November 28, 1997. In the early morning hours of November 28, 1997, a group of AUC paramilitaries forced their way into Pablo Perez 208A's home on the La Josefa plantation in La Mira in Sevillano, Cienaga Magdalena.  The paramilitaries seized Pablo Perez 208A, tied him up, took him outside, and shot and killed him. The paramilitaries beat Juana Perez 208E, and then seized Pablo Perez 208B and Pablo Perez 208C, tortured them, then shot and killed them in her presence.  The paramilitaries robbed personal items from the home and cattle from the farm and also killed several other family members who were present on the farm that day. In this massacre, the paramilitaries also killed Pablo Perez 209A and Pablo Perez 209B.

515.   Juana Perez 208D is also the daughter and legal heir of Pablo Perez 208D.  Pablo Perez 208D was murdered by AUC paramilitaries on April 30, 2000. On April 30, 2000, Pablo Perez 208D was on his farm in Sevillano, Cienaga, Magdalena when a group of armed AUC paramilitaries arrived. The paramilitaries seized Pablo Perez 208D, tied him up, and rounded up his livestock to steal it.

227

After several hours, the paramilitaries shot Pablo Perez 208D multiple times, killing him.  The paramilitaries also shot and killed two other farm workers.

516.   Juana Perez 209 is the wife and legal heir of Pablo Perez 209A, with whom she had five children.  Juana Perez 209 is also the stepmother and legal heir of Pablo Perez 209B.  Pablo Perez 209A and Pablo Perez 209B were tortured and murdered in a massacre by AUC paramilitaries on November 28, 1997.  In the early morning hours on November 28, 1997, Pablo Perez 209A and Pablo Perez 209B were asleep in their home on their farm in La Mira in Sevillano, Cienaga, Magdalena when a group of AUC paramilitaries forced their way inside. The paramilitaries seized Pablo Perez 209A and Pablo Perez 209B.  The paramilitaries ordered Juana Perez 209 and the other women present to run and hide.  The paramilitaries took Pablo Perez 209A and Pablo Perez 209B to an open place nearby and tortured them before shooting them to death.  In this massacre the paramilitaries also killed Pablo Perez 208A, Pablo Perez 208B, and Pablo Perez 208C  (see above).

517.   Juana Perez 210A is the mother and legal heir of Pablo Perez 210A. Pablo Perez 210A was murdered by AUC paramilitaries on July 22, 2003.  On July 22, 2003, Pablo Perez 210A left his home in Cienaga, Magdalena to visit his grandfather in Zona Bananera, Magdalena. On the outskirts of Cienaga, Pablo

Perez 210A was intercepted by several AUC paramilitaries on a motorcycle.  The paramilitaries shot Pablo Perez 210A multiple times in the face, head and neck, killing him.

518.   Juana Perez 210A is also the wife and legal heir of Pablo Perez 210B, with whom she had a family.  Juana Perez 210B is the mother and is also a legal heir of Pablo Perez 210B.  Pablo Perez 210B was kidnapped, tortured, and murdered by AUC paramilitaries on January 9, 1997.  On the afternoon of January 9, 1997, Pablo Perez 210B went to the headquarters of SINTRAINAGRO, the union representing banana workers including those affiliated with Chiquita, in Cienaga, Magdalena.  AUC paramilitaries on motorcycles arrived at the union offices and kidnapped Pablo Perez 210B.  The paramilitaries took Pablo Perez 210B to an area near the Micael Cotes soccer stadium in Cienaga, Magdalena, beat him and then shot him to death.

519.   Juan Perez 211 is the father and legal heir of Pablo Perez 211.  Pablo Perez 211 was murdered by AUC paramilitaries on December 16, 2001.  On December 16, 2001, Pablo Perez 211 was on his way to work in Orihueca, Zona Bananera, Magdalena when he was intercepted by AUC paramilitaries on motorcycles on the road from Varela to Orihueca in Zona Bananera.  The paramilitaries shot and killed Pablo Perez 211.

520.   Juana Perez 212 is the wife and legal heir of Pablo Perez 212, an occasional banana worker, with whom she had a family.  Pablo Perez 212 was killed by AUC paramilitaries on or about December 6, 1999.  At night on or about December 6, 1999, Pablo Perez 212 was on his way to his home in Barrio Las Margaritas, Cienaga, Magdalena when he was intercepted by AUC paramilitaries. The paramilitaries shot and killed Pablo Perez 212.

521.   Juana Perez 213 is the wife and legal heir of Pablo Perez 213.  Pablo Perez 213 was murdered by AUC paramilitaries on December 17, 2003.  On December 17, 2003, Pablo Perez 213 was on his way from his home in San Pedro de la Sierra, Cienaga, Magdalena to Cienaga to run errands when he was intercepted by AUC paramilitaries at a roadblock they had set up in San Pablo, Zona Bananera, Magdalena.  The paramilitaries made everyone get out of the vehicle in which Pablo Perez 213 was riding and demanded that everyone present their identification documents.  When Pablo Perez 213 presented his identification document, the paramilitaries shot and killed him.

522.   Juana Perez 214A is the wife and legal heir of Pablo Perez 214, with whom she had five children. Juana Perez 214B is the sister and is also a legal heir of Pablo Perez 214. Pablo Perez 214, the manager of a banana-producing cooperative in Varela, Zona Bananera, Magdalena, was murdered on September 8,

2000 by AUC paramilitaries. On the morning of September 8, 2000, a group of AUC paramilitaries arrived at the banana plantation that was formerly known as El Tiempo in Varela, Zona Bananera, that was now run by the cooperative. As cooperative workers showed up for work, the paramilitaries seized them and bound them. When Pablo Perez 214 arrived, the paramilitaries seized him, placed him on the ground, and killed him with multiple gunshots to the head and body. The paramilitaries also murdered several other cooperative members in the same incident. As a result of this massacre, the cooperative members were forced to abandon the banana plantation formerly known as El Tiempo.

523.   Juana Perez 215 is the wife and legal heir of Pablo Perez 215, who worked at Finca La Ceiba, a banana plantation. Pablo Perez 215 was murdered on February 12, 2003 by AUC paramilitaries. On the morning of February 12, 2003, Pablo Perez 215 left his home in Cienaga, Magdalena with Juana Perez 215 aboard a motorcycle to go to his job at Finca La Ceiba. Along the way, in Gran Via, Zona Bananera, Magdalena, the two were intercepted by AUC paramilitaries on a motorcycle. The paramilitaries ordered Pablo Perez 215 and Juana Perez 215 to show their identity documents. The paramilitaries then ordered Pablo Perez 215 to turn around, and when he did, the paramilitaries killed Pablo Perez 215 with a gunshot to his head. The paramilitaries then stole the couple's motorcycle.

231

524.   Juana Perez 216A is the sister and legal heir of Pablo Perez 216A. Pablo Perez 216A was murdered by AUC paramilitaries on October 12, 1994.  On October 12, 1994, Pablo Perez 216A was at a social gathering on the Iberia plantation in Orihueca, Zona Bananera, Magdalena when a group of paramilitaries arrived in a vehicle.  The paramilitaries entered the place where Pablo Perez 216A was dancing and shot and killed him.

525.   Juana Perez 216A is also the sister and legal heir of Paula Perez 216B. Paula Perez 216B was murdered by AUC paramilitaries on May 13, 1997.  On May 13, 1997, Paula Perez 216B was sitting in the doorway to her home in Guacamayal, Magdalena when a group of AUC paramilitaries arrived in vehicles. The paramilitaries asked for some people by name.  Paula Perez 216B told the paramilitaries she did not know the people whom they sought.  After arguing with Paula Perez 216B, the paramilitaries shot her multiple times, killing her.

526.   Juana Perez 216A is also the wife and legal heir of Pablo Perez 216C, with whom she had a family.  Juana Perez 216B is also the wife and is also a legal heir of Pablo Perez 216C, with whom she had a son.  Juana Perez 216C is also the wife and is also a legal heir of Pablo Perez 216C, with whom she had a family. Pablo Perez 216C, a banana worker, was murdered by AUC paramilitaries on February 27, 1998. On the morning of February 27, 1998, Pablo Perez 216C was

232

on the Panorama banana plantation in El Reten, Magdalena when a group of AUC paramilitaries arrived and asked to speak with the owner of the plantation. The paramilitaries spoke with the plantation owner, then shot and killed the plantation owner and another plantation worker. The paramilitaries then shot and killed Pablo Perez 216C.

527.   Juana Perez 217A is the mother and legal heir of Pablo Perez 217A. Juana Perez 217A is also the wife and legal heir of Pablo Perez 217B. Juana Perez 217B is the sister and is also a legal heir of Pablo Perez 217B. Pablo Perez 217A was murdered on May 4, 2000 by AUC paramilitaries. Pablo Perez 217B was kidnapped and murdered on May 4, 2000 by AUC paramilitaries. In the early morning hours of May 4, 2000, a group of AUC paramilitaries forced their way inside the home Juana Perez 217A shared with Pablo Perez 217A and Pablo Perez 217B in Barrio La Banca, Fundacion, Magdalena. When Pablo Perez 217A tried to run, one of the paramilitaries shot him twice in the head, killing him in front of Juana Perez 217A. The paramilitaries then kidnapped Pablo Perez 217B. Later in the day, Juana Perez 217A was informed that the body of Pablo Perez 217B had been discovered at a garbage dump outside of Fundacion on the road to Pivijay, Magdalena.

528.   Juana Perez 218 is the wife and legal heir of Pablo Perez 218, with

233

whom she had a family.  Pablo Perez 218 was murdered by AUC paramilitaries on March 11, 2005.  Around midday on March 11, 2005, Pablo Perez 218 went to a tire shop in Rio Frio, Zona Bananera, Magdalena. While Pablo Perez 218 was speaking with people at the tire shop, AUC paramilitaries on a motorcycle drove up and shot Pablo Perez 218 multiple times, killing him.

529.    Juan Perez 219 is the father and legal heir of Paula Perez 219, an adolescent student.  Paula Perez 219 was murdered by AUC paramilitaries on December 15, 2002.  On December 15, 2002, while in Cienaga, Magdalena visiting her family during school vacation, Paula Perez 219 went dancing with her siblings on the beach in Cienaga.  Late on night of December 15, 2002, Paula Perez 219 left her siblings to go buy water.  Along the way, Paula Perez 219 was intercepted by AUC paramilitaries. The paramilitaries shot Paula Perez 219 to death.  The next day, Paula Perez 219's family found her body in the city morgue.

530.    Juana Perez 220A is the daughter and legal heir of Pablo Perez 220A. Juana Perez 220B is also the daughter and is also a legal heir of Pablo Perez 220A. Juana Perez 220B is also the sister and legal heir of Pablo Perez 220B.  Juana Perez 220C is the sister and is also a legal heir of Pablo Perez 220B.  Juana Perez 220D is the wife and is also a legal heir of Pablo Perez 220B, with whom she had a family.  Pablo Perez 220A and Pablo Perez 220B, father and son, were murdered

by AUC paramilitaries on August 19, 2000.  Early on the morning of August 19, 2000, a group of AUC paramilitaries arrived in Soplador, Zona Bananera, Magdalena and began knocking on the townspeople's doors, including the home of Pablo Perez 220A and Pablo Perez 220B, and ordered everyone to go to the town's soccer field.  Once Pablo Perez 220A and Pablo Perez 220B were in the soccer field, the paramilitaries took them to the outskirts of town and shot and killed them.

531.   Juana Perez 221A is the daughter and legal heir of Pablo Perez 221.  Juana Perez 221B is the wife and is also a legal heir of Pablo Perez 221, with whom she had a family.  Pablo Perez 221 was kidnapped and disappeared by AUC paramilitaries on March 6, 2000.  On the afternoon of March 6, 2000, Pablo Perez 221 and Juana Perez 221B were standing outside the store they owned on the road to Santa Marta, Magdalena in Cordobita, Cienaga, Magdalena, when several AUC paramilitaries drove up. The paramilitaries kidnapped Pablo Perez 221, forcing him into their vehicle, and drove away.  Pablo Perez 221 was never seen again.

532.   Juana Perez 222A is the wife and legal heir of Pablo Perez 222, with whom she had a family.  Juana Perez 222B is the sister and is also a legal heir of Pablo Perez 222.  Pablo Perez 222 was kidnapped and disappeared on February 19, 2004 by AUC paramilitaries.   On the afternoon of February 19, 2004, Pablo Perez

222 left his home in Cienaga, Magdalena on his bicycle to go to the bus station, where he planned to take a bus to Santa Marta, Magdalena to go to work. When Pablo Perez 222 arrived at the bus station, a group of AUC paramilitaries forced him into their vehicle and drove off with him.  Pablo Perez 222 was never seen again.

533.    Juana Perez 223A is the mother and legal heir of Pablo Perez 223A. Pablo Perez 223A was kidnapped and disappeared on January 23, 2002 by AUC paramilitaries.  In early 2001, Pablo Perez 223A was forced to abandon his farm in Guaimaro, San Pedro de la Sierra, Cienaga, Magdalena after receiving threats from the AUC paramilitaries.  Six months later, in June 2001, Pablo Perez 223A returned to his farm.  On the night of January 23, 2002, a group of AUC paramilitaries arrived at the farm, claiming that they were searching for weapons and accusing Pablo Perez 223A of being a guerrilla.  The paramilitaries robbed the farm and then kidnapped Pablo Perez 223A.  Pablo Perez 223A was never seen again.

534.    Juana Perez 223A is also the mother and legal heir of Pablo Perez 223B.  Juana Perez 223B is the wife and legal heir of Pablo Perez 223B, with whom she had a family.  Pablo Perez 223B was murdered on June 12, 2003 by AUC paramilitaries.  Pablo Perez 223B and Juana Perez 223B had fled Guaimaro,

San Pedro de la Sierra, Cienaga, Magdalena to Santa Marta, Magdalena because of the AUC paramilitary presence in San Pedro de la Sierra.  On the night of June 12, 2003, AUC paramilitaries on a motorcycle arrived at Pablo Perez 223B's home in Barrio San Jose in Santa Marta.  Juana Perez 223B had been away from the house and was just returning when the paramilitaries shot Pablo Perez 223B multiple times, killing him.  The paramilitaries later sent a messenger to Juana Perez 223B to tell her that they had killed Pablo Perez 223B because they claimed he was a member of the guerrillas.

535.   Juana Perez 224 is the wife and legal heir of Pablo Perez 224, with whom she had a family.  Pablo Perez 224 was murdered on November 15, 1998 by AUC paramilitaries.  On November 15, 1998, a group of AUC paramilitaries arrived at the home of Pablo Perez 224 in Alto Guaimaro in San Pedro de la Sierra, Cienaga, Magdalena.  The paramilitaries forced Pablo Perez 224 to walk outside.  A short distance from the house, the paramilitaries shot Pablo Perez 224 several times, killing him.

536.   Juana Perez 225 is the mother and legal heir of Pablo Perez 225A.  Pablo Perez 225A was murdered on July 29, 2003 by AUC paramilitaries.  On July 29, 2003, Pablo Perez 225A and a friend were at a street party in Cienaga, Magdalena when they were approached by a group of AUC paramilitaries.  The

paramilitaries shot Pablo Perez 225A and his friend, killing them both.

537.   Juana Perez 225 is also the mother and legal heir of Pablo Perez 225B, an agricultural worker in Cienaga, Magdalena.  Pablo Perez 225B was murdered on April 22, 2004 by AUC paramilitaries.  On the afternoon of April 22, 2004, a group of AUC paramilitaries arrived at the farm belonging to Pablo Perez 225B's family.  The paramilitaries requested a tool, which Juana Perez 225 gave them. The paramilitaries then shot and killed Pablo Perez 225B.

538.   Juana Perez 226 is the mother and legal heir of Pablo Perez 226A, an adolescent.  Pablo Perez 226A was tortured and murdered on August 13, 2002 by AUC paramilitaries.  Early on the morning of August 13, 2002, Pablo Perez 226A and his cousin were having breakfast at the farm owned by their family in Colorado in Sevillano, Cienaga, Magdalena when a group of  AUC paramilitaries arrived.  The paramilitaries seized Pablo Perez 226A and his cousin, and tortured them.  While the torture was happening, Pablo Perez 226A's brother arrived.  The paramilitaries shot Pablo Perez 226A's brother, wounding him.  Pablo Perez 226A's brother ran and escaped to Cienaga. The paramilitaries then murdered Pablo Perez 226A with two gunshots to the head. The paramilitaries also murdered Pablo Perez 226A's cousin.

539.   Juana Perez 226 is also the wife and legal heir of Pablo Perez 226B,

with whom she had a family.  Pablo Perez 226B was murdered on May 29, 2005

by AUC paramilitaries.  Early in the evening of May 29, 2005, Pablo Perez 226B

was in a public place in Cienaga, Magdalena when two AUC paramilitaries arrived

on a motorcycle.  The paramilitaries shot Pablo Perez 226B five times in the head

and neck, killing him.

540.    Juan Perez 227 is the brother and legal heir of Pablo Perez 227.  Pablo

Perez 227 was kidnapped and disappeared by AUC paramilitaries on July 15,

1998.  On July 15, 1998, a group of AUC paramilitaries entered the coffee

plantation in San Pedro de la Sierra, Cienaga, Magdalena where Pablo Perez 227

was working. The paramilitaries kidnapped Pablo Perez 227 and two other

workers.  Pablo Perez 227 was never seen again.

541.    Juana Perez 228 is the wife and legal heir of Pablo Perez 228, with

whom she had three daugthers.  Pablo Perez 228 was murdered on or about April

13, 1995 by paramilitaries.  In the early morning on or about April 13, 1995, Pablo

Perez 228 left his mother's house in Rio Frio, Magdalena to return to his home in

La Maya, Sevillano, Cienaga, Magdalena.  Along the way, Pablo Perez 228 was

intercepted near La Mira, Sevillano, Cienaga, Magdalena by a group of

paramilitaries who asked to see his identity document.  When Pablo Perez 228

presented his identity document, the paramilitaries shot and killed him.  Members

of Pablo Perez 228's family discovered his remains on June 3, 1995.

542.   Juana Perez 229 is the wife and legal heir of Pablo Perez 229, with whom she had a family.  Pablo Perez 229 was kidnapped on or about June 13, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 229.  On or about June 13, 1997, Pablo Perez 229 was in Cienaga, Magdalena running errands when he was intercepted by a group of AUC paramilitaries in a vehicle.  The paramilitaries seized Pablo Perez 229, forced him into the truck, and kidnapped him.  Juana Perez 229 was informed of what had happened and tried to file a report with the police, but the police told her she had to wait 72 hours to file it.  On or about June 16, 1997, Juana Perez 229 was informed that the military had delivered two bodies to the Cienaga, Magdalena morgue whom they claimed belonged to guerrillas who had died in combat in Rio Frio, Zona Bananera, Magdalena.  Because Pablo Perez 229 was not a guerrilla, Juana Perez 229 did not go to the morgue to see if one of the bodies belonged to him.  A coworker of Pablo Perez 229 went to the morgue and identified Pablo Perez 229's body.  Pablo Perez 229 had been shot to death.  When the bodies appeared at the morgue, they had been dressed in fatigues.  The Colombian army claimed Pablo Perez 229 had died in a battle.

543.   Juana Perez 230A is the mother and legal heir of Pablo Perez 230.

Juana Perez 230B is the sister and is also a legal heir of Pablo Perez 230. Pablo Perez 230 was murdered on November 22, 2005 by AUC paramilitaries. On the evening of November 22, 2005, Pablo Perez 230 was in Cienaga, Magdalena selling a load of hay when he was approached by AUC paramilitaries on a motorcycle. One of the paramilitaries dismounted and shot Pablo Perez 230 multiple times, killing him.

544.   Juana Perez 231A is the wife and legal heir of Pablo Perez 231, with whom she had a family. Juana Perez 231B is the mother and is also a legal heir of Pablo Perez 231. Pablo Perez 231 was murdered on June 27, 2001 by AUC paramilitaries. On the afternoon of June 27, 2001, Pablo Perez 231 was in his workshop in Cienaga, Magdalena when AUC paramilitaries arrived on a motorcycle. One of the paramilitaries shot Pablo Perez 231 three times in the face and head, killing him.

545.   Juan Perez 232 is the brother and legal heir of Pablo Perez 232, a vendor of bananas which had been rejected for export. Pablo Perez 232 was kidnapped on February 10, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 232. On February 10, 2002, Pablo Perez 232 was in Santa Marta, Magdalena on his way to meet friends when he was intercepted by a group of AUC paramilitaries. The paramilitaries forced Pablo

Perez 232 into their vehicle and kidnapped him. The paramilitaries then killed Pablo Perez 232 with multiple gunshots before leaving his body on the outskirts of Santa Marta, where it was found on February 11, 2002.

546.   Juana Perez 233 is the sister and legal heir of Pablo Perez 233A, and of Pablo Perez 233B.  Pablo Perez 233A, and Pablo Perez 233B were kidnapped on August 15, 1997 by AUC paramilitaries; after kidnapping them, the paramilitaries murdered Pablo Perez 233A, and Pablo Perez 233B.  Late on the night of August 15, 1997, a group of AUC paramilitaries arrived at the farm in Isla de Cataquita, Puebloviejo, Magdalena owned by the family of Pablo Perez 233A, Pablo Perez 233B and Juana Perez 133.  The paramilitaries forced their way into the home, interrogated the occupants for several hours, and then tied up and kidnapped six family members, including Pablo Perez 233A, and Pablo Perez 233B. The paramilitaries then shot Pablo Perez 233A, and Pablo Perez 233B to death, and mutilated their bodies. On or about August 16, 1997, Pablo Perez 233A's body was found near the Aguja Bridge in rural Cienaga. Pablo Perez 233B's body was found at the "Y" sector on the Cienaga-Santa Marta highway, also on or about August 16, 1997. The bodies of the other four kidnapped family members were discovered later.

547.   Juana Perez 234A is the wife and legal heir of Pablo Perez 234.  Juana

Perez 234B is the sister and is also a legal heir of Pablo Perez 234. Pablo Perez 234, a former worker on the La Playita banana plantation, was murdered on May 30, 2001 by AUC paramilitaries. On May 30, 2001, Pablo Perez 234 was accompanying a farm administrator for whom he worked as a bodyguard to an appointment when the two men were intercepted by a group of armed AUC paramilitaries. The paramilitaries shot Pablo Perez 234 multiple times, killing him. The paramilitaries also killed the farm administrator.

548.   Juana Perez 235A is the wife and legal heir of Pablo Perez 235, with whom she had four children. Juana Perez 235B is the sister and is also a legal heir of Pablo Perez 235. Juana Perez 235C is the daughter and is also a legal heir of Pablo Perez 235. Pablo Perez 235 was murdered on May 14, 2000 by AUC paramilitaries. On the night of May 14, 2000, Pablo Perez 235 was at a bar in Orihueca, Zona Bananera, Magdalena, when a group of AUC paramilitaries arrived. The paramilitaries opened fire on Pablo Perez 235, killing him with multiple gunshots to the face.

549.   Juana Perez 236A is the daughter and legal heir of Pablo Perez 236. Juan Perez 236B is the son and is also a legal heir of Pablo Perez 236. Pablo Perez 236 was kidnapped on May 16, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 236. On May 16, 1997, Pablo Perez 236

was near his home in rural Cienaga, Magdalena when he saw a pickup truck of AUC paramilitaries approaching.  Pablo Perez 236, recognizing a person in the vehicle who had been taken prisoner, called out to the man.  The paramilitaries stopped the vehicle and kidnapped Pablo Perez 236. The paramilitaries shot Pablo Perez 236 to death, and left his body at the Vuelta del Cura area near the village of Guacamayal, Magdalena, where it was found the following day, on May 17, 1997.

550.   Juana Perez 237 is the wife and legal heir of Pablo Perez 237, with whom she had a family.  Pablo Perez 237 was murdered on October 12, 2006 by AUC paramilitaries.  In the late 1990s, Pablo Perez 237 had worked at the Josefa cattle ranch when AUC paramilitaries had robbed it, killed two workers, and threatened other people at the ranch.  On October 12, 2006, Pablo Perez 237 was driving his son and niece to school on his motorcycle when he was intercepted by a group of AUC paramilitaries in the Aguacoca area on the road to Sevillano, Cienaga, Magdalena.  Pablo Perez 237's son and niece jumped off the motorcycle and escaped, but the paramilitaries shot Pablo Perez 237 multiple times in his head and neck, killing him.

551.   Juana Perez 238 is the wife and legal heir of Pablo Perez 238, with whom she had a family.  Juan Perez 238B is the brother and is also a legal heir of Pablo Perez 238.  Juan Perez 238C is the son and is also a legal heir of Pablo Perez

244

238.  Juana Perez 238D is the sister and is also a legal heir of Pablo Perez 238.

Pablo Perez 238 was murdered on December 29, 2005 by AUC paramilitaries.  On

the morning of December 29, 2005, Pablo Perez 238 left his house in Barrio El

Camellon in Sitionuevo, Magdalena and went to the small plot of land that he

farmed in Carmona, Sitionuevo.  When Pablo Perez 238 arrived at the gates of the

farm, two armed AUC paramilitaries approached him.  The paramilitaries

murdered Pablo Perez 238 with two gunshots to the head.

552.   Juana Perez 239 is the wife and legal heir of Pablo Perez 239, with

whom she had a family.  Pablo Perez 239 was kidnapped and murdered on

November 10, 2000 by AUC paramilitaries.  In the early morning hours of

November 10, 2000, Pablo Perez 239 and Juana Perez 239 were asleep in their

home in Varela, Zona Bananera, Magdalena when a group of armed AUC

paramilitaries arrived.  The paramilitaries forced their way inside the home and

carried out a search, stealing sound equipment, a television, and cash, among other

valuables.  The paramilitaries then kidnapped Pablo Perez 239. The paramilitaries

murdered Pablo Perez 239 with two gunshots to the head, and left his body on the

side of the road in Varela, where it was found later that morning.

553.   Juana Perez 240 is the mother and legal heir of Pablo Perez 240.

Pablo Perez 240 was murdered on March 2, 2003 by AUC paramilitaries.  On the

afternoon of March 2, 2003, Pablo Perez 240 had gone with a group of friends and family to attend festivities on the beach in Cienaga, Magdalena.  Pablo Perez 240 was dancing that evening when a group of AUC paramilitaries arrived and shot him multiple times in the head, killing him.

554.   Juan Perez 241 is the father and legal heir of Pablo Perez 241.  Pablo Perez 241 was murdered on or about February 5, 2002 by AUC paramilitaries.  At night on or about February 5, 2002, a group of AUC paramilitaries arrived at the home of Juan Perez 241 and Pablo Perez 241 in Barrio Simon Bolivar, Sitionuevo, Magdalena. The paramilitaries forced their way inside the house.  While the paramilitaries were breaking down the door, Pablo Perez 241 escaped onto the roof of the house.  The paramilitaries saw Pablo Perez 241 on the roof and opened fire on him, killing him with multiple gunshots.

555.   Juana Perez 242 is the sister and legal heir of Pablo Perez 242.  Pablo Perez 242 was murdered on February 12, 2005 by AUC paramilitaries.  On February 12, 2005, Pablo Perez 242 was pasturing cattle on the Finca Caribe farm where he lived and worked in Guamachito, Zona Bananera, Magdalena.  In the early evening, a group of AUC paramilitaries arrived, spoke with Pablo Perez 242 briefly, and then shot Pablo Perez 242 to death.

556.   Juana Perez 243 is the daughter and legal heir of Pablo Perez 243, a

political leader in the village of Guacamayal, Magdalena and a member of the Municipal Council of Cienaga, Magdalena. Pablo Perez 243 was murdered on April 1, 1994 by paramilitaries. Around midday on April 1, 1994, Pablo Perez 243 was visiting friends in Macondo, Sevillano, Magdalena when a group of armed paramilitaries arrived. The paramilitaries shot Pablo Perez 243 many times, killing him. The paramilitaries also shot and killed two witnesses to the crime.

557. Juana Perez 244 is the daughter and legal heir of Pablo Perez 244. Pablo Perez 244 was kidnapped and disappeared on April 1, 2004 by AUC paramilitaries. Pablo Perez 244's employer owned a farm named "Cara de Vaca" in Aracataca, Magdalena. The owner had asked Pablo Perez 244 to go to "Cara de Vaca" on an errand. On April 1, 2004, Pablo Perez 244 and the driver of the farm's tractor truck had almost reached "Cara de Vaca" when the truck was intercepted by a group of AUC paramilitaries. The paramilitaries detained Pablo Perez 244 and told the driver to keep going. Pablo Perez 244 was never seen again.

558. Juan Perez 245 is the brother and legal heir of Pablo Perez 245. Pablo Perez 245 was kidnapped on August 26, 2004 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 245. On the night of August 26, 2004, Pablo Perez 245 was with his family in their home in Barrio

Montevideo, El Bongo in El Reten, Magdalena when a group of AUC

paramilitaries arrived on motorcycles.  The paramilitaries threatened to force their

way into the home if the family did not open the door.  The family opened the door

and the paramilitaries came inside and searched the house.  After searching the

house, the paramilitaries tied up Pablo Perez 245 and kidnapped him.  The

paramilitaries shot Pablo Perez 245 to death and left his body on the San Pedro

plantation in Aracataca, Magdalena.

559.   Juana Perez 246 is the wife and legal heir of Pablo Perez 246, with

whom she had a family.  Pablo Perez 246 was murdered on November 27, 2003 by

AUC paramilitaries.  On the night of November 27, 2003, Pablo Perez 246, Juana

Perez 246, and their children were in their home in Barrio Eliza Celedon in

Cienaga, Magdalena when two AUC paramilitaries forced their way into the house.

The paramilitaries shot Pablo Perez 246 multiple times in the head, face, and body,

killing him.

560.   Juana Perez 247 is the mother and legal heir of Pablo Perez 247.

Pablo Perez 247 was kidnapped and murdered on March 31, 2005 by AUC

paramilitaries.  On March 31, 2005, Pablo Perez 247 was at his job, driving

students home from school, when AUC paramilitaries in another vehicle hit him

from behind in the 'Botadero' sector of Sabanas de San Angel, Magdalena.  When

Pablo Perez 247 got out of the car, the paramilitaries kidnapped him and a student who was with him. The paramilitaries took Pablo Perez 247 and the student to the town's cock fighting ring and tied up Pablo Perez 247. The paramilitaries notified Pablo Perez 247's sister-in-law that they had Pablo Perez 247 and were going to kill him. The paramilitaries set the cock-fighting ring on fire, and left Pablo Perez 247 inside, tied up. Pablo Perez 247 was burned to death.

561. Juana Perez 248A is the wife and legal heir of Pablo Perez 248, with whom she had a son. Juana Perez 248B is the mother and is also a legal heir of Pablo Perez 248. Pablo Perez 248 was murdered on October 31, 2003 by AUC paramilitaries. In the afternoon of October 31, 2003, Pablo Perez 248 was at the service station in Cienaga, Magdalena where he washed cars when two AUC paramilitaries arrived on a motorcycle. The paramilitaries shot Pablo Perez 248 five times in the head and face, killing him.

562. Juana Perez 249 is the mother and legal heir of Pablo Perez 249. Pablo Perez 249 was murdered on December 14, 2002 by AUC paramilitaries. In the early morning of December 14, 2002, Pablo Perez 249 left his house in Prado Sevilla, Zona Bananera, Magdalena and boarded a bus to Barranquilla, Atlantico. Along the way, Pablo Perez 249 was intercepted by AUC paramilitaries. The paramilitaries murdered Pablo Perez 249 with at least one gunshot to the head, and

left his body on the outskirts of Cienaga, Magdalena.

563.   Juana Perez 250 is the mother and legal heir of Pablo Perez 250. Pablo Perez 250 was kidnapped and murdered on June 16, 2002 by AUC paramilitaries.  On the afternoon of June 16, 2002, Pablo Perez 250  was traveling to Baranquilla, Atlantico when the bus he was on was stopped at an AUC paramilitary check point near Tucurinca, Zona Bananera, Magdalena.  The paramilitaries forced Pablo Perez 250  off of the bus and kidnapped him.  Pablo Perez 250's body was found a few days later in a common grave on the Monteria Farm in Zona Bananera.  Pablo Perez 250 had been shot twice in the head.

564.   Juana Perez 251 is the wife and legal heir of Pablo Perez 251, with whom she had a family.  Pablo Perez 251 was murdered on April 4, 1999 by AUC paramilitaries.  On the evening of April 4, 1999, Pablo Perez 251 was in his home in San Pedro, Cienaga, Magdalena with Juana Perez 251 and their son, when a group of AUC paramilitaries arrived. One of the paramilitaries entered the home and opened fire at Pablo Perez 251, hitting him several times.  A stray bullet hit Pablo Perez 251's son, wounding him.  The paramilitaries left, but then returned and shot Pablo Perez 251 in the head, killing him.

565.   Juana Perez 252A is the mother and legal heir of Pablo Perez 252. Juana Perez 252B is the wife and is also a legal heir of Pablo Perez 252, with

whom she had a family.  Pablo Perez 252 was murdered on March 31, 2002 by

AUC paramilitaries.  On the night of March 31, 2002, Pablo Perez 252 and Juana

Perez 252B were in a dance hall in Sitionuevo, Magdalena when AUC

paramilitaries arrived. The paramilitaries seized Pablo Perez 252 by the neck and

shot him in the face.  Pablo Perez 252 fell to the ground, where one of the

paramilitaries shot him again in the head, killing him.

566.   Juana Perez 253A is the wife and legal heir of Pablo Perez 253A, with

whom she had a family. Juana Perez 253B is the daughter and is also a legal heir of

Pablo Perez 253A.  Juan Perez 253C is the son and is also a legal heir of Pablo

Perez 253A. Juana Perez 253D is the daughter and is also a legal heir of Pablo

Perez 253A. Juana Perez 253E is also the daughter and is also a legal heir of Pablo

Perez 253A. Juana Perez 253F is the mother and is also a legal heir of Pablo Perez

253A. Juana Perez 253F is also the mother and legal heir of Pablo Perez 253B.

Pablo Perez 253A and Pablo Perez 253B, two brothers who worked at the banana

plantation Finca Palestina, in rural Cienaga, Magdalena, were kidnapped and

murdered on May 21, 2004 by AUC paramilitaries. On the morning of May 21,

2004, Pablo Perez 253A and Pablo Perez 253B were at work at Finca Palestina

when a group of AUC paramilitaries ordered the plantation's workers to show their

identity papers. The paramilitaries then kidnapped Pablo Perez 253A and Pablo

Perez 253B, took them some distance away from the plantation, and shot them to death, and left their bodies near the town of Sevillano.

567.   Juana Perez 254 is the wife and legal heir of Pablo Perez 254.  Pablo Perez 254 was murdered on January 1, 2006 by AUC paramilitaries.  In the early morning hours of January 1, 2006, a group of AUC paramilitaries arrived at the house where Pablo Perez 254 was staying in Caraballo, Pivijay, Magdalena.  The paramilitaries seized Pablo Perez 254 and forced him out of the house. The paramilitaries took Pablo Perez 254 into the street and shot him multiple times, killing him.

568.   Juana Perez 255 is the wife and legal heir of Pablo Perez 255, with whom she had a family.  Pablo Perez 255 was kidnapped on or about April 22, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 255. Around three years prior to his murder, Pablo Perez 255 had received a death threat from the AUC.  At night on or about April 22, 2000, Pablo Perez 255 and his grandchildren were awakened by AUC paramilitaries demanding to be let in to their house in Media Luna, Pivijay, Magdalena. The paramilitaries forced their way into the house.  Pablo Perez 255 hid in the bathroom, but when he realized that the paramilitaries had taken one of his grandchildren hostage, he came out.  The paramilitaries kidnapped Pablo Perez 255.  The paramilitaries shot Pablo

Perez 255 to death, and left his body in a field on the Media Luna-Pinuelas road, where it was found days later.

569.   Juana Perez 256 is the mother and legal heir of Pablo Perez 256. Pablo Perez 256 was murdered on October 27, 2004 by AUC paramilitaries.  On the night of October 27, 2004, Pablo Perez 256 was on a street corner near his house in Barrio El Carreno, Cienaga, Magdalena when two AUC paramilitaries drove up on a motorcycle.  The paramilitaries shot Pablo Perez 256 several times, mortally wounding him.  Juana Perez 256 took Pablo Perez 256 to the hospital, but he was declared dead upon arrival.

570.   Juana Perez 257 is the daughter and legal heir of Paula Perez 257. Paula Perez 257 was murdered on March 27, 2001 by AUC paramilitaries.  On the morning of March 27, 2001, two AUC paramilitaries on a motorcycle arrived at the Hernandez Hotel in Fundacion, Magdalena where Paula Perez 257 worked.  One paramilitary waited outside, while the other entered the hotel and went to the second floor, where he found Paula Perez 257 mopping the floor.  The paramilitary asked her if she was Paula Perez 257 and she confirmed that she was.  The paramilitary then shot Paula Perez 257 in the head, killing her.

571.   Juana Perez 258 is the wife and legal heir of Pablo Perez 258, with whom she had a family. Pablo Perez 258, a banana plantation administrator who

lived in Cienaga, Magdalena, was murdered on January 9, 2004 by AUC paramilitaries.  On the morning of January 9, 2004, Pablo Perez 258 was at his job at Finca San Miguel, a banana plantation located in rural Cienaga, Magdalena when a group of AUC paramilitaries arrived and asked for him.  After a brief argument, one of the paramilitaries pulled a firearm and shot Pablo Perez 258 twice, killing him.

572.   Juana Perez 259A is the mother and legal heir of Pablo Perez 259. Juana Perez 259B is the sister and is also a legal heir of Pablo Perez 259.  Pablo Perez 259 was murdered on September 22, 2004 by AUC paramilitaries.  On the afternoon of September 22, 2004, Pablo Perez 259 was at a local soccer field not far from his home in Guacamayal, Zona Bananera, Magdalena when he was intercepted by two AUC paramilitaries who arrived on a motorcycle. When one of the paramilitaries pulled a gun, Pablo Perez 259 struggled with him and disarmed him.  The other paramilitary then opened fire on Pablo Perez 259, killing him with multiple gunshots to the head and neck.

573.   Juana Perez 260A is the mother and legal heir of Pablo Perez 260. Juan Perez 260B is the uncle/step-father and is also a legal heir of Pablo Perez 260. Pablo Perez 260 was murdered on June 20, 2003 by AUC paramilitaries.  On the evening of June 20, 2003, Pablo Perez 260 and Juana Perez 260A were sitting in a

church service in Cienaga, Magdalena near the door of the church when two AUC paramilitaries arrived on a bicycle. One of the paramilitaries got off of the bicycle, approached Pablo Perez 260,  and shot him in the head, killing him.

574.   Juan Perez 261 is the son and legal heir of Pablo Perez 261.  Pablo Perez 261 was kidnapped on April 16, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 261.  On April 16, 2000, Pablo Perez 261 and his assistant had gone to Fundacion, Magdalena and were on their way back to Palmor, Cienaga, Magdalena when they were detained at an AUC paramilitary checkpoint near Tucurinca and Guamachito.  The paramilitaries took Pablo Perez 261's assistant to the Tucurinca River and killed him.  The paramilitaries then transferred Pablo Perez 261 and his vehicle to the Palo Alto paramilitary base. The paramilitaries shot Pablo Perez 261 three times in the face and head, killing him, and left his body in the village of Soplador, Zona Bananera, Magdalena, where it was found on April 18, 2000.

575.   Juan Perez 262 is the brother and legal heir of Pablo Perez 262.  Pablo Perez 262 was murdered on December 11, 2004 by AUC paramilitaries.  Pablo Perez 262's family owned a farm that was taken over by the AUC paramilitaries and turned into an AUC paramilitary base during the year before Pablo Perez 262's murder.  The family was displaced from that farm, and moved to their second farm

in Aracataca, Magdalena.  AUC paramilitaries arrived at the Aracataca farm as well, demanding that the family abandon the farm and killing one of the workers. The family was forced to leave the second farm and settled in Santa Marta, Magdalena.  On December 11, 2004, Pablo Perez 262 left a motorcycle repair shop on his motorcycle with his brother-in-law, and drove to a bakery next to the Santa Marta soccer stadium.  When Pablo Perez 262's brother-in-law stepped into the bakery, an AUC paramilitary approached Pablo Perez 262 and shot and killed him.

576.   Juana Perez 263A is the wife and legal heir of Pablo Perez 263A, with whom she had a family. Juana Perez 263B is the wife and legal heir of Pablo Perez 263B, with whom she had a family.  Juan Perez 263C is the brother and is also a legal heir of Pablo Perez 263A and Pablo Perez 263B.  Juan Perez 263D is the son and is also a legal heir of Pablo Perez 263B. Pablo Perez 263A and Pablo Perez 263B, two brothers, were murdered on February 21, 1997 by AUC paramilitaries. On the morning of February 21, 1997, Pablo Perez 263A and Pablo Perez 263B went with some friends to go fishing in La Trinidad, Sitionuevo, Magdalena.  That afternoon, just after Pablo Perez 263A and Pablo Perez 263B had finished fishing, several AUC paramilitaries arrived in a pickup truck.  The paramilitaries shot Pablo Perez 263A and Pablo Perez 263B multiple times, killing them both.  A short time later, the paramilitaries killed two more people who were working on a

nearby farm.  After the murder of Pablo Perez 263A and Pablo Perez 263B, Juana

Perez 263B, Juan Perez 263C, and Juan Perez 263D fled to Barranquilla, Atlantico,

where they have lived ever since.

577.  Juana Perez 264 is the mother and legal heir of Pablo Perez 264.

Pablo Perez 264 was murdered on April 12, 2006 by AUC paramilitaries.  A few

months prior to his murder, Pablo Perez 264 was kidnapped by AUC

paramilitaries.  The paramilitaries locked Pablo Perez 264 in a store and beat him,

put a bag over his head, making so much noise that the neighbors called the police,

who came and arrested two men.  The men were put in jail and released just before

April 12, 2006.  On the night of April 12, 2006, Pablo Perez 264 was at his home

in Cienaga, Magdalena when two AUC paramilitaries arrived.  The paramilitaries

shot Pablo Perez 264 six times, killing him.

578.  Juana Perez 265 is the daughter and legal heir of Paula Perez 265A.

Juana Perez 265  is also the sister and legal heir of Pablo Perez 265B.  Paula Perez

265A and Pablo Perez 265B were murdered on January 22, 2004 by AUC

paramilitaries.  On the morning of January 22, 2004, a group of AUC

paramilitaries arrived at the home of Paula Perez 265A and Pablo Perez 265B in

Guacamayal, Zona Bananera, Magdalena.  Several of the paramilitaries came into

the house while the others surrounded the house outside.  The paramilitaries told

everyone to go outside except for Paula Perez 265A and Pablo Perez 265B.  The paramilitaries then shot Paula Perez 265A and Pablo Perez 265B to death inside the home. Paula Perez 265A was shot once in the head and Pablo Perez 265B was shot multiple times.

579.   Juana Perez 266 is the wife and legal heir of Pablo Perez 266, with whom she had a family.  Pablo Perez 266 was murdered on or about June 8, 1997 by AUC paramilitaries.  On the afternoon of June 8, 1997, Pablo Perez 266 left his house in Cienaga, Magdalena to play soccer. Later on June 8, 1997, or early on June 9, 1997, Pablo Perez 266 was intercepted by AUC paramilitaries at a soccer field in Cienaga. The paramilitaries murdered Pablo Perez 266 with multiple gunshots to the head and neck.

580.   Juana Perez 267 is the daughter and legal heir of Pablo Perez 267. Pablo Perez 267 was murdered on December 31, 1999 by AUC paramilitaries.  On the morning of December 31, 1999, Pablo Perez 267 left his home in Cienaga, Magdalena to run an errand. While on his errand, Pablo Perez 267 was intercepted by AUC paramilitaries. The paramilitaries shot Pablo Perez 267 to death near Buenos Aires Hotel in Cienaga.

581.   Juana Perez 268 is the wife and legal heir of Pablo Perez 268.  Pablo Perez 268 was murdered on August 12, 2003 by AUC paramilitaries.  Pablo Perez

268 was an ex-Municipal Council member in Sitionuevo, Magdalena, had been active in the Liberal Party, and worked for the municipality of Sitionuevo in various capacities for several years.  At the time of his death Pablo Perez 268 was the Sitionuevo Municipal Sports Director.  On August 12, 2003, Pablo Perez 268 left his home in Sitionuevo, Magdalena to go to the San Antonio farm in rural Sitionuevo to retrieve his pickup truck, which he had left there the day before. Pablo Perez 268 retrieved his truck and as he was leaving the San Antonio farm, he was intercepted by AUC paramilitaries on a motorcycle. The paramilitaries forced Pablo Perez 268 to return to the farm.  After an argument and struggle inside the farm's kitchen, the paramilitaries shot Pablo Perez 268 multiple times in the chest, neck, and head, killing him.

582.   Juan Perez 269 is the father and legal heir of Pablo Perez 269.  Pablo Perez 269 was murdered on February 13, 2006 by AUC paramilitaries. On February 13, 2006, Pablo Perez 269 left for work in Puebloviejo, Magdalena. Along the way, Pablo Perez 269 was intercepted by AUC paramilitaries. The paramilitaries murdered Pablo Perez 269 with a gunshot to his head.

583.   Juana Perez 270A is the daughter and legal heir of Pablo Perez 270. Juana Perez 270B is also the daughter and is also a legal heir of Pablo Perez 270. Pablo Perez 270 was a worker at several banana plantations and a member of

259

SINTRAINAGRO, the labor union representing banana workers, as well as being a leader of a palm workers' cooperative.    Pablo Perez 270 was murdered on October 6, 2000 by AUC paramilitaries. Very late at night on October 6, 2000, a group of AUC paramilitaries surrounded the home of Pablo Perez 270 in Candelaria, in Orihueca, Zona Bananera, Magdalena.  The paramilitaries knocked on the door of the home; when Pablo Perez 270 opened the door, the paramilitaries seized him, led him a short distance from the home, and shot him three times in the head and face, killing him.

584.    Juana Perez 271 is the wife and legal heir of Pablo Perez 271A, with whom she had a family.  Juana Perez 271 is also the mother and legal heir of Pablo Perez 271B.  Pablo Perez 271A and Pablo Perez 271B, father and son, were murdered on March 17, 2003 by AUC paramilitaries.  Around September 2002, a group of AUC paramilitaries set up a base near the El Boqueron coffee farm belonging to Pablo Perez 271A and Juana Perez 271 in Paranda Seca, in the area of Lourdes, in the Sierra Nevada de Santa Marta mountains, in rural Cienaga, Magdalena.  The AUC paramilitaries ordered all of the residents of nearby farms not to leave their properties so that the paramilitaries could carry out a census of the population in the area.  By the end of October 2002, the farmers had begun to run out of supplies. A group of farmers were given permission by the AUC

paramilitaries to go into town to bring back supplies in early November 2002.  On or about November 15, 2002, AUC paramilitaries came to the Boqueron farm and kidnapped two of Juana Perez 271's cousins, who were never seen again.  At the end of December 2002, the paramilitaries demanded that every farm transfer to them the deed to their property, which Pablo Perez 271A did in January 2003. After this, the paramilitaries began to mistreat Pablo Perez 271A and his family. In March 2003 the family decided to abandon the farm.  Juana Perez 271 had left earlier, and was waiting for her son and husband in Cienaga, Magdalena.  On March 17, 2003, Pablo Perez 271A and Pablo Perez 271B told Juana Perez 271 that they were on their way to Cienaga. Along the way, Pablo Perez 271A and Pablo Perez 271B were intercepted by AUC paramilitaries. The paramilitaries murdered Pablo Perez 271A with two gunshots to the head, and they murdered Pablo Perez 271B with multiple gunshots to the head and body. The paramilitaries left the bodies of Pablo Perez 271A and Pablo Perez 271B near the Manantial banana plantation in rural Cienaga.

585.   Juana Perez 272 is the daughter and legal heir of Pablo Perez 272, a banana worker.  Pablo Perez 272 was murdered on February 9, 1997 by AUC paramilitaries. In the early morning hours of February 9, 1997, Pablo Perez 272 was celebrating Carnaval near his home in Barrio Piloto in Guacamayal,

Magdalena, when two AUC paramilitaries approached, seized Pablo Perez 272, and forced him to accompany them.  The paramilitaries took Pablo Perez 272 to the entrance to Barrio Piloto, where they shot and killed him.

586.   Juana Perez 273 is the wife and legal heir of Pablo Perez 273, with whom she had a family.  Pablo Perez 273 was murdered on March 5, 1998 by AUC paramilitaries.  On March 5, 1998, Pablo Perez 273 was on his way home in Cienaga, Magdalena from running errands when he was intercepted by AUC paramilitaries. The paramilitaries shot and killed Pablo Perez 273.

587.   Juana perez 274 is the wife and legal heir of Pablo Perez 274, with whom she had a family.  Pablo Perez 274 was kidnapped and murdered on February 5, 1998 by AUC paramilitaries.  Early on the morning of February 5, 1998, Pablo Perez 274 was asleep in his home in Cienaga, Magdalena when he and his family were awakened by pounding on the front door.  AUC paramilitaries kicked the door down and forced their way inside while others remained outside. The paramilitaries asked for Pablo Perez 274, who was hiding under a bed.  The paramilitaries threatened to kill someone in the family if Pablo Perez 274 did not appear.  Pablo Perez 274 came out of his hiding place; the paramilitaries kidnapped him. The paramilitaries murdered Pablo Perez 274 with multiple gunshots, and left his body in the Manantial area of rural Cienaga, where it was found later that day.

588.   Juana Perez 275 is the mother and legal heir of Pablo Perez 275. Pablo Perez 275 was murdered on January 18, 2002 by AUC paramilitaries. On January 18, 2002, Pablo Perez 275 left Cienaga, Magdalena and went to Orihueca, Zona Bananera to see his aunt. When Pablo Perez 275 arrived in Orihueca, he stopped by a bakery on his way to his aunt's home. While Pablo Perez 275 was in the bakery, several men entered and attempted to rob it. Those inside the bakery seized the men along with Pablo Perez 275, whom they thought might be involved in the attempted theft. The members of the community beat all six young men, including Pablo Perez 275, and then turned them over to the AUC paramilitaries, who killed them. The paramilitaries shot Pablo Perez 275 twice in the head.

589.   Juana Perez 276 is the sister and legal heir of Pablo Perez 276. Pablo Perez 276 was murdered on May 10, 2005 by AUC paramilitaries. On the night of May 10, 2005, Pablo Perez 276 was in his house in Cienaga, Magdalena when two AUC paramilitaries arrived. The paramiltaries entered the house and interrogated Pablo Perez 276. The paramilitaries asked Pablo Perez 276 why he went to the Sierra Nevada de Santa Marta mountains so often. Pablo Perez 276 responded that he went to pick coffee. One of the paramilitaries then shot Pablo Perez 276 three times in the head, killing him.

590.   Juana Perez 277 is the wife and legal heir of Pablo Perez 277, with

whom she had a family.  Pablo Perez 277 was murdered on March 25, 1997 by AUC paramilitaries. On the night of March 25, 1997, Pablo Perez 277 was sitting on the terrace of his home in Riofrio, Magdalena with friends when a group of AUC paramilitaries arrived in a pickup truck.  One of the paramilitaries got out of the truck, approached the terrace, and opened fire on Pablo Perez 277, killing him with multiple gunshots.

591.   Juana Perez 278 is the wife and legal heir of Pablo Perez 278, with whom she had a family.  Pablo Perez 278 was murdered on November 5, 1997 by AUC paramilitaries.  Early on the morning of November 5, 1997, a group of AUC paramilitaries arrived in pickup trucks at the home of Pablo Perez 278 and Juana Perez 278 in Pantoja, Riofrio, Magdalena.  The paramilitaries knocked on the door and when a family member got out of bed and answered it, the paramilitaries pushed him to the ground and forced their way inside the home.  The paramilitaries beat the family member and then abducted Pablo Perez 278, taking him to where his uncle was.  The paramilitaries shot Pablo Perez 278 multiple times in the head and body, killing him.  The paramilitaries also shot and killed Pablo Perez 278's uncle.

592.   Juana Perez 279 is the wife and legal heir of Pablo Perez 279. Pablo Perez 279 was kidnapped and murdered on July 9, 1999 by AUC paramilitaries.

On the evening of July 9, 1999, AUC paramilitaries came to the El Eden plantation where Pablo Perez 279 worked in Paraiso, Pivijay, Magdalena.  The paramilitaries kidnapped Pablo Perez 279, forcing him into a vehicle.  A few minutes after they left, the paramilitaries shot Pablo Perez 279 in the head, killing him near the plantation's outer fence.

593.   Juana Perez 280 is the daughter and legal heir of Paula Perez 280, a cook on a banana plantation in Guachaca, Santa Marta, Magdalena.  Paula Perez 280 was murdered on or about January 31, 2002 by AUC paramilitaries.  In the weeks prior to the murder, AUC paramilitaries had come several times to the banana plantation where Paula Perez 280 worked, asking for the owner.  The workers had repeatedly told the paramilitaries that they did not know where the owner was, and that he did not visit the plantation often.  On or about January 31, 2002, a group of AUC paramilitaries arrived at the plantation and gathered the workers together, asking them again where the owner was.  The workers repeated that they did not know.  The paramilitaries accused them of hiding the owner and then took five workers, including Paula Perez 280, to a path on the farm and shot and killed them all.  The paramilitaries murdered Paula Perez 280 with four gunshots to her neck and body.

594.   Juana Perez 281A is the wife and legal heir of Pablo Perez 281, with

265

whom she had a family.  Juan Perez 281B is the brother and is also a legal heir of Pablo Perez 281.  Pablo Perez 281 was murdered on December 14, 2000 by AUC paramilitaries.  Pablo Perez 281 was a well-known community leader who had run for the Cienaga Municipal Council.  On the afternoon of December 14, 2000, Pablo Perez 281 was running some errands in Cienaga when two AUC paramilitaries approached him.  The paramilitaries shot Pablo Perez 281 three times in the head and face, killing him.

595.   Juana Perez 282 is the daughter and legal heir of Paula Perez 282A. Juana Perez 282 is also the sister and legal heir of Pablo Perez 282B, a high-school student.  Paula Perez 282A and Pablo Perez 282B were murdered on December 6, 1998 by AUC paramilitaries.  On the evening of December 6, 1998, Pablo Perez 282B  was visiting with some friends in the La Frutera section of Cienaga, Magdalena at the edge of the highway leading to Santa Marta, Magdalena.  Two AUC paramilitaries arrived on a motorcycle and approached the group.  One of the paramilitaries beat one of Pablo Perez 282B's friends.  Pablo Perez 282B intervened to defend his friend, whereupon the friend ran away.  Pablo Perez 282B called out to Paula Perez 282A, who was nearby.  When Paula Perez 282A appeared, one of the paramilitaries shot Pablo Perez 282B multiple times, killing him, and then shot Paula Perez 282A multiple times, killing her.  Several days later

a group of AUC paramilitaries approached Juana Perez 282 and threatened her, warning her not to report the crime.

596.   Juan Perez 283 is the brother and legal heir of Pablo Perez 283.  Pablo Perez 283 was murdered on August 13, 1999 by AUC paramilitaries.  On August 12, 1999, Pablo Perez 283 and another fruit vendor left San Pedro de la Sierra, Cienaga, Magdalena together in their loaded trucks and went to the Santa Marta, Magdalena public market, arriving in the very early morning hours of August 13, 1999.  Around daybreak on August 13, 1999, a group of AUC paramilitaries approached the truck in which Pablo Perez 283 was sitting and shot him several times, killing him in his vehicle.  The paramilitaries then shot and killed Pablo Perez 283's companion.

597.   Juana Perez 284A is the sister and legal heir of Pablo Perez 284. Juana Perez 284B is also the sister and is also a legal heir of Pablo Perez 284. Pablo Perez 284 was kidnapped and disappeared on February 15, 2003 by AUC paramilitaries.  On February 15, 2003, Pablo Perez 284 left his home in Lourdes, in rural Cienaga, Magdalena to run errands. Along the way, Pablo Perez 284 was intercepted by AUC paramilitaries. The paramilitaries kidnapped Pablo Perez 284, who was never seen again.

598.   Juana Perez 285 is the wife and legal heir of Pablo Perez 285, with whom she had a family.  Pablo Perez 285 was murdered on March 6, 2001 by AUC paramilitaries.  On the morning of March 6, 2001, Pablo Perez 285 went to a car repair shop in Cienaga, Magdalena to pick up his car which he had left there to get repaired.  As it was still not finished, Pablo Perez 285 walked out of the shop to purchase a spare part for his car. Upon leaving the shop, Pablo Perez 285 was intercepted by an AUC paramilitary. The paramilitary murdered Pablo Perez 285 with four gunshots to his head and neck.

599.   Juana Perez 286 is the mother and legal heir of Pablo Perez 286, an occasional banana worker.  Pablo Perez 286 was murdered on May 30, 2004 by AUC paramilitaries.  Pablo Perez 286, after a period of unemployment, went to help his aunt on his uncle's farm in Guachaca, Santa Marta, Magdalena. Approximately 10 days after Pablo Perez 286 arrived at the farm, the police discovered some boats full of illegal drugs near the farm.  On May 30, 2004, the narcotics police arrived and burned the boats and the drugs.  That afternoon a group of AUC paramilitaries arrived at the farm and seized Pablo Perez 286 and his uncle.  The paramilitaries accused Pablo Perez 286 of being an informant.  That night, the paramilitaries released Pablo Perez 286's uncle. But the paramilitaries shot Pablo Perez 286 multiple times, killing him.

268

600.   Juana Perez 287A is the daughter and legal heir of Paula Perez 287. Juan Perez 287B is the son and is also a legal heir of Paula Perez 287.  Paula Perez 287 was murdered on February 27, 2003 by AUC paramilitaries.  On the night of February 27, 2003, Paula Perez 287 was sitting in front of her house in Cienaga, Magdalena.  A young neighbor was standing in the street in front of Paula Perez 287's house.  Two armed AUC paramilitaries on a motorcycle drove up, and when the neighbor saw them, he began to run toward Paula Perez 287's house.  The paramilitaries shot at the fleeing neighbor, but hit Paula Perez 287 in the head, killing her.  The fleeing neighbor escaped.

601.   Juana Perez 288A is the wife and legal heir of Pablo Perez 288, with whom she had four children.  Juana Perez 288B is the daughter and is also a legal heir of Pablo Perez 288.  Pablo Perez 288 was kidnapped, tortured and murdered on or about November 10, 2000 by AUC paramilitaries.  Pablo Perez 288 owned a store in addition to a small plot of land where he grew bananas that he sold to multinational companies.  In the very early morning hours on or about November 10, 2000, Pablo Perez 288 was asleep at his home in Varela in Orihueca, Zona Bananera, Magdalena with Juana Perez 288A when a group of armed AUC paramilitaries arrived in several vehicles.  The paramilitaries forced their way into the house, tied up Pablo Perez 288 and kidnapped him.  The paramilitaries robbed

269

Pablo Perez 288's store before leaving, taking merchandise as well as millions of pesos in cash. The paramilitaries then tortured and shot Pablo Perez 288 to death, leaving his body along the highway at the "Vuelta del Cura" in Zona Banaera. The paramilitaries also kidnapped and murdered several others in Zona Bananera in the same action.

602.   Juana Perez 289 is the sister and legal heir of Pablo Perez 289, a worker on the Los Milagros banana plantation. Pablo Perez 289 was murdered on May 20, 1997 by AUC paramilitaries. In the early morning hours of May 20, 1997, a group of AUC paramilitaries stormed the home of Pablo Perez 289 in Guacamayal, Magdalena, breaking down the door. Upon entering the home, the paramilitaries encountered Pablo Perez 289's nephew, on whom they opened fire, killing him. Pablo Perez 289 tried to escape by running away, but the paramilitaries pursued him and opened fire on him, killing him with multiple gunshots.

603.   Juana Perez 290 is the wife and legal heir of Pablo Perez 290, with whom she had a family. Pablo Perez 290 was kidnapped and murdered on or about November 10, 2000 by AUC paramilitaries. Pablo Perez 290 owned a store with his family and maintained business relationships with many banana workers and banana plantation administrators in the region. Late at night on or about

November 10, 2000, Pablo Perez 290 and his family were asleep in their home in Barrio La Gloria, Varela, Zona Bananera, Magdalena when a group of AUC paramilitaries arrived and forced their way inside.  The paramilitaries tied up Pablo Perez 290 and put a pillow over the face of Juana Perez 290's young daughter so that she would not cry.  The paramilitaries searched the house and stole appliances, money, jewelry, and other household items and then kidnapped Pablo Perez 290, another worker who was staying with the family, and Juana Perez 290's brother.  A short while later, the paramilitaries freed Juana Perez 290's brother unharmed. Before leaving town the paramilitaries shot the other worker, killing him.  Along the highway outside of town, the paramilitaries shot and killed Pablo Perez 290 and left his body in front of a fumigation company.  The paramilitaries murdered several others in Zona Bananera in the same action.

604.   Juan Perez 291 is the father and legal heir of Pablo Perez 291, an adolescent student.  Pablo Perez 291 was murdered on August 12, 2007 by AUC paramilitaries.  On the afternoon of August 12, 2007, Pablo Perez 291 and his cousin, a demobilized AUC paramilitary, were in Pablo Perez 291's house in Barrio Obrero, Cienaga, Magdalena when two AUC paramilitaries arrived at the house on a motorcycle.  The paramilitaries entered the house and shot Pablo Perez 291 several times, killing him, and shot and seriously wounded Pablo Perez 291's

cousin.

605.   Juana Perez 292 is the wife and legal heir of Pablo Perez 292, with whom she had a family.  Pablo Perez 292 was murdered on November 23, 2005 by AUC paramilitaries.  Pablo Perez 292 worked on his parent's farm in the community of Honduras in Guachaca, Santa Marta, Magdalena and had regular confrontations with the AUC paramilitaries in the region, who often came to the farm demanding goods.  Pablo Perez 292 finally fled to Barranquilla, Atlantico. Shortly after he arrived, on November 23, 2005, Pablo Perez 292 was confronted by AUC paramilitaries in Barrio 5 de Abril in Barranquilla, Atlantico. The paramilitaries shot and killed Pablo Perez 292.

606.   Juana Perez 293 is the wife and legal heir of Pablo Perez 293, with whom she had a family.  Pablo Perez 293 was murdered on August 6, 2006 by AUC paramilitaries.  Pablo Perez 293 spent the morning of April 6, 2006 working on the motorcycle of a businessman in Cienaga, Magdalena.  When Pablo Perez 293 finished working on the motorcycle, he left to return it to his customer.  Later that day, Pablo Perez 293 was intercepted by AUC paramilitaries in Cienaga. The paramilitaries murdered Pablo Perez 293 with multiple gunshots to his head, face and body.

607.   Juana Perez 294 is the wife and legal heir of Pablo Perez 294, the

vice-president of the lottery vendors' union in Santa Marta, Magdalena.  Pablo

Perez 294 was murdered on January 17, 2001 by AUC paramilitaries.  On the

morning of January 17, 2001, Pablo Perez 294 left his house in Barrio La Paz,

Santa Marta, Magdalena to buy coconuts. Along the way, Pablo Perez 294 was

intercepted by AUC paramilitaries. The paramilitaries shot Pablo Perez 294

multiple times, killing him, and left his body in the street in Santa Marta.

608.   Juana Perez 295 is the wife and legal heir of Pablo Perez 295, with

whom she had a family.  Pablo Perez 295 was murdered on March 29, 2005 by

AUC paramilitaries.  On the night of March 29, 2005, Pablo Perez 295 was asleep

in his home in Santa Marta, Magdalena when a group of AUC paramilitaries

forced their way into the home, firing their guns at Pablo Perez 295.  The

paramilitaries shot Pablo Perez 295 multiple times in his bed, killing him.

609.   Juana Perez 296 is the wife and legal heir of Pablo Perez 296, with

whom she had a family.  Pablo Perez 296 was murdered on July 14, 2005 by AUC

paramilitaries.  Pablo Perez 296 worked at a health center in La Floresta, Cienaga,

Magdalena.  On the afternoon of July 14, 2005, Pablo Perez 296 was helping a

patient in the door of the health center when an AUC paramilitary arrived. The

paramilitary shot Pablo Perez 296 five times in the head, killing him.

610.   Juana Perez 297A is the wife and legal heir of Pablo Perez 297A, with

273

whom she had a family. Juana Perez 297B is also the wife and is also a legal heir of Pablo Perez 297A, with whom she had a family. Pablo Perez 297A was kidnapped and disappeared on or about December 6, 2002 by AUC paramilitaries. On or about December 6, 2002, Pablo Perez 297A was on his way back to Fundacion, Magdalena from the Sierra Nevada de Santa Marta mountains when the vehicle he was riding in was intercepted by AUC paramilitaries. The paramilitaries kidnapped Pablo Perez 297A, who was never seen again. When Juana Perez 297A tried to investigate the kidnapping, she was told by AUC paramilitaries that she should stop looking for Pablo Perez 297A because they had killed him.

611.    Juana Perez 297A is also the sister and legal heir of Pablo Perez 297B. Juana Perez 297A is also the mother and legal heir of Pablo Perez 297C, a young child. Pablo Perez 297B was murdered and Pablo Perez 297C was mortally wounded on December 29, 2004 by AUC paramilitaries; Pablo Perez 297C died on October 14, 2005 from his wounds. On the evening of December 29, 2004, Pablo Perez 297B was standing in the doorway of a neighbor's house in Fundacion, Magdalena with Pablo Perez 297C in his arms when two AUC paramilitaries arrived on a motorcycle. The paramilitaries shot Pablo Perez 297B multiple times, killing him. The paramilitaries also shot Pablo Perez 297C, who was wounded in the intestines, liver and pelvis. Between the time of his injury and his death on

274

October 14, 2005, Pablo Perez 297C underwent two surgeries, but finally succumbed to his wounds.

612.   Juana Perez 298 is the wife and legal heir of Pablo Perez 298, with whom she had a family.  Pablo Perez 298 was kidnapped on July 27, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 298. On the morning of July 27, 2002, a group of AUC paramilitaries arrived at the farm where Pablo Perez 298 lived with his family in the foothills of the Sierra Nevada de Santa Marta mountains in rural Cienaga, Magdalena. The paramilitaries forced Pablo Perez 298 to leave with them.  Around midday, Juana Perez 298 left to go look for Pablo Perez 298.  Juana Perez 298 found the group of paramilitaries and saw that they had detained Pablo Perez 298.  The paramilitaries told Juana Perez 298 to return home.  The paramilitaries then shot Pablo Perez 298 to death. Two days later, on July 29, 2002, Pablo Perez 298's body was found.

613.   Juana Perez 299 is the wife and legal heir of Pablo Perez 299, with whom she had a family.  Pablo Perez 299 was murdered on August 17, 2004 by AUC paramilitaries.  Late on the night of August 17, 2004, Pablo Perez 299 and two of his friends were sitting near the University of Magdalena in Santa Marta, Magdalena when a group of AUC paramilitaries arrived in a pickup truck.  The paramilitaries forced the three young men to walk several blocks away to a more

275

remote place, where they shot and killed the three young men, including Pablo

Perez 299. The paramilitaries murdered Pablo Perez 299 with two gunshots to the

head and face.

614.   Juana Perez 300 is the wife and legal heir of Pablo Perez 300, with

whom she had a son.  Pablo Perez 300 was murdered on April 18, 2007 by AUC

paramilitaries.  In the early morning hours of April 18, 2007, Pablo Perez 300 was

leaving his house in Barrio San Carlos, Fundacion, Magdalena to go to work when

two AUC paramilitaries arrived on a motorcycle.  The paramilitaries pulled up in

front of Pablo Perez 300's house and shot Pablo Perez 300 once in the head, killing

him.  The paramilitaries then went into the house and shot Pablo Perez 300's

daughter multiple times in her bed, killing her.

615.   Juan Perez 301 is the son and legal heir of Pablo Perez 301.  Pablo

Perez 301 was murdered on June 17, 2002 by AUC paramilitaries.  On the morning

of June 17, 2002, Pablo Perez 301 left his house in Cienaga, Magdalena to take his

wife to work on his bicycle.  After dropping her off at her job, Pablo Perez 301 was

on his way back to his house when two AUC paramilitaries on a motorcycle began

following him.  One of the paramilitaries threw a rock at Pablo Perez 301, causing

him to fall off of his bicycle.  One of the paramilitaries slashed Pablo Perez 301 in

the face and throat with a machete.  The paramilitaries threw more rocks at Pablo

276

Perez 301 and then shot him in the throat, killing him.

616.   Juana Perez 302 is the wife and legal heir of Pablo Perez 302, with whom she had a family.  Pablo Perez 302 was murdered on August 14, 2002 by AUC paramilitaries.  On the morning of August 14, 2002, Pablo Perez 302 left his house to exercise, as was his custom.  He went to Ciudadela 29 de Julio in Santa Marta, Magdalena, where he was intercepted by two armed AUC paramilitaries on a motorcycle.  The paramilitaries shot Pablo Perez 302 multiple times in the head and shoulder, killing him.

617.   Juana Perez 303 is the daughter and legal heir of Pablo Perez 303. Pablo Perez 303 was kidnapped, tortured, and murdered on or about November 6, 1997 by AUC paramilitaries.  Late at night on or about November 6, 1997, Pablo Perez 303 had just returned to his home in Palmira, Puebloviejo, Magdalena from a fishing trip when a group of AUC paramilitaries arrived in a pickup truck.  The paramilitaries forced their way inside Pablo Perez 303's house, robbed valuables, beat the children present, and then kidnapped Pablo Perez 303. The paramilitaries then beat and tortured Pablo Perez 303, murdered him with multiple gunshots to his head and body, and left his body on the road in Cienaga, Magdalena.

618.   Juan Perez 304 is the son and legal heir of Pablo Perez 304, an employee of Finca Isabel, a banana plantation located in Sevillano, Cienaga,

277

Magdalena.  Pablo Perez 304 was kidnapped and murdered on August 4, 1999 by AUC paramilitaries. On the afternoon of August 4, 1999, as he was leaving Finca Isabel for his home in Cienaga after finishing his shift, Pablo Perez 304 was intercepted by a group of AUC paramilitaries. The paramilitaries kidnapped Pablo Perez 304, murdered him with a single gunshot to the head and left his body near Colorado, Magdalena on the road to Sevillano.

619.   Juana Perez 305 is the wife and legal heir of Pablo Perez 305, with whom she had a family. Pablo Perez 305 was murdered on March 30, 1998 by AUC paramilitaries.  On the afternoon of March 30, 1998, Pablo Perez 305 was leaving Juana Perez 205's home in Cienaga, Magdalena and began driving toward the village of Palmor, in the Sierra Nevada de Santa Marta mountains, in rural Cienaga.  Before he could make it out of Cienaga, Pablo Perez 305 got a flat tire and stopped at a shop to have it repaired.  While Pablo Perez 305 was waiting at the shop, two AUC paramilitaries arrived on a motorcycle.  The paramilitaries shot Pablo Perez 305 three times in the head, killing him.

620.   Juan Perez 306A is the father and legal heir of Pablo Perez 306. Juana Perez 306B is the mother and is also a legal heir of Pablo Perez 306.  Pablo Perez 306 was kidnapped on October 6, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 306.  In the very early

278

morning hours of the morning on October 7, 2003, a group of AUC paramilitaries forced their way inside Pablo Perez 306's mother's house in Fundacion, Magdalena. The paramilitaries seized Pablo Perez 306, forced him into their truck, and kidnapped him. The paramilitaries beat and tortured Pablo Perez 306, before killing him by slitting his throat, and leaving his body buried under leaves at a farm along the road that connects Fundacion and Pivijay, Magdalena.

621.   Juan Perez 307 is the father and legal heir of Pablo Perez 307, an occasional banana worker. Pablo Perez 307 was murdered on March 14, 2003 by AUC paramilitaries. On March 14, 2003, Pablo Perez 307 was at work digging a drainage ditch in Orihueca, Zona Bananera, Magdalena when he was approached by two armed AUC paramilitaries on a motorcycle. The paramilitaries shot and killed Pablo Perez 307.

622.   Juana Perez 308A is the wife and legal heir of Pablo Perez 308. Juana Perez 308B is the mother and is also a legal heir of Pablo Perez 308. Pablo Perez 308 was kidnapped and disappeared on August 11, 2004 by AUC paramilitaries. Early on the morning of August 11, 2004 Pablo Perez 308 left his house in Pivijay, Magdalena on his motorcycle to deliver fish to some of his customers. Pablo Perez 308 was on his way to a farm to make a delivery when he was intercepted by a group of AUC paramilitaries. The paramilitaries kidnapped Pablo Perez 308,

forced him into their vehicle, and drove off with him. Pablo Perez 308 was never seen again.

623.   Juana Perez 309A is the wife and legal heir of Pablo Perez 309, with whom she had a family.  Juana Perez 309B is also the wife and is also a legal heir of Pablo Perez 309, with whom she had two sons.  Pablo Perez 309 was kidnapped and murdered on August 29, 2003 by AUC paramilitaries.  Pablo Perez 309 owned a cell phone business and every few days would make the rounds of his clients.  On August 29, 2003, Pablo Perez 309 and Juana Perez 309A were in Tucurinca, Zona Bananera, Magdalena on their cell phone rounds when they were approached by two AUC paramilitaries.  The paramilitaries ordered Pablo Perez 309 and Juana Perez 309A to accompany them.  Pablo Perez 309 began walking with one of the paramilitaries and the other paramilitary took Juana Perez 309A to his motorcycle. The second paramilitary could not make the motorcycle start, and Juana Perez 309A used the opportunity to escape.  The paramilitaries then shot Pablo Perez 309 multiple times in the head and body, killing him.

624.   Juana Perez 310 is the mother and legal heir of Pablo Perez 310. Pablo Perez 310 was murdered on October 17, 2003 by AUC paramilitaries. On the night of October 17, 2003, Pablo Perez 310 was in his home in La Rosalia, Santa Marta, Magdalena with his wife and children when an AUC paramilitary arrived.

The paramilitary entered the home through an open door and then shot and killed Pablo Perez 310.

625.   Juana Perez 311 is the mother and legal heir of Pablo Perez 311. Pablo Perez 311 was murdered on or about February 10, 1997.  Pablo Perez 311 worked as a security guard on a construction site where the Cienaga, Magdalena municipal government was building a sports complex.  On the evening of February 10, 1997, Pablo Perez 311 began his shift at the construction site, sitting in a small hut set up for the security guards. During the night, one or more AUC paramilitaries entered the construction site and murdered Pablo Perez 311 with multiple gunshots.

626.   Juan Perez 312 is the son and legal heir of Pablo Perez 312.  Pablo Perez 312 was kidnapped and disappeared on June 30, 2002 by AUC paramilitaries.  On June 30, 2002 Pablo Perez 312 was on his motorcycle travelling between his farm in the Sierra Nevada de Santa Marta mountains in Santa Marta, Magdalena and another farm in Siberia when he was intercepted by a group of AUC paramilitaries.  The paramilitaries kidnapped Pablo Perez 312, who was never seen again.

627.   Juana Perez 313 is the wife and legal heir of Pablo Perez 313, with whom she had a family.  Pablo Perez 313 was murdered on December 25, 2005 by

AUC paramilitaries.  On the night of December 25, 2005, Pablo Perez 313 was walking on the street in Cienaga, Magdalena when he was intercepted by AUC paramilitaries. The paramilitaries shot Pablo Perez 313 twice in the head, killing him.

628.   Juana Perez 314 is the mother and legal heir of Pablo Perez 314. Pablo Perez 314 was tortured and murdered on June 5, 1998 by AUC paramilitaries.  In the early morning hours of June 5, 1998, Pablo Perez 314 arrived at the market in Maicao, Guajira, to where he had travelled from his home in Cienaga, Magdalena, to sell fruit.  After selling the fruit, Pablo Perez 314 was intercepted by AUC paramilitaries. The paramilitaries beat Pablo Perez 314 to death, and left his body at a Maicao garbage dump, where it was found on June 6, 1998.

629.   Juana Perez 315 is the mother and legal heir of Pablo Perez 315. Pablo Perez 315 was murdered on May 12, 2001 by AUC paramilitaries.  On the night of May 12, 2001, Pablo Perez 315 was asleep in his home in Cienaga, Magdalena when a group of AUC paramilitaries forced their way inside the home and seized Pablo Perez 315.  The paramilitaries forced Pablo Perez 315 to accompany them about a block away and then shot him four times in the head and face, killing him.

630.   Juana Perez 316 is the wife and legal heir of Pablo Perez 316, with whom she had a family.  Pablo Perez 316 was kidnapped and murdered on October 2, 1997 by AUC paramilitaries.  Late on the night of October 1, 1997, a group of AUC paramilitaries stormed the home of Pablo Perez 316 and Juana Perez 316.  The paramilitaries ransacked the store that Pablo Perez 316 and Juana Perez 316 had in their home, stealing supplies, jewelry and cash, and then in the early morning hours on October 2, 1997, kidnapped Pablo Perez 316.  The paramilitaries shot Pablo Perez 316 three times in the head and body, and left his body on the railroad bridge on the edge of Cienaga, Magdalena where it was found some hours later on October 2, 1997.

631.   Juana Perez 317 is the wife and legal heir of Pablo Perez 317A, with whom she had a family.  Juana Perez 317 is also the mother and legal heir of Pablo Perez 317B.  Pablo Perez 317A was murdered and Pablo Perez 317B was kidnapped and murdered on May 8, 2005 by AUC paramilitaries.  On May 8, 2005, a group of AUC paramilitaries stormed the village of Chino Blas, Pivijay, Magdalena and ransacked residents' homes, stealing cell phones, appliances, jewelry, livestock and cash, and then forced Pablo Perez 317B to go with them to Pablo Perez 317A's ranch in Chino Blas.  There, the paramilitaries seized Pablo Perez 317A.  The paramilitaries then shot Pablo Perez 317A and Pablo Perez 317B

283

in the head, killing them both.

632.   Juan Perez 318 is the son and legal heir of Pablo Perez 318, a banana worker.  Pablo Perez 318 was murdered on December 27, 2002 by AUC paramilitaries.  Early on the morning of December 27, 2002, Pablo Perez 318 left his home in Barrio Buenos Aires, Aracataca, Magdalena on foot to go to the farm where he worked.  When Pablo Perez 318 had gone several blocks from his home, he was intercepted by a group of AUC paramilitaries.  The paramilitaries shot Pablo Perez 318 multiple times in the head and face, killing him.

633.   Juana Perez 319 is the sister and legal heir of Pablo Perez 319A. Pablo Perez 319A was murdered on June 27, 2000 by AUC paramilitaries. On the night of June 27, 2000, Pablo Perez 319A drove his motorcycle to a gas station in Fundacion, Magdalena.  When Pablo Perez 319A got to the gas station, AUC paramilitaries awaited him.  Pablo Perez 319A attempted to escape on foot, but the paramilitaries chased him and shot him multiple times, killing him.

634.   Juana Perez 319 is also the sister and legal heir of Pablo Perez 319B. Pablo Perez 319B was kidnapped and murdered on February 20, 2005 by AUC paramilitaries. On February 20, 2005, Pablo Perez 319B was working on a farm in Aracataca, Magdalena when a group of heavily armed AUC paramilitaries arrived. The paramilitaries seized Pablo Perez 319B, took him away, and shot and killed

284

him. The paramilitaries then turned the body of Pablo Perez 319B over to the Colombian army, which in turn presented him as a guerrilla fighter who had been killed in combat.

635.    Juana Perez 320 is the mother and legal heir of Pablo Perez 320. Pablo Perez 320 was kidnapped and disappeared on January 5, 1998 by AUC paramilitaries.  On January 5, 1998, Pablo Perez 320 left his home in Fundacion, Magdalena to go to Santa Marta, Magdalena to sell fruit.  On the way to Cienaga, Magdalena, Pablo Perez 320 was intercepted by AUC paramilitaries.  The paramilitaries kidnapped Pablo Perez 320, who was never seen again.

636.    Juana Perez 321 is the daughter and legal heir of Pablo Perez 321. Pablo Perez 321 was kidnapped and disappeared on June 20, 1998 by AUC paramilitaries.  On June 20, 1998, Pablo Perez 321 left his home on the Aguas Buenas farm in Monterrubio, Sabanas de San Angel, Magdalena in the direction of Bolivar.  Along the way, Pablo Perez 321 was intercepted by AUC paramilitaries. The paramilitaries kidnapped Pablo Perez 321, who was never seen again.

637.    Juana Perez 322A is the mother and legal heir of Paula Perez 322. Juana Perez 322B is the sister and is also a legal heir of Paula Perez 322.  Juan Perez 322C is the husband and is also a legal heir of Paula Perez 322, with whom he had a family.  Paula Perez 322 was kidnapped and disappeared by AUC

285

paramilitaries on April 14, 2003.  On the morning of April 14, 2003, Paula Perez 322 traveled from Cienaga, Magdalena to Palomino, Guajira to undertake her vendor business.  Paula Perez 322 arrived in Palomino but was then intercepted by AUC paramilitaries. The paramilitaries kidnapped Paula Perez 322, who was never seen again.

638.   Juana Perez 323 is the wife and legal heir of Pablo Perez 323.  Pablo Perez 323 was murdered on March 14, 2000 by AUC paramilitaries. Early on the morning of March 14, 2000, Pablo Perez 323 on his way back to Candelaria, Orihueca in Zona Bananera, Magdalena from Orihueca when he was intercepted by AUC paramilitaries who had mounted a roadblock at Finca Maria Luisa in Orihueca.  The AUC paramilitaries murdered Pablo Perez 323 with three gunshots to the head and face.

639.   Juana Perez 324 is the wife and legal heir of Pablo Perez 324, with whom she had a family.  Pablo Perez 324 was murdered on December 21, 2003 by AUC paramilitaries.  On December 21, 2003, Pablo Perez 324 was in Santa Marta, Magdalena with relatives when an AUC paramilitary shot him multiple times in the head, neck, and body, killing him.  Approximately one week before the murder of Pablo Perez 324, Pablo Perez 324, Juana Perez 324, and their children had fled

Rio Frio, Zona Bananera, Magdalena and settled in Santa Marta after receiving death threats from the AUC paramilitaries.

640.   Juana Perez 325 is the mother and legal heir of Pablo Perez 325. Pablo Perez 325 was murdered on or about January 20, 2001 by AUC paramilitaries.  On the night of January 20, 2001, Pablo Perez 325 departed Candelaria, Zona Bananera, Magdalena with a truckload of fruit that he intended to sell in Barranquilla, Atlantico, accompanied by several colleagues.  When Pablo Perez 325 and his colleagues got to Puebloviejo, Magdalena, they encountered an AUC paramilitary roadblock.  The paramilitaries ordered the truck to stop, but when the driver panicked and did not stop, the paramilitaries opened fire at the truck, killing Pablo Perez 325 with gunshots to the head and arm.

641.   Juana Perez 326A is the wife and legal heir of Pablo Perez 326, with whom she had a family.  Juana Perez 326B is the mother and is also a legal heir of Pablo Perez 326.  Pablo Perez 326 was murdered by AUC paramilitaries on December 31, 2003.  On the evening of December 31, 2003, Pablo Perez 326 was in a bar in Tucurinca, Zona Bananera, Magdalena when AUC paramilitaries entered and spoke with him.  Shortly thereafter, Pablo Perez 326 left the bar with the paramilitaries in their vehicle. The paramilitaries murdered Pablo Perez 326 with two gunshots to the face and neck, and left his body at the Vuelta del Cura

section of the highway in Zona Bananera, where it was found the next day, January 1, 2004.

642.   Juana Perez 327A is the wife and legal heir of Pablo Perez 327, with whom she had a family, and the mother of Juanita Perez 327B, who was born in 1995. Juanita Perez 327B is the daughter and is also a legal heir of Pablo Perez 327. Juan Perez 327C is the son and is also a legal heir of Pablo Perez 327. Juana Perez 327D is also the wife and is also a legal heir of Pablo Perez 327, with whom she had a son. Pablo Perez 327, a former banana worker, was murdered on May 14, 2002 by AUC paramilitaries.  On May 14, 2002, Pablo Perez 327 was playing checkers in Barrio 16 de Julio in Fundacion, Magdalena with a group of neighbors when AUC paramilitaries arrived. The paramilitaries murdered Pablo Perez 327 with a gunshot to the chest.

643.   Juana Perez 328A is the mother and legal heir of Pablo Perez 328. Juana Perez 328B is the wife and legal heir of Pablo Perez 328, with whom she had a family.  Pablo Perez 328 was murdered by AUC paramilitaries on April 20, 2005. On night of April 20, 2005, Pablo Perez 328 was on his way to the see the owner of the pool hall he managed in Fundacion, Magdalena when he was intercepted by AUC paramilitaries on a motorcycle.  The paramilitaries shot Pablo Perez 328 multiple times in the head and neck, killing him.

288

644.   Juana Perez 329 is the sister and legal heir of Pablo Perez 329.  Pablo Perez 329 was murdered on May 13, 2005 by AUC paramilitaries. On May 13, 2005, Pablo Perez 329 was in Uribia, Guajira when he was intercepted by AUC paramilitaries. The paramilitaries shot Pablo Perez 329 twice in the head, killing him.

645.   Juan Perez 330 is the father and legal heir of Pablo Perez 330, an adolescent student.  Pablo Perez 330 was murdered on March 29, 2005 by AUC paramilitaries.  At around midday on March 29, 2005 Pablo Perez 330 was visiting with friends at the Cienaga, Magdalena hospital when he was intercepted by AUC paramilitaries. The paramilitaries took Pablo Perez 330 to a site near the electrical substation and shot him five times in the face, head, and neck, killing him.

646.   Juana Perez 331 is the sister and legal heir of Paula Perez 331. Paula Perez 331 was murdered on September 29, 1997 by AUC paramilitaries.  On the night of September 29, 1997, Paula Perez 331 was at her home in Sevilla, Magdalena when a group of AUC paramilitaries arrived in trucks.  The paramilitaries broke down the door and protective gate and forced their way into the house.  The paramilitaries then forced Paula Perez 331 to accompany them a short distance away from the home, where they shot her in the head, killing her.

647.   Juana Perez 332A, Juana Perez 332B, Juana Perez 332C, and Juana

289

Perez 332D are the daughters and legal heirs of Pablo Perez 332.  Juan Perez 332E and Juan Perez 332F are the sons and are also legal heirs of Pablo Perez 332. Pablo Perez 332 was murdered on February 5, 2004 by AUC paramilitaries.  On the night of February 5, 2004, Pablo Perez 332 was asleep in his home in Barrio La Esmeralda in Aracataca, Magdalena when a group of AUC paramilitaries arrived, broke down the door to his home, and forced their way inside.  The paramilitaries shot Pablo Perez 332 in his bed multiple times, killing him.

648.   Juana Perez 333 is the wife and legal heir of Pablo Perez 333.  Pablo Perez 333 was kidnapped and murdered on October 12, 1998 by AUC paramilitaries.  On the morning of October 12, 1998, Pablo Perez 333 was in San Pedro de la Sierra, Cienaga, Magdalena when a group of AUC paramilitaries entered the village. The paramilitaries kidnapped several men they found in the village, including Pablo Perez 333. The paramilitaries then murdered Pablo Perez 333 with a gunshot to the head, and left his body on the side of the road between San Pedro de la Sierra and Cienaga.

649.   Juan Perez 334 is the brother and legal heir of Pablo Perez 334.  Pablo Perez 334 was kidnapped on December 18, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 334. Late on the night of December 18, 1998, Pablo Perez 334 was at home with his wife in Fundacion,

Magdalena when a group of AUC paramilitaries arrived and forced their way into the house.  The paramilitaries kidnapped Pablo Perez 334 and his wife, tortured them, and then murdered them, leaving their bodies in Tucurinca, in the banana zone of Magdalena. Pablo Perez 334's body was found on December 19, 1998. Pablo Perez 334 was murdered with multiple gunshots.

650.   Juan Perez 335A is the brother and legal heir of Pablo Perez 335A. Juan Perez 335A is also the father and legal heir of Pablo Perez 335B.  Juana Perez 335B is the wife and is also a legal heir of Pablo Perez 335B, with whom she had a family.  Pablo Perez 335A and Pablo Perez 335B were kidnapped on April 18, 2001 by AUC paramilitaries; after kidnapping them, the paramilitaries murdered Pablo Perez 335A, and disappeared Pablo Perez 335B.  Late on the night of April 18, 2001 Pablo Perez 335A, Pablo Perez 335B, and Juana Perez 335B were in their home on the Paraiso banana plantation in Guacamayal, Zona Bananera, Magdalena when a group of AUC paramilitaries arrived and forced their way into the home. The paramilitaries searched the house and seized Pablo Perez 335A and Pablo Perez 335B, beating them as they led them away.  Pablo Perez 335A' body was found the next day in the Tucurinca River, on April 19, 2001, with two gunshots to the head, his throat slashed, and his legs amputated. Pablo Perez 335B was never seen again.

291

651.   Juana Perez 336A is the wife and legal heir of Pablo Perez 336, with whom she had a son.  Juana Perez 336B is also the wife and is also a legal heir of Pablo Perez 336, with whom she had a family; Juana Perez 336B is also a surviving victim.  Juana Perez 336C is the mother and is also a legal heir of Pablo Perez 336.  Pablo Perez 336 was kidnapped by AUC paramilitaries on May 14, 1997; after kidnapping him, the paramilitaries murdered Pablo Perez 336. Late on the night of May 14, 1997, Pablo Perez 336 was asleep in his home in Soplador, Guacamayal, Magdalena when a group of AUC paramilitaries drove up to the house in a truck.  Some paramilitaries forced their way into the house through the roof while the rest surrounded the house outside.  The paramilitaries robbed personal items from the house and then kidnapped Pablo Perez 336, forcing him into the truck along with another townsperson who had already been captured.  The paramilitaries murdered Pablo Perez 336 with multiple gunshots, leaving his body in the 'Vuelta del Cura' sector of the highway near Guacamayal, along with the body of the other man captured along with him, whom they also murdered. Pablo Perez 336's body was found on May 15, 1997.  After the murder of Pablo Perez 336, the AUC paramilitaries commandeered his house and kidnapped Juana Perez 336B. The paramilitaries held Juana Perez 336B captive for several months in her own home, during which time they forced her to cook and clean for them.

652.   Juana Perez 337 is the mother and legal heir of Pablo Perez 337, a banana worker.  Pablo Perez 337 was murdered on or about October 1, 1999 by AUC paramilitaries.  On the afternoon of October 1, 1999, Pablo Perez 337 left Juana Perez 337's home in Santa Marta, Magdalena to run errands with a friend. While out, Pablo Perez 337 was intercepted by AUC paramilitaries. The paramilitaries shot Pablo Perez 337 multiple times, killing him.  Pablo Perez 337's body was found in Neguange, in rural Santa Marta, the next day, on October 2, 1999, along with another corpse.

653.   Juana Perez 338 is the mother and legal heir of Pablo Perez 338, a banana worker. Pablo Perez 338 was murdered on or about June 7, 2000 by AUC paramilitaries. On the morning of June 7, 2000 Pablo Perez 338 left his grandmother's home in Santa Marta, Magdalena to go to Juana Perez 338's house. Along the way, Pablo Perez 338 was intercepted by AUC paramilitaries, who shot him multiple times, killing him. Pablo Perez 338's body was found on June 8, 2000 in Santa Marta.

654.   Juana Perez 339 is the mother and legal heir of Paula Perez 339. Paula Perez 339 was murdered on May 28, 2002 by AUC paramilitaries.  On May 28, 2002 Paula Perez 339 was bathing in her home in Guacamayal, Zona Bananera, Magdalena when an AUC paramilitary entered, seized her by the hair and forced

her out to the street.  As Paula Perez 339 begged for her life, the paramilitary beat her.  The paramilitary then shot Paula Perez 339 four times in the head and face, killing her.

655.   Juana Perez 340A is the wife and legal heir of Pablo Perez 340, with whom she had a family.  Juana Perez 340B is the daughter and is also a legal heir of Juan Alberto Ariza Sanchez.  Pablo Perez 340 was murdered on July 6, 1998 by AUC paramilitaries.  In the early morning hours on July 6, 1998, Pablo Perez 340 was in the patio of a mechanic's shop he was guarding in Cienaga, Magdalena when an AUC paramilitary entered the premises and beat him to death with a blunt object.

656.   Juana Perez 341 is the mother and legal heir of Pablo Perez 341. Pablo Perez 341 was murdered on July 24, 2005 by AUC paramilitaries.  On the evening of July 24, 2005 Pablo Perez 341 was at his home in Guaimaro, Salamina, Magdalena when two AUC paramilitaries arrived by motorcycle and asked for him.  When Pablo Perez 341 came to the door to see what the paramilitaries wanted, one of the paramilitaries shot Pablo Perez 341 multiple times in the head and body, killing him.

657.   Juana Perez 342A is the sister and legal heir of Pablo Perez 342. Juana Perez 342B is the wife and is also a legal heir of Pablo Perez 342, with

294

whom she had a family.  Pablo Perez 342 was murdered by AUC paramilitaries on August 30, 1997.  On the morning of August 30, 1997, Pablo Perez 342 was driving passengers in his taxi from San Pedro de la Sierra, Cienaga, Magdalena to Cienaga when he was stopped by AUC paramilitaries at a checkpoint along the way.  The paramilitaries pulled Pablo Perez 342 and another man out of the taxi, tied their wrists, threw them to the ground and began beating them.  The paramilitaries then shot Pablo Perez 342 multiple times in the head and body, killing him in front of his passengers.  The paramilitaries also shot the other man whom they had pulled from Pablo Perez 342's taxi.

658.   Juana Perez 343A is the mother and legal heir of Pablo Perez 343A, who worked at Finca Florida, a banana plantation. Pablo Perez 343A was murdered on October 30, 1999 by AUC paramilitaries. On the evening of October 30, 1999, Pablo Perez 343A left Finca Florida in El Reten, Magdalena, for his home in neighboring Aracataca, Magdalena. Along the way, Pablo Perez 343A was intercepted by a group of paramilitaries. The paramilitaries murdered Pablo Perez 343A with multiple gunshots.

659.   Juana Perez 343A is also the mother and legal heir of Pablo Perez 343B. Juan Perez 343B is the father and is also a legal heir of Pablo Perez 343B. Pablo Perez 343B was murdered on June 8, 2002 by AUC paramilitaries. On the

295

morning of June 8, 2002, Pablo Perez 343B left his home in Aracataca, Magdalena to look for firewood for Juana Perez 343A. On the outskirts of Fundacion, Magdalena, Pablo Perez 343B was intercepted by a group of AUC paramilitaries. The paramilitaries murdered Pablo Perez 343B with a gunshot to the head.

660.    Juana Perez 344A is the wife and legal heir of Pablo Perez 344, with whom she had two children.  Juana Perez 344B is the daughter and is also a legal heir of Pablo Perez 344.  Pablo Perez 344 was murdered on May 17, 2000 by AUC paramilitaries.  Pablo Perez 344 was the president of the Municipal Council of El Reten, Magdalena and had received threats prior to his murder.  On the morning of May 17, 2000, Pablo Perez 344 left his house in El Reten, Magdalena and boarded a local bus.  As the bus was passing through the El Cacao section of El Reten, an AUC paramilitary waved the bus down and boarded.  The paramilitary shot Pablo Perez 344 in the head, killing him.

661.    Juan Perez 345 is the son and legal heir of Pablo Perez 345A.  Juan Perez 345 is also the brother and legal heir of Pablo Perez 345B.  Pablo Perez 345A and Pablo Perez 345B were kidnapped and murdered on or about May 29, 2000 by AUC paramilitaries. Pablo Perez 345A was also tortured by the paramilitaries.  In the morning on or about May 29, 2000, Pablo Perez 345A, Pablo Perez 345B, and several of their family members were at the farm in San Rafael, El

Reten, Magdalena where they lived. A group of AUC paramilitaries arrived at the farm, tied up all the men, and began searching for weapons. The paramilitaries tortured Pablo Perez 345A and stole livestock animals and money, and then kidnapped Pablo Perez 345A and Pablo Perez 345B. In the following days the bodies of Pablo Perez 345A and Pablo Perez 345B were found in the Aracataca River. Pablo Perez 345A and Pablo Perez 345B had been shot in the head. Following the murders, the rest of the family was threatened and pressured by the AUC paramilitaries and as a result fled their farm out of fear. The farm then was taken over by the AUC paramilitaries.

662. Juana Perez 346 is the wife and legal heir of Pablo Perez 346, with whom she had a family. Pablo Perez 346 was murdered on April 13, 1999 by AUC paramilitaries. On the afternoon of April 13, 1999, a group of AUC paramilitaries arrived at the palm plantation in Fundacion, Magdalena where Pablo Perez 346 worked, pretending that they wanted to buy cattle. The paramilitaries were taken to Pablo Perez 346's office. As Pablo Perez 346 was standing up to offer the paramilitaries something to drink, the paramilitaries shot him several times in the head, killing him.

663. Juana Perez 347 is the wife and legal heir of Pablo Perez 347, with whom she had a family. Pablo Perez 347 was kidnapped on January 29, 1998 by

AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 347. On the night of January 29, 1998, Pablo Perez 347, Juana Perez 347, and their children were in their house on the Cundinamarca plantation in El Reten, Magdalena when two AUC paramilitaries forced their way into the house.  The paramilitaries kidnapped Pablo Perez 347.  The following morning, on January 30, 1998, Pablo Perez 347's body was found on the road to 'Parate Bien.'  Pablo Perez 347 had been shot to death.

664.   Juan Perez 348 is the son and legal heir of Pablo Perez 348.  Pablo Perez 348 was murdered on December 30, 2004 by AUC paramilitaries.  On the morning of December 30, 2004, Pablo Perez 348 was in his welding shop in El Reten, Magdalena when two AUC paramilitaries arrived claiming they needed Pablo Perez 348 to fix their motorcycle muffler.  When Pablo Perez 348 walked over to look at the paramilitaries' motorcycle, the paramilitaries shot and killed him.

665.   Juana Perez 349 is the sister and legal heir of Pablo Perez 349.  Pablo Perez 349 was murdered on February 3, 2002 by AUC paramilitaries.  On the afternoon of February 3, 2002, Pablo Perez 349 was on his way to El Reten, Magdalena returning from the farm where he worked in Tucurinca, Zona Bananera, Magdalena.  When Pablo Perez 349 was passing through Aracataca,

Magdalena, he ran into a friend and stopped to talk with him.  A group of AUC paramilitaries arrived and opened fire on those present, killing eight people, including Pablo Perez 349, whom they killed with multiple gunshots to the head and body.

666.   Juana Perez 350 is the wife and legal heir of Pablo Perez 350.  Pablo Perez 350 was murdered on October 3, 1998 by AUC paramilitaries.  On the evening of October 3, 1998, as Pablo Perez 350 arrived at the farm in the El Torito section of Aracataca, Magdalena where he worked, he was intercepted by several AUC paramilitaries.  The paramilitaries shot and killed Pablo Perez 350.

667.   Juana Perez 351 is the sister and legal heir of Pablo Perez 351.  Pablo Perez 351 was kidnapped on or about April 4, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 351.  On or about April 4, 1998, Pablo Perez 351 was sitting in front of his house when several AUC paramilitaries arrived. The paramilitaries seized Pablo Perez 351 and kidnapped him.  Early the following morning, Pablo Perez 351's body was found on the El Indio farm in El Reten.  He had been shot to death and his body hung on a fence.

668.   Juan Perez 352 is the father and legal heir of Pablo Perez 352.  Pablo Perez 352 was murdered on September 8, 2000 by AUC paramilitaries.  On September 8, 2000, Pablo Perez 352 was sitting on the terrace of his house in El

Reten, Magdalena when two AUC paramilitaries arrived on a motorcycle. The paramilitaries shot Pablo Perez 352 multiple times, killing him.

669. Juana Perez 353 is the wife and legal heir of Pablo Perez 353, with whom she had a family. Pablo Perez 353 was murdered on July 30, 1999 by AUC paramilitaries. On July 30, 1999, as Pablo Perez 353 arrived at his father's farm, Las Mirandas, in Garrapata, Pivijay, Magdalena, he was intercepted by a group of AUC paramilitaries. The paramilitaries forced Pablo Perez 353 and his brother to take livestock from the farm and load it onto the paramilitaries' trucks. When the livestock had been loaded, the paramilitaries shot Pablo Perez 353 and his brother in the head, killing them both.

670. Juana Perez 354 is the mother and legal heir of Pablo Perez 354. Pablo Perez 354 was kidnapped and disappeared on April 4, 2001 by AUC paramilitaries. In the early morning hours of April 4, 2001, a group of AUC paramilitaries arrived at the home of Pablo Perez 354 in Barrio 24 de Enero in Pivijay, Magdalena. They removed the outer door from its hinges, entered the house, pulled Pablo Perez 354 out of his bed, forced him into their vehicle, and kidnapped him. Pablo Perez 354 was never seen again.

671. Juana Perez 355A is the wife and legal heir of Pablo Perez 355A, with whom she had a family. Juan Perez 355B is the brother and is also a legal heir of

Pablo Perez 355A and of Pablo Perez 355B. Juana Perez 355C is the wife and legal heir of Pablo Perez 355B. Pablo Perez 355A and of Pablo Perez 355B were murdered on April 1, 2001 by AUC paramilitaries. Late at night on April 1, 2001, a group of AUC paramilitaries arrived at the home of Pablo Perez 355B in Pinuela in Pivijay, Magdalena and demanded that he take them to the home of Pablo Perez 355A. The paramilitaries forced their way into Pablo Perez 355A's home in Barrio La Candelaria, Pivijay and forced those present to lie face down on the floor. They took Pablo Perez 355A and Pablo Perez 355B out into the street. The paramilitaries shot Pablo Perez 355A and Pablo Perez 355B to death. The paramilitaries then robbed robbed the family's valuables and livestock.

672. Juan Perez 355B is also the brother and legal heir of Pablo Perez 355C. Juana Perez 355D is the daughter and is also a legal heir of Pablo Perez 355C. Juana Perez 355E is the wife and is also a legal heir of Pablo Perez 355C, with whom she had a family. Pablo Perez 355C was tortured and murdered on December 29, 2000 by AUC paramilitaries. In the early morning hours of December 29, 2000, a group of AUC paramilitaries arrived on tractors at the home of Pablo Perez 355C, located between Avianca and Pinuela, Pivijay, Magdalena. The paramilitaries entered the house and pulled Pablo Perez 355C out, locking Juana Perez 355E and their son in the house. The paramilitaries tied Pablo Perez

355C's hands and tortured him.  Other tractors arrived, on which the paramilitaries loaded farm animals and valuables from the house.  Several hours later, after looting the farm, the paramilitaries shot Pablo Perez 355C multiple times in the head, killing him.

673.   Juana Perez 356 is the mother and legal heir of Pablo Perez 356. Pablo Perez 356 was murdered on April 14, 2006 by AUC paramilitaries.  On the night of April 14, 2006, Pablo Perez 356 was walking out of a store in the El Palenque sector of Pivijay, Magdalena when a vehicle pulled up. A group of AUC paramilitaries got out of the vehicle and shot Pablo Perez 356 multiple times in the head and body, killing him.

674.   Juana Perez 357 is the wife and legal heir of Pablo Perez 357, with whom she had a family.  Pablo Perez 357 was kidnapped and murdered on May 29, 1997 by AUC paramilitaries.  In the early morning hours of May 29, 1997, Pablo Perez 357 was with his family in his home in Pivijay, Magdalena when a group of AUC paramilitaries forced their way into his house. The paramilitaries beat Pablo Perez 357, forced him out of the house and kidnapped him.  Later that day Pablo Perez 357's body was found on the outskirts of Pivijay.  Pablo Perez 357 had been shot several times.  At the time of his murder, Pablo Perez 357 was running for mayor of Pivijay.

675.    Juana Perez 358 is the wife and legal heir of Pablo Perez 358, with whom she had a family.  Pablo Perez 358 was kidnapped on May 28, 2004 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 358.  Over one year before his murder, Pablo Perez 358 had been kidnapped and beaten by the AUC paramilitaries and left on the side of the road.  As a result, Pablo Perez 358 fled to Venezuela and stayed there until May 2004.  On May 28, 2004, Pablo Perez 358 was on his way back to his home in Pivijay, Magdalena when he was intercepted by AUC paramilitaries who seized him, tied him up, and kidnapped him.  On or about May 31, 2004, Pablo Perez 358's body was found in El Salao, Salamina, Magdalena.

676.    Juana Perez 359 is the mother and legal heir of Pablo Perez 359. Pablo Perez 359 was kidnapped on April 28, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries tortured and murdered Pablo Perez 359.  Early on the evening of April 28, 2000, Pablo Perez 359 was in a pool hall in Pivijay, Magdalena when two AUC paramilitaries arrived on a motorcycle.  The paramilitaries seized Pablo Perez 359, tied him up, and kidnapped him on their motorcycle.  The following day, on April 29, 2000, Pablo Perez 359's body was found on the Macondo Bridge in Fundacion, Magdalena.  Pablo Perez 359 had been shot multiple times and tortured with acid.

677.   Juana Perez 360 is the wife and legal heir of Pablo Perez 360, with whom she had a family.  Pablo Perez 360 was murdered on October 17, 1996 by paramilitaries.  On the afternoon of October 17, 1996, Pablo Perez 360 left his house in Barrio Las Mercedes, Pivijay, Magdalena to run an errand at the Pivijay public market.  While at the market, Pablo Perez 360 was intercepted by a pickup truck driven by paramilitaries.  The paramilitaries shot Pablo Perez 360 multiple times in the head, killing him.

678.   Juana Perez 361 is the mother and legal heir of Pablo Perez 361. Pablo Perez 361 was kidnapped and disappeared on July 27, 2005 by AUC paramilitaries.  Early on the morning of July 27, 2005, Pablo Perez 361 left his home on a ranch in Caraballo, Pivijay, Magdalena to go to another ranch where he worked.  While Pablo Perez 361 was on his way to the other ranch, two AUC paramilitaries arrived at the ranch where Pablo Perez 361 lived and asked for him. When Pablo Perez 361 arrived returned home the paramilitaries told him that there was a problem that he needed to resolve. The paramilitaries took Pablo Perez 361 with them on their horse.  Pablo Perez 361 was never seen again.  Shortly thereafter, the owner of the ranch forced the rest of Pablo Perez 361's family to leave.

679.    Juan Perez 362 is the father and legal heir of Pablo Perez 362.  Pablo Perez 362 was murdered on November 28, 2005 by AUC paramilitaries.  On the night of November 28, 2005, Pablo Perez 362 left his house in Barrio 24 de Enero in Pivijay, Magdalena after dinner to go out to the corner to talk with a neighbor. Two AUC paramilitaries arrived and one of them touched Pablo Perez 362's back with his gun.  When Pablo Perez 362 turned around, the paramilitary shot him multiple times in the head and body, killing him.

680.    Juana Perez 363A is the daughter and legal heir of Pablo Perez 363A. Juana Perez 363A is also the sister and legal heir of Pablo Perez 363B.  Juan Perez 363B is the son and is also a legal heir of Pablo Perez 363A.  Juan Perez 363B is also the brother and also a legal heir of Pablo Perez 363B.  Pablo Perez 363A and Pablo Perez 363B, father and son, were murdered on or about February 16, 2000 by AUC paramilitaries.  On February 16, 2000, Pablo Perez 363B was at a bar in Pivijay, Magdalena when several AUC paramilitaries tried to kidnap him.  As the paramilitaries were beating Pablo Perez 363B outside the bar, Pablo Perez 363A intervened to stop them. The paramilitaries also beat Pablo Perez 363A, then shot Pablo Perez 363B and Pablo Perez 363A to death.

681.    Juana Perez 364 is the mother and legal heir of Pablo Perez 364. Pablo Perez 364 was kidnapped on January 6, 2000 by AUC paramilitaries; after

305

kidnapping him, the AUC paramilitaries murdered Pablo Perez 364.  Late on the night of January 6, 2000, Pablo Perez 364 was asleep in his home in Pivijay, Magdalena along with his parents when a group of AUC paramilitaries forced their way into the house.  The paramilitaries beat Pablo Perez 364 and dragged him out of the house, kidnapping him.  Two days later, on January 8, 2000, a fisherman found Pablo Perez 364's body in a river that runs through town.  Pablo Perez 364's throat had been slit and his body had been cut down the middle and weighted.

682.   Juana Perez 365 is the mother and legal heir of Pablo Perez 365. Pablo Perez 365 was murdered on December 15, 2005 by AUC paramilitaries.  On the morning of December 15, 2005, Pablo Perez 365 left his house in Barrio 24 de Enero in Pivijay, Magdalena on his bicycle to see if the dairy truck had come yet. Pablo Perez 365 was intercepted by armed AUC paramilitaries on the road that runs from Pivijay to Las Piedras.  The paramilitaries shot Pablo Perez 365 in the head, killing him.

683.   Juana Perez 366 is the wife and legal heir of Pablo Perez 366, with whom she had a family.  Pablo Perez 366 was kidnapped and murdered on March 19, 1999 by AUC paramilitaries.  On March 19, 1999, Pablo Perez 366 left his house in Monterrubio, Madalena to go to his mother's house nearby.  Just after Pablo Perez 366 arrived at his mother's house, a group of AUC paramilitaries

arrived and told them they needed Pablo Perez 366 to repair something. The paramilitaries drove away with Pablo Perez 366 in a pickup truck. On the outskirts of town, the paramilitaries shot Pablo Perez 366 once in the head, killing him.

684. Juana Perez 367 is the wife and legal heir of Pablo Perez 367. Pablo Perez 367 was kidnapped and disappeared on May 10, 2002 by AUC paramilitaries. In the very early morning hours of May 10, 2002, Juana Perez 367 and Pablo Perez 367were asleep in their house in Barrio 24 de Enero, Pivijay, Magdalena when a group of AUC paramilitaries forced their way into the house. The paramilitaries shined their flashlights in Juana Perez 367's and Pablo Perez 367's faces. The paramilitaries then handcuffed Pablo Perez 367 and kidnapped him. Pablo Perez 367 was never seen again.

685. Juan Perez 368 is the father and legal heir of Pablo Perez 368. Pablo Perez 368 was kidnapped on June 26, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 368. On the night of June 26, 1997, Pablo Perez 368 was sitting in front of his house in Pivijay, Magdalena when a pickup truck pulled up close to the house. A group of AUC paramilitaries got out of the truck and walked over to the house. The paramilitaries seized Pablo Perez 368 and beat him with the butts of their rifles before dragging him to the truck. The paramilitaries put Pablo Perez 368 in the truck with several other

prisoners who were bound and gagged, and kidnapped him.  The following day, on June 27, 1997, the body of Pablo Perez 368 was found on the Saliminita-Fundacion road, showing signs of torture.  Pablo Perez 368 had been shot multiple times.

686.   Juana Perez 369 is the mother and legal heir of Pablo Perez 369, a municipal employee of Pivijay, Magdalena.  Pablo Perez 369 was murdered on or about January 11, 2000 by AUC paramilitaries.  On the night of January 10, 2000, Pablo Perez 369 left his house in Barrio 24 de Enero in Pivijay with some friends to go drinking.  The following morning, on January 11, 2000, Pablo Perez 369's body was found in the cemetery on the road to Salamina.  Pablo Perez 369 had been shot four times in the head.

687.   Juana Perez 370 is the mother and legal heir of Pablo Perez 370.  Pablo Perez 370 was kidnapped and disappeared on or about November 21, 2000 by AUC paramilitaries.  On or about November 21, 2000, three AUC paramilitaries arrived at the home of Pablo Perez 370 in Barrio Nueva Esperanza in Pivijay, Magdalena and said that they needed Pablo Perez 370's services as a heavy machinery operator.  Pablo Perez 370 left with the paramilitaries, and was never seen again.

688.   Juana Perez 371 is the daughter and legal heir of Paula Perez 371, a prominent community activist.  Paula Perez 371 was murdered on March 19, 2000

by AUC paramilitaries. On the morning of March 19, 2000, Paula Perez 371 was sitting in front of her house in Pivijay, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries barged past Paula Perez 371 into her house and she followed them in. The paramilitaries then shot Paula Perez 371 several times, killing her in the living room of her home.

689. Juan Perez 372 is the father and legal heir of Pablo Perez 372, an adolescent student. Pablo Perez 372 was kidnapped and disappeared by AUC paramilitaries on November 14, 2002 by AUC paramilitaries. On the morning of November 14, 2002, Pablo Perez 372 left his house in Barrio Villa Rosa, El Reten, Magdalena. When Pablo Perez 372 had not returned that afternoon, Juan Perez 372 began to search for him. Juan Perez 372' neighbors informed him that Pablo Perez 372 had been kidnapped by an AUC paramilitary. Juan Perez 372 went to the local AUC paramilitary base and asked the AUC paramilitary leader the whereabouts of Pablo Perez 372. The paramilitary leader told Juan Perez 372 that if the AUC paramilitaries had taken Pablo Perez 372, it was because Pablo Perez 372 wanted to join the AUC paramilitaries and that Pablo Perez 372 would be in training for eight months and would then come visit his family. The following day, a body was found in the Aracataca River. Juan Perez 372 went to see if this was Pablo Perez 372, but he was intercepted by the AUC paramilitary leader, who

309

threatened him.  Out of fear for his other children, Juan Perez 372 stopped looking

for Pablo Perez 372.  Pablo Perez 372 was never seen again.

690.   Juana Perez 373 is the mother and legal heir of Pablo Perez 373, a

student.  Pablo Perez 373 was kidnapped and disappeared on November 18, 2003

by AUC paramilitaries.  On November 18, 2003, Pablo Perez 373 left his mother's

house near Pivijay, Magdalena to run some errands.  Juana Perez 373 was later

informed by neighbors that Pablo Perez 373 had been kidnapped by a group of

AUC paramilitaries in a vehicle.  Pablo Perez 373 was never seen again.

691.   Juana Perez 374 is the mother and legal heir of Pablo Perez 374.

Pablo Perez 374 was murdered on June 14, 1998 by AUC paramilitaries.  Pablo

Perez 374 and his father were working in a kiosk in the central park of Pivijay,

Magdalena on the evening of June 13, 1998.  In the early morning hours of June

14, 1998, Pablo Perez 374 told his father that he was going home.  When Pablo

Perez 374 was several blocks from the park, two AUC paramilitaries approached

him on a motorcycle.  The paramilitaries shot Pablo Perez 374 in the torso and

buttocks.  Pablo Perez 374 fled to the patio of a house nearby, where he died from

his wounds.

692.   Juana Perez 375 is the mother and legal heir of Pablo Perez 375.

Pablo Perez 375 was kidnapped and murdered on June 19, 2003 by AUC

310

paramilitaries.  On the morning of June 19, 2003, a group of AUC paramilitaries arrived at the home of Pablo Perez 375 in Pivijay, Magdalena and knocked on the door.  When Pablo Perez 375 opened the door, the paramilitaries asked for him by name.  When Pablo Perez 375 identified himself, the paramilitaries seized him and tied him up, then put him in their vehicle and kidnapped him.  Pablo Perez 375's body was discovered an hour later on a road about 10 km away from his home. Pablo Perez 375 had been shot in the head.

693.   Juana Perez 276A is the wife and legal heir of Pablo Perez 376, with whom she had a family.  Juana Perez 376B is also the wife and is also a legal heir of Pablo Perez 376, with whom she had a family.  Juana Perez 376C is also the wife and is also a legal heir of Pablo Perez 376, with whom she had a family. Juan Perez 376D is the son and is also a legal heir of Pablo Perez 376. Pablo Perez 376 was murdered on January 7, 2000 by AUC paramilitaries.  Late on the night of January 6, 2000, or early on the morning of January 7, 2000, a group of AUC paramilitaries forced their way into the home where Pablo Perez 376 was staying in Pivijay, Magdalena.  The paramilitaries shot Pablo Perez 376 in the head, seriously wounding him.  The paramilitaries then left, leaving Pablo Perez 376 for dead.  Pablo Perez 376 was taken by his family to the Pivijay hospital; several hours later, medical personnel decided to transfer Pablo Perez 376 by ambulance to

a hospital in Santa Marta because of the seriousness of his condition. When the ambulance had reached the outskirts of Pivijay, it was intercepted by AUC paramilitaries. The paramilitaries then shot Pablo Perez 376 to death.

694.   Juana Perez 377 is the wife and legal heir of Pablo Perez 377, with whom she had a family.  Pablo Perez 377 was murdered on June 26, 1999 by AUC paramilitaries.  Late on the night of June 26, 1999, Pablo Perez 377, Juana Perez 377, and their children were asleep in their home in Barrio Las Mercedes in Pivijay, Magdalena when a group of AUC paramilitaries forced their way into the house.  The family attempted to hide in the bathroom.  Two of the paramilitaries came to the bathroom and took Pablo Perez 377, ordering Juana Perez 377 to stay in the bathroom with the children.  While still inside the house, the paramilitaries shot Pablo Perez 377 in the head and torso, killing him.

695.   Juana Perez 378 is the mother and legal heir of Pablo Perez 378. Pablo Perez 378 was murdered on March 17, 2004 by AUC paramilitaries.  On the night of March 17, 2004, Pablo Perez 378 was at Juana Perez 378's house in El Reten, Magdalena, sitting in the doorway watching television, when two AUC paramilitaries walked up to him.  When Pablo Perez 378 turned around, the paramilitaries shot him in the head, killing him.

696.   Juana Perez 379 is the wife and legal heir of Pablo Perez 379.  Pablo Perez 379 was murdered on May 24, 2001 by AUC paramilitaries.  Pablo Perez 379 was playing cards with a neighbor at Pablo Perez 379's house in El Reten, Magdalena on May 24, 2001 when a group of AUC paramilitaries arrived.  The paramilitaries burst into Pablo Perez 379's house, claiming they were searching for a gun, and pushed and hit Juana Perez 379, demanding that she tell them where the gun was.  Finding nothing, the paramilitaries left.  After walking a short distance away, one of the paramilitaries turned around and came back and put his gun against Juana Perez 379's stomach and asked if she had recognized him.  Juana Perez 379 said she had not recognized the paramilitary.  The paramilitary then shot Pablo Perez 379 multiple times in the head, killing him.

697.   Juana Perez 380 is the daughter and legal heir of Paula Perez 380A and of Pablo Perez 380B.  Paula Perez 380A and Pablo Perez 380B were kidnapped and murdered on August 24, 2000 by AUC paramilitaries.  In the early morning hours of August 24, 2000, a group of AUC paramilitaries arrived on foot at the home of Paula Perez 380A and Pablo Perez 380B, in Barrio 26 de Julio in El Reten, Magdalena.  They broke down the door, entered the house, and kidnapped Paula Perez 380A and Pablo Perez 380B.  A few hours later, the bodies of Paula Perez 380A and Pablo Perez 380B were discovered near the Macaraquilla Bridge

between El Reten and Aracataca, Magdalena.  Pablo Perez 380B had been shot and Paula Perez 380A had been strangled.

698.   Juan Perez 381A is the brother legal heir of Pablo Perez 381A, an occasional banana worker.  Juana Perez 381B is the sister and is also a legal heir of Pablo Perez 381A.  Pablo Perez 381A was murdered on October 14, 2001 by AUC paramilitaries. On the morning of October 14, 2001, Pablo Perez 381A went to a meeting convened by paramilitaries at a high school in a village near his home in rural Pivijay, Magdalena. When Pablo Perez 381A arrived at the meeting, AUC paramilitaries seized him, took him out behind the high school, and shot him in the head and torso, killing him.

699.   Juan Perez 381A is also the son and legal heir of Pablo Perez 381B. Juana Perez 381C is the daughter and is also a legal heir of Pablo Perez 381B. Pablo Perez 381B was murdered on November 2, 2001 by AUC paramilitaries.  On the morning of November 2, 2001, Pablo Perez 381B went to a meeting on the La Estrella Farm in Sangil, Pivijay, Magdalena to which he had been summoned by the AUC paramilitaries.  Once Pablo Perez 381B arrived at the meeting, the paramilitaries shot him in the head and thorax, killing him.

700.   Juana Perez 382A is the mother and legal heir of Pablo Perez 382. Juana Perez 382B is the wife and is also a legal heir of Pablo Perez 382, with

314

whom she had a family.  Pablo Perez 382 was murdered on or about January 8, 1998 by AUC paramilitaries. On the night of January 8, 1998, Pablo Perez 382 was at his home with Tomasa Maria Fontalvo Hernandez in Sacramento, Santa Rosa de Lima in Fundacion, Magdalena when a group of AUC paramilitaries arrived at his home and identified themselves as AUC paramilitaries.  The paramilitaries told Pablo Perez 382 that they needed him to use his medical skills to attend to a person on the paramilitary base who was wounded, and Pablo Perez 382 left with them. The following morning, on January 9, 1998, Pablo Perez 382's body was found with multiple bullets wounds.

701.   Juana Perez 383 is the wife and legal heir of Pablo Perez 383, with whom she had a family.  Pablo Perez 383 was kidnapped and disappeared on August 2, 2000 by AUC paramilitaries; after kidnapping him, the AUC paramilitaries murdered Pablo Perez 383.  On August 2, 2000, Pablo Perez 383 was returning to his home in Fundacion, Magdalena from his farm in rural Fundacion in the Sierra Nevada de Santa Marta mountains.  The collective transport that Pablo Perez 383 was riding in was stopped by an AUC paramilitary roadblock at the entrance to the village of Monterrubio, which at the time belonged to the county of Pivijay, Magdalena.  After inspecting the passengers' identification, the paramilitaries seized Pablo Perez 383 and another person,

kidnapping and disappearing them.  Pablo Perez 383's corpse was found in a common grave in 2006.

702.   Juana Perez 384 is the wife and legal heir of Pablo Perez 384, an occasional banana worker, with whom she had a family.  Pablo Perez 384 was murdered on August 16, 2001 by AUC paramilitaries.  In 2000, Pablo Perez 384 had fled to Fundacion, Magdalena from Zona Bananera, Magdalena, where he had worked on a banana plantation.  In Fundacion, Pablo Perez 384 became the leader of a cooperative for displaced persons, and at the time of his murder had just won a struggle for the allocation of land to displaced persons from Pivijay and Zona Bananera.  On the morning of August 16, 2001, two AUC paramilitaries arrived at the home of Pablo Perez 384 in Barrio Francisco de Paula Santander in Fundacion. The paramilitaries shot Pablo Perez 384 multiple times, mortally wounding him. Pablo Perez 384 was taken to a hospital, where he died of his wounds.

703.   Juana Perez 385 is the wife and legal heir of Pablo Perez 385.  Pablo Perez 385 was murdered on May 26, 2001 by AUC paramilitaries.  On May 26, 2001, Pablo Perez 385 was tending his shop in Barrio Porvenir, Fundacion, Magdalena when AUC paramilitaries arrived on a motorcycle.  One of the paramilitaries asked Pablo Perez 385 for beers, and Pablo Perez 385 responded that

he did not sell beer.  The paramilitary then shot Pablo Perez 385 multiple times in the head and torso, killing him.

704.   Juan Perez 386 is the son and legal heir of Pablo Perez 386.  Pablo Perez 386 was kidnapped and murdered on May 27, 2000 by AUC paramilitaries. On the evening of May 27, 2000, a group of AUC paramilitaries arrived at Pablo Perez 386's farm in Avianca on the Fundacion-Pivijay road in Magdalena.  The paramilitaries brought all the farm workers together, including Pablo Perez 386. The paramilitaries took the workers to a nearby farm and took Pablo Perez 386 to a hidden part of the house on that farm.  The paramilitaries shot and killed Pablo Perez 386.

705.   Juan Perez 387 is the brother and legal heir of Pablo Perez 387, a banana worker.  Pablo Perez 387 was murdered by paramilitaries on September 10, 1996.  On September 10, 1996, Pablo Perez 387 was on the banana plantation where he worked in Cordobito, Cienaga, Magdalena when a group of paramilitaries arrived. The paramilitaries shot and killed Pablo Perez 387.

706.   Juana Perez 388 is the daughter and legal heir of Pablo Perez 388. Pablo Perez 388 was kidnapped and disappeared on February 11, 2002 by AUC paramilitaries.  Around midday on February 11, 2002, Pablo Perez 388 was working with two young men at his mother's farm in Avianca, between Fundacion

and Pivijay, Magdalena, when a group of AUC paramilitaries arrived.  The paramilitaries seized Pablo Perez 388 and kidnapped him.   Pablo Perez 388 was never seen again.

707.   Juana Perez 389 is the wife and legal heir of Pablo Perez 389.  Pablo Perez 389 was kidnapped and disappeared on February 11, 2003 by AUC paramilitaries.  Prior to Pablo Perez 389's disappearance, AUC paramilitary members had requested his welding services several times.  On February 11, 2003, Juana Perez 389 arrived at Pablo Perez 389's welding shop in Pivijay, Magdalena looking for him but he was not there.  Pablo Perez 389 was never seen again.

708.   Juana Perez 390 is the sister and legal heir of Pablo Perez 390.  Pablo Perez 390 was murdered on August 13, 2002 by AUC paramilitaries.  On the morning of August 13, 2002, Pablo Perez 390 left his home in Fundacion, Magdalena to go to a recycling center in Porvernir, Fundacion.  When Pablo Perez 390 arrived at the recycling center, two AUC paramilitaries asked Pablo Perez 390 and the other recyclers if they knew the whereabouts of alias "El Puma."  Pablo Perez 390 and the other recyclers responded that they did not know "El Puma." The paramilitaries forced all of the recyclers to lay on the ground and shot Pablo Perez 390 in the head and in the back, killing him.

709.   Juana Perez 391A is the wife and legal heir of Pablo Perez 391A, with whom she had two children.  Juan Perez 391B is the brother and is also a legal heir of Pablo Perez 391A, and is also the brother and legal heir of Pablo Perez 391B. Pablo Perez 391A and Pablo Perez 391B were murdered on January 18, 2000 by AUC paramilitaries.  Around midday on January 18, 2000, Pablo Perez 391A and Pablo Perez 391B  were at Las Palmas, their farm in Avianca, Pivijay, Magdalena, working with a coworker when a group of AUC paramilitaries arrived on horseback.  The paramilitaries tied up Pablo Perez 391A and Pablo Perez 391B and the other worker, and shot and killed them.  The paramilitaries dismembered the bodies and buried them, and then robbed valuables and livestock, including cattle, horses, and mules from the farm.  The bodies of Pablo Perez 391A and Pablo Perez 391B were exhumed on November 23, 2006.

710.   Juana Perez 392A is the mother and legal heir of Pablo Perez 392. Juana Perez 392B is the wife and is also a legal heir of Pablo Perez 392.   Pablo Perez 392 was murdered on January 18, 2004 by AUC paramilitaries.  In the days prior to his murder, AUC paramilitaries had stolen some cattle from Pablo Perez 392.  The paramilitaries had also kidnapped Pablo Perez 392 and Juana Perez 392B, and held them for three days.  The AUC paramilitaries had on repeated occasions asked Pablo Perez 392 to sell them his farm and each time Pablo Perez

392 had refused.  On the afternoon of January 18, 2004, Pablo Perez 392 was in his home in Barrio Ariguani, Fundacion, Magdalena with Juana Perez 392A when two paramilitaries arrived on a motorcycle.  The paramilitaries shot Pablo Perez 392 multiple times, mortally wounding him.  Pablo Perez 392 was taken to a hospital where he died of his wounds within hours.  After Pablo Perez 392's murder, the paramilitaries displaced Pablo Perez 392's wife and workers from Pablo Perez 392's farm and took possession of it.

711.   Juana Perez 393A is the wife and legal heir of Pablo Perez 393, with whom she had a son.  Juana Perez 393B is the daughter and is also a legal heir of Pablo Perez 393.  Pablo Perez 393 was murdered on October 23, 2000 by AUC paramilitaries.  On the evening of October 23, 2000, Pablo Perez 393 was just arriving at the La Bomba sector of the El Reten-Aracataca road in Magdalena when several AUC paramilitaries on motorcycles intercepted him. The paramilitaries fired their weapons into Pablo Perez 393's car, shooting Pablo Perez 393 multiple times and killing him.

712.   Juana Perez 394 is the wife and legal heir of Pablo Perez 394, with whom she had a family.  Pablo Perez 394 lived and was employed at Finca Las Margaritas, a banana plantation in Orihueca, Zona Banaera, Magdalena. Pablo Perez 394 was murdered on April 2, 2002 by AUC paramilitaries.  On the

afternoon of April 2, 2002, Pablo Perez 394 was at Finca Las Margaritas when two AUC paramilitaries arrived aboard a motorcycle. After a brief conversation, one of the paramilitaries shot Pablo Perez 394 once in the face, killing him.

713. Juana Perez 395 is the wife and legal heir of Pablo Perez 395, an occasional banana worker, with whom she had a family. Pablo Perez 395 was murdered by paramilitaries on November 4, 1996. On November 4, 1996, Pablo Perez 395 was on his way to his house in El Reten, Magdalena when he was intercepted by paramilitaries in Aracataca, Magdalena. The paramilitaries shot Pablo Perez 395 in the leg, injuring him. Pablo Perez 395 fled to a nearby police station for help. When the paramilitaries who had shot Pablo Perez 395 arrived at the police station shortly thereafter, the police turned Pablo Perez 395 over to the paramilitaries. Pablo Perez 395's body was later found with signs of torture on his feet. Pablo Perez 395 had been shot to death.

714. Juan Perez 396 is the brother and legal heir of Pablo Perez 396. Pablo Perez 396 was kidnapped on February 7, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 396. On the morning of February 7, 2002 Pablo Perez 396 was at his house in Santa Rosa de Lima, Fundacion, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries tied Pablo Perez 396 up with barbed wire, put a noose around his

neck, kidnapped him, set fire to his house, and stole livestock. Pablo Perez 396's body was found several days later, on or about February 10, 2002.  Pablo Perez 396 had been shot in the head.

715.   Juan Perez 397 is the husband and legal heir of Paula Perez 397. Paula Perez 397 was murdered on August 8, 2005 by AUC paramilitaries.  On August 8, 2005, Paula Perez 397 was watching television in her home in Sevilla, Zona Bananera, Magdalena, when several AUC paramilitaries broke into her home and shot her twice in the head, killing her.

716.   Juana Perez 398 is the mother and legal heir of Pablo Perez 398. Pablo Perez 398 was murdered on December 9, 2002 by AUC paramilitaries.  On the afternoon of December 9, 2002, Pablo Perez 398 was on his way to Baranquilla, Atlantico when his vehicle was intercepted by an AUC paramilitary check point near Cienaga, Magdlanea.  The paramilitaries interrogated Pablo Perez 398, took his identification, and accused him of being a supporter of the guerrillas. The paramilitaries shot Pablo Perez 398 four times in the face and body, killing him.

717.   Juana Perez 399A is the wife and legal heir of Pablo Perez 399, with whom she had a family.  Juana Perez 399B is also the wife and is also a legal heir of Pablo Perez 399, with whom she had two children.  Pablo Perez 399 was

murdered on March 29, 2000 by AUC paramilitaries.  In the very early morning hours of March 29, 2000, AUC paramilitaries broke into Pablo Perez 399's house in Sevilla, Zona Bananera, Magdalena.  The paramilitaries shot Pablo Perez 399 in the back of the neck, killing him.

718.   Juana Perez 400 is the wife and legal heir of Pablo Perez 400, with whom she had a family.  Pablo Perez 400 was kidnapped on May 9, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 400. On May 9, 2003, Pablo Perez 400 was on his way from Fundacion, Magdalena to Monterrubio when the public transport vehicle he was riding in was stopped at an AUC paramilitary checkpoint.  The paramilitaries called Pablo Perez 400 by name out of the vehicle and kidnapped him.  Pablo Perez 400's body was found the following day, on May 10, 2003, in the Estacion Lleras section of Fundacion, Magdalena with signs of having been tortured.  Pablo Perez 400 had been shot to death.

719.   Juana Perez 401 is the wife and legal heir of Pablo Perez 401, with whom she had a family.  Pablo Perez 401 was murdered on July 18, 2002 by AUC paramilitaries.  On the morning of July 18, 2002, Pablo Perez 401 was on his way to transport a load of milk to Fundacion, Magdalena when he was intercepted by a group of AUC paramilitaries outside the Tequendama ranch in Aracataca,

Fundacion.  The paramilitaries stole Pablo Perez 401's milk and demanded to see his documents.  The paramilitaries then shot Pablo Perez 401 three times, killing him.

720.   Juan Perez 402 is the brother and legal heir of Pablo Perez 402.  Pablo Perez 402 was kidnapped on or about October 26, 1994 by paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 402.  On or about the afternoon of October 26, 1994, Pablo Perez 402 was with two of his friends when he and they were intercepted by paramilitaries close to a police station.  Pablo Perez 402s' body, along with those of the other two young men, was found on or about October 27, 1994, in San Jose de Kennedy, Cienaga, Magdalena.

721.   Juana Perez 403 is the wife and legal heir of Pablo Perez 403, with whom she had a family.  Pablo Perez 403 was kidnapped on August 3, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 403.  On the morning of August 3, 2001, Pablo Perez 403 was at a gas station in Fundacion, Magdalena when a group of AUC paramilitaries arrived in vehicles.  The paramilitaries kidnapped Pablo Perez 403, his nephew, and the passengers in Pablo Perez 403's vehicle.  The passengers were later released, but Pablo Perez 403 and his nephew were not.  On March 27, 2009, the Colombian Attorney General's Office turned Pablo Perez 403's remains over to Juana Perez 403.

722.    Juana Perez 404 is the wife and legal heir of Pablo Perez 404, with whom she had a family.  Pablo Perez 404 was kidnapped and disappeared by AUC paramilitaries on August 6, 2003.  On the morning of August 6, 2003, Pablo Perez 404 left his home in Macaraquilla, Magdalena on his bicycle to go to the farm where he worked and was never seen again.

723.    Juana Perez 405 is the daughter and legal heir of Pablo Perez 405. Pablo Perez 405 was kidnapped on March 8, 2004 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 405.  On March 8, 2004, Pablo Perez 405 was on his way back to his home in Galaxia, Santa Rosa de Lima in Fundacion, Magdalena from Santa Marta, Magdalena when he was stopped at an AUC paramilitary checkpoint.  The paramilitaries forced Pablo Perez 405 out of his car and kidnapped him.  Pablo Perez 405's body was found the following day on the outskirts of Santa Rosa de Lima, on March 9, 2004, with his throat slit.

724.    Juana Perez 406 is the mother and legal heir of Pablo Perez 406, a banana worker.  Pablo Perez 406 was murdered on January 12, 2004 by AUC paramilitaries. On the morning of January 12, 2004, Pablo Perez 406 was on his way to the banana plantation where he worked in the Calabazo sector of Guachaca, Santa Marta, Magdalena when he was intercepted by a group of AUC paramilitaries.  The paramilitaries shot Pablo Perez 406 multiple times, killing him.

725.   Juana Perez 407 is the wife and legal heir of Pablo Perez 407, with whom she had a family.  Pablo Perez 407a was kidnapped on July 19, 1999 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 407.  On the evening of July 19, 1999, a group of AUC paramilitaries arrived at the farm where Pablo Perez 407 and Juana Perez 407 lived with their children on the San Angel-Algarrobo road in Magdalena.  The paramilitaries forced their way inside the house and searched it.  The paramilitaries imprisoned Juana Perez 407 in the house; while some paramilitaries stayed to guard her, others kidnapped Pablo Perez 407.  Eventually the paramilitaries guarding Juana Perez 407 left.  Several days later, on or about July 23, 1999, Pablo Perez 407's decomposing body was found on the family's parcel of land.  Pablo Perez 407 had been shot to death.

726.   Juana Perez 408 is the mother and legal heir of Pablo Perez 408. Pablo Perez 408 was kidnapped on December 29, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 408.  On the morning of December 29, 2001, Pablo Perez 408 was standing on a street corner near his home in Oceania, Sabanas de San Angel, Magdalena with a group of friends when an AUC paramilitary vehicle approached.  The paramilitaries kidnapped Pablo Perez 408 and his friends.  The bodies of Pablo Perez 408 and his

friends were found by the side of the road the following day, on December 30, 2001.

727.   Juana Perez 409 is the mother and legal heir of Pablo Perez 409. Pablo Perez 409 was murdered on October 23, 2002 by AUC paramilitaries.  Juana Perez 409, Pablo Perez 409, and their family had moved to Barrio 20 de Julio, Fundacion, Magdalena two weeks prior to the murder.  On the afternoon of October 23, 2002, Pablo Perez 409 was sitting on the porch of his house playing his guitar, and Juana Perez 409 was inside cooking when two men approached the house and identified themselves as AUC paramilitaries.  The paramilitaries asked for Pablo Perez 409 by name. When Pablo Perez 409 identified himself, the paramilitaries shot him multiple times, killing him.

728.   Juana Perez 410A is the wife and legal heir of Pablo Perez 410A, with whom she had five children.  Juana Perez 410B is the sister and is also a legal heir of Pablo Perez 410A.  Juana Perez 410C is also the wife and is also a legal heir of Pablo Perez 410A, with whom she had a family.  Pablo Perez 410A was murdered on September 21, 2004 by AUC paramilitaries.  In the weeks prior to Pablo Perez 410A's murder, during a normal trip where Pablo Perez 410A transported people to the villages of the Sierra Nevada de Santa Marta mountains in Magdalena, he was stopped by AUC paramilitaries at a paramilitary checkpoint and accused of

327

transporting food for the guerrillas.  The paramilitaries interrogated Pablo Perez 410A for two days, stole part of his merchandise and a gold ring he wore, and then freed him.  Pablo Perez 410A fled to Valledupar, Cesar for some days out of fear and then returned to Fundacion, Magdalena.  A few days after his return to Fundacion, Pablo Perez 410A was detained by Colombian police, and held for a week on suspicion of collaborating with the guerrillas.  After being freed, Pablo Perez 410A once again fled to Valledupar for a few days.  On the afternoon of September 21, 2004, armed AUC paramilitaries approached Pablo Perez 410A in front of his house in Barrio Monterrey, Fundacion, Magdalena and shot him several times in the face, throat, and thorax, killing him.

729.   Juana Perez 410B is also the sister and legal heir of Pablo Perez 410B.  Pablo Perez 410B was murdered by AUC paramilitaries on October 31, 2001.  On the evening of October 31, 2001, Pablo Perez 410B was closing his small shop in the public market of Fundacion, Magdalena when an AUC paramilitary called out to him by name.  When Pablo Perez 410B turned to the paramilitary, the paramilitary shot Pablo Perez 410B several times, killing him.

730.   Juan Perez 411 is the brother and legal heir of Paula Perez 411.  Paula Perez 411 was murdered on April 13, 2003 by AUC paramilitaries.  On April 13, 2003, Juan Perez 411 and Paula Perez 411 were in their home in Fundacion,

Magdalena when AUC paramilitaries walked by and looked at the address.  Juan

Perez 411 got up from his nap, looked outside, but then went back into the house to

continue his nap. Juan Perez 411 was awakened half an hour later by the sound of

gunshots.  Juan Perez 411 found Paula Perez 411's body in front of the house.

Paula Perez 411 had been shot in the face.  The AUC paramilitaries passed by the

house again later on a motorcycle to view Paula Perez 411's body.

731.   Juana Perez 412A is the mother and legal heir of Pablo Perez 412.

Juana Perez 412B is the wife and is also a legal heir of Pablo Perez 412, with

whom she had a family.  Pablo Perez 412 was murdered on February 22, 1998 by

AUC paramilitaries.  Late on the night of February 22, 1998, Pablo Perez 412 was

walking down a street in Fundacion, Magdalena with Juana Perez 412B's brother

when AUC paramilitaries on bicycles approached them rapidly.  One of the

paramilitaries shot Pablo Perez 412 multiple times in the chest and arm, killing

him.

732.   Juana Perez 413 is the wife and legal heir of Pablo Perez 413, with

whom she had a family.  Pablo Perez 413 was kidnapped on March 27, 1999 by

AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez

413.  On March 27, 1999 Juana Perez 413 and Pablo Perez 413 were in a pool hall

in Algarrobo, Fundacion when a group of AUC paramilitaries arrived.  The

paramilitaries demanded that Juana Perez 413 give them the keys to their truck, and she complied.  The paramilitaries drove off in Pablo Perez 413's truck but then returned and demanded that Pablo Perez 413 come with them, which he did.  The following day, the AUC paramilitaries called Juana Perez 413 by phone and demanded 40 million pesos in cash and 20 million pesos of merchandise as ransom for the return of Pablo Perez 413.  Juana Perez 413 complied with the demand.  Approximately 13 days after his kidnapping, on or about April 9, 1999, the paramilitaries turned over Pablo Perez 413's body to Juana Perez 413.  Pablo Perez 413 had been shot to death.

733.   Juana Perez 414 is the wife and legal heir of Pablo Perez 414, with whom she had a family.  Pablo Perez 414 was murdered on or about December 21, 2002 by AUC paramilitaries.  On the evening of December 21, 2002, Pablo Perez 414 left the center of Fundacion, Magdalena on a motorcycle with a friend and drove in the direction of Barrio Simon Bolivar in Fundacion.  That evening, Juana Perez 414 called Pablo Perez 414's cell phone, but he did not answer.  Pablo Perez 414 did not return that night, and the next morning, on December 22, 2002, his body was discovered on the outskirts of Fundacion in the direction of Pivijay, Magdalena.  Pablo Perez 414 had been shot in the head.

734.    Juana Perez 415 is the daughter and legal heir of Pablo Perez 415A. Juana Perez 415 is also the sister and legal heir of Paula Perez 415B.  Pablo Perez 415A and Paula Perez 415B were kidnapped on May 21, 1997 by AUC paramilitaries; after kidnapping them, the paramilitaries murdered Pablo Perez 415A and Paula Perez 415B.  Late on the night of May 21, 1997, a group of AUC paramilitaries arrived at the home of Pablo Perez 415A in Barrio 23 de Julio in Algarrobo, Magdalena, forced their way inside and took Juana Perez 415, her mother, Pablo Perez 415A, and Paula Perez 415 outside.  The paramilitaries tied up Pablo Perez 415A and Paula Perez 415B, forced them into one of their vehicles and kidnapped them.  The following day, on May 22, 1997, the body of Pablo Perez 415A was found in Piedras Azules, Bosconia, Cesar and the body of Paula Perez 415B was found in the Finca Palmari in Loma Balsamo, Algarrobo, Magdalena.  Pablo Perez 415A and Paula Perez 415B had been shot multiple times.

735.    Juana Perez 416 is the wife and legal heir of Pablo Perez 416, with whom she had a family.  Pablo Perez 416 was murdered on December 17, 1998 by AUC paramilitaries.  In the early morning hours of December 17, 1998, a group of AUC paramilitaries arrived at the home of Pablo Perez 416 in Loma del Balsamo, Magdalena, banging on the door and breaking window shutters.  When Pablo Perez

416 answered the door, the paramilitaries entered the house and ordered everyone to lay face-down on the floor.  For the next several hours, the paramilitaries robbed the house and store the family had in their home.  When the paramilitaries had finished loading valuables into their vehicles, they shot Pablo Perez 416 twice, killing him.

736.   Juana Perez 417 is the mother and legal heir of Pablo Perez 417. Pablo Perez 417 was kidnapped by AUC paramilitaries on May 6, 2001; after kidnapping him, the paramilitaries murdered Pablo Perez 417.  Early on the morning of May 6, 2001, Pablo Perez 417 was at a funeral wake in a neighboring house in Barrio San Bernardo, Fundacion, Magdalena when two men appeared and identified themselves as AUC paramilitaries. The paramilitaries seized Pablo Perez 417 and kidnapped him.  The paramilitaries beat Pablo Perez 417 and then shot him multiple times.  Pablo Perez 417's decomposing body was found on or about May 9, 2001, at Finca Ruby in Barrio Sampues, Aracataca, Magdalena.

737.   Juan Perez 418 is the grandson and legal heir of Pablo Perez 418. Pablo Perez 418 was murdered on or about August 25, 2000 by AUC paramilitaries.  On or about August 25, 2000, Pablo Perez 418 was in his home in Rio Piedras, Aracataca, Magdalena, when a group of AUC paramilitaries arrived. The paramilitaries killed and decapitated Pablo Perez 418.  Pablo Perez 418's

decapitated body was found on or about August 26, 2000 lying in front of his oven. The paramilitaries also robbed farm animals from Pablo Perez 418's farm after killing him.

738.   Juana Perez 419 is the wife and legal heir of Pablo Perez 419, with whom she had a family.  Pablo Perez 419 was murdered on January 9, 2001 by AUC paramilitaries.  On the evening of January 9, 2001, Pablo Perez 419 left his house in Barrio Hawai, Fundacion, Magdalena on his bicycle to go to work.  When Pablo Perez 419 had traveled a few blocks, he was pushed off of his bicycle by an AUC paramilitary who had followed Pablo Perez 419 from Pablo Perez 419's house.  The paramilitary shot Pablo Perez 419 multiple times, killing him.

739.   Juana Perez 420 is the mother and legal heir of Pablo Perez 420. Pablo Perez 420 was murdered on August 10, 1998 by AUC paramilitaries.  Late on the night of August 10, 1998, Pablo Perez 420 and another worker were asleep at their boss' house in Media Luna, Pivijay, Magdalena when a group of AUC paramilitaries arrived and forced their way into the house.  The paramilitaries seized Pablo Perez 420 and the other worker, kicked and beat them, dragged both men out into the street and threw them on the ground.  The paramilitaries released the other worker.  The paramilitaries shot Pablo Perez 420 in the head and body,

killing him.  The paramilitaries then ran over Pablo Perez 420's body with their pickup truck.

740.   Juana Perez 421 is the wife and legal heir of Pablo Perez 421, with whom she had a family.  Pablo Perez 421 was murdered on November 21, 2001 by AUC paramilitaries.  On the afternoon of November 21, 2001, Pablo Perez 421 was running an errand in Fundacion, Magdalena when two AUC paramilitaries on a motorcycle intercepted him and shot him multiple times, fatally wounding him.  Pablo Perez 421 died of his wounds en route to the hospital.

741.   Juana Perez 422A is the wife and legal heir of Pablo Perez 422, with whom she had one son.  Juana Perez 422B is also the wife and is also a legal heir of Pablo Perez 422, with whom she had a family.  Pablo Perez 422 was murdered on April 11, 1999 by AUC paramilitaries.  Pablo Perez 422 and several other drivers in Fundacion, Magdalena had formed a minibus cooperative in which Pablo Perez 422 held a leadership role.  On April 11, 1999, Pablo Perez 422 was driving his minibus in Fundacion when several AUC paramilitaries who were onboard as passengers asked Pablo Perez 422 to let them off.  As the paramilitaries started to get off the bus, they shot Pablo Perez 422 twice in the head, killing him.

742.   Juana Perez 423 is the mother and legal heir of Pablo Perez 423. Pablo Perez 423 was kidnapped and murdered on July 8, 2000 by AUC

paramilitaries.  Early on the morning of July 8, 2000, Pablo Perez 423 was on his way with friends to El Reposo, Pivijay, Magdalena when AUC paramilitaries intercepted them.  The paramilitaries kidnapped Pablo Perez 423 and his friends, stole their money, and murdered them.  Pablo Perez 423 was shot multiple times.

743.   Juana Perez 424 is the sister and legal heir of Pablo Perez 424.  Pablo Perez 424 was murdered on August 27, 2001 by AUC paramilitaries.  On the afternoon of August 27, 2001, Pablo Perez 424 and an AUC paramilitary left Pablo Perez 424's house in Barrio Paz del Rio, Fundacion, Magdalena on a motorcycle. Later that evening, Pablo Perez 424's family received word that Pablo Perez 424's body had been found near Patuca in Guamachito, Zona Bananera, Magdalena. Pablo Perez 424 had been shot four times in the head and face.

744.   Juan Perez 425 is the father and legal heir of Pablo Perez 425.  Pablo Perez 425 was murdered on October 29, 2006 by AUC paramilitaries.  On the afternoon of October 29, 2006, Pablo Perez 425 left his home in Barrio 23 de Febrero, Fundacion, Magdalena on his motorcycle to go to work.  Pablo Perez 425 was intercepted by AUC paramilitaries who shot him twice in the face, killing him.

745.   Juana Perez 426A is the wife and legal heir of Pablo Perez 426.  Juana Perez 426B is the mother and is also a legal heir of Pablo Perez 426.  Pablo Perez 426 was murdered on June 30, 1998 by AUC paramilitaries.  On June 30, 1998,

Pablo Perez 426 was intercepted on the outskirts of Fundacion, Magdalena by AUC paramilitaries on a motorcycle. The paramilitaries asked Pablo Perez 426 for his identification and then shot him to death.

746. Juana Perez 427A is the wife and legal heir of Pablo Perez 427, with whom she had a family. Juana Perez 427B is the mother and is also a legal heir of Pablo Perez 427. Pablo Perez 427 was murdered on March 6, 1997 by AUC paramilitaries. On the evening of March 6, 1997, Pablo Perez 427 was at a friend's house in Bellavista, Algarrobo, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries shot and killed Pablo Perez 427's friend and attempted to kidnap Pablo Perez 427. When Pablo Perez 427 resisted, the paramilitaries shot and killed him as well.

747. Juana Perez 428A is the wife and legal heir of Pablo Perez 428, with whom she had two sons. Juana Perez 428B is the sister and is also a legal heir of Pablo Perez 428. Juan Perez 428C and Juan Perez 428D are the sons and are also legal heirs of Pablo Perez 428. Pablo Perez 428, who worked at Finca Buena Vista, a banana plantation, was kidnapped and disappeared on May 23, 1998 by AUC paramilitaries. On the evening of May 23, 1998, Pablo Perez 428 was at his home in Fundacion, Magdalena when a group of AUC paramilitaries arrived. The

paramilitaries entered the house, seized Pablo Perez 428, and forced him into their vehicle, kidnapping him.  Pablo Perez 428 was never seen again.

748.   Juana Perez 429 is the mother and legal heir of Pablo Perez 429. Pablo Perez 429 was murdered on November 14, 2006 by AUC paramilitaries.  On the afternoon of November 14, 2006, Pablo Perez 429 was at his home when he received a phone call from a taxi client.  Pablo Perez 429 went to the center of Fundacion, Magdalena where a man boarded his motorcycle taxi.  Later that afternoon, Pablo Perez 429's body was found in a neighborhood on the outskirts of Fundacion.  Pablo Perez 429 had been shot in the neck and back.

749.   Juana Perez 430 is the wife and legal heir of Pablo Perez 430, with whom she had a family.  Pablo Perez 430 was kidnapped and murdered on September 10, 2002 by AUC paramilitaries.  On the afternoon of September 10, 2002, Pablo Perez 430 was driving his rickshaw (tricycle taxi) when he was intercepted by AUC paramilitaries who forced him to the side of the road.  The paramilitaries forced Pablo Perez 430 to board their motorcycle, kidnapping him. Later that day, Pablo Perez 430's body was found on the Macondo Bridge on the road between Fundacion and Pivijay, Magdalena.  Pablo Perez 430 had been shot multiple times in the head.

750.   Juana Perez 431 is the mother and legal heir of Pablo Perez 431. Pablo Perez 431 was murdered on or about January 30, 2000 by AUC paramilitaries.  On the night of January 30, 2000, Pablo Perez 431 went to a party in Buenos Aires, Aracataca, Magdalena.  Early the following morning, on January 31, 2000, Pablo Perez 431's body was found.  Pablo Perez 431 had been shot multiple times.

751.   Juana Perez 432 is the mother and legal heir of Pablo Perez 432. Pablo Perez 432 was kidnapped and disappeared on or about March 6, 2004 by AUC paramilitaries.  On or about March 6, 2004, Pablo Perez 432 left his house in El Prado, Fundacion, Magdalena to go to his parents' farm in Monterrubio, Magdalena.  Pablo Perez 432's grandfather drove him to Estacion Villa.  Pablo Perez 432 boarded a truck in Estacion Villa driven by an AUC paramilitary who volunteered to drive him the rest of the way.  Pablo Perez 432 was never seen again.

752.   Juana Perez 433 is the sister and legal heir of Pablo Perez 433.  Pablo Perez 433 was kidnapped disappeared on October 14, 2002 by AUC paramilitaries. A few days prior to his disappearance, Pablo Perez 433 left for Santa Clara in Santa Rosa de Lima, Fundacion, Magdalena with some of his neighborhood friends. While in Santa Clara, Pablo Perez 433 had an altercation in a pool hall

338

with another person. As a result of this altercation, Pablo Perez 433 was kidnapped and disappeared by AUC paramilitaries. Pablo Perez 433 was never seen again.

753.   Juana Perez 434 is the mother and legal heir of Pablo Perez 434, a student.  Pablo Perez 434 was murdered on or about March 11, 2000 by AUC paramilitaries.  A few days prior to the murder, an AUC paramilitary arrived at the home of Juana Perez 434 in Barrio Bonga, Pivijay, Magdalena and asked Pablo Perez 434 to help him rent a motorcycle.  The two men went to the home of a man who rented motorcycles and the latter rented one to the AUC paramilitary.  A few days later when the motorcycle had not been returned, the man who rented it out filed a complaint against the AUC paramilitary at the local police station for having stolen it.  That same day, an AUC paramilitary came to the house of Juana Perez 434 and told her that he had received an order to kill both Pablo Perez 434 and the paramilitary who had rented the motorcycle.  Several days later, on or about March 11, 2000, Pablo Perez 434's body was found in Nueva Granada, Magdalena.  Pablo Perez 434 had been shot to death.

754.   Juana Perez 435A is the wife and legal heir of Pablo Perez 435, with whom she had a family. Juan Perez 435B is the brother and is also a legal heir of Pablo Perez 435. Pablo Perez 435 was murdered on January 15, 2002 by AUC paramilitaries.  On the morning of January 15, 2002, as Pablo Perez 435 was

leaving his home in Barrio Campito, Fundacion, Magdalena, two AUC

paramilitaries arrived.  The paramilitaries shot Pablo Perez 435 multiple times,

killing him.

755.   Juana Perez 436 is the sister and legal heir of Pablo Perez 436.  Pablo

Perez 436 was murdered on July 20, 2002 by AUC paramilitaries.  On the

afternoon of July 20, 2002, Pablo Perez 436 was in the house he shared with Juana

Perez 436 and her children in Barrio 20 de Diciembre, Fundacion, Magdalena

when a group of AUC paramilitaries arrived at the house on motorcycles.  The

paramilitaries entered the house, damaged appliances, and severely beat Pablo

Perez 436.  The paramilitaries then shot Pablo Perez 436 in the head and body,

killing him.

756.   Juan Perez 437 is the son and legal heir of Pablo Perez 437.  Pablo

Perez 437 was kidnapped and murdered on December 9, 2003 by AUC

paramilitaries.  In the early morning hours of December 9, 2003, a group of AUC

paramilitaries forced their way inside the home of Pablo Perez 437 in Barrio Simon

Bolivar, Fundacion, Magdalena, where he and his family were asleep.  The

paramilitaries held Juan Perez 437 at gunpoint in the bedroom and took Pablo

Perez 437 outside.  The paramilitaries then forced Pablo Perez 437 into their truck,

and drove off with him, kidnapping him.  Pablo Perez 437's body was found later

that same day near the Macondo Bridge on the outskirts of Fundacion on the road to Pivijay, Magdalena.  Pablo Perez 437 had been handcuffed and shot in the head.

757.   Juan Perez 438 is the brother and legal heir of Pablo Perez 438.  Pablo Perez 438 was murdered on or about December 21, 2004 by AUC paramilitaries. In the morning on or about December 21, 2004, Pablo Perez 438 was in his house in Barrio Santa Elena, Fundacion when a group of AUC paramilitaries arrived and identified themselves as AUC members.  The paramilitaries stole valuables from the house and then seized Pablo Perez 438 by the hair and forced him out of his home onto the patio.  The paramilitaries then shot Pablo Perez 438 multiple times in the head and body, killing him.

758.   Juana Perez 439A is the sister and legal heir of Paula Perez 439.  Juan Perez 439B is the son and is also a legal heir of Paula Perez 439.  Paula Perez 439 was murdered on September 10, 2002 by AUC paramilitaries.  On the afternoon of September 10, 2002, Paula Perez 439 was in her house in Barrio 16 de Julio, Fundacion, Magdalena, when two AUC paramilitaries arrived. The paramilitaries entered the house, found Paula Perez 439, and shot her several times, killing her.

759.   Juan Perez 440 is the brother and legal heir of Pablo Perez 440.  Pablo Perez 440 was murdered on August 14, 2002 by AUC paramilitaries.  On August 14, 2002, Pablo Perez 440 was riding in a public transport vehicle to his family's

farm in the Sierra Nevada de Santa Marta mountains in Magdalena when the vehicle was intercepted by several AUC paramilitaries on motorcycles, near the Vuelta del Torito area in Aracataca, Magdalena.  The paramilitaries forced Pablo Perez 440 out of the vehicle and shot him multiple times, killing him.

760.   Juana Perez 441 is the sister and legal heir of Pablo Perez 441A. Juana Perez 441 is also the sister of Pablo Perez 441B.  Pablo Perez 441A and Pablo Perez 441B were murdered on June 22, 2003 by AUC paramilitaries.  In the early morning hours of June 22, 2003, Pablo Perez 441A and Pablo Perez 441B were approaching their mother's house in Barrio San Carlos, Fundacion, Magdalena when they were intercepted by a group of AUC paramilitaries.  The paramilitaries shot Pablo Perez 441B multiple times, killing him.  The paramilitaries also shot Pablo Perez 441A three times in the head and body, seriously wounding him.  Pablo Perez 441A  was taken to a hospital, where he died of his wounds later in the day.

761.   Juana Perez 442 is the wife and legal heir of Pablo Perez 442, with whom she had a family.  Pablo Perez 442 was murdered on September 4, 2005 by AUC paramilitaries.  Pablo Perez 442 sold bananas in the local market.  On the morning on September 4, 2005, AUC paramilitaries arrived at Pablo Perez 442's

home in Barrio La Esmeralda, Fundacion, Magdalena and forced their way inside. The paramilitaries stabbed Pablo Perez 442 in the chest, killing him.

762.    Juana Perez 443 is the mother and legal heir of Pablo Perez 443. Pablo Perez 443 was murdered on October 3, 1998 by AUC paramilitaries.  In the early morning hours of October 3, 1998, Pablo Perez 443 and Juana Perez 443 were asleep in their home in Barrio Las Mercedes, Pivijay, Magdalena when a group of AUC paramilitaries surrounded the house and forced their way inside. The paramilitaries pulled Pablo Perez 443 out of the house, took him a short distance away, and shot him multiple times in the head, killing him.

763.    Juana Perez 444A and Juana Perez 444B are the daughters and legal heirs of Pablo Perez 444.  Pablo Perez 444 was murdered on April 4, 2004 by AUC paramilitaries.  On the morning of April 4, 2004 Pablo Perez 444 was in Barrio La Esmeralda, Fundacion when AUC paramilitaries on a motorcycle approached him. The paramilitaries shot Pablo Perez 444 multiple times in the head and body, mortally wounding him.  Pablo Perez 444 was taken to the local hospital and then transferred to a hospital in Santa Marta, Magdalena where he died from his wounds that same day.

764.    Juana Perez 445 is the mother and legal heir of Pablo Perez 445. Pablo Perez 445 was kidnapped on October 11, 2000 by AUC paramilitaries; after

kidnapping him, the paramilitaries murdered Pablo Perez 445.  On October 11, 2000, Pablo Perez 445 was in Sampues, Aracataca, Magdalena when a group of AUC paramilitaries arrived in a vehicle and kidnapped him.  The following day, on October 12, 2000, Pablo Perez 445's body was found near the entrance to Tucurinca, in Zona Bananera, Magdalena.  Pablo Perez 445 had been shot multiple times.

765.   Juan Perez 446 is the grandfather and legal heir of Pablo Perez 446. Pablo Perez 446 was kidnapped and disappeared on March 5, 2003 by AUC paramilitaries.  On March 5, 2003, AUC paramilitaries arrived at Pablo Perez 446's worksite in Fundacion, Magdalena.  The paramilitaries told Pablo Perez 446 that AUC Northern Block paramilitary Commander Rodrigo Tovar Pupo, A/K/A "Jorge 40," needed Pablo Perez 446 to cut down a tree for him.  Pablo Perez 446 left with the paramilitaries.  Pablo Perez 446 was never seen again.  The next day, on March 6, 2003, one of the paramilitaries returned to the same worksite and announced to Pablo Perez 446's fellow workers that the AUC paramilitaries had killed Pablo Perez 446.

766.   Juana Perez 447 is the wife and legal heir of Pablo Perez 447, with whom she had a family.  Pablo Perez 447 was kidnapped and murdered on July 21, 1998 by AUC paramilitaries.  In the very early morning hours of July 21, 1998, a

group of AUC paramilitaries arrived in tractors at the small store that Pablo Perez 447 and Juana Perez 447 ran out of their house in Avianca, Pivijay, Magdalena. The paramilitaries knocked on the door.  When Pablo Perez 447 opened the door, the paramilitaries seized him, tied him up, and put him face-down on the floor in the doorway.  The paramilitaries robbed the store and then left on the two tractors, kidnapping Pablo Perez 447.  Later that morning, Pablo Perez 447's body was found.  Pablo Perez 447 had been shot in the head and body.

767.   Juana Perez 448 is the wife and legal heir of Pablo Perez 448, with whom she had a family.  Pablo Perez 448 was murdered on October 24, 2001 by AUC paramilitaries.  On the afternoon on October 24, 2001, Pablo Perez 448 left his house in Barrio Paz del Rio, Fundacion, Magdalena to go pick up clients in his taxi.  Later that afternoon, Juana Perez 448 was informed that Pablo Perez 448 had been murdered.  Pablo Perez 448 had been shot in the head and hand. His body was left in his car on the Fundacion-Pivijay road.

768.   Juana Perez 449 is the wife and legal heir of Pablo Perez 449, with whom she had a family.  Pablo Perez 449 was murdered on December 19, 2001 by AUC paramilitaries.  On the afternoon of December 19, 2001, Pablo Perez 449 was at work at Finca La Campana in Fundacion on the Fundacion-Aracataca road when several AUC paramilitaries arrived, identified themselves as paramilitaries, took

out their guns, and said they wanted to have a meeting with the workers. One of the paramilitaries then shot Pablo Perez 449 twice in the head, killing him.

769.   Juana Perez 450 is the mother and legal heir of Pablo Perez 450. Pablo Perez 450 was kidnapped and mortally wounded on March 18, 2003 by AUC paramilitaries. Late on the night of March 18, 2003, a group of AUC paramilitaries arrived at the home of Pablo Perez 450 in Barrio 1 de Mayo, Aracataca, Magdalena and forced their way inside. The paramilitaries seized Pablo Perez 450 and kidnapped him. A short distance away from the house, the paramilitaries shot Pablo Perez 450 twice, mortally wounding him. One of the paramilitaries came back to the house and told Juana Perez 450 that Pablo Perez 450 was still alive and that the family should take Pablo Perez 450 to the hospital. The family took Pablo Perez 450 to the local clinic in Aracataca; he was then transferred to the hospital in Fundacion, Magdalena and then later to a hospital in Santa Marta, Magdalena, where he stayed for four days. There. a doctor told Juana Perez 450 that Pablo Perez 450 could not be saved and so she brought Pablo Perez 450 back to her house in Aracataca, where he died from his wounds on March 22, 2003.

770.   Juana Perez 451 is the sister and legal heir of Pablo Perez 451. Pablo Perez 451 was kidnapped and disappeared on July 27, 2002 by AUC

paramilitaries.  On July 27, 2002 Pablo Perez 451 was returning to Fundacion, Magdalena from Santa Marta, Magdalena.  Approximately two weeks later, after Pablo Perez 451 had still not returned home, Juana Perez 451 was informed that Pablo Perez 451 had been kidnapped off of the bus to Fundacion by AUC paramilitaries.  Pablo Perez 451 was never seen again.

771.   Juan Perez 452 is the brother and legal heir of Pablo Perez 452.  Pablo Perez 452 was murdered on or about May 19, 2006 by AUC paramilitaries.  On May 19, 2006, Pablo Perez 452 went to play pool with some friends in Carraballo, Pivijay, Magdalena.  Pablo Perez 452 left the pool hall on a mule.  The mule was found the following morning. Pablo Perez 452's family found Pablo Perez 452's body on or about September 5, 2006, buried on the Los Lirios farm in Carraballo. Pablo Perez 452 had been shot in the head and his body dismembered.

772.   Juana Perez 453 is the wife and legal heir of Pablo Perez 453, with whom she had a family.  Pablo Perez 453 was murdered on or about January 2, 2007 by AUC paramilitaries.  On the afternoon of January 2, 2007, Pablo Perez 453 and a friend left the Cienaga Grande de Santa Marta swamp, where they had been fishing, to return home to Fundacion, Magdalena.  On their way, Pablo Perez 453 and his friend were intercepted by AUC paramilitaries. The paramilitaries shot

Pablo Perez 453 multiple times, killing him.  The paramilitaries also shot and killed Pablo Perez 453's friend.

773.    Juana Perez 454 is the wife and legal heir of Pablo Perez 454, with whom she had a family.  Pablo Perez 454 was murdered on January 9, 1999 by AUC paramilitaries.  On the morning of January 9, 1999, the community of Playon de Orozco, El Pinon, Magdalena was holding a baptism of 10 children in the local church.  Around midday several trucks filled with AUC paramilitaries arrived. The paramilitaries closed off all the entrances to the community and went through the town house by house, forcing all residents into the church and separating the men from the women, locking most of the women up in the church.  The paramilitaries locked the children up in the health center.  The paramilitaries burned houses and beat and tortured several community members.  Working off of a list, the paramilitaries assassinated many people, including Pablo Perez 454. After the murder of Pablo Perez 454, Juana Perez 454 and her children fled Playon de Orozco to Pivijay out of fear.

774.    Juana Perez 455 is the wife and legal heir of Pablo Perez 455, with whom she had a family.  Pablo Perez 455 was murdered on December 14, 2001 by AUC paramilitaries.  On December 14, 2001, Pablo Perez 455 was sitting in the taxi he drove for a living, in Barrio La Bolivariana, Santa Marta, Magdalena when

he was intercepted by AUC paramilitaries. The paramilitaries shot Pablo Perez 455 multiple times, killing him.

775.   Juan Perez 456 is the father and legal heir of Pablo Perez 456.  Pablo Perez 456 was murdered on September 24, 2002 by AUC paramilitaries.  On the evening of September 24, 2002, Pablo Perez 456 was playing dominoes outside of a neighbor's house in Barrio La Banca, Fundacion, Magdalena when AUC paramilitaries arrived at the neighbor's house on a motorcycle. The paramilitaries opened fire on Pablo Perez 456.  Pablo Perez 456 ran into a neighbor's house, but the paramilitaries followed him in, shooting him multiple times in the head and body, killing him.

776.   Juana Perez 457 is the wife and legal heir of Pablo Perez 457, with whom she had a family.  Pablo Perez 457 was murdered on June 4, 2002 by AUC paramilitaries.  On the morning of June 4, 2002, Pablo Perez 457 was in Aracataca, Magdalena fixing his motorcycle when an AUC paramilitary shot and killed him.

777.   Juana Perez 458 is the wife and legal heir of Pablo Perez 458, with whom she had a family.  Pablo Perez 458 was murdered on May 12, 2005 by AUC paramilitaries.  On the night of May 12, 2005, Pablo Perez 458 was entering his house in Barrio 20 de Diciembre, Fundacion, Magdalena from his patio when several AUC paramilitaries entered the patio.  One of the paramilitaries shot Pablo

Perez 458 in the leg. Pablo Perez 458 fell to the ground, injured.  The paramilitaries then shot Pablo Perez 458 several more times, killing him.

778.   Juana Perez 459A is the sister and legal heir of Pablo Perez 459. Juana Perez 459B is the wife and is also a legal heir of Pablo Perez 459, with whom she had a family.  Pablo Perez 459 was murdered on March 14, 2003 by AUC paramilitaries.  On the morning of March 14, 2003, Pablo Perez 459 went to work at the garbage dump in Barrio Las Delicias, Fundacion, Magdalena, where he was intercepted by AUC paramilitaries.  The paramilitaries shot Pablo Perez 459 multiple times in the head, killing him.

779.   Juana Perez 460 is a surviving victim of torture and the wife and legal heir of Pablo Perez 460, with whom she had a family.  Pablo Perez 460 was tortured and murdered on January 14, 2005 by AUC paramilitaries.  On the night of January 14, 2005 Juana Perez 460 and Pablo Perez 460 were asleep in their house in Las Delicias, Aracataca, Magdalena when a large group of AUC paramilitaries arrived.  The paramilitaries knocked on the door. When Pablo Perez 460 opened it, the paramilitaries pointed their guns at him, forced their way inside the house, and stole valuables from the house and the store the couple ran out of their house.  The paramilitaries put Pablo Perez 460 and Juana Perez 460 face down on the floor and tortured them.  The paramilitaries then pulled Pablo Perez

350

460 out of the house and shot him multiple times in the head, neck, and back, killing him.

780.   Juan Perez 461 is the father and legal heir of Pablo Perez 461.  Pablo Perez 461 was murdered on January 1, 2006 by AUC paramilitaries.  On January 1, 2006, Pablo Perez 461 was celebrating the New Year at the farm where he worked in Las Colonias, Carraballo, Pivijay, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries shot Pablo Perez 461 and two other men, killing them.

781.   Juana Perez 462A is the mother and legal heir of Pablo Perez 462. Juana Perez 462B is the wife and is also a legal heir of Pablo Perez 462, with whom she had a family.  Pablo Perez 462 was murdered on January 20, 2006 by AUC paramilitaries.  On the evening of January 20, 2006, Pablo Perez 462 and Juana Perez 462B were sitting in the doorway of their home in Barrio Santa Barbara, Algarrobo, Magdalena when AUC paramilitaries arrived on a motorcycle. The paramilitaries shot Pablo Perez 462 multiple times, killing him.

782.   Juana Perez 463 is the mother and legal heir of Pablo Perez 463. Pablo Perez 463 was murdered on October 9, 2000 by AUC paramilitaries.  On the afternoon of October 9, 2000, Pablo Perez 463 was on a street in the El Desvio sector of Buenos Aires, Aracataca, Magdalena when AUC paramilitaries pulled up

in front of him in a pickup truck.  One of the paramilitaries rolled down his window and shot Pablo Perez 463 multiple times, killing him.

783.   Juana Perez 464 is the wife and legal heir of Pablo Perez 464, with whom she had a family.  Pablo Perez 464 was murdered on or about June 3, 2005 by AUC paramilitaries.  On the afternoon of June 3, 2005, Pablo Perez 464 was approached by a man purporting to be an evangelist.  The man offered Pablo Perez 464 money to take him to Santa Rosa de Lima, about 20 minutes from Fundacion, Magdalena.  Pablo Perez 464 agreed to drive him, the man got on Pablo Perez 464's motorcycle, and they pulled away.  On June 4, 2005, Pablo Perez 464's family discovered Pablo Perez 464's body on the road to Santa Rosa de Lima. Pablo Perez 464 had been stabbed several times in the back, his throat had been slit, and his motorcycle had been stolen.

784.   Juana Perez 465 is the wife and legal heir of Pablo Perez 465, with whom she had a family.  Pablo Perez 465 was murdered on or about August 11, 2001 by AUC paramilitaries.  On the evening of August 11, 2001, Pablo Perez 465 left his home in Barrio La Esmeralda, Fundacion, Magdalena to work as a taxi driver.  Pablo Perez 465 did not return that night. The following morning, on August 12, 2001, Juana Perez 465 found Pablo Perez 465's body on the Fundacion-Pivijay road.  Pablo Perez 465 had been stabbed to death.

785.    Juana Perez 466 is the mother and legal heir of Pablo Perez 466. Pablo Perez 466 was murdered on February 2, 2006 by AUC paramilitaries.  On the evening of February 2, 2006, Pablo Perez 466 was running an errand in Barrio La Esperanza, Fundacion, Magdalena when AUC paramilitaries shot him multiple times, killing him.

786.    Juan Perez 467 is the father and legal heir of Pablo Perez 467.  Pablo Perez 467 was murdered on January 5, 2005 by AUC paramilitaries. Approximately two months prior to his murder, Pablo Perez 467 had fled his home in Barrio Las Palmas, Fundacion, Magdalena to Santa Marta, Magdalena as a result of receiving death threats from the AUC paramilitaries.  Pablo Perez 467 remained in Santa Marta for approximately 15 days.  Pablo Perez 467 later returned to Fundacion. On the evening of January 5, 2005, Pablo Perez 467 was with a friend in Barrio Las Palmas, Fundacion when he was approached by two AUC paramilitaries.  The paramilitaries shot Pablo Perez 467 multiple times in the head, killing him.  After the murder, Juan Perez 467 received death threats from the AUC paramilitaries and fled his home out of fear.

787.    Juana Perez 468 is a surviving victim, and is the wife and legal heir of Pablo Perez 468, with whom she had a family.  Juana Perez 468 was injured and Pablo Perez 468 was murdered on December 22, 2006 by AUC paramilitaries.  On

December 22, 2006, Pablo Perez 468 and Juana Perez 468 were sitting with their children and Juana Perez 468's parents in the doorway of their home in La Colombia, Aracataca, Magdalena when AUC paramilitaries arrived on a motorcycle. The paramilitaries shot Pablo Perez 468 multiple times, killing him. Juana Perez 468 was hit by a stray bullet and wounded.

788.   Juana Perez 469 is the wife and legal heir of Pablo Perez 469, with whom she had a family. Pablo Perez 469 was murdered on or about April 22, 2007 by AUC paramilitaries. On the morning of April 22, 2007, Pablo Perez 469 left his house in Barrio Francisco de Paula Santander, Fundacion, Magdalena and went to wait for motorcycle-taxi customers. A man hired Pablo Perez 469 to drive him to Tucurinca, Zona Bananera, Magdalena. A few days later, Pablo Perez 469's body was found on the Santa Ines plantation in Tucurinca. Pablo Perez 469 had been shot to death.

789.   Juana Perez 470 is the wife and legal heir of Pablo Perez 470, with whom she had a family. Pablo Perez 470 was kidnapped and disappeared by AUC paramilitaries on or about July 14, 2001; after kidnapping him, the paramilitaries murdered Pablo Perez 470. Prior to Pablo Perez 470's disappearance, the local AUC paramilitary leader had ordered Pablo Perez 470 to buy him some meat in a location distant from Santa Rosa de Lima, Fundacion, Magdalena. Pablo Perez

470 left his house in Santa Rosa de Lima on the morning of July 14, 2001.  Some hours later, an AUC paramilitary leader came to Pablo Perez 470's house and told Pablo Perez 470's family that he had killed Pablo Perez 470. The paramilitary threatened them with death if they reported the murder.  Shortly after the disappearance of Pablo Perez 470, Juana Perez 470 and her children fled Santa Rosa de Lima out of fear that they, too, would be killed by the AUC paramilitaries. Pablo Perez 470's remains were turned over to Juana Perez 470 by the Colombian Attorney General's Office on March 27, 2009.

790.   Juana Perez 471 is the mother and legal heir of Pablo Perez 471. Pablo Perez 471 was murdered on February 15, 2004 by AUC paramilitaries.  On the evening of February 15, 2004, Pablo Perez 471 left his house in Barrio Francisco de Paula Santander, Fundacion, Magdalena to run an errand.  A short distance away from his home, Pablo Perez 471 was intercepted by a group of AUC paramilitaries who called to him by name.  One of the paramilitaries drew his gun and shot Pablo Perez 471 multiple times, killing him.

791.   Juana Perez 472 is the wife and legal heir of Pablo Perez 472, with whom she had a family.  Pablo Perez 472 was kidnapped and disappeared on September 27, 1999 by AUC paramilitaries.  On the night of September 27, 1999, a group of AUC paramilitaries arrived at the home of Pablo Perez 472 in Santa

Rosa de Lima, Fundacion, Magdalena, where he and his family were sleeping.  The paramilitaries forced their way inside and kidnapped Pablo Perez 472.  Pablo Perez 472 never seen again.  The AUC paramilitaries kidnapped a number of other villagers from Santa Rosa de Lima that same night.

792.   Juana Perez 473 is the wife and legal heir of Pablo Perez 473, with whom she had a family.  Pablo Perez 473 was murdered on May 30, 2001 by AUC paramilitaries.  On the morning of May 30, 2001, Pablo Perez 473 asked his boss for permission to leave work on a palm plantation in Tucurinca, Zona Bananera, Magdalena to go see a doctor, as he was not feeling well.  Pablo Perez 473's boss offered Pablo Perez 473 a ride to the doctor.  Pablo Perez 473, his boss, and his boss' bodyguard boarded a vehicle and drove toward the doctor's office.  Along the way, the vehicle was intercepted by AUC paramilitaries in Guamachito, Zona Bananera.  The paramilitaries shot Pablo Perez 473 multiple times in the head and body, killing him.

793.   Juan Perez 474 is the son and legal heir of Pablo Perez 474.  Pablo Perez 474 was murdered on or about May 6, 2000 by AUC paramilitaries.  Late at night on or about May 6, 2000, a group of AUC paramilitaries arrived at the home of Pablo Perez 474 in Santa Rosa de Lima, Fundacion, Magdalena.  The paramilitaries asked for water, which Pablo Perez 474 and his wife gave them.

After drinking the water, the paramilitaries said that they needed to speak with Pablo Perez 474 and told the other family members to stay in their bedrooms. The paramilitaries took Pablo Perez 474 outside. Minutes later, the paramilitaries shot Pablo Perez 474 multiple times in the head and body, killing him.

794.   Juana Perez 475 is the wife and legal heir of Pablo Perez 475, with whom she had a family. Pablo Perez 475 was murdered on September 8, 1997 by AUC paramilitaries. On the night of September 8, 1997, several AUC paramilitaries arrived in a pickup truck at the small store Pablo Perez 475 ran with his wife in Santa Rosa de Lima, Fundacion, Magdalena. The paramilitaries told those in the store to put their hands up, and then shot Pablo Perez 475 multiple times in the head, killing him.

795.   Juana Perez 476 is the sister and legal heir of Pablo Perez 476. Pablo Perez 476 was kidnapped and disappeared on September 27, 1999 by AUC paramilitaries. On the night of September 27, 1999, Pablo Perez 476 was in a pool hall in Santa Rosa de Lima, Fundacion, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries kidnapped Pablo Perez 476, who was never seen again.

796.   Juana Perez 477 is the mother and legal heir of Pablo Perez 477. Pablo Perez 477 was murdered on April 2, 2002 by AUC paramilitaries. On April

2, 2002, Pablo Perez 477 was traveling from the farm where he worked in La Cristalina, Santa Rosa de Lima in Fundacion, Magdalena to another farm nearby, when he was caught in the crossfire of a shootout between the AUC paramilitaries and the guerrillas. Pablo Perez 477 was hit in the chest by a stray bullet and killed.

797.   Juana Perez 478 is the mother and legal heir of Pablo Perez 478. Pablo Perez 478 was tortured and murdered on or about March 14, 2005 by AUC paramilitaries. On the afternoon of March 14, 2005, Pablo Perez 478 left his home in Barrio Cordobita, Fundacion, Magdalena to go work as a taxi driver. That evening when he did not arrive home, Juana Perez 478 and other family members searched for Pablo Perez 478, but did not find him. Several days later, Juana Perez 478 and her family found Pablo Perez 478's body in the La Cristalina sector of Fundacion. Pablo Perez 478 had been tied up, beaten, and tortured, and his throat was cut.

798.   Juana Perez 479 is the wife and legal heir of Pablo Perez 479, with whom she had a family. Pablo Perez 479 was kidnapped and murdered on March 2, 2000 by AUC paramilitaries. Early on the morning of March 2, 2000, Pablo Perez 479 and Juana Perez 479 were in their home in Barrio Las Brisas, Fundacion, Magdalena when a group of AUC paramilitaries forced their way inside. The paramilitaries threw Juana Perez 479 onto the bed, threatened her and

covered her face.  The paramilitaries seized Pablo Perez 479, tied his wrists and kidnapped him.  Several hours later, Pablo Perez 479's body was found in the 'Vuelta del Cura' sector on the road to Cienaga, Magdalena, along with other bodies.  Pablo Perez 479 had been been shot in the head.

799.   Juana Perez 480 is the wife and legal heir of Pablo Perez 480, with whom she had a family.  Pablo Perez 480 was a former worker at the La Catalina banana plantation in Orihueca, Zona Bananera, Magdalena.  Pablo Perez 480 was murdered on or about September 5, 2007 by AUC paramilitaries.  On or about September 5, 2007, Pablo Perez 480 left his home in Cienaga, Magdalena to go to work.  Pablo Perez 480's body was found in Barrio Santa Ines near the Cienaga Grande swamp on the evening of September 6, 2007. Pablo Perez 480 had been shot in the head and thorax.

800.   Juana Perez 481 is the wife and legal heir of Pablo Perez 481, with whom she had a family.  Pablo Perez 481 was murdered by AUC paramilitaries on October 10, 2003.  Approximately three months prior to his murder, Pablo Perez 481 had fled Fundacion, Magdalena after surviving an attempt on his life by the AUC paramilitaries.  Pablo Perez 481 moved to Riohacha, Guajira, Magdalena. On the evening of October 20, 2003, AUC paramilitaries arrived at the residence

where Pablo Perez 481 was staying in Riohacha. The paramilitaries found Pablo Perez 481 and shot him to death.

801.   Juana Perez 482 is the wife and legal heir of Pablo Perez 482, with whom she had a family.  Pablo Perez 482 was murdered by AUC paramilitaries on May 4, 2004.  On the evening of May 4, 2004, Pablo Perez 482 was at the Resbalosa farm where he lived and worked in Garapata, Pivijay, Magdalena when a group of AUC paramilitaries arrived and knocked on the door of the farmhouse. When Pablo Perez 482 answered the knock, the paramilitaries shot him multiple times, killing him.

802.   Juana Perez 483 is the sister and legal heir of Pablo Perez 483.  Pablo Perez 483 was kidnapped on August 23, 2001 and tortured and murdered on August 24, 2001 by AUC paramilitaries.  On the morning of August 23, 2001, Pablo Perez 483 was in his woodworking shop in San Rafael, Pivijay, Magdalena when a group of AUC paramilitaries forced their way inside. The paramilitaries stole tools and other equipment, and then locked Pablo Perez 483 in a room until the next morning, August 24, 2001.  On August 24, 2001, the paramilitaries took Pablo Perez 483 to a swamp in San Rafael, beat and tortured him, and then shot him multiple times, killing him.

803.    Juana Perez 484 is the mother and legal heir of Pablo Perez 484. Pablo Perez 484 was kidnapped and disappeared on July 26, 2003 by AUC paramilitaries.  On the night of July 26, 2003, AUC paramilitaries came to Pablo Perez 484's home in Monterrubio, Magdalena. The paramilitaries searched the house and interrogated Pablo Perez 484.  The paramilitaries then kidnapped Pablo Perez 484.  Pablo Perez 484 was never seen again.

804.    Juana Perez 485 is the sister and legal heir of Pablo Perez 485A. Pablo Perez 485A was murdered on or about January 30, 2000 by AUC paramilitaries.  On or about January 30, 2000, Pablo Perez 485A was visiting his brother's farm in Caraballo, Pivijay, Magdalena, when a group of AUC paramilitaries entered the farm and asked for Pablo Perez 485A by name.  When Pablo Perez 485A identified himself, the paramilitaries seized him, took him to a storage building, and tied him up.  The paramilitaries then tortured him and slit his throat.  Pablo Perez 485A bled to death from his wounds.  The paramilitaries rounded up and stole livestock from the farm.

805.    Juana Perez 485 is also the wife and legal heir of Pablo Perez 485B, with whom she had a family.  Pablo Perez 485B was murdered on November 14, 2005 by AUC paramilitaries.  On the afternoon of November 14, 2005, Pablo Perez 485B was driving his motorcycle-taxi when he picked up an AUC

361

paramilitary in Fundacion, Magdalena who requested a ride.  On the outskirts of Fundacion, Magdalena, on the road to Pivijay in an area known as "El Lechugal," the AUC paramilitary ordered Pablo Perez 485B to stop his motorcycle at a place where other AUC paramilitaries were waiting.  The paramilitaries forced Pablo Perez 485B off of his motorcycle-taxi, beat him, and then shot him in the head, killing him.  Pablo Perez 485B's decomposing body was found on November 16, 2005.

806.   Juana Perez 486 is the daughter and legal heir of Paula Perez 486A. Paula Perez 486A was murdered on January 2, 2003 by AUC paramilitaries.  On the evening of January 2, 2003, Paula Perez 486A was seated in the doorway of her home in Monterrubio, Sabanas de San Angel, Magdalena speaking with a friend when a group of AUC paramilitaries passed by in a pickup truck.  The paramilitaries pulled over and parked after passing Paula Perez 486A's home. The paramilitaries got out of the pickup truck with weapons in hand, approached Paula Perez 486A, and asked for her by name; when Paula Perez 486A identified herself, one of the paramilitaries shot her twice in the face and chest, killing her.

807.   Juana Perez 486 is also the sister and legal heir of Pablo Perez 486B. Pablo Perez 486B was kidnapped and disappeared on April 27, 2005 by AUC paramilitaries.  On the evening of April 27, 2005, two AUC paramilitaries arrived

362

at Pablo Perez 486B's home in Monterrubio, Magdalena and told him that they needed to speak with him. The paramilitaries kidnapped Pablo Perez 486B, who was never seen again.

808.   Juana Perez 487 is the mother and legal heir of Pablo Perez 487. Pablo Perez 487 was kidnapped and disappeared on November 23, 2000 by AUC paramilitaries. On the night of November 23, 2000, a group of AUC paramilitaries arrived in pickup trucks and forced their way inside the home of Pablo Perez 487 in Barrio El Progreso, Plato, Magdalena. The paramilitaries searched the home, stole money and merchandise the family had in a small store it operated out of the home, and beat Pablo Perez 487's father. The paramilitaries then seized Pablo Perez 487, beat him, and forced him into one of the vehicles in which they had arrived. Pablo Perez 487 was never seen again.

809.   Juana Perez 488 is the wife and legal heir of Pablo Perez 488A, with whom she had a family. Pablo Perez 488A was murdered on January 4, 2001 by AUC paramilitaries. On January 4, 2001, Pablo Perez 488A was at the business he ran in Plato, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries shot Pablo Perez 488A multiple times in the body, killing him.

810.   Juana Perez 488 is also the mother and legal heir of Pablo Perez 488B. Pablo Perez 488B was kidnapped and disappeared on December 17, 2004 by AUC

paramilitaries.  On the morning of December 17, 2004, Pablo Perez 488B was at his home in Plato, Magdalena when two AUC paramilitaries arrived in a taxicab. The paramilitaries kidnapped Pablo Perez 488B.  Pablo Perez 488B was never seen again.

811.    Juana Perez 489 is the mother and legal heir of Pablo Perez 489. Pablo Perez 489 was murdered on June 26, 2004 by AUC paramilitaries.  On the evening of June 26, 2004, Pablo Perez 489 and his family were on their way home from a religious service in Plato, Magdalena when two AUC paramilitaries approached them.  While one of the paramilitaries distracted Pablo Perez 489 with a request for money, the other paramilitary grabbed Pablo Perez 489 around the neck and threw him to the ground.  The paramilitaries then shot Pablo Perez 489 multiple times in the head, killing him.

812.    Juana Perez 490 is the wife and legal heir of Pablo Perez 490.  Pablo Perez 490 was murdered on July 27, 2004 by AUC paramilitaries.  Early on the morning of July 27, 2004 Pablo Perez 490 was at his place of work in Plato, Magdalena selling meat when a group of AUC paramilitaries approached him. One of the paramilitaries asked him for some meat, and when Pablo Perez 490 turned around to fill the paramilitary's order, the paramilitaries shot Pablo Perez 490 multiple times in the head and body, killing him.

813.   Juana Perez 491 is the wife and legal heir of Pablo Perez 491, with whom she had a family.  Pablo Perez 491 was murdered on February 5, 2003 by AUC paramilitaries.  On the evening of February 5, 2003, Pablo Perez 491, Juana Perez 491, and their children were sitting in the doorway of their home in Barrio Luis Carlos Galan, Plato, Magdalena when two AUC paramilitaries approached on foot after leaving their motorcycle nearby.  The paramilitaries shot and killed Pablo Perez 491 in front of Juana Perez 491 and their children.

814.   Juana Perez 492 is the daughter and legal heir of Paula Perez 492. Paula Perez 492 was murdered on or around January 14, 1998 by AUC paramilitaries.  Late at night on or around January 14, 1998, Paula Perez 492 Castro was at home with Juana Perez 492 and other family members in La China, Chivolo, Magdalena when a group of AUC paramilitaries arrived and knocked on the door.  When Paula Perez 492 opened the door, the paramilitaries seized her and forced her to accompany them.  The paramilitaries also tied up two other family members.  The paramilitaries took Paula Perez 492 a short distance away from the house and shot her twice in the head and back, killing her.

815.   Juana Perez 493 is the mother and legal heir of Pablo Perez 493. Pablo Perez 493 was murdered on January 9, 2004 by AUC paramilitaries.  Early on the morning of January 9, 2004, Pablo Perez 493 and his father were travelling

in a taxi from Plato, Magdalena to Pueblo Nuevo, Magdalena when the taxi was

stopped in the La Bonga sector between Pueblo Nuevo and El Dificil, Magdalena

by a group of AUC paramilitaries. The paramilitaries ordered Pablo Perez 493 and

his father to get out of the car.  The paramilitaries referred to a list they had and

shot at Pablo Perez 493 and his father, wounding Pablo Perez 493's father and

killing Pablo Perez 493 with multiple gunshots to the head.

816.   Juana Perez 494A is the daughter and legal heir of Pablo Perez 494.

Juana Perez 494B is the mother and is also a legal heir of Pablo Perez 494. Pablo

Perez 494, a banana worker, was murdered on August 16, 2003 by AUC

paramilitaries.  On the morning of August 16, 2003, Pablo Perez 494 and his son

were on the road to Santa Rosalia, Zona Bananera, Magdalena when they were

intercepted by a group of AUC paramilitaries.  The paramilitaries ordered Pablo

Perez 494 to show them his identification document.  As Pablo Perez 494 was

preparing to show them his identification document, the paramilitaries shot him

multiple times in the head and neck, killing him.

817.   Juana Perez 495 is the mother and legal heir of Pablo Perez 495. Pablo

Perez 495 was murdered on September 12, 2007 by AUC paramilitaries.  On the

afternoon of September 12, 2007, Pablo Perez 495 was chatting with friends near

the railroad tracks in Barrio El Rubi, Buenos Aires in Aracataca, Magdalena when

366

a group of AUC paramilitaries arrived.  The paramilitaries shot Pablo Perez 495 in the head and body, killing him.  The paramilitaries also shot and killed one of Pablo Perez 495's companions.

818.   Juana Perez 496 is the sister and legal heir of Pablo Perez 496.  Pablo Perez 496 was murdered on April 8, 2000 by AUC paramilitaries.  On April 7, 2000, Pablo Perez 496 left his ranch near Media Luna, Pivijay, Magdalena to go to Fundacion, Magdalena.  While Pablo Perez 496 was away, a group of AUC paramilitaries arrived and took possession of Pablo Perez 496's ranch, locking the farm workers in a room and rounding up the livestock to steal.  On the morning of April 8, 2000, Pablo Perez 496 returned to his farm and found the paramilitaries in control of his ranch.  The paramilitaries freed the farm workers, loaded Pablo Perez 496's livestock onto trucks, and ordered Pablo Perez 496 to accompany them.  The paramilitaries drove Pablo Perez 496 to the Caraballo Bridge in Media Luna and shot him twice, killing him.

819.   Juana Perez 497 is the wife and legal heir of Pablo Perez 497, with whom she had a family.  Pablo Perez 497 was murdered on February 27, 2002 by AUC paramilitaries.  On the evening of February 27, 2002, Pablo Perez 497 was in a public area in Barrio Juan XXIII, Fundacion, Magdalena chatting with friends

when two AUC paramilitaries approached.  The paramilitaries shot Pablo Perez 497 several times in the head, killing him.

820.   Juana Perez 498 is the wife and legal heir of Pablo Perez 498, with whom she had a family.  Pablo Perez 498 was murdered on April 22, 2004 by AUC paramilitaries.  On the night of April 22, 2004, Pablo Perez 498 was asleep in his home in Barrio 6 de Enero, Fundacion, Magdalena, when a group of AUC paramilitaries arrived.  The paramilitaries forced open the door to the house and shot and killed Pablo Perez 498.

821.   Juana Perez 499 is the wife and legal heir of Pablo Perez 499, with whom she had a family.  Pablo Perez 499 was kidnapped, tortured, and murdered on March 5, 1997 by AUC paramilitaries.  Early on the morning of March 5, 1997, Pablo Perez 499 was asleep at his home on the farm where he worked in Santa Rosa de Lima, Fundacion, Magdalena when a group of AUC paramilitaries arrived in several trucks.  The paramilitaries forced the residents of the farm out of their homes, and demanded to know who the farm's administrator was.  Not finding the administrator, the paramilitaries threatened the residents and then seized Pablo Perez 499, bound his hands, and kidnapped him.  The paramilitaries tortured Pablo Perez 499, stabbed him to death, and slit his throat, leaving his body some distance from the farm.

822.   Juana Perez 500A is the mother and legal heir of Pablo Perez 500A. Juana Perez 500A is also the sister and legal heir of Pablo Perez 500B.  Juana Perez 500B is the wife and is also a legal heir of Pablo Perez 500B, with whom she had a family.  Pablo Perez 500A and Pablo Perez 500B were kidnapped on April 9, 2002 by AUC paramilitaries; after kidnapping them, the paramilitaries murdered Pablo Perez 500A and Pablo Perez 500B.  On April 9, 2002, Pablo Perez 500A and his uncle Pablo Perez 500B were returning to Fundacion, Magdalena when they were intercepted by a group of AUC paramilitaries between Aracataca and Fundacion.  The paramilitaries kidnapped Pablo Perez 500A and Pablo Perez 500B.  Three days later, the bodies of Pablo Perez 500A and Pablo Perez 500B, as well as two others, were falsely presented by the Colombian Army as members of the AUC paramilitaries who had died in combat with the army.  Press reports from April 13, 2002 and April 14, 2002 indicate that Colonel Enrique Peralta Walker of the Cordoba Battalion of the Colombian Army announced that among the four bodies were those of Jose Gregorio Mangones Lugo, A/K/A "Carlos Tijeras," the commander of the "William Rivas Front" of the AUC Northern Block, and two of his bodyguards.  A press report from April 2, 2009 indicates that Jose Gergorio Mangones Lugo confessed in public testimony that he had Pablo Perez 500A and

Pablo Perez 500B kidnapped and murdered so that he could fake his own death, in cooperation with the Cordoba Battalion of the Colombian Army.

823.   Juana Perez 501A is the wife and legal heir of Pablo Perez 501, with whom she had a family.  Juana Perez 501B is the sister and is also a legal heir of Pablo Perez 501.  Pablo Perez 501was murdered on November 8, 2001 by AUC paramilitaries.  On the evening of November 8, 2001, Pablo Perez 501 was near a bridge in Fundacion, Magdalena that leads to Sampues, Aracataca, Magdalena when he was approached by AUC paramilitaries.  The paramilitaries shot Pablo Perez 501 six times, killing him.

824.   Juana Perez 502 is the wife and legal heir of Pablo Perez 502, with whom she had a family.  Pablo Perez 502 was kidnapped and disappeared on May 29, 2004 by AUC paramilitaries.  On May 29, 2004, Pablo Perez 502 was returning to a farm in Canoas, Pivijay, Magdalena when he was intercepted by AUC paramilitaries.  The paramilitaries asked Pablo Perez 502 to identify himself, and when he did, the paramilitaries seized and kidnapped him.  Pablo Perez 502 was never seen again.

825.   Juan Perez 503 is the son and legal heir of Pablo Perez 503A.  Juan Perez 503 is also the brother and legal heir of Pablo Perez 503B.  Pablo Perez 503A and Pablo Perez 503B were murdered on April 12, 2003 by AUC

370

paramilitaries.  On April 12, 2003, Pablo Perez 503A and Pablo Perez 503B were intercepted by a group of AUC paramilitaries at an AUC roadblock in Sacramento, Fundacion, Magdalena.  The paramilitaries robbed money from Pablo Perez 503A and Pablo Perez 503B, bound and gagged them, beat them, and then shot them to death.

826.   Juana Perez 504 is the wife and legal heir of Pablo Perez 504, with whom she had a family.  Pablo Perez 504 was murdered on or around February 13, 2001 by AUC paramilitaries.  On or around February 13, 2001, Pablo Perez 504 was in Sacramento, Fundacion, Magdalena when he was caught in the crossfire of a firefight between guerrillas and AUC paramilitaries.  Pablo Perez 504 tried to hide, but he was hit by bullets and killed.  Pablo Perez 504's body was recovered approximately five days later, on or around February 18, 2001, once the fighting had ceased.

827.   Juan Perez 505 is the father and legal heir of Pablo Perez 505.  Pablo Perez 505 was kidnapped, tortured, and murdered on August 29, 2007 by AUC paramilitaries.  On August 29, 2007, Pablo Perez 505 was driving his motorcycle-taxi in Fundacion, Magdalena when he was intercepted by AUC paramilitaries. The paramilitaries kidnapped Pablo Perez 505, tortured him, and strangled him to death, leaving his motorcycle-taxi in El Reten, Magdalena and his corpse on the

road between Fundacion and Pivijay. Pablo Perez 505 was found with signs of having been bound and with cuts on his face and a stab wound to his head.

828.   Juana Perez 506 is the wife and legal heir of Pablo Perez 506, with whom she had a family.  Pablo Perez 506 was murdered on June 21, 1999 by AUC paramilitaries.  On the evening of June 21, 1999, Pablo Perez 506 was tending to the store he owned in La Loma del Balsamo, Algarrobo, Magdalena when a group of AUC paramilitaries arrived in a pickup truck. The paramilitaries asked Pablo Perez 506 to sell them water and cigarettes.  When Pablo Perez 506 turned around to retrieve the items the paramilitaries had requested, one of the paramilitaries shot and killed Pablo Perez 506.

829.   Juana Perez 507 is the sister and legal heir of Pablo Perez 507.  Pablo Perez 507 was kidnapped and murdered on September 17, 2002 by AUC paramilitaries.  Near midday on September 17, 2002, Pablo Perez 507 was at a pool hall in Fundacion, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries forced Pablo Perez 507 to accompany them.  The paramilitaries took Pablo Perez 507 to a point on the road between Fundacion and Pivijay and shot him in the head and thorax, killing him.

830.   Juana Perez 508 is the mother and legal heir of Pablo Perez 508. Pablo Perez 508 was murdered on July 21, 2001 by AUC paramilitaries.  On July

21, 2001, Pablo Perez 508 was chatting with friends in Los Barrios, Sabanas de San Angel, Madalena when a group of AUC paramilitaries arrived.  The paramilitaries ordered Pablo Perez 508 to help them do road maintenance, and Pablo Perez 508 accompanied them.  The paramilitaries then shot and killed Pablo Perez 508.

831.   Juana Perez 509 is the wife and legal heir of Pablo Perez 509, with whom she had a family.  Pablo Perez 509 was murdered on March 17, 2007 by AUC paramilitaries. On the night of March 17, 2007, Pablo Perez 509 was on the street in Barrio Francisco de Paula Santander, Fundacion, Magdalena when he was intercepted by a group of AUC paramilitaries.  The paramilitaries stabbed Pablo Perez 509 to death.

832.   Juana Perez 510 is the mother and legal heir of Pablo Perez 510. Pablo Perez 510 was murdered on August 27, 2003 by AUC paramilitaries.  Early on the morning of August 27, 2003, Pablo Perez 510 left his home in Aracataca, Magdalena to go to work. Along the way, Pablo Perez 510 was intercepted by AUC paramilitaries near the railroad line in Buenos Aires, Aracataca.  The paramilitaries shot Pablo Perez 510 multiple times in the head, neck, and thorax, killing him.

833.   Juana Perez 511 is the wife and legal heir of Pablo Perez 511, with whom she had a family.  Pablo Perez 511 was murdered on January 30, 2000 by AUC paramilitaries.  On the afternoon of January 30, 2000, Pablo Perez 511 was at his home in Las Colonias, Pivijay, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries beat Pablo Perez 511 and an uncle of his.  The paramilitaries then shot and killed Pablo Perez 511.

834.   Juana Perez 512 is the wife and legal heir of Pablo Perez 512, with whom she had a family.  Pablo Perez 512 was mortally wounded on March 4, 1997 by AUC paramilitaries.  On the night of March 4, 1997, Pablo Perez 512 was with Juana Perez 512 and in their house in Barrio Simon Bolivar, Fundacion, Magdalena when an AUC paramilitary arrived. The paramilitary shot Pablo Perez 512 multiple times, mortally wounding him.  Pablo Perez 512 died of his wounds the next day, on March 5, 1997.

835.   Juana Perez 513 is the wife and legal heir of Pablo Perez 513, with whom she had a family.  Pablo Perez 513 was murdered on July 16, 2007 by AUC paramilitaries.  In the early morning hours of July 16, 2007, Pablo Perez 513 was at a dance party in Barrio 16 de Julio, Fundacion, Magdalena when an AUC paramilitary approached him.  The paramilitary shot Pablo Perez 513 in the head and thorax, killing him.

374

836.   Juana Perez 514 is the sister and legal heir of Pablo Perez 514.  Pablo Perez 514 was kidnapped by AUC paramilitaries on or about November 10, 1998; after kidnapping him, the paramilitaries murdered Pablo Perez 514.  Near midnight on or about November 10, 1998, Pablo Perez 514 was at a public festival in Fundacion, Magdalena when he was intercepted by AUC paramilitaries. The paramilitaries forced Pablo Perez 514 into their vehicle and kidnapped him.  On November 13, 1998, Pablo Perez 514's body was found in the municipal garbage dump on the Fundacion-Pivijay road in Magdalena.  Pablo Perez 514 had been shot to death.

837.   Juana Perez 515 is the wife and legal heir of Pablo Perez 515, with whom she had a family.  Pablo Perez 515 was kidnapped and murdered on December 15, 1998 by AUC paramilitaries.  On December 15, 1998, Pablo Perez 515 was returning to Fundacion, Magdalena from his farm in the Sierra Nevada de Santa Marta mountains when the passenger transport in which he was riding was stopped by an AUC paramilitary roadblock in Santa Rosa de Lima, Fundacion, Magdalena.  The paramilitaries forced Pablo Perez 515 and several other passengers to get out.  The paramilitaries kidnapped Pablo Perez 515, and then shot him in the head, neck, and back, killing him.  Pablo Perez 515's body was found some hours later near Estacion Lleras, Aracataca, Magdalena.

375

838.   Juana Perez 516A is the daughter and legal heir of Pablo Perez 516. Juan Perez 516B is the son and is also a legal heir of Pablo Perez 516. Pablo Perez 516 was kidnapped and disappeared on November 14, 2006 by AUC paramilitaries. On the afternoon of November 14, 2006, Pablo Perez 516 was at the 'Bella Vista' farm where he worked in Flores de Maria, Plato, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries kidnapped Pablo Perez 516. Pablo Perez 516 was never seen again.

839.   Juan Perez 517 is the brother and legal heir of Pablo Perez 517. Pablo Perez 517 was kidnapped and disappeared on April 11, 2005 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 517. On the afternoon of April 11, 2005, Pablo Perez 517 was at a motorcycle-taxi stand in Fundacion, Magdalena when he was approached by a passenger who said he needed a ride to Finca Palmari, a farm located in Ariguani, Fundacion, Magdalena. Pablo Perez 517 rode off with the passenger. Pablo Perez 517 was never seen alive again. Several years later, Pablo Perez 517's body was exhumed from a grave site on Finca Palmari, which had been under AUC paramilitary control at the time of Pablo Perez 517's disappearance. Pablo Perez 517's remains were returned to his family by the Colombia Attorney General's Office on March 27, 2009.

840.    Juana Perez 518A is the mother and legal heir of Pablo Perez 518. Juana Perez 518B is the wife and is also a legal heir of Pablo Perez 518, with whom she had three children, and the mother of Juanita Perez 518C, an adult born in 1994, and of Juanito Perez 518D, who was born in 1996. Juanita Perez 518C and Juanito Perez 518D are the children and are also legal heirs of Pablo Perez 518. Pablo Perez 518 was kidnapped and murdered on September 30, 2002 by AUC paramilitaries. On the morning of September 30, 2002, Pablo Perez 518 left his home to start his work day near Apure, Plato, Magdalena, accompanied by his father and brother. Pablo Perez 518, his father and brother were intercepted by a group of AUC paramilitaries in a truck. The paramilitaries forced Pablo Perez 518 into their truck and took him a short distance away. The paramilitaries then shot Pablo Perez 518 multiple times in the head and body, killing him.

841.    Juana Perez 519 is the wife and legal heir of Pablo Perez 519. Pablo Perez 519 was kidnapped and disappeared on June 9, 1998 by AUC paramilitaries. Early on the morning of June 9, 1998, Pablo Perez 519 was riding as a passenger in a public transport vehicle between Sacramento, Fundacion, Magdalena and Fundacion when the public transport was intercepted by AUC paramilitaries at a roadblock near Bellavista, Fundacion. The paramilitaries asked for Pablo Perez

519 by name; when Pablo Perez 519 identified himself, the paramilitaries forced him into a vehicle and kidnapped him.  Pablo Perez 519 was never seen again.

842.   Juana Perez 520 is the daughter and legal heir of Pablo Perez 520A. Pablo Perez 520A was kidnapped and disappeared on September 4, 1997 by AUC paramilitaries.  On September 4, 1997, Pablo Perez 520A was working on a farm in El Pueblito de los Barrios, Monterrubio, Magdalena when a group of AUC paramilitaries entered the property.  After demanding that Pablo Perez 520A identify himself, the paramilitaries kidnapped Pablo Perez 520A.  Pablo Perez 520A was never seen again.

843.   Juana Perez 520 is also the sister and legal heir of Pablo Perez 520B and of Pablo Perez 520C.  Pablo Perez 520B and Pablo Perez 520C were kidnapped and murdered on September 10, 1997 by AUC paramilitaries.  In the early morning hours of September 10, 1997, Pablo Perez 520B and Pablo Perez 520C were in their home in Barrio Simon Bolivar, Fundacion, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries forced their way inside the home, seized Pablo Perez 520B and Pablo Perez 520C, bound them, and forced them into a vehicle, kidnapping them.  The paramilitaries shot Pablo Perez 520B and Pablo Perez 520C multiple times, killing them, and left their bodies on the road between Fundacion and Monterrubio.

844.   Juana Perez 521 is the wife and legal heir of Pablo Perez 521, with whom she had a family.  Pablo Perez 521, an occasional worker at the Las Flores banana plantation, was murdered on July 4, 2008 by AUC paramilitaries.  On the evening of July 4, 2008, Pablo Perez 521 was on the terrace of his home in Barrio Francisco de Paula Santander, Fundacion, Magdalena with Juana Perez 521 when an AUC paramilitary arrived and asked to pay for the use of their phone.  Pablo Perez 521 acceded, and the paramilitary began his phone call.  When, after several minutes, Juana Perez 521 got up and went inside the home, the paramilitary shot Pablo Perez 521 four times in the body, killing him.

845.   Juana Perez 522 is the mother and legal heir of Pablo Perez 522. Pablo Perez 522 was murdered on March 5, 1999 by AUC paramilitaries.  On March 5, 1999, Pablo Perez 522 was in Barrio Central, Soledad, Atlantico when he was approached by a group of AUC paramilitaries.  The paramilitaries murdered Pablo Perez 522 with machete blows.

846.   Juan Perez 523 is the father and legal heir of Pablo Perez 523.  Pablo Perez 523 was murdered on September 12, 2007 by AUC paramilitaries.  On September 12, 2007, Pablo Perez 523 was meeting with a group of friends on the railroad tracks in Barrio El Rubi, Buenos Aires in Aracataca, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries opened fire

379

indiscriminately on the group of friends, killing Pablo Perez 523 with a gunshot to the neck.

847.   Juan Perez 524 is the husband and legal heir of Paula Perez 524, with whom he had a family.  Paula Perez 524 was murdered on April 18, 2007 by AUC paramilitaries.  In the early morning hours of April 18, 2007, Paula Perez 524 was asleep in her home in Barrio San Carlos, Fundacion, Magdalena when a group of AUC paramilitaries forced their way into her home.  The paramilitaries struggled with Paula Perez 524's father and killed him with a gunshot to the head.  When Paula Perez 524 rushed to her father's defense, the paramilitaries shot her in the head, killing her.

848.   Juan Perez 525 is the father and legal heir of Pablo Perez 525.  Pablo Perez 525 was kidnapped and murdered on October 23, 2002 by AUC paramilitaries.  In the early morning hours of October 23, Pablo Perez 525 and Juan Perez 525 were asleep in their home in La Colombia, El Reten, Magdalena when AUC paramilitaries arrived and knocked on the door.  Pablo Perez 525 opened the door in response to the knocking, and stepped outside to see what the paramilitaries wanted.  The paramilitaries kidnapped Pablo Perez 525, and then murdered him by cutting his throat, leaving his body in Aracataca, Magdalena, where it was found later that same day.

849.   Juana Perez 526 is the mother and legal heir of Pablo Perez 526, a student.  Pablo Perez 526 was murdered on January 19, 2000 by AUC paramilitaries.  On the night of January 19, 2000, Pablo Perez 526 was intercepted on the street in Fundacion, Magadalena by a group of AUC paramilitaries.  The paramilitaries demanded that Pablo Perez 526 identify himself.  When Pablo Perez 526 identified himself, the paramilitaries shot and killed him.

850.   Juan Perez 527 is the father and legal heir of Pablo Perez 527, an adolescent.  Pablo Perez 527 was kidnapped and murdered on or about May 15, 2002 by AUC paramilitaries.  In the evening on or about May 15, 2002, Pablo Perez 527 was chatting with friends in a park near his home in Plato, Magdalena when a group of AUC paramilitaries arrived aboard a vehicle.  The paramilitaries forced Pablo Perez 527 and one of his friends into the vehicle and kidnapped them. The following morning, on or about May 16, 2002, the bodies of Pablo Perez 527 and his friend were found on the outskirts of Plato on the Plato-Bosconia road. The paramilitaries tortured Pablo Perez 527 and shot him three times in the head. The paramilitaries also killed Pablo Perez 527's friend.

851.   Juan Perez 528 is the father and legal heir of Pablo Perez 528.  Pablo Perez 528 was kidnapped and murdered on June 21, 2004 by AUC paramilitaries. On the morning of June 21, 2004, Pablo Perez 528 was intercepted by a group of

AUC paramilitaries in Maicao, Guajira.  The paramilitaries forced Pablo Perez 528 into a vehicle and drove off with him.  The paramilitaries shot Pablo Perez 528 multiple times, killing him and leaving his body between Paraguachon and Maicao, Guajira.

852.   Juana Perez 529 is the wife and legal heir of Pablo Perez 529, with whom she had a family.  Pablo Perez 529 was murdered on February 15, 2002 2004 by AUC paramilitaries.  On the afternoon of February 15, 2002, Pablo Perez 529 was on the Las Delicias farm in Santa Rosa de Lima, Fundacion, Magdalena where he lived and worked when a group of AUC paramilitaries arrived.  The paramiltaries shot Pablo Perez 529 multiple times, killing him.

853.   Juana Perez 530 is the mother and legal heir of Pablo Perez 530. Pablo Perez 530 was murdered on July 5, 2004 by AUC paramilitaries.  On the afternoon of July 5, 2004, Pablo Perez 530 was in Barrio 6 de Enero, Fundacion, Magdalena when he was intercepted by AUC paramilitaries.  The paramilitaries shot Pablo Perez 530 four times in the head and once in the neck, killing him.

854.   Juana Perez 531 is the daughter and legal heir of Pablo Perez 531. Pablo Perez 531 was murdered on July 8, 2001 by AUC paramilitaries.  On the afternoon of July 8, 2001, Pablo Perez 531 was at his brother's home in Barrio El

Progreso, Fundacion, Magdalena seated near the doorway, when a group of AUC paramilitaries shot and killed him.

855.   Juana Perez 532 is the wife and legal heir of Pablo Perez 532, with whom she had a family.  Pablo Perez 532, a teacher, was murdered on October 28, 2002 by AUC paramilitaries.  On the morning of October 28, 2002, Pablo Perez 532 was seated near the doorway of a relative's home in Media Luna, Pivijay, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries shot and killed Pablo Perez 532.

856.   Juana Perez 533 is the wife and legal heir of Pablo Perez 533, with whom she had a family.  Pablo Perez 533 was murdered on May 7, 2001 by AUC paramilitaries.  On May 7, 2001, Pablo Perez 533 was seated near the front door of his home in Barrio Los Laureles, Santa Marta, Magdalena when a group of AUC paramilitaries arrived on foot.  The paramilitaries shot and killed Pablo Perez 533 inside his home.

857.   Juana Perez 534 is the daughter and legal heir of Pablo Perez 534. Pablo Perez 534 was kidnapped on April 8, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 534.  Late on the night of April 8, 1998, Pablo Perez 534 was asleep in his home in Pinuela, Pivijay, Magdalena when a group of AUC paramilitaries arrived and knocked on the door.

When Pablo Perez 534 opened the door, the paramilitaries forced their way inside, stole merchandise, appliances, domestic animals, and other valuables belonging to Pablo Perez 534 and his family, and loaded them into a truck. The paramilitaries then seized Pablo Perez 534, and forced him into a vehicle, kidnapping him. Pablo Perez 534's body was found the following day, on April 9, 1998. Pablo Perez 534 had been shot to death.

858.   Juana Perez 535 is the mother and legal heir of Paula Perez 535A and of Paula Perez 535B. Paula Perez 535A and of Paula Perez 535B were murdered on or about September 19, 1999 by AUC paramilitaries. Sometime between the late night hours of September 18, 1999, and the early morning hours of September 19, 1999 Paula Perez 535A and of Paula Perez 535B were walking home from a dance in Barrio Monterrey, Fundacion, Magdalena when they were intercepted by a group of AUC paramilitaries. The paramilitaries forced Paula Perez 535A and of Paula Perez 535B to lay on the ground and then shot them both, killing them.

859.   Juana Perez 536A is the daughter and legal heir of Pablo Perez 536. Juana Perez 536B is the wife and is also a legal heir of Pablo Perez 536, with whom she had a family. Juan Perez 536C is the son and is also a legal heir of Pablo Perez 536. Pablo Perez 536 was murdered by AUC paramilitaries on or about August 9, 2000. On or about August 9, 2000, in the evening, Pablo Perez

384

536 was riding his motorcycle in Ciudadela 29 de Julio, Santa Marta, Magdalena when he was intercepted by armed AUC paramilitaries.  The paramilitaries shot Pablo Perez 536 in the head and thorax, killing him.

860.   Juana Perez 537 is the mother and legal heir of Pablo Perez 537. Pablo Perez 537 was murdered on December 15, 2004 by AUC paramilitaries.  On the night of December 15, 2004, Pablo Perez 537 was walking near his home in Barrio Monterrey, Fundacion, Magdalena when he was intercepted by AUC paramilitaries.  The paramilitaries shot Pablo Perez 537 multiple times, killing him.

861.   Juana Perez 538 is the mother and legal heir of Pablo Perez 538. Pablo Perez 538 was murdered on April 30, 2003 by AUC paramilitaries.  On the morning of April 30, 2003, Pablo Perez 538 left his home in Barrio Simon Bolivar, Fundacion, Magdalena to go to a meeting he had been called to.  Pablo Perez 538 was intercepted by AUC paramilitaries.  The paramilitaries shot Pablo Perez 538 multiple times in the head and neck, killing him and leaving his body near the 'Carevaca' sector on the road between Fundacion and Lomas del Balsamo.

862.   Juana Perez 539 is the daughter and legal heir of Pablo Perez 539. Pablo Perez 539 was kidnapped and murdered on August 3, 2000 by AUC paramilitaries.  On the morning of August 3, 2000, Pablo Perez 539 was at the Gloria farm in Santa Rosa de Lima, Fundacion, Magdalena when a group of AUC

paramilitaries arrived. Several of the paramilitaries kidnapped Pablo Perez 539 while the rest stayed on the farm and robbed valuables. The paramilitaries took Pablo Perez 539 to the "El 20" farm in Santa Rosa de Lima and shot him in the head, killing him.

863.   Juan Perez 540 is the father and legal heir of Pablo Perez 540A and of Pablo Perez 540B. Pablo Perez 540A and of Pablo Perez 540B were kidnapped and disappeared in October 2002 by AUC paramilitaries. In October 2002, Pablo Perez 540A and of Pablo Perez 540B left their homes in Fundacion, Magdalena and went to the coffee farm where they worked in Palmor, Cienaga, Magdalena, in the Sierra Nevada de Santa Marta mountains. A group of AUC paramilitaries arrived at the farm and murdered some of the farm workers there and kidnapped and disappeared other farm workers. Among the farm workers kidnapped and disappeared were Pablo Perez 540A and of Pablo Perez 540B. Pablo Perez 540A and of Pablo Perez 540B were never seen again.

864.   Juana Perez 541 is the mother and legal heir of Pablo Perez 541. Pablo Perez 541 was kidnapped and disappeared on July 19, 2003 by AUC paramilitaries. On the night of July 19, 2003, Pablo Perez 541 was working at a billiard hall in Chinoblas, Pivijay, Magdalena when a group of AUC paramilitaries entered and kidnapped him. Pablo Perez 541 was never seen again.

865.   Juana Perez 542 is the wife and legal heir of Pablo Perez 542.  Pablo Perez 542 was kidnapped and disappeared on July 16, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 542. On the night of July 16, 2002, Pablo Perez 542 was sitting in his house in Bellavista, Fundacion, Magdalena when a group of AUC paramilitaries arrived and knocked on the door.  When Pablo Perez 542 opened the door, the paramilitaries forced their way inside, searched the house and then kidnapped Pablo Perez 542. The next day, on July 17, 2002, Pablo Perez 542's family went to the Acapulco farm where the AUC paramilitaries had a base and asked about Pablo Perez 542's whereabouts.  The AUC denied holding Pablo Perez 542 at the Acapulco farm. Several years later, a worker on the Acapulco farm told Pablo Perez 542's family the location of a buried body, which turned out to be that of Pablo Perez 542.  On December 16, 2007, the Colombian Attorney General's Office turned over Pablo Perez 542's remains to Isabel Juana Perez 542.

866.   Juana Perez 543 is the wife and legal heir of Pablo Perez 543.  Pablo Perez 543 was murdered on December 6, 2008 by AUC paramilitaries.  On the morning of December 6, 2008, Pablo Perez 543 was in La Colombia, Aracataca, Magdalena when he was intercepted by AUC paramilitaries. The paramilitaries

beat Pablo Perez 543 in the face and shot him multiple times in the head and body, killing him.

867.   Juan Perez 544 is the son and legal heir of Pablo Perez 544. Pablo Perez 544 was murdered on November 21, 1996 by FARC guerrillas. On November 21, 1996, Pablo Perez 544 was in his home in Copey, Cesar when an urban commando unit of the FARC arrived. The FARC guerrillas asked for Pablo Perez 544 by name. When Pablo Perez 544 came outside his home to see what the guerrillas wanted, the guerrillas told Pablo Perez 544 that they needed him to accompany them. When Pablo Perez 544 refused to leave, one of the guerrillas withdrew a firearm and shot Pablo Perez 544 in the head and body, killing him.

868.   Juana Perez 545 is the sister and legal heir of Pablo Perez 545.  Pablo Perez 545 was kidnapped and disappeared on April 25, 2005 by AUC paramilitaries.  On the morning of April 25, 2005, Pablo Perez 545 was working on the Colorado Farm in Cienaga, Magdalena when AUC paramilitaries in a truck with polarized windows arrived.  The paramilitaries forced Pablo Perez 545 into the truck, kidnapping him.  Pablo Perez 545 was never seen again.

869.   Juana Perez 546 is the niece and legal heir of Pablo Perez 546. Pablo Perez 546 was kidnapped, tortured and murdered on February 19, 1995 by FARC guerrillas. Pablo Perez 546 owned a store in Brasiles, San Diego, Cesar and

regularly sold supplies to the FARC guerrillas as well as to the Colombian army. On the afternoon of February 19, 1995, Pablo Perez 546 was on his way from Brasiles to San Diego, Cesar when the vehicle in which he was riding was intercepted by FARC guerrillas. The guerrillas kidnapped Pablo Perez 546, took him to a place some distance away, and tortured him. The guerrillas then murdered Pablo Perez 546 with multiple gunshots to the head, neck and body.

870.   Juana Perez 547 is the wife and legal heir of Pablo Perez 547, with whom she had a family.  Pablo Perez 547 was kidnapped and disappeared on November 2, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 547.  Late on the night of November 2, 2000, AUC paramilitaries came to Pablo Perez 547's home in Barrio Las Delicias, Fundacion, Magdalena, kicked in the front door and forced their way inside.  The paramilitaries seized Pablo Perez 547 and forced him into their truck, kidnapping him.  Pablo Perez 547's body was later found buried in Aracataca, Magdalena.

871.   Juana Perez 548 is the wife and legal heir of Pablo Perez 548, with whom she had a family. Pablo Perez 548 was murdered on July 17, 1999 by AUC paramilitaries.  On the of night of July 17, 1999, Pablo Perez 548 was at a street festival in Parque El Carmen in Fundacion, Magdalena when he was approached by an AUC paramilitary.  The paramilitary shot Pablo Perez 548 twice, mortally

wounding him.  Pablo Perez 548 was transported to a Fundacion hospital, where he died of his wounds shortly thereafter.

872.   Juana Perez 549 is the sister and legal heir of Pablo Perez 549.  Pablo Perez 549 was kidnapped and disappeared on June 7, 2002 by AUC paramilitaries. On the morning of June 7, 2002, a group of AUC paramilitaries came to the Santa Elena Farm in the Dona Maria region of Fundacion, Magdalena where Pablo Perez 549 was working.  The paramilitaries murdered the owner of the farm and one of his sons.  The paramilitaries then kidnapped and disappeared several farm workers, among them Pablo Perez 549.  Pablo Perez 549 was never seen again.

873.   Juana Perez 550 is the wife and legal heir of Pablo Perez 550, with whom she had a family.  Pablo Perez 550, an occasional banana worker, was kidnapped on April 14, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 550.  On April 14, 2000, Pablo Perez 550 was in Cienaga, Magdalena when he was intercepted by AUC paramilitaries in a pickup truck.  The paramilitaries forced Pablo Perez 550 into the truck and kidnapped him. The following day, on April 15, 2000, Pablo Perez 550's body was found in a rural area of Cienaga.  Pablo Perez 550 had been shot four times in the head.

874.   Juana Perez 551 is the mother and legal heir of Pablo Perez 551A, an occasional banana worker, and of Paula Perez 551B.  Pablo Perez 551A and Paula

Perez 551B were murdered on October 6, 2001 by AUC paramilitaries.  On the evening of October 6, 2001, two AUC paramilitaries arrived at the house of Paula Perez 551B in Piloto, Guacamayal, Zona Bananera, Magdalena on a motorcycle and forced their way inside the house.  The paramilitaries shot and killed Paula Perez 551B's husband, then shot and killed Paula Perez 551B.  Just then, as Pablo Perez 551A arrived at the house, the paramilitaries shot Pablo Perez 551A to death as well.

875.    Juana Perez 552A is the aunt and legal heir of Pablo Perez 552.  Juan Perez 552B is the brother and is also a legal heir of Pablo Perez 552.  Pablo Perez 552, a banana worker, was murdered on January 14, 2001 by AUC paramilitaries.  On the night of January 14, 2001, Pablo Perez 552 was walking with a friend near his home in La Barca, Sevilla, Zona Bananera, Magdalena when they were intercepted by AUC paramilitaries.  The paramilitaries shot Pablo Perez 552 twice in the body, killing him.  The paramilitaries also shot and killed Pablo Perez 552's friend.

876.    Juana Perez 553 is the daughter and legal heir of Pablo Perez 553, a trader of bananas unsuitable for export.  Pablo Perez 553 was murdered on December 1, 1998 by AUC paramilitaries.  On the morning of December 1, 1998, Pablo Perez 553 was in Guacamayal, Zona Bananera, Magdalena when he was

intercepted by AUC paramilitaries.  The paramilitaries shot and killed Pablo Perez 553.  Prior to his murder, Pablo Perez 553 had received death threats from AUC paramilitaries.

877.   Juana Perez 554 is the wife and legal heir of Pablo Perez 554, with whom she had a family.  Pablo Perez 554, a banana trader, was murdered on May 10, 1999 by AUC paramilitaries.  On May 10, 1999, Pablo Perez 554 set out from Guacamayal, Magdalena with a friend for Tierra Nueva, Puebloviejo.  Along the way Pablo Perez 554 and his friend were intercepted by a group of AUC paramilitaries.  The paramilitaries tortured Pablo Perez 554 and his friend.  The paramilitaries murdered Pablo Perez 554 and Pablo Perez 554's friend and buried their bodies in a clandestine grave.  The bodies of Pablo Perez 554 and his friend were found in Tierra Nueva, Pueblo Viejo, Magdalena on May 12, 1999.

878.   Juana Perez 555 is the mother and legal heir of Pablo Perez 555, an occasional banana worker.  Pablo Perez 555 was murdered by AUC paramilitaries on June 15, 1997.  On the evening of June 15, 1997, Pablo Perez 555 was in Chimila, Magdalena when he was intercepted by AUC paramilitaries.  The paramilitaries shot and killed Pablo Perez 555.

879.   Juana Perez 556A is the wife and legal heir of Pablo Perez 556, with whom she had a family. Juana Perez 556B also the wife and is also a legal heir of

Pablo Perez 556. Pablo Perez 556, a banana worker, was murdered on December 28, 2003 by AUC paramilitaries. On the afternoon of December 28, 2003, Pablo Perez 556 was returning to his home in Varela, Zona Bananera, Magdalena after finishing work at a nearby banana plantation when he was intercepted by AUC paramilitaries. The paramilitaries shot Pablo Perez 556 to death with two gunshots to the head.

880.   Juana Perez 557 is the wife and legal heir of Pablo Perez 557.  Pablo Perez 557 was kidnapped and murdered on July 1, 1997 by AUC paramilitaries. On the morning of July 1, 1997, Pablo Perez 557 was in the office of the Acura farm, a banana plantation in La Agustina, Guacamayal, Magdalena when several AUC paramilitaries came in and asked for Pablo Perez 557 by name.  When Pablo Perez 557 identified himself, the paramilitaries kidnapped him and took him to a nearby road.  The paramilitaries shot Pablo Perez 557 multiple times, killing him. The paramilitaries then stole Pablo Perez 557's motorcycle, clothing, and other belongings.

881.   Juana Perez 558 is the wife and legal heir of Pablo Perez 558A, with whom she had a family. Pablo Perez 558A, a security guard at Finca Sol-Luna, a banana plantation affiliated with Chiquita, was murdered on January 9, 1998 by AUC paramilitaries. On January 9, 1998, after finishing up his shift at Finca Sol-

Luna, Pablo Perez 558A was returning to his home in Guacamayal, Magdalena when he was intercepted by a group of AUC paramilitaries in the hamlet of Paulina, Guacamayal. The paramilitaries searched Pablo Perez 558A, stole his bicycle, backpack and identity document, and shot him to death in front of his son.

882.    Juana Perez 558 is also the mother and legal heir of Pablo Perez 558B. Pablo Perez 558B, an occasional banana worker, was murdered on November 23, 2002 by AUC paramilitaries. On November 23, 2002, Pablo Perez 558B was in central Guacamayal when he was approached by two AUC paramilitaries on a motorcycle. The paramilitaries ordered Pablo Perez 558B to turn around. When Pablo Perez 558B had his back to the paramilitaries, the paramilitaries shot him to death.

883.    Juana Perez 559 is the wife and legal heir of Pablo Perez 559.  Pablo Perez 559 was kidnapped, tortured, and murdered on February 26, 1998 by AUC paramilitaries.  On February 26, 1998, Pablo Perez 559 and Juana Perez 559 went into the center of Guacamayal, Zona Bananera, Magdalena to board a bus to Cienaga, Magdalena.  When Pablo Perez 559 and Juana Perez 559 arrived at the Guacamayal town square, they were intercepted by a group of AUC paramilitaries in several pickup trucks. The paramilitaries surrounded Pablo Perez 559 and Juana Perez 559 and pointed their weapons at them.  Claiming that Pablo Perez 559 was

a guerilla, the paramilitaries forced him and another passerby into their trucks and kidnapped them.  The paramilitaries tortured Pablo Perez 559 and then brought him and the other prisoner back to the Guacamayal town square.  The paramilitaries tied up Pablo Perez 559 and the other prisoner and then shot Pablo Perez 559 in the head, killing him.  The paramilitaries also shot and killed the other man.

884.   Juana Perez 560A is the daughter and legal heir of Pablo Perez 560A. Juana Perez 560A is also the sister and legal heir of Pablo Perez 560B.  Juana Perez 560B is the also the daughter and is also a legal heir of Pablo Perez 560A. Juana Perez 560B is also the sister and is also a legal heir of Pablo Perez 560B. Pablo Perez 560A and Pablo Perez 560B were murdered on March 4, 1997 by AUC paramilitaries.  On the morning of March 4, 1997, a group of AUC paramilitaries arrived in a pickup truck at the home of Pablo Perez 560A, Pablo Perez 560B, Juana Perez 560A, and their family in Barrio Zuluaga, Guacamayal, Magdalena and forced their way inside.  The paramilitaries demanded that Pablo Perez 560A show his identification, then dragged him out in front of the house and shot and killed him.  The paramilitaries went back into the house and demanded that Pablo Perez 560B show his identification.  The paramilitaries shoved Juana Perez 560A and her mother out to the patio and locked the door of the patio to the

house, then dragged Pablo Perez 560B out of the house and shot and killed him. The paramilitaries left with the identity documents of Pablo Perez 560A and Pablo Perez 560B.

885.   Juan Perez 561A is the brother and legal heir of Pablo Perez 561. Juan Perez 561B is also the brother and is also a legal heir of Pablo Perez 561. Pablo Perez 561 was murdered on May 20, 2005 by AUC paramilitaries.  On the afternoon of May 20, 2005, two AUC paramilitaries arrived at the home of Pablo Perez 561 in Sevilla, Zona Bananera, Magdalena.  Pablo Perez 561 left the house with the paramilitaries.  Pablo Perez 561's body was found later that same day in Sevillano, Cienaga, Magdalena.  Pablo Perez 561 had been shot twice.

886.   Juan Perez 562 is the father and legal heir of Pablo Perez 562.  Pablo Perez 562 was kidnapped and murdered on or about June 2, 2002 by AUC paramilitaries.  On or about June 2, 2002, Pablo Perez 562 was bathing in the Sevilla River near the Guacamayal Bridge in Zona Bananera, Magdalena when two AUC paramilitaries arrived on a motorcycle.  The paramilitaries forced Pablo Perez 562 onto the motorcycle and kidnapped him.  Pablo Perez 562's body was later discovered on the road between Guacamayal and Soplador, Zona Bananera. Pablo Perez 562 had been shot twice in the head and once in the chest.

887.   Juana Perez 563 is the sister and legal heir of Pablo Perez 563.  Pablo Perez 563 was kidnapped and murdered on August 9, 1999 by AUC paramilitaries.  On August 7, 1999, a group of AUC paramilitaries did a reconnaissance of Palomar, Zona Bananera, Magdalena and then retired to their base located in the Los Angeles banana farm which was affiliated with Chiquita Brands.  In the early morning hours of August 9, 1999, a group of AUC paramilitaries arrived at the home of Pablo Perez 563 in Palomar and working off a list, asked for Pablo Perez 563 by name.  When Pablo Perez 563 identified himself, the paramilitaries kidnapped him as well as two other community men and took them to the Palomar soccer field.  The paramilitaries shot and killed Pablo Perez 563 and the other two men.

888.   Juan Perez 564 is the son and legal heir of Pablo Perez 564.  Pablo Perez 564 was murdered on March 3, 1997 by AUC paramilitaries.  On the night of March 3, 1997, a group of AUC paramilitaries arrived at the home of a neighbor of Pablo Perez 564's in Palo Prieto, Puebloviejo, Magdalena and tortured him and then shot him in the leg, trying to get him to tell the paramilitaries Pablo Perez 564's whereabouts.  Pablo Perez 564's neighbor's nephew took the paramilitaries to Pablo Perez 564's house nearby.  The paramilitaries forced their way inside the home and asked for Pablo Perez 564 by name.  When Pablo Perez 564 identified

himself, the paramilitaries seized him, pulled him to the doorway, and shot and killed him.

889.   Juana Perez 565 is the wife and legal heir of Pablo Perez 565, with whom she had a family.  Pablo Perez 565 was murdered on March 25, 1997 by AUC paramilitaries.  On the night of March 25, 1997, Pablo Perez 565 and Juana Perez 565 were tending their food stand in Guamachito, Magdalena when a group of AUC paramilitaries drove up in a pickup truck.  The paramilitaries approached Pablo Perez 565, seized him, and tied him up.  When Juana Perez 565 attempted to intervene, the paramilitaries punched her in the face several times.  One of the paramilitaries then shot Pablo Perez 565 multiple times, killing him.

890.   Juana Perez 566 is the sister and legal heir of Pablo Perez 566.  Pablo Perez 566 was murdered on March 16, 1997 by AUC paramilitaries.  On the evening of March 16, 1997, Pablo Perez 566 was in a canteen in Palomar, Zona Bananera, Magdalena with friends, when a group of AUC paramilitaries arrived and demanded to see the identity documents of those present.  Pablo Perez 566 attempted to run away.  The paramilitaries chased after Pablo Perez 566 and shot and killed him.

891.   Juana Perez 567 is the sister and legal heir of Pablo Perez 567, an occasional banana worker.  Pablo Perez 567 was murdered on February 17, 1998

by AUC paramilitaries.  Early on the morning of February 17, 1998, a group of AUC paramilitaries forced their way into a house in Palomar, Zona Bananera, Magdalena where Pablo Perez 567 was spending the night.  The paramilitaries forced Pablo Perez 567 and three others outside, and accused them of involvement in "subversive" actions.  The paramilitaries shot and killed Pablo Perez 567.  The paramilitaries also shot and killed another of the men and freed the remaining two.

892.   Juan Perez 568 is the brother and legal heir of Pablo Perez 568.  Pablo Perez 568 was murdered on July 4, 2002 by AUC paramilitaries.  On the evening of July 4, 2002, Pablo Perez 568 was standing on a street corner in Soplador, Zona Bananera chatting with friends when two AUC paramilitaries arrived on a motorcycle.  The paramilitaries told everyone present to leave except for Pablo Perez 568.  When the others had left, the paramilitaries shot and killed Pablo Perez 568.

893.   Juana Perez 569 is the sister and legal heir of Pablo Perez 569, who lived and worked at Finca La Tal, a banana plantation in Palomar, Zona Bananera, Magdalena. Pablo Perez 569 was kidnapped and disappeared on March 17, 1998 by AUC paramilitaries. On the night of March 17, 1998, Pablo Perez 569  was at home with his family on Finca La Tal when a group of AUC paramilitaries entered the plantation and surrounded the home. The paramilitaries broke down the door to

the home and forced their way inside. After searching the home, the paramilitaries seized Pablo Perez 569, his grandfather and his brother, bound them, and kidnapped them. Approximately one hour later, Pablo Perez 569's grandfather and brother were freed and returned home, but Pablo Perez 569 was never seen again.

894.   Juana Perez 570 is the wife and legal heir of Pablo Perez 570, with whom she had a family.  Pablo Perez 570 was kidnapped and disappeared on October 6, 1997 AUC paramilitaries. On the evening of October 6, 1997, Pablo Perez 570 was in the patio of his home in Estacion Sevilla, Cienaga, Magdalena chatting with a friend when two AUC paramilitaries arrived.  The paramilitaries ordered all those present to lay face down on the floor, then dragged Pablo Perez 570 by his hair to their vehicle and kidnapped him.  Pablo Perez 570 was never seen again.

895.   Juana Perez 571 is the wife and legal heir of Pablo Perez 571, with whom she had a family.  Pablo Perez 571, a worker on the Sacramento banana plantation, was murdered on February 11, 1998 by AUC paramilitaries. On the afternoon of February 11, 1998, Pablo Perez 571 was in La Barca, Guacamayal, Magdalena when he was intercepted by a group of AUC paramilitaries. The paramilitaries attempted to kidnap Pablo Perez 571, but when he resisted and tried to fight them, they shot him multiple times, killing him.

896.   Juana Perez 572A is the wife and legal heir of Pablo Perez 572, an occasional banana worker.  Juan Perez 572B is the father and is also a legal heir of Pablo Perez 572.  Pablo Perez 572 was murdered on November 9, 2003 by AUC paramilitaries.  On November 9, 2003, the AUC paramilitaries in Guacamayal, Zona Bananera, Magdalena had declared a curfew, unbeknownst to Pablo Perez 572.  On the evening of November 9, 2003, Pablo Perez 572 was in a bar in Guacamayal when a group of AUC paramilitaries arrived.  The paramilitaries shot the bartender and then shot Pablo Perez 572 three times in the face, killing him.

897.   Juana Perez 573 is the sister and legal heir of Pablo Perez 573A. Juana Perez 573 is also the daughter and legal heir of Paula Perez 573B and of Pablo Perez 573C.  Pablo Perez 573A, Paula Perez 573B and Pablo Perez 573C were kidnapped on September 30, 1999 by AUC paramilitaries; after kidnapping them, the paramilitaries murdered Pablo Perez 573A, Paula Perez 573B and Pablo Perez 573C.  Pablo Perez 573A, Paula Perez 573B and Pablo Perez 573C had a small farm in Media Luna, Pivijay, Magdalena.  On the evening of September 30, 1999, a group of AUC paramilitaries arrived at the family's home in Media Luna, where they found Paula Perez 573B.  The paramilitaries kidnapped Paula Perez 573B and took her to a nearby farm.  A group of AUC paramilitaries also went to the family's farm and kidnapped Pablo Perez 573C, along with several other farm

401

workers.  The paramilitaries brought Pablo Perez 573C and the other kidnapped

farm workers to the farm where they were holding Paula Perez 573B, detaining

them overnight.  The following morning, on October 1, 1999, Pablo Perez 573A,

who was aware that his parents had been kidnapped, was walking by the farm

when the paramilitaries kidnapped him and took him to the location where the

others were being held.  The paramilitaries tortured Pablo Perez 573A, along with

another farm worker.  They then released everyone except for Pablo Perez 573A,

Paula Perez 573B, Pablo Perez 573C, and the other tortured worker.  Later that

same morning, the paramilitaries shot and killed all four detainees.  Paula Perez

573B had been shot twice in the head.  Pablo Perez 573C had been shot twice in

the head.  The paramilitaries mutilated the bodies of Pablo Perez 573A, Paula

Perez 573B and Pablo Perez 573C, and threw their remains into a stream.

    898.   Juana Perez 574 is the wife and legal heir of Pablo Perez 574, with

whom she had a family.  Pablo Perez 574 was murdered on August 14, 2002 by

AUC paramilitaries.  On August 14, 2002, Pablo Perez 574 was riding his mule on

the outskirts of Media Luna, on the road from Media Luna, Pivijay, Magdalena to

Pinuela, when he was intercepted by a group of AUC paramilitaries. The

paramilitaries shot Pablo Perez 574 twice in the head and body, killing him.  The

paramilitaries took Pablo Perez 574's mule, went to Pablo Perez 574's farm, and stole livestock and personal items of value.

899.   Juana Perez 575 is the sister and legal heir of Pablo Perez 575.  Pablo Perez 575 was murdered on June 6, 1999 by AUC paramilitaries.  On the morning of June 6, 1999, a group of AUC paramilitaries arrived at San Pedro Farm located on the road from Pinuela to Chino Blas, Pivijay, Magdalena where Pablo Perez 575 worked.  The paramilitaries asked if Pablo Perez 575 had seen any guerrillas pass through. Pablo Perez 575 replied that he had not.  The paramilitaries then beat Pablo Perez 575 and shot and killed him.

900.   Juana Perez 576 is the wife and legal heir of Pablo Perez 576, with whom she had a family.  Pablo Perez 576 was kidnapped and disappeared on January 1, 2005 by AUC paramilitaries; after kidnapping him, the paramilitaries tortured and murdered Pablo Perez 576.  Pablo Perez 576 built home-made cell phone antennas for regions in which cell phone reception was limited.  On January 1, 2005, Pablo Perez 576 left his home in Barrio Instituto, Pivijay, Magdalena to go to install a cell phone antenna.  When Pablo Perez 576 did not return that night, Juana Perez 576 and her family began to search for him.  On January 6, 2005, Pablo Perez 576's body was found in the Las Piedras sector of Pivijay with acid burns and other signs of torture.  Pablo Perez 576 had been shot multiple times.

901.   Juana Perez 577 is the sister and legal heir of Pablo Perez 577A and of Pablo Perez 577B.  Pablo Perez 577A and Pablo Perez 577B were kidnapped and disappeared on or about December 12, 2001 by AUC paramilitaries.  Sometime during the night on or about December 12, 2001, a group of AUC paramilitaries arrived at the home of Pablo Perez 577A, Pablo Perez 577B, and Juana Perez 577 in Media Luna, Pivijay, Magdalena in pickup trucks. The paramilitaries broke the door down, forced their way inside, seized the mother of Pablo Perez 577A, Pablo Perez 577B and Juana Perez 577, and pulled her out onto the porch, pointed their guns at her, and demanded that she tell them where Pablo Perez 577A and Pablo Perez 577B were.  The paramilitaries forced the mother of Pablo Perez 577A, Pablo Perez 577B and Juana Perez 577 to get into the truck with them and to take them to where Pablo Perez 577A and Pablo Perez 577B were on the outskirts of Media Luna.  The paramilitaries then kidnapped Pablo Perez 577A and Pablo Perez 577B.  Pablo Perez 577A and Pablo Perez 577B were never seen again.

902.   Juana Perez 578 is the mother and legal heir of Pablo Perez 578, a student.  Pablo Perez 578 was murdered on July 29, 2001 by AUC paramilitaries. On July 29, 2001, Pablo Perez 578 was in a pool hall in Media Luna, Pivijay, Magdalena when he was approached by AUC paramilitaries. The paramilitaries shot Pablo Perez 578 multiple times in the head, neck, and body, killing him.

903.   Juana Perez 579 is the wife and legal heir of Pablo Perez 579, with whom she had a family.  Pablo Perez 579 was kidnapped and disappeared on February 26, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 579.  Juana Perez 579 and Pablo Perez 579 had purchased a house in Pivijay, Magdalena and were in the process of moving in.  On the afternoon of February 28, 2000, a group of AUC paramilitaries arrived at the house in a pickup truck.  Two paramilitaries got out of the truck, seized Pablo Perez 579, tied his hands, and forced him into the truck, kidnapping him.  Two days later, on February 28, 2000, Pablo Perez 579's body was found on the road to Salamina, Pivijay.  Pablo Perez 579 had been shot in the back of the head.

904.   Juana Perez 580 is the daughter and legal heir of Pablo Perez 580. Pablo Perez 580 was kidnapped and murdered on or about December 10, 1999 by AUC paramilitaries.  At night on or about December 10, 1999, Pablo Perez 580 was asleep in his house in the Bollito Salao sector of Media Luna, Pivijay, Magdalena with his family when a group of  AUC paramilitaries arrived, broke down the door and forced their way inside.  The paramilitaries beat and tied up Pablo Perez 580, dragged him out of the house, and kidnapped him.  The paramilitaries took Pablo Perez 580 to the municipal slaughterhouse and shot him multiple times, killing him.

905.   Juana Perez 581 is the mother and legal heir of Pablo Perez 581, a worker on the La Catalina, La Cecilia, and La Isla banana plantations.  Pablo Perez 581 was murdered on May 1, 2003 by AUC paramilitaries.  On the afternoon of May 1, 2003, Pablo Perez 581 was bathing in the Quebrada de Orihueca, a local river in Orihueca, Zona Bananera, Magdalena, with relatives when two AUC paramiliatries arrived on a motorcycle. The paramilitaries asked for Pablo Perez 581 by name.  When Pablo Perez 581 identified himself, one of the paramilitaries shot Pablo Perez 581 in the head and body, killing him.

906.   Juana Perez 582 is the mother and legal heir of Pablo Perez 582, an occasional banana worker.  Pablo Perez 582 was murdered on August 2, 2003, by AUC paramilitaries.  On the evening of August 2, 2003, Pablo Perez 582 was at a public establishment near his home in Orihueca, Zona Bananera, Magdalena when two AUC paramilitaries arrived on a motorcycle and attempted to kidnap him. Pablo Perez 582 resisted and started to run away, but he slipped and fell to the ground.  The two paramilitaries ran up and shot Pablo Perez 582 multiple times in the head and body, killing him.  The paramilitaries then stole Pablo Perez 582's identity papers and left.

907.   Juana Perez 583 is the mother and legal heir of Pablo Perez 583, a banana worker.  Pablo Perez 583 was kidnapped on May 5, 1999 by AUC

paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 583.

On May 5, 1999, Pablo Perez 583 was celebrating with friends in Barrio San Juan,

Guacamayal, Magdalena when a group of AUC paramilitaries arrived in a vehicle.

The paramilitaries forced Pablo Perez 583 and five others into the vehicle and

kidnapped them.  The paramilitaries immediately killed five of the men.  Pablo

Perez 583's decomposing and mutilated body was found in a nearby plantation

several days later.  Pablo Perez 583 had been shot and dismembered.

908.   Juana Perez 584 is the grandmother and legal heir of Pablo Perez 584,

an occasional banana worker.  Pablo Perez 584 was murdered on May 20, 1997 by

AUC paramilitaries.  In the early morning hours of May 20, 1997, a group of AUC

paramilitaries arrived at the home of Pablo Perez 584 and Juana Perez 584 in

Barrio San Juan, Guacamayal, Magdalena.  The paramilitaries threw a grenade at

the door and warned that everyone in the house would be murdered if they weren't

allowed entry.  When Juana Perez 584 opened the door, the paramilitaries forced

their way inside and searched the house.  The paramilitaries told Pablo Perez 584

and Juana Perez 584 to lay face down on the porch and then shot and killed Pablo

Perez 584.

909.   Juana Perez 585A is the mother and legal heir of Pablo Perez 585.

Juan Perez 585B is the brother and is also a legal heir of Pablo Perez 585.  Pablo

Perez 585, a former banana worker and demobilized and disabled former FARC guerrilla, was murdered on November 4, 2005 by AUC paramilitaries.  On the afternoon of November 4, 2005, Pablo Perez 585 was seated in the doorway of his home in Barrio Las Palmas, Orihueca, Zona Bananera, Magdalena when three AUC paramilitaries arrived on motorcycles.  The paramilitaries approached Pablo Perez 585 and shot him multiple times, killing him.

910.    Juana Perez 586 is the wife and legal heir of Pablo Perez 586.  Pablo Perez 586, an occasional banana worker, was kidnapped and murdered on or about June 23, 1999 by AUC paramilitaries. On or about June 23, 1999, a group of AUC paramilitaries stormed the home of Pablo Perez 586 in Varela, Zona Bananera, Magdalena, seized and gagged Pablo Perez 586, and kidnapped him.  The paramilitaries took Pablo Perez 586 to an area near the rail line in Varela, where they shot and killed him.

911.    Juan Perez 587 is the father and legal heir of Pablo Perez 587.  Pablo Perez 587 was murdered on or about April 6, 2003 by AUC paramilitaries.  Late at night on or about April 6, 2003, Pablo Perez 587 was at his home in Barrio Las Palmas, Orihueca, Zona Bananera, Magdalena when a group of AUC paramilitaries arrived and forced their way into the house.  The paramilitaries shot Pablo Perez 587 multiple times, killing him.

912.   Juana Perez 588 is the wife and legal heir of Pablo Perez 588, an occasional banana worker. Pablo Perez 588 was murdered on August 23, 2003 by AUC paramilitaries. On the afternoon of August 23, 2003, Pablo Perez 588 finished work at Finca Plantacion, a banana plantation affiliated with Chiquita, in Gran Via, Zona Bananera, Magdalena. Outside Finca Plantacion, Pablo Perez 588 was intercepted by AUC paramilitaries aboard a motorcycle. The paramilitaries murdered Pablo Perez 588 with a gunshot to his face.

913.   Juana Perez 589A is the mother and legal heir of Pablo Perez 589A. Juana Perez 589B is the wife and is also a legal heir of Pablo Perez 589A, with whom she had a family.  Pablo Perez 589A, a trader of bananas rejected for export, was kidnapped and murdered on January 24, 1997 by AUC paramilitaries.  On the evening of January 24, 1997 Pablo Perez 589A was at the pool hall he owned in San Pablo, Magdalena with Juana Perez 589B and their children when a group of AUC paramilitaries arrived in a pickup truck.  The paramilitaries seized Pablo Perez 589A and beat him.  The paramilitaries then forced Pablo Perez 589A into their vehicle and kidnapped him.  The paramilitaries shot Pablo Perez 589A four times, killing him and leaving his body in El Reposo, Cienaga, Magdalena along with the bodies of other villagers the paramilitaries had killed the same day.

914.   Juana Perez 589A is also the wife and legal heir of Pablo Perez 589B, a trader of bananas rejected for export.  Pablo Perez 589B was murdered on June 19, 1999 by AUC paramilitaries.  On the afternoon of June 19, 1999, Pablo Perez 589B was leaving his home in San Pablo, Zona Bananera, Magdalena to go to work when he was intercepted by a group of AUC paramilitaries.  The paramilitaries shot Pablo Perez 589B three times in the head and thorax, killing him.

915.   Juana Perez 590 is the mother and legal heir of Pablo Perez 590, an occasional banana worker.  Pablo Perez 590 was murdered on October 18, 1997 by AUC paramilitaries.  Late on the night of October 18, 1997, Pablo Perez 590, Juana Perez 590, and Pablo Perez 590's brother were asleep in their home in Orihueca, Magdalena when a group of AUC paramilitaries broke down the door and forced their way inside.  The paramilitaries seized Pablo Perez 590 and his brother, but then released his brother.  The paramilitaries took Pablo Perez 590 outside of the house and shot him in the head and body, killing him.

916.   Juana Perez 591 is the mother and legal heir of Pablo Perez 591, an occasional banana worker.  Pablo Perez 591 was murdered on May 3, 2003 by AUC paramilitaries.  On May 3, 2003, Pablo Perez 591 was driving passengers in his taxi when he was intercepted by AUC paramilitaries on the road between

410

Varela and San Pablo in Zona Bananera, Magdalena.  The paramilitaries made Pablo Perez 591 and his passengers disembark.  The paramilitaries then shot Pablo Perez 591 multiple times, killing him.

917.   Juan Perez 592 is the brother and legal heir of Pablo Perez 592, an occasional banana worker.  Pablo Perez 592 was murdered on September 11, 2001 by AUC paramilitaries.  On September 11, 2001, Pablo Perez 592 was travelling to Cienaga, Magdalena from Orihueca, Zona Bananera, Magdalena with a friend when the two were intercepted by a group of AUC paramilitaries in the Floresta neighborhood of Cienaga.  The paramilitaries opened fire on the car in which Pablo Perez 592 and his friend were riding, shooting Pablo Perez 592 three times in the head and face, killing him.

918.   Juan Perez 593 is the father and legal heir of Pablo Perez 593, a student and occasional banana worker.  Pablo Perez 593 was murdered on or about February 17, 2003 by AUC paramilitaries.  On or about February 17, 2003, Pablo Perez 593 was with friends in Julio Zawady, Rio Frio, Zona Bananera when a group of AUC paramilitaries arrived on a motorcycle and in a pickup truck.  The paramilitaries asked for Pablo Perez 593 by name.  When Pablo Perez 593 identified himself, the paramilitaries pulled him away from his friends and shot him multiple times, killing him.

919.   Juana Perez 594 is the wife and legal heir of Pablo Perez 594.  Pablo Perez 594 was kidnapped and murdered on or about June 29, 2003 by AUC paramilitaries.  Near midnight on or about June 29, 2003, Pablo Perez 594 was intercepted in Orihueca, Zona Bananera, Magdalena by AUC paramilitaries aboard a motorcycle. The paramilitaries forced Pablo Perez 594 to board their motorcycle and kidnapped him.  The paramilitaries took Pablo Perez 594 to the Vanessa farm in Palomar, Orihueca and shot and killed him.

920.   Juan Perez 595 is the brother and legal heir of Pablo Perez 595, an occasional banana worker.  Pablo Perez 595 was kidnapped on April 18, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries tortured and murdered Pablo Perez 595.  On April 18, 2001, Pablo Perez 595 was at his home in Guacamayal, Zona Bananera, Magdalena when a group of AUC paramilitaries broke down the door and forced their way inside his house, tied him up, and kidnapped him.  Pablo Perez 595's dismembered and decomposing body was found approximately three days later in another part of Zona Bananera, bearing signs of torture.

921.   Juana Perez 596 is the wife and legal heir of Pablo Perez 596, a banana worker.  Pablo Perez 596 was kidnapped and murdered on April 18, 2001 by AUC paramilitaries.  In the early morning hours of April 18, 2001, Pablo Perez

412

596 was at his home in Guacamayal, Zona Bananera, Magdalena when a group of paramilitaries arrived.  The paramilitaries seized Pablo Perez 596 and forced him into a vehicle.  Pablo Perez 596 was found dead and mutilated the following day in a rural part of Zona Bananera.

922.   Juana Perez 597 is the wife and legal heir of Pablo Perez 597, a banana worker, with whom she had a family.  Pablo Perez 597 was murdered on March 14, 2000 by AUC paramilitaries.  In the early morning hours of March 14, 2000, a group of AUC paramilitaries in several vehicles arrived in Las Palmas, Orihueca, Zona Bananera, Magdalena and came to the home of Pablo Perez 597. The paramilitaries tied Pablo Perez 597 up, dragged him out of his house, and kidnapped him.  The paramilitaries took Pablo Perez 597 to the elevated potable water tank in Orihueca and shot and killed him.

923.   Juana Perez 598A is the wife and legal heir of Pablo Perez 598, with whom she had a daughter.  Juana Perez 598B is the daughter and is also a legal heir of Pablo Perez 598.  Juana Perez 598C is the mother and is also a legal heir of Pablo Perez 598.  Juan Perez 598D is the son and is also a legal heir of Pablo Perez 598.  Pablo Perez 598, a banana worker, was murdered on February 18, 2004 by AUC paramilitaries.  Early on the morning of February 18 Pablo Perez 598 was on his way to work on a banana plantation when he was intercepted by AUC

413

paramilitaries on a motorcycle in Palomar, Zona Bananera, Magdalena.  The paramilitaries shot Pablo Perez 598 multiple times, killing him.

924.   Juana Perez 599 is the mother and legal heir of Pablo Perez 599A and of Pablo Perez 599B, occasional banana workers.  Pablo Perez 599A and Pablo Perez 599B were murdered on May 27, 1999 by AUC paramilitaries.  On the night of May 27, 1999, a group of AUC paramilitaries arrived at the home of Pablo Perez 599A and Pablo Perez 599B in Macondo, Guacamayal, Magdalena and forced their way inside.  After stealing valuables from the home, the paramilitaries shot Pablo Perez 599A and Pablo Perez 599B twice each, killing them.

925.   Juan Perez 600 is the father and legal heir of Pablo Perez 600, an occasional banana worker.  Pablo Perez 600 was kidnapped and disappeared on May 17, 2001 by AUC paramilitaries.  Late on the night of May 17, 2001, Pablo Perez 600 was asleep in his home in Gran Via, Zona Bananera, Magdalena with his three brothers when a group of AUC paramilitaries arrived in several vehicles. The paramilitaries broke down the door of Pablo Perez 600's house, forced their way inside, tied up Pablo Perez 600 and his brother, and put them into their trucks along with seven other community members from Gran Via that the paramilitaries had kidnapped.  Down the road, the paramilitaries pushed Pablo Perez 600's brother out of the truck.  Pablo Perez 600 was never seen again.

414

926.   Juana Perez 601 is the wife and legal heir of Pablo Perez 601, with whom she had a family.  Pablo Perez 601 was murdered on July 21, 2001 by AUC paramilitaries.  On the night of July 21, 2001, Pablo Perez 601 was working at a family-owned business near the main plaza in Guacamayal, Zona Bananera, Magdalena when he was approached by AUC paramilitaries.  The paramilitaries shot Pablo Perez 601 three times in the head inside his place of business, killing him.

927.   Juana Perez 602A is the wife and legal heir of Pablo Perez 602, with whom she had a family. Juana Perez 602B is also the wife and is also a legal heir of Pablo Perez 602, with whom she had a family.  Pablo Perez 602, a worker at the Caribu banana plantation, was murdered on February 17, 2005 by AUC paramilitaries.  Early on the morning of February 17, 2005, Pablo Perez 602 left his home in Guacamayal, Zona Bananera, Magdalena to go to work at the Caribu banana plantation on the outskirts of Guacamayal.  Pablo Perez 602's body was found in the afternoon of that same day in Guamachito, Zona Bananera.  Pablo Perez 602 had been intercepted by AUC paramilitaries who shot him multiple times, killing him.

928.   Juana Perez 603 is the wife and legal heir of Pablo Perez 603, with whom she had a family. Pablo Perez 603, who worked at Finca La Tal, a banana

415

plantation, was murdered on July 4, 1996 by paramilitaries. On July 4, 1996, Pablo

Perez 603 left his job at Finca La Tal to return home to the village of Los Cocos,

between Sevilla and Orihueca, Magdalena. Near the entrance to Los Cocos, Pablo

Perez 603 was intercepted by a group of paramilitaries. The paramilitaries  shot

Pablo Perez 603 to death.

929.   Juana Perez 604 is the wife and legal heir of Pablo Perez 604, with

whom she had a family.  Pablo Perez 604 was murdered on July 16, 2001 by AUC

paramilitaries. On the night of July 16, 2001, Pablo Perez 604 was in a town

festival at the central plaza in Orihueca, Zona Bananera, Magdalena when he was

intercepted by AUC paramilitaries. The paramilitaries shot Pablo Perez 604 in the

head, killing him.  The paramilitaries also shot and killed several other people at

the festival.

930.   Juana Perez 605 is the wife and legal heir of Pablo Perez 605, with

whom she had a family.  Pablo Perez 605 was kidnapped on May 18, 2000 by

AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez

605.  Late on the night of May 18, 2000, Pablo Perez 605 was asleep in the house

he shared with Juana Perez 605 and their family in Guaimaro, Salamina,

Magdalena when a large group of AUC paramilitaries arrived and forced their way

inside the house.  The paramilitaries seized Pablo Perez 605, handcuffed him, and

forced him into their pickup truck, kidnapping him. The paramilitaries slit Pablo Perez 605's throat and thorax, shot him, and left his body in the river. Pablo Perez 605's body was found on or about May 19, 2000 in the Cano del Regado sector of Guaimaro.

931. Juana Perez 606 is the wife and legal heir of Pablo Perez 606, with whom she had a family. Pablo Perez 606 was murdered on April 27, 2002 by AUC paramilitaries. On the morning of April 27, 2002, Pablo Perez 606 was eating breakfast on the Ponedera, Atlantico dock along the Magdalena River where he worked when a boat arrived carrying a group of AUC paramilitaries. The paramilitaries demanded that Pablo Perez 606 come with them, but he refused. The paramilitaries then seized Pablo Perez 606 to put him in their boat, but he grabbed onto a wooden pole attached to the dock. One of the paramilitaries shot Pablo Perez 606 in the hand. The paramilitaries hit Pablo Perez 606 in the mouth with the butt of a rifle and shot him in the face and throat, killing him.

932. Juana Perez 607 is the mother and legal heir of Pablo Perez 607. Pablo Perez 607 was murdered on November 30, 1999 by AUC paramilitaries. In the early morning hours of November 30, 1999, a group of AUC paramilitaries arrived in Guaimaro, Magdalena and forced their way inside Pablo Perez 607's house. The paramilitaries attempted to kidnap Pablo Perez 607 but when he

417

refused to come with them, the paramilitaries shot him multiple times in his head and body, killing him.  The paramilitaries kidnapped and then killed and dismembered several people from Guaimaro that night, and threw their bodies into the Magdalena River.

933.   Juana Perez 608A is the wife and legal heir of Pablo Perez 608, a doctor, hospital director, and mayor of Santo Tomas, Atlantico, with whom she had a family.  Juana Perez 608B is also the wife and is also a legal heir of Pablo Perez 608, with whom she had a family.  Pablo Perez 608 was murdered on April 29, 2004 by AUC paramilitaries.  Pablo Perez 608 had been suspended from his position as mayor, but was in the process of being reinstated.  Around midday on April 29, 2004, Pablo Perez 608 was in Barranquilla, Atlantico attending to business related to his reinstatement and was having lunch with his lawyer at a restaurant when two AUC paramilitaries arrived on a motorcycle. The paramilitaries shot Pablo Perez 608 multiple times in the back, killing him.

934.   Juana Perez 609 is the wife and legal heir of Pablo Perez 609, with whom she had two children.  Pablo Perez 609 was kidnapped and murdered on September 12, 1999 by AUC paramilitaries.   Pablo Perez 609 worked for Pablo Perez 610 (see below), operating a small boat between Ponedera, Atlantio and the port at Guaimaro, Salamina, Magdalena on the Magdalena River.  On September

418

12, 1999, Pablo Perez 609 and Pablo Perez 610 were at the Guaimaro port when a group of heavily-armed AUC paramilitaries arrived and kidnapped them. The paramilitaries took Pablo Perez 609 and Pablo Perez 610 to a location near the port and shot and killed them both.

935.   Juana Perez 610 is the wife and legal heir of Pablo Perez 610, a Municipal Councilman in Salamina, Magdalena, with whom she had a family. Pablo Perez 610 was kidnapped and murdered on September 12, 1999 by AUC paramilitaries. On September 12, 1999, Pablo Perez 610 and Pablo Perez 609 (see above) were at the Guaimaro Salamina, Magdalena port on the Magdalena River when a group of AUC paramilitaries arrived and kidnapped them. The paramilitaries took Pablo Perez 610 and Pablo Perez 609 to a location near the port and shot and killed them both.

936.   Juana Perez 611 is the mother and legal heir of Pablo Perez 611. Pablo Perez 611 was kidnapped on February 27, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 611. On February 27, 2002, Pablo Perez 611 was standing on the street corner in front of his house in Barrio San Martin, Salamina, Magdalena when a group of AUC paramilitaries approached in a vehicle. The paramilitaries ordered Pablo Perez 611 to board their vehicle but he refused. The paramilitaries beat Pablo Perez 611 and forced him

419

into the vehicle, kidnapping him.  The following day, on February 28, 2002, Pablo

Perez 611's body was found on the Salamina-El Salao road.  Pablo Perez 611 had

been shot in the head three times.

937.   Juana Perez 612 is the wife and legal heir of Pablo Perez 612A, with

whom she had a family.  Juana Perez 612 is also the mother and legal heir of Pablo

Perez 612B.  Pablo Perez 612A and Pablo Perez 612B were kidnapped and

murdered on or about August 12, 2000 by AUC paramilitaries.  Late at night on or

about August 12, 2000, a large group of AUC paramilitaries arrived at the home of

Pablo Perez 612A and Juana Perez 612 in Simon Bolivar, Plato, Magdalena, broke

the door down and forced their way inside.  The paramilitaries tied up Pablo Perez

612A and Pablo Perez 612B and searched the house.  One AUC paramilitary

ordered the other paramilitaries to put Pablo Perez 612A and Pablo Perez 612B

into their pickup truck.  The paramilitaries kidnapped Pablo Perez 612A and Pablo

Perez 612B.  A few hours later, the bodies of Pablo Perez 612A and Pablo Perez

612B were found in the Apure Creek in Apure, Plato.  Pablo Perez 612A and Pablo

Perez 612B had each been shot in the head.

938.   Juana Perez 613 is the mother and legal heir of Pablo Perez 613.

Pablo Perez 613 was kidnapped and murdered on or about April 25, 2006 by AUC

paramilitaries.  Juana Perez 613 and Pablo Perez 613 lived and worked at the

"Betel" ranch in Disciplina, Plato, Magdalena.  In the afternoon on or about April 25, 2006, two AUC paramilitaries arrived at the ranch and asked for Pablo Perez 613 by name.  When Pablo Perez 613 identified himself, the paramilitaries kidnapped him.  A few hours later that same day, the paramilitaries shot and killed Pablo Perez 613, leaving his body on a road connecting the Espanero and Betel ranches in Disciplina.

939.   Juana Perez 614 is the wife and legal heir of Pablo Perez 614, with whom she had a family.  Pablo Perez 614 was murdered on or about December 20, 2006 by AUC paramilitaries.  Pablo Perez 614 lived and worked at the "Espanero" ranch in El Bajo, Plato, Magdalena with his wife and children.  In the afternoon on or about December 20, 2006, three AUC paramilitaries arrived at their home and asked for Pablo Perez 614 by name.  Juana Perez 614 informed the paramilitaries that Pablo Perez 614 was not home.  The paramilitaries waited for Pablo Perez 614 and when Pablo Perez 614 returned, the paramilitaries ordered him to come with them and threatened to kill Pablo Perez 614's family if Pablo Perez 614 refused. Pablo Perez 614 and Juana Perez 614 went with the paramilitaries.  A short distance away, the paramilitaries shot Pablo Perez 614 in the head, killing him.

940.   Juana Perez 615 is the wife and legal heir of Pablo Perez 615.  Pablo Perez 615 was murdered on March 19, 2004 by AUC paramilitaries.  Because of

death threats from the AUC paramilitaries, Pablo Perez 615 had fled Sabanas de San Angel, Magdalena and moved to Fundacion, Magdalena some months before his murder and settled there with his father. At the time of his murder, Pablo Perez 615 was working on his father's ranch located between Fundacion and Pivijay, Magdalena.  On the morning of March 19, 2004, a group of AUC paramilitaries arrived at the ranch where Pablo Perez 615 was working. The paramilitaries shot Pablo Perez 615 multiple times in the head and arm, killing him.

941.   Juan Perez 616A is the father and legal heir of Pablo Perez 616. Juana Perez 616B is a surviving victim. Juana Perez 616B is also the sister and is also a legal heir of Pablo Perez 616.  Pablo Perez 616 was murdered on March 5, 2002 by AUC paramilitaries.  Juana Perez 616B was subjected to rape and domestic violence by a leader of the AUC paramilitaries, for several months.  AUC paramilitary leader alias "El Chino" initiated a romantic relationship with Juana Perez 616B when she was still a minor and within a few weeks forced her to move in with him.  During the several months that Juana Perez 616B lived in his home, "El Chino" was physically abusive to her and raped her.  Juana Perez 616B left "El Chino" and went back to live with her parents, but he repeatedly went to her home and threatened her family.  On March 5, 2002, Pablo Perez 616 was in a pool hall in Nueva Granada, Magdalena wehn "El Chino" entered the establishment and shot

Pablo Perez 616 eight times in the head and body, killing him.  The family sent

Juana Perez 616B to Venezuela to hide.  After more than a year in Venezuela,

Juana Perez 616B returned to live with her family, but after several days "El

Chino" discovered that she had returned and sought to kill her.  Juana Perez 616B

returned to Venezuela and did not come back to her family's house in Nueva

Granada, Magdalena until it was confirmed that "El Chino" had died.

942.   Juan Perez 617 is the brother and legal heir of Pablo Perez 617.  Pablo

Perez 617 was murdered on June 15, 2005 by AUC paramilitaries.  Some years

prior to his murder, Pablo Perez 617 had fled his home in Pueblo Nuevo,

Magdalena after he received AUC paramilitary death threats, and settled in

Guajira.  Pablo Perez 617 returned to Pueblo Nuevo in June 2005, but was

immediately forced to return to Albania, Guajira because of new AUC threats.  On

June 15, 2005, Pablo Perez 617 was in Albania, Guajira when he was intercepted

by an AUC paramilitary. The paramilitary shot Pablo Perez 617 multiple times in

the head and thorax, killing him.

943.   Juana Perez 618 is the mother and legal heir of Pablo Perez 618.

Pablo Perez 618 was murdered on May 1, 1999 by AUC paramilitaries.  In the

early morning hours of May 1, 1999, Pablo Perez 618 was returning home from a

party in Santa Ana, Magdalena when he was intercepted by a group of AUC

paramilitaries.  The paramilitaries put Pablo Perez 618 into a box and shot him multiple times in the body and head, killing him.

944.   Juana Perez 619 is the mother and legal heir of Pablo Perez 619. Pablo Perez 619 was murdered on May 29, 2003 by AUC paramilitaries.  On the afternoon of May 29, 2003, Pablo Perez 619 was chatting with a friend in El Dificil, Ariguani, Magdalena when several AUC paramilitaries appeared.  The paramilitaries seized Pablo Perez 619 and shot and killed him.

945.   Juan Perez 620 is the father and legal heir of Pablo Perez 620.  Pablo Perez 620 was kidnapped on February 16, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 620.  On the night of February 16, 2002, Pablo Perez 620 was in a pool hall in Ariguani, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries pulled Pablo Perez 620 out of the pool hall, forced him into a vehicle and drove away, kidnapping him.  The following day, on February 17, 2002, Pablo Perez 620's body was discovered in a soccer field in Tres Esquinas, Ariguani, Magdalena. Pablo Perez 620 had been shot in the head.

946.   Juana Perez 621 is a surviving victim, and the sister and legal heir of Pablo Perez 621.  Pablo Perez 621 was murdered by AUC paramilitaries on July 19, 1999. Juana Perez 521 was raped by AUC paramilitaries repeatedly after the

murder of Pablo Perez 621.  On the morning of July 19, 1999, Pablo Perez 621, Juana Perez 621, and several other members of their family were at their home on the Los Retonos farm in San Roque, Sabanas de San Angel, Magdalena when a large group of AUC paramilitaries arrived and surrounded the house.  A masked paramilitary asked for Pablo Perez 621 by name.  When Pablo Perez 621 came out, the paramilitaries took him to the side of the house, handcuffed him, and lead him off the property while maintaining their guns trained on the other family members present.  A few minutes later, the paramilitaries shot and killed Pablo Perez 621. After the murder of Pablo Perez 621, an AUC paramilitary repeatedly threatened Juana Perez 621, telling her that he would kill the rest of her family if she did not have sexual relations with him.  The paramilitary raped Juana Perez 621 approximately seven times.  Juana Perez 621 then fled to Valledupar, Cesar out of fear.

947.   Juana Perez 622 is the sister and legal heir of Pablo Perez 622.  Pablo Perez 622 was tortured and murdered on May 14, 2003 by AUC paramilitaries.  On morning of May 14, 2003, a group of AUC paramilitaries arrived at the farm of Pablo Perez 622 in El Palacio, Nueva Granada, Magdalena.  The paramilitaries tied up Pablo Perez 622, beat him and looted the farm.  After strangling and stabbing Pablo Perez 622, the paramilitaries shot and killed him.

948.   Juana Perez 623 is the wife and legal heir of Pablo Perez 623.  Pablo Perez 623 was murdered on August 30, 2001 by AUC paramilitaries.  On the morning of August 30, 2001, Pablo Perez 623 left his home in Barrio Carretera el Banco, Pueblo Nuevo, Ariguani, Magdalena to go to work at the "Las Malvinas" ranch in Pueblo Nuevo.  On his way, Pablo Perez 623 was intercepted by AUC paramilitaries near the Las Malvinas ranch on the Pueblo Nuevo-Bosconia road.  The paramilitaries shot Pablo Perez 623 several times, killing him, and then stole his identification document and bicycle.

949.   Juana Perez 624 is the sister and legal heir of Pablo Perez 624.  Pablo Perez 624 was kidnapped on February 10, 2000 by AUC paramilitaries; Pablo Perez 624 was murdered on February 11, 2000 by AUC paramilitaries.  On the afternoon of February 10, 2000, Pablo Perez 624 left his home in Bocas de Cataca, Puebloviejo, Magdalena to go fishing.  Pablo Perez 624 was in his canoe with another man in the Cienaga Grande de Santa Marta swamp when several boats full of AUC paramilitaries approached.  The paramilitaries detained Pablo Perez 624, while the other fisherman jumped in the river and drowned in an attempt to flee.  The paramilitaries handcuffed Pablo Perez 624 and that night took him to a school in Bocas de Cataca along with three other people.  Early on the morning on

February 11, 2000, the paramilitaries shot and killed Pablo Perez 624 and the three other men.

950.   Juana Perez 625 is the daughter and legal heir of Pablo Perez 625. Pablo Perez 625 was murdered on May 27, 2003 by AUC paramilitaries.  On the night of May 27, 2003, a group of AUC paramilitaries arrived at the home of Pablo Perez 625, Juana Perez 625, and their family at the La Montanita farm in El Dificil, Ariguani, Magdalena.  The paraimilitaries pounded on the door and threatened to break it down if they were not allowed in.  When Pablo Perez 625 opened the door, the paramilitaries seized him.  Several minutes later, the family heard gunshots, went outside, and found the body of Pablo Perez 625 on the ground; Pablo Perez 625 had been shot multiple times.  The family then discovered the body of one of their neighbors who had also been killed that night by the paramilitaries.

951.   Juana Perez 626A is the sister and legal heir of Pablo Perez 626. Juana Perez 626B is the mother and is also a legal heir of Pablo Perez 626.  Pablo Perez 626 was kidnapped and disappeared on November 30, 2000 by AUC paramilitaries.  Pablo Perez 626 and his assistant transported passengers between Cesar and Magdalena daily.  On the afternoon of November 30, 2000, Pablo Perez 626 left his home in Barrio San Martin, Pueblo Nuevo in Ariguani, Magdalena accompanied by his assistant.  That night, Pablo Perez 626 did not return home.

The following day, on November 31, 2000, the family was informed that Pablo Perez 626's truck had been found incinerated on the side of the Bosconia-Loma del Balsamo road in Magdalena. Neither Pablo Perez 626 nor his assistant was with the burned-out truck. Pablo Perez 626 was never seen again.

952. Juan Perez 627 is the father and legal heir of Pablo Perez 627. Pablo Perez 627 was kidnapped and murdered on May 7, 1997 by AUC paramilitaries. On the night of May 7, 1997, a group of AUC paramilitaries kidnapped Pablo Perez 627 and a friend, along with three other individuals from Casa de Tabla, Sabanas de San Angel, Magdalena. On the outskirts of town, the paramilitaries shot Pablo Perez 627 in the face, killing him.

953. Juana Perez 628 is the wife and legal heir of Pablo Perez 628, with whom she had a family. Pablo Perez 628 was murdered on June 15, 2004 by AUC paramilitaries. Early on the morning of June 15, 2004, an AUC paramilitary arrived at Pablo Perez 628's home in Villa Del Carmen, Pueblo Nuevo, Ariguani, Magdalena and told Pablo Perez 628 to accompany him. Pablo Perez 628 left with the paramilitary. Later that morning, Juana Perez 628 was informed that Pablo Perez 628 had been killed. Pablo Perez 628 had been shot several times in the head and thorax. Juana Perez 628 filed a complaint about the murder with the

local prosecutor's office but was forced to retract it after receiving death threats from the AUC paramilitaries.

954.   Juana Perez 629 is the wife and legal heir of Pablo Perez 629, with whom she had a family.  Pablo Perez 629 was murdered on July 10, 2003 by AUC paramilitaries.  Late on the morning of July 10, 2003, Pablo Perez 629 was in his home in Barrio 20 de Julio, El Dificil, Magdalena when a neighbor arrived and asked him to accompany him to buy a spare part for his bicycle.  Pablo Perez 629 refused to accompany the neighbor.  The neighbor returned soon thereafter and asked again, and Pablo Perez 629 again refused.  When the neighbor arrived a third time and demanded that Pablo Perez 629 accompany him, the two left together. Several minutes after the two men had left the house, Juana Perez 629 was notified that Pablo Perez 629 had been murdered.  Pablo Perez 629 had been shot multiple times in the head and body.

955.   Juan Perez 630 is the father and legal heir of Pablo Perez 630.  Pablo Perez 630 was murdered on August 17, 2002 by AUC paramilitaries.  On the afternoon of August 17, 2002, Pablo Perez 630 was preparing for a raffle and was in possession of a large sum of money and jewelry.  Two AUC paramilitaries insisted on driving Pablo Perez 630 on their motorcycle to El Difícil, Magdalena from Nueva Granada where he was working.  Prior to arriving in El Dificil, the

paramilitaries stopped the motorcycle, shot Pablo Perez 630 in the head, killing him, and stole his money and jewelry.

956.   Juana Perez 631 is the mother and legal heir of Pablo Perez 631. Pablo Perez 631 was kidnapped on September 30, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 631.  On the afternoon of September 30, 2000, Pablo Perez 631 left for a soccer game.  Some hours later, Juana Perez 631 was informed that AUC paramilitaries had kidnapped Pablo Perez 631.  The following morning, on October 1, 2000, Pablo Perez 631's family discovered his body several kilometers from the Pueblo Nuevo-Bosconia road.  Pablo Perez 631's hands and feet were tied together and he had been shot multiple times in the head and body.

957.   Juan Perez 632 is the brother and legal heir of Pablo Perez 632.  Pablo Perez 632 was kidnapped on July 24, 1999 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 632.  On the night of July 24, 1999, a group of AUC paramilitaries arrived at the home of Pablo Perez 632 in Barrio 1 de Octubre, Pueblo Nuevo, Magdalena in a pickup truck.  The paramilitaries knocked down the door and beat Pablo Perez 632.  The paramilitaries forced Pablo Perez 632 into their truck and drove away, kidnapping him.  On July 25, 1999, Juan Perez 632 and other family members launched a

430

search party.  In the early afternoon, the family found Pablo Perez 632's body in the Ariguani River.  Pablo Perez 632 had been shot and stabbed multiple times.

958.   Juana Perez 633 is the wife and legal heir of Pablo Perez 633, with whom she had a family.  Pablo Perez 633 was murdered on September 27, 2005 by AUC paramilitaries.  On the morning of September 27, 2005, Pablo Perez 633 left his home in Villa Ines, Plato, Magdalena to sell fish.  Three AUC paramilitaries intercepted Pablo Perez 633 in Barrio San Nicolas, Plato. The paramilitaries shot Pablo Perez 633 multiple times in the head and foot, killing him.

959.   Juan Perez 624 is the brother and legal heir of Pablo Perez 634A and of Pablo Perez 634B.  Pablo Perez 634A and of Pablo Perez 634B were murdered on June 30, 2002 by AUC paramilitaries.  Late on the night of June 30, 2002, a group of AUC paramilitaries arrived at the home of Pablo Perez 634A and of Pablo Perez 634B in Barrio Galan, Aracataca, Magdalena and knocked loudly on the door, identifying themselves as police officers.  When one of the brothers got out of bed and opened the door, the paramilitaries forced their way inside, seized Pablo Perez 634A and of Pablo Perez 634B and beat them.  The paramilitaries pulled Pablo Perez 634A and of Pablo Perez 634B out to the street and shot and killed them.

431

960.   Juana Perez 635 is the mother and legal heir of Pablo Perez 635. Pablo Perez 635 was kidnapped and disappeared on May 25, 1999 by AUC paramilitaries.  On the morning of May 25, 1999, Pablo Perez 635 left his home in Barrio Los Olivos, Pueblo Nuevo, Magdalena to go to Bosconia, Cesar to run an errand.  Pablo Perez 635 never returned.  Juana Perez 635 was later informed that an AUC paramilitary had intercepted Pablo Perez 635 and forced him into a pickup truck, kidnapping him.  Pablo Perez 635 was never seen again.

961.   Juan Perez 636 is the father and legal heir of Pablo Perez 636.  Pablo Perez 636 was kidnapped and murdered on June 10, 2002 by AUC paramilitaries. On the morning of June 10, 2002, a group of AUC paramilitaries arrived in a pickup truck at the Casa Roja ranch on the Pueblo Nuevo-Bosconia road where Pablo Perez 636 lived, along with his wife and two children, and worked.  The paramilitaries forced Pablo Perez 636 into their pickup truck and drove off, kidnapping him.  Pablo Perez 636's wife and Juan Perez 636 immediately left to search for Pablo Perez 636.  Later that same day, the family discovered Pablo Perez 636's body near the Ariguani River Bridge between Magdalena and Cesar, along with the body of another young man.  Pablo Perez 636 had been shot in the head.

432

962.    Juana Perez 637 is the mother and legal heir of Pablo Perez 637. Pablo Perez 637 was kidnapped and disappeared on June 4, 2000 by AUC paramilitaries.  On the morning of June 4, 2000, Pablo Perez 637 left the home he shared with Juana Perez 637 in Barrio Los Nogales, Pueblo Nuevo, Magdalena to sell merchandise in Plato, Magdalena.  Pablo Perez 637 did not return.  The following morning, on June 5, 2000, Juana Perez 637 went to Plato to look for Pablo Perez 637.  Juana Perez 637 was informed by Pablo Perez 637's work colleagues in Plato that Pablo Perez 637 had been intercepted by AUC paramilitaries, who forced him into their pickup truck, kidnapping him.  Pablo Perez 637 was never seen again.

963.    Juan Perez 638 is the son and legal heir of Pablo Perez 638.  Pablo Perez 638 was murdered on January 26, 1997 by AUC paramilitaries.  In the early morning hours of January 26, 1997, Pablo Perez 638 was on his way to his home in Loma Gardenia, located on the Pueblo Nuevo-El Dificil road when he was intercepted by AUC paramilitaries.  The paramilitaries shot Pablo Perez 638 once in the head, killing him.

964.    Juana Perez 639A is the wife and legal heir of Pablo Perez 639, with whom she had a family.  Juan Perez 639B is the brother and is also a legal heir of Pablo Perez 639.  Pablo Perez 639 was murdered on January 9, 2001 by AUC

433

paramilitaries.  On January 9, 2001, a group of AUC paramilitaries arrived at the farm in Toronjil, Pueblo Nuevo, El Dificil, Magdalena where Pablo Perez 639 lived and worked. The paramilitaries stole cattle and shot and killed Pablo Perez 639.

965.   Juana Perez 640 is the sister and legal heir of Pablo Perez 640.  Pablo Perez 640 was murdered on October 18, 1996 by paramilitaries.  On the afternoon of October 18, 1996, Pablo Perez 640 was sitting in the doorway of his house in Pueblo Nuevo, Magdalena with his father when two paramilitaries approached them and began shooting at them.  The paramilitaries shot Pablo Perez 640 in the shoulder as he attempted to flee into the house.  A truck arrived carrying a large group of paramilitaries who surrounded the house and got on the roof.  The paramilitaries shot into the house and ordered Pablo Perez 640 to come out, warning that if he did not come out they would kill his family.  Pablo Perez 640 ran out of the house and tried to escape, running into a nearby soccer field.  The paramilitaries caught Pablo Perez 640 and shot him multiple times in the head and body, killing him.

966.   Juana Perez 641 is the mother and legal heir of Paula Perez 641, an adolescent student.  Paula Perez 641 was kidnapped and disappeared on July 16, 1997 by AUC paramilitaries.  Early on the morning of July 16, 1997 a group of

AUC paramilitaries arrived at the Vayan Viendo farm in Los Deseos, Pivijay, Magdalena where Paula Perez 641 lived with her family.  The paramilitaries demanded that Juana Perez 641 provide them with water and breakfast.  Afterwards, the paramilitaries told Paula Perez 641 that the paramilitary commander needed to speak with her and forced her to accompany them.  The paramilitaries took Paula Perez 641 to a farm owned by the AUC commander and detained her there for several days.  Paula Perez 641 was never seen again.

967.   Juana Perez 642A is the wife and legal heir of Pablo Perez 642, with whom she had a family.  Juana Perez 642B is the sister and is also a legal heir of Pablo Perez 642.  Pablo Perez 642 was murdered on March 9, 2001 by AUC paramilitaries.  On March 9, 2001, Pablo Perez 642 was at a birthday party on the outskirts of Pivijay, Magdalena when two AUC paramilitaries arrived on a motorcycle. The paramilitaries shot Pablo Perez 642 in the head multiple times, killing him.

968.   Juana Perez 643 is the wife and legal heir of Pablo Perez 643, with whom she had a family.  Pablo Perez 643 was murdered on April 3, 2005 by AUC paramilitaries.  On the evening of April 3, 2005, Pablo Perez 643 was sitting in the doorway of his home in Barrio Palenque, Pivijay, Magdalena when two AUC

paramilitaries arrived.  The paramilitaries shot Pablo Perez 643 in the head and then left.  Pablo Perez 643 died from the wounds shortly thereafter that same day.

969.   Juana Perez 644 is the wife and legal heir of Pablo Perez 644, with whom she had a family.  Pablo Perez 644 was murdered on January 21, 2004 by AUC paramilitaries.  On the morning of January 21, 2004, a group of AUC paramilitaries arrived at the Sinai farm in Las Piedras, Pivijay, Magdalena where Pablo Perez 644 worked. The paramilitaries identified themselves as AUC paramilitaries.  The paramilitaries attempted to kidnap Pablo Perez 644, but he defended himself with a machete.  The paramilitaries shot Pablo Perez 644 twice, killing him.

970.   Juana Perez 645 is the mother and legal heir of Pablo Perez 645. Pablo Perez 645 was kidnapped and disappeared on or about September 7, 2005 by AUC paramilitaries.  In the morning on or about September 7, 2005, a group of AUC paramilitaries arrived at the Santa Elena farm located between La Plazita and Antonazo in Pivijay, Magdalena where Pablo Perez 645 lived and worked.  The paramilitaries asked for Pablo Perez 645 by name.  When Pablo Perez 645 identified himself, the paramilitaries forced him onto their tractor and drove away, kidnapping him.  Pablo Perez 645 was never seen again.

971.   Juan Perez 646 is the brother and legal heir of Pablo Perez 646, a

journalist.  Pablo Perez 646 was murdered on November 15, 2000 by AUC paramilitaries.  On the afternoon of November 15, 2000, Pablo Perez 646 was in the Pivijay, Magdalena public market when he was intercepted by two AUC paramilitaries.  The paramilitries shot Pablo Perez 646 in the head, killing him.

972.   Juana Perez 647 is the sister and legal heir of Pablo Perez 647.  Pablo Perez 647 was kidnapped and murdered on February 26, 2000 by AUC paramilitaries.  In the early morning hours of February 26, 2000, Pablo Perez 647 was on his way home from a carnival when he was intercepted by several AUC paramilitaries.  The paramilitaries forced Pablo Perez 647 into their pickup truck, and drove off, kidnapping him.  Later that same morning, the paramilitaries left Pablo Perez 647's body by the side of the road on the outskirts of Las Piedras, Pivijay, Magdalena.  Pablo Perez 647 had been shot multiple times in the face and head.

973.   Juana Perez 648A is the wife and legal heir of Pablo Perez 648, with whom she had a family.  Juana Perez 648B is the sister and is also a legal heir of Pablo Perez 648.  Pablo Perez 648 was kidnapped on March 27, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 648.  On the night of March 27, 2001, a group of AUC paramilitaries arrived in a pickup truck at the home of Pablo Perez 648 in Barrio 23 de Diciembre, Pivijay,

Magdalena.  The paramilitaries broke down the door, forced their way inside and asked for Pablo Perez 648 by name.  When Pablo Perez 648 identified himself, the paramilitaries seized him and tied his wrists together, then dragged him out into the truck and drove away, kidnapping him.  The following day, on March 28, 2001, Pablo Perez 648's body was found on the outskirts of Pivijay in the Arroyo Los Puercos sector with his hands tied together.  Pablo Perez 648 had been shot several times.

974.   Juana Perez 649 is the mother and legal heir of Pablo Perez 649. Pablo Perez 649 was kidnapped on or about January 4, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 649. In the early morning hours on or about January 4, 2002, a group of AUC paramilitaries arrived at the home of Pablo Perez 649 in Barrio Las Mercedes, Pivijay, Magdalena and broke down the door.  The paramilitaries dragged Pablo Perez 649 out of the house and one of the paramilitaries beat him with his rifle. The paramilitaries shot Pablo Perez 649, injuring him, then dragged him by the neck into their vehicle and drove away, kidnapping him.  Pablo Perez 649's body was found on January 5, 2002 in Baranquilla, Atlantico.  Pablo Perez 649 had been shot in the head.

975.   Juan Perez 650 is the father and legal heir of Pablo Perez 650.  Pablo Perez 650 was kidnapped and disappeared on February 23, 2002 by AUC paramilitaries.  On the night of February 23, 2002, Pablo Perez 650 was at a pool hall in Pivijay, Magdalena when a group of AUC paramilitaries arrived in two pickup trucks.  The paramilitaries forced Pablo Perez 650 into one of their vehicles and drove away, kidnapping him.  Pablo Perez 650 was never seen again.

976.   Juana Perez 651 is the mother and legal heir of Pablo Perez 651, an adolescent.  Pablo Perez 651 was kidnapped and disappeared on April 23, 2002 by AUC paramilitaries.  On April 23, 2002, Pablo Perez 651 was working on a cattle ranch in Flores de Maria, Magdalena when a group of AUC paramilitaries arrived and asked for him by name.  When Pablo Perez 651 identified himself, the paramilitaries seized him, tied his hands together, forced him into their truck, and drove away, kidnapping him.  Pablo Perez 651 was never seen again.

977.   Juana Perez 652 is the sister and legal heir of Pablo Perez 652.  Pablo Perez 652 was murdered on June 26, 1999 by AUC paramilitaries.  Late on the night of June 26, 1999, Pablo Perez 652 was in the home of his in-laws in Pivijay, Magdalena when a group of AUC paramilitaries arrived at the house and broke down the front door.  The paramilitaries pulled Pablo Perez 652 out to the patio of the house and shot him multiple times in the neck and back, killing him.

978.   Juana Perez 653 is the wife and legal heir of Pablo Perez 653, with whom she had family.  Pablo Perez 653 was kidnapped and disappeared on January 4, 2002 by AUC paramilitaries.  On the night of January 4, 2002, a group of AUC paramilitaries arrived at Pablo Perez 653's home in Barrio Nueva Esperanza, Pivijay, Magdalena in a pickup truck and broke the door down.  The paramilitaries dragged Pablo Perez 653 out of the house and beat him, tied him up, forced him into the back of the pickup truck, and drove away, kidnapping him.  Pablo Perez 653 was never seen again.

979.   Juana Perez 654 is the wife and legal heir of Pablo Perez 654, with whom she had a family.  Pablo Perez 654 was murdered on April 4, 1998 by AUC paramilitaries.  Early on the morning of April 4, 1998, Pablo Perez 654 was at the El Campo farm in Placitas, Pivijay, Magdalena where he worked when a group of AUC paramilitaries arrived.  The paramilitaries killed and dismembered Pablo Perez 654, hid his body in the bushes and hung his shirt on a fence.  Some days later, on or about April 6, 1998, Pablo Perez 654's decomposing body was found.

980.   Juan Perez 655 is the brother and legal heir of Pablo Perez 655.  Pablo Perez 655 was murdered on March 4, 2001 by AUC paramilitaries.  Late on the night of March 4, 2001, Pablo Perez 655 was on his way home in Barrio Palenque, Pivijay, Magdalena from a pool hall when he was intercepted by two AUC

paramilitaries.  The paramilitaries bludgeoned Pablo Perez 655 to death with a blunt object.

981.   Juan Perez 656 is the father and legal heir of Pablo Perez 656.  Pablo Perez 656 was kidnapped and murdered on October 3, 1998 by AUC paramilitaries.  In the very early morning hours of October 3, 1998, a group of AUC paramilitaries arrived at Pablo Perez 656's home in Barrio 23 de Diciembre, Pivijay, Magdalena and broke down the door.  The paramilitaries stole cash and household items.  The paramilitaries then seized Pablo Perez 656, tied his wrists, and forced him into their truck and drove away, kidnapping him.  Pablo Perez 656's body was found later that same day at the La Colorada farm in Medialuna, Magdalena.  Pablo Perez 656 had been shot multiple times in the head and body.

982.   Juana Perez 657 is the sister and legal heir of Pablo Perez 657.  Pablo Perez 657 was kidnapped and murdered on or about July 12, 1998 by AUC paramilitaries.  In the evening on or about July 12, 1998, a group of AUC paramilitaries arrived at the Los Olivos farm in the Las Piedras sector of Pivijay, Magdalena where Pablo Perez 657 lived and worked, and asked for Pablo Perez 657 by name.  When Pablo Perez 657 identified himself, the paramilitaries ordered him to come speak with them a short distance away.  The paramilitaries forced Pablo Perez 657 to get onto a piece of agricultural equipment, beat him and tied

441

him up, and then drove away, kidnapping him.  Pablo Perez 657's body was found a few days later far away.  Pablo Perez 657 had been shot to death.  Following the murder, Pablo Perez 657's family was forced to flee the farm after receiving death threats from the AUC paramilitaries.  The family's farm was subsequently occupied by AUC paramilitaries.

983.   Juana Perez 658 is the wife and legal heir of Pablo Perez 658, an occasional worker banana worker.  Pablo Perez 658 was murdered on or about July 14, 2001 by AUC paramilitaries.  At night on or about July 14, 2001 Pablo Perez 658 was eating supper in the doorway of his home in Rio Frio, Zona Bananera, Magdalena when an AUC paramilitary arrived on a motorcycle.  The paramilitary shot Pablo Perez 658 four times in the head, face, and body, killing him.

984.   Juana Perez 659 is the wife and legal heir of Pablo Perez 659, an occasional banana worker.  Pablo Perez 659 was murdered on March 10, 2004 by AUC paramilitaries.   On March 10, 2004, Pablo Perez 659 was on his way home in Rio Frio, Zona Bananera, Magdalena on his bicycle after running errands when he was intercepted by two AUC paramilitaries on a motorcycle.  One paramilitary shot Pablo Perez 659 multiple times, killing him.

985.   Juana Perez 660A is the mother and legal heir of Pablo Perez 660. Juana Perez 660B is the sister and is also a legal heir of Pablo Perez 660.  Pablo

Perez 660, a banana worker who worked occasionally at Finca Victoria, a banana plantation in Rio Frio, Zona Bananera, Magdalena, was murdered on November 15, 1997 by AUC paramilitaries. On the night of November 15, 1997, Pablo Perez 660 was at home with his family, including Juana Perez 660A, in Rio Frio when a large group of AUC paramilitaries stormed the house, kicking in the front door and the patio door. The paramilitaries forced their way inside and, upon seeing Pablo Perez 660, one of the paramilitaries opened fire on him, killing him.

986.   Juana Perez 661 is the wife and legal heir of Pablo Perez 661.  Pablo Perez 661 was murdered on April 26, 2004 by AUC paramilitaries.  Pablo Perez 661 loaded trucks with bananas for export from various plantations and drove them to the port to be shipped.  On April 26, 2004, Pablo Perez 661 and some other banana workers were driving a banana truck toward Rio Frio, Zona Bananera when they were intercepted by two AUC paramilitaries on a motorcycle. The paramilitaries forced the truck to stop.  The paramilitaries shot Pablo Perez 661 in the face.  Pablo Perez 661 tried to hold onto the truck as the paramilitaries attempted to pull him out of the vehicle, but the paramilitaries hit Pablo Perez 661's hands with a pistol, injuring his fingers, until Pablo Perez 661 let go of the truck.  When Pablo Perez 661 fell to the ground, the paramilitaries shot and killed him.

443

987.   Juana Perez 662 is the daughter and legal heir of Pablo Perez 662. Pablo Perez 662 was murdered on May 8, 1998 by AUC paramilitaries.  As a technician for the cable systems that transport bananas from the fields to the packing plants on banana plantations, Pablo Perez 662 routinely visited many of the region's banana plantations.  Late on the night of May 8, 1998, Pablo Perez 662, his wife, and their children were asleep in their house in Barrio Las Malvinas, Rio Frio, Zona Bananera, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries seized Pablo Perez 662, took him to the street corner and attempted to force him into their vehicle.  Pablo Perez 662 refused to get in and struggled with the paramilitaries.  The paramilitaries beat Pablo Perez 662, then shot and killed him.

988.   Juan Perez 663 is the father and legal heir of Pablo Perez 663.  Pablo Perez 663 was murdered on April 11, 2005 by AUC paramilitaries.  Pablo Perez 663 and Juan Perez 663 worked as security guards on the same banana plantation. In the late afternoon of April 11, 2005, Juan Perez 663 went to the banana plantation and relieved Pablo Perez 663.  While Pablo Perez 663 was waiting for his ride in Cienaga, Magdalena, two AUC paramilitaries arrived on a motorcycle and shot him multiple times in the face and body, fatally wounding him.  A representative of the district attorney's office happened to pass just after the crime

444

occurred, and transported Pablo Perez 663 to a hospital. Pablo Perez 663 died from his wounds a few minutes after arriving at the hospital.

989. Juana Perez 664A and Juan Perez 664B, husband and wife, are surviving victims. Juana Perez 664A and Juan Perez 664B were seriously injured on October 8, 2004 by AUC paramilitaries. In the early morning hours of October 8, 2004, Juana Perez 664A and Juan Perez 664B were asleep in their home in Barrio Colombia Libre, Maicao, Guajira when they were awoken by the sound of an explosion in their home, produced by a grenade thrown into the house by AUC paramilitaries. Juana Perez 664A and Juan Perez 664B were badly wounded by grenade shrapnel and suffered serious burns from the fire that resulted from the grenade explosion.

990. Juan Perez 665 is a surviving victim. Juan Perez 665 was seriously injured on May 7, 2002 by AUC paramilitaries. On May 7, 2002, Juan Perez 665 and a friend were riding in a vehicle through the Entre Rios sector of Riohacha, Guajira when AUC paramilitaries in a pickup truck intercepted them and forced their vehicle to the side of the road. The paramilitaries opened fire on Juan Perez 665, who was sitting in the passenger seat. The paramilitaries fired a large number of bullets, hitting Juan Perez 665 in the throat with a bullet that exited through the

back of his neck.  The paramilitaries then shot Juan Perez 665 again, puncturing his lung.

991.   Juan Perez 666 is the son and legal heir of Pablo Perez 666.  Pablo Perez 666 was kidnapped and disappeared on June 13, 2001 by AUC paramilitaries.  In the early morning hours of June 13, 2001, Pablo Perez 666 left his home in Barrio Libertador, Riohacha, Guajira en route to El Carmen de Bolivar.  That night, Pablo Perez 666 called his wife and told her he would return home two days hence.  Pablo Perez 666 was never seen again.  Pablo Perez 666's truck was seen in the Magdalena towns of Cienaga, Fundacion and Plato.

992.   Juana Perez 667 is the sister and legal heir of Pablo Perez 667.  Pablo Perez 667 was murdered on July 12, 2002 by AUC paramilitaries.  On July 12, 2002, Pablo Perez 667 was returning to his home in Campana, Dibulla, Guajira after presiding over a religious service when he was intercepted by an AUC paramilitary. The paramilitary shot Pablo Perez 667 multiple times in the head and body, killing him in the presence of Pablo Perez 667's young son.

993.   Juana Perez 668 is the wife and legal heir of Pablo Perez 668, a police inspector, with whom she had a family.  Pablo Perez 668 was murdered on April 18, 2005 by AUC paramilitaries.  On the evening of April 18, 2005, two AUC paramilitaries came to Pablo Perez 668's home in Choles, Riohacha, Guajira.  The

paramilitaries shot Pablo Perez 668 multiple times, killing him. In the same incident, the paramilitaries also murdered Pablo Perez 669A and wounded Juan Perez 669B and Juan Perez 669C (see below).

994.   Juana Perez 669A is the wife and legal heir of Pablo Perez 669A, with whom she had a family.  Juan Perez 669B is a surviving victim, and is the son and is also a legal heir of Pablo Perez 669A. Juan Perez 669C is a surviving victim. Pablo Perez 669A was murdered, and Juan Perez 669B and Juan Perez 669C were seriously wounded, on April 18, 2005 by AUC paramilitaries.  On April 18, 2005, Pablo Perez 669A was in his home in Choles, Riohacha, Guajira with his wife Juana Perez 669A when he heard gunshots in the street and rushed out outside. Juan Perez 669B and Juan Perez 669C ran behind Pablo Perez 669A out of the house.  Multiple gunshots that AUC paramilitaries were firing at the Choles police inspector, Pablo Perez 668 (see above), also hit Pablo Perez 669A, killing him. Pablo Perez 669A's son, Juan Perez 669B, and nephew, Juan Perez 669C, also received gunshots fired by the AUC paramilitaries. Juan Perez 669B was shot in the back; Juan Perez 669C was shot in the foot.

995.   Juana Perez 670A is the wife and legal heir of Pablo Perez 670A, with whom she had a family.  Juana Perez 670A is also the sister and legal heir of Pablo Perez 670B.  Juan Perez 670B is the father and is also a legal heir of Pablo Perez

447

670B.  Pablo Perez 670A and Pablo Perez 670B were murdered on August 10, 2000 by AUC paramilitaries.  On the afternoon of August 10, 2000, Pablo Perez 670A and Pablo Perez 670B left their home in the Tomarrazon sector of Riohacha, Guajira with Pablo Perez 670A's brother.  A neighbor came to the family's house the next morning and reported that AUC paramilitaries had shot and killed Pablo Perez 670A, Pablo Perez 670B, and Pablo Perez 670A's brother the previous afternoon and stolen their truck.

996.   Juana Perez 671A is the mother and legal heir of Pablo Perez 671. Juan Perez 671B is the brother and is also a legal heir of Pablo Perez 671.  Pablo Perez 671 was murdered on January 14, 2004 by AUC paramilitaries.  Early on the morning of January 14, 2004, Pablo Perez 671 left his home in Riohacha, Guajira to begin driving his taxi.  A few hours later, Juan Perez 671B received a call informing him that Pablo Perez 671's body had been found next to his taxi in Las Tunas, Riohacha.  Pablo Perez 671 had been shot in the head by AUC paramilitaries who passed as passengers in his taxi.

997.   Juana Perez 672 is the sister and legal heir of Pablo Perez 672.  Pablo Perez 672 was kidnapped and murdered on June 16, 2005 by AUC paramilitaries. On the night of June 16, 2005, Pablo Perez 672 was on the street in front of his house in Barrio Las Tunas, Riohacha, Guajira when AUC paramilitaries in a car

448

intercepted him.  The paramilitaries forced Pablo Perez 672 into the car and drove away, kidnapping him.  The paramilitaries took Pablo Perez 672 to the El Basurero sector of Riohacha on the Riohacha-Valledupar road.  The paramilitaries shot Pablo Perez 672 multiple times, killing him.

998.   Juana Perez 673 is the mother and legal heir of Pablo Perez 673. Pablo Perez 673 was murdered on May 12, 2006 by AUC paramilitaries.  On the morning of May 12, 2006, while Pablo Perez 673 was in Mingueo in Dibulla, Guajira purchasing food, he was intercepted by AUC paramilitaries on a motorcycle.  The paramilitaries shot Pablo Perez 673 multiple times, killing him.

999.   Juana Perez 674 is a surviving victim. Juana Perez 674 was kidnapped and gang-raped on April 10, 2002 by AUC paramilitaries.  On April 10, 2002, Juana Perez 674, then 13 years old, was running an errand in Choles, Riohacha, La Guajira when she was intercepted by AUC paramilitaries in a pickup truck.  The paramilitaries forced Juana Perez 674 into the pickup and drove away, kidnapping her.  The paramilitaries took Juana Perez 674 to the village of Matitas where it appeared they had a base.  The paramilitaries raped Juana Perez 674 for two hours, then drove her back to Choles and left her on a street corner.  The paramilitaries threatened to kill Juana Perez 674 or her family members if she reported the rape.

449

1000. Juana Perez 675 is the wife and legal heir of Pablo Perez 675, with whom she had a family.  Pablo Perez 675 was murdered on April 30, 2006 by AUC paramilitaries.  On April 30, 2006, Pablo Perez 675 was chatting with a friend in Barrio 31 de Octubre, Riohacha, Guajira when two AUC paramilitaries approached him. The paramilitaries shot and killed Pablo Perez 675.

1001. Juana Perez 676A is the mother and legal heir of Pablo Perez 676A. Juana Perez 676B is the sister and is also a legal heir of Pablo Perez 676A.  Pablo Perez 676A was kidnapped and disappeared on or about October 7, 2003 by AUC paramilitaries.  On October 7, 2003, Pablo Perez 676A came to Colombia to visit Juana Perez 676A in Valledupar, Cesar from Venezuela where he was living. Before Pablo Perez 676A was to arrive in Valledupar, however, he called Juana Perez 676A and told her he would first be making a stop in Palomino, Guajira and then on to Valledupar to see her.  Two days passed and Pablo Perez 676A did not arrive in Valledupar.  Juana Perez 676A received a call from a man who identified himself as "Efrain," who who said he was an AUC paramilitary.  "Efrain" told Juana Perez 676A he had news about Pablo Perez 676A's whereabouts and told her to meet him ("Efrain") at a designated place and time.  At the appointed meeting, "Efrain" told Juana Perez 676A that Pablo Perez 676A had been kidnapped and that it would take three million pesos in ransom to free him. "Efrain" told Juana

Perez 676A that the money needed to be handed over within a week or else the paramilitaries would murder Pablo Perez 676A.  A week later, "Efrain" called Juana Perez 676A for the money and she told him she had it with her.  "Efrain" came and collected the ransom money from Juana Perez 676A and told her that Pablo Perez 676A would be freed the following day.  Later, however, "Efrain" called Juana Perez 676A and told her Pablo Perez 676A would not, in fact, be freed yet because "Efrain"'s boss was demanding a second ransom of four million pesos before Pablo Perez 676A would be freed.  Juana Perez 676A told "Efrain" she did not have any more money.  After that, Juana Perez 676A did not hear from the paramilitaries again.  Pablo Perez 676A was never seen again.

1002.  Juana Perez 676B is also the wife and legal heir of Pablo Perez 676B, with whom she had a family.  Pablo Perez 676B was kidnapped and disappeared on November 21, 2003 by AUC paramilitaries.  On November 21, 2003, Pablo Perez 676B was on a public bus on his way to Riohacha, Guajira when the bus was intercepted near the El Salvador sector by a vehicle operated by AUC paramilitaries.  The paramilitaries entered the bus and beat Pablo Perez 676B.  The paramilitaries removed Pablo Perez 676B from the bus, forced him into their vehicle, and drove away, kidnapping him. Pablo Perez 676B was never seen again.

1003. Juana Perez 677 is the mother and legal heir of Pablo Perez 677. Pablo Perez 677 was murdered on July 17, 2005 by AUC paramilitaries. On July 17, 2005, AUC paramilitaries placed a bomb on the Juan y Medio-Cascajalito road in Riohacha, Guajira and when Pablo Perez 677 drove over it, it exploded, killing Pablo Perez 677 and several others as well as injuring two people.

1004. Juana Perez 678 is the wife and legal heir of Pablo Perez 678, with whom she had a family. Pablo Perez 678 was murdered on January 23, 2009 by AUC paramilitaries. Pablo Perez 678 had been an AUC paramilitary but had demobilized in 2003. On January 23, 2009, as Pablo Perez 678 was standing in the doorway of his home in Barrio Jose Arnoldo Marin, Riohacha, Guajira, he was approached by two AUC paramilitaries. The paramilitaries shot Pablo Perez 678 multiple times in the head, killing him.

1005. Juana Perez 679 is the wife and legal heir of Pablo Perez 679, with whom she had a family. Pablo Perez 679 was kidnapped and murdered on October 17, 1998 by AUC paramilitaries. On the night of October 17, 1998, a group of AUC paramilitaries came to Pablo Perez 679's home in Plato, Magdalena, tied him up, and kidnapped him. The paramilitaries shot and killed Pablo Perez 679. Pablo Perez 679's body was found on the Bosconia-Plato road.

1006. Juana Perez 680 is the mother and legal heir of Pablo Perez 680. Pablo Perez 680 was murdered on May 30, 2006 by AUC paramilitaries.  On May 30, 2006, a group of AUC paramilitaries came to where Pablo Perez 680 worked in Barrio El Cuellar, Riohacha, Guajira and asked for some gasoline.  When Pablo Perez 680 turned to retrieve the gasoline for them, the paramilitaries shot and killed him.

1007. Juan Perez 681 is the father and legal heir of Pablo Perez 681.  Pablo Perez 681 was kidnapped, wounded and disappeared on November 18, 2005 by AUC paramilitaries.  On the afternoon of November 18, 2005, Pablo Perez 681 was running an errand in Puerto Nuevo near Guachaca, Santa Marta, Magdalena when he was intercepted by AUC paramilitaries.  The paramilitaries attempted to force Pablo Perez 681 into a car, but he resisted.  One of the paramilitaries shot Pablo Perez 681, wounding him.  The paramilitaries forced Pablo Perez 681 into the car and drove away, kidnapping him.  Pablo Perez 681 was never seen again.

1008. Juan Perez 682 is the father and legal heir of Pablo Perez 682.  Pablo Perez 682 was murdered on August 6, 2002 by AUC paramilitaries.  Early on the morning of August 6, 2002, as Pablo Perez 682 was nearing his home in Barrio Dividivi, Riohacha, Guajira, he was intercepted by AUC paramilitaries in a pickup truck.  The paramilitaries shot Pablo Perez 682 multiple times, killing him.

453

1009. Juana Perez 683 is the sister and legal heir of Pablo Perez 683. Pablo Perez 683 was murdered on October 11, 2000 by AUC paramilitaries.  Early on the morning of October 11, 2000, group of AUC paramilitaries came to the Salao farm in Rua, Remolino, Magdalena where Pablo Perez 683 was working.  The paramilitaries robbed items of value from the house and then stabbed Pablo Perez 683 with a knife and machete and slit his throat, killing him.

1010. Juana Perez 684 is the mother and legal heir of Pablo Perez 684. Pablo Perez 684 was kidnapped and disappeared on October 16, 1999 by AUC paramilitaries.  On October 16, 1999, Pablo Perez 684 was in Santa Rita, Remolino, Magdalena when a group of AUC paramilitaries kidnapped him.  Pablo Perez 684 was never seen again.

1011. Juan Perez 685 is the son and legal heir of Paula Perez 685.  Paula Perez 685 was murdered on May 14, 2005 by AUC paramilitaries.  On May 14, 2005, Paula Perez 685 was on a road in Remolino, Magdalena when she was intercepted by a group of AUC paramilitaries on motorcycles. The paramilitaries shot Paula Perez 685 multiple times, killing her.

1012. Juana Perez 686A is the mother and legal heir of Pablo Perez 686A and of Pablo Perez 686B.  Juana Perez 686B is the wife and legal heir of Pablo Perez 686B, with whom she had a family.  Pablo Perez 686A and Pablo Perez

454

686B were kidnapped on May 19, 2000 by AUC paramilitaries; after kidnapping them, the paramilitaries murdered Pablo Perez 686A and Pablo Perez 686B.  In the early morning hours of May 19, 2000, a large group of AUC paramilitaries broke down the doors of the house belonging to Pablo Perez 686A and Pablo Perez 686B in Remolino, Magdalena, tied up everyone present, and locked the women present in a room.  The paramilitaries robbed valuable household items and kidnapped Pablo Perez 686A and Pablo Perez 686B.   The bodies of Pablo Perez 686A and Pablo Perez 686B were found near the village of Santa Rita, Remolino two days later, on May 21, 2000.  The paramalitaries had tortured, stabbed and shot Pablo Perez 686A and Pablo Perez 686B, slitting their throats and removing their eyes.

1013. Juana Perez 687 is the mother and legal heir of Pablo Perez 687. Pablo Perez 687 was murdered on March 1, 1997 by AUC paramilitaries.  On March 1, 1997, AUC paramilitaries intercepted Pablo Perez 687 near the Si Nos Dejan neighborhood in Cienaga, Magdalena, when he was on his way to rural Cienaga. The paramilitaries shot Pablo Perez 687 multiple times, killing him.

1014. Juana Perez 688 is the wife and legal heir of Pablo Perez 688, with whom she had a family.  Pablo Perez 688 was murdered on or about December 19, 2001 by AUC paramilitaries.  On or about December 19, 2001, Pablo Perez 688 was on a farm in Santa Rita, Remolino, Magdaldena when he was intercepted by

AUC paramilitaries.   The paramilitaries tortured Pablo Perez 688, shot and killed him, and mutilated his body.

1015. Juana Perez 689 is the mother and legal heir of Paula Perez 689. Paula Perez 689 was kidnapped and murdered on or about October 9, 2001 by AUC paramilitaries.  Late at night on or about October 9, 2001, a group of AUC paramilitaries arrived in a pickup truck and broke the door down to Paula Perez 689's home in Barrio Buenos Aires, Remolino, Magdalena.  The paramilitaries forced Paula Perez 689 and her husband into their vehicle and drove away, kidnapping them.  The paramilitaries shot and killed Paula Perez 689's husband and slit Paula Perez 689's throat and shot her multiple times, killing her.

1016. Juana Perez 690 is the wife and legal heir of Pablo Perez 690.  Pablo Perez 690 was murdered by AUC paramilitaries on January 13, 2005.  At the time of his murder, Pablo Perez 690, the former mayor of Sitionuevo, Magdalena, was serving as an official of a technical legislative unit of the Colombian Congress.  On the evening of January 13, 2005, Pablo Perez 690 was in a meeting with community members in Palermo, Sitionuevo when a group of AUC paramilitaries arrived.  One of the paramilitaries seized Pablo Perez 690 by the neck and shot him several times in the neck and chin, killing him.  The paramilitaries then shot and killed Pablo Perez 690's bodyguard, Pablo Perez 691  (see below).

456

1017. Juana Perez 691 is the wife and legal heir of Pablo Perez 691, with whom she had a family. Pablo Perez 691 was murdered on January 13, 2005 by AUC paramilitaries. On the night of January 13, 2005, Pablo Perez 691, in his capacity as bodyguard to Pablo Perez 690 (see above), was attending a meeting in Palermo, Sitionuevo, Magdalena, when a group of AUC paramilitaries arrived on motorcycles.  The paramilitaries shot and killed Pablo Perez 690 and then shot and killed Pablo Perez 691.

1018. Juana Perez 692 is the sister and legal heir of Pablo Perez 692.  Pablo Perez 692 was murdered by AUC paramilitaries on June 21, 1997.  On June 21, 1997, AUC paramilitaries entered the El Recuerdo farm in Aguja, Magdalena, robbed livestock, and shot Pablo Perez 692 in the head, killing him.  Pablo Perez 692's body was found buried in a common grave with two other bodies.

1019. Juana Perez 693 is the mother and legal heir of Pablo Perez 693, a banana worker.  Pablo Perez 693 was murdered on October 19, 2000 by AUC paramilitaries.  In the early morning hours of October 19, 2000, Pablo Perez 693 was asleep on the Santa Elena farm on the Santa Marta-Minca road in Magdalena when a group of AUC paramilitaries arrived, seized him, and tied his wrists.  The paramilitaries shot Pablo Perez 693 in the head, killing him and partially decapitated him.

1020. Juan Perez 694 is the father and legal heir of Pablo Perez 694. Pablo Perez 694 was kidnapped and disappeared on January 23, 2001 by AUC paramilitaries. On the morning of January 23, 2001, Pablo Perez 694 was at work at the Monte Carmelo banana plantation in Tucurinca, Zona Bananera, Magdalena, when he was intercepted by a group of AUC paramilitaries. The paramilitaries demanded to see Pablo Perez 694's identity document and then kept it. The paramilitaries kidnapped Pablo Perez 694. Pablo Perez 694 was never seen again.

1021. Juana Perez 695 is the wife and legal heir of Pablo Perez 695, with whom she had a family. Pablo Perez 695 was murdered by AUC paramilitaries on June 16, 2005. Pablo Perez 695 was last seen alive at a local hospital in Cienaga, Magdalena buying medicine. Pablo Perez 695's body was found in rural Cienaga. Pablo Perez 695 had been shot in the head.

1022. Juana Perez 696 is the wife and legal heir of Pablo Perez 696, with whom she had a family. Pablo Perez 696 was kidnapped and murdered on April 2, 2002 by AUC paramilitaries. On April 2, 2002, Pablo Perez 696 was taken from his mother's home in San Juan de Palos Prietos, Pueblo Viejo, Magdalena by AUC paramilitaries. The paramilitaries put Pablo Perez 696 on their motorcycle and drove away, kidnapping him. The paramilitaries took Pablo Perez 696 to the Tucurinca Bridge and shot him multiple times, killing him.

458

1023. Juana Perez 697 is the mother and legal heir of Pablo Perez 697, an occasional banana worker.  Pablo Perez 697 was murdered by AUC paramilitaries on August 19, 2002.  On August 19, 2002, Pablo Perez 697 was watching television in Cienaga, Magdalena when he was approached by two AUC paramilitaries. The paramilitaries shot and killed Pablo Perez 697.

1024. Juana Perez 698 is the mother and legal heir of Pablo Perez 698. Pablo Perez 698, a banana worker, was kidnapped and murdered on June 3, 2002 by AUC paramilitaries.  On June 3, 2002, Pablo Perez 698 and two other laborers were riding in an automobile near the village of Sevilla, Zona Bananera, Magdalena when they were intercepted by a group of AUC paramilitaries.  The paramilitaries forced Pablo Perez 698 and the two laborers into the paramilitaries' pickup truck and drove away, kidnapping them.  The paramilitaries drove to the La Agustina banana plantation in Sevilla and shot Pablo Perez 698 three times in the head and face, killing him.  The paramilitaries also shot and killed the other two men.

1025. Juana Perez 699 is the mother and legal heir of Pablo Perez 699A. Juana Perez 699B is the sister and is also a legal heir of Pablo Perez 699A. Juana Perez 699C is also the sister and is also a legal heir of Pablo Perez 699A. Juan Perez 699D is the brother and is also a legal heir of Pablo Perez 699A. Juan Perez

459

699E is also the brother and is also a legal heir of Pablo Perez 699A. Pablo Perez 699A, a banana worker who lived in Aracataca, Magdalena, and who was employed at the San Rafael banana plantation, was kidnapped and disappeared on November 7, 2002 by AUC paramilitaries. On the morning of November 7, 2002, Pablo Perez 699A was traveling to his job by bicycle, accompanied by a brother of his. When Pablo Perez 699A got to the Aracataca Bridge, he was intercepted by a group of AUC paramilitaries who were in a car. Some of the paramilitaries got out of the car, beat Pablo Perez 699A, and then forced him into the car and drove off with him, kidnapping him. Pablo Perez 699A was never seen again.

1026. Juana Perez 699 is also the mother and legal heir of Pablo Perez 699B. Juana Perez 699B is also the sister and is also a legal heir of Pablo Perez 699B. Juana Perez 699C is also the sister and is also a legal heir of Pablo Perez 699B. Juan Perez 699D is also the brother and is also a legal heir of Pablo Perez 699B. Juan Perez 699E is also the brother and is also a legal heir of Pablo Perez 699B. Pablo Perez 699B, a banana worker, was murdered on July 13, 2002 by AUC paramilitaries. On the evening of July 13, 2002, Pablo Perez 699B left his home in Cienaga, Magdalena, to go to a nearby store. Along the way, Pablo Perez 699B was intercepted by two AUC paramilitaries. The paramilitaries shot Pablo Perez 699B to death.

1027. Juana Perez 700 is the sister and legal heir of Pablo Perez 700.  Pablo Perez 700, a banana worker, was kidnapped and murdered on May 29, 2003 by AUC paramilitaries.  On May 29, 2003, a group of AUC paramilitaries forced Pablo Perez 700 out of his home in Cienaga, Madalena and into a car and drove away, kidnapping him.  Several blocks from Pablo Perez 700's home, the paramilitaries shot Pablo Perez 700 multiple times in his head and body, killing him.

1028. Juana Perez 701 is the wife and legal heir of Pablo Perez 701, with whom she had a family.  Pablo Perez 701 was murdered on January 31, 2002 by AUC paramilitaries.  Pablo Perez 701 worked on a farm owned by his family in the Sierra Nevada de Santa Marta mountains.  Because of the presence of the AUC paramilitaries, Pablo Perez 701, Juana Perez 701, and their family moved to Perico Aguao, Minca, Santa Marta, Magdalena on January 30, 2002.  On January 31, 2002, a large group of AUC paramilitaries entered Perico Aguao and went house to house, pulling people out and bringing them to the center of town.  The paramilitaries forced the residents to lay face down on the ground, and then shot and killed five people, including Pablo Perez 701.

1029. Juana Perez 702A is the wife and legal heir of Pablo Perez 702, with whom she had a family.  Juana Perez 702B is the mother and is also a legal heir of

461

Pablo Perez 702.  Pablo Perez 702 was murdered on March 7, 2002 by AUC paramilitaries.  In the early morning hours of March 7, 2002, Pablo Perez 702 was asleep in a neighbor's house in the Pozos Colorados sector of Santa Marta, Magdalena, on the road to the airport, along with the three women who lived in the house, when a group of AUC paramilitaries arrived.  The paramilitaries shot Pablo Perez 702 in the head, killing him.  The paramilitaries also shot and killed the three women.

1030. Juana Perez 703 is the daughter and legal heir of Pablo Perez 703. Pablo Perez 703 was murdered on or about April 28, 2004 by AUC paramilitaries. Late at night or early in the morning, on or about April 28, 2004, Pablo Perez 703 was chatting with a friend in a public establishment in the La Lucha sector of Santa Marta, Magdalena when they were intercepted by a group of AUC paramilitaries. The paramilitaries shot Pablo Perez 703 multiple times in the head, killing him. The paramilitaries also shot and killed Pablo Perez 703's friend.

1031. Juana Perez 704 is the wife and legal heir of Pablo Perez 704, with whom she had a family.  Pablo Perez 704 was kidnapped and tortured on March 2, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 704.  At the time of his death, Pablo Perez 704 was working on the political campaign of a mayoral candidate in Sabanagrande, Atlantico.  Early on

462

the morning of March 2, 2002, a group of AUC paramilitaries arrived at the home of Pablo Perez 704, where he was asleep with his wife and small child, in Sabanagrande.  The paramilitaries knocked on the door and claimed to be with the public prosecutor's office.  When Pablo Perez 704 did not answer the door, the paramilitaries broke it down and forced their way inside.  The paramilitaries put a plastic bag over Pablo Perez 704's head and beat and tortured him in front of his family.  Then one of the paramilitaries put a gun behind Pablo Perez 704's ear and shot him in the head, injuring him.  The paramilitaries wrapped Pablo Perez 704 in a sheet and tied him with a television chord, then dragged him a couple of blocks away to their vehicle and drove off with him, kidnapping him.  The next day, on March 3, 2002, Pablo Perez 704's body was found some kilometers away.

1032. Juana Perez 705 is the wife and legal heir of Pablo Perez 705, with whom she had a family.  Pablo Perez 705 was murdered on March 17, 2004 by AUC paramilitaries.  On the night of March 17, 2004, Pablo Perez 705 was in front of his house in Barrio Altos de las Delicias, Santa Marta, Magdalena with his family and some friends when an AUC paramilitary approached. The paramilitary shot Pablo Perez 705 multiple times in the thorax, killing him.  The paramilitary also killed a second person in the group and injured a third.   The paramilitary fled

and boarded a motorcycle with another AUC paramilitary who was waiting for him on the street corner.

1033. Juana Perez 706 is the sister and legal heir of Pablo Perez 706. Pablo Perez 706 was kidnapped and disappeared on April 22, 2007 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 706. On April 22, 2007, Pablo Perez 706 and his wife got into a taxi that was being driven by his coworker. Pablo Perez 706, his wife, the taxi driver, and the taxi driver's wife were never seen alive again. In June 2008, the bodies of Pablo Perez 706 and his wife were discovered in a common grave in an advanced state of decomposition. Pablo Perez 706 had been shot to death. On March 27, 2009, the Colombian Attorney General's Office turned over the remains of Pablo Perez 706 to his family.

1034. Juana Perez 707A is the wife and legal heir of Pablo Perez 707, with whom she had a family. Juana Perez 707B is the sister and is also a legal heir of Pablo Perez 707. Pablo Perez 707 was murdered on January 31, 2002 by AUC paramilitaries. On the morning of January 31, 2002, a large group of AUC paramilitaries came into Perico Aguao, Santa Marta, Magdalena and began shooting into the houses, breaking down doors, and telling residents to get on the

ground.  The paramilitaries shot and killed five people in the town, including Pablo Perez 707.  Pablo Perez 707 was shot multiple times in the head and body.

1035. Juana Perez 708A is the daughter and legal heir of Pablo Perez 708. Juana Perez 708B is the wife and is also a legal heir of Pablo Perez 708, with whom she had a family.  Pablo Perez 708 was murdered on September 3, 2000 by AUC paramilitaries.  On September 3, 2000, Pablo Perez 708 was socializing with some friends in San Juan de Palos Priteos, Pueblo Viejo, Magdalena when two AUC paramilitaries arrived. The paramilitaries shot Pablo Perez 708, killing him.

1036. Juana Perez 709 is the wife and legal heir of Pablo Perez 709, with whom she had a family.  Pablo Perez 709 was kidnapped and murdered on December 19, 2005 by AUC paramilitaries.  Late on the night of December 19, 2005, Pablo Perez 709 was in a pool hall in Santa Marta, Magdalena when a group of AUC paramilitaries arrived in a taxi.  The paramilitaries forced Pablo Perez 709 into the vehicle and drove away, kidnapping him.  The following morning, on December 20, 2005, Pablo Perez 709's body was found.  Pablo Perez 709 had been shot in the head.

1037. Juana Perez 710 is the wife and legal heir of Pablo Perez 710, with whom she had a family.  Pablo Perez 710 was murdered on January 31, 2002 by AUC paramilitaries.  On the morning of January 31, 2002, Pablo Perez 710 left his

465

house in Barrio Divino Nino, Santa Marta, Magdalena to run an errand.  When Pablo Perez 710 was in the Santa Marta public market, he was intercepted by AUC paramilitaries.  The paramilitaries shot Pablo Perez 710 multiple times in the head and body, killing him.

1038. Juana Perez 711 is the daughter and legal heir of Pablo Perez 711. Pablo Perez 711 was kidnapped and disappeared on February 23, 2003 by AUC paramilitaries.  On the afternoon of February 23, 2003, a group of AUC paramilitaries arrived at the coffee farm in San Pedro de la Sierra, Cienaga, Magdalena where Pablo Perez 711 worked. The paramilitaries asked for Pablo Perez 711 by name.  When Pablo Perez 711 identified himself, the paramilitaries seized him, tied his hands behind his back, and hit him in the legs with the butts of their rifles.  The paramilitaries took Pablo Perez 711 with them, kidnapping him. Pablo Perez 711 was never seen again.

1039. Juana Perez 712A is the wife and legal heir of Pablo Perez 712, with whom she had a family.  Juana Perez 712B is the sister and is also a legal heir of Pablo Perez 712.  Pablo Perez 712 was kidnapped on November 29, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries tortured and murdered Pablo Perez 712.  On November 29, 2001, Pablo Perez 712 was on a public transport vehicle going toward Santa Marta, Magdalena when it was stopped at an

466

AUC paramilitary checkpoint.  The paramilitaries pulled Pablo Perez 712 out of the vehicle, forcibly shaved his head and then told the other passengers in the vehicle to leave.  Pablo Perez 712's body was found in a common grave on September 8, 2007.  Pablo Perez 712 had been beaten and tortured, and his body had been dismembered with a chainsaw.

1040. Juana Perez 713 is the wife and legal heir of Pablo Perez 713, with whom she had a family.  Pablo Perez 713 was murdered on February 21, 2004 by AUC paramilitaries.  On the evening of February 21, 2004, Pablo Perez 713 was returning to his house in Barrio Las Malvinas, Santa Marta, Magdalena from making a phone call when two AUC paramilitaries on a motorcycle intercepted him.  The paramilitaries shot and killed Pablo Perez 713.

1041. Juana Perez 714 is the wife and legal heir of Pablo Perez 714, with whom she had a son.  Pablo Perez 714 was kidnapped on September 3, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 714.  Early on the morning of September 3, 2003, two AUC paramilitaries arrived at Pablo Perez 714's house in Barrio Olivo, Santa Marta, Magalena on a motorcycle and forced Pablo Perez 714 to accompany them, kidnapping him.  The following day when Pablo Perez 714 had still not returned, Juana Perez 714 began calling his cell phone.  The paramilitaries answered and told Juana Perez 714 that

if she continued to call, what happened to her husband would happen to her.  Pablo Perez 714's brother also called Pablo Perez 714's cell phone and received the same threat.  In October 2007 Pablo Perez 714's body was found in a common grave in Tucurinca buried with other people.  Pablo Perez 714's body was identified in March 2008 by the Colombian Attorney General's Office.

1042.  Juana Perez 715 is the sister and legal heir of Pablo Perez 715.  Pablo Perez 715 was murdered on May 3, 2003 by AUC paramilitaries.  About one month before his murder, Pablo Perez 715 had moved to Minca, Santa Marta Magdalena to work in the construction industry.  On May 3, 2003, Pablo Perez 715 was found dead on the Minca-El Campano road in Santa Marta.  Pablo Perez 715 had been tied up, stabbed to death, and mutilated.

1043.  Juan Perez 716 is the husband and legal heir of Paula Perez 716. Paula Perez 716 was murdered on November 10, 2004 by AUC paramilitaries. Approximately one year prior to Paula Perez 716's murder, the AUC paramilitaries had also murdered her mother.  On the evening of November 10, 2004, an AUC paramilitary approached Paula Perez 716's home in Barrio La Paz, Santa Marta, Magdalena on foot and shot into the house multiple times while remaining outside. The paramilitary shot Paula Perez 716 in the neck and shoulder, killing her, and shot Paula Perez 716's mother, wounding her.

468

1044. Juana Perez 717 is the mother and legal heir of Pablo Perez 717. Pablo Perez 717 was murdered on January 27, 2000 by AUC paramilitaries.  On the morning of January 27, 2000, Pablo Perez 717 was on his way to the marina in Santa Marta, Magdalena to see if he had been scheduled to work when he was intercepted by an AUC paramilitary. The paramilitary shot Pablo Perez 717 multiple times in the head and neck, killing him.

1045. Juana Perez 718 is the mother and legal heir of Pablo Perez 718. Pablo Perez 718 was murdered on June 23, 2007 by AUC paramilitaries.  On June 23, 2007, Pablo Perez 718 was at a cabin in Santa Marta, Magdalena with three other men, organizing a birthday party for Juana Perez 718.  A group of AUC paramilitaries arrived and forced Pablo Perez 718 and the three men to lay face down on the ground.  The paramilitaries then shot and killed all four men, including Pablo Perez 718.

1046. Juana Perez 719 is the mother and legal heir of Pablo Perez 719. Pablo Perez 719 was kidnapped on June 18, 2007 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 719.  On June 18, 2007, Pablo Perez 719 was on his way to Dibulla, Guajira when he was kidnapped by the AUC paramilitaries.  Pablo Perez 719's family began receiving phone calls demanding a ransom of 50 million pesos within three days for Pablo Perez 719.

On June 20, 2007, the family notified the Gaula, the specialized unit of the Colombian military which investigates kidnappings.  The Gaula began tracking the family's phone calls. On or about June 20, 2007, Pablo Perez 719's body was found.  Pablo Perez 719 had been shot multiple times.

1047. Juana Perez 720A is the wife and legal heir of Pablo Perez 720A, with whom she had five children.  Juana Perez 720B is the sister and is also a legal heir of Pablo Perez 720A.  Juana Perez 720B is also the sister and legal heir of Pablo Perez 720B.  Pablo Perez 720A and Pablo Perez 720B were kidnapped on September 12, 2000 by AUC paramilitaries; after kidnapping them, the paramilitaries murdered Pablo Perez 720A and Pablo Perez 720B.  Approximately three months before they were murdered, Pablo Perez 720A and Pablo Perez 720B went to live and work at a farm in Santa Rita, Bonda, Santa Marta, Magdalena.  On September 12, 2000, Pablo Perez 720A and Pablo Perez 720B were sitting with other family members on the porch of their house on the farm when a large group of AUC paramilitaries arrived and ordered everyone to lay face down on the ground.  The paramilitaries kidnapped Pablo Perez 720A and Pablo Perez 720B, leaving the other family members locked in a room of the house. The family launched a search party and on September 15, 2000, they discovered Pablo Perez

720A and Pablo Perez 720B's decomposing bodies on a farm in Santa Rita, Bonda. Pablo Perez 720A and Pablo Perez 720B had been shot to death.

1048. Juana Perez 721 is the wife and legal heir of Pablo Perez 721, with whom she had a family. Pablo Perez 721 was murdered on June 8, 2004 by AUC paramilitaries. Around midday on June 8, 2004, a group of AUC paramilitaries arrived at Pablo Perez 721's house in Bajo Camaguey, San Pedro de la Sierra in Cienaga, Magdalena. The paramilitaries took Pablo Perez 721 to the back of the house and beat him. The paramilitaries then slit Pablo Perez 721's throat and shot and killed him. The paramilitaries also killed Pablo Perez 721's brother.

1049. Juana Perez 722 is the mother and legal heir of Paula Perez 722, a student. Paula Perez 722 was kidnapped, raped, and murdered on January 1, 2007 by AUC paramilitaries. On January 1, 2007 Paula Perez 722 was returning to her house in Villa del Rio, Santa Marta, Magdalena when she was intercepted by an AUC paramilitary on a motorcycle. The paramilitary forced Paula Perez 722 onto his motorcycle and drove away, kidnapping her. Paula Perez 722's decomposing body was later found on the outskirts of Santa Marta. Paula Perez 722 had been beaten, raped, and shot, and fragments of wood were found in her vagina.

1050. Juana Perez 723 is the wife and legal heir of Pablo Perez 723, with whom she had a family. Pablo Perez 723 was mortally wounded on February 5,

2002 by AUC paramilitaries.  Pablo Perez 723 had previously been a candidate for Santa Marta Municipal Council.  Late on the night of February 5, 2002, as Pablo Perez 723 walked out of his house in Barrio Jardin, Santa Marta, Magdalena, an AUC paramilitary shot him multiple times in the head and body, mortally wounding him.  Pablo Perez 723 was taken to a clinic, where he died some hours later from his wounds.

1051. Juana Perez 724 is the wife and legal heir of Pablo Perez 724, with whom she had a family.  Pablo Perez 724 was murdered on January 25, 2003 by AUC paramilitaries.  On the evening of January 25, 2003, Pablo Perez 724 was in a park in Santa Marta, Magdalena when he was intercepted by two AUC paramilitaries on a motorcycle.  The paramilitaries shot Pablo Perez 724 multiple times in the head and body, killing him.

1052. Juana Perez 725 is the sister and legal heir of Pablo Perez 725.  Pablo Perez 725 was kidnapped and disappeared on June 29, 2003 by AUC paramilitaries.  On June 29, 2003, an AUC paramilitary arrived at Pablo Perez 725's house in Barrio Luz del Mundo, Santa Marta, Magdalena and told Pablo Perez 725 that he had a job for him.  Pablo Perez 725 left with the paramilitary.  Pablo Perez 725 was never seen again.

1053. Juana Perez 726 is the wife and legal heir of Pablo Perez 726, an inspector for the local government in Bonda, Santa Marta, Magdalena, with whom she had a family. Pablo Perez 726 was kidnapped and murdered on May 10, 2000 by AUC paramilitaries. On the morning of May 10, 2000, Pablo Perez 726 had gone to the Mayor's office and was on his way back to Bonda on his motorcycle when he was intercepted in Barrio 11 de Noviembre in Santa Marta by a group of AUC paramilitaries. The paramilitaries forced Pablo Perez 726 into their vehicle and drove away, kidnapping him. One of the paramilitaries boarded Pablo Perez 726's motorcycle and drove away with it. The paramilitaries took Pablo Perez 726 to a nearby location where they shot him multiple times, killing him.

1054. Juana Perez 727 is the wife and legal heir of Pablo Perez 727, with whom she had a family. Pablo Perez 727 was murdered on July 1, 2002 by AUC paramilitaries. On the afternoon of July 1, 2002 Pablo Perez 727 was with a friend in a pool hall in Barrio 11 de Noviembre, Santa Marta, Magdalena when an AUC paramilitary arrived. The paramilitary shot Pablo Perez 727 multiple times, killing him.

1055. Juana Perez 728 is the daughter and legal heir of Pablo Perez 728. Pablo Perez 728 was murdered on or about May 5, 2005 by AUC paramilitaries. A few days before his murder, Pablo Perez 728 received a phone call from an AUC

paramilitary. The paramilitary set up an appointment to see Pablo Perez 728, supposedly to give Pablo Perez 728 some money that was owed him.  On or about May 5, 2005, Pablo Perez 728 and his wife went to meet with the paramilitary. Pablo Perez 728 and his wife were not seen again until their bodies were discovered in a common grave in April 2007.  On February 12, 2008, the Colombian Attorney General's office turned over Pablo Perez 728's remains to Juana Perez 728.

1056. Juana Perez 729 is the wife and legal heir of Pablo Perez 729, with whom she had a family.  Pablo Perez 729 was murdered on October 27, 2004 by AUC paramilitaries.  Pablo Perez 729 sold plantains in the public market of Santa Marta, Magdalena.  On the morning of October 27, 2004, Pablo Perez 729 left his home in Barrio Los Fundadores, Santa Marta, Magdalena on his motorcycle to go to the market to work.  A short distance away from his home, Pablo Perez 729 was intercepted by two AUC paramilitaries. The paramilitaries shot Pablo Perez 729 multiple times in his head and body, killing him.

1057. Juana Perez 730 is the wife and legal heir of Pablo Perez 730, with whom she a family.  Pablo Perez 730 was murdered on or about November 19, 2002 by AUC paramilitaries.  A little more than a year prior to his murder, Pablo Perez 730 and Juana Perez 730 had moved to Hatico, Fonseca, Guajira because

AUC paramilitaries had shot Pablo Perez 730 twice.  On or about November 19, 2002, a group of AUC paramilitaries arrived in the town plaza of Hatico.  The paramilitaries told those present in the plaza, including Pablo Perez 730, to lay face-down on the ground.  The paramilitaries then kicked Pablo Perez 730 and shot him multiple times, killing him.

1058.  Juana Perez 731A is the mother and legal heir of Pablo Perez 731. Juana Perez 731B is the sister and is also a legal heir of Pablo Perez 731.  Pablo Perez 731 was murdered on November 16, 1999 by AUC paramilitaries.  On the morning of November 16, 1999, Pablo Perez 731 was walking out of a neighbor's house in Barrio Los Fundadores, Santa Marta, Magdalena when he was intercepted by a group of AUC paramilitaries in a pickup truck.  The paramilitaries tried to force Pablo Perez 731 into their truck.  When Pablo Perez 731 resisted, the paramilitaries shot him in the head and chest, killing him.

1059.  Juana Perez 732 is the sister and legal heir of Pablo Perez 732.  Pablo Perez 732 was murdered on November 23, 2000 by AUC paramilitaries.  On the morning of November 23, 2000, Pablo Perez 732 was arriving at the scrap-metal plant where he worked in the public market in Santa Marta, Magdalena when AUC paramilitaries opened fired on a passing truck. Pablo Perez 732 was hit once in the head and killed by a stray bullet fired by the paramilitaries.

1060. Juana Perez 733 is the mother and legal heir of Pablo Perez 733. Pablo Perez 733 was murdered on June 17, 2002 by AUC paramilitaries. On the night of June 17, 2002, Juana Perez 733 and Pablo Perez 733 were in their home in Barrio Monte Rey, Fundacion, Magdalena when two AUC paramilitaries entered the house. One of the paramilitaries put a gun against Juana Perez 733's sister's head, while the other shot Pablo Perez 733 multiple times, killing him.

1061. Juana Perez 734A is the wife and legal heir of Pablo Perez 734, with whom she had a family. Juana Perez 734B is the stepdaughter and is also a legal heir of Pablo Perez 734. Pablo Perez 734 was murdered on May 15, 2003 by AUC paramilitaries. On the evening of May 15, 2003 Pablo Perez 734 was shot by an AUC paramilitary multiple times in the head and body and fatally wounded in the tire shop where he worked in Barrio Bastidas, Santa Marta, Magdalena. Juana Perez 734A rushed Jose de los Reyes Marmol Cantillo to a hospital in Santa Marta, where he died upon arrival from his wounds.

1062. Juan Perez 735 is the father and legal heir of Pablo Perez 735. Pablo Perez 735 was murdered on May 17, 2003 by AUC paramilitaries. Early on the morning of May 17, 2003, a group of AUC paramilitaries arrived in two vehicles at the home of Pablo Perez 735, where he lived with his mother and sister in Barrio Sampues, Fundacion, Magdalena. The paramilitaries surrounded the house and

demanded that those inside come out.  The paramilitaries shot Pablo Perez 735's uncle several times, killing him.  The paramilitaries told Pablo Perez 735 to lay face down on the patio and then shot him in the back, killing him.  The paramilitaries also shot Pablo Perez 735's mother, injuring her.

1063. Juana Perez 736 is the mother and legal heir of Pablo Perez 736A. Pablo Perez 736A was murdered on February 20, 2004 by AUC paramilitaries. On the night of February 20, 2004, Pablo Perez 736A was standing near the local church in San Jeronimo, Mamatoco in Santa Marta, Magdalena when a group of AUC paramilitaries arrived on motorcycles.  The paramilitaries opened fire indiscriminately, killing Pablo Perez 736A and one other person, and injuring several others.

1064. Juana Perez 736 is also the sister and legal heir of Paula Perez 736B. Paula Perez 736B was murdered on April 21, 2001 by AUC paramilitaries.  In the early morning hours of April 21, 2001, Paula Perez 736B was at a friend's house in Barrio Las Malvinas, Santa Marta, Magdalena where she was accosted by AUC paramilitaries. One of the paramilitaries shot Paula Perez 736B twice in the head, killing her.

1065. Juana Perez 737 is the wife and legal heir of Pablo Perez 737, with whom she had a family.  Pablo Perez 737 was murdered on March 9, 2000 by

AUC paramilitaries.  Pablo Perez 737 was the driver, bodyguard, and first cousin of former Senator Flor Gnecco.  On the morning of March 9, 2000, Pablo Perez 737 left his home in Barrio El Pradito, Santa Marta, Magdalena on foot to take his oldest son to school.  As Pablo Perez 737 was walking with his son on his shoulders, he was intercepted by two AUC paramilitaries on a motorcycle.  The paramilitaries called out Pablo Perez 737's name.  When Pablo Perez 737 turned around and set his son down on the ground, the paramilitaries shot Pablo Perez 737 twice, killing him.

1066. Juana Perez 738 is the wife and legal heir of Pablo Perez 738, with whom she had a family.  Pablo Perez 738 was murdered on November 14, 1998 by AUC paramilitaries. In the early morning hours of November 14, 1998, Pablo Perez 738 was at a pool hall in Sevilla, Cienaga, Magdalena with friends when a group of AUC paramilitaries arrived.  The paramilitaries shot Pablo Perez 738 multiple times, killing him.  The paramilitaries also shot and killed two other men in the pool hall.

1067. Juana Perez 739 is the wife and legal heir of Pablo Perez 739, with whom she had a family.  Pablo Perez 739 was murdered on February 5, 2000 by AUC paramilitaries.  On the evening of February 5, 2000, Pablo Perez 739 was standing on his mother's porch in Barrio 11 de Noviembre, Santa Marta,

478

Magdalena with his mother, brother-in-law, aunt, and a neighbor, when two AUC paramilitaries appeared from behind a tree.  The paramilitaries shot Pablo Perez 739 multiple times, killing him.

1068. Juana Perez 740 is the mother and legal heir of Pablo Perez 740, a student.  Pablo Perez 740 was murdered on May 7, 2000 by AUC paramilitaries.  On May 7, 2000, Pablo Perez 740 was walking down the street in Barrio 11 de Noviembre, Santa Marta, Magdalena with Juana Perez 740 when they were approached by AUC paramilitaries.  The paramilitaries shot Pablo Perez 740 several times in his thorax and extremities, killing him.

1069. Juana Perez 741 is the sister and legal heir of Pablo Perez 741A.  Pablo Perez 741A was murdered on May 7, 1998 by AUC paramilitaries.  On the morning of May 7, 1998, Pablo Perez 741A was traveling toward his house on his motorcycle when he was intercepted near the public market in Santa Marta, Magdalena by two AUC paramilitaries in a truck.  The paramilitaries shot Pablo Perez 741A several times, killing him.

1070. Juana Perez 741 is also the sister and legal heir of Pablo Perez 741B.  Pablo Perez 741B was murdered on October 29, 2005 by AUC paramilitaries.  On October 29, 2005, Pablo Perez 741B was talking with his sister and brother-in-law in Sector Tres Puentes, Minca, Santa Marta, Magdalena when two AUC

479

paramilitaries came up behind them.  One paramilitary pointed his gun at Pablo

Perez 741B's two family members while the other paramilitary shot Pablo Perez

741B multiple times, killing him.  The paramilitaries hit Pablo Perez 741B's

brother-in-law in the head, knocking him down, before leaving on their

motorcycle.

1071. Juana Perez 742 is the mother and legal heir of Pablo Perez 742.

Pablo Perez 742 was murdered on September 18, 1998 by AUC paramilitaries.  On

the night of September 18, 1998, Pablo Perez 742 was in his home in Villa del Rio,

Santa Marta, Magdalena when a group of AUC paramilitaries entered through the

open door of the house.  Pablo Perez 742 ran and tried to hide in the bathroom.

The paramilitaries followed Pablo Perez 742 into the bathroom and shot and killed

him.

1072. Juana Perez 743 is the sister and legal heir of Pablo Perez 743.  Pablo

Perez 743 was murdered on October 7, 2002 by AUC paramilitaries.  Pablo Perez

743 farmed a small parcel of land in Tierra Nueva, Pueblonuevo, Magdalena, close

to an AUC paramilitary base.  On October 7, 2002, a group of AUC paramilitaries

arrived at the farm and asked Pablo Perez 743's son where they could find Pablo

Perez 743. When the son replied that he did not know, the paramilitaries beat him.

The paramilitaries found Pablo Perez 743 elsewhere on the farm.  The paramilitaries shot Pablo Perez 743 several times, killing him.

1073.  Juana Perez 744 is the wife and legal heir of Pablo Perez 744 with whom she had a family.  Pablo Perez 744 was murdered on January 14, 2006 by AUC paramilitaries.  On January 14, 2006, Pablo Perez 744 received a subpoena to testify in the disciplinary proceedings set for January 16, 2006 against two officers accused of having illegally detained Pablo Perez 744 approximately one year prior.  On the morning of January 14, 2006, Pablo Perez 744 was in a tire shop in Barrio Bastidas, Santa Marta, Magdalena when two AUC paramilitaries arrived.  The paramilitaries shot Pablo Perez 744 multiple times in the head and body, killing him.

1074.  Juana Perez 745 is the wife and legal heir of Pablo Perez 745, with whom she had a family.  Pablo Perez 745 was kidnapped and disappeared on July 27, 2004 by AUC paramilitaries. On the morning of July 27, 2004, Pablo Perez 745 was working at the La Union farm in La Divisa, Aracataca, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries kidnapped Pablo Perez 745.  Pablo Perez 745 was never seen again.  Juana Perez 745 was later told that Pablo Perez 745 was murdered at knifepoint by the AUC paramilitaries and buried

in a shallow grave on the farm, and that the owner of the farm later exhumed the victim and reburied him on the farm in an unknown location.

1075. Juana Perez 746 is the wife and legal heir of Pablo Perez 746, with whom she had a family.  Pablo Perez 746 was murdered on May 8, 2006 by AUC paramilitaries.  Early on the morning of May 8, 2006, Pablo Perez 746 left his home in Barrio 20 de Julio, Santa Marta, Magdalena and was on his way to work on his bicycle when he was intercepted on the alternate road to the Santa Marta port by two AUC paramilitaries on a motorcycle.  The paramilitaries shot Pablo Perez 746 multiple times in the head and body, killing him.

1076. Juan Perez 747 is the father and legal heir of Pablo Perez 747, an adolescent.  Pablo Perez 747 was murdered on March 5, 2000 by AUC paramilitaries.  On the night of March 5, 2000, Pablo Perez 747 was riding his bicycle when he was intercepted in the El Boqueron sector near the railroad tracks in Santa Marta, Magdalena by two AUC paramilitaries.  The paramilitaries shot Pablo Perez 747 in the thorax and extremities, killing him.

1077. Juana Perez 748A is the wife and legal heir of Pablo Perez 748, with whom she had a family.  Juana Perez 748B is the mother and is also a legal heir of Pablo Perez 748.  Juana Perez 748C, born in 1993, is the daughter and is also a legal heir of Pablo Perez 748.  Pablo Perez 748 was murdered on February 26,

2001 by AUC paramilitaries. Early on the morning of February 26, 2001, Pablo Perez 748 was with two friends at a local festival in a park in Barrio Cundy, Santa Marta, Magdalena when they was intercepted by two AUC paramilitaries in a truck. The paramilitaries shot Pablo Perez 748 in the head and hand, killing him. The paramilitaries also shot and killed one of Pablo Perez 748's friends and shot and severely wounded his other friend.

1078. Juana Perez 749 is the wife and legal heir of Pablo Perez 749, with whom she had a family. Pablo Perez 749 was murdered on June 28, 2006 by AUC paramilitaries. On June 28, 2006, Pablo Perez 749 was sitting in the doorway of his mother's house in Barrio Primero de Mayo, Santa Marta, Magdalena when two AUC paramilitaries passed by on a motorcycle. A few minutes later, the paramilitaries returned and shot Pablo Perez 749 multiple times, fatally wounding him. Pablo Perez 749 died from his wounds as he was arriving at a hospital.

1079. Juan Perez 750 is the father and legal heir of Pablo Perez 750, an adolescent. Pablo Perez 750 was murdered on October 4, 2006 by AUC paramilitaries. On the afternoon of October 4, 2006, Pablo Perez 750 was intercepted in Barrio Maria Cecilia, Santa Marta, Magdalena by two AUC paramilitaries on a motorcycle. The paramilitaries shot Pablo Perez 750 several times, killing him.

1080. Juana Perez 751A is the wife and legal heir of Pablo Perez 751A, with whom she had a family.  Juana Perez 751A is also the sister and legal heir of Pablo Perez 751B. Juana Perez 751B is also the sister and is also a legal heir of Pablo Perez 751B. Pablo Perez 751A and Pablo Perez 751B were murdered on August 11, 2002 by AUC paramilitaries.  On the morning of August 11, 2002, Pablo Perez 751A and Pablo Perez 751B left their home in Gaira, Santa Marta, Magdalena to go to the parcel of land they cultivated together.  Along the way, Pablo Perez 751A and Pablo Perez 751B were intercepted by AUC paramilitaries near the water treatment plant in Gaira. The paramilitaries shot Pablo Perez 751A and Pablo Perez 751B multiple times, killing them.  The paramilitaries stole personal effects of Pablo Perez 751A and Pablo Perez 751B, including their ID cards.

1081. Juan Perez 752 is the son and legal heir of Pablo Perez 752.  Pablo Perez 752 was murdered on August 16, 2003 by AUC paramilitaries.  In the early morning hours of August 16, 2003, a group of AUC paramilitaries arrived at the home of Pablo Perez 752's daughter in Barrio Monte Rey, Fundacion, Magdalena and forced their way inside the home.  The paramilitaries forced Pablo Perez 752 and his brother-in-law to go outside.  The paramilitaries shot Pablo Perez 752 multiple times in the head and body, killing him.  The paramilitaries also shot and killed Pablo Perez 752's brother-in-law.

1082. Juana Perez 753 is the mother and legal heir of Pablo Perez 753. Pablo Perez 753 was murdered on September 5, 1994 by guerrillas. On the evening of September 5, 1994, Pablo Perez 753 was waiting for a bus in San Jose de Kennedy, in rural Cienaga, Magdalena, in order to return to his home in Algarrobo, Magdalena when he was intercepted by a group of guerrillas. The guerrillas shot Pablo Perez 753 to death.

1083. Juana Perez 754 is the wife and legal heir of Pablo Perez 754, with whom she had a family.  Pablo Perez 754 was murdered on July 26, 2002 by AUC paramilitaries.  On the night of July 26, 2002, Juana Perez 754 and Pablo Perez 754 were intercepted near their home in Barrio La Lucha, Santa Marta, Magdalena by two AUC paramilitaries.  The paramilitaries shot Pablo Perez 754, mortally wounding him.  Pablo Perez 754 died from his wounds in the hospital a few hours later that same day.

1084. Juana Perez 755 is the sister and legal heir of Pablo Perez 755.  Pablo Perez 755 was murdered on or about March 3, 2009 by AUC paramilitaries.  On March 3, 2009, Pablo Perez 755 left his home in Barrio 20 de Octubre, Santa Marta, Magdalena to look for work.  Pablo Perez 755's family did not hear from him again.  Several months after Pablo Perez 755's disappearance, his family saw

news reports that Pablo Perez 755's body had been found in Via Bonda, Santa Marta.  Pablo Perez 755 had been shot to death.

1085. Juana Perez 756 is the aunt and legal heir of Pablo Perez 756.  Pablo Perez 756 was murdered on March 30, 2001 by AUC paramilitaries.  On March 30, 2001, Pablo Perez 756 was pumping gas into his car in a gas station in front of a cemetery in Cienaga, Magdalena when he was intercepted by two AUC paramilitaries.  The paramilitaries shot Pablo Perez 756 three times in the head, killing him.

1086. Juana Perez 757 is the mother and legal heir of Pablo Perez 757, a student.  Pablo Perez 757 was kidnapped and disappeared on February 24, 2003 by AUC paramilitaries.  On the night of February 24, 2003, Pablo Perez 757 was asleep in his home in Pivijay, Magdalena when a group of AUC paramilitaries forced their way inside the home, kidnapped him, and stole electrical appliances. Pablo Perez 757 was never seen again.

1087. Juana Perez 758 is the wife and legal heir of Pablo Perez 758, with whom she had a family.  Pablo Perez 758 was murdered on February 22, 2006 by AUC paramilitaries.  In the early morning hours of February 22, 2006, Pablo Perez 758 went out to milk the cows on the El Antojo farm in El Curval, Bonda, Santa

Marta when he was intercepted by AUC paramilitaries. The paramilitaries shot Pablo Perez 758 in the head, killing him.

1088. Juana Perez 759 is the sister and legal heir of Pablo Perez 759.  Pablo Perez 759 was murdered on November 16, 2002 by AUC paramilitaries.  On the night of November 16, 2002, Pablo Perez 759 was in a parking lot in Barrio El Pando in Santa Marta, Magdalena when he was intercepted by an AUC paramilitary.  The paramilitary shot Pablo Perez 759 multiple times, killing him.

1089. Juana Perez 760 is the wife and legal heir of Pablo Perez 760, with whom she had a family.  Pablo Perez 760 was murdered on August 19, 2000 by AUC paramilitaries.  On the morning of August 19, 2000, Pablo Perez 760 left his home in Barrio El Pando, Santa Marta, Magdalena with his nephew to meet someone.  As Pablo Perez 760 and his nephew arrived at the meeting place near the entrance to Barrio Once de Noviembre in Santa Marta, AUC paramilitaries on a motorcycle shot Pablo Perez 760 multiple times in the head and back, killing him.  The paramilitaries also shot and wounded Pablo Perez 760's nephew.

1090. Juana Perez 761 is the mother and legal heir of Pablo Perez 761. Pablo Perez 761 was murdered on July 6, 2005 by AUC paramilitaries.  On the evening of July 6, 2005, Pablo Perez 761 and his brothers were sitting in front of their house in Barrio Las Palmas, Fundacion, Magdalena when three AUC

paramilitaries approached and identified themselves as "public prosecutors." The paramilitaries asked for Pablo Perez 761's and his brothers' identity documents. When Pablo Perez 761 tried to look at the men's faces, the men stabbed Pablo Perez 761 and then shot him to death.

1091. Juan Perez 762 is the brother and legal heir of Pablo Perez 762. Pablo Perez 762 was murdered on January 7, 2002 by AUC paramilitaries. On the night of January 7, 2002, Pablo Perez 762 was at his brother's home in Santa Marta, greeting another brother who had just arrived from Bucamaranga, Santander. While Pablo Perez 762 and other family members were gathered, a group of AUC paramilitaries arrived in a vehicle. One of the paramilitaries greeted the brother who had just arrived from Bucaramanga. Suddenly, the paramilitaries opened fire on the brother and others present, including Pablo Perez 762. The paramilitaries murdered Pablo Perez 762 with a gunshot to the head.

1092. Juan Perez 763 is the brother and legal heir of Pablo Perez 763. Pablo Perez 763 was murdered on or about November 30, 1998 by AUC paramilitaries. On or about November 29, 1998, Pablo Perez 763 left San Pedro de la Sierra, Cienaga, Magdalena to work in the Sierra Nevada coffee fields. Pablo Perez 763 arrived in Santa Rosa de Lima, Fudacion, Magdalena, where AUC paramilitaries held control. The following morning, on or about November 30, 1998, Pablo Perez

763's body was found on the side of the Santa Rosa de Lima-Fundacion road and was buried anonymously.

1093. Juana Perez 764 is the mother and legal heir of Paula Perez 764, an adolescent student. Paula Perez 764 was murdered on April 12, 2005 by AUC paramilitaries. On April 12, 2005, Paula Perez 764 went to Cienaga, Magadalena to purchase school supplies. When Paula Perez 764 arrived in Barrio 18 de Enero, Cienaga, two AUC paramilitaries on a motorcycle shot and killed her.

1094. Juana Perez 765 is the daughter and legal heir of Pablo Perez 765. Pablo Perez 765 was kidnapped and disappeared on February 10, 2004 by AUC paramilitaries. On February 10, 2004, Pablo Perez 765 was on his farm in La Planada, San Pedro de la Sierra, Cienaga, Magdalena when a group of AUC paramilitaries forced him to accompany them and kidnapped him. Pablo Perez 765 was never seen again.

1095. Juana Perez 766A is the daughter and legal heir of Pablo Perez 766. Juan Perez 766B is the son and is also a legal heir of Pablo Perez 766. Juana Perez 766C is the wife and is also a legal heir of Pablo Perez 766, with whom she had three children. Pablo Perez 766 was kidnapped on January 25, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 766. On the evening of January 25, 1998, Pablo Perez 766 was sitting at a restaurant in

489

Cienaga, Magdalena when several AUC paramilitaries arrived in a pickup truck. The paramilitaries forced Pablo Perez 766 into the truck, kidnapping him. The next morning, on January 26, 1998, Pablo Perez 766's body was found in the Puente de La Aguja section of rural Cienega. Pablo Perez 766 had been shot in the head and thorax and stabbed multiple times.

1096. Juana Perez 767 is the sister and legal heir of Pablo Perez 767. Pablo Perez 767 was kidnapped, tortured, and disappeared on June 6, 2004 by AUC paramilitaries. On June 6, 2004, Pablo Perez 767 was sleeping at the Buenavista farm in Siberia, Cienaga, Magdalena where he lived and worked when a large group of AUC paramilitaries arrived. The paramilitaries broke into the house and kidnapped Pablo Perez 767 and his wife. The following day, Pablo Perez 767's wife was released. Pablo Perez 767's wife reported that the paramilitaries had taken them to a farm, where the paramilitaries accused Pablo Perez 767 of being a member or collaborator of the guerrillas, and that the paramilitaries tortured Pablo Perez 767. Pablo Perez 767's wife fled the region out of fear shortly thereafter. Pablo Perez 767 was never seen again.

1097. Juana Perez 768 is the wife and legal heir of Pablo Perez 768, with whom she had a family. Pablo Perez 768 was kidnapped and disappeared on December 26, 2003 by AUC paramilitaries. Approximately four months before the

490

kidnapping and disappearance of Pablo Perez 768, AUC paramilitaries threatened Juana Perez 768, and as a result she fled to Barranquilla, Atlantico. Pablo Perez 768 stayed on his uncle's ranch in Palermo, Sitionuevo, Magdalena after the threat to Juana Perez 768.  Late on the night of December 26, 2003, Pablo Perez 768 left his uncle's ranch in Palermo to go into town.  Pablo Perez 768 was never seen again.

1098. Juana Perez 769 is the mother and legal heir of Pablo Perez 769. Pablo Perez 769 was murdered by AUC paramilitaries on September 21, 2006. Early on the morning of September 21, 2006, Pablo Perez 769 was working in Sitionuevo, Magdalena, when he was intercepted by AUC paramilitaries.  The paramilitaries shot and killed Pablo Perez 769.

1099. Juana Perez 770 is the wife and legal heir of Pablo Perez 770, with whom she had a family.  Pablo Perez 770 was murdered by AUC paramilitaries on August 11, 2005.  On the afternoon of August 11, 2005, Pablo Perez 770 was returning to Sitionuevo, Magdalena from Barranquillo, Atlantico.  When Pablo Perez 770 was changing buses in Malambo, Atlantico, he was intercepted by AUC paramilitaries on a motorcycle.  The paramilitaries shot Pablo Perez 770 multiple times, killing him.

1100. Juana Perez 771A is the daughter and legal heir of Paula Perez 771. Juan Perez 771B is the brother and is also a legal heir of Paula Perez 771. Paula Perez 771 was murdered by AUC paramilitaries on April 5, 2004.   On the night of April 5, 2004, an AUC paramilitary made purchases at Paula Perez 771's store in Barrio Bajo, Sitionuevo, Magdalena.  The paramilitary then waited outside the store until Paula Perez 771 exited.  As Paula Perez 771 crossed the street, the paramilitary shot her in the head, killing her.

1101. Juana Perez 772 is the wife and legal heir of Pablo Perez 772, with whom she had a family.  Pablo Perez 772 was murdered by AUC paramilitaries on March 16, 2003.   On the morning of March 16, 2003 Pablo Perez 772 was on an errand in Barrio Santuario, Barranquilla, Atlantico when he was intercepted by AUC paramilitaries on a motorcycle.  The paramilitaries shot Pablo Perez 772 multiple times, killing him.

1102. Juana Perez 773 is the wife and legal heir of Pablo Perez 773, with whom she had a family.  Pablo Perez 773 was kidnapped and disappeared by AUC paramilitaries on March 30, 2003.  On March 30, 2003, Pablo Perez 773 was returning from Remolino, Magdalena to his home in Sitionuevo, Magdalena on a public bus when the bus was intercepted by AUC paramilitaries.  The paramilitaries ordered Pablo Perez 773 to get off the bus, forced him onto one of

492

their motorcycles and drove away, kidnapping him.  Pablo Perez 773 was never seen again.

1103. Juana Perez 774A is the wife and legal heir of Pablo Perez 774, with whom she had a family.  Juana Perez 774B is the sister and is also a legal heir of Pablo Perez 774.  Juana Perez 774C is also the sister and is also a legal heir of Pablo Perez 774.  Juan Perez 774D is the brother and is also a legal heir of Pablo Perez 774. Pablo Perez 774 was kidnapped and disappeared on July 4, 2005 by AUC paramilitaries.  On the morning of July 4, 2005, Pablo Perez 774 left his house in Sitionuevo, Magdalena.  AUC paramilitaries intercepted Pablo Perez 774 on the road in Sitionuevo and kidnapped him.  Pablo Perez 774 was never seen again.

1104. Juana Perez 775A is the mother and legal heir of Pablo Perez 775. Juan Perez 775B is the brother and is also a legal heir of Pablo Perez 775. Pablo Perez 775 was kidnapped by AUC paramilitaries on January 12, 2001; after kidnapping him, the paramilitaries murdered Pablo Perez 775.  On the morning of January 12, 2001 Pablo Perez 775 was working in the plaza of Pivijay, Magdalena when he was intercepted by AUC paramilitaries on a motorcycle.  The paramilitaries forced Pablo Perez 775 onto their motorcycle and drove away, kidnapping him.  The paramilitaries then shot and killed Pablo Perez 775 on the

road between Pivijay and Remolina, Magdalena.  Pablo Perez 775's body was on

or about January 13, 2001 by his family.

1105.  Juana Perez 776 is the sister and legal heir of Pablo Perez 776.  Pablo

Perez 776 was kidnapped and disappeared by AUC paramilitaries on June 4, 2003.

On June 4, 2003, Pablo Perez 776 left his home in Sitionuevo, Magdalena and

boarded a boat headed for Sabanagrande, Atlantico.  After Pablo Perez 776 arrived

in Sabanagrande, AUC paramilitaries intercepted him and kidnapped him.  Pablo

Perez 776 was never seen again.

1106.  Juana Perez 777 is the mother and legal heir of Pablo Perez 777.

Pablo Perez 777 was kidnapped and disappeared by AUC paramilitaries on April 1

2003.  On April 1, 2003, Pablo Perez 777 was on a bus that was traveling between

Sitionuevo, Magdalena and Remolino, Magdalena when it was intercepted by

AUC paramilitaries.   The paramilitaries forced Pablo Perez 777 off the bus and

kidnapped him.   Pablo Perez 777 was never seen again.

1107.  Juana Perez 778A is the wife and legal heir of Pablo Perez 778.  Juana

Perez 778B is the sister and is also a legal heir of Pablo Perez 778.  Juana Perez

778C is also the sister and is also a legal heir of Pablo Perez 778.  Juana Perez

778D is the mother and is also a legal heir of Pablo Perez 778.  Pablo Perez 778

was kidnapped and murdered by AUC paramilitaries on May 2, 2005.  Early on the

afternoon of May 2, 2005 Pablo Perez 778 was in Sitionuevo, Magdalena waiting

with one of his sons for another son to get out of school when he was approached

by AUC paramilitaries.  The paramilitaries forced Pablo Perez 778 and his son

onto their motorcycle and drove away, kidnapping them.  The paramilitaries took

Pablo Perez 778 and his son to the Jhoana Paola farm on the Sitionuevo-Remolino

road in Magdalena.  The paramilitaries shot Pablo Perez 778 multiple times in the

head and body, killing him in front of his son.

1108. Juana Perez 779 is the wife and legal heir of Pablo Perez 779, with

whom she had a family.   Pablo Perez 779 was murdered on October 5, 2003 by

AUC paramilitaries. On October 5, 2003 Pablo Perez 779 was found dead in

Parque Las Marias in Soledad, Atlantico. Pablo Perez 779 was killed with a

gunshot to the head.

1109. Juana Perez 780A is the wife and legal heir of Pablo Perez 780, with

whom she had a family. Juana Perez 780B is the mother and is also a legal heir of

Pablo Perez 780.  Pablo Perez 780 was murdered on March 28, 2004 by AUC

paramilitaries.  On the afternoon of March 28, 2004, Pablo Perez 780 was on a plot

of land next to his own in Carmona, Sitionuevo, Magdalena when he was

intercepted by AUC paramilitaries.  On March 30, 2004, Pablo Perez 780's son

found Pablo Perez 780's body in the river.  Pablo Perez 780 had been shot once in the head and his body bound with wire.

1110. Juana Perez 781 is the mother and legal heir of Pablo Perez 781. Pablo Perez 781 was kidnapped and murdered by AUC paramilitaries on or about February 10, 2000.  On or about February 10, 2000, as Pablo Perez 781 was leaving on his boat to fish, he was intercepted by AUC paramilitaries in several boats.  The paramilitaries shot and wounded Pablo Perez 781, then seized him and took him to the Bocas de Cataca area of the Cienaga Grande de Santa Marta swamp, kidnapping him. There, the paramilitaries shot and killed Pablo Perez 781. Pablo Perez 781's body was found a few days later.

1111. Juan Perez 782 is the father and legal heir of Pablo Perez 782A. Pablo Perez 782A was kidnapped August 8, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Pablo Perez 782A.  Late at night on August 8, 2000, AUC paramilitaries arrived at Pablo Perez 782A's home in Palmira, Puebloviejo, Magdalena and knocked down the door of the house.  The paramilitaries forced Pablo Perez 782A into their truck and drove away, kidnapping him.  The paramilitaries shot and killed Pablo Perez 782A near the Cienaga, Magdalena municipal slaughterhouse.  Pablo Perez 782A's body was found early the next morning, on August 9, 2000.

496

1112. Juan Perez 782 is also the father and legal heir of Pablo Perez 782B. Pablo Perez 782B was murdered on January 1, 2003 by AUC paramilitaries.   On January 1, 2003, as Pablo Perez 782B was on his way to his uncle's house, he was intercepted near the entrance to Palmira, Puebloviejo, Magdalena by AUC paramilitaries.  The paramilitaries beat Pablo Perez 782B and slit his throat, killing him.

1113. Juana Perez 783A is the sister and legal heir of Pablo Perez 783A, of Pablo Perez 783B, and of Pablo Perez 783C. Juan Perez 783B is the brother and is also a legal heir of Pablo Perez 783A, of Pablo Perez 783B, and of Pablo Perez 783C.  Pablo Perez 783A, Pablo Perez 783B, and Pablo Perez 783C were murdered on June 21, 2001 by AUC paramilitaries.  On the night of June 21, 2001, Pablo Perez 783A, Pablo Perez 783B, and Pablo Perez 783C were relaxing outside their  home in Barrio Nueva Esperanza, Tucurinca, Zona Bananera, Magdalena when two AUC paramilitaries arrived.  The paramilitaries locked the women present in a room of the house and ordered Pablo Perez 783A, Pablo Perez 783B, and Pablo Perez 783C to show their identity documents.  The paramilitaries took and kept all three identity documents.  The paramilitaries then shot and killed Pablo Perez 783A and Pablo Perez 783B.  The paramilitaries shot Pablo Perez 783C, wounding him, and then slit his throat with a machete, killing him.

1114. Juan Perez 784 is the brother and legal heir of Pablo Perez 784, a worker at the Villa Esther banana plantation.  Pablo Perez 784 was kidnapped and disappeared on April 7, 2000 by AUC paramilitaries.  In the early morning hours of April 7, 2000, Pablo Perez 784 was asleep in his home in Barrio Raices, Aracataca, Magdalena when a group of AUC paramilitaries arrived, kicked down the door, and forced their way inside.  The paramilitaries seized Pablo Perez 784, tied him up, and forced him into a waiting vehicle and drove off, kidnapping him.  Pablo Perez 784 was never seen again.

1115. Juan Perez 785 is the father and legal heir of Pablo Perez 785.   Pablo Perez 785 was kidnapped and disappeared by AUC paramilitaries on September 22, 2002.  In the early morning hours of September 22, 2002, a group of AUC paramilitaries arrived at Pablo Perez 785's home in Barrio Nueva Esperanza, Tucurinca, Zona Bananera, Magdalena.  The paramilitaries tied Pablo Perez 785 up, forced him into their truck, and drove away, kidnapping him.   Pablo Perez 785 was never seen again.

1116. Juana Perez 786 is a surviving victim, and the sister and legal heir of Paula Perez 786, a banana worker.  Juana Perez 786 was kidnapped on July 28, 2002 by AUC paramilitaries; the paramilitaries did not release Juana Perez 786 until August 2002.  Paula Perez 786 was kidnapped on July 28, 2002 by AUC

498

paramilitaries; after kidnapping her, the paramilitaries raped and disappeared Paula Perez 786.  On July 28, 2002, a large group of AUC paramilitaries arrived at the La Luna farm in Aracataca, Magdalena where Juana Perez 786, Paula Perez 786, and other family members lived.  The paramilitaries kidnapped the entire family, including Juana Perez 786 and Paula Perez 786, forcing them to go to a nearby AUC paramilitary base.  The paramilitaries held the family at the paramilitary base for approximately one week.  During the family's week of captivity, Juana Perez 786 witnessed the paramilitaries repeatedly raping Paula Perez 786.  At the end of the week, the paramilitaries released Juana Perez 786 and most of the other family members with the exception of Paula Perez 786 and another person.  Paula Perez 786 was never seen again.

1117. Juana Perez 787 is the wife and legal heir of Pablo Perez 787.  Pablo Perez 787 was kidnapped and disappeared on September 7, 2004 by AUC paramilitaries.  On September 7, 2004 Pablo Perez 787 left his home in Tucurinca, Zona Bananera, Magdalena to go to work.  Pablo Perez 787 was never seen again.

1118. Juana Perez 788 is the mother and legal heir of Pablo Perez 788, a banana worker.  Pablo Perez 788 was murdered by AUC paramilitaries on or about November 11, 2001.  On the morning of November 11, 2001, Pablo Perez 788 left his home in Tucurinca, Zona Bananera, Magdalena.  Pablo Perez 788's body was

499

found the next morning, on November 12, 2001 in Santa Clara, Tucurinca.  Pablo Perez 788 had been shot to death.

1119. Juana Perez 789 is the wife and legal heir of Pablo Perez 789, with whom she had a family.  Pablo Perez 789 was murdered by AUC paramilitaries on July 31, 2005.  On July 31, 2005, as Pablo Perez 789 was entering his house in the Padelma sector of Tucurinca, Zona Bananera, Magdalena, he was intercepted by two AUC paramilitaries on a motorcycle who called out to him by name.  The paramilitaries shot and killed Pablo Perez 789.

1120. Juan Perez 790 is the father and legal heir of Pablo Perez 790.  Pablo Perez 790 was murdered on November 16, 2001 by AUC paramilitaries.  On November 16, 2001, Pablo Perez 790 and three other people, including Pablo Perez 791 (see below), were on their way to Tucurinca, Magdalena when they were intercepted by a group of AUC paramilitaries on the Santa Clara farm near El Cenizo, Tucurinca.  The paramilitaries shot and killed Elias Olivo Orozo on the farm and then buried him there.

1121. Juan Perez 791 is the brother and legal heir of Pablo Perez 791.  Pablo Perez 791 was kidnapped and disappeared on November 16, 2001 by AUC paramilitaries.  On November 16, 2001, Pablo Perez 791 and three other people, including Pablo Perez 790 (see above), were on their way to Tucurinca, Magdalena

500

when they were intercepted by a group of AUC paramilitaries on the Santa Clara farm near El Cenizo, Tucurinca. Pablo Perez 791 was never seen again.

1122. Juana Perez 792 is the mother and legal heir of Pablo Perez 792. Holder Jacinto Cantillo Garcia was kidnapped on September 30, 2005 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Holder Jacinto Cantillo Garcia. On September 30, 2005, AUC paramilitaries arrived on motorcycles at Holder Jacinto Cantillo Garcia's home in Tucurinca, Zona Bananera, Magdalena and asked for him by name. The paramilitaries forced Holder Jacinto Cantillo Garcia onto a motorcycle and drove away, kidnapping him. Holder Jacinto Cantillo Garcia's decomposing body was found 13 days later on the outskirts of Bosconia, Cesar, on October 13, 2005.

1123. Juana Perez 793 is the wife and legal heir of Pablo Perez 793, with whom she had a family. Pablo Perez 793 was murdered by AUC paramilitaries on April 2, 2000. Early on the morning of March 2, 2000, Pablo Perez 793 left his home in Cienaga, Magdalena to look for work in Zona Bananera, Magdalena. Along the way, Pablo Perez 793 was murdered with a gunshot to his head and another gunshot to his thorax. Pablo Perez 793's body was found later that day between Cienaga and Sevillano, Magdalena.

1124. Juana Perez 794 is the wife and legal heir of Pablo Perez 794, with whom she had a family. Pablo Perez 794 was murdered on November 22, 2005 by AUC paramilitaries. On the afternoon of November 22, 2005, Pablo Perez 794 left his home in Cienaga, Magdalena and was intercepted on a nearby street by a group of AUC paramilitaries. The paramilitaries opened fire on Pablo Perez 794, murdering him with multiple gunshots to the head and body.

1125. Juana Perez 795 is the wife and legal heir of Pablo Perez 795. Pablo Perez 795 was murdered on February 21, 1997 by AUC paramilitaries. On the night of February 21, 1997, Pablo Perez 795 was returning to his home in Santa Rosalia, in rural Cienaga, Magdalena, from Santa Marta when the vehicle he was riding in was intercepted by a group of AUC paramilitaries on the outskirts of Santa Rosalia. The paramilitaries demanded that the occupants of the vehicle show their identity documents. When Pablo Perez 795 showed the paramilitaries his identity document, the paramilitaries opened fire on him, killing him with at least one gunshot to his head.

1126. Carmen Tulia Cordoba Cuesta is the wife and legal heir of Cesar Yoni Herrera Torreglosa, and the mother of Y.Y.H.C., who was born in 1997. Y.Y.H.C. is the daughter and is also a legal heir of Cesar Yoni Herrera Torreglosa. Kelvis Johanna Herrera Cordoba is also the daughter and is also a legal heir of Cesar Yoni

Herrera Torreglosa. Cesar Yoni Herrera Torreglosa was the Cienaga General Secretary of SINTRAINAGRO, the trade union that represented banana workers, including Chiquita workers in Magdalena.  Cesar Yoni Herrera Torreglosa was murdered on December 13, 1999 by AUC paramilitaries. On the afternoon of December 13, 1999, Cesar Yoni Herrera Torreglosa was speaking with another member of SINTRAINAGRO in the SITRAINAGRO office in Cienaga, Magdalena, in the presence of Carmen Tulia Cordoba Cuesta, when an AUC paramilitary rode up on a bicycle, approached Cesar Yoni Herrera Torreglosa, and shot him multiple times, killing him.

1127. Miryam Judith Cantillo Martinez is the wife and legal heir of Electo Florian Villega, and the mother of R.J.F.C., born in 1994; Y.B.F.C., born in 1997; and D.F.C., born in 1995.  R.J.F.C., Y.B.F.C. and D.F.C. are the children and also are legal heirs of Electo Florian Villega. Samith Alfonso Florian Cantillo is also the son and is also a legal heir of Electo Florian Villega. Electo Florian Villega was kidnapped and disappeared on July 9, 1999 by AUC paramilitaries.  On July 9, 1999, Electo Florian Villega and his nephew were returning home in Aracataca, Magdalena with some farm animals they had just bought when they were intercepted by a group of armed AUC paramilitaries.  The nephew escaped and alerted Miryam Judith Cantillo Martinez that the paramilitaries had kidnapped

Electo Florian Villega.  Miryam Judith Cantillo Martinez attempted to report the kidnapping to the authorities, but she was rebuffed.  When she tried to report the crime to the Red Cross, she was intercepted by AUC paramilitaries who threatened to kill her and her children if she reported Electo Florian Villega's disappearance. Electo Florian Villega was never seen again.

1128.  Regina Maria Santos Ramirez is the mother and legal heir of Breiner Alonso Bustillo Santo, and the grandmother and legal guardian of W.M.R.B., who was born in 1995.  Breiner Alonso Bustillo Santo was murdered and Regina Maria Santos Ramirez and W.M.R.B. were injured on June 23, 1996 by paramilitaries. On the afternoon of June 23, 1996, Regina Maria Santos Ramirez was in her home in Barrio Raices, Aracataca, Magdalena watching television with Breiner Alonso Bustillo Santo and holding W.M.R.B. in her lap.  An armed AUC paramilitary arrived at the door and asked for the father of W.M.R.B., but no one in the family responded.  The paramilitary opened fire on the family, injuring all three family members who were present, including Regina Maria Santos Ramirez and W.M.R.B., and then fled.  Breiner Alonso Bustillo Santo later died from his injuries.  W.M.R.B. underwent three surgeries as a result of his injuries in the shooting.

1129.  Melida Rosa Trillos Gomez is wife and legal heir of Adriano Martinez

504

Pino, and the mother of J.E.M.T., who was born in 1995. J.E.M.T. is the son and is also a legal heir of Adriano Martinez Pino.  Xilena Maria Martinez Trillos is the daughter and is also a legal heir of Adriano Martinez Pino. Janner Jose Martinez Trillos is also a son and is also a legal heir of Adriano Martinez Pino. Adriano Martinez Pino was murdered on or about October 13, 2004 by AUC paramilitaries. On October 13, 2004, Adriano Martinez Pino received a phone call in the afternoon from a caller who requested to meet with him.  Adriano Martinez Pino left the house and got into a car, and did not return that night.  Adriano Martinez Pino's body was found the following day, October 14, 2004, along the road between Fundacion and Pivijay, Magdalena.  Adriano Martinez Pino had been shot twice in the face and neck by AUC paramilitaries.  As a result of the murder of Adriano Martinez Pino, Melida Rosa Trillos Gomez fled to Palmor, Cienaga, Magdalena with her children, where they lived for approximately two years.

1130.  Yojana Margarita Ortega Ternera is the wife and legal heir of Lenin Alberto Barrios Varela, and the mother of Y.I.B.O., who was born in 2001. Y.I.B.O. is the daughter and is also a legal heir of Lenin Alberto Barrios Varela. Neris Varela Padilla is the mother and is also a legal heir of Lenin Alberto Barrios Varela. Lenin Alberto Barrios Varela was murdered on February 7, 2002 by AUC paramilitaries. On the evening of February 7, 2002, Lenin Alberto Barrios Varela

505

was on the ranch in Fundacion where he lived and worked, along with his wife and infant daughter Yizandry Isabel Barrios Ortega, when a large group of armed AUC paramilitaries, some dressed in camouflage uniforms and wearing balaclavas to cover their faces, broke down the family's door and seized Lenin Alberto Barrios Varela. The paramilitaries stole the family's clothing, belongings, household equipment, and money, then tied Lenin Alberto Barrios Varela's hands and kidnapped him.  The paramilitaries took Lenin Alberto Barrios Varela some distance away and then shot him multiple times, killing him.

1131. Galia Fiorella Gonzalez Pinto is the wife and legal heir of Over de Jesus Pinto Pacheco, and the mother of J.D.P.G., who was born in 2000.  J.D.P.G. is the son and is also a legal heir of Over de Jesus Pinto Pacheco.  Over de Jesus Pinto Pacheco was kidnapped and disappeared on November 14, 2002 by AUC paramilitaries. On November 14, 2002, Over de Jesus Pinto Pacheco left Barranquilla with a friend who was interested in buying livestock in Sitionuevo, Magdalena. When Over de Jesus Pinto Pacheco and his friend arrived at Sitionuevo that same day, they were intercepted by AUC paramilitaries, who kidnapped Over de Jesus Pinto Pachecoand stole his truck, money, and other belongings.  Over de Jesus Pinto Pacheco was never seen again.

1132. Milena Patricia Torres Palmera is the wife and legal heir of Julio

Javier Mejia Reino, and the mother of Y.P.M.T., born in 1997, and of J.M.M.T., born in 1998.  Y.P.M.T. and J.M.M.T. are the daughters and are also legal heirs of Julio Javier Mejia Reino.  Julio Javier Mejia Reino was murdered on April 6, 2003 by AUC paramilitaries. On April 6, 2003, Julio Javier Mejia Reino was walking towards his home in Barranquilla, Atlantico with some friends when he was intercepted by two AUC paramilitaries on a motorcycle wearing balaclavas covering their faces.  Julio Javier Mejia Reino and his friends began to flee, but the AUC paramilitaries caught up to Julio Javier Mejia Reino, murdered him with multiple gunshots, and left his body in the road.

1133. Merlis Ferreira Jimenez is the wife and legal heir of Jainer Jose Oliveros Batista, and the mother of Y.J.O.F., who was born in 1999.  Y.J.O.F. is the son and is also a legal heir of Jainer Jose Oliveros Batista.  Jainer Jose Oliveros Batista was murdered on March 19, 2000 by AUC paramilitaries. In the early morning hours of March 19, 2000, Jainer Jose Oliveros Batista left his home in Soledad, Atlantico in order to go to the market and purchase produce to sell later that day.  Jainer Jose Oliveros Batista was intercepted by AUC paramilitaries, who shot and killed him.

1134. Blanca Cecilia Torrado Diaz is the wife and legal heir of Jorge Enrique Vergara Martinez and the mother and legal heir of Hacbleidis Vergara

Torrado. Rafael Antonio Vergara Torrado is the son and legal heir of Jorge Enrique Vergara Martinez and the brother and legal heir of Hacbleidis Vergara Torrado. Jorge Enrique Vergara Martinez and Hacbleidis Vergara Torrado were murdered on June 18, 2005 by AUC paramilitaries. On June 18, 2005, a group of AUC paramilitaries forced their way into the home of Jorge Enrique Vergara Martinez shared with his family in Palermo, Sitionuevo, Magdalena and asked for Jorge Enrique Vergara Martinez by name. Hacbleidis Vergara Torrado called to Jorge Enrique Vergara Martinez in the next room and told him he was being sought. The paramilitaries then murdered Jorge Enrique Vergara Martinez and Hacbleidis Vergara Torrado with multiple gunshots.

1135. Maria Magola Barraza Jimenez is the wife and legal heir of Alfredo Alfonso Cueto Castellanos. Fabian Alfredo Barraza Jimenez is the son and also a legal heir of Alfredo Alfonso Cueto Castellanos. Alfredo Alfonso Cueto Castellanos, a mechanic who was employed at the Villa Anita banana plantation, was murdered on August 31, 1998 by AUC paramilitaries. On the evening of August 31, 1998, Alfredo Alfonso Cueto Castellanos was at his home in Aracataca, Magdalena with his family. Alfonso Cueto Castellanos was on his terrace and Maria Magola Barraza Jimenez was watching TV inside. AUC paramilitaries arrived on a motorcycle and opened fire on Alfonso Cueto Castellanos, killing him

508

with multiple gunshots.  Fabian Alfredo Barraza Jimenez, who was six years old at the time, heard the gunshots.  A few days after the murder, Fabian Alfredo Barraza Jimenez and Maria Magola Barraza Jimenez were threatened by AUC paramilitaries, who told them they had 72 hours to leave town.  Thus, Fabian Alfredo Barraza Jimenez and Maria Magola Barraza Jimenez fled to Sabanalarga, Atlantico, where they lived for a year before returning to Aracataca.

1136. Delsi Maria Acosta Fontalvo is the wife and legal heir of Jose Gregorio Fontalvo Herrera, and the mother of D.J.F.A., who was born in 1997. D.J.F.A. is the son and is also a legal heir of Jose Gregorio Fontalvo Herrera. Jose Gregorio Fontalvo Herrera was murdered on February 6, 1998 by AUC paramilitaries. On February 6, 1998, Jose Gregorio Fontalvo Herrera drove a group of his co-workers home from the plantation where he worked in Aracataca, Magdalena, and then returned to pick up another group but found that they had already left.  Two armed AUC paramilitaries who had followed him back to the plantation on a motorcycle shot Jose Gregorio Fontalvo Herrera once in the head, killing him.  After the murder of Jose Gregorio Fontalvo Herrera, Delsi Maria Acosta Fontalvo and her children moved to a different house in Aracataca out of fear of further violence.

1137. Brenda Ester Escorcia Tigrero is the wife and legal heir of Franklin

Jose Polo Barrios, and the mother of A.J.P.E., born in 1995; of D.E.P.E., born in 1997; and of D.A.P.E., born in 2003.  A.J.P.E., D.E.P.E., and D.A.P.E. are the children and are also legal heirs of Franklin Jose Polo Barrios.  Franklin Jose Polo Barrios was murdered on March 9, 2006 by AUC paramilitaries. On the night of March 8, 2006, Franklin Jose Polo Barrios finished work and went out with some friends.  Later, as Franklin Jose Polo Barrios was entering his house in Barrio La Chinita, Barranquilla, Atlantico, early in the morning of March 9, 2006, an AUC paramilitary approached on a motorcycle and shot Franklin Jose Polo Barrios twice in the head, killing him.

1138.  Maria de la Hoz de Arevalo is the mother and legal heir of Yuris Arevalo de la Hoz, and the grandmother and legal guardian of C.E.A.A., who was born in 1997.  C.E.A.A. is the son and is also a legal heir of Yuris Arevalo de la Hoz. Yuris Arevalo de la Hoz was murdered on October 7, 2001 by AUC paramilitaries. On October 7, 2001, Yuris Arevalo de la Hoz was at the bakery owned by her parents in Barranquilla, Atlantico with her boyfriend, when an AUC paramilitary entered the premises and shot her boyfriend.  After the shot was fired, Yuris Arevalo de la Hoz struggled with the paramilitary, who eventually broke free from her and left the bakery.  Another AUC paramilitary who was waiting on a motorcycle outside the bakery then drew his firearm and murdered Yuris Arevalo

de la Hoz with multiple gunshots to the head and neck.

1139. Nubia Esther Jimenez Acevedo is the wife and legal heir of Marcos Fidel Reina Porras, and the mother of J.A.R.J., who was born in 2002. J.A.R.J. is the son and is also a legal heir of Marcos Fidel Reina Porras. Marcos Fidel Reina Porras was murdered on July 10, 2004 by AUC paramilitaries. Around midday on July 10, 2004, as Marcos Fidel Reina Porras was awaiting the arrival of a bus in Barranquilla, Atlantico to return home, AUC paramilitaries rode by on a motorcycle and shot him multiple times at point-blank range, killing him.

1140. Trudon Cinesio Leones Hamburger is the father and legal heir of Kelly Johana Leones Herrera. Betty del Carmen Herrera Benavides is the mother and is also a legal heir of Kelly Johana Leones Herrera. Betty del Carmen Herrera Benavides is also the grandmother and legal guardian of S.A.L.H., who was born in 1999, and of M.J.L.H., who was born in 2002. S.A.L.H. and M.J.L.H. are the children and are also legal heirs of Kelly Johana Leones Herrera. Kelly Johana Leones Herrera was kidnapped and murdered on or about October 9, 2005 by AUC paramilitaries. On or about October 9, 2005, Kelly Johana Leones Herrera left her home in Barranquilla, Atlantico in the company of her boyfriend. Kelly Johana Leones Herrera did not return home nor was she seen alive again. On or about October 10, 2005, Kelly Johana Leones Herrera's body was found on the outskirts

of Barranquilla, Atlantico.  AUC paramilitaries had tortured and beaten Kelly Johana Leones Herrera, then murdered her with multiple gunshots to the head and body.

1141. Laudit Mercedes Ribaldo de Avila is the wife and legal heir of Javier Alfredo Ruiz Gutierrez, and the mother of K.J.R.R. 1, born in 1998 and of K.J.R.R. 2, born in 2000.  K.J.R.R. 1 and K.J.R.R. 2 are the children and are also legal heirs of Javier Alfredo Ruiz Gutierrez. Nivia Esther Ruiz Rivaldo, born in 1993, is the daughter and also a legal heir of Javier Alfredo Ruiz Gutierrez. Nibia Esther Gutierrez de Ruiz is the mother and is also a legal heir of Javier Alfredo Ruiz Gutierrez. Javier Alfredo Ruiz Gutierrez was shot by AUC paramilitaries on January 18, 2002, and died from his wounds on January 21, 2002.  On January 18, 2002, Javier Alfredo Ruiz Gutierrez was returning to his home in Candelaria, in Orihueca, Zona Bananera, Magdalena when he was intercepted by a group of AUC paramilitaries.  The paramilitaries shot Javier Alfredo Ruiz Gutierrez, striking him in the neck.  Javier Alfredo Ruiz Gutierrez was taken to a hospital where he died from his wounds on January 21, 2002.

1142. Yamile Mercedes Ariza Vizcaino is the wife and legal heir of Jhon Jairo Gamez de la Rosa, and the mother of M.V.A.V., born in 2002; of J.P.A.V., born in 1997; and of R.M.A.V., born in 2000. M.V.A.V., J.P.A.V., and R.M.A.V.

are the daughters and are also legal heirs of Jhon Jairo Gamez de la Rosa. Marlene Esther de la Rosa Ramirez is the aunt and is also a legal heir of Jhon Jairo Gamez de la Rosa. Jhon Jairo Gamez de la Rosa, a banana worker employed by the El Carmen banana plantation, was murdered on July 3, 2003 by AUC paramilitaries. On July 3, 2003, Jhon Jairo Gamez de la Rosa was confronted by a group of AUC paramilitaries just as he was arriving at his home in Cienaga, Magdalena after a day of work at El Carmen banana plantation. The paramilitaries shot Jhon Jairo Gamez de la Rosa multiple times, killing him.

1143. Yasmiri Isabel Vasquez Garcia is the wife and legal heir of Alexander Antonio Rojas Camacho, and the mother of A.C.V.G., born in 1996 and of A.J.V.G., born in 1998. A.C.V.G. and A.J.V.G. are the children and also are legal heirs of Alexander Antonio Rojas Camacho. Clemencia Camacho de Rojas is the mother and is also a legal heir of Alexander Antonio Rojas Camacho. Alexander Antonio Rojas Camacho, a banana worker, was murdered in Cienaga, Magdalena on or about June 6, 1998, by AUC paramilitaries. On June 6, 1998, Alexander Antonio Rojas Camacho came home from his job and, after bathing, went out. A few blocks from his home he was approached by two AUC paramilitaries aboard a motorcycle. The paramilitaries shot Alexander Antonio Rojas Camacho three times, killing him. After Alexander Antonio Rojas Camacho was murdered,

Yasmiri Isabel Vasquez Garcia, A.C.V.G. and A.J.V.G. fled to Santa Marta out of fear of further violence, where they lived for approximately eight months.

1144. Lucelis Ester Ayala Ayala is the mother of R.E.R.A., born in 1996 and of M.A.R.A., born in 1999. R.E.R.A. and M.A.R.A. are the sons of Jarold David Rojas Camacho, the brother of Alexander Antonio Rojas Camacho (see above). Clemencia Camacho de Rojas is also the mother and is also a legal heir of Jarold David Rojas Camacho. Jarold David Rojas Camacho, a vendor who bought bananas unsuitable for export from banana plantations in the banana zone of Magdalena and sold them in local markets, was murdered on November 13, 2004 by AUC paramilitaries. On November 13, 2004, Jarold David Rojas Camacho was in Barranquilla, Atlantico selling bananas when he was approached by two armed AUC paramilitaries who shot him several times, killing him.

1145. Sonia Ester Sandoval Martinez is the mother and legal heir of Redulfo Miguel Acuna Sandoval, and the wife and legal heir of Manuel de Jesus Charris Perea. Sonia Ester Sandoval Martinez is also the mother of E.J.C.S., born in 1995, and of A.C.C.S., born in 1999. E.J.C.S. and A.C.C.S. are the children and are also legal heirs of Manuel de Jesus Charris Perea, and are the siblings and also legal heirs of Redulfo Miguel Acuna Sandoval. Luz Merys Charriz Mendoza is the wife and is also a legal heir of Redulfo Miguel Acuna Sandoval. Jorge Enrique Charris

Perea is also the brother and is also a legal heir of Manuel de Jesus Charris Perea. Roquelina Dolores Charris Perea is also the sister and is also a legal heir of Manuel de Jesus Charris Perea. Manuela Josefa Charris Perea is also the sister and is also a legal heir of Manuel de Jesus Charris Perea.  Alejandro Manuel Charris Jimenez is the son and is also a legal heir of Manuel de Jesus Charris Perea. Carmen Dolores Charris Sandoval is the sister and is also a legal heir of Redulfo Miguel Acuna Sandoval, and the daughter and also a legal heir of Manuel de Jesus Charris Perea. Carmen Dolores Charris Sandoval is also a victim.  Redulfo Miguel Acuna Sandoval and Manuel de Jesus Charris Perea, two agricultural workers, were murdered, and Carmen Dolores Charris Sandoval was raped, by AUC paramilitaries on or about July 12, 2000. Late on the night of July 11, 2000, approximately 50 AUC paramilitaries stormed the home of Sonia Ester Sandoval Martinez and her family in the village of Soplador, in the banana zone of Magdalena. The paramilitaries savagely beat several members of the family, then forced Redulfo Miguel Acuna Sandoval and his stepfather Manuel de Jesus Charris Perea, as well as Redulfo Miguela Acuna Sandoval's younger brother, outside the home, while at least 10 paramilitaries remained inside keeping watch on the rest of the family. One of the paramilitaries who remained inside the house then raped Carmen Dolores Charris Sandoval in front of her family.  The paramilitaries then

515

executed Redulfo Miguel Acuna Sandoval and Manuel de Jesus Charris Perea with four gunshots each to the head and body. The paramilitaries spared Redulfo Miguel Acuna Sandoval's younger brother, telling him that he should help his mother to bury her son and her husband. Before leaving Soplador, the paramilitaries warned other residents not to help Sonia Ester Sandoval Martinez's family bury their dead, lest they meet the same fate.

1146. Dexy Rangel Sanchez is the wife and legal heir of Jeovani Enrique Casadiego Rodriguez, and the mother of J.E.C.R., born in 1997; of D.J.C.R., born in 2001; and of J.Y.C.R., born in 2003.  J.E.C.R., D.J.C.R., and J.Y.C.R. are the children and are also legal heirs of Jeovani Enrique Casadiego Rodriguez. Lucila Padilla Bossio is the second wife and is also a legal heir of Jeovani Enrique Casadiego Rodriguez, with whom she had a daughter. Jeovani Enrique Casadiego Rodriguez, a banana worker employed at Finca Cecilia, was murdered on October 11, 2003 by AUC paramilitaries. On October 11, 2003, Jeovani Enrique Casadiego Rodriguez went to the banana plantation where he worked to collect his pay. When Jeovani Enrique Casadiego Rodriguez got to the plantation, management told him that they could not pay him that day, and that he would have to come back.  Jeovani Enrique Casadiego Rodriguez set out to return to his home in Cienaga, Magdalena but he was intercepted by AUC two paramilitaries in the

516

central plaza of Orihueca, Zona Bananera.  The paramilitaries shot Jeovani Enrique Casadiego Rodriguez gunshots times, killing him.

1147. Liliana del Socorro Oyola Linero is the wife and legal heir of Gustavo Yobanis Castilla Silvera.  Liliana del Socorro Oyola Linero is also the mother of Y.P.C.O., who was born in 1996.  Y.P.C.O. is the daughter and is also a legal heir of Gustavo Yobanis Castilla Silvera. Himelda Josefa Silvera Fernandez is the mother and is also a legal heir of Gustavo Yobanis Castilla Silvera.  Gustavo Yobanis Castilla Silvera, a banana worker, was murdered in Cienaga, Magdalena on February 3, 2002 by an AUC paramilitary. On the afternoon of February 3, 2002, Gustavo Yobanis Castilla Silvera was approached by an AUC paramilitary who asked Gustavo Yobanis Castilla Silvera to sell him a rooster.  When Gustavo Yobanis Castilla Silvera refused, the paramilitary shot him once in the face and killed him.

1148. Sunilda Graciela Marino Villanueva is the wife and legal heir of Freddy Marino Reatiga, and also the mother of Y.M.M.M., born in 1996. Y.M.M.M. is the daughter and also a legal heir of Fredy Manuel Marino Reatiga. Mailen Yared Marino Marino, born in 1993, is the daughter and also a legal heir of Fredy Manuel Marino Reatiga.  Fredy Manuel Marino Reatiga, a farm administrator, was murdered on January 5, 1997 by AUC paramilitaries. Early on

517

the morning of January 5, 1997, Freddy Marino Reatiga was returning to his home in rural Cienaga, Magdalena, after having gone to town to make purchases, when he was intercepted by a group of paramilitaries. The paramilitaries forced Fredy Manuel Marino Reatiga out of the vehicle he was riding in, tied his wrists, and then shot him twice in the head and neck, killing him.

1149. Kira Ladys Royero Pacheco is the wife and legal heir of Jose de la Cruz Pizarro Jimenez, and the mother of Y.M.P.R., who was born in 1995. Y.M.P.R. is the daughter and is also a legal heir of Jose de la Cruz Pizarro Jimenez. Jose de la Cruz Pizarro Jimenez, a banana worker, was murdered on March 17, 1997 by AUC paramilitaries. On March 17, 1997, Jose de la Cruz Pizarro Jimenez was out with two of his friends at a public establishment when a group of AUC paramilitaries suddenly arrived on motorcycles and opened fire on the customers, killing three of them, including Jose de la Cruz Pizarro Jimenez, who was murdered by one gunshot to the neck.

1150. Kira Ladys Royero Pacheco is also the sister and legal heir of Ovadith Rafael Royero Pacheco. Ovadith Rafael Royero Pacheco, a banana worker, was murdered on June 1, 1997 by AUC paramilitaries. On June 1, 1997, Ovadith Rafael Royero Pacheco was at the central plaza in Rio Frio, Magdalena when two AUC paramilitaries on a motorcycle intercepted him. One of the paramilitaries shot

518

Ovadith Rafael Royero Pacheco in the neck, killing him.

1151.  Keila de Jesus Llanos is the wife and legal heir of Fernando Alfonso Cabrera Cabrera, and the mother of B.A.C.L., who was born in 1998.  B.A.C.L. is the son and is also a legal heir of Fernando Alfonso Cabrera Cabrera. Gladys Matilde Cabrera Henriquez is the mother and is also a legal heir of Fernando Alfonso Cabrera Cabrera. Fernando Alfonso Cabrera Cabrera was murdered on August 1, 2003 by AUC paramilitaries. On the morning of August 1, 2003, a group of AUC paramilitaries arrived at the home in Cienaga, Magdalena that Fernando Alfonso Cabrera Cabrera shared with Keila de Jesus Llanos and their children, including B.A.C.L.  While some of the paramilitaries knocked on the front door and asked for Fernando Alfonso Cabrera Cabrera, at least one other AUC paramilitary entered the home through a patio door.  The paramilitary who entered through the patio door found Fernando Alfonso Cabrera Cabrera standing with his infant child in his arms, and opened fire on him; Fernando Alfonso Cabrera Cabrera fell to the floor, injured.  Keila de Jesus Llanos tried to run with the couple's children in order to protect them and herself.  Other AUC paramilitaries then entered the home and fired additional gunshots at Fernando Alfonso Cabrera Cabrera, killing him, before taking his identity document and leaving.

1152.  Yerania Maria Gutierrez Elias is the wife and legal heir of Freddy de

Jesus Juvinao Garcia, and the mother of G.A.J.G., who was born in 2000.

G.A.J.G. is the son and is also a legal heir of Freddy de Jesus Juvinao Garcia.

Freddy de Jesus Juvinao Garcia, a banana worker, was murdered on Agust 5, 2002

by AUC paramilitaries. In the evening of August 5, 2002, Freddy de Jesus Juvinao

Garcia left his mother's home in Cienaga, Magdalena and began riding his bicycle

to his own home, also in Cienaga.  Along the way, Freddy de Jesus Juvinao Garcia

was intercepted by two AUC paramilitaries, who shot him three times in the head,

killing him.

1153. Delfida de Jesus Jimenez Manjarres is the wife and legal heir of Jose

Ricaurte Ospina Montoya, and the mother of J.O.J., born in 1999, and of J.A.O.J.,

born in 1996.  J.O.J. and J.A.O.J. are the children and also are legal heirs of Jose

Ricaurte Ospina Montoya. Jose Ricaurte Ospina Montoya was murdered on April

6, 2001 by AUC paramilitaries. Early on the morning of April 6, 2001, a group of

AUC paramilitaries in military uniforms arrived at the home in rural Cienaga,

Magdalena where Jose Ricaurte Ospina Montoya and Delfida de Jesus Jimenez

Manjarres lived with J.O.J. and J.A.O.J.  The paramilitaries knocked on the door

and called Jose Ricaurte Ospina Montoya by name; when he answered it, they

forced him out to the side of the house.  One of the paramilitaries shot Jose

Ricaurte Ospina Montoya, who fell to the ground. The paramilitaries shot Jose

Ricaurte Ospina Montoya multiple times in the head, face, and body, killing him. The paramilitaries then entered the house where Delfida de Jesus Jimenez Manjarres was with the rest of her family and robbed some of the family's possessions.

1154. Alix del Carmen Cariaga Meza is the wife and legal heir of Alexander Suarez Narvaes, and the mother of D.M.S.C., born in 1999; of L.D.S.C., born in 1997; and of A.D.S.C., born in 1995. D.M.S.C., L.D.S.C., and A.D.S.C. are the children and also are legal heirs of Alexander Suarez Narvaes. Santi Alexander Suarez Cariaga, an adult born in 1994, is the son and also a legal heir of Alexander Suarez Narvaes. Alexander Suarez Narvaes was kidnapped on March 1, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries killed Alexander Suarez Narvaes. On the afternoon of March 1, 2000, Alexander Suarez Narvaes and a friend were out looking for work in Cienaga, Magdalena when they were intercepted by a group of armed AUC paramilitaries in a pickup truck.  The paramilitaries forced Alexander Suarez Narvaes and his friend into the truck and drove away, kidnapping them.  The following day, on March 2, 2000, the bodies of Alexander Suarez Narvaes and his friend were found on the outskirts of Cienaga. Alexander Suarez Narvaes had been shot multiple times.

1155. Ismelda Sofia Diaz Mancilla is the wife and legal heir of Alvaro

Alberto Castro Fornaris, with whom she had three children. Iriani Gabriela Castro Diaz is the daughter and is also a legal heir of Alvaro Alberto Castro Fornaris. Alvaro Alberto Castro Fornaris, a banana worker, was murdered on November 24, 2000 by AUC paramilitaries. On the evening of November 24, 2000, Alvaro Alberto Castro Fornaris was sitting in the door to his home in Cienaga, Magdalena when a group of AUC paramilitaries arrived and shot him once in the head, killing him.  Previously, Alvaro Alberto Castro Fornaris had lived in the village of Santa Rosalia, Zona Bananera, but had then fled to Cienaga when AUC paramilitaries murdered two of his brothers, burned homes, and put up signs saying residents whould vacate the town.

1156. Nayla Esther Ballestas Yepes (also "Naila," but hereinafter "Nayla") is the mother and legal heir of Gustavo Manuel Pava Ballestas, and the mother of M.P.P.B., who was born in 1994.  M.P.P.B. is the sister and is also a legal heir of Gustavo Manuel Pava Ballestas. Gustavo Manuel Pava Ballestas was murdered on March 9, 2005 by AUC paramilitaries. On the morning of March 9, 2005, Gustavo Manuel Pava Ballestas was selling food on the street in Santa Marta, Magdalena, when he was intercepted by two armed AUC paramilitaries on a motorcycle.  The paramilitaries shot Gustavo Manuel Pava Ballestas multiple times, killing him.

1157. Nayla Esther Ballestas Yepes (also "Naila," but hereinafter "Nayla")

is also the wife and legal heir of Gustavo Manuel Pava Medina and is also the mother of M.P.P.B., who was born in 1994.  M.P.P.B. is also the daughter and is also a legal heir of Gustavo Manuel Pava Medina. Gustavo Manuel Pava Medina was murdered on April 1, 2006 by AUC paramilitaries. On the night of April 1, 2005, Gustavo Manuel Pava Medina and Nayla Esther Ballestas Yepes were in their home in Santa Marta, Magdalena when they heard gunshots.  Gustavo Manuel Pava Medina screamed for Nayla Esther Ballestas Yepes to run.  As Nayla Esther Ballestas Yepes tried to run, AUC paramilitaries on a motorcycle approached Gustavo Manuel Pava Medina and shot him multiple times, killing him.

1158. Esperanza Navarro Navarro is the wife and legal heir of Fermin Jose Ariza Caballero, and the mother of C.A.N. 1, born in 1997, and of C.A.N. 2, born in 2000.  C.A.N. 1 and C.A.N. 2 are the daughters and also are legal heirs of Fermin Jose Ariza Caballero. Fermin Jose Ariza Caballero was murdered on or about April 26, 2000 by AUC paramilitaries. Fermin Jose Ariza Caballero made his living by trading livestock, work that often brought him into the foothills of the Sierra Nevada de Santa Marta mountains in Magdalena.  Prior to the murder of Fermin Jose Ariza Caballero, he and Esperanza Navarro Navarro, along with their two daughters, had fled to Fundacion, Magdalena out of fear of AUC paramilitary

violence, where Esperanza Navarro Navarro, C.A.N. 1 and C.A.N. 2 continue to live to this day.  On or about April 26, 2000, Fermin Jose Ariza Caballero went to Santa Rosa de Lima, Magdalena, where his mother lived, to look into buying some cattle.  Fermin Jose Ariza Caballero spent the day dealing with this business, and decided to stay the night in town at his mother's house.  In the middle of the night, a group of armed, uniformed AUC paramilitaries arrived at the house.  The paramilitaries seized Fermin Jose Ariza Caballero, his son, and his brother.   The paramilitaries tied Fermin Jose Ariza Caballero, his son, and his brother up and beat them, then dragged them out of the house into the street.  There, they shot Fermin Jose Ariza Caballero and his son multiple times, killing them both.

1159. Neris Maria Machado Montenegro is the wife and legal heir of Carlos Arturo Acosta Jimenez, and the mother of S.E.A.M., who was born in 1994. S.E.A.M. is the son and is also a legal heir of Carlos Arturo Acosta Jimenez. Carlos Arturo Acosta Jimenez, a banana worker, was kidnapped and disappeared on or about July 7, 1997 by AUC paramilitaries. Late at night on or about July 7, 1997, a group of AUC paramilitaries in several vehicles arrived at the home that Carlos Arturo Acosta Jimenez shared with Neris Maria Machado Montenegro and S.E.A.M. in Cienaga, Magdalena.  The paramilitaries forced their way into the house and forced Carlos Arturo Acosta Jimenez into one of their vehicles and

drove away, kidnapping him.  Carlos Arturo Acosta Jimenez was never seen again.

1160. Mariela Mercedes Martinez Mejia is the wife and legal heir of Victor Manuel Mendoza Salcedo, and the mother of M.J.M.M., who was born in 1994. M.J.M.M. is the son and is also a legal heir of Victor Manuel Mendoza Salcedo. Victor Manuel Mendoza Salcedo was kidnapped and murdered on June 11, 1997 by AUC paramilitaries. Very early on the morning of June 11, 1997, a group of armed AUC paramilitaries forced their way into Victor Manuel Mendoza Salcedo's home in Fundacion, Magdalena.  Mariela Mercedes Martinez Mejia witnessed as the paramilitaries forced Victor Manuel Mendoza Salcedo into their pickup truck and drove away, kidnapping him.  Victor Manuel Mendoza Salcedo's body was found later that same day along the road to Algarrobo, Magdalena. Victor Manuel Mendoza Salcedo had been shot multiple times in the head and neck.  After the murder of Victor Manuel Mendoza Salcedo, Mariela Mercedes Martinez Mejia and M.J.M.M. fled to Barranquilla, Atlantico, where they lived for some time.

1161. Sujeys del Pilar Melendez Pacheco is the wife and legal heir of Nelson Jose Carranza Guerrero, and the mother of E.S.C.M., who was born in 1995.  E.S.C.M. is the son and is also a legal heir of Nelson Jose Carranza Guerrero. Carmen Elena Carranza Guerrero is the sister and is also a legal heir of

Nelson Jose Carranza Guerrero. Nelson Jose Carranza Guerrero was kidnapped on November 13, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Nelson Jose Carranza Guerrero. Late on the night of November 13, 1998, a large group of armed AUC paramilitaries, some with their faces covered by balaclavas, stormed the home where Nelson Jose Carranza Guerrero, Sujeys del Pilar Melendez Pacheco, and E.S.C.M. lived in Puebloviejo, Magdalena, kicking the doors and windows in and forcing their way in.  The paramilitaries asked for "Benjamin," Nelson Jose Carranza Guerrero's brother. The paramilitaries demanded that Nelson Jose Carranza Guerrero tell them where "Benjamin" was, but when Nelson Jose Carranza Guerrero said he did not know, the paramilitaries forced him into a waiting car and drove off, kidnapping him. Early the next morning, on November 14, 1998, Nelson Jose Carranza Guerrero's bound body was found on the road between Cienaga, Magdalena and Barranquilla, Atlantico, showing signs of having been tortured, stabbed in the back, and shot in the face.

1162. Aydee Maria Galan de Garcia is the mother and legal heir of Lizandro de Jesus Garcia Galan, and the grandmother and legal guardian of B.J.G.R., who was born in 1998.  B.J.G.R. is the son and is also a legal heir of Lizandro de Jesus Garcia Galan. Maria Magdalena Garcia Galan is the sister and is also a legal heir

of Lizandro de Jesus Garcia Galan. Lizandro de Jesus Garcia Galan was murdered on January 22, 2002 by AUC paramilitaries. On the evening of January 22, 2002, Lizandro de Jesus Garcia Galan was seated in the doorway of a neighbor's house in Cienaga, Magdalena when several AUC paramilitaries arrived and asked him his name.  When Lizandro de Jesus Garcia Galan told the paramilitaries his name, the paramilitaries shot him multiple times in the chest, killing him.

1163. Delfa Cervantes de Altamar is the wife and legal heir of Azadro Altamar Hernandez.  Osmar Yesid Altamar Cervantes, an adult born in 1994, is the son and also the legal heir of Azadro Altamar Hernandez.  Azadro Altamar Hernandez was murdered on March 25, 2000 by AUC paramilitaries.  In the early morning hours of March 25, 2000, Azadro Altamar Hernandez was asleep in his bed at the home he shared with Delfa Cervantes de Altamar and Osmar Yesid Altamar Cervantes in Cienaga, Magdalena when a group of AUC paramilitaries forced their way into the home, seized Azadro Altamar Hernandez, and shot him multiple times, killing him.

1164. Marilin Sofia Silvera Garzon is the wife and legal heir of Luis Eduardo Ariza Angulo, and the mother of A.E.A.S., who was born in 1999. A.E.A.S. is the son and is also a legal heir of Luis Eduardo Ariza Angulo. Luis Eduardo Ariza Angulo was murdered on February 4, 2003 by AUC paramilitaries.

527

Early on the morning of February 4, 2003, Luis Eduardo Ariza Angulo left his home in Santa Marta, Magdalena to go to work.  A short distance away from his home, Luis Eduardo Ariza Angulo was intercepted by AUC paramilitaries, who shot and killed him.

1165. Auristela Acuna Bolano is the wife and legal heir of Tomas Jose Cantillo Martinez, with whom she had four children.  Aledis Jael Cantillo Acuna, an adult born in 1994, is the daughter and is also a legal heir of Tomas Jose Cantillo Martinez. Tomas Jose Cantillo Martinez was murdered on August 12, 2002 by AUC paramilitaries. In the early evening of August 12, 2002, Tomas Jose Cantillo Martinez was sitting in the doorway of his mother's house in Barrio La Marujita, Aracataca, Magdalena when two AUC paramilitaries arrived on foot and shot him once in the head at pointblank range, killing him.

1166. Melida Rosa Granados is the wife and legal heir of Jose Huber Quintero Galviz, and the mother of Y.Q.G., who was born in 1999.  Y.Q.G. is the daughter and is also a legal heir of Jose Huber Quintero Galviz. Jose Huber Quintero Galviz was murdered on October 12, 1999 by AUC paramilitaries. In the early evening of October 12, 1999, Jose Huber Quintero Galviz was getting out of a microbus in Fundacion, Magdalena coming home from work when several armed AUC paramilitaries shot him multiple times in the head and body, killing him.

528

1167. Nelly Isabel Narvaez Salcedo is the wife and legal heir of Wilman Jaris Montoya Orozco (also "Wilman Jari," but hereinafter "Wilman Jaris"), and the mother of M.R.M.N., who was born in 1995. M.R.M.N. is the son and is also a legal heir of Wilman Jaris Montoya Orozco. Wilman Jaris Montoya Orozco was murdered late at night on September 16, 2000 or early in the morning on September 17, 2000 by AUC paramilitaries. At that time, Wilman Jaris Montoya Orozco was on his way home on his motorcycle in Fundacion, Magdalena when AUC paramilitary members in a vehicle purposefully crashed into him in a head-on collision, killing Wilman Jaris Montoya Orozco.

1168. Yaqueline del Rosario Caballero is the wife and legal heir of Luis Antonio Rodriguez Cardenas, and the mother of L.R.R.C., born in 2001, and of D.M.R.C., born in 1996. L.R.R.C. and D.M.R.C. are the children and also are legal heirs of Luis Antonio Rodriguez Cardenas. Luis Antonio Rodriguez Cardenas was murdered on or about January 10, 2002 by AUC paramilitaries. On or about January 10, 2002, as Luis Antonio Rodriguez Cardenas and a friend were arriving at a meeting to which they had been called in Fundacion, Magdalena, they were intercepted by two armed AUC paramilitaries on a motorcycle. The paramilitaries shot Luis Antonio Rodriguez Cardenas multiple times, killing him, and also shot and killed Luis Antonio Rodriguez Cardenas' friend.

529

1169. Beatriz Elena Ruiz Fuentes is the wife and legal heir of Gober Antonio Guerrero Ortiz, and the mother of M.F.G.R., born in 2000, and of M.A.G.R., born in 1997.  M.F.G.R. and M.A.G.R. are the daughters and also are legal heirs of Gober Antonio Guerrero Ortiz. Margarita Elena Fuentes de Ruiz is the mother and legal heir of Harold Ruiz Fuentes. Gober Antonio Guerrero Ortiz and Harold Ruiz Fuentes were murdered on or about July 8, 2000 by AUC paramilitaries. On the afternoon of July 8, 2000, Gober Antonio Guerrero Ortiz, Harold Ruiz Fuentes, and another man went to Monterrubio, Magdalena, with the intention of returning that night.  Gober Antonio Guerrero Ortiz, Harold Ruiz Fuentes, and the other man were intercepted by AUC paramilitaries, who shot all three multiple times, killing them. Their bodies were found on July 9, 2000.

1170. Luz Marina Martinez Valiente is the wife and legal heir of Expedito Gutierrez Labrales, and the mother of D.P.G.M., born in 2000; of F.D.G.M., born in 1996; and of A.G.M., born in 1998.  D.P.G.M., F.D.G.M. and A.G.M. are the children and also are legal heirs of Expedito Gutierrez Labrales. Rosa Maria Labrales de Gutierrez is the mother and is also a legal heir of Expedito Gutierrez Labrales. Expedito Gutierrez Labrales, an employee of Finca Esmeralda, a banana plantation, was murdered on October 17, 2003 by AUC paramilitaries. Early on the morning of October 17, 2003, Expedito Gutierrez Labrales was travelling with

another person by bicycle to his job at Finca Esmeralda when, between Tucurinca and Aracataca, Magdalena, they were intercepted by AUC paramilitaries aboard a motorcycle. The paramilitaries forced Expedito Gutierrez Labrales to get off his bicycle, telling the other person to continue on. When the other person had gone a little ways down the road, the AUC paramilitaries murdered Expedito Gutierrez Labrales with one gunshot to his head.

1171. Licet Maria Beltran Lopez is the wife and legal heir of Jose Gonzalo Casallas Villamil, and the mother of I.A.C.B., who was born in 1999. I.A.C.B. is the son and is also a legal heir of Jose Gonzalo Casallas Villamil. Jose Gonzalo Casallas Villamil was murdered on December 10, 1999 by AUC paramilitaries. In the early morning hours of December 10, 1999, Jose Gonzalo Casallas Villamil was in the restaurant he managed in Aracataca, Magdalena talking to some men when he saw a robbery underway outside and walked outside to intervene. When Jose Gonzalo Casallas Villamil went outside, AUC paramilitaries shot and killed him.

1172. Maria Gregoria Palmera Araque is the wife and legal heir of Victor Julio Palmera Reales, and the mother of L.F.P.P., who was born in 1996. L.F.P.P. is the son and is also a legal heir of Victor Julio Palmera Reales. Deyanira Palmera Reales is the sister and is also a legal heir of Victor Julio Palmera Reales, and the

daughter and legal heir of Jose Rosalia Palmera Hernandez. Jose Rosalia Palmera Hernandez and Victor Julio Palmera Reales, father and son, were murdered on August 26, 1999 by AUC paramilitaries. In the early morning hours of August 26, 1999, a large group of AUC paramilitaries, some in camouflage dress and some wearing balaclavas, arrived at a ranch belonging to Jose Rosalia Palmera Hernandez in Pivijay, Magdalena.  The paramilitaries locked the farm residents and workers into the various buildings on the farm, tied up Jose Rosalia Palmera Hernandez, and began to round up the livestock.  Victor Julio Palmera Reales arrived at the ranch shortly after the AUC paramilitaries had tied up Jose Rosalia Palmera Hernandez.  The paramilitaries also tied up Victor Julio Palmera Reales and shot and killed them, after which they looted the ranch of hundreds of livestock animals, as well as jewelry and other possessions.

1173. Carmen Elena Gutierrez Mercado is the wife and legal heir of Jorge Enrique Amaya Gutierrez, and the mother of J.D.G.G., who was born in 1997. J.D.G.G. is the son and is also a legal heir of Jorge Enrique Amaya Gutierrez. Jorge Enrique Amaya Gutierrez was kidnapped on January 26, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Jorge Enrique Amaya Gutierrez. On January 26, 2002, Jorge Enrique Amaya Gutierrez left his home in Aracataca, Magdalena and drove the taxi he owned to the town plaza of

nearby Tucurinca, Magdalena.  There, a group of AUC paramilitaries in pickup trucks intercepted Jorge Enrique Amaya Gutierrez and forced him to stop.  The paramilitaries kidnapped Jorge Enrique Amaya Gutierrez, took him to a nearby farm, and stabbed him to death.

1174. Mireya Patricia Garcia Lechuga is the wife and legal heir of Saul Enrique Amador Bermudez, and the mother of M.I.A.G., who was born in 1994. M.I.A.G. is the daughter and is also a legal heir of Saul Enrique Amador Bermudez. Saul Enrique Amador Bermudez was murdered on February 22, 1997 by AUC paramilitaries. On February 22, 1997, Saul Enrique Amador Bermudez drove out of his shop Orihueca, in the banana zone of Magdalena, to test a motorcycle . As Saul Enrique Amador Bermudez passed a nearby school, two AUC paramilitaries called him over. The paramilitaries shot Saul Enrique Amador Bermudez multiple times, killing him.

1175. Esmeralda Cecilia Fontalvo Caceres is the wife and legal heir of Diomedes de Jesus Garcia Reales, and the mother of A.J.G.F., who was born in 2000.  A.J.G.F. is the son and is also a legal heir of Diomedes de Jesus Garcia Reales. Gladys María Reales Melendrez is the mother and is also a legal heir of Diomedes de Jesus Garcia Reales. Diomedes de Jesus Garcia Reales was kidnapped on July 15, 2002 by AUC paramilitaries; after kidnapping him, the

paramilitaries murdered Diomedes de Jesus Garcia Reales. Early on the morning of July 15, 2002, Diomedes de Jesus Garcia Reales left his home in Orihueca, Zona Bananera, Magdalena, heading to work on his small farm located in Orihueca. Along the way Diomedes de Jesus Garcia Reales was kidnapped by a group of armed AUC paramilitaries and was found dead a few days later, on or about July 18, 2002 in San Juan de Palo Prieto, Pueblo Viejo, Magdalena, having been shot in the head and face.

1176. Blanca Nieves Juvinao de Avila is the wife and legal heir of Jesus Maria Garcia Reales, and the mother of M.P.G.J., who was born in 1996, and of G.P.G.J., who was born in 2000. M.P.G.J. and G.P.G.J. are the daughters and are also legal heirs of Jesus Maria Garcia Reales. Gladys Maria Reales Melendrez is the mother and is also a legal heir of Jesus Maria Garcia Reales. Jesus Maria Garcia Reales, a banana worker and the brother of Diomedes de Jesus Garcia Reales (see above), was murdered by AUC paramilitaries on July 16, 2002. On the morning of July 16, 2002, Jesus Maria Garcia Reales was at work on the Maria Luisa banana plantation when a group of heavily armed AUC paramilitaries arrived at the plantation and asked for him. When Jesus Maria Garcia Reales came forward, the paramilitaries confronted him; after a brief argument with Jesus Maria Garcia Reales, the paramilitaries killed him with two gunshots to the head.

534

1177. Rosa Margarita Garcia Cerrano is wife and legal heir of Neil Jose Ayala Suarez, and the mother of D.C.A.G., who was born in 2000.  D.C.A.G. is the daughter and is also a legal heir of Neil Jose Ayala Suarez. Neil Jose Ayala Suarez was murdered on March 25, 2002 by AUC paramilitaries. In the early morning hours on March 25, 2002, a group of armed AUC paramilitaries, some in camouflage and others in civilian dress, arrived at the home of Neil Jose Ayala Suarez in Sitionuevo, Magdalena and surrounded the house.  The paramilitaries pounded on the door and said that if it was not opened, they would break it down. Rosa Margarita Garcia Cerrano stayed inside as Neil Jose Ayala Suarez attempted to flee.  The AUC paramilitaries caught Neil Jose Ayala Suarez, beat him with the butts of their rifles, then tied him up with wire.  The paramilitaries pushed Neil Jose Ayala Suarez through the streets of the town, forced him into a vehicle, and began driving away.  After a short distance, Neil Jose Ayala Suarez, still bound with wire, jumped from the vehicle to escape.  The paramilitaries shot Neil Jose Ayala Suarez multiple times in the head and body, killing him.

1178. Sindy Patricia Orozco Perez is the wife and legal heir of Jose Gregorio Lopez Bustamante, and the mother of Y.J.L.O., who was born in 1995. Y.J.L.O. is the son and is also a legal heir of Jose Gregorio Lopez Bustamante. Jose Gregorio Lopez Bustamante was kidnapped and disappeared on May 8, 2002

by AUC paramilitaries.  Just before he was kidnapped and disappeared, one of Jose Gregorio Lopez Bustamante's neighbors in Don Jaca, Santa Marta, Magdalena came to him and told him he knew about a work prospect, but that Jose Gregorio Lopez Bustamante would have to go to a meeting in Gaira, Santa Marta, a nearby town, for more information.  On the morning of May 8, 2002, Jose Gregorio Lopez Bustamante and his cousin (Jesus Alfonso Vela Lopez; see below) went to Gaira for the meeting.  At midday, Jose Gregorio Lopez Bustamante and his cousin were intercepted by two AUC paramilitaries, who took them away in a vehicle, kidnapping them.  Jose Gregorio Lopez Bustamante and his cousin were never seen again.

1179. Mariluz Orozco Perez is the wife and legal heir of Jesus Alfonso Vela Lopez, and the mother of G.J.V.O., who was born in 1995.  G.J.V.O. is the daughter and is also a legal heir of Jesus Alfonso Vela Lopez. Jesus Alfonso Vela Lopez was kidnapped and disappeared on May 8, 2002 by AUC paramilitaries. On May 8, 2002, Jesus Alfonso Vela Lopez and his cousin (Jose Gregorio Lopez Bustamante; see above) went to the nearby town of Gaira, Santa Marta for a meeting about possible employment. At midday, Jesus Alfonso Vela Lopez and his cousin were intercepted by two AUC paramilitaries, who took them away in a vehicle, kidnapping them.  Jesus Alfonso Vela Lopez and his cousin were never

536

seen again.

1180. Maria Emperatriz Campis Castellano is the wife and legal heir of Wilman Andelfo Coronado Chamorro, and the mother of W.S.C.C., who was born in 2002. W.S.C.C. is the son and is also a legal heir of Wilman Andelfo Coronado Chamorro. Wilman Andelfo Coronado Chamorro was kidnapped and murdered on or about February 17, 2004 by AUC paramilitaries. On or about February 17, 2004, Wilman Andelfo Coronado Chamorro left Cienaga, Magdalena for Santa Marta, Magdalena. When Wilman Andelfo Coronado Chamorro arrived in Santa Marta, he was intercepted by AUC paramilitaries, who kidnapped him. The paramilitaries tortured and killed Wilman Andelfo Coronado Chamorro. After the murder, Maria Emperatriz Campis Castellano and her children, including W.S.C.C., fled Cienaga out of fear and have lived in Santa Marta ever since.

1181. Ruth Marina Rodriguez Ruiz is the wife and legal heir of Enot Antonio Pacheco Barrios, a former banana worker, with whom she had a family. Enot Antonio Pacheco Barrios was murdered by AUC paramilitaries on April 3, 1997. On the morning of April 3, 1997, Enot Antonio Pacheco Barrios was eating breakfast on his small farm in Aracataca, Magdalena when two AUC paramilitaries entered the farm on a motorcycle. The paramilitaries shot and killed Enot Antonio Pacheco Barrios with multiple gunshots to the head and body. Enot Antonio

Pacheco Barrios had been a member of the banana workers' union SINTRAINAGRO in Orihueca, Magdalena, where he lived before fleeing to Aracataca because of threats he received a few years prior to his murder.

1182. Angela Patricia Cantillo Garcia is the wife and legal heir of Leonar Eliecer Pineros Arias, with whom she had a family. Mariela del Rosario Arias del Pinero is the mother and is also a legal heir of Leonar Eliecer Pineros Arias. Leonar Eliecer Pineros Arias was murdered by AUC paramilitaries on September 11, 2002. Late on the night of September 11, 2002, a group of AUC paramilitaries broke down the door of Leonar Eliecer Pineros Arias' home in Barrio Primer de Mayo, Aracataca, Magdalena, seized him, and pulled him out of the house. Just in front of his house, as witnessed by Angela Patricia Cantillo Garcia, the paramilitaries shot Leonar Eliecer Pineros Arias, killing him with two gunshots to the head.

1183. Miguel Alfonso Zuniga Santiago is the brother and legal heir of Jose Odacir Zuniga Santiago. Julia Erlinda Zuniga Santiago is the sister and is also a legal heir of Jose Odacir Zuniga Santiago. Jose Odacir Zuniga Santiago was murdered by AUC paramilitaries on or about July 15, 2002. At night on or about July 15, 2002, Jose Odacir Zuniga Santiago was at a dance in Villa del Rio, Aracataca, Magdalena when an AUC paramilitary arrived and began insulting him.

Shortly thereafter, the AUC paramilitary shot Jose Odacir Zuniga Santiago several times in the head, killing him.

1184. Cristina Isabel Martinez Pereira is the mother and legal heir of Jairo Enrique Hernandez Martinez. Jairo Enrique Hernandez Martinez was murdered by AUC paramilitaries on January 30, 2002. On the evening of January 30, 2002, Jairo Enrique Hernandez Martinez was on a street corner in Sampuecito, Aracataca, Magdalena with a group of friends when armed AUC paramilitaries arrived on motorcycles. The paramilitaries told the young men to lie face down on the ground. Some fled successfully, but four were killed by the paramilitaries, including Jairo Enrique Hernandez Martinez.

1185. Graciela Maria Navarro Contreras is the daughter and legal heir of Diomedes Antonio Navarro Castilla. Diomedes Antonio Navarro Castilla was kidnapped and killed by AUC paramilitaries on June 26, 2004. On the morning of June 26, 2004, Diomedes Antonio Navarro Castilla was cleaning the path that lead to his farm in Aracataca, Magdalena with his adolescent grandson, when Diomedes Antonio Navarro Castilla was approached by a group of armed AUC paramilitaries in camouflage dress. The paramilitaries tied up Diomedes Antonio Navarro Castilla and kidnapped him and his grandson. That afternoon, they beat Diomedes Antonio Navarro Castilla and shot him once in the head, killing him. Diomedes

Antonio Navarro Castilla's grandson witnessed the beating and the killing of Diomedes Antonio Navarro Castilla.

1186. Reinaldo Jose Ruiz Martinez is the son and legal heir of Fidelina Martinez Fontalvo. Fidelina Martinez Fontalvo was murdered by AUC paramilitaries on December 5, 2004. On the evening of December 5, 2004, an armed AUC paramilitary forced his way into the home of Fidelina Martinez Fontalvo in Barrio El Carmen, Aracataca, Magdalena. The paramilitary shot Fidelina Martinez Fontalvo's sleeping grandson multiple times [Luis Jesus Ruiz Martinez, below], killing him. Fidelina Martinez Fontalvo tried to stop the paramilitary, who shot her and fled the scene. Fidelina Martinez Fontalvo was taken to a hospital, where she died shortly thereafter.

Margarita Mercedes Ruiz Martinez is the mother and legal heir of Luis Jesus Ruiz Martinez, a worker employed at Finca San Jose, a banana plantation. Luis Jesus Ruiz Martinez was murdered by AUC paramilitaries on December 5, 2004. On the evening of December 5, 2004, an AUC paramilitary forced his way into the home where Luis Jesus Ruiz Martinez lived with Fidelina Martinez Fontalvo (see above). The paramilitary found Luis Jesus Ruiz Martinez sleeping, and killed him with multiple gunshots to the head, neck and body, before killing Fidelina Martinez Fontalvo as well.

540

1187. Maria Luisa Pacheco Polo is the mother and legal heir of Yovanis Javier Argote Pacheco.  Yovanis Javier Argote Pacheco was murdered by AUC paramilitaries on November 29, 2002.  In the very early morning hours of November 29, 2002, several armed AUC paramilitaries, at least one of them in camouflage dress and a balaclava, broke into the home of Yovanis Javier Argote Pacheco in Barrio El Carmen, Aracataca, Magdalena, where he was sleeping.  The paramilitaries searched the house, then seized Yovanis Javier Argote Pacheco from his bed and took him outside the home, shutting the rest of the family inside.  The AUC paramilitaries shot Yovanis Javier Argote Pacheco multiple times in the head and hand, killing him.

1188. Isabel Cristina Valencia Carrillo is the sister and legal heir of Ramon Antonio Valencia Carrillo, who had worked for approximately five years as a security guard at Finca Asturias, a banana plantation in Cienaga, Magdalena.  Ramon Antonio Valencia Carrillo was murdered by AUC paramilitaries on June 19, 1999.  On June 19, 1999, Ramon Antonio Valencia Carrillo was gathering fruit on the Finca Asturias plantation to take to his mother when he was intercepted by AUC paramilitaries, who shot and killed him.

1189. Albinia Delgado is the wife and legal heir of Serafin Navarro, with whom she had a family.  Serafin Navarro was the administrator of Finca Germania,

541

a banana plantation located in Aracataca, Magdalena.  Serafin Navarro was murdered by AUC paramilitaries on September 22, 2004.  On the afternoon of September 22, 2004, two AUC paramilitaries arrived at the entrance to Finca Germania and asked for Serafin Navarro, who went to the plantation entrance to see what they wanted.  After a brief discussion, the paramilitaries shot and killed Serafin Navarro with multiple gunshots.  After the murder of Serafin Navarro, Albinia Delgado began receiving threats and fled her home.

1190. Leida Esther Rudas Camargo is the mother and legal heir of Milciades Antonio Gutierrez Ruda (also "Rudas," but hereinafter "Ruda").  Milciades Antonio Gutierrez Ruda was murdered by AUC paramilitaries on December 7, 2002. In the early morning hours of December 7, 2002, Milciades Antonio Gutierrez Ruda was on his way to his house in Aracataca, Magdalena when he was intercepted by paramilitaries.  The paramilitaries killed Milciades Antonio Gutierrez Ruda by slitting his throat.

1191. Esmeralda Ester Castro Cabarcas is the daughter and legal heir of Tomas de Aquino Castro Polo.  Esmeralda Ester Castro Cabarcas is also the sister and legal heir of Tomas Eliecer Castro Cabarcas and of Delvis Antonio Castro Cabarcas.  Tomas de Aquino Castro Polo, Tomas Eliecer Castro Cabarcas, and Delvis Antonio Castro Cabarcas were murdered by AUC paramilitaries on or about

542

November 22, 1998.  On or about the night of November 22, 1998, a group of armed AUC paramilitaries arrived at the home of Tomas de Aquino Castro Polo, Esmeralda Ester Castro Cabarcas, Tomas Eliecer Castro Cabarcas, and Delvis Antonio Castro Cabarcas in Barrio San Martin, Aracataca, Magdalena.  The paramilitaries asked for a person, and Tomas de Aquino Castro Polo told them his own name and the names of his two sons.  The paramilitaries told the three men to lie face down on the ground.  The AUC paramilitaries shot Tomas de Aquino Castro Polo, Tomas Eliecer Castro Cabarcas, and Delvis Antonio Castro Cabarcas in front of their family, killing them.  About one week after the murder of Tomas de Aquino Castro Polo, Tomas Eliecer Castro Cabarcas, and Delvis Antonio Castro Cabarcas, Esmeralda Ester Castro Cabarcas fled out of fear to Bucaramanga, Santander, where she lived for approximately nine months before returning to Aracataca, Magdalena.

1192. Elena Maria Mendoza Jimenez is the sister and legal heir of Paublino Domingo Mendoza Jimenez.  Paublino Domingo Mendoza Jimenez was murdered by AUC paramilitaries on April 1, 2003.  Paublino Domingo Mendoza Jimenez was alone in his home in Tucurinca, Zona Bananera, Magdalena watching television on the night of April 1, 2003 when a group of armed AUC paramilitaries arrived in a pickup truck and burst into his home.  The paramilitaries shot Paublino

Domingo Mendoza Jimenez several times in the head and body, killing him.

1193. Elena Maria Mendoza Jimenez is also the sister and legal heir of Guzman Ventura Mendoza Jimenez. Guzman Ventura Mendoza Jimenez was kidnapped by AUC paramilitaries on or about November 16, 2001; after kidnapping him, the paramilitaries killed Guzman Ventura Mendoza Jimenez. On or about November 16, 2001, Guzman Ventura Mendoza Jimenez was returning home from his farm in Tucurinca, Zona Bananera, Magdalena when he was kidnapped by a group of armed AUC paramilitaries. Guzman Ventura Mendoza Jimenez's body was found in March 2002, buried in a common grave along with other victims who were kidnapped by the AUC paramilitaries.

1194. Guadalupe Cadena de Gonzalez is the wife and legal heir of Jose Eugenio Penaloza Herrera, with whom she had a family. Jose Eugenio Penaloza Herrera was murdered by AUC paramilitaries on October 10, 1998. On October 10, 1998, Jose Eugenio Penaloza Herrera was at his job on an African palm plantation in Aracataca, Magdalena when he was intercepted by AUC paramilitaries, who shot him in the head, killing him.

1195. Marilce Ropero Angarita is the sister and legal heir of Carmen Antonio Ropero Angarita. Carmen Antonio Ropero Angarita was kidnapped and killed by AUC paramilitaries on January 23, 2004. In the early morning hours of

January 23, 2004, Carmen Antonio Ropero Angarita was sleeping at the store where he worked in Barrio Galan, Aracataca, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries banged on the door and told him to open it or they would break it down.  When Carmen Antonio Ropero Angarita opened the door, the AUC paramilitaries dragged him into their vehicle, kidnapping him. Carmen Antonio Ropero Angarita's body was found later that day with multiple bullet wounds.  Some months after Carmen Antonio Ropero Angarita's murder, Marilce Ropero Angarita fled out of fear to Barrio Raices in Aracataca, where she lived for a time.

1196. Jose Manuel de la Rosa Julio is the son and legal heir of Jose Manuel Arrieta de la Rosa and of Monica Julio Altamiranda.  Jose Manuel Arrieta de la Rosa and Monica Julio Altamiranda were murdered by AUC paramilitaries on or about January 27, 2003.  On or about January 27, 2003, a group of armed AUC paramilitaries in military dress and balaclavas arrived at the farm of Jose Manuel Arrieta de la Rosa and Monica Julio Altamiranda in El Torito, Aracataca, Magdalena.  The paramilitaries rounded up everyone on the farm, totaling 10 adults and two children, and brought them together in the house and checked everyone's identification.  The AUC paramilitaries took Jose Manuel Arrieta de la Rosa and Monica Julio Altamiranda some distance from the house and shot and

killed them.  The day after the murder of Jose Manuel Arrieta de la Rosa and Monica Julio Altamiranda, Jose Manuel de la Rosa Julio fled to another part of Aracataca, where he has lived ever since.

1197. Edita Maria Iglesias Blanco is the mother and legal heir of Pedro Pablo Carmona Iglesias.  Meredith Rosa Gamez Morales is the wife and is also a legal heir of Pedro Pablo Carmona Iglesias, with whom she had three children. Meredith Rosa Gamez Morales is also the mother of C.M.C.G., who was born in 1995. C.M.C.G. is the son and is also a legal heir of Pedro Pablo Carmona Iglesias. Wbeimar Alexi Carmona Gamez is also the son and is also a legal heir of Pedro Pablo Carmona Iglesias. Pedro Pablo Carmona Iglesias was murdered by AUC paramilitaries on March 21, 2001.  In the early morning hours on March 21, 2001, a group of AUC paramilitaries in camouflage and balaclavas arrived at the home of Pedro Pablo Carmona Iglesias in Villa Maria, Aracataca, Magdalena.  While the paramilitaries were pounding on the door, Pedro Pablo Carmona Iglesias climbed up on to the roof of the house.  The paramilitaries broke the door down and asked Meredith Rosa Gamez Morales for Pedro Pablo Carmona Iglesias.  She responded that Pedro Pablo Carmona Iglesias was not home.  One of the paramilitaries seized one of the couple's small children by the hair and said he was going to kill the child if Pedro Pablo Carmona Iglesias did not appear.  Pedro Pablo Carmona

Iglesias yelled to them from the roof that he was up there and the paramilitaries ran outside and shot up at him four times, killing him.

1198. Lastenia Belen Salgado Tejedor is the mother and legal heir of Danilso Rafael Julio Salgado, an occasional banana worker. Danilso Rafael Julio Salgado was murdered by AUC paramilitaries on January 30, 1998. On January 30, 1998, a group of armed AUC paramilitaries arrived at the home of Danilso Rafael Julio Salgado and Lastenia Belen Salgado Tejedor and broke into the house. The paramilitaries forced Lastenia Belen Salgado Tejedor to lie face down on the floor and tied Danilso Rafael Julio Salgado up and kidnapped him. Shortly thereafter, Danilso Rafael Julio Salgado's body was found in Guamachito, in the banana zone. He had been killed with multiple gunshots.

1199. Maria de los Reyes Camacho Abreos is the mother and legal heir of Manuel Enrique Perez Camacho. Manuel Enrique Perez Camacho was murdered by AUC paramilitaries on August 31, 2002. On the night of August 31, 2002, a group of heavily armed AUC paramilitaries, some wearing balaclavas, arrived at the home of Manuel Enrique Perez Camacho in Barrio San Martin, Aracataca, Magdalena. The paramilitaries tied Manuel Enrique Perez Camacho up, dragged him out of his house, and shot him in the face multiple times, killing him. The AUC paramilitaries also killed three others that day in Aracataca.

1200. Nellis Maria Torres Fontalvo is the wife and legal heir of Wuilber Manuel Urrego Colpas, with whom she had a daughter.  Wuilber Manuel Urrego Colpas was murdered by AUC paramilitaries on February 3, 2002.  On the afternoon of February 3, 2002, Wuilber Manuel Urrego Colpas and a friend were in a restaurant in Aracataca, Magdalena.  A group of AUC paramilitaries arrived in a pickup truck and opened fire on those present.  The paramilitaries killed several people, including Wuilber Manuel Urrego Colpas.  Shortly after the murder of Wuilber Manuel Urrego Colpas, Nellis Maria Torres Fontalvo and the daughter she had with Wuilber Manuel Urrego Colpas fled to Puerto Giraldo, Atlantico, where they live to this day.

1201. Maria Dolores Ramos Diaz is the mother and legal heir of Jose Gregorio Rodriguez Ramos, an occasional banana worker.  Jose Gregorio Rodriguez Ramos was murdered by AUC paramilitaries on September 11, 2004. On the afternoon of September 11, 2004, Jose Gregorio Rodriguez Ramos and his uncle were walking down the street in Barrio Raices, Aracataca, Magdalena when two armed AUC paramilitaries approached on a motorcycle.  The paramilitaries got off of their motorcycle and one of them shot and killed Jose Gregorio Rodriguez Ramos.

1202. Karen Margarita Fernandez Velasquez is the wife and legal heir of

548

Fernando Enrique Ortiz Chamorro, with whom she had a son.  Amalia Esther Chamorro de Escorcia is the mother and legal heir of Fernando Enrique Ortiz Chamorro.  Fernando Enrique Ortiz Chamorro was a community leader who was pushing for the government to redistribute land to rural peasants in the region and a former banana worker in the Esmeralda Pie de Cuesta banana plantation, which was affiliated with Chiquita.  Fernando Enrique Ortiz Chamorro was murdered by AUC paramilitaries on August 28, 2002.  On the afternoon of August 28, 2002, Fernando Enrique Ortiz Chamorro was in his home in Aracataca, Magdalena when a group of AUC paramilitaries broke in.  The paramilitaries shot Fernando Enrique Ortiz Chamorro multiple times, and seriously injured Karen Margarita Fernandez Velasquez, who was hit by a bullet in the abdomen.  The paramilitaries thenfled. Fernando Enrique Ortiz Chamorro was taken to a hospital, where he died.  In 2003, after receiving death threats related to the murder of Fernando Enrique Ortiz Chamorro, Amalia Esther Chamorro de Escorcia fled to Santa Marta from Aracataca, where she lived for approximately two years.

1203. Aida Ester Nino Polo is the mother and legal heir of Yair Antonio Corzo Nino.  Yair Antonio Corzo Nino was kidnapped and disappeared by AUC paramilitaries on September 3, 2003. On the morning of September 3, 2003, Yair Antonio Corzo Nino left his house to meet up with his father at a farm in

Aracataca, Magdalena.  Along the way, Yair Antonio Corzo Nino was intercepted by AUC paramilitaries, who kidnapped him. Yair Antonio Corzo was never seen again.  In 2004, Aida Ester Nino Polo fled Aracataca out of fear and lived in Santa Marta for approximately one year.

1204. Francisco Acevedo Marrugo is the father and legal heir of Francisco Antonio Acevedo Rivera, an occasional banana worker.  Gladis Blanco Gelves is the wife and is also a legal heir of Francisco Antonio Acevedo Rivera, with whom she had two children.  Francisco Antonio Acevedo Rivera was murdered by AUC paramilitaries on March 30, 2004.  On the evening of March 30, 2004, a group of AUC paramilitaries arrived at the home of Francisco Antonio Acevedo Rivera in Barrio Villa del Rio, Aracataca, Magdalena.  The paramilitaries shot Francisco Antonio Acevedo Rivera multiple times in the head, neck, and body, and then stole his motorcycle, which they used to escape.  After the murder of Francisco Antonio Acevedo Rivera, Francisco Acevedo Marrugo fled to Fundacion in 2005, where he remained for approximately two years.

1205. Ana del Carmen Avila de Lambrano is the mother and legal heir of Carlos Julio Lambrano Avila.  Carlos Julio Lambrano Avila was murdered by AUC paramilitaries on October 12, 2003.  On October 12, 2003, two armed AUC paramilitaries arrived at the church where Carlos Julio Lambrano Avila worked in

Guamachito, Sevilla in Zona Bananera, Magdalena and asked to borrow his motorcycle.  One of the paramilitaries drew his gun and shot Carlos Julio Lambrano Avila multiple times in the head, killing him; the paramilitaries then stole Carlos Julio Lambrano Avila's motorcycle and fled.

1206. Dignora Herrera Pabon is the wife and legal heir of Hernando Antonio Castro Acevedo, with whom she had a family.  Hernando Antonio Castro Acevedo was kidnapped by AUC paramilitaries on July 26, 1997;after kidnapping him, the paramilitaries killed Hernando Antonio Castro Acevedo.  On the night of July 26, 1997, Hernando Antonio Castro Acevedo was intercepted by a group of armed AUC paramilitaries.  The paramilitaries forced him into their car and drove away. The following day, on July 27, 1997, Hernando Antonio Castro Acevedo's body was found in El Torito, Aracataca, Magdalena.  Hernando Antonio Castro Acevedo had been shot in the head.

1207. Yasmin Ester Escolar Reyes is the wife and legal heir of Adalberto Castillo Escorcia, with whom she had a family.  Adalberto Castillo Escorcia was murdered by AUC paramilitaries on September 24, 2003.  On September 24, 2003, two men arrived at Adalberto Castillo Escorcia's father's house in Cienaga, Magdalena, where he was staying.  The men asked Adalberto Castillo Escorcia to come to speak with them a half hour later at another location.  Adalberto Castillo

551

Escorcia left the house for the appointment at the agreed-upon time. While on his way to the appointment, Adalberto Castillo Escorcia was intercepted by AUC paramilitaries, who shot him in the head, killing him.

1208. Elvia Prado Sanjuan is the sister and legal heir of Evelio Prado Contreras, an occasional banana worker.  Evelio Prado Contreras was murdered by AUC paramilitaries on or about February 6, 2003.  Late on the night of February 6, 2003, a group of AUC paramilitaries arrived at the home of Evelio Prado Contreras in Barrio San Martin, Aracataca, Magdalena.  The paramilitaries forced open the door and dragged Evelio Prado Contreras out of the house, forcing him to lie face-down on the street in front of his house.  After interrogating Evelio Prado Contreras, the paramilitaries shot and killed him.  Prior to the murder, in 1999, Elvia Prado Sanjuan had fled to Aracataca out of fear after her sister was murdered.

1209. Maritza del Socorro Contreras Martinez is the wife and legal heir of Jose Isaias Padilla Perez, with whom she had a family.  Jose Isaias Padilla Perez, a local community leader, was murdered by AUC paramilitaries on May 14, 1997. A week before his death, AUC paramilitaries came to the small farm Jose Isaias Padilla Perez owned and kidnapped his eldest son, detaining him for several hours, telling the son they knew everything Jose Isaias Padilla Perez was up to, and

552

warning him not to return to the farm.  Jose Isaias Padilla Perez, who was recovering from an operation, had not been to the farm in some time.  On May 14, 1997, Jose Isaias Padilla Perez was in a store in Aracataca, Magdalena when two armed AUC paramilitaries came in and shot him multiple times, killing him.

1210. Luz Estela Polo Vargas is the sister and legal heir of Luis Francisco Polo Vargas. Luis Francisco Polo Vargas was murdered by AUC paramilitaries on July 22, 2002. On July 22, 2002, Luis Francisco Polo Vargas was accompanying the driver of a passenger transport vehicle he owned in Aracataca, Magdalena, when the vehicle was intercepted by another vehicle driven by AUC paramilitaries. One of the paramilitaries got out, approached the passenger vehicle, and ordered its occupants to get out. The paramilitary then asked who the owner of the passenger vehicle was. When Luis Francisco Polo Vargas responded that he was the owner, the paramilitary shot and killed him.

1211. Jonas Fidel Padilla Ramirez is the brother and legal heir of Lebis Leonel Padilla Ramirez.  Lebis Leonel Padilla Ramirez was murdered by AUC pararmilitaries on March 8, 2004.  On the night of March 7, 2004, Lebis Leonel Padilla Ramirez and a friend were in a bar in Barrio El Carmen, Aracataca, Magdalena.  When a neighbor with a neck injury came by, Lebis Leonel Padilla Ramirez accompanied him to the corner, and then returned to the bar. Later Lebis

Leonel Padilla Ramirez left the bar to walk home, accompanied by his friend. Along the way the two men were intercepted by several AUC paramilitaries who forced Lebis Leonel Padilla Ramirez and his friend to take them to the house of the injured neighbor.  When they arrived, they discovered that the injured man was not at home.  The AUC paramilitaries then shot Lebis Leonel Padilla Ramirez four times in the head, killing him.  The paramilitaries also shot and killed his friend.

1212. Maria Magdalena Bocanegra Carillo is the mother and legal heir of Juan David Garrido Bocanegra.  Juan David Garrido Bocanegra was kidnapped by AUC paramilitaries on February 11, 2003; Juan David Garrido Bocanegra's body was found on February 12, 2003.  On February 11, 2003, Juan David Garrido Bocanegra left his house in Barrio San Miguel, El Reten, Magdalena to buy some medicine for his sister.  Along the way, two AUC paramilitaries on a motorcycle approached him.  They spoke for a few minutes before Juan David Garrido Bocanegra got on the back of the motorcycle while the other paramilitary took Juan David Garrido Bocanegra's bicycle.  The paramilitaries then murdered Juan David Garrido Bocanegra. On February 12, 2003, Juan David Garrido Bocanegra's body was discovered; he had been shot several times.  Several years later, Juan David Garrido Bocanegra's body was exhumed, DNA-tested, and in March 2007 his remains were turned over to his family.

1213. Edwin Manuel Moreno Araujo is the son and legal heir of Aristides Moreno Rodriguez, an occasional worker at the banana plantation Pie de Cuesta which was affiliated with Chiquita. Aristides Moreno Rodriguez was murdered by AUC paramilitaries on September 7, 2002. On the night of September 7, 2002, Aristides Moreno Rodriguez was asleep in his house in Barrio Porvenir, Aracataca, Magdalena when a group of AUC paramilitaries arrived and forced their way into the home. They pulled Aristides Moreno Rodriguez out into the street, where they had another person they had kidnapped, and tied Aristides Moreno Rodriguez up. When the paramilitaries told Aristides Moreno Rodriguez to come with them, he refused to do so. The paramilitaries then shot Aristides Moreno Rodriguez and the other man, killing them. About two weeks after the murder of Aristides Moreno Rodriguez, Edwin Manuel Moreno Araujo and the rest of his family fled to another neighborhood in Aracataca and have never moved back to the house where the murder occurred.

1214. Avelina Maria Madrid Padilla is the sister and legal heir of Nestor Enrique Manga Padilla. Nestor Enrique Manga Padilla was murdered on April 13, 2005 by AUC paramilitaries. On the evening of April 13, 2005 Nestor Enrique Manga Padilla was at home repairing a television set when two AUC paramilitaries entered the home, approached Nestor Enrique Manga Padilla, and fired several

gunshots at him, killing him.

1215. Carmen Rosa Herrera de Teran is the wife and legal heir of Pedro Nolasco Teran Salas, with whom she had one son. Pedro Nolasco Teran Salas was murdered on March 11, 2004 by AUC paramilitaries. On the morning of March 11, 2004, Pedro Nolasco Teran Salas left his house in Aracataca, Magdalena to begin his workday as a taxi driver. After he picked up a fare, Pedro Nolasco Teran Salas was intercepted by AUC paramilitaries. The paramilitaries shot Pedro Nolasco Teran Salas to death and left his body in Fundacion, Magdalena.

1216. Armando Rafael Contreras Mesa is the father and legal heir of Maria Elena Contreras Arismendis, a 16-year-old. Maria Elena Contreras Arismendis was murdered by AUC paramilitaries on August 25, 2001. On August 25, 2001, Maria Elena Contreras Arismendis was with a group of friends in the La Frutera sector of Cienaga, Magdalena when a group of armed AUC paramilitaries arrived. The paramilitaries told the group of friends to lie face-down on the ground, and then the paramilitaries shot Maria Elena Contreras Arismendis three times in the back, killing her.

1217. Maria Ursulina Barrios Alvarado is the mother and legal heir of Wilmer Enrique Reyes Barrios. Wilmer Enrique Reyes Barrios was murdered by AUC paramilitaries on July 29, 2003. Early on the morning of July 29, 2003

556

Wilmer Enrique Reyes Barrios was asleep at Maria Ursulina Barrios Alvarado's house in Barrio San Martin, Aracataca, Magdalena when a group of AUC paramilitaries forced their way into the home. The paramilitaries seized Wilmer Enrique Reyes Barrios and forced him out of the house. The paramilitaries also threatened Maria Ursulina Barrios Alvarado and told her to close the door and stay in the house. The paramilitaries then murdered Wilmer Enrique Reyes Barrios by slitting his throat, and left his body outside the house, where Maria Ursulina Barrios Alvarado found him several hours later. About two weeks after the murder, Maria Ursulina Barrios Alvarado fled to another neighborhood out of fear. Some days after Maria Ursulina Barrios Alvarado's move, the AUC paramilitaries discovered where she was living and broke into her home again.

1218. Maria Asuncion Molina de Fuentes is the mother and legal heir of Lorenzo Antonio Fuentes Molina. Cenaida Esther Molina Cantillo is the sister and is also a legal heir of Lorenzo Antonio Fuentes Molina. Lorenzo Antonio Fuentes Molina, an occasional banana worker, was murdered on September 30, 2000 by AUC paramilitaries. Early on the morning of September 30, 2000, a group of AUC paramilitaries forced their way into Lorenzo Antonio Fuentes Molina's home in El Reten, Magdalena. The paramilitaries seized Lorenzo Antonio Fuentes Molina and bound his hands. As the paramilitaries led Lorenzo Antonio Fuentes Molina from

his home, he managed to free his hands and to start running away. The paramilitaries then shot Lorenzo Antonio Fuentes Molina multiple times in the head, neck, and body, killing him.

1219. Aurelia Barrios Rodriguez is the mother and legal heir of Sami Enrique Coronado Barrios. Sair Euclides Coronado Barrios is the brother and is also a legal heir of Sami Enrique Coronado Barrios. Sami Enrique Coronado Barrios was kidnapped and murdered on January 30, 1998 by AUC paramilitaries. Early on the morning of January 30, 1998, a group of AUC paramilitaries knocked on the door of the home where Sami Enrique Coronado Barrios lived in Aracataca, Magdalena. As Sami Enrique Coronado Barrios approached to see who was knocking, one of the paramilitaries fired a gunshot, striking Sami Enrique Coronado Barrios and wounding him. The paramilitaries then forced their way into the home and forced Sami Enrique Coronado Barrios into their vehicle and drove away, kidnapping him. The paramilitaries then killed Sami Enrique Coronado Barrios with gunshots to the head and neck, leaving his body in the village of Guamachito, Magdalena.

1220. Elena Raquel Bolivar Arias is the mother and legal heir of Nestor Segundo Julio Bolivar, an occasional banana worker. Nestor Segundo Julio Bolivar was kidnapped and disappeared by AUC paramilitaries on or about June 10, 2000.

On or about June 10, 2000, two men arrived at Nestor Segundo Julio Bolivar's home in Barrio San Martin, Aracataca, Magdalena, and offered him help in finding a better job. Nestor Segundo Julio Bolivar left with the two men and was never seen again. Later, Elena Raquel Bolivar Arias was threatened by AUC paramilitaries, who told her that if she complained to the authorities about Nestor Segundo Julio Bolivar's disappearance, the paramilitaries would kill her and her other children. As a result of Nestor Segundo Julio Bolivar's disappearance and these threats, Elena Raquel Bolivar Arias fled to Bogota, Colombia out of fear for her life, and remained there for several years before returning to Aracataca.

1221. Adriana Sarmiento Soler is the mother and legal heir of Luis Alfonso Garcia Sarmiento.  Luis Alfonso Garcia Sarmiento was murdered by AUC paramilitaries on April 28, 2002. On the evening of April 28, 2002, Luis Alfonso Garcia Sarmiento left his home in Aracataca, Magdalena to inquire about work for the following day.  As Luis Alfonso Garcia Sarmiento was returning, he was intercepted by at least two AUC paramilitaries near his home.  The paramilitaries shot and killed Luis Alfonso Garcia Sarmiento.  Approximately two months after the murder of Luis Alfonso Garcia Sarmiento, Adriana Sarmiento Soler fled with her family to the countryside in Aracataca out of fear and remained there for approximately two years before moving back.

559

1222.  Ana Mercedes Silvera Mercado is the sister and legal heir of Yaneth Isabel Silvera Mercado.  Ana Mercedes Silvera Mercado is also the aunt, adoptive mother, and legal guardian of Y.D.S.M., who was born in 2000. Y.D.S.M. is the son and also the legal heir of Yaneth Isabel Silvera Mercado. Yaneth Isabel Silvera Mercado was murdered, and Y.D.S.M. was injured, on March 21, 2001 by AUC paramilitaries. Early in the morning on March 21, 2001, a group of AUC paramilitaries forced their way into the home of Ana Mercedes Silvera Mercado in Aracataca, Magdalena, where Yaneth Isabel Silvera Mercado and her infant son Y.D.S.M. were visiting. The paramilitaries fired atYaneth Isabel Silvera Mercado, who was holding Y.D.S.M. in her arms. One of the bullets struck Y.D.S.M., piercing his ear, before continuing on to strike Yaneth Isabel Silvera Mercado, killing her.

1223. Liliana Mercedes Cervantes Ospino is the sister and legal heir of Jairo David Ospino Gamez. Jairo David Ospino Gamez was kidnapped and murdered by AUC paramilitaries on or about November 9, 1998. Early on the morning of November 9, 1998, Jairo David Ospino Gamez was at the municipal fairgrounds in Fundacion, Magdalena when he was seized by a group of AUC paramilitaries. The paramilitaries kidnapped Jairo David Ospino Gamez and later killed him with multiple gunshots to the head and body, leaving his body at a garbage dump on the

road between Fundacion and Pivijay, Magdalena.

1224. Hortensia Rosa Escobar Saltarin is the mother and legal heir of Cesar Leonidas Orozco Escobar, an irrigation contractor at the banana plantations La Margarita and La Uno. Cesar Leonidas Orozco Escobar was murdered by AUC paramilitaries on or about February 23, 1997. On February 21, 1997, Cesar Leonidas Orozco Escobar left his home in Aracataca, Magdalena to go to work. Cesar Leonidas Orozco Escobar was later intercepted by AUC paramilitaries. The paramilitaries stabbed Cesar Leonidas Orozco Escobar and left his body near the entrance to Tucurinca, Magdalena, where his body was found on February 23, 1997.

1225. Nydia Ruth Escorcia Mercado is the sister and legal heir of Jose del Carmen Henriquez Mercado, a banana worker.  Jose del Carmen Henriquez Mercado was murdered by AUC paramilitaries on March 16, 2002.  On the afternoon of March 16, 2002, Jose del Carmen Henriquez Mercado was at his home in Barrio Galan, Aracataca, Magdalena when several AUC paramilitaries arrived.  The paramilitaries asked Jose del Carmen Henriquez Mercado to identify himself, and when he did, the paramilitaries shot and killed him.

1226. Blanca Olivia Velasquez Alvarez is the mother and legal heir of Rocember Ayala Velasquez (also "Rosemberg" and "Rosembert," but hereinafter

"Rocember").  Rocember Ayala Velasquez was murdered by AUC paramilitaries on December 11, 1997.  About a week prior to his murder, while Rocember Ayala Velasquez was on his way to work on a farm in the foothills of the Sierra Nevada de Santa Marta mountains, in rural Aracataca, Magdalena, he was intercepted by a group of AUC paramilitaries, who warned him not to go there again.  Rocember Ayala Velasquez did not return to work for about a week.  Then, on December 11, 1997, when Rocember Ayala Velasquez returned to work at the farm, he was again intercepted by AUC paramilitaries, who shot him to death.

1227. Jose Gregorio Leon Llanos is the brother and legal heir of Leonso Enrique Leon Llanos. Matilde Isabel Llanos Martinez is the mother and is also a legal heir of Leonso Enrique Leon Llanos. Leonso Enrique Leon Llanos, an employee of the banana plantation Bocatoma, was murdered on November 15, 2002 by AUC paramilitaries. On November 15, 2002, Leonso Enrique Leon Llanos was in Fundacion, Magdalena running an errand when two AUC paramilitaries shot and killed Leonso Enrique Leon Llanos.

1228. Maria del Pilar Sarmiento Murieles is the sister and legal heir of Roberto Carlos Sarmiento Atencio.  Roberto Carlos Sarmiento Atencio, who was mentally ill, was kidnapped by AUC paramilitaries on February 24, 2003; after kidnapping him, the paramilitaries killed Roberto Carlos Sarmiento Atencio.  On

the night of February 24, 2003, Roberto Carlos Sarmiento Atencio left his house in Aracataca, Magdalena to run an errand. Along the way he was intercepted by AUC paramilitaries, who kidnapped him. The paramilitaries had also kidnapped another man.  Roberto Carlos Sarmiento Atencio's body was found in Fundacion in the early morning hours of the following day, on February 25, 2003, with two gunshots to the head.

1229. Jairo Manuel Diaz Diaz is a surviving victim who was seriously wounded and blinded by AUC paramilitaries when they tried to kill him on March 27, 2001. On the evening of March 27, 2001, Jairo Manuel Diaz Diaz was traveling home from a job when he was intercepted in Macaraquilla, Aracataca, Magdalena by a group of AUC paramilitaries.  The paramilitaries asked Jairo Manuel Diaz Diaz if he had links to the guerrillas.  Jairo Manuel Diaz Diaz replied that he did not.  The paramilitaries detained Jairo Manuel Diaz Diaz briefly, and then told him that he could go.  Jairo Manuel Diaz Diaz had walked a few meters away when the paramilitaries yelled for him.  As Jairo Manuel Diaz Diaz turned around, one of the paramilitaries shot Jairo Manuel Diaz Diaz in the face, leaving his face and neck permanently disfigured and completely blinding him.  The group of paramilitaries fled, and Jairo Manuel Diaz Diaz was taken to a hospital.  After the attempted murder, Jairo Manuel Diaz Diaz fled from Aracataca to Barranquilla,

where he stayed for a few years before moving back to Aracataca.

1230. Alba Rosa Diaz Moreno is the wife of Pedro Ferrer Mozo, with whom she had eight children. Pedro Ferrer Mozo was blinded and paralysed by AUC paramilitaries on September 2, 1998. On September 2, 1998, Pedro Ferrer Mozo was in his home in El Cauca, Aracataca, Magdalena with his family when a group of AUC paramilitaries forced their way into the house. The paramilitaries told the family to sit on the floor as they searched the house. The paramilitaries stated that they were searching for weapons. When the paramilitaries had finished their search, they pulled Pedro Ferrer Mozo out of the house and dragged him out onto the street a short distance away, then shot him three times in the head. Pedro Ferrer Mozo survived the attack, but can no longer walk or speak, and was left blind and paralyzed on the right side of his body.

1231. Maria Isabel Fontalvo Miranda is the mother and legal heir of Vladimir de Jesus Jimenez Fontalvo. Vladimir de Jesus Jimenez Fontalvo was kidnapped and disappeared by AUC paramilitaries on or about August 31, 2000. In the very early morning hours on or about August 31, 2000, Vladimir de Jesus Jimenez Fontalvo was asleep in his home in Aracataca, Magdalena when a group of AUC paramilitaries, two of whom were wearing balaclavas, broke down the door of his house and kidnapped Vladimir de Jesus Jimenez Fontalvo. Vladimir de

Jesus Jimenez Fontalvo was never seen again.  Approximately one month before he was kidnapped, Vladimir de Jesus Jimenez Fontalvo had been fired from the Terron Colorado banana plantation in El Reten.  About a week after Vladimir de Jesus Jimenez Fontalvo was kidnapped, Maria Isabel Fontalvo Miranda, who witnessed the kidnapping, fled with her family out of fear to Rio de Piedra, Aracataca, Magdalena, where they lived for two years before returning to their home in Barrio Raices, Aracataca, Magdalena.

1232. Celis Elena Escorcia Valiente is the mother and legal heir of Luis Enrique Escorcia Valiente, an occasional banana worker.  Luis Enrique Escorcia Valiente was murdered by AUC paramilitaries on February 3, 2002.  On February 3, 2002, Luis Enrique Escorcia Valiente was in a pool hall in Vuelta de Capri, Aracataca, Magdalena when a group of AUC paramilitaries arrived, entered the pool hall and opened fire, shooting and killing many of the individuals present, including Luis Enrique Escorcia Valiente. The paramilitaries shot Luis Enrique Escorcia Valiente multiple times.  After the murder of Luis Enrique Escorcia Valiente, Celis Elena Escorcia Valiente fled from Aracataca to El Valle, Cesar, where she lived for approximately two years before moving back to Aracataca.

1233. Misleidy Patricia Escorcia Morron is the daughter and legal heir of Jose de las Mercedes Escorcia Valiente.  Jose de las Mercedes Escorcia Valiente

was murdered by AUC paramilitaries on February 3, 2002.  On February 3, 2002, Jose de las Mercedes Escorcia Valiente was in a pool hall in Vuelta de Capri, Aracataca, Magdalena when a group of AUC paramilitaries entered the pool hall and opened fire, shooting and killing many of the individuals present, including Jose de las Mercedes Escorcia Valiente, who was shot multiple times.  In 1999, Jose de las Mercedes Escorcia Valiente and his family, including Misleidy Patricia Escorcia Morron,  fled in fear of the AUC paramilitaries to a place on the road to El Reten, and the family fled a third time in fear of the AUC paramilitaries in 2001, returning to Aracataca.

1234. Julio Perez Atencio is the father and legal heir of Julio Cesar Perez Pajaro.  Julio Cesar Perez Pajaro was murdered on November 3, 1997 by AUC paramilitaries. On November 3, 1997, Julio Cesar Perez was at his job as a security guard in Buenos Aires, Aracataca, Magdalena when he was attacked by AUC paramilitaries. The paramilitaries killed Julio Cesar Perez Pajaro with a gunshot to the head.

1235. Elvira Rosa Tobias de Alfaro is the mother and legal heir of Wilfrido Alfaro Tobias, an employee of the banana plantation Florida. Wilfrido Alfaro Tobias was murdered on February 5, 1997 by AUC paramilitaries. On February 5, 1997, Wilfrido Alfaro Tobias was at the Florida plantation when a group of heavily

566

armed AUC paramilitaries accosted him. Wilfrido Alfaro Tobias tried to flee, but the paramilitaries shot and killed him.

1236. Argenida Sarabia Angarita is the wife and legal heir of Robinson Enrique Altamirando Vargas, with whom she had a family, and the mother of Y.E.A.S. 1, who was born in 1997, and Y.E.A.S. 2, who was born in 1999. Y.E.A.S. 1 and Y.E.A.S. 2 are the children and also are legal heirs of Robinson Enrique Altamirando Vargas. Yasmary Altamiranda Vargas is the sister and is also a legal heir of Robinson Enrique Altamirando Vargas. Yasmary Altamiranda Vargas is also the sister and legal heir of Asner Arturo Altamiranda Vargas. Robinson Enrique Altamirando Vargas and Asner Arturo Altamiranda Vargas, two brothers, were employees of the San Miguel banana plantation on the outskirts of Cienaga, Magdalena. Robinson Enrique Altamirando Vargas and Asner Arturo Altamiranda Vargas were murdered on January 5, 2004 by AUC paramilitaries. Early on the morning of January 5, 2004, as Robinson Enrique Altamirando Vargas and Asner Arturo Altamiranda Vargas were arriving for work at the San Miguel banana plantation, they were confronted by a group of AUC paramilitaries who were forcing the plantation's workers to show their identification papers. After demanding to see the identification of Robinson Enrique Altamirando Vargas and Asner Arturo Altamiranda Vargas, the paramilitaries murdered them with

multiple gunshots.

1237.  Yanili Guerrero Bayona is the daughter and legal heir of Maria Magdalena Bayona Santiago.  Maria Magdalena Bayona Santiago was murdered by AUC paramilitaries on or about June 13, 2005.  Maria Magdalena Bayona Santiago had been forced to flee her home in Santa Clara, in the foothills of the Sierra Nevada, because the AUC paramilitaries had assassinated people there, and was living in Aracataca, Magdalena.  On or about June 13, 2005, a group of armed AUC paramilitaries arrived at Maria Magdalena Bayona Santiago's house and forced their way inside.  The paramilitaries robbed the house and then shot Maria Magdalena Bayona Santiago twice in the chest, killing her.

1238. Dina Luz Morron Valiente is the sister and legal heir of John Jairo Morron Valiente, an occasional banana worker.  John Jairo Morron Valiente was kidnapped by AUC paramilitaries on March 5, 2004; after kidnapping him, the paramilitaries killed John Jairo Morron Valiente.  On the night of March 5, 2004, John Jairo Morron Valiente was riding his bicycle home when he was intercepted by AUC paramilitaries.  The paramilitaries forced John Jairo Morron Valiente off of his bicycle and onto the back of a motorcycle and drove away, kidnapping him. John Jairo Morron Valiente's body was found the following day, on March 6, 2004, in the Varela area of Zona Bananera, Magdalena.  John Jairo Morron

568

Valiente had been shot multiple times in the head and body.

1239. Atala Patricia Galban Cantillo is the wife and legal heir of Juan de Jesus Silva Rojas, and the mother of J.D.S.G., who was born in 1997. J.D.S.G. is the son and is also a legal heir of Juan de Jesus Silva Rojas. Juan de Jesus Silva Rojas was murdered on September 10, 2000 by AUC paramilitaries. Early on the morning of September 10, 2000, Juan de Jesus Silva Rojas stepped out of a pool hall in Fundacion, Magdalena, to urinate in a nearby ditch. While urinating, an AUC paramilitary accosted Juan de Jesus Silva Rojas and shot him three times in the head, neck, and abdomen, killing him.

1240. Luz Elena Celin Garcia is the wife and legal heir of Luis Carlos de la Cruz Romero, and the mother of C.I.C.C., who was born in 2002. C.I.C.C. is the daughter and is also a legal heir of Luis Carlos de la Cruz Romero. Elizabeth Romero Barrios is the mother and is also a legal heir of Luis Carlos de la Cruz Romero. Luis Carlos de la Cruz Romero, a banana worker who lived in Aracataca, Magdalena, was kidnapped on November 10, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries killed Luis Carlos de la Cruz Romero. On November 10, 2003, Luis Carlos de la Cruz Romero was with Luz Elena Celin Garcia when they were intercepted by a group of AUC paramilitaries. The paramilitaries kidnapped Luis Carlos de la Cruz and killed him with a single

gunshot to the temple, and then left his body at the municipal garbage dump in Fundacion, Magdalena.

1241. Dilia Esther Munoz Mosquera is the wife and legal heir of Miguel Antonio Coronado Perez, with whom she had a family. Miguel Antonio Coronado Perez, a banana worker, was murdered on August 20, 2001 by AUC paramilitaries. On August 20, 2001 Miguel Antonio Coronado Perez left his home in Aracataca, Magdalena to go to his job. As Miguel Antonio Coronado Perez passed through the Bocatoma sector of Aracataca, he was intercepted by AUC paramilitaries who shot him once, killing him.

1242. Herlinda Maria Martinez Ugreta is the wife and legal heir of Jairo Enrique Vizcaino Romo, with whom she had a family. Jairo Enrique Vizcaino Romo, a banana worker, was kidnapped and disappeared on April 25, 1997, by AUC paramilitaries. On April 25, 1997, Jairo Enrique Vizcaino Romo set out from his home in Aracataca, Magdalena, to visit his mother in Maicao, Guajira. As the bus Jairo Enrique Vizcaino Romo was riding in passed through Tucurinca, Magdalena, it was forced to stop at an AUC paramilitary roadblock. The paramilitaries boarded the bus and demanded to see the identity papers of the passengers. The paramilitaries forced Jairo Enrique Vizcaino Romoto to get off the bus and to accompany them. The paramilitaries then took Jairo Enrique Vizcaino

Romo towards the Sierra Nevada de Santa Marta mountains. Jairo Enrique Vizcaino Romo was never seen again.

1243. Tulia Maria Martinez Sarmiento is the sister and legal heir of Tulio Jose Martinez Sarmiento. Tulio Jose Martinez Sarmiento was tortured, kidnapped, and disappeared by AUC paramilitaries on or about July 20, 2005. On or about July 20, 2005, Tulio Jose Martinez Sarmiento was returning from work when he was intercepted by a group of armed AUC paramilitaries near La Esmeralda, Aracataca, Magdalena. The paramilitaries tied Tulio Jose Martinez Sarmiento up, beat him, tortured him, and then kidnapped him. Tulia Maria Martinez Sarmiento went to the paramilitaries shortly thereafter to ask what they had done with Tulio Jose Martinez Sarmiento. The paramilitaries responded that they just needed to talk with Tulio Jose Martinez Sarmiento and then they would release him. Tulio Jose Martinez Sarmiento was never seen again.

1244. Sonia Esther Ortega Ibarra is the wife and legal heir of Rafael Alberto Oviedo Manotas, an occasional banana worker, with whom she had a family. Rafael Alberto Oviedo Manotas was murdered by AUC paramilitaries on May 3, 1999. On the morning of May 3, 1999, Rafael Alberto Oviedo Manotas was returning home from work on the Aracataca-Fundacion highway when a group of AUC paramilitaries in a vehicle pulled up next to him. A paramilitary in the

vehicle rolled down the window and shot Rafael Alberto Oviedo Manotas several times in the head and body, killing him.

1245. Nancy Maria Florez Hernandez is the mother and legal heir of Luis Alberto Florez Hernandez, an occasional banana worker. Luis Alberto Florez Hernandez was murdered on November 11, 2003 by AUC paramilitaries. Early on the morning of November 11, 2003, Luis Alberto Florez Hernandez left his home in Buenos Aires, Aracataca, Magdalena for work. Along the way, Luis Alberto Florez Hernandez was intercepted by AUC paramilitaries. The paramilitaries killed Luis Alberto Florez Hernandez with two gunshots to the head, and left his body at a garbage dump on the road between Fundacion and Pivijay, Magdalena, where he was found later that morning.

1246. Encarnacion Contreras Alvarez is the wife and legal heir of Jose Alfredo Poveda Estupinan, with whom she had four children.  Jose Alfredo Poveda Estupinan was kidnapped and disappeared by AUC paramilitaries on or about January 15, 1999.  Late at night on January 15, 1999, or early in the morning on July 16, 1999, a large group of AUC paramilitaries arrived at the home of Jose Alfredo Poveda Estupinan and Encarnacion Contreras Alvarez in Buenos Aires, Aracataca, Magdalena.  The paramilitaries forced their way inside and asked Jose Alfredo Poveda Estupinan and Encarnacion Contreras Alvarez where they had

weapons hidden.  After searching Alfredo Poveda Estupinan's and Encarnacion Contreras Alvarez's house and store and stealing a number of items, the paramilitaries tied up Jose Alfredo Poveda Estupinan, put him in their vehicle and drove away, kidnapping him.  Jose Alfredo Poveda Estupinan was never seen again.

1247. Encarnacion Contreras Alvarez is also the sister and legal heir of Oscar Contreras Alvarez.  Oscar Contreras Alvarez was murdered on or about August 12, 2002 by AUC paramilitaries. On or about August 12, 2002, Oscar Contreras Alvarez left his home in Buenos Aires, Aracataca, Magdalena for the banana zone. Along the way, Oscar Contreras Alvarez was intercepted by AUC paramilitaries. The paramilitaries killed Oscar Contreras Alvarez with two gunshots to the head and left his body at a garbage dump between Fundacion and Pivijay, Magdalena.

1248. Toribia del Rosario Gonzalez Padilla is the mother and legal heir of Franklin Augusto Orozco Gonzalez.  Franklin Augusto Orozco Gonzalez was murdered by AUC paramilitaries on May 7, 1997.  On the night of May 7, 1997, a group of AUC paramilitaries arrived at Franklin Augusto Orozco Gonzalez's home in Sabanas de San Angel, Magdalena.  The paramilitaries asked for Franklin Augusto Orozco Gonzalez.  When Franklin Augusto Orozco Gonzalez came to the

573

door, the paramilitaries shot him several times in the head and body, killing him.

1249. Esther Maria Mejia Martinez is the mother and legal heir of Dairo Enrique Mosquera Mejia. Dairo Enrique Mosquera Mejia was murdered by AUC paramilitaries on July 16, 2005. Early on the afternoon of July 16, 2005, Dairo Enrique Mosquera Mejia left his home in Fundacion, Magdalena. Sometime later that day, Dairo Enrique Mosquera Mejia was intercepted by AUC paramilitaries, who killed him. The next morning, on July 17, 2005, the family found Dairo Enrique Mosquera Mejia's body in a sewer in Aracataca, Magdalena.

1250. Orlando Rafael Sarmiento Calvo is the brother and legal heir of Israel Enrique Sarmiento Calvo.  Israel Enrique Sarmiento Calvo was kidnapped and disappeared by AUC paramilitaries on July 27, 2003.  Israel Enrique Sarmiento Calvo suffered from a mental illness.  On the morning of July 27, 2003, a group of AUC paramilitaries arrived at the "Vivan Bien" farm where Israel Enrique Sarmiento Calvo lived in rural Aracataca, Magdalena and demanded that Israel Enrique Sarmiento Calvo accompany them to serve as their "guide."  The paramilitaries promised that they would bring Israel Enrique Sarmiento Calvo back to the farm as soon as he guided them to the area they were looking for.  Israel Enrique Sarmiento Calvo left with the paramilitaries but was never seen again.

1251. Jose Gregorio Arrieta Fontalvo is the son and legal heir of Nuris

574

Marina Fontalvo Vergel.  Nuris Marina Fontalvo Vergel was murdered by AUC paramilitaries on April 22, 1997.  On April 22, 1997, Nuris Marina Fontalvo Vergel was traveling in a vehicle that transported the proceeds from local lottery sales.  The vehicle was intercepted in Cienaga, Magdalena by a large group of AUC paramilitaries. The paramilitaries shot Nuris Marina Fontalvo Vergel several times, killing her.

1252. Alcira Josefa Rodriguez Garcia is the wife and legal heir of Roberto Contreras Alvarez, with whom she had two children.  Roberto Contreras Alvarez was kidnapped and disappeared by AUC paramilitaries on October 20, 1998. On October 20, 1998, Roberto Contreras Alvarez left his home in Fundacion, Magdalena in the morning and headed to San Pablo, in the banana zone, to collect payment for cattle he had sold. Along the way, Roberto Contreras Alvarez was kidnapped by AUC paramilitaries. Roberto Contreras Alvarez was never seen again.

1253. Sol Marina Blanco Cantillo is the mother and legal heir of Carlos Andres Perez Blanco.  Carlos Andres Perez Blanco was kidnapped by AUC paramilitaries on July 10, 2000; after kidnapping him, the paramilitaries murdered Carlos Andres Perez Blanco.  On July 10, 2000, Carlos Andres Perez Blanco was on his way to his mother's house in Aracataca, Magdalena when he was

intercepted by a group of AUC paramilitaries in a pickup truck.  The paramilitaries seized Carlos Andres Perez Blanco, forced him into the truck, and drove away, kidnapping him.  The following day, on July 11, 2000, Carlos Andres Perez Blanco's body was found on a road.  Carlos Andres Perez Blanco had been shot multiple times.

1254. Clara Rosa Saavedra Morales is the sister and legal heir of Alfredo Enrique Saavedra Maldonado.  Alfredo Enrique Saavedra Maldonado was kidnapped and disappeared by AUC paramilitaries on or about February 16, 2001. Alfredo Enrique Saavedra Maldonado left his house in Aracataca, Magdalena on the morning of February 16, 2001 for a job in Cienaga, telling his family that he would return the following morning. Near the market in Cienaga, Alfredo Enrique Saavedra Maldonado was intercepted by AUC paramilitaries, who forced him into their vehicle and drove away, kidnapping him. Alfredo Enrique Saavedra Maldonado was never seen again.

1255. Osiris Helena Amaranto Mercado is the sister and legal heir of Gabriel Eduardo Amaranto Mercado.  Gabriel Eduardo Amaranto Mercado was kidnapped and murdered by AUC paramilitaries on January 8, 1998.  On the evening of January 8, 1998, a group of armed AUC paramilitaries arrived in a pickup truck at the Waldia farm in El Reten, Magdalena, where Gabriel Eduardo

576

Amaranto Mercado lived.  The paramilitaries got out of the truck, punched Gabriel Eduardo Amaranto Mercado in the neck, forced him into the truck, and drove away, kidnapping him.  The following day, January 9, 1998, his family discovered Gabriel Eduardo Amaranto Mercado's body at a local morgue.  Gabriel Eduardo Amaranto Mercado had been shot in the head.

1256. Osiris Helena Amaranto Mercado is also the sister and legal heir of Mario Jesus Amaranto Mercado. Mario Jesus Amaranto Mercado was kidnapped and disappeared by AUC paramilitaries on Januray 26, 1998. On the morning of January 26, 1998, Mario Jesus Amaranto Mercado was at the Waldia farm in El Reten, Magdalena, where Mario Jesus Amaranto Mercado's brother, Gabriel Eduardo Amaranto Mercado, had lived before he was killed.  Some time later, a group of AUC paramilitaries arrived at the Waldia farm in a pickup truck and asked Mario Jesus Amaranto Mercado to accompany them. Mario Jesus Amaranto Mercado was never seen again.

1257. Andrea Paola Melo Maldonado is the sister and legal heir of Rodolfo David Melo Maldonado.  Andrea Paola Melo Maldonado is also the aunt and legal heir of Edwin Alberto Melo Daza and of Raul Alfonso Melo Daza.  Raul Alfonso Melo Daza, Edwin Alberto Melo Daza, and Rodolfo David Melo Maldonado were kidnapped and murdered by AUC paramilitaries on August 3, 2000.  In the early

morning hours of August 3, 2000, Andrea Paola Melo Maldonado, Raul Alfonso Melo Daza, Edwin Alberto Melo Daza, and Rodolfo David Melo Maldonado were asleep in their house in Barrio La Banca del Ferrocaril, Fundacion, Magdalena when a group of AUC paramilitaries forced open the door and entered the house. The paramilitaries began to destroy the family's belongings, insulted and beat Raul Alfonso Melo Daza, Edwin Alberto Melo Daza, and Rodolfo David Melo Maldonado, and then told the rest of the family to go to back to bed.  The paramilitaries then kidnapped Raul Alfonso Melo Daza, Edwin Alberto Melo Daza, and Rodolfo David Melo Maldonado.  After kidnapping Raul Alfonso Melo Daza, Edwin Alberto Melo Daza, and Rodolfo David Melo Maldonado, the paramilitaries shot them to death, leaving their bodies on a bridge between Algarrobo, Magdalena and Copey, Cesar.

1258. Alcides Antonio Bermudez David is a surviving victim who was kidnapped for ransom by AUC paramilitaries on November 30, 2004. On November 30, 2004, Alcides Antonio Bermudez David was driving from Fundacion, Magdalena to his family's farm in the village of Caraballo, Pivijay, Magdalena.  Alcides Antonio Bermudez David was near the farm when he was intercepted by a group of AUC paramilitaries who forced him out of the vehicle. The paramilitaries forced Alcides Antonio Bermudez David into the back seat of

their car and drove him to an unknown location, where they blindfolded him and put him in a different vehicle.  The AUC paramilitaries then drove Alcides Antonio Bermudez David to an AUC paramilitary base.  Over the next two and a half months, the paramilitaries transferred Alcides Antonio Bermudez David from one paramilitary base to another in Pivijay, Magdalena, until February 12, 2005, when his brother paid the paramilitaries 120 million pesos in exchange for Alcides Antonio Bermudez David's release.

1259.  Vivian Esther Melo Maldonado is the wife and legal heir of Pedro Maria Arrieta Matha, with whom she had five children, and the mother of K.K.A.M., who was born in 1999.  K.K.A.M. is the daughter and is also a legal heir of Pedro Maria Arrieta Matha. Pedro Maria Arrieta Matha was murdered on December 3, 2000 by AUC paramilitaries.  On the morning of December 3, 2000, Pedro Maria Arrieta Matha left his house in Fundacion, Magdalena and went to the village of Santa Rosa de Lima on business.  In Santa Rosa de Lima, Pedro Maria Arrieta Matha was seen speaking with a group of AUC paramilitaries. After several minutes of conversation, one of the paramilitaries pulled out a pistol and shot Pedro Maria Arrieta Matha twice in the head, killing him.

1260.  Rosmaris Elena Rodriguez Parejo is the sister and legal heir of Alcadio Antonio Rodriguez Parejo. Alcadio Antonio Rodriguez Parejo was

kidnapped and murdered by AUC paramilitaries on or about September 24, 1999. On the night of September 24, 1999, Alcadio Antonio Rodriguez Parejo left his house in Fundacion, Magdalena to run an errand. Along the way, he was intercepted by AUC paramilitaries, who kidnapped him. The paramilitaries then murdered Alcadio Antonio Rodriguez Parejo with gunshots to the head and body, before leaving his body on a farm off the road that connects Fundacion and Valledupar, Cesar. Three months prior to his murder, Alcadio Antonio Rodriguez Parejo had left the Colombian army.  The AUC paramilitaries in the region were actively trying to recruit Alcadio Antonio Rodriguez Parejo, but he had resisted.

1261. Alba Nidia Guerrero Escobar is the mother and legal heir of Sergio Ramirez Guerrero.  Sergio Ramirez Guerrero was murdered on June 9, 2004 by AUC paramilitaries. On the morning of June 9, 2004, Sergio Ramirez Guerrero left his home in Fundacion, Magdalena, to have lunch at his aunt's house. Around midday, Sergio Ramirez Guerrero received a phone call and left his aunt's house to go meet someone. Along the way, Sergio Ramirez Guerrero was intercepted by AUC paramilitaries. The paramilitaries killed Sergio Ramirez Guerrero with two gunshots to the head, then left his body on the road between Fundacion and Pivijay, Magdalena.

1262. Miriam Estela Cantillo Gutierrez is the mother and legal heir of Jesus Rafael Cantillo Gutierrez.  Jesus Rafael Cantillo Gutierrez was murdered by AUC paramilitaries on or about October 29, 2004.  On the afternoon of October 28, 2004, Jesus Rafael Cantillo Gutierrez left his home in Barranquilla to fish in Palermo, Sitionuvo, Magdalena.  In Palermo, Jesus Rafael Cantillo Gutierrez was intercepted by AUC paramilitaries. The paramilitaries shot Jesus Rafael Cantillo Gutierrez to death, and left his body on a farm near the Magdelana River.

1263. Luis Antonio Amorocho is the son and legal heir of Martha Cecilia Amorocho Caycedo (also "Caicedo," but hereinafter "Caycedo").  Luis Antonio Amorocho is also the stepson and legal heir of Luis Maria Gonzalez Beltran. Martha Cecilia Amorocho Caycedo was murdered and Luis Maria Gonzalez Beltran was wounded and permanently incapacitated by AUC paramilitaries on February 16, 2003.  Martha Cecilia Amorocho Caycedo and Luis Maria Gonzalez Beltran owned a small store in Palermo, Sitionuevo, Magdalena.  On the evening of February 16, 2003, two AUC paramilitaries came into the store and asked Martha Cecilia Amorocho Caycedo where Luis Maria Gonzalez Beltran was.  Luis Maria Gonzalez Beltran came out and one of the paramilitaries asked him if he was the president of the Community Action Council.  Luis Maria Gonzalez Beltran replied that he was not.  One of the paramilitaries took out his gun and shot Luis

Maria Gonzalez Beltran in the head, wounding him.  As the paramilitaries were about to shoot Luis Maria Gonzalez Beltran again, Martha Cecilia Amorocho Caycedo intervened to stop them; the paramilitaries shot Martha Cecilia Amorocho Caycedo in the hand.  Martha Cecilia Amorocho Caycedo tried to hide, but the other paramilitary walked over and shot Martha Cecilia Amorocho Caycedo several more times, killing her.  The paramilitaries robbed the store and left.  Luis Maria Gonzalez Beltran survived the attack but was left permanently incapacitated.

1264.  Silvia Niebles Gonzalez is the mother and legal heir of Yair Eugenio Miranda Niebles.  Yair Eugenio Miranda Niebles was murdered by AUC paramilitaries on November 22, 2000.  In the early morning hours of November 22, 2000, Yair Eugenio Miranda Niebles was fishing in the Cienaga Grande swamp in Magdalena when a group of AUC paramilitaries entered the swamp and massacred a large number of inhabitants and fishermen, including Yair Eugenio Miranda Niebles.  The day of the massacre, Silvia Niebles Gonzalez fled her home in the Cienaga Grande swamp with her children to her mother's house in Barranquilla; she has never returned to her home.

1265.  Humberto Domingo Palmera Anaya is the brother and legal heir of Andres Alfonso Palmera Anaya.  Josefa Maria Palmera Anaya is the sister and legal heir of Andres Alfonso Palmera Anaya.  Andres Alfonso Palmera Anaya was

582

kidnapped on September 5, 1999 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Andres Alfonso Palmera Anaya.  Andres Alfonso Palmera Anaya had been the mayor of Ariguani, Magdalena between 1995 and 1997.  In 1999 Andres Alfonso Palmera Anaya ran for mayor again.  On September 5, 1999, Andres Alfonso Palmera Anaya left Ariguani to go to Barranquilla, Atlantico. Along the way Andres Alfonso Palmera Anaya was intercepted by a group of AUC paramilitaries in civilian dress. The paramilitaries kidnapped Andres Alfonso Palmera Anaya, and later shot him to death, leaving his body on the side of the road between Santa Rosa de Lima and Fundacion, Magdalena.

1266. Irlena Cristina Hernandez Hernandez is the wife and legal heir of Naim Jose Carrascal Russo, with whom she had a daughter. Naim Jose Carrascal Russo, the manager of a cooperative in Santa Marta, Magdalena which provided services to victims of forced displacement, was kidnapped on March 7, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Naim Jose Carrascal Russo. On March 7, 2003, Naim Jose Carrascal Russo went to a meeting in downtown Santa Marta. At the place of the meeting, Naim Jose Carrascal Russo was intercepted by AUC paramilitaries, who forced him into one of several waiting vehicles and drove off, kidnapping him. After kidnapping Naim Jose Carrascal Russo, the paramilitaries killed him and left him in a mass grave in Bonda, Santa

Marta, from which his body was exhumed in June 2008.

1267. Alba Nidia Echavarria Guzman is the sister and legal heir of Wilson Echavarria Guzman. Wilson Echavarria Guzman was murdered on February 1, 2005 by AUC paramilitaries. In the very early morning hours of February 1, 2005, Wilson Echavarria Guzman was working his shift as a security guard at the residential complex where he lived in Malambo, Atlantico, when he was shot to death by AUC paramilitaries.

1268. Yolanda Ester Ferrer Solano is the mother and legal heir of Luis Daniel Ferrer Solano. Luis Daniel Ferrer Solano was murdered on November 6, 2003 by AUC paramilitaries. On the morning of November 6, 2003, Luis Daniel Ferrer Solano left his home to go to the market in Barranquilla, Atlantico, where he worked loading and offloading trucks. In Barranquilla, he was murdered by AUC paramilitaries who shot him several times.

1269. Sonny Luz Viloria de la Cruz is the sister and legal heir of Edgar Orlando Viloria de la Cruz. Edgar Orlando Viloria de la Cruz was murdered on or about September 9, 2003 by AUC paramilitaries. On the night of September 8, 2003, Edgar Orlando Viloria de la Cruz left his home in Soledad, Atlantico in a neighborhood where the AUC paramilitaries had imposed a 10:00 PM curfew, and was not seen again until his body was found the following morning in the sewer,

584

on September 9, 2003, a little over a block from his home.  Edgar Orlando Viloria de la Cruz was found with stab wounds to his thorax and abdomen, as well as his head. His family found Edgar Orlando Viloria de la Cruz's body by following a trail of blood leading from the doorway of his residence to where his body was found.

1270. Ofelia Higuita de Ochoa is the mother and legal heir of William de Jesus Oquendo Higuita, a former banana worker who had received threats in 1996 from the AUC paramilitaries in Uraba, Antioquia and had fled to Medellin, where he lived until approximately two months before his murder, when he moved to Barranquilla, Atlantico to be with his family. William de Jesus Oquendo Higuita was kidnapped on January 16, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries killed William de Jesus Oquendo Higuita.  On January 16, 2002, William de Jesus Oquendo Higuita was asleep in a friend's home in Malambo, Atlantico when a group of AUC paramilitaries forced their way into the house. The paramilitaries tied the wrists of William de Jesus Oquendo Higuita and forced him into a vehicle and drove away, kidnapping him.  Approximately three days later, on or about January 19, 2002, William de Jesus Oquendo Higuita's body was found on a path in Malambo, along with the body of another victim.  William de Jesus Oquendo Higuita had been shot multiple times.

585

1271. Marbel Maria Jimenez de Guerra is the mother and legal heir of Iveth Milena Guerra Jimenez, a high school student. Iveth Milena Guerra Jimenez was kidnapped and disappeared on December 17, 2001 by AUC paramilitaries. On December 17, 2001, Iveth Milena Guerra Jimenez set out from Barranquilla, Atlantico with a group of friends to visit Palmor, Magdalena. The group of seven people, including Iveth Milena Guerra Jimenez, was traveling in a truck driven by a friend of the family, Wilmer Santana Paez. After crossing the Magdalena River into Magdalena, the group stopped at a refreshment stand; shortly after that they were kidnapped by AUC paramilitaries. The paramilitaries reportedly took the seven people and the truck to southern Atlantico province. There, the paramilitaries reportedly murdered the seven victims, including Iveth Milena Guerra Jimenez, who was never found. The body of the truck's driver, Wilmer Santana Paez, was found floating in the Magdalena River several days later (see below).

1272. Gladys Esther Paez Pava is the mother and legal heir of Wilmer Santana Paez, of Ludis Santana Paez, and of Hernando Paez Pava. Wilmer Santana Paez was kidnapped on December 17, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Wilmer Santana Paez. Ludis Santana Paez and Hernando Paez Pava were kidnapped and disappeared by AUC paramilitaries on December 17, 2001. On December 17, 2001, Wilmer Santana

Paez, Ludis Santana Paez, and Hernando Paez Pava set out from Barranquilla, Atlantico with a group of friends to visit Palmor, Magdalena. The group of seven people, which included Iveth Milena Guerra Jimenez (see above), was traveling in a truck driven by a Wilmer Santana Paez. After crossing the Magdalena River into Magdalena, the group stopped at a refreshment stand; shortly after that they were kidnapped by AUC paramilitaries. The paramilitaries reportedly took the seven people and the truck to southern Atlantico province. There, the paramilitaries reportedly murdered the seven victims, including Wilmer Santana Paez, Ludis Santana Paez, and Hernando Paez Pava; Ludis Santana Paez and Hernando Paez Pava were never found. The body of the truck's driver, Wilmer Santana Paez, was found floating in the Magdalena River several days later.

1273. Norelis Maria Serje Figueroa is the sister and legal heir of Silfredo Rafael Serge Figueroa.  Silfredo Rafael Serge Figueroa was kidnapped and disappeared by AUC paramilitaries on or about July 11, 1998; after kidnapping Silfredo Rafael Serge Figueroa, the paramilitaries murdered him.  Silfredo Rafael Serge Figueroa left his home in Palmar de Varela, Atlantico on the afternoon on or about July 11, 1998 in order to spend time in a park which was located in front of his home.  After several hours, Silfredo Rafael Serge Figueroa's family became worried when he did not return.  The following day, on or about July 12, 1998, a

neighbor told a family member that several corpses had been found.  A relative of Silfredo Rafael Serge Figueroa went to view the bodies, and found that of Silfredo Rafael Serge Figueroa among them.  Silfredo Rafael Serge Figueroa had been shot.

1274.  Rosa Cristina Cantillo Silvera is the mother and legal heir of Jorge Luis Padilla Cantillo.  Jorge Luis Padilla Cantillo was murdered on August 18, 2004 by AUC paramilitaries.  On August 18, 2004, Jorge Luis Padilla Cantillo was working as an assistant on a bus when it arrived at a transportation cooperative headquarters in Maicao, Guajira. When the bus arrived, a large group of AUC paramilitaries was present. The paramilitaries shot and killed Jorge Luis Padilla Cantillo.  Aproximately one month after Jorge Luis Padilla Cantillo's murder, Rosa Cristina Cantillo Silvera fled to Barranquilla, Atlantico where she has lived ever since, after receiving threats from the AUC paramilitaries after she filed a legal complaint regarding Jorge Luis Padilla Cantillo's murder.

1275. Maria Isabel Perez Armesta is the wife and legal heir of Nilson Jesus Perez Cera, with whom she had two sons.  Nilson Jesus Perez Cera was murdered on March 9, 2003 by AUC paramilitaries.  Very early on the morning of March 9, 2003, Nilson Jesus Perez Cera left his home in Soledad, Atlantico to go to his job.  On his way, Nilson Jesus Perez Cera was intercepted by a group of AUC paramilitaries. The paramilitaries shot Nilson Jesus Perez Cera twice in the head

588

and leg, killing him.

1276. Marelvis del Carmen Carrillo Tejada is the daughter and legal heir of Orlando Rafael Carrillo Escorcia. Orlando Rafael Carrillo Escorcia was murdered on April 6, 2003 by AUC paramilitaries.  On the morning of April 6, 2003, Orlando Rafael Carrillo Escorcia entered the fish market in Barranquillita, Barranquilla, Atlantico and was intercepted by a group of AUC paramilitaries. The paramilitaries murdered Orlando Rafael Carrillo Escorcia with a gunshot to his thorax.

1277. America Esther Jimenez Polo is the mother and legal heir of Jojan Enrique Ferreira Jimenez.  Jojan Enrique Ferreira Jimenez was murdered on December 20, 2003 by AUC paramilitaries.  In the early morning hours of December 20, 2003, Jojan Enrique Ferreira Jimenez left his job painting furniture at a carpentry shop in Barranquilla, Atlantico.  Several blocks away from his home in Soledad, Atlantico, Jojan Enrique Ferreira Jimenez was intercepted by AUC paramilitaries. The paramilitaries shot Jojan Enrique Ferreira Jimenez in the face and chest, killing him.

1278. America Esther Jimenez Polo is also the mother and legal heir of Arlington Jose Ferreira Jimenez.  Arlington Jose Ferreira Jimenez was murdered on September 18, 2004 by AUC paramilitaries.  On the morning of September 18,

2004, Arlington Jose Ferreira Jimenez was at a public market in Barranquilla, Atlantico when he was approached by an AUC paramilitary.  The paramilitary mortally wounded Arlington Jose Ferreira Jimenez with a single gunshot to his thorax.  Arlington Jose Ferreira Jimenez died just prior to arriving at a hospital where he was taken immediately after being shot.

1279. Myriam Regina Guarin Gamero is the mother and legal heir of Angel Julio Ferrer Guarin.  Angel Julio Ferrer Guarin was murdered on October 30, 1997 by AUC paramilitaries.  On the morning of October 30, 1997, Angel Julio Ferrer Guarin was waiting for a fishing colleague in the Chinita neighborhood of Barranquilla, Atlantico when he was approached by two AUC paramilitaries aboard a motorcycle.  The paramilitaries shot and killed Angel Julio Ferrer Guarin. Angel Julio Ferrer Guarin had previously received death threats from the AUC paramilitaries in Palermo, Magdalena, and as a result he had ceased to fish in that area of the Magdalena River.

1280. Sidalia Rosa Fontalvo Fontalvo is the mother and legal heir of Roberto Carlos Fontalvo Fontalvo.  Roberto Carlos Fontalvo Fontalvo was murdered on January 15, 1998 by AUC paramilitaries.  On the evening of January 15, 1998, Roberto Carlos Fontalvo Fontalvo left the farm where he worked near Santo Tomas, Atlantico to return to his home in Palmar de Varela, Atlantico.  On

the way, Roberto Carlos Fontalvo Fontalvo was intercepted by AUC paramilitaries who shot and killed him.  Shortly after Roberto Carlos Fontalvo Fontalvo's murder, Sidalia Rosa Fontalvo Fontalvo fled Palmar de Varela, Atlantico out of fear and settled for approximately one month in Malambo, Atlantico, after which time she returned to Palmar de Varela, Atlantico.

1281. Yeini Patricia Lozano Chogo is the wife and legal heir of Efrain Alberto Mercado Villamil, with whom she had two daughters.  Efrain Alberto Mercado Villamil was murdered on April 5, 1998 by AUC paramilitaries.  On the night of April 5, 1998, Efrain Alberto Mercado Villamil was working the night shift as a taxi driver when he picked up two AUC paramilitaries posing as passengers.  Upon arriving at the Costa Hermosa neighborhood of Barranquilla, Atlantico, the paramilitaries shot and killed Efrain Alberto Mercado Villamil. Several months prior to his murder, Efrain Alberto Mercado Villamil had fled his home in Palmar de Varela, Atlantico to live in Barranquilla after the AUC paramilitaries had demanded that he make extortion payments.

1282. Lira Mercedes Fabregas Cervantes is the mother and legal heir of Dairo Luis Fabregas Cervantes, a teenager.  Dairo Luis Fabregas Cervantes was murdered by AUC paramilitaries on March 25, 2001.  On the night of March 25, 2001, Dairo Luis Fabregas Cervantes was on his way home from a social gathering

in Barrio Villa Lozano, Soledad, Atlantico when he was intercepted by AUC paramilitaries who shot and killed him.

1283. Carmen Sofia Celin Gonzalez is the mother and legal heir of Edwin Rafael Martinez Celin.  Edwin Rafael Martinez Celin was murdered by AUC paramilitaries on March 25, 2001.  On the night of March 25, 2001, Edwin Rafael Martinez Celin was returning home from work when he was intercepted by AUC paramilitaries in Barrio Villa Lozano, Soledad, Atlantico.  The paramilitaries shot and killed Edwin Rafael Martinez Celin.

1284. Dianibis del Rosario Fabian Simanca is the daughter and legal heir of Luis Alberto Fabian Montero.  Yina Bautista Fabian Simanca is also the daughter and is also a legal heir of Luis Alberto Fabian Montero.  Luis Alberto Fabian Montero was kidnapped and murdered on or about September 18, 2001 by AUC paramilitaries.  On or about the night of September 18, 2001, a group of AUC paramilitaries entered Guaimaro in Salamina, Magdalena looking for a man named "Basilio" who had previously resided in the house where Luis Alberto Fabian Montero was living.  The paramilitaries found Luis Alberto Fabian Montero in that house and asked him if he was "Basilio."  When Luis Alberto Fabian Montero told the AUC paramilitaries that "Basilio" no longer lived there and that his own name was Luis Alberto Fabian Montero, the paramilitaries demanded to see his identity

592

document.  Luis Alberto Fabian Montero told the paramilitaries that he had lost his identity document.  The paramilitaries seized Luis Alberto Fabian Montero.  As the paramilitaries were taking him out of the house, Luis Alberto Fabian Montero's wife screamed; one of the paramilitaries responded by striking her in the face.  The paramilitaries took Luis Alberto Fabian Montero to the hamlet's water tank and shot him in the face and chest, killing him.

1285. Edilberto Almarales de la Cruz is the father and legal heir of Dainer Almarales Jinete.  Dainer Almarales Jinete was kidnapped on December 29, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Dainer Almarales Jinete. On the evening of December 29, 2001, Dainer Almarales Jinete was speaking with friends on a street corner near his home in Sitionuevo, Magdalena when a group of AUC paramilitaries approached on motorcycles and in a pickup truck.  The paramilitaries surrounded Dainer Almarales Jinete, seized him, and kidnapped him. The paramilitaries then shot Dainer Almarales Jinete to death. Approximately two days later, Dainer Almarales Jinete's body was found in an advanced state of discomposition.

1286. Jacob Jose Zarco Herrera is the father and legal heir of Jhon Janner Zarco Merino.  Jhon Janner Zarco Merino was murdered on March 19, 2005 by AUC paramilitaries.  On the evening of March 19, 2005, Jhon Janner Zarco

Merino was on a public bus returning from town to the farm where he worked in El Mingueo, Dibulla, Guajira when the bus was stopped by a group of AUC paramilitaries who had set up a roadblock. The paramilitaries forced several passengers, including Jhon Janner Zarco Merino, off the bus and ordered them to show their identity papers. The paramilitaries accused Jhon Janner Zarco Merino of being a guerrilla collaborator and shot him twice in the head, killing him.

1287. Aracely Judith Perez Sanchez is the sister and legal heir of Fredy Enrique Perez Sanchez. Fredy Enrique Perez Sanchez was murdered by AUC paramilitaries on October 8, 2001. On the night of October 8, 2001, as Fredy Enrique Perez Sanchez was visiting friends in a neighborhood near his own in Barranquilla, Atlantico, AUC paramilitaries came to his home asking for him. Fredy Enrique Perez Sanchez's family members told the paramilitaries that Fredy Enrique Perez Sanchez was not at home. Some hours later that same night, AUC paramilitaries found Fredy Enrique Perez Sanchez while he was visiting his friends. The paramilitaries shot and killed Fredy Enrique Perez Sanchez.

1288. Bertha Cecilia Fornaris Montero is the mother and legal heir of Jorge Eliecer Barrios Fornaris. Jorge Eliecer Barrios Fornaris was murdered on March 25, 2004 by AUC paramilitaries. On the evening of March 25, 2004, Jorge Eliecer

594

Barrios Fornaris was at the door of his home in Galapa, Atlantico when AUC paramilitaries arrived and shot and killed him.

1289. Bertha Cecilia Fornaris Montero is also the mother and legal heir of Nilcen Alfonso Barrios Fornaris. Nilcen Alfonso Barrios Fornaris was murdered on April 10, 2005 by AUC paramilitaries. On April 10, 2005, Nilcen Alfonso Barrios Fornaris was arriving at his home in Barranquilla, Atlantico when he was intercepted by AUC paramilitaries, who shot and killed him in front of his house.

1290. Araceli Beatriz Samper Sierra is the mother and legal heir of Daniel de Jesus Samper Sierra, a soldier in the Colombian Army. Daniel de Jesus Samper Sierra was beaten to death on or about October 2, 2003 by AUC paramilitaries. On the night of October 2, 2003, Daniel de Jesus Samper Sierra, who was on leave from the Colombian Army visiting his family in Fundacion, Magdalena, was intercepted by AUC paramilitaries. The paramilitaries beat Daniel de Jesus Samper Sierra to death. Daniel de Jesus Samper Sierra's body was found early the next morning, on October 3, 2003, near the Fundacion River.

1291. Nubia del Cobre Ramos Orozco is the wife and legal heir of Cesar Antonio Medina Barraza, with whom she had a son. Cesar Antonio Medina Barraza was kidnapped on September 2, 1997 by AUC paramilitaries; after kidnapping him, the paramililatries tortured and murdered Cesar Antonio Medina

Barraza.  In the afternoon on September 2, 1997, Cesar Antonio Medina Barraza was in downtown Barranquilla, Atlantico when he was intercepted by AUC paramilitaries who forced him into a vehicle and drove away, kidnapping him. Cesar Antonio Medina Barraza's mutilated and decomposing body, bearing signs of torture, was found several days later in Mamatoco, Santa Marta, Magdalena. Cesar Antonio Medina Barraza had been shot to death.  Approximately two months after the murder of Cesar Antonio Medina Barraza, Nubia del Cobre Ramos Orozco fled Barranquilla, Atlantico in fear.

1292. Zunilda Isabel Llanos de Baza is the mother and legal heir of Rolando Bassa Llanos. Rolando Bassa Llanos was murdered on or about January 16, 2002 by AUC paramilitaries.  On or about January 16, 2002, Rolando Bassa Llanos was asleep in his home in Malambo, Atlantico when a group of armed AUC paramilitaries wearing balaclavas knocked on his door. When Rolando Bassa Llanos opened his door to see who was knocking, the paramilitaries seized him and forced him into a vehicle with two other captives and drove away, kidnappig him. The paramilitaries took the three men to another area of Malambo and shot and killed them.  Approximately two days later, on or about January 18, 2002, Rolando Bassa Llanos' body was found along with that of the other two victims.  Rolando

Bassa Llanos had been shot twice and his body was in an advanced state of decomposition.

1293. Aura Evelina Salas de Gomez is the wife and legal heir of Edgardo Gomez Blanquillo, with whom she had a family.  Edgardo Gomez Blanquillo was kidnapped and murdered on April 21, 2002 by AUC paramilitaries.  At the time of his murder, Edgardo Gomez Blanquillo was a municipal councilman of Sitionuevo, Magdalena.  On the afternoon of April 21, 2002, Edgardo Gomez Blanquillo, in the company of several others, arrived at his farm in Sitionuevo, Magdalena.  Shortly thereafter, a group of AUC paramilitaries arrived on foot.  The paramilitaries told Edgardo Gomez Blanquillo that they needed to talk to him and then tied the other members of the group's hands behind their backs. The paramilitaries took Edgardo Gomez Blanquillo and the farm guard away, kidnapping them.  The paramilitaries then shot and killed Edgardo Gomez Blanquillo and the farm guard.  About a month after Edgardo Gomez Blanquillo's murder, Aura Evelina Salas de Gomez fled to her mother's home in Barranquilla out of fear, where she remained for approximately five years before returning to her original home.

1294. Maira Judith Gutierrez de Mejia is the mother and legal heir of Teobaldo Antonio Mejia Gutierrez.  Teobaldo Antonio Mejia Gutierrez was murdered on January 8, 2005 by AUC paramilitaries.  On the evening of January 8,

2005, Teobaldo Antonio Mejia Gutierrez left his home in Malambo, Atlantico, and headed on foot to his sister's house a few blocks away from his in Malambo, Atlantico.  Along the way, Teobaldo Antonio Mejia Gutierrez was intercepted by AUC paramilitaries aboard a pickup truck.  One of the paramilitaries called out to Teobaldo Antonio Mejia Gutierrez, and as Teobaldo Antonio Mejia Gutierrez approached the pickup's window, the paramilitaries shot and killed him.

1295. Maria Luisa Garcia Perez is the wife and legal heir of Luis Jesus Contreras Rojas, with whom she had a family.  Luis Jesus Contreras Rojas was kidnapped and disappeared on April 11, 2001 by AUC paramilitaries.  On April 11, 2001, Luis Jesus Contreras Rojas was driving from Barranquilla, Atlantico to Maicao, Guajira, when he was intercepted by AUC paramilitaries near the municipality of Dibulla, Guajira.  Luis Jesus Contreras Rojas managed to call Maria Luisa Garcia Perez on his cell phone to tell her that he was having a problem with the AUC paramilitaries, who were demanding that Luis Jesus Contreras Rojas pay them a large quota of the supplies he was selling as an extortion fee before they would let him pass.  Luis Jesus Contreras Rojas was never seen again.

1296. Simon Enrique Diaz Alvarez is a surviving victim who was severely injured on May 30, 2000 by AUC paramilitaries. On the night of May 30, 2000, Simon Enrique Diaz Alvarez was at his home in Buena Vista, Sitionuevo,

Magdalena, in the Cienaga Grande de Santa Marta swamp when a group of AUC paramilitaries arrived by boat.  The AUC paramilitaries forced Simon Enrique Diaz Alvarez to accompany them in their boat, but when they had advanced only a few meters, the paramilitaries opened fire on him, injuring him with gunshots to both legs, testicles, and right arm. The paramilitaries then threw Simon Enrique Diaz Alvarez into the water.  Simon Enrique Diaz Alvarez swam for several hours to his son's home.  Simon Enrique Diaz Alvarez's son took him in a boat to Tasajera and from there Simon Enrique Diaz Alvarez was transferred to a hospital in Cienaga, Magdalena.  The Cienaga hospital in turn transferred Simon Enrique Diaz Alvarez to a hospital in Barranquilla to ensure better medical attention. Simon Enrique Diaz Alvarez remained in the Barranquilla hospital for over a month recovering from his gunshot wounds.  Prior to being shot, Simon Enrique Diaz Alvarez had been a police inspector for several years.

1297. Silfida Rosa Ariza Castro is the wife and legal heir of Gustavo Rafael Yepez Conrado. Ruth Francisca Anchila Conrado is the sister and is also a legal heir of Gustavo Rafael Yepez Conrado. Gustavo Rafael Yepez Conrado, a fisherman who lived in the village of Tasajera, Puebloviejo, Magdalena, was murdered on November 22, 2000 by AUC in a large massacre.  On the morning of November 22, 2000, while Gustavo Rafael Yepez Conrado was fishing in the

Cienaga Grande swamp, a group of AUC paramilitaries entered the swamp and massacred many inhabitants and fishermen, including Gustavo Rafael Yepez Conrado. After murdering many residents of Nueva Venecia, a fishing village, the paramilitaries withdrew and, along the way, murdered fishermen they encountered in the swamp. The paramilitaries killed Gustavo Rafael Yepez Conrado with at least one gunshot to the head.

1298. Nulfa Ines Atilano Ballestas is the mother and legal heir of Rafael Antonio Perez Atilano, of Nohemith Esther Perez Atilano, and of Idalides del Carmen Perez Atilano. Rafael Antonio Perez Atilano had worked for two years for the Finca Nueva Esperanza banana plantation.  Nohemith Esther Perez Atilano had worked for three years for the Finca Don Lisca banana plantation.  Idalides del Carmen Perez Atilano had worked on the Finca Gloria Mercedes banana plantation. Rafael Antonio Perez Atilano, Nohemith Esther Perez Atilano, and Idalides del Carmen Perez Atilano were kidnapped and disappeared on or about July 31, 2002 by AUC paramilitaries. Late at night on or about July 31, 2002, Rafael Antonio Perez Atilano, Nohemith Esther Perez Atilano, and Idalides del Carmen Perez Atilano were in the village of Guachaca, Santa Marta, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries forced Rafael Antonio Perez Atilano, Nohemith Esther Perez Atilano, and Idalides del Carmen

Perez Atilano into a vehicle and drove away, kidnapping them.  Rafael Antonio

Perez Atilano, Nohemith Esther Perez Atilano, and Idalides del Carmen Perez

Atilano were never seen again.  Nulfa Ines Atilano Ballestas fled to Cienaga in

2004 out of fear, where she remained for approximately two years.

1299. Rosa Isela Puello Contreras is the wife and legal heir of Eliecer Rafael

Fontalvo Polo, with whom she had a family.  Eliecer Rafael Fontalvo Polo was

murdered on November 15, 1997 by AUC paramilitaries. On the evening of

November 15, 1997, Eliecer Rafael Fontalvo Polo was at the pool hall he ran in

Rio Frio, Magdalena, when a group of AUC paramilitaries arrived.  The

paramilitaries entered the pool hall, forced people to lie on the floor, turned the

lights off, and asked for the administrator.  When Eliecer Rafael Fontalvo Polo

identified himself, the AUC paramilitaries seized him and forced him outside. The

paramilitaries then shot Eliecer Rafael Fontalvo Polo three times, killing him.

1300. Rita Mercedes Castillo de Fernandez is the wife and legal heir of Jose

del Carmen Fernandez Medina, with whom she had four children.  Jose del

Carmen Fernandez Medina was murdered on May 13, 2000 by AUC

paramilitaries.  On May 13, 2000, Jose del Carmen Fernandez Medina arrived in

Tasajera, Puebloviejo, Magdalena on business.  While in Tasajera, Jose del

Carmen Fernandez Medina was intercepted by a group of AUC paramilitaries in a

car.  The paramilitaries tried to force Jose del Carmen Fernandez Medina into the

car; when Jose del Carmen Fernandez Medina resisted, the paramilitaries shot and

killed him.

1301.  Myriam Mariellis Acosta Babilonia is the mother and legal heir of

Franklin Alfonso Duran Acosta (also "Franky," but hereinafter "Franklin"), an

occasional banana worker.  Franklin Alfonso Duran Acosta was murdered on or

about May 16, 1997 by AUC paramilitaries.  On the evening of May 16, 1997,

Franklin Alfonso Duran Acosta left his home in Cienaga, Magdalena and was

intercepted by AUC paramilitaries. The paramilitaries shot and killed Franklin

Alfonso Duran Acosta.  Myriam Mariellis Acosta Babilonia found Franklin

Alfonso Duran Acosta's body the following morning, on May 17, 1997.

1302.  Enelda Patricia Morelli Navarro is the wife and a legal heir of Victor

Rodolfo Moreno Cuesta. Rosario Matilde Arevalo Aguirre is also the wife and is

also a legal heir of Victor Rodolfo Moreno Cuesta. Lilia Patricia Moreno Arevalo

is the daughter and is also a legal heir of Victor Rodolfo Moreno Cuesta.  Victor

Rodolfo Moreno Cuesta was an employee of the banana plantation Finca La

Nancy.  Victor Rodolfo Moreno Cuesta's body was found on June 5, 2000 after he

was murdered by AUC paramilitaries.  On June 3, 2000 a group of AUC

paramilitaries entered Finca La Nancy and kidnapped Victor Rodolfo Moreno

602

Cuesta and another employee, a foreman; the foreman was released almost immediately, but Victor Rodolfo Moreno Cuesta was found dead two days later with bullet wounds to the head.

1303. Ruth Mary Theran Camargo is the wife and legal heir of Omar de Jesus Parejo Ayala, with whom she had a family. Purificacion Ayala Donado is the mother and is also a legal heir of Omar de Jesus Parejo Ayala. Omar de Jesus Parejo Ayala, an employee of the banana plantation Finca La India, was murdered on December 10, 2004, by AUC paramilitaries. On December 10, 2004, Omar de Jesus Parejo Ayala went to Finca La India in the banana zone to collect his salary; when he was returning to his home in Cienaga, Magdalena he was intercepted by armed AUC paramilitaries aboard a motorcycle in Cienaga. The paramilitaries shot Omar de Jesus Parejo Ayala several times, killing him.

1304. Edilsa Acosta Vanegas is the wife and legal heir of Rafael de Arcos Ruiz, with whom she had five children. Rafael de Arcos Ruiz was murdered on August 27, 2000 by AUC paramilitaries. In the early morning hours on August 27, 2000, Rafael de Arcos Ruiz was on his way to the market in Cienaga. That morning, a large group of AUC paramilitaries had entered the El Polvorin neighborhood of Cienaga and had murdered several people. When the paramilitaries encountered Rafael de Arcos Ruiz on the street, they demanded to

see his identity document. Rafael de Arcos Ruiz did not have his identity document with him.  The paramilitaries then shot and killed Rafael de Arcos Ruiz.

1305.  Viviana Beatriz Villamil Vasquez is the daughter and legal heir of Felix Villamil Castro.  Felix Villamil Castro was murdered on February 5, 2001 by AUC paramilitaries.  On the afternoon of February 5, 2001, Felix Villamil Castro was making a phone call near a gas station in Cienaga, Magdalena when he was approached by several AUC paramilitaries.  The paramilitaries shot Felix Villamil Castro multiple times, killing him.

1306.  Leyla Maria Gonzalez Montenegro is the sister and legal heir of Alisandro Antonio Gonzalez Montenegro. Alisandro Antonio Gonzalez Montenegro was kidnapped and murdered on June 19, 2001 by AUC paramilitaries. At night on June 19, 2001, Alisandro Antonio Gonzalez Montenegro was at his place of work in Guamachito, Zona Bananera, Magdalena, when several AUC paramilitaries arrived. The paramilitaries forced Alisandro Antonio Gonzalez Montenegro into their vehicle and drove off with him, kidnapping him. The paramilitaries then shot Alisandro Antonio Gonzalez Montenegro twice, killing him, and left his body along the highway near the entrance to Tucurinca, Zona Bananera.

1307. Olga Patricia Lindarde Patino is the wife and legal heir of Joaquin Alberto Brochero Mendoza, with whom she had a family. Joaquin Alberto Brochero Mendoza worked at the banana plantation Finca La Esther. Joaquin Alberto Brochero Mendoza was kidnapped late at night on July 8, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Joaquin Alberto Brochero Mendoza. On the night of July 8, 1998, Joaquin Alberto Brochero Mendoza was asleep with Olga Patricia Lindarde Patino in their home in Cienaga, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries forced their way into Joaquin Alberto Brochero Mendoza's house, then seized Joaquin Alberto Brochero Mendoza and Olga Patricia Lindarde Patino and forced Olga Patricia Lindarde Patino to lie face-down on the ground outside. The paramilitaries then kidnapped Joaquin Alberto Brochero Mendoza and took him to a rural area of Cienaga, Magdalena between Cienaga and Zona Bananera, where they shot and killed him. Joaquin Alberto Brochero Mendoza's body was found in the morning on July 9, 1998.

1308. Rafael de Jesus Munive Zarate is the father and legal heir of Rafael Antonio Munive Castro. Rafael Antonio Munive Castro was murdered on or about January 24, 1998 by AUC paramilitaries. In the afternoon on or about January 24, 1998, Rafael Antonio Munive Castro was posting advertisements on the streets of

Cienaga, Magdalena when he was intercepted by a group of AUC paramilitaries. The paramilitaries shot Rafael Antonio Munive Castro twice, killing him.

1309. Emilce Rueda Zamora is the wife and legal heir of Luis Alberto Pizarro Caro, with whom she had a family. Julia Marina Caro Pacheco is the mother and is also a legal heir of Luis Alberto Pizarro Caro. Luis Alberto Pizarro Caro, an occasional banana worker, was murdered on or about December 28, 2003 by AUC paramilitaries. In the afternoon on or about December 28, 2003, Luis Alberto Pizarro Caro was travelling from the Sierra Nevada de Santa Marta mountains back to his home in Cienaga, Magdalena when the public transport vehicle he was riding in was intercepted by a group of AUC paramilitaries. The paramilitaries forced the passengers to get out of the vehicle. The paramilitaries then separated Luis Alberto Pizarro Caro from the rest, and shot and killed him.

1310. David Alberto Paez Castro is the father and legal heir of David Alberto Paez Cadavid (also "K'David," but hereinafter "Cadavid"), an occasional banana worker. David Alberto Paez Cadavid was murdered on April 22, 1999 by AUC paramilitaries. On the afternoon of April 22, 1999, David Alberto Paez Cadavid was leaving the beach after swimming in the ocean in Santa Marta, Magdalena, when he was intercepted by a group of AUC paramilitaries. The paramilitaries shot David Alberto Paez Cadavid multiple times, killing him.

606

1311. Victor Manuel Ariza Villalba is the father and legal heir of Jovanny Manuel Ariza Rodriguez, who had worked for approximately five years at Finca Casa Blanca, a banana plantation. Jovanny Manuel Ariza Rodriguez was kidnapped and murdered on May 3, 1999 by AUC paramilitaries. On May 3, 1999, Jovanny Manuel Ariza Rodriguez was in Cerro Azul, in a rural area of the banana zone of Magdalena, when he was intercepted by a group of AUC paramilitaries. The paramilitaries seized Jovanny Manuel Ariza Rodriguez, took him to a banana plantation near Sevilla, Magdalena, and shot him once, killing him.

1312. Martha Cecilia Rodriguez Rodriguez is the daughter and legal heir of Demecio Rodriguez Martinez, a woodcutter at banana plantations. Pabla Isabel Carballo Hernandez is the wife and is also a legal heir of Demecio Rodriguez Martinez, with whom she had a family. Demecio Rodriguez Martinez was kidnapped and disappeared on January 30, 2001 by AUC paramilitaries. In the early morning hours of January 30, 2001, a group of AUC paramilitaries forced their way into the home of Demecio Rodriguez Martinez in El Salon, Zona Bananera, Magdalena, forcing all of those present to lie face-down on the ground outside. The paramilitaries kidnapped Demecio Rodriguez Martinez, along with several other townspeople from El Salon. Demecio Rodriguez Martinez was never

607

seen again.

1313. Carmen Emilse Cervantes Guerrero is the wife and legal heir of Alberto Patino Ballesta, with whom she had a family.  Alberto Patino Ballesta was murdered by AUC paramilitaries on or about November 8, 1998.  On November 8, 1998, Alberto Patino Ballesta was driving his taxi and picked up several AUC paramilitaries, who later killed him, leaving him in rural Cienaga, Magdalena, where his family found his body the next day, on November 9, 1998.

1314. Amparo Maria Romo Toscano (also "Amparo del Rosario," but hereinafter "Amparo Maria") is the wife and legal heir of Tomas Marcelino Arrieta Lora.  Amparo Maria Romo Toscano is also the mother and legal heir of Tomas Arrieta Romo and of Felix Guillermo Arrieta Romo.  Tomas Arrieta Romo worked at the La Asuncion banana plantation, and Felix Guillermo Arrieta Romo was an occasional banana worker.  Tomas Marcelino Arrieta Lora, Tomas Arrieta Romo, and Felix Guillermo Arrieta Romo were kidnapped and murdered by AUC paramilitaries on or about May 4, 1997.  On or about May 4, 1997, a group of heavily-armed AUC paramilitaries arrived at the home Tomas Marcelino Arrieta Lora shared with his family and demanded that all those present show their identity documents.  The paramilitaries then tied up Tomas Marcelino Arrieta Lora, Tomas Arrieta Romo, and Felix Guillermo Arrieta Romo and kidnapped them.  The

bodies of Tomas Marcelino Arrieta Lora, Tomas Arrieta Romo, and Felix Guillermo Arrieta Romo were found by their families in the area of Volcan, Cienaga, Magdalena.  Tomas Marcelino Arrieta Lora, Tomas Arrieta Romo, and Felix Guillermo Arrieta Romo had been shot to death.

1315. Sara Elena Fontalvo Ostia is the wife and legal heir of Vilberto Jose Orozco Rada (also "Bilberto," but hereinafter "Vilberto"), with whom she had four children.  Vilberto Jose Orozco Rada was a former worker at the El Cedral banana plantation.  Vilberto Jose Orozco Rada was murdered by AUC paramilitaries on May13, 1998.  Late on the night of May 13, 1998, several AUC paramilitaries broke down the doors of Vilberto Jose Orozco Rada's home in Barrio Concepcion, Cienaga, Magdalena and forced Vilberto Jose Orozco Rada out onto the terrace of his home. The paramilitaries threatened Sara Elena Fontalvo Ostia and their children, warning them to remain inside the house.  The paramilitaries then shot Vilberto Jose Orozco Rada multiple times, killing him.

1316. Maribel Antonia Ayala Chiquillo is the sister and legal heir of Alfredo Antonio Ayala Chiquillo, an occasional banana worker.  Alfredo Antonio Ayala Chiquillo was kidnapped by AUC paramilitaries on August 8, 2002; after kidnapping him, the paramilitaries murdered Alfredo Antonio Ayala Chiquillo.  On August 8, 2002, several AUC paramilitaries broke down the doors of the house

609

Alfredo Antonio Ayala Chiquillo shared with his mother.  The paramilitaries seized Alfredo Antonio Ayala Chiquillo by the hair and forced him out of his home, kidnapping him.  Alfredo Antonio Ayala Chiquillo's family members found his body in the Finca Las Palmas plantation in El Reten, Magdalena on August 20, 2002; Alfredo Antonio Ayala Chiquillo's throat had been slit and his body mutilated.

1317.  Aquilino Rafael Merino Caceres is the father and legal heir of Ubaldir Rafael Merino Algarin. Nirris Socorro Cantillo Rivera is the wife and also a legal heir of Ubaldir Rafael Merino Algarin, with whom she had a daughter.  Ubaldir Rafael Merino Algarin, an employee of Finca La Ceiba, a banana plantation, was kidnapped and disappeared on May 18, 2001 by AUC paramilitaries.  In the early morning hours of May 18, 2001, Ubaldir Rafael Merino Algarin was at his home in the village of Gran Via, Zona Bananera, Magdalena, when a group of AUC paramilitaries stormed his house. The paramilitaries forced Ubaldir Rafael Merino Algarin out of his house and placed him with a large group of other victims whom they had kidnapped. Ubaldir Rafael Merino Algarin was never seen again.

1318.  Natividad Sobrino Montenegro is the wife and legal heir of Wilfrido Blanco Pineda, a banana worker. Wilfrido Blanco Pineda was murdered on November 12, 2001 by AUC paramilitaries.  In the early morning hours of

610

November 12, 2001, Wilfrido Blanco Pineda was sleeping at his father's home in Rio Frio, Zona Bananera when a group of AUC paramilitaries arrived. The paramilitaries forced their way inside the home and shot Wilfrido Blanco Pineda three times in the head and abdomen, killing him. The paramiliatries also murdered Wilfrido Blanco Pineda's father and a friend.

1319. Bleydis Patricia Cruz Rodriguez (also "Bleidis," but hereinafter "Bleydis") is the wife and legal heir of Arturo Manuel Vengoechea Martinez, with whom she had a son.  Arturo Manuel Vengoechea Martinez was a worker at the La Bonanza banana plantation in Zona Bananera, Magdalena.  Arturo Manuel Vengoechea Martinez was kidnapped and murdered by AUC paramilitaries on or about October 31, 2003.  Late at night on or about October 31, 2003, Arturo Manuel Vengoechea Martinez was asleep with Bleydis Patricia Cruz Rodriguez when AUC paramilitaries burst into the home, went into the couple's bedroom, pulled Arturo Manuel Vengoechea Martinez out of his bed and tied his wrists.  The paramilitaries asked to see the identity documents of the couple, then kidnapped Arturo Manuel Vengoechea Martinez.  Arturo Manuel Vengoechea Martinez's body was found the next day in Orihueca, Zona Bananera.

1320. Maria del Pilar Igirio Borrero is the daughter and legal heir of Santander Alberto Igirio Carrillo.  Santander Alberto Igirio Carrillo was shot by

AUC paramilitaries on May 8, 1997 and died of his wounds on May 9, 1997.  On May 8, 1997, Santander Alberto Igirio Carrillo was assisting his niece in her store in Cienaga, Magdalena when a group of AUC paramilitaries entered the store and shot Santander Alberto Igirio Carrillo.  The next day, on May 9, 1997, Santander Alberto Igirio Carrillo died of the wounds he had sustained from the shooting.

1321. Ana Julia Correa Mercado is the sister and legal heir of Hernando Cesar Correa Mercado.  Hernando Cesar Correa Mercado was kidnapped and disappeared by AUC paramilitaries on January 30, 2002.  On January 30, 2002, a group of AUC paramilitaries arrived at the home of Hernando Cesar Correa Mercado in El Salon, Riofrio, Zona Bananera, forced their way inside, and kidnapped him.  The paramilitaries also kidnapped several other people that same evening from El Salon.  Hernando Cesar Correa Mercado was never seen again.

1322. Flor Maria Morelli Navarro is the sister and legal heir of Jorge Luis Morelly Navarro. Jorge Luis Morelly Navarro was murdered by AUC paramilitaries on June 28, 2001. On the night of June 28, 2001, Jorge Luis Morelly Navarro was at a street corner in Cienaga, Magdalena playing dominos with friends when two AUC paramilitaries arrived on a motorcycle. One of the paramilitaries drew a gun and fired six gunshots at Jorge Luis Morelly Navarro, striking him in the head, face, and body, killing him.

1323.  Andrea del Carmen Lora Calderon is the mother and legal heir of Milton de Jesus Jaramillo Cantillo. Duvis Esther Carrillo Carillo is the sister and also the legal heir of Milton de Jesus Jaramillo Cantillo. Milton de Jesus Jaramillo Cantillo, a former employee of banana plantation Finca Josefina San Rafael, was murdered on July 7, 2001 by AUC paramilitaries. On the afternoon of July 7, 2001, Milton de Jesus Jaramillo Cantillo had returned from work and, after bathing, went to a nearby pool hall in Rio Frio. As Milton de Jesus Jaramillo Cantillo was arriving at the pool hall, two AUC paramilitaries aboard a motorcycle approached him; one dismounted from the motorcycle and shot him twice in the head, killing him.

1324.  Jorge Alberto Correa Mercado is the father and legal heir of Yair Castillo Correa, a 16-year-old student. Yair Castillo Correa was murdered on February 8, 2004 by AUC paramilitaries. On February 8, 2004, Yair Castillo Correa left his home in Rio Frio, Zona Bananera, Magdalena to play soccer. His family became worried when he did not return that evening. The following day, the family looked for him without success. But the family then received information that Yair Castillo Correa had been seen accompanying two AUC paramilitaries on a motorcycle, and that his dead body had been recovered from a site in Rio Frio known as "Quebrada de Mateo" and taken to a local funeral home. At the funeral

home, Yair Castillo Correa's family identified Yair Castillo Correa's remains.

1325. Rocio Beatriz Martinez Meza is the wife and legal heir of Jose Miguel Diaz Ramirez, with whom she had a family. Jose Miguel Diaz Ramirez, an employee of the banana plantation Finca Naranjito, was murdered late at night on September 16, 1997 or early in the morning on September 17, 1997 by AUC paramilitaries. Jose Miguel Diaz Ramirez was a member of SINTRAINAGRO, the trade union representing banana workers, including those who worked for Chiquita and its suppliers, and was a member of SINTRAINAGRO's workers' committee at Finca Naranjito. On the night of September 16, 1997, Jose Miguel Diaz Ramirez was asleep at home with Rocio Beatriz Martinez Meza and their three children when a group of armed AUC paramilitaries stormed the house and forced their way inside. The paramilitaries seized Jose Miguel Diaz Ramirez, tied his arms and legs, and led him out into the street. Approximately two blocks away from Jose Miguel Diaz Ramirez's home, the paramilitaries beat and stabbed him, then shot him once in the head, killing him.

1326. Patricia del Rosario Garizabalo Lobelo is the wife and legal heir of Orlando Rafael Aurela Duran, with whom she had four children. Brunilda Josefa Duran de Aurela is the mother and is also a legal heir of Orlando Rafael Aurela Duran.   Orlando Rafael Aurela Duran was kidnapped and murdered by AUC

paramilitaries on June 9, 2003.  At around midday on June 9, 2003, Orlando Rafael Aurela Duran was working on the El Bongo cattle ranch in Sevillano, Cienaga, Magdalena when AUC paramilitaries on motorcycles appeared and kidnapped him. A short while later that same day, a neighbor found Orlando Rafael Aurela Duran's body at the entrance of the La Union plantation in Riofrio, Zona Bananera.

1327. Yuly Jhoanna Carranza Romani is the daughter and legal heir of Jose Luis Carranza Gonzalez.  Jose Luis Carranza Gonzalez was murdered by AUC paramilitaries on April 20, 2002.  On April 20, 2002, Jose Luis Carranza Gonzalez was watching television with his brother in Barrio Esperanza, Cienaga, Magdalena when AUC paramilitaries drove up on a motorcycle, entered Jose Luis Carranza Gonzalez's house and shot him in the head, killing him.  The paramilitaries also wounded Jose Luis Carranza Gonzalez's brother.

1328. Mercedes Maria Acosta Olivero is the mother and legal heir of Dagoberto Acosta Olivero.  Dagoberto Acosta Olivero was murdered by AUC paramilitaries on October 24, 2005.  On October 24, 2005, Dagoberto Acosta Olivero was working as a street vendor in Santa Marta, Magdalena when an AUC paramilitary approached him and shot and killed him.

1329. Jose Medina Castro is the father and legal heir of William Jose Medina Toncel (also "Willian," but hereinafter "William"), an occasional banana

615

worker.  William Jose Medina Toncel was murdered by AUC paramilitaries on September 14, 2000.  On the night of September 14, 2000, several AUC paramilitaries in a car drove up to William Jose Medina Toncel's home in Cienaga, Magdalena and asked him the whereabouts of a particular person.  William Jose Medina Toncel told the paramilitaries he did not know the individual they sought; then, one of the paramilitaries shot William Jose Medina Toncel multiple times, killing him.

1330.  Nelys Johana Mejia Fernandez is the sister and legal heir of Juan Bautista Mejia Fernandez.  Juan Bautista Mejia Fernandez was kidnapped and murdered by AUC paramilitaries on or about August 8, 2000.  Late at night on or about August 8, 2000, Juan Bautista Mejia Fernandez was asleep with his family when AUC paramilitaries burst into his home in Palmira, Pueblo Viejo, Magdalena and forced Juan Bautista Mejia Fernandez and his two teenaged brothers outside and tied their wrists.  The paramilitaries then kidnapped the three brothers as well as another man from Palmira.  On the road to Cienaga, Magdalena, the paramilitaries freed Juan Bautista Mejia Fernandez's two brothers.  The paramilitaries then shot Juan Bautista Mejia Fernandez twice, killing him.  The paramilitaries also killed the other man.

1331. Nelys Johana Mejia Fernandez is also the wife and legal heir of Victor Fidel Castro Garizabal, with whom she had a son.  Victor Fidel Castro Garizabal was murdered by AUC paramilitaries on April 21, 2005.  Prior to his murder, Victor Fidel Castro Garizabal had fled Cienaga, Magdalena out of fear of the AUC paramilitaries and had settled in Soledad, Atlantico.  On April 21, 2005, Victor Fidel Castro Garizabal was standing in the doorway of his niece's home in Costa Hermosa, Soledad, Atlantico when AUC paramilitaries appeared and shot him multiple times, killing him.

1332. Liduvina Esther Alvarez de Alvarez is the mother and legal heir of Manuel Segundo Alvarez Alvarez. Manuel Segundo Alvarez Alvarez was murdered on or about November 22, 2000 by AUC paramilitaries. On or about November 22, 2000, Manuel Segundo Alvarez Alvarez was fishing in the Cienaga Grande de Santa Marta swamp when a group of AUC paramilitaries came upon him and opened fire on him,killing him.

1333. Jaime Perez Padilla is the father and legal heir of Naimer Eduardo Perez Acosta and of Elvis Alfonso Perez Acosta, occasional banana workers. Mildred Maria Perez Acosta is the sister and is also a legal heir of Naimer Eduardo Perez Acosta and of Elvis Alfonso Perez Acosta.  Ruth Adriana is also the sister and is also a legal heir of Naimer Eduardo Perez Acosta and of Elvis Alfonso Perez

Acosta.  Naimer Eduardo Perez Acosta and Elvis Alfonso Perez Acosta were murdered by AUC paramilitaries on December 13, 2001.  On the morning of December 13, 2001, Naimer Eduardo Perez Acosta and Elvis Alfonso Perez Acosta were working on their family's farm in a rural area of Cienaga, Magdalena when a group of armed AUC paramilitaries came onto the farm. The paramilitaries shot and killed Naimer Eduardo Perez Acosta and Elvis Alfonso Perez Acosta. The paramilitaries also tortured and verbally abused a third brother who was present on the farm that day.

1334. Lida Maria Pacheco Borrero is the mother and legal heir of Misael Antonio Gonzalez Pacheco, a worker on the banana plantation Villa Tolly (also "Villa Toby," but hereinafter "Villa Tolly").  Misael Antonio Gonzalez Pacheco was murdered by AUC paramilitaries on or about March 30, 1996.  In the evening on or about March 30, 1996, a group of AUC paramilitaries came to the home shared by Lida Maria Pacheco Borrero and Misael Antonio Gonzalez Pacheco in Orihueca on the Villa Tolly plantation. The paramilitaries shot Misael Antonio Gonzalez Pacheco multiple times, killing him.  The paramilitaries also killed two others who were present, including Carlos Jesus Perez Hernandez (see below). The paramilitaries threatened Misael Antonio Gonzalez Pacheco's family and told

618

them they had to leave immediately.  Misael Antonio Gonzalez Pacheco's family fled to Cienaga, Magdalena in fear.

1335. Arlenis Hernandez Santodomingo is the mother and legal heir of Carlos Jesus Perez Hernandez, who was employed at the banana plantation Finca Villa Tolly (also "Villa Toby," but hereinafter "Villa Tolly"). Carlos Jesus Perez Hernandez was murdered on or about March 30, 1996 by paramilitaries. At night on or about March 30, 1996, Carlos Jesus Perez Hernandez was at Finca Villa Tolly in Orihueca, Magdalena when a group of AUC paramilitaries at the plantation shot Carlos Jesus Perez Hernandez to death, and also killed at least two others, including Misael Antonio Gonzalez Pacheco(see above), before forcing families who lived on the plantation to flee.

1336. Arlenis Hernandez Santodomingo is also the wife and legal heir of Jesus Maria Perez Revollo, with whom she had five children. Jesus Maria Perez Revollo, an occasional banana worker, was murdered on November 30, 1999 by AUC paramilitaries. On the afternoon of November 30, 1999, when he had finished his work for the day at a banana plantation in Soplador, Magdalena, Jesus Maria Perez Revollo took a back road towards Rio Frio, Magdalena, where he lived. Along the way, Jesus Maria Perez Revollo was intercepted by AUC paramilitaries. The paramilitaries shot and killed Jesus Maria Perez Revollo.

619

1337.  Arlenis Hernandez Santodomingo is also the mother and legal heir of Edgar Manuel Hernandez Santodomingo. Edgar Manuel Hernandez Santodomingo, an occasional banana worker, was murdered on February 7, 2001 by AUC paramilitaries. Shortly after midnight on February 7, 2001, a group of AUC paramilitaries arrived at the home in Cienaga, Magdalena where Edgar Manuel Hernandez Santodomingo lived with Arlenis Hernandez Santodomingo. The paramilitaries asked for two people who were not at that address, then demanded that the occupants open the door. When the door was opened, the paramilitaries forced their way inside, inspected each room of the home, and then forced Edgar Manuel Hernandez Santodomingo outside. The paramilitaries led Edgar Manuel Hernandez Santodomingo a short distance away from the house and then shot him three times in the neck and head, killing him.

1338.  Ivet del Socorro Fandino Cadena (also "Iveth" and "Ibeth," but hereinafter "Ivet") is the wife and legal heir of Ramon Francisco Racedo Sierra. Yuranis Elena Racedo Fandino is the daughter and is also a legal heir of Ramon Francisco Racedo Sierra. Ramon Francisco Racedo Sierra was murdered on April 27, 1998 by AUC paramilitaries. On the night of April 26, 1998, Ramon Francisco Racedo Sierra left his home in Cienaga, Magdalena to go to the market to help unload trucks, as was his custom. In the very early morning hours on April 27,

620

1998, the chief of the local AUC paramilitary unit arrived at the market, appearing drunk. The paramilitary chief shot Ramon Francisco Racedo Sierra. After Ramon Francisco Racedo Sierra fell to the ground, the paramilitary chief dragged him to another site nearby, and fired additional bullets into him, killing him.

1339. Evelia Melendrez de Agudelo is the mother and legal heir of Jaime Alberto Agudelo Melendrez. Jaime Alberto Agudelo Melendrez was murdered on September 20, 1997 by AUC paramilitaries. On the night of September 20, 1997, Jaime Alberto Agudelo Melendrez was at a public dance in the village of Tasajera, Puebloviejo, Magdalena when a truck and a car filled with AUC paramilitaries arrived. The paramilitaries ordered all of those present to lie on the ground. When Jaime Alberto Agudelo Melendrez refused to comply, the paramilitaries beat him and then shot him twice in the head, killing him.

1340. Rosario Garcia de Nunez is the mother and legal heir of Jose Alfredo Nunez Garcia, who bought and sold bananas rejected for export on the local market. Jose Alfredo Nunez Garcia was murdered by AUC paramilitaries on June 1, 1998. On the evening of June 1, 1998, AUC paramilitaries arrived at Jose Alfredo Nunez Garcia's home in Barrio Las Margaritas, Cienaga, Magdalena and attempted to kidnap him. When Jose Alfredo Nunez Garcia refused to be forced out of his home, the paramilitaries shot him multiple times, killing him.

1341. Judith del Carmen Diaz Bolano is the wife and legal heir of Miguel Santiago Carbal Conrado, with whom she had two children. Elizabeth Gissell Carbal Diaz, an adult who was born in 1994, is the daughter and is also a legal heir of Miguel Santiago Carbal Conrado. Miguel Santiago Carbal Conrado, an employee of the banana plantation Finca Los Mangos, was murdered on October 30, 1998 by AUC paramilitaries. On or about October 12, 1998, Miguel Santiago Carbal Conrado received an anonymous note at his home warning him that he had two days to resign from his job at Finca Los Mangos. Miguel Santiago Carbal Conrado ignored the warning and did not resign. On October 30, 1998, a group of AUC paramilitaries arrived at the administrative office of Finca Los Mangos just as Miguel Santiago Carbal Conrado was also arriving at the office. The paramilitaries asked for Miguel Santiago Carbal Conrado by name. When he identified himself as Miguel Santiago Carbal Conrado, the paramilitaries seized him, took him behind the office building, and shot him twice in the head, killing him.

1342. Rosa Elena Camacho Anchilla is the wife and legal heir of Reinaldo Antonio Moscarella Torrijo, with whom she had four children. Reinaldo Antonio Moscarella Torrijo was murdered on August 22, 2005 by AUC paramilitaries. On August 22, 2005, Reinaldo Antonio Moscarella Torrijo was in Santa Marta,

622

Magdalena selling fruit, when he was intercepted by AUC paramilitaries. The paramilitaries shot Reinaldo Antonio Moscarella Torrijo multiple times in the head and body, killing him.

1343. Belqui Cecilia Cardenas Valencia is the wife and legal heir of Nemecio Rodriguez Rodriguez, with whom she had a son.Nemecio Rodriguez Rodriguez, who had worked at the El Toledo and Juliana banana plantations, was murdered by AUC paramilitaries on July 5, 1997. On the night of July 5, 1997, Nemecio Rodriguez Rodriguez was intercepted by paramilitaries in Cienaga, Magdalena. The paramilitaries shot Nemecio Rodriguez Rodriguez in the head and body, killing him.

1344. Miryam Rosa Florez Tovar is the wife and legal heir of Jorge Eliecer Gonzalez Avila, an occasional banana worker, with whom she had a family. Jorge Eliecer Gonzalez Avila was murdered by AUC paramilitaries on or about January 23, 2001. Late at night on or about January 23, 2001, a large group of armed AUC paramilitaries wearing balaclavas arrived in several vehicles, knocked on the doors and burst into the home of Jorge Eliecer Gonzalez Avila in Barrio 18 de Enero, Cienaga, Magdalena. The paramilitaries seized Jorge Eliecer Gonzalez Avila, tied his wrists, beat him, and forced him out of the house. A short distance from the house, the paramilitaries shot Jorge Eliecer Gonzalez Avila twice in the head,

killing him.  The paramilitaries also killed a neighbor of Jorge Eliecer Gonzalez Avila.

1345. Mabel Carrasquilla Nunez is the wife and legal heir of Alfonso Enrique Diazgranados Landinez (also "Diaz Granados" and "Landines," respectively, but hereinafter "Diazgranados" and "Landinez").  Alfonso Enrique Diazgranados Landinez was murdered by AUC paramilitaries on March 16, 2007. On March 16, 2007, Alfonso Enrique Diazgranados Landinez was having breakfast at the El Ruby plantation in Orihueca, Zona Bananera, along with other plantation workers when AUC paramilitaries arrived in civilian dress.  The paramilitaries seized Alfonso Enrique Diazgranados Landinez and spoke with him briefly, then shot him twice in the face, killing him.

1346. Luz Marina Charris de Rios is the wife and legal heir of Fredys Alberto Rios Garcia, with whom she had a family. Fredys Alberto Rios Charris is the son and is also a legal heir of Fredys Alberto Rios Garcia. Fredys Alberto Rios Garcia, a banana worker, was murdered by AUC paramilitaries on January 5, 1997. In the early morning hours of January 5, 1997, a group of AUC paramilitaries knocked on the door of Fredys Alberto Rios Garcia's home in Reposo, Zona Bananera demanding that Fredys Alberto Rios Garcia open the front door.  Fredys Alberto Rios Garcia woke up and opened the door, whereupon the paramilitaries

shot and killed him.  After the murder of Fredys Alberto Rios Garcia, Luz Marina

Charris de Rios fled to Cienaga, Magdalena out of fear.

1347.  Alba Marina Robles Hernandez is the wife and legal heir of Franklin

Alberto Pena Cuao, with whom she had a family.  Franklin Alberto Pena Cuao was

murdered by AUC paramilitaries on September 11, 2002.  On September 11, 2002,

Franklin Alberto Pena Cuao left with his brother-in-law to go fishing in the mouth

of the Cordoba River in a rural part of Cienaga, Magdalena. There, Franklin

Alberto Pena Cuao and his brother-in-law were intercepted by AUC paramilitaries.

The paramilitaries shot and killed Franklin Alberto Pena Cuao.

1348.  Isila Lopez Porras is the mother and legal heir of David Ortega Lopez,

a foreman at the banana plantation Finca Casa Grande in Rio Frio, Magdalena.

David Ortega Lopez was murdered on March 20, 1997 by AUC paramilitaries. On

the morning of March 20, 1997, David Ortega Lopez was at Finca Casa Grande,

assigning tasks to other plantation employees, when three AUC paramilitaries

arrived. The paramilitaries called for David Ortega Lopez by name, and took him

aside. After a short discussion, the paramilitaries shot David Ortega Lopeztwice in

the head, killing him.

1349.  Ana del Carmen Sarmiento Granados is the wife and legal heir of

Jairo Alfonso Charris Jimenez, with whom she had a daughter. Jaime Alfonso

Charris Jimenez is the brother and is also a legal heir of Jairo Alfonso Charris Jimenez. Jairo Alfonso Charris Jimenez, an employee of the banana plantation Finca Virginia, was murdered on August 5, 1999 by AUC paramilitaries. Jairo Alfonso Charris Jimenez was an active member of SINTRAINAGRO, the trade union that represented banana workers, including those working for Chiquita. In the very early morning hours on August 5, 1999, Jairo Alfonso Charris Jimenez was asleep at the home that he shared with Ana del Carmen Sarmiento Granados in Carital, in the banana zone of Magdalena, when a group of AUC paramilitaries knocked on the door. Jairo Alfonso Charris Jimenez got up from bed and opened the door. Four paramilitaries entered and asked Jairo Alfonso Charris Jimenez where he had weapons hidden. Jairo Alfonso Charris Jimenez answered that he had no weapons. The paramilitaries then forced Jairo Alfonso Charris Jimenez out of the house and to a point a short distance away, where they shot him twice in the head and body, killing him.

1350. Omaira Camacho is the wife and legal heir of Jose del Carmen Becerra Estupinan, with whom she had a family.  Jose del Carmen Becerra Estupinan was murdered by AUC paramilitaries on June 1, 1997.  On June 1, 1997, Jose del Carmen Becerra Estupinan and a companion went to run errands in the Si Nos Dejan neighborhood of Cienaga, Magdalena when they were intercepted by a

group of AUC paramilitaries.  The paramilitaries shot and killed Jose del Carmen Becerra Estupinan.  The paramilitaries also shot Jose del Carmen Becerra Estupinan's companion, wounding him.

1351. Julia Marina Garizado Armor is the mother and legal heir of Jaider Arturo Bustamante Garizado, and the wife and legal heir of Nicolas Bustamante Amburgen. Joohnys Arturo Bustamante Montiel is the brother and is also a legal heir of Jaider Arturo Bustamante Garizado.  Joohnys Arturo Bustamante Montiel is also the son and is also a legal heir of Nicolas Bustamante Amburgen. Nicolas Bustamante Amburgen, an employee of Finca La Ceiba, and Jaider Arturo Bustamante Garizado were murdered on June 15, 2002 by AUC paramilitaries. On the morning of June 15, 2002, Nicolas Bustamante Amburgen left his home to go to his job at Finca La Ceiba. A short distance from his home, Nicolas Bustamante Amburgen was intercepted by two AUC paramilitaries who stopped him and began to insult him. From their home Nicolas Bustamante Amburgen's family could hear the paramilitaries' shouts.  The paramilitaries then brought Nicolas Bustamante Amburgen back to the family's house, pulled Jaider Arturo Bustamante Garizado out of the house, and then shot and killed them both.

1352. Jose Angel Torres Pena is the father and legal heir of Jose Angel Torres de la Rosa, who bought and sold bananas which had been rejected for

export and was an occasional banana worker.  Jose Angel Torres de la Rosa was murdered by AUC paramilitaries on April 1, 2001.  On April 1, 2001, Jose Angel Torres de la Rosa was chatting with friends in Plazoleta Martires de las Bananeras in Cienaga, Magdalena when he was accosted by an AUC paramilitary who shot him three times, killing him.

1353. Ilaria Isabel Suarez de Martinez is the mother and legal heir of Yair de Jesus Martinez Suarez, an occasional employee of the banana plantation Finca La Ceiba. Yair de Jesus Martinez Suarez was murdered on January 23, 2001 by AUC paramilitaries. Shortly before midnight on January 23, 2001, Yair de Jesus Martinez Suarez was asleep at the home he shared with the Ilaria Isabel Suarez de Martinez in Cienaga, Magdalena when a group of AUC paramilitaries stormed the home. The paramilitaries seized Ilaria Isabel Suarez de Martinez and Yair de Jesus Martinez Suarez and removed them from the home and forced them to lie face down outside. The paramilitaries then tied Yair de Jesus Martinez Suarez's hands and took him a short distance away from the home. The paramilitaries then shot Yair de Jesus Martinez Suarez and another person to death.

1354. Doris Esther Merino Barranco is the wife and legal heir of Sigilfredo Escorcia Hernandez, with whom she had four children.  Sigilfredo Escorcia Hernandez had formerly worked at the La Reserva banana plantation.  Sigilfredo

Escorcia Hernandez was murdered on December 4, 2000 by AUC paramilitaries. On the moring of December 4, 2000, Sigilfredo Escorcia Hernandez was sitting in the doorway of his house in Cienaga, Magdalena speaking with a friend when they were approached by several AUC paramilitaries on motorcycles. The paramilitaries shot Sigilfredo Escorcia Hernandez three times in the head and body, killing him.

1355. Maria Dominga Cantillo Arzuza is the mother and legal heir of Carlos Alberto Cantillo Vargas, an occasional banana worker. Carlos Alberto Cantillo Vargas was murdered on July 20, 2002 by AUC paramilitaries. In the early evening of July 20, 2002, Carlos Alberto Cantillo Vargas was at a friend's house in the Si Nos Dejan neighborhood of Cienaga, Magdalena playing dominoes when several AUC paramilitaries drove up to the house on motorcycles. One of the paramilitaries approached Carlos Alberto Cantillo Vargas and shot him once in the face, killing him.

1356. Maria Esther Ferreira Diaz is the mother and legal heir of Wilmer Bolano Ferreira, an occasional employee of the banana plantation Finca La Belleza. Wilmer Bolano Ferreira was murdered on February 10, 2002 by AUC paramilitaries. Wilmer Bolano Ferreira was a professional soldier who worked at Finca La Belleza when he was on vacation from the army. Approximately one

month before his murder, Wilmer Bolano Ferreira had an argument with the administrator of Finca La Belleza. At the time of the argument, the administrator threatened Wilmer Bolano Ferreira and vowed to kill him. After the argument with the administrator, Wilmer Bolano Ferreira returned to the army, but immediately prior to his death, he went on vacation and was staying with his brother in Valledupar, Cesar. On February 10, 2002, Wilmer Bolano Ferreira was seized by AUC paramilitaries in Valledupar, Cesar. The paramilitaries bound Wilmer Bolano Ferreira's hands and feet, tortured him, and shot him once in the head, killing him.

1357. Zunilda Graciela Villanueva Charris is the mother and legal heir of Luis Carlos Marino Villanueva.  Luis Carlos Marino Villanueva was murdered by AUC paramilitaries on February 4, 2003.  On the evening of February 4, 2003, Luis Carlos Marino Villanueva was at his home in Barrio La Victoria in Cienaga, Magdalena when AUC paramilitaries stormed the house and shot Luis Carlos Marino Villanueva four times, killing him.

1358. Eduardo Antonio Bayena Sanjuan is the father and legal heir of Jaime Antonio Bayena Zambrano, an agricultural worker. Jaime Antonio Bayena Zambrano was kidnapped and disappeared on July 19, 1999 by AUC paramilitaries. On July 19, 1999, Jaime Antonio Bayena Zambrano left his home in Aracataca, Magdalena, to look for work in the banana zone. Along the way, Jaime

Antonio Bayena Zambrano was intercepted by AUC paramilitaries, who kidnapped him.  Jaime Antonio Bayena Zambrano was never seen again.

1359. Ana Rebeca Avila Ortega is the mother and legal heir of Rafael Eduardo Jinez Avila, an employee of the banana plantation Finca Casa Grande. Rafael Eduardo Jinez Avila was murdered on or about September 17, 2005 by AUC paramilitaries. On September 16, 2005, Rafael Eduardo Jinez Avila left his home in Cienaga, Magdalena to visit friends in Santa Marta, Magdalena with whom he then travelled to Tigrera, on the outskirts of Santa Marta. On September 17, 2005 Rafael Eduardo Jinez Avila was intercepted by AUC paramilitaries. The paramilitaries shot Rafael Eduardo Jinez Avila multiple times in the head and body, killing him.  Rafael Eduardo Jinez Avila's body was found on September 18, 2005.

1360. Rosiris Elena Ahumada Arias is the wife and legal heir of Edelmiro Contreras Montano, with whom she had a family.  Ubaldino Contreras Castellanos is the father and is also a legal heir of Edelmiro Contreras Montano.  Edelmiro Contreras Montano was kidnapped and murdered by AUC paramilitaries on April 5, 2003.  On the evening of April 5, 2003, Edelmiro Contreras Montano was in a pool hall in Reposo, Zona Bananera, Magdalena when AUC paramilitaries rode up on a motorcycle and kidnapped him.  After kidnapping him, the paramilitaries shot

and killed Edelmiro Contreras Montano.  Several days later, the AUC

paramilitaries came to Ubaldino Contreras Castellanos' house and threatened to

kill him if he lodged any formal complaints with the authorities regarding the

murder of Edelmiro Contreras Montano.

1361. Magalyis Esther Arrieta Reyes is the wife and legal heir of Ovidio

Segundo Retamozo Almanza. Ana Elvira Almanza de Retamozo is the mother and

is also a legal heir of Ovidio Segundo Retamozo Almanza.  Ovidio Segundo

Retamozo Almanza, an occasional banana worker, was murdered by AUC

paramilitaries on February 4, 2001.  On the morning of February 4, 2001, Ovidio

Segundo Retamozo Almanza was running errands with a friend when they were

intercepted in Santa Rosalia, Zona Bananera by AUC paramilitaries in a car.  The

paramilitaries shot Ovidio Segundo Retamozo Almanza and his companion in the

head at pointblank range, killing them both.

1362. Ana Elvira Almanza de Retamozo is also the mother and legal heir of

Alvaro Jose Retamozo Almanza. Nidia Cecilia Dominguez Coronado is the wife

and is also a legal heir of Alvaro Jose Retamozo Almanza, with whom she had a

daughter. Ovidio Rafael Retamozo Barros is the son and is also a lehgal heir of

Alvaro Jose Retamozo Almanza. Duvis Teresa Retamozo Barros is the daughter

and is also a legal heir of Alvaro Jose Retamozo Almanza. Alvaro Jose Retamozo

Almanza, a banana farmer, was murdered on August 9, 1999 by AUC paramilitaries. On the night of August 8, 1999, a group of AUC paramilitaries arrived at the home Alvaro Jose Retamozo Almanza shared with Nidia Cecilia Dominguez Coronado and their daughter in Palomar, in Orihueca, Zona Bananera, Magdalena. The paramilitaries forced their way inside the home and forced Alvaro Jose Retamozo Almanza to lie face-down on the floor while they stole money, appliances and other valuables from the family. In the early morning hours of August 9, 1999, the paramilitaries forced Alvaro Jose Retamozo Almanza out of the house and led him away to a nearby soccer field. There, the paramilitaries shot Alvaro Jose Retamozo Almanza to death.Ana Mercedes Marin Legarda is the sister and legal heir of Darwin Trigo Legarda, and the daughter and legal heir of Ana Maria Legarda Ballena. Darwin Trigo Legarda and Ana Maria Legarda Ballena, his mother, lived with Ana Mercedes Marin Legarda on a farm which was the property of Ana Maria Legarda Ballena's family, in rural Cienaga, Magdalena, in the Sierra Nevada de Santa Marta mountains.  Darwin Trigo Legarda and Ana Maria Legarda Ballena were kidnapped, tortured, and murdered on or about October 13, 1998 by AUC paramilitaries. On the afternoon of October 12, 1998, a group of AUC paramilitaries stormed the family's farm. The paramilitaries overpowered the adults present, and after tying them up, forced the children into a

room. The paramilitaries spent the night there, consuming the family's food. In the early morning hours of October 13, 1998, the paramilitaries left, taking Darwin Trigo Legarda, Ana Maria Legarda Ballena, and three other adults as captives, their hands bound. The paramilitaries assured the children that nothing would happen to the captives. On or about the following day, the five captives, including Darwin Trigo Legarda and Ana Maria Legarda Ballena, were found dead, with stab and gunshot wounds.

1363. Manuel de los Santos Mancilla Ferrer is the father and legal heir of Argenis Manuel Mancilla Fornaris and Hector Fabio Mancilla Fornaris, two brothers. Argenis Manuel Mancilla Fornaris was an employee of the banana plantation Finca La Isabel. Argenis Manuel Mancilla Fornaris and Hector Fabio Mancilla Fornaris were murdered on June 2, 2001 by AUC paramilitaries. Around midday on June 2, 2001, Argenis Manuel Mancilla Fornaris and Hector Fabio Mancilla Fornaris were at their home in Cienaga, Magdalena watching TV when two AUC paramilitaries arrived on a motorcycle, kicked in the door to the home, and shot Argenis Manuel Mancilla Fornaris at least once in the head, killing him. Hector Fabio Mancilla Fornaris tried to flee but was intercepted by one of the paramilitaries, who shot him twice in the head and face, killing him.

1364. Pabla Esther Ariza Carbono is the wife and legal heir of Plutarco Montano Lobelo, with whom she had three children.  Plutarco Montano Lobelo was murdered on or about October 24, 2000 by AUC paramilitaries.  On October 24, 2000, Plutarco Montano Lobelo left Tasajera, Puebloviejo, Magdalena to run an errand in Cienaga, Magdalena.  Along the way, Plutarco Montano Lobelo was intercepted by AUC paramilitaries. The paramilitaries shot Plutarco Montano Lobelo twice in the head, killing him. Plutarco Montano Lobelo's body was found on October 25, 2000 on the outskirts of Cienaga.

1365. Cesar Agusto Parejo Granados is the father and legal heir of Alexi Astrid Parejo Valencia. Marina Cecilia Valencia de Parejo is the mother and is also a legal heir of Alexi Astrid Parejo Valencia.  Mercedes Cecilia Parejo Valencia is the sister and is also a legal heir of Alexi Astrid Parejo Valencia. Alexi Astrid Parejo Valencia was murdered on January 23, 2002 by AUC paramilitaries. On January 23, 2002, Alexi Astrid Parejo Valencia left the home she shared with her family in Cienaga, Magdalena, after which she was intercepted by AUC paramilitaries The paramilitaries shot Alexi Astrid Parejo Valencia three times in the face and head, killing her, and left her body on the outskirts of Cienaga.

1366. Gladys Maria Bayena Suarez is the wife and legal heir of Jose Herney Barrero, with whom she had two daughters. Luis Carlos Barrero is the brother and

is also a legal heir of Jose Herney Barrero. Ana Vicencia Barrero Bayena is the daughter and is also a legal heir of Jose Herney Barrero. Jose Herney Barrero, a coffee farmer who lived in the Sierra Nevada de Santa Marta mountains, was kidnapped and disappeared on April 21, 2004 by AUC paramilitaries. On or about April 20, 2004, when Jose H. Barrero was burning off weeds from his coffee farm, the fire escaped his control and wound up spreading beyond his property. The AUC paramilitary group that controlled the area told him that he would have to pay compensation. Jose H. Barrero argued that the damage was an accident. On April 21, 2004, a group of AUC paramilitaries kidnapped Jose Herney Barrero from his coffee farm, and took him to their base. Jose H. Barrero was never seen again.

1367. Carmen Sofia Alvarez Algarin is the wife and legal heir of Domingo Mendoza Masa, an occasional banana worker, with whom she had a family. Domingo Mendoza Masa was kidnapped by AUC paramilitaries on May 13, 2003; after kidnapping him, the paramilitaries murdered Domingo Mendoza Masa.  On the morning of May 13, 2003, AUC paramilitaries arrived at Domingo Mendoza Masa's home in a rural area of Zona Bananera, Magdalena.  The paramilitaries asked the family if they had any guns, then kidnapped Domingo Mendoza Masa. The paramilitaries tortured Domingo Mendoza Masa, then murdered him by

slittling his throat before leaving his body on the road between Tucurinca and Aracataca, Magdalena.

1368. Javier Arturo Valencia de la Vega is the son and legal heir of Hernando Valencia Duque.  Genaro Arturo Valencia de la Vega is also the son and is also a legal heir of Hernando Valencia Duque.  Hernando Valencia Duque, a locally elected official, was kidnapped on May 16, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Hernando Valencia Duque.  On the night of May 16, 1997, Hernando Valencia Duque was at home in Macondo, Sevilla, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries kidnapped Hernando Valencia Duque, who lived approximately one block from a police post and a military post.  The paramilitaries shot Hernando Valencia Duque multiple times, killing him.  The paramilitaries left Hernando Valencia Duque's body on the highway at the point known as the 'Vuelta del Cura.' Hernando Valencia Duque's body was found on May 17, 1997 bearing signs of torture.  After Hernando Valencia Duque was buried, Genaro Arturo Valencia de la Vega fled La Gran Via, Zona Bananera out of fear and settled in Cienaga, Magdalena where he lived until 2006 when he returned to La Gran Via.

1369. Javier Arturo Valencia de la Vega is also the brother and legal heir of Jesus Alfonso Valencia de la Vega.  Genaro Arturo Valencia de la Vega is also the

brother and is also a legal heir of Jesus Alfonso Valencia de la Vega. Aurora Carrascal Balaguera is the wife and is also a legal heir of Jesus Alfonso Valencia de la Vega. Jesus Alfonso Valencia de la Vega was murdered by AUC paramilitaries on June 22, 2002. On June 22, 2002, Jesus Alfonso Valencia de la Vega left La Gran Via, Zona Bananera to run a work-related errand. On his way to Orihueca, Zona Bananera, Jesus Alfonso Valencia de la Vega was intercepted less than two blocks from a police post by a group of AUC paramilitaries who shot him six times in the head, thorax, and extremities, killing him.

1370. Aurora Carrascal Balaguera is also the sister and legal heir of William Carrascal Balaguera. William Carrascal Balaguera was murdered by AUC paramilitaries on May 31, 2002. On the afternoon of May 31, 2002, William Carrascal Balaguera was standing in front of his small business in La Gran Via, Zona Bananera, Magdalena when two armed AUC paramilitaries appeared and ordered drinks. Almost immediately, the paramilitaries shot William Carrascal Balaguera four times in the face, killing him.

1371. Wilson Tellez Perez is the father and legal heir of Oscar Emilio Tellez Linan, an occasional banana worker. Oscar Emilio Tellez Linan was murdered by AUC paramilitaries on November 21, 2004. On the morning of November 21, 2004, Oscar Emilio Tellez Linan was working on a plot of land in a rural part of

638

Zona Bananera, Magdalena when a group of AUC paramilitaries arrived at the plot and shot him once in the thorax, killing him.

1372. Farides del Carmen Mendez Mendoza is the wife and legal heir of Jose Alcides Franco Bernal, with whom she had a family. Rodrigo de Jesus Franco Tabon is the son and is also a legal heir of Jose Alcides Franco Bernal, a worker at the banana plantation Finca Pepilla.  Jose Alcides Franco Bernal was kidnapped and murdered by AUC paramilitaries on October 30, 1997.  On the evening of October 30, 1997, AUC paramilitaries arrived at Finca Pepilla in Reposo, Zona Bananera, and asked for Jose Alcides Franco Bernal by name. When Jose Alcides Franco Bernal identified himself, the paramilitaries seized him, forced him into their vehicle, and drove away, kidnapping him.  The paramilitaries shot Jose Alcides Franco Bernal multiple times in the head, neck, and body, killing him, and left his body near the plantation. About one week before the murder, AUC paramilitaries entered Jose Alcides Franco Bernal's home in Reposo and threatened his family, including Farides del Carmen Mendez Mendoza.

1373. Maria Inmaculada Caballero Camargo is the wife and legal heir of Luis Alberto Chamorro Fontalvo, with whom she had two children.  Bertilda Fontalvo Lopez is the mother and is also a legal heir of Luis Alberto Chamorro Fontalvo.  Luis Alberto Chamorro Fontalvo was murdered by AUC paramilitaries

639

on May 22, 2003.  At around midday on May 22, 2003, Luis Alberto Chamorro

Fontalvo was on the Las Cruzadas farm in Santa Rosa de Lima, Fundacion,

Magdalena when a group of AUC paramilitaries stormed onto the farm.  The

paramilitaries separated the male workers from the female workers, then seized

Luis Alberto Chamorro Fontalvo and shot and killed him in front of the other male

wokers.

1374. Venis Esther Duran Pardo is the wife and legal heir of Jose Doroteo

Mangas Canas, a former banana worker, with whom she had a family.  Luis

Francisco Mangas Canas is the brother and is also a legal heir of Jose Doroteo

Mangas Canas.  Jose Doroteo Mangas Canas was murdered by AUC paramilitaries

on January 16, 2001.  Late on the night of January 16, 2001, a group of AUC

paramilitaries forced their way into Jose Doroteo Mangas Canas' home in La

Maya, Sevillano, Cienaga, Magdalena and shot him multiple times, killing him

inside the house.  One of the paramilitaries attempted to physically abuse Jose

Doroteo Mangas Canas' daughter, but the paramilitary in charge did not permit it.

1375. Francisca Pabon de Garcia is the mother and legal heir of Afranio

Enrique Garcia Pabon (also "Franio Antonio," but hereinafter "Afranio Enrique").

Afranio Enrique Garcia Pabon was murdered by AUC paramilitaries on July 20,

2003.  In the very early morning hours of July 20, 2003, Afranio Enrique Garcia

Pabon and some family members were at a community dance in Sevillano, Cienaga, Magdalena when a group of AUC paramilitaries arrived and began to beat people at the dance.  The paramilitaries beat Afranio Enrique Garcia Pabon's sister. When Afranio Enrique Garcia Pabon attempted to protect his sister, the paramilitaries shot him multiple times, killing him.

1376. Armando Jose Buendia is the father and legal heir of Armando Jose Buendia Ruiz. Aracelly Maria Caro Pizarro is the wife and legal heir of Armando Jose Buendia Ruiz, with whom she had a family.  Armando Jose Buendia Ruiz, who worked for approximately eight years on the Paulina Margarita banana plantation in Olleta, Rio Frio, Zona Bananera, Magdalena, was murdered by AUC paramilitaries on October 5, 2004.  On the morning of October 5, 2004, as Armando Jose Buendia Ruiz was going to eat breakfast at his house on the Finca Paulina Margarita farm where he lived and worked, he was intercepted by AUC paramilitaries who shot him in the head, killing him.  Approximately one month after Armando Jose Buendia Ruiz was murdered, Armando Jose Buendia fled with his family to Cienaga, Magdalena out of fear and lived there for approximately eight months before returning to Olleta.

1377. Catalino Hernandez Marquez is the father and legal heir of Fernando Antonio Hernandez Castro, a banana worker.  Evilma Rosa Castro Fragozo is the

mother and is also a legal heir of Fernando Antonio Hernandez Castro.  Fernando Antonio Hernandez Castro was kidnapped and murdered by AUC paramilitaries on October 6, 2000.  On the evening of October 6, 2000, Fernando Antonio Hernandez Castro and his family were watching television in their home in Finca San Martin, in Olleta, Rio Frio, Zona Bananera, Magdalena when a group of AUC paramilitaries burst into their home and demanded identification documents from everyone.  The paramilitaries forced Fernando Antonio Hernandez Castro to accompany them to a meeting.  Less than a block away, the paramilitaries shot Fernando Antonio Hernandez Castro four times in the head, killing him.  Two days after the murder of Fernando Antonio Hernandez Castro, Evilma Rosa Castro Fragozo fled from Rio Frio, Zona Bananera to Candelaria, Orihueca, where she has lived ever since.

1378. Eva Maria Carrillo Pabon is the sister and legal heir of Pedro Manuel Carrillo Pabon, a banana worker.  Pedro Manuel Carrillo Pabon was murdered by AUC paramilitaries on January 16, 2001.  Late on the night of January 16, 2001, AUC paramilitaries burst into Pedro Manuel Carrillo Pabon's home in Sevillano, Cienaga, Magdalena.  The paramilitaries forced Pedro Manuel Carrillo Pabon outside and shot him twice, killing him.

1379. Luzmila Maria Garcia Pabon is the wife and legal heir of Edgar

Antonio Gutierrez Polo, with whom she had two children.  Aide Mercedes

Gutierrez Polo is the sister and is also a legal heir of Edgar Antonio Gutierrez Polo.

Edgar Antonio Gutierrez Polo was tortured and kidnapped by AUC paramilitaries

on March 20, 1998; after kidnapping him, the paramilitaries murdered Edgar

Antonio Gutierrez Polo.  On the night of March 20, 1998, a group of AUC

paramilitaries arrived in a pickup truck and broke down the street door of Edgar

Antonio Gutierrez Polo's home in Sevillano, Cienaga, Magdalena.  The

paramilitaries turned out the lights, seized Edgar Antonio Gutierrez Polo, tied his

wrists, and beat and tortured him in front of Luzmila Maria Garcia Pabon and their

children until he lost consciousness. The paramilitaries took Edgar Antonio

Gutierrez Polo's unconscious body and threw him into the back of the pickup

truck, where they had other captives.  Shortly after the paramilitaries drove off

with Edgar Antonio Gutierrez Polo in the direction of Cienaga, Magdalena, Edgar

Antonio Gutierrez Polo's family heard gunshots.  The next day, on March 21,

1998, two cadavers were found on the road to Cienaga, including that of Edgar

Antonio Gutierrez Polo.  Edgar Antonio Gutierrez Polo had been shot to death.

1380. Norberto Julio Garizabalo de la Victoria is a surviving victim.

Norberto Julio Garizabalo de la Victoria was a security guard for the mayor of

Sitionuevo, Magdalena.  Norberto Julio Garizabalo de la Victoria was shot and

wounded by AUC paramilitaries on July 14, 2003.  On July 14, 2003, as Norberto Julio Garizabalo de la Victoria was on his way to work, he was intercepted by armed AUC paramilitaries who shot at him several times, wounding him.  The paramilitaries then threatened Norberto Julio Garizabalo de la Victoria that if he did not leave Sitionuevo they would kill him.  Norberto Julio Garizabalo de la Victoria fled Sitionuevo in fear and settled in another municipality of Magdalena.

1381. Nidia Rosa Candanoza is the sister and legal heir of Julio Alfonso Candanoza Bovea. Luis Carlos Candanoza Bovea is the brother and is also a legal heir of Julio Alfonso Candanoza Bovea. Lenor Maria Bovea Guerrero is the mother and is also a legal heir of Julio Alfonso Candanoza Bovea. Jaime de los Milagros Candanoza del Valle is the son and is also a legal heir of Julio Alfonso Candanoza Bovea. Milagro del Pilar Candanoza del Valle is the daughter and is also a legal heir of Julio Alfonso Candanoza Bovea. Julio de Jesus Candanoza del Valle is also the son and is also a legal heir of Julio Alfonso Candanoza Bovea. Denis Isabel Candanoza Bovea is the sister and is also a legal heir of Julio Alfonso Candanoza Bovea. Julio Alfonso Candanoza Bovea had worked at the banana plantation Finca Casa Grande, before he fled to Barranquilla, Atlantico, after receiving death threats from the AUC paramilitaries. Julio Alfonso Candanoza Bovea was kidnapped, tortured, and murdered on July 24, 2000 by AUC

644

paramilitaries. On the afternoon of July 24, 2000, a group of AUC paramilitaries arrived at the office in Barranquilla where Julio Alfonso Candanoza Bovea had recently found work. The paramilitaries forced Julio Alfonso Candanoza Bovea to accompany them, kidnapping him. After kidnapping him, the paramilitaries tortured and murdered Julio Alfonso Candanoza Bovea, leaving his body on the road that connects Barranquilla, Atlantico and Cienaga, Magdalena.

1382. Nidia Rosa Candanoza is also the sister and legal heir of Jaime Candanoza Bovea. Luis Carlos Candanoza Bovea is also the brother and is also a legal heir of Jaime Candanoza Bovea. Leonor Maria Bovea Guerrero is also the mother and is also a legal heir of Jaime Candanoza Bovea. Denis Isabel Candanoza Bovea is also the sister and is also a legal heir of Jaime Candanoza Bovea. Liliana Paola Ramirez Hernandez is the wife and is also a legal heir of Jaime Candanoza Bovea, with whom she had two children, and the mother of J.A.C.R., who was born in 2000, and of G.P.C.R, who was born in 1998. J.A.C.R. is the son and is also a legal heir of Jaime Candanoza Bovea. G.P.C.R. is the daughter and is also a legal heir of Jaime Candanoza Bovea. Jaime Candanoza Bovea had worked at the banana plantation Finca Lola, before he fled to Barranquilla, Atlantico, after receiving death threats from the paramilitaries. Jaime Candanoza Bovea was kidnapped and disappeared in November 2002 by AUC paramilitaries. On an

afternoon in November 2002, a group of AUC paramilitaries kidnapped Jaime Candanoza Bovea from the home where he lived in Barranquilla. Jaime Candanoza Bovea was never seen again.

1383. Nidia Rosa Candanoza is also the sister and legal heir of Pedro Luis Candanoza Bovea. Luis Carlos Candanoza Bovea is also the brother and is also a legal heir of Pedro Luis Candanoza Bovea. Leonor Maria Bovea Guerrero is also the mother and is also a legal heir of Pedro Luis Candanoza Bovea. Denis Isabel Candanoza Bovea is also the siste and is also a legal heir of Pedro Luis Candanoza Bovea. Elizabeth Cecilia Torres Ruiz is the wife and is also a legal heir of Pedro Luis Candanoza Bovea, with whom she had a family. Luis Yefrith Candanoza Toscano is the son and is also a legal heir of Pedro Luis Candanoza Bovea. Pedro Luis Candanoza Bovea had worked for approximately eight years at the banana plantation Finca Lola, before he fled to Barranquilla, Atlantico, after receiving death threats from the AUC paramilitaries, but had recently returned to his home in Rio Frio, Magdalena. Pedro Luis Candanoza Bovea was murdered on July 19, 2003 by AUC paramilitaries. On the night of July 19, 2003, Pedro Luis Candanoza Bovea was at a pool hall run by his son in Rio Frio, when a group of AUC paramilitaries arrived on motorcycles. The paramilitaries forced the patrons to line up against the wall and show their identity documents. When the paramilitaries

646

saw who Pedro Luis Candanoza Bovea was, they forced him outside and into a

neighboring house, where they shot Pedro Luis Candanoza Bovea twice in the

head, killing him.

1384. Nicolas Urueta Lopez is the brother and legal heir of Nelson Enrique

Olivero Lopez.  Nelson Enrique Olivero Lopez was kidnapped by AUC

paramilitaries on or about May 8, 1998; after kidnapping him, the paramilitaries

murdered Nelson Enrique Olivero Lopez.  Late at night on or about May 8, 1998,

Nelson Enrique Olivero Lopez was in his home in Rio Frio, Magdalena when a

group of AUC paramilitaries arrived and knocked on the door.  Nelson Enrique

Olivero Lopez's aunt answered the door while Nelson Enrique Olivero Lopez hid

himself.  The paramilitaries found Nelson Enrique Olivero Lopez, tied his wrists,

and kidnapped him.  Nelson Enrique Olivero Lopez's body was found several

hours later at the Vuelta del Cura sector between Rio Sevilla and Guamachito in

the banana zone, at that time part of Cienaga, Magdalena.

1385. Griselda Hurtado Boneth is the mother and legal heir of Disney Dive

Garcia Hurtado.  Disney Dive Garcia Hurtado was murdered by AUC

paramilitaries on or about January 20, 2001.  Late at night on or about January 20,

2001, Disney Dive Garcia Hurtado was chatting with some friends during a

municipal festival when AUC paramilitaries who were present began firing their

weapons.  Disney Dive Garcia Hurtado was hit by a stray bullet fired by the paramilitaries, and was killed as a result.

1386. Candelaria Maria Mancilla Lopez is the wife and legal heir of Miguel Angel Samper Torregroza (also "Torregrosa," but hereinafter "Torregroza"), with whom she had a family.  Miguel Angel Samper Torregroza was the president of the Communal Action group in his neighborhood in Cienaga, Magdalena at the time of his murder.  Miguel Angel Samper Torregroza was murdered by AUC paramilitaries on May 6, 2000.  On May 6, 2000, Miguel Angel Samper Torregroza was on his motorcycle in Cienaga, Magdalena when he was intercepted by AUC paramilitaries on a motorcycle.  The paramilitaries shot Miguel Angel Samper Torregroza multiple times, killing him.

1387. Luis Antonio Cabrera Tete is the father and legal heir of Luis Antonio Cabrera Manjarres and of Dadier Cabrera Manjarres (also "Didier," but hereinafter "Dadier").  Luis Antonio Cabrera Manjarres and Dadier Cabrera Manjarres were murdered by AUC paramilitaries on June 30, 2001.  On the morning of June 30, 2001, Luis Antonio Cabrera Manjarres and Dadier Cabrera Manjarres were talking with a friend in the Si Nos Dejan neighborhood of Cienaga, Magdalena when AUC paramilitaries on motorcycles intercepted them and shot and killed them both, along with a friend with whom they had been speaking.  Luis Antonio Cabrera

648

Manjarres and Dadier Cabrera Manjarres were both shot multiple times in the head.

1388. Ludis Bravo Charris is the mother and legal heir of Efrain Elias Rodriguez Bravo. Efrain Elias Rodriguez Bravo was kidnapped, tortured, and murdered on July 1, 2001 by AUC paramilitaries. On the night of July 1, 2001, Efrain Elias Rodriguez Bravo was at his home in Varela, Zona Bananera, Magdalena with his family when two AUC paramilitaries forced their way into his home. The paramilitaries beat Efrain Elias Rodriguez Bravo and his wife. After confiscating Efrain Elias Rodriguez Bravo's identity document, the took him away on their motorcycle, kidnapping him. Early the following morning, a neighbor informed Efrain Elias Rodriguez Bravo's wife that Efrain Elias Rodriguez Bravo's dead body had been found in Orihueca, Zona Bananera, near the railroad tracks, bearing signs of torture. The paramilitaries had shot Efrain Elias Rodriguez Bravo several times.

1389. Rosa Antonia Lopez Guerra is the grandmother and legal heir of Fernando Antonio Fernandez Fontalvo, an occasional banana worker. Olga Lucia Fernandez Fontalvo is the sister and is also a legal heir of Fernando Antonio Fernandez Fontalvo. Fernando Antonio Fernandez Fontalvo was murdered by AUC paramilitaries on or about June 11, 2003. At night on or about June 11,

2003, Fernando Antonio Fernandez Fontalvo and an acquaintance left to meet people in Cienaga, Magdalena to make arrangements to do agricultural work. Fernando Antonio Fernandez Fontalvo and the other man were intercepted by AUC paramilitaries.  The paramilitaries shot Fernando Antonio Fernandez Fontalvo twice in the face and head, killing him.  The paramilitaries also shot and killed Fernando Antonio Fernandez Fontalvo's companion, and left their bodies on a soccer field in Cienaga.

1390. Dominga Dolores Carrillo Echorbot is the daughter and legal heir of Epifania Isabel Echorbot Coronado, who worked as a midwife in the banana zone of Magdalena. Epifania Isabel Echorbot Coronado was murdered on August 28, 2004 by AUC paramilitaries. On August 28, 2004, Epifania Isabel Echorbot Coronado was at her home in Orihueca, Zona Bananera, Magdalena when two AUC paramilitaries approached her home on motorcycle. Hearing the motorcycle, Epifania Isabel Echorbot Coronado stepped out of her home. At that moment, one of the paramilitaries drew his weapon and shot Epifania Isabel Echorbot Coronado six times, killing her.

1391. Dominga Dolores Carrillo Echorbot is also the sister and legal heir of Jairo Alfonso Chorbot Coronado, a member of SINTRAINAGRO, the trade union representing banana workers in Magdalena, including Chiquita workers, and an

employee of Finca Puerto Rico, a banana plantation. Jairo Alfonso Chorbot Coronado was murdered on February 10, 1998 by AUC paramilitaries. On February 10, 1998, Jairo Alfonso Chorbot Coronado was resting at his home in Santa Marta, Magdalena when an AUC paramilitary forced his way inside, pushed Jairo Alfonso Chorbot Coronado's sister out of the way, and immediately fired four shots at Jairo Alfonso Chorbot Coronado, killing him instantly.

1392. Dominga Dolores Carrillo Echorbot is also the sister and legal heir of Miguel Maria Carrillo Echorbot. Flor Catalina Franco Gutierrez is the wife and is also a legal heir of Miguel Maria Carrillo Echorbot. Miguel Maria Carrillo Echorbot was a member of SINTRAINAGRO, the trade union representing banana workers in Magdalena, including Chiquita workers, and an employee of Finca Puerto Rico, a banana plantation. Miguel Maria Carrillo Echorbot was murdered on April 11, 2002 by AUC paramilitaries. A day before he was murdered, Miguel Maria Carrillo Echorbot was detained and questioned by a group of AUC paramilitaries as he was leaving work in the afternoon. The following morning, Miguel Maria Carrillo Echorbot arrived at Finca Puerto Rico to find that a group of AUC paramilitaries, some of them dressed in camouflaged military uniforms, had called an obligatory meeting of the banana workers. Working from a list, the paramilitaries separated three of the workers, including Miguel Maria Carrillo

651

Echorbot, from the rest, and accused them of being guerrilla collaborators. The paramilitaries then shot Miguel Maria Carrillo Echorbot and the other two workers to death in front of the other workers.

1393. Neyla Rosa Montalvo Castillo is the mother and legal heir of Luis Eduardo Marin Montalvo, an employee of Finca Puerto Rico, a banana plantation. Marina del Carmen Marin Montalvo is the sister and is also a legal heir of Luis Eduardo Marin Montalvo. Luis Eduardo Marin Montalvo was murdered on April 11, 2002 by AUC paramilitaries. Early on the morning of April 11, 2002, when Luis Eduardo Marin Montalvo arrived at Finca Puerto Rico to start work for the day, a group of AUC paramilitaries had called a forced meeting among the banana workers. The paramilitaries ordered Luis Eduardo Marin Montalvo to show his identity document and to leave his bicycle where it was. Working from a list, the paramilitaries separated three of the workers, including Luis Eduardo Marin Montalvo. There, in front of the other workers, the paramilitaries shot and killed the three men, including Luis Eduardo Marin Montalvo.

1394. Ines Maria Gil Aguirre is the wife and legal heir of Roque Jesus Medina Jimenez. Josefa Maria Jimenez Vizcaino is the mother and is also a legal heir of Roque Jesus Medina Jimenez. Roque Jesus Medina Jimenez, an employee of Finca Puerto Rico, a banana plantation, was murdered on April 11, 2002 by

AUC paramilitaries. On April 11, 2002, Roque Jesus Medina Jimenez was at work at Finca Puerto Rico when a group of AUC paramilitaries arrived on motorcycles and ordered all the plantation's workers to gather for a meeting. Working off a list of names, the paramilitaries selected three workers, including Roque Jesus Medina Jimenez. The paramilitaries then shot and killed the three victims, including Roque Jesus Medina Jimenez.

1395. Heidy Berdugo Lechuga is the wife and legal heir of Oscar Eduardo Charris Julio, an employee at the Finca Puerto Rico banana plantation. Oscar Eduardo Charris Julio was murdered on September 13, 2003 by AUC paramilitaries. On September 13, 2003, Oscar Eduardo Charris Julio left his home in the town of Orihueca, in Zona Bananera, Magdalena, and was on his way to work at Finca Puerto Rico when he was intercepted by two AUC paramilitaries who demanded to see his identity document. When Oscar Eduardo Charris Julio showed his identity document, one of the paramilitaries commented that he was not one of the two people they were looking for, and that they should let him go. But the other paramilitary said that, at any rate, Oscar Eduardo Charris Julio was the brother of the two people they were looking for. The two paramilitaries then shot Oscar Eduardo Charris Julio multiple times, killing him.

1396. Evelia Rosa Munoz Alvarez is the sister and legal heir of Ildefonso

653

Alvarez Mercado, a worker on the Finca Las Delicias banana plantation.  Ildefonso Alvarez Mercado was kidnapped by AUC paramilitaries on May 15, 2003; after kidnapping him, the paramilitaries murdered Ildefonso Alvarez Mercado.  On the evening of May 15, 2003, several AUC paramilitaries came to Ildefonso Alvarez Mercado's home in Sevilla, Zona Bananera, Magdalena and kidnapped him.  Prior to departing, the paramilitaries threatened Ildefonso Alvarez Mercado's wife and warned her not to tell anyone that the paramilitaries had been there and kidnapped Ildefonso Alvarez Mercado.  Two days later, Ildefonso Alvarez Mercado's family and the family of another neighbor who had been kidnapped searched for and found both men's bodies in Tucurinca, Zona Bananera.  Both men had been tortured and their throats cut.

1397. Jose Antonio Lara Guette is the brother and legal heir of Angel Custodio Lara Guette.  Angel Custodio Lara Guette was murdered by AUC paramilitaries on June 13, 1999.  Angel Custodio Lara Guette had provided assistance to banana workers.  On the evening of June 13, 1999, Angel Custodio Lara Guette was chatting with friends in a public place in Sevilla, Magdalena when a group of AUC paramilitaries arrived and called Angel Custodio Lara Guette by name.  When Angel Custodio Lara Guette identified himself, the paramilitaries shot and killed him.

1398.  Ana Dionisia Mendoza de Ramirez is the mother and legal heir of Manuel Gregorio Meza Mendoza.  Diana Pina Mendoza is the sister and is also a legal heir of Manuel Gregorio Meza Mendoza.  Manuel Gregorio Meza Mendoza, a banana worker, was murdered on February 22, 2005 by AUC paramilitaries.  On the morning of February 22, 2005, Manuel Gregorio Meza Mendoza left his home in Aracataca, Magdalena to go to Santa Marta, Magdalena.  Shortly after leaving his home, Manuel Gregorio Meza Mendoza was intercepted by AUC paramilitaries in Barrio Raices, Aracataca.  The paramilitaries shot Manuel Gregorio Meza Mendoza multiple times in the head and body, killing him.

1399.  Belisario Jimenez Sanabria is the brother and legal heir of Pedro Manuel Jimenez Sanabria, an occasional banana worker.  Pedro Manuel Jimenez Sanabria was kidnapped and disappeared on September 18, 1997 by AUC paramilitaries. In the evening on September 18, 1997, a large group of AUC paramilitaries entered Sevilla, Zona Bananera, Magdalena and working off of a list, kidnapped several people, including Pedro Manuel Jimenez Sanabria and Paula Perez 200.  Pedro Manuel Jimenez Sanabria was never seen again.

1400.  Elvia Rosa Sanchez Silva is the wife and legal heir of Hernando Guzman, with whom she had three daughters.  Hernando Guzman was kidnapped and disappeared by AUC paramilitaries on or about August 2, 2001; after

kidnapping him, the paramilitaries murdered Hernando Guzman.  In the early afternoon on or about August 2, 2001, Hernando Guzman was at work on a coffee plantation near Palmor in rural Cienaga, Magdalena when a group of AUC paramilitaries arrived at the plantation. The paramilitaries kidnapped Hernando Guzman, who remained disappeared for nearly seven years.  Hernando Guzman's body was found by his family and then exhumed on May 27, 2008 and the remains turned over to his family on August 13, 2009 after DNA testing confirmed his identity.

1401. Delfina Isabel Fandino Egea is the wife and legal heir of Armando Segundo Perez Lopez, with whom she had a family. Micaela Esther Lopez Camacho is the mother and is also a legal heir of Armando Segundo Perez Lopez. Rocio del Pilar Perez Fandino is the daughter and is also a legal heir of Armando Segundo Perez Lopez. Gustavo Perez Fandino is the son and is also a legal heir of Armando Segundo Perez Lopez.  Armando Segundo Perez Lopez was kidnapped and disappeared on January 10, 2000 by AUC paramilitaries.  Early on the morning of January 10, 2000, Armando Segundo Perez Lopez left his home in Cienaga to go to his farm on the outskirts of Cienaga, Magdalena. Along the way, Armando Segundo Perez Lopez was intercepted by AUC paramilitaries. The paramilitaries kidnapped Armando Segundo Perez Lopez, who was never seen

656

again.

1402. Ana Joaquina Pabon Escorcia is the mother and legal heir of Nelson Polo Pabon.  Nelson Polo Pabon was kidnapped and murdered by AUC paramilitaries on January 10, 1999.  On the night of January 10, 1999, AUC paramilitaries on motorcycles came to Nelson Polo Pabon's home in Barrio La Esmeralda in Fundacion, Magdalena and kidnapped him. The paramilitaries then shot and killed Nelson Polo Pabon and left his body in Barrio El Porvenir in Fundacion, where it was found several hours later.

1403. Luis Antonio Lozano Mercado is the father and legal heir of Yesid Alveiro Lozano Vizcaino, an adolescent.  Yesid Alveiro Lozano Vizcaino was murdered by AUC paramilitaries on January 15, 2002.  Yesid Alveiro Lozano Vizcaino was in Santa Marta, Magdalena on January 15, 2002 filing some personal paperwork when he was intercepted by AUC paramilitaries. The paramilitaries shot Yesid Alveiro Lozano Vizcaino multiple times, killing him.

1404. Graciela Arminda Marquez Nino is the sister and legal heir of Jorge Luis Marquez Nino.  Jorge Luis Marquez Nino was kidnapped and murdered by AUC paramilitaries on February 17, 1998.  Early in the morning on February 17, 1998, Jorge Luis Marquez Nino was in Palomar, a rural area of Zona Bananera, Magdalena visiting his sister when a group of AUC paramilitaries forced their way

into Jorge Luis Marquez Nino's  house. The paramilitaries kidnapped Jorge Luis Marquez Nino, along with two other men. The paramilitaries took Jorge Luis Marquez Nino and the other two men to the center of the village and shot and killed Jorge Luis Marquez Nino and one of the men.  The paramilitaries released the third man later.

1405. Yamiles del Socorro Pacheco Borrero is the wife and legal heir of Cipriano Alberto Vargas Mendez, with whom she had a family.  Juana Esther Mendez Espejo is the mother and is also a legal heir of Cipriano Alberto Vargas Mendez.  Cipriano Alberto Vargas Mendez was murdered by AUC paramilitaries on September 21, 2000.  Late at night on September 21, 2000, Cipriano Alberto Vargas Mendez was asleep at his father's house in Cienaga, Magdalena when a group of AUC paramilitaries arrived and forced their way inside.  The paramilitaries forced Cipriano Alberto Vargas Mendez, his father, and two of his brothers to the floor and then shot and killed all four men.

1406. Ilma Rosa Rincones de Polo is the mother and legal heir of Jazmin Esther Polo Rincones. Ilma Rosa Rincones de Polo is the grandmother and legal guardian of T.P.P., who was born in 1999. T.P.P. is the daughter and is also a legal heir of Jazmin Esther Polo Rincones. Jazmin Esther Polo Rincones was kidnapped and murdered by AUC paramilitaries on June 21, 2004.  On the morning of June

21, 2004, Jazmin Esther Polo Rincones left Cienaga, Magdalena to go to San Jose de Kennedy in Sevilla, Zona Bananera, Magdalena to run errands.  Shortly after reaching San Jose de Kennedy, she was intercepted by AUC paramilitaries. The paramilitaries murdered Jazmin Esther Polo Rincones and buried her body in a clandestine grave. Jazmin Esther Polo Rincones' remains were exhumed on September 14, 2009.

1407. Marta Judith Rincones de Jimenez is the wife and legal heir of Nestor Rafael Chavez Argote, with whom she had a son.  Nestor Rafael Chavez Argote was murdered by AUC paramilitaries on October 22, 2005.  On October 22, 2005, Nestor Rafael Chavez Argote left the home of Marta Judith Rincones de Jimenez in Cerro Azul, in rural Cienaga.  A short distance away, Nestor Rafael Chavez Argote was intercepted by AUC paramilitaries. The paramilitaries murdered Nestor Rafael Chavez Argote and left his body on the outskirts of Cerro Azul. Approximately three days later, Nestor Rafael Chavez Argote's decomposing body was found; his head had been smashed and his throat had been slit.

1408. Marina Esther Martinez Ahumada is the mother and legal heir of Gerarminio Antonio Gomez Martinez. Rosalba Gomez Martinez is the sister and is also a legal heir of Gerarminio Antonio Gomez Martinez. Gerarminio Antonio Gomez Martinez, a banana worker, was kidnapped by AUC paramilitaries on July

659

8, 2004; after kidnapping him, the AUC paramilitaries murdered Gerarminio Antonio Gomez Martinez.  On the afternoon of July 8, 2004, Gerarminio Antonio Gomez Martinez was visiting a neighbor in El Salon in Rio Frio, Zona Bananera, Magdalena when AUC paramilitaries rode up on a motorcycle and kidnapped him. The paramilitaries then shot Gerarminio Antonio Gomez Martinez multiple times in the head and face, killing him, and left his body on the outskirts of El Salon, where it was found on July 9, 2004.

1409. Rosamelia Garzon Chinchilla is the mother and legal heir of Jesus de los Angeles Coronado Garzon.  Jesus de los Angeles Coronado Garzon was kidnapped and disappeared by the AUC paramilitaries on January 27, 1999.  On January 27, 1999, Jesus de los Angeles Coronado Garzon left his home in Cienaga, Magdalena along with his cousin Jorge Eliecer Garzon (see below) and several other men, , including Ever Elias Berrio Reinosa (see below) for a job on a plantation in Guajira. The job had been offered to them by a man later identified as an AUC paramilitary. After leaving his home, Jesus de los Angeles Coronado Garzon was kidnapped by AUC paramilitaries.  Jesus de los Angeles Coronado Garzon, his cousin Jorge Eliecer Garzon, and Ever Elias Berrio Reinosa were never seen again.

1410. Dilia Esther Garzon is the mother and legal heir of Jorge Eliecer

660

Garzon, an occasional banana worker.  Jorge Eliecer Garzon was kidnapped and disappeared by the AUC paramilitaries on January 27, 1999.  On January 27, 1999, Jorge Eliecer Garzon left his home in Cienaga, Magdalena along with his cousin Jesus de los Angeles Coronado Garzon (see above) and several other men, including Ever Elias Berrio Reinosa (see below)**,** for a job on a plantation in Guajira. The job had been offered to them by a man later identified as an AUC paramilitary.  After leaving his home, Jorge Eliecer Garzon was kidnapped by AUC paramilitaries.  Jorge Eliecer Garzon, his cousin Jesus de los Angeles Coronado Garzon, and Ever Elias Berrio Reinosa were never seen again.

1411. Yoladis Maria Melendez Cantillo is the wife and legal heir of Ever Elias Berrio Reinosa.  Ever Elias Berrio Reinosa was kidnapped and disappeared by AUC paramilitaries on January 27, 1999.  On January 27, 1999, Ever Elias Berrio Reinosa left his home in Cienaga, Magdalena along with several other men, including Jorge Eliecer Garzon (see above) and Jesus de los Angeles Coronado Garzon (see above),for a job on a plantation in Guajira. The job had been offered to them by a man later identified as an AUC paramilitary. After leaving his home, Ever Elias Berrio Reinosa was kidnapped by AUC paramilitaries. Ever Elias Berrio Reinosa, Jorge Eliecer Garzon, and Jesus de los Angeles Coronado Garzon were never seen again.

661

1412. Jose Fernando Viloria Villanueva is the father and legal heir of Jose Angel Viloria Gutierrez.  Jose Angel Viloria Gutierrez was kidnapped and murdered by AUC paramilitaries on or about January 14, 2001.  On or about January 14, 2001, Jose Angel Viloria Gutierrez was at his home in San Jose de Kennedy in Sevilla, Zona Bananera, Magdalena when several AUC paramilitaries arrived and kidnapped him.  Jose Angel Viloria Gutierrez's body was found with multiple bullet wounds on the outskirts of San Jose de Kennedy.

1413. Elsida Lopez Miranda is the wife and legal heir of Edelberto Rafael Aguilar Ortega, with whom she had a son.  John Jairo de Jesus Aguilar Lopez is the son and also is a legal heir of Edelberto Rafael Aguilar Ortega.  Edelberto Rafael Aguilar Ortega was kidnapped and murdered by AUC paramilitaries sometime between July 14, 2000 and July 15, 2000.  Edelberto Rafael Aguilar Ortega was a Municipal Council member of Zona Bananera, Magdalena who at the time of his death was supporting a strike of banana workers in Zona Bananera.  Between the late night hours of July 14, 2000 and the early morning hours of July 15, 2000, Edelberto Rafael Aguilar Ortega was asleep in his home in Guacamayal, Zona Bananera, Magdalena when a group of armed AUC paramilitaries forced their way inside the home.  Edelberto Rafael Aguilar Ortega tried to escape but the paramilitaries captured him in the patio.  One paramilitary cut Edelberto Rafael

Aguilar Ortega's face with a pocket-knife, then tied Edelberto Rafael Aguilar Ortega's wrists. The paramilitaries then kidnapped Edelberto Rafael Aguilar Ortega along with other men from the neighborhood, including Arneir Rocha Cortes (see below) and Oscar Luis Villamil Cervantes (see below).The paramilitaries took Edelberto Rafael Aguilar Ortega and the other men to the town square and shot and killed them in front of many townspeople whom the paramilitaries had ordered to come to the plaza. The paramilitaries killed a total of five people in Guacamayal that night.

1414. Maria del Pilar Cortes Julio is the mother and legal heir of Arneir Rocha Cortes, an occasional banana worker.  Arneir Rocha Cortes was murdered sometime between July 14, 2000 and July 15, 2000 by AUC paramilitaries. Between the late night hours of July 14, 2000 and the early monring hours of July 15, 2000, Arneir Rocha Cortes and his family were asleep in their home in Guacamayal, Zona Bananera, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries made all the occupants of the house lie face-down on the ground.  The paramilitaries took Arneir Rocha Cortes a short distance away from the house and shot and killed him.  The paramilitaries killed a total of five people in Guacamayal that night, including Edelberto Rafael Aguilar Ortega (see above) and Oscar Luis Villamil Cervantes (see below)

663

1415. Dulcina Maria Cervantes Acuna is the mother and legal heir of Oscar Luis Villamil Cervantes, a banana worker.  Oscar Luis Villamil Cervantes was murdered sometime between July 14, 2000 and July 15, 2000 by AUC paramilitaries.  Between the late night hours of July 14, 2000 and the early monring hours of July 15, 2000, Oscar Luis Villamil Cervantes was in his home in Barrio Nuevo, Guacamayal, Zona Bananera, Magdalena with his family when a group of AUC paramilitaries arrived and forced their way inside the home.  Oscar Luis Villamil Cervantes and his siblings hid underneath a bed.  The paramilitaries searched the house, found Oscar Luis Villamil Cervantes, and pulled Oscar Luis Villamil Cervantes and Oscar Luis Villamil Cervantes' father out of the house, telling them both to lie face down on the ground.  The paramilitaries then shot Oscar Luis Villamil Cervantes multiple times, killing him.  The paramilitaries killed a total of five people in Guacamayal that night, including Edelberto Rafael Aguilar Ortega (see above) and Arneir Rocha Cortes (see above)

1416. Alfonso Esteban Fornaris Pacheco is the brother and legal heir of Agustin Fornaris Pacheco. Georgina Fornaris Pacheco is the sister and is also a legal heir of Agustin Fornaris Pacheco. Cindy Paola Fornaris Palmera is the daughter and legal heir of Luz Marina Palmera Arias and of Agustin Fornaris Pacheco. Milena Patricia Fornaris Palmera is also the daughter and is also a legal

heir of Luz Marina Palmera Arias and of Agustin Fornaris Pacheco. Cindy Paola Fornaris Palmera is the sister and a legal heir of Agustin Fornaris Palmera. Milena Patricia Fornaris Palmera is also the sister and is also a legal heir of Agustin Fornaris Palmera. Agustin Fornaris Pacheco, Luz Marina Palmera Arias, and Agustin Fornaris Palmera were kidnapped and disappeared by AUC paramilitaries on January 17, 2000. On January 16, 2000, a group of AUC paramilitaries came to Agustin Fornaris Pacheco's home in La Avianca, El Reten, Magdalena looking for him, but he managed to escape. On the morning of January 17, 2000, AUC paramilitaries went to the farm where Agustin Fornaris Pacheco worked and kidnapped Agustin Fornaris Pacheco, his wife Luz Marina Palmera Arias, and 13-year-old son Agustin Fornaris Palmera. Agustin Fornaris Pacheco, Luz Marina Palmera Arias, and Agustin Fornaris Palmera were never seen again.

1417. Jorge Enrique Ahumada Carmona is the son and legal heir of Florentino Ahumada Torrenegro, an occasional banana worker. Florentino Ahumada Torrenegro was murdered by AUC paramilitaries on May 16, 2003. On the morning of May 16, 2003, Florentino Ahumada Torrenegro was leaving the plantation where he had been working, located on the road between Varela and La Gran Via in Zona Bananera, Magdalena, when he was intercepted by AUC

paramilitaries in a vehicle.  The paramilitaries shot and killed Florentino Ahumada Torrenegro.

1418. Rubiela Montejo Caballero is the wife and legal heir of Pedro Pablo Reales Villegas, with whom she had a family.  Pedro Pablo Reales Villegas was kidnapped by AUC paramilitaries on August 12, 2002; after kidnapping him, the paramilitaries murdered Pedro Pablo Reales Villegas.  On the evening of August 12, 2002, Pedro Pablo Reales Villegas was playing billiards with friends near Puente Sevilla in San Jose de Kennedy, in Sevilla, Zona Bananera, Magdalena when a group of AUC paramilitaries entered, seized Pedro Pablo Reales Villegas and two other men, and kidnapped them. The paramilitaries murdered Pedro Pablo Reales Villegas and the other two men, leaving their bodies at the Vuelta del Cura in Zona Bananera, Magdalena, where they were found early on the morning of August 13, 2002.  Pedro Pablo Reales Villegas had been shot multiple times in the head and body.

1419. Duvis Mercado Bustamante is the sister and legal heir of Wulfran Mercado Bustamante, an employee of the banana plantation Finca La Nancy. Wulfran Mercado Bustamante was murdered on April 16, 1999 by AUC paramilitaries. On the night of April 16, 1999, Wulfran Mercado Bustamante was at work at Finca La Nancy when he was confronted by a group of AUC

paramilitaries. The paramilitaries ordered Wulfran Mercado Bustamante to turn off his flashlight. When Wulfran Mercado Bustamante did so, the paramilitaries opened fire on him, killing him with at least one gunshot.

1420. Rebeca Dolores Hernandez Crespo is the mother and legal heir of Jose Manuel Pizarro Hernandez, an occasional banana worker.  Jose Manuel Pizarro Hernandez was kidnapped by AUC paramilitaries on October 31, 1997; after kidnapping him, the paramilitaries murdered Jose Manuel Pizarro Hernandez.  On October 31, 1997, Jose Manuel Pizarro Hernandez was working on his farm in La Gran Via, Zona Bananera, Magdalena when he was approached by a group of AUC paramilitaries.  The paramilitaries kidnapped Jose Manuel Pizarro Hernandez, shot him to death, and then left his body near his farm, where his family found him on November 1, 1997.

1421. Rebeca Dolores Hernandez Crespo is also the wife and legal heir of Jose Manuel Pizarro Ariza, with whom she had a family.  Rebeca Dolores Hernandez Crespo is also the mother and also the legal heir of Irwin Alfonso Pizarro Hernandez.  Rosmine Cecilia Pizarro Ariza is the sister and is also a legal heir of Jose Manuel Pizarro Ariza.  Jose Manuel Pizarro Ariza and Irwin Alfonso Pizarro Hernandez were kidnapped and murdered by paramilitaries on August 11, 1996.  Late on the night of August 11, 1996, Irwin Alfonso Pizarro Hernandez was

667

asleep at a farm his family owned in San Pedro de la Sierra, Cienaga, Magdalena when a group of AUC paramilitaries forced their way inside the house, seized Irwin Alfonso Pizarro Hernandez and kidnapped him, telling Rebeca Dolores Hernandez Crespo not to worry, as they were soldiers in the Colombian Army. The paramilitaries took Irwin Alfonso Pizarro Hernandez to a nearby farm where Jose Manuel Pizarro Ariza was staying and kidnapped Jose Manuel Pizarro Ariza as well. The paramilitaries then shot Jose Manuel Pizarro Ariza and Irwin Alfonso Pizarro Hernandez to death; the bodies of Jose Manuel Pizarro Ariza and Irwin Alfonso Pizarro Hernandez were found several hours later at a nearby farm.

1422. Manuel Marcelino Cuao Gutierrez is the brother and legal heir of Daniel Santos Cuao Gutierrez.  Daniel Santos Cuao Gutierrez was murdered by AUC paramilitaries on September 13, 2000.  On the evening of September 13, 2000, Daniel Santos Cuao Gutierrez was chatting with friends at a friend's home in Cienaga, Magdalena when several AUC paramilitaries arrived in a vehicle.  The paramilitaries shot and killed Daniel Santos Cuao Gutierrez and three of his friends.

1423. Gertrudis Esther Vidal Fernandez is the mother and legal heir of Juan Manuel Arcon Vidal, a worker on the La Margot banana plantation.  Juan Manuel Arcon Vidal was kidnapped and murdered by AUC paramilitaries on or about

668

September 26, 2001.  On or about September 26, 2001, Juan Manuel Arcon Vidal was in Cienaga, Magdalena running errands when he stopped at a house in the Si Nos Dejan neighborhood of Cienaga and asked for a drink of water.  Juan Manuel Arcon Vidal was then intercepted by AUC paramilitaries. The paramilitaries kidnapped Juan Manuel Arcon Vidal, took him to another area of Cienaga, and then stabbed him to death.

1424. Angela Maria Hurtado Bojato is the mother and legal heir of Pedro Pablo Gomez Hurtado.  Pedro Pablo Gomez Hurtado was murdered by AUC paramilitaries on or about October 17, 1999.  Late at night on or about October 17, 1999, Pedro Pablo Gomez Hurtado was at a dance party in Barrio San Juan, Cienaga, Magdalena when AUC paramilitaries entered and opened fire. The paramilitaries shot and killed Pedro Pablo Gomez Hurtado.

1425. Carmen Maria Gomez Gonzalez is the wife and legal heir of Pedro Vidal Perez Pertuz, with whom she had a family.  Pedro Vidal Perez Pertuz was murdered by AUC paramilitaries on May 2, 1999.  In the early morning hours of May 2, 1999, Pedro Vidal Perez Pertuz was returning from Cienaga to his farm in Colorado, Sevillano, Cienaga, Magdalena when he was intercepted by a group of AUC paramilitaries.  The paramilitaries shot Pedro Vidal Perez Pertuz multiple times in the face, thorax, and abdomen, killing him.  The paramilitaries left Pedro

669

Vidal Perez Pertuz's body on the road to Sevillano, in the 'Matadero' section of Colorado, Cienaga, Magdalena.

1426. Yaquelin del Socorro Gutierrez Conrado is the wife and legal heir of Ramon Segundo Gomez Barrios, with whom she had a family. Ramon Segundo Gomez Barrios, a member of a banana-producing cooperative in Varela, Zona Bananera, Magdalena, was murdered on September 8, 2000 by AUC paramilitaries. On the morning of September 8, 2000, a group of AUC paramilitaries arrived at the banana plantation that was formerly know as El Tiempo in Varela, Zona Bananera and which was now run by the cooperative. As cooperative workers showed up for work, the paramilitaries seized and bound them. When Ramon Segundo Gomez Barrios arrived at El Tiempo, the paramilitaries seized him and forced him to lie on the ground along with the other cooperative members. The paramilitaries then shot and killed Ramon Segundo Gomez Barrios and three other victims.

1427. Carmen Alicia Marquez Villamizar is the wife and legal heir of Jorge Eliecer Charry Rivera (also "Charris Rivera," but hereinafter "Charry Rivera"), a member of a banana-producing cooperative in Varela, Zona Bananera, Magdalena. Jorge Eliecer Charry Rivero was murdered on September 8, 2000 by AUC paramilitaries. On the morning of September 8, 2000, a group of AUC

670

paramilitaries arrived at the banana plantation that was formerly know as El Tiempo in Varela, Zona Bananera that was now run by the cooperative. As cooperative workers showed up for work, the paramilitaries seized them and bound them. When Jorge Eliecer Charry Rivero arrived at El Tiempo, the paramilitaries seized him and forced him to lie on the ground along with three other victims. The paramilitaries then shot Jorge Eliecer Charry Rivera once in the head, killing him.

1428. Rocio Candelaria Carpio Arevalo is the mother and legal heir of Harold Fernando Borja Carpio. Harold Fernando Borja Carpio was murdered by AUC paramilitaries on March 23, 2002. On the night of March 23, 2002, Harold Fernando Borja Carpio was at a students' party in Cienaga, Magdalena when several AUC paramilitaries arrived. The paramilitaries seized Harold Fernando Borja Carpio and shot him multiple times in the face, head, and body, killing him.

1429. Maryuris Beatriz Castillo Eguis is the wife and legal heir of Abelardo Eliecer Oliveros Revolledo, with whom she had a daughter. Abelardo Eliecer Oliveros Revolledo sold bananas which had been rejected for export. Abelardo Eliecer Oliveros Revolledo was kidnapped and murdered by AUC paramilitaries on or about May 12, 2002. Late at night on or about May 12, 2002, Abelardo Eliecer Oliveros Revolledo and Maryuris Beatriz Castillo Eguis were returning to their home in Cienaga, Magdalena after a social gathering when they were

671

intercepted by a carload of AUC paramilitaries.  The paramilitaries kidnapped Abelardo Eliecer Oliveros Revolledo and Maryuris Beatriz Castillo Eguis and drove them to the beach in Cienaga, Magdalena.  The paramilitaries separated Abelardo Eliecer Oliveros Revolledo and Maryuris Beatriz Castillo Eguis, and then beat and stabbed Abelardo Eliecer Oliveros Revolledo to death in view of Maryuris Beatriz Castillo Eguis.

1430. Belisa Izabel Gamarra Noriega is the wife and legal heir of Hector Alfonso Perez Guerrero, with whom she had a family. Ediltrudis Guerrero Martinez is the mother and is also a legal heir of Hector Alfonso Perez Guerrero. Elquin Alfonso Perez Gamarra is the son and is also a legal heir of Hector Alfonso Perez Guerrero. Hector Alfonso Perez Guerrero, who worked at the banana plantation Finca Porvenir, was murdered on January 15, 2005 by AUC paramilitaries. On January 15, 2005, Hector Alfonso Perez Guerrero was sent by his employer to work on another banana plantation, Finca Naranjito. Upon finishing his work at Finca Naranjito, Hector Alfonso Perez Guerrero boarded transportation to return to his home in Cienaga, Magdalena. In Reposo, Rio Frio, Zona Bananera, Magdalena, two AUC paramilitaries aboard a motorcycle stopped the car that was transporting Hector Alfonso Perez Guerrero and forced him out of

672

the car. The paramilitaries then shot Hector Alfonso Perez Guerrero three times in the face, killing him.

1431. Jairo Manuel Blanquiceth Silva is the brother and legal heir of Abad Alfonso Blanquiceth Silva. Abad Alfonso Blanquiceth Silva was kidnapped and disappeared by AUC paramilitaries on September 1, 2003. On September 1, 2003 Abad Alfonso Blanquiceth Silva left his home in Cienaga to pick coffee in the Sierra Nevada de Santa Marta, Magdalena. Along the way, Abad Alfonso Blanquiceth Silva was intercepted by AUC paramilitaries. The paramilitaries kidnapped Abad Alfonso Blanquiceth Silva, who was never seen again.

1432. Maria Isabel Juvinao Juvinao is the mother and legal heir of Alexander Ayala Juvinao. Alexander Ayala Juvinao was kidnapped and disappeared by AUC paramilitaries on September 1, 2003. On September 1, 2003, Alexander Ayala Juvinao left his home in Cienaga, Magdalena to pick coffee in the Sierra Nevada de Santa Marta, Magdalena. Along the way, Alexander Ayala Juvinao was intercepted by AUC paramilitaries. The paramilitaries kidnapped Alexander Ayala Juvinao, who was never seen again.

1433. Manuel Salvador Nunez Rodriguez is a surviving victim who was injured by AUC paramilitaries on September 20, 1997. On September 20, 1997, Manuel Salvador Nunez Rodriguez was chatting with friends in Tasajera, Pueblo

Viejo, Magdalena when a group of AUC paramilitaries arrived and ordered everyone present to lie down on the ground.  The paramilitaries then shot and wounded Manuel Salvador Nunez Rodriguez.

1434. Livia Tette Rodriguez is the sister and legal heir of Arnold Tette Rodriguez.  Arnold Tette Rodriguez was kidnapped on or about May 7, 1998, by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Arnold Tette Rodriguez on May 14, 1998.  On or about May 7, 1998, Arnold Tette Rodriguez was on his way to his family's farm when he was intercepted by AUC paramilitaries.  The paramilitaries forced Arnold Tette Rodriguez into a vehicle, and drove away with him. On May 14, 1998, the paramilitaries took Arnold Tette Rodriguez to the "Si Nos Dejan" neighborhood in Cienaga, Magdalena, and shot him multiple times, killing him.

1435. Denis Ester Duran de la Hoz (also "Denys Esther," but hereinafter "Denis Ester") is the mother and legal heir of Carlos Alberto Charris Duran (also "Charrys Duran," but hereinafter "Charris Duran").  Carlos Alberto Charris Duran was murdered by AUC paramilitaries on or about May 29, 2002.  On or about May 29, 2002, Carlos Alberto Charris Duran left his home in Tucurinca, Magdalena to go to Fundacion, Magdalena.  Along the way, Carlos Alberto Charris Duran was intercepted by AUC paramilitaries. The paramilitaries murdered Carlos Alberto

674

Charris Duran and left his body on the road between Fundacion and Pivijay, Magdalena.

1436. Jhon Jairo Camacho Mendez is the son and legal heir of Juan Manuel Camacho Isaza (also "Izasa," but hereinafter "Isaza").  Juan Manuel Camacho Isaza was murdered by AUC paramilitaries on February 10, 1999.  On the morning of February 10, 1999, Juan Manuel Camacho Isaza was riding in a vehicle from Sacramento, Magdalena to Fundacion, Magdalena when it was intercepted by AUC paramilitiaries.  The paramilitaries ordered all of those in the vehicle to disembark and present their identity documents.  The paramilitaries then permitted everyone to reboard the vehicle and leave with the exception of Juan Manuel Camacho Isaza. The paramilitaries shot and killed Juan Manuel Camacho Isaza and then left his body at the entrance to Monterrubio, Fundacion, Magdalena.

1437. Maria Encarnacion Cervantes Bula is the wife and legal heir of Grimaldy Jesus Arina Pizarro, with whom she had one daughter.  Grimaldy Jesus Arina Pizarro was murdered on or about June 10, 2003.  At night on June 10, 2003, Grimaldy Jesus Arina Pizarro was asleep in his home in Cienaga, Magdalena when a neighbor came by and aked Grimaldy Jesus Arina Pizarro to accompany him to talk to a man about possible employment.  Grimaldy Jesus Arina Pizarro left with the neighbor.  Grimaldy Jesus Arina Pizarro and his neighbor were then murdered

by AUC paramilitaries, who left their bodies near the Micael Cotes Mejia soccer field in Cienaga, Magdalena, where they were found on June 11, 2003.  Grimaldy Jesus Arina Pizarro had been shot twice.

1438. Rosa Avelina Becerra Pallares is the wife and legal heir of Heliberto Carvajal Duarte.  Heliberto Carvajal Duarte was murdered by AUC paramilitaries on October 10, 1997.  On October 10, 1997, Heliberto Carvajal Duarte went to Santa Marta, Magdalena to run errands.  While in Santa Marta, Heliberto Carvajal Duarte was intercepted by AUC paramilitaries. The paramilitaries shot and killed Heliberto Carvajal Duarte and left his body under a bridge in Santa Marta.

1439. Aida Rosa Villa Pacheco is the wife and legal heir of Luis Francisco de la Hoz de la Cruz, with whom she had a family.  Luis Francisco de la Hoz de la Cruz was murdered by AUC paramilitaries on July 13, 1997.  In the early morning hours of July 13, 1997, Luis Francisco de la Hoz de la Cruz was on his way to work in Cienaga, Magdalena when he was intercepted by a group of AUC paramilitaries. The paramilitaries shot Luis Francisco de la Hoz multiple times, killing him.

1440. Luis Ayala Guerrero is the father and legal heir of Bertha Alicia Ayala Cuentas.  Bertha Alicia Ayala Cuentas was murdered by AUC paramilitaries on August 19, 2000.  Early on the morning of August 19, 2000, a group of armed

AUC paramilitaries arrived in Soplador, Zona Bananera, Magdalena and began knocking on the townspeople's doors, including the home of Bertha Alicia Ayala Cuentas, and ordered everyone to go to the town's soccer field. Once Bertha Alicia Ayala Cuentas was in the soccer field, the paramilitaries took her to the outskirts of town, where they shot her. The paramilitaries also murdered two others.

1441. David Jesus Marin Santiago is the brother and legal heir of Euripides Andres Marin Santiago, an occasional banana worker. Euripides Andres Marin Santiago was murdered on February 22, 2003 by AUC paramilitaries. On the afternoon of Ferbruary 22, 2003, Euripides Andres Marin Santiago was passing through Cienaga, Magdalena on his way home from the city of Barranquilla, Atlantico, where he had gone for medical treatment. Shortly after boarding a bus in Cienaga that would take him to his home in Santa Rosalia, Zona Bananera, Magdalena, an AUC paramilitary who was seated in the back of the bus approached Euripides Andres Marin Santiago and shot him several times in the head, killing him.

1442. David Jesus Marin Santiago is also the brother and legal heir of Jose Manuel Marin Santiago. Jose Manuel Marin Santiago was murdered on or about March 27, 2003, by AUC paramilitaries. On or about March 27, 2003, Jose Manuel

Marin Santiago was waiting for his brother on the street in Cienaga when a group of AUC paramilitaries approached him in a vehicle. Jose Manuel Marin Santiago was last seen alive getting into the vehicle. Jose Manuel Marin Santiago's body was later found along the road that connects Cienaga to the village of Sevillano, in rural Cienaga. Jose Manuel Marin Santiago had been shot in the face.

1443. Aidee Moreno Valencia is the aunt and legal heir of Anuar Albeiro Escalante Campo. Aidee Moreno Valencia is also the mother and legal heir of Leonar Samuel Arrieta Moreno. Aidee Moreno Valencia is also the sister and legal heir of Manuel Gregorio Moreno Valencia. Anuar Albeiro Escalante Campo, Leonar Samuel Arrieta Moreno, and Manuel Gregorio Moreno Valencia were murdered by AUC paramilitaries on November 22, 1996. Late on the night of November 22, 1996, Anuar Albeiro Escalante Campo, Leonar Samuel Arrieta Moreno, and Manuel Gregorio Moreno Valencia were in their home in Barrio Las Flores in Guacamayal, Zona Bananera, Magdalena when several vehicles with AUC paramilitaries drove up. The paramilitaries began shooting at the house that belonged to Anuar Albeiro Escalante Campo, Leonar Samuel Arrieta Moreno, Manuel Gregorio Moreno Valencia, and their family. The paramilitaries forced their way inside the house, and then shot Anuar Albeiro Escalante Campo, Leonar Samuel Arrieta Moreno, and Manuel Gregorio Moreno Valencia multiple times

678

each, killing all three.

1444. Aidee Moreno Valencia is also the sister and legal heir of Francisco Jeronimo Palacio Valencia. Francisco Jeronimo Palacio Valencia was murdered by AUC paramilitaries on December 5, 2001. On December 5, 2001, Francisco Jeronimo Palacio Valencia left his home in Guacamayal, Zona Bananera, Magdalena to run errands. Francisco Jeronimo Palacio Valencia was filling a bottle with water from a stream when he was intercepted by several AUC paramilitaries who stole his bike, tied him up, forced him onto a motorcycle and drove away, kidnapping him. The paramilitaries took Francisco Jeronimo Palacio Valencia to Guamachito, Tucurinca, Zona Bananera, Magdalena, and shot him in the head, killing him. The next morning, on December 6, 2001, Francisco Jeronimo Palacio Valencia's body was found.

1445. Aidee Moreno Valencia is also the sister and legal heir of Franky Enrique Palacio Valencia. Franky Enrique Palacio Valencia was murdered on or about June 18, 2002. On June 18, 2002, Franky Enrique Palacio Valencia left his home in Villa Campo, Malambo, Atlantico, where he and his family had fled to from Guacamayal, Zona Bananera after the murders of their other family members, to go visit a friend. Along the way, Franky Enrique Palacio Valencia was intercepted by AUC paramilitaries. The paramilitaries shot and killed Franky

679

Enrique Palacio Valencia. Several days later, Franky Enrique Palacio Valencia's family found Franky Enrique Palacio Valencia's body at the city morgue.

1446. Luz Marina Sarabia Polo is the wife and legal heir of Alexandro Ruiz Ustades. Alexandro Ruiz Ustades was murdered on October 30, 2003 by AUC paramilitaries. On the night of October 30, 2003, Alexandro Ruiz Ustades was at home with Luz Marina Sarabia Polo in Aracataca, Magdalena when two AUC paramilitaries knocked on the door. The paramilitaries said they were from the District Attorney's office. The paramilitaries entered the home, searched it, and then ordered the couple outside. Once Luz Marina Sarabia Polo and Alexandro Ruiz Ustades were outside, the paramilitaries ordered Luz Marina Sarabia Polo back inside the home. The paramilitaries then shot Alexandro Ruiz Ustades twice in the face and neck, killing him.

1447. Rita Pabon Aparicio is the wife and legal heir of Antonio Merino Abate, with whom she had three children. Antonio Merino Abate was murdered by AUC paramilitaries on March 3, 1997. Antonio Merino Abate was in front of the cemetery in Soplador, Guacamayal, Zona Bananera, Magdalena on the night of March 3, 1997 when a group of AUC paramilitaries arrived. The paramilitaries shot and killed Antonio Merino Abate. Several days after Antonio Merino Abate's

680

murder, Rita Pabon Aparicio and her children fled Guacamayal, Zona Bananera out of fear and settled in Santa Marta, Magdalena where they have lived ever since.

1448. Magaly Jimenez is the wife and legal heir of Jose Alipio Balvuena Garzon, with whom she had a family. Jose Alipio Balvuena Garzon was kidnapped and murdered by AUC paramilitaries on April 7, 2001. On April 7, 2001, Jose Alipio Balvuena Garzon was on his farm in Nueva Union in Siberia, Sierra Nevada, Cienaga, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries stole livestock and then kidnapped Jose Alipio Balvuena Garzon. The paramilitaries shot and killed Jose Alipio Balvuena Garzon, and left his body in Las Pampas, Siberia, where it was found later that day.

1449. Olivia Munive de Bustamante is the mother and legal heir of Wilberto Antonio Bustamante Munive, a worker on the Mangos banana plantation. Wilberto Antonio Bustamante Munive was murdered on November 30, 1997 by AUC paramilitaries. On the evening of November 30, 1997, Wilberto Antonio Bustamante Munive was chatting with friends at the beach in Cienaga, Magdalena when they were approached by an AUC paramilitary. The paramilitary became aggressive with Wilberto Antonio Bustamante Munive and pushed him. Wilberto Antonio Bustamante Munive attempted to walk away, but when he turned his back the paramilitary shot him in the back of the head, killing him.

1450. Alba Payares de Hernandez is the mother and legal heir of Tulia Avelina Hernandez Payares. Alba Payares de Hernandez is also the grandmother and legal heir of Wilmer Rodriguez Hernandez. Alba Cecilia Hernandez Pallares is the sister and is also a legal heir of Tulia Avelina Hernandez Payares. Tulia Avelina Hernandez Payares and Wilmer Rodriguez Hernandez were murdered on November 26, 2003 by AUC paramilitaries. On the night of November 26, 2003, a group of armed AUC paramilitaries arrived at the family coffee farm in El Mico, San Pedro de la Sierra, Magdalena where Tulia Avelina Hernandez Payares and Wilmer Rodriguez Hernandez lived. The paramilitaries kidnapped Tulia Avelina Hernandez Payares, Wilmer Rodriguez Hernandez, and two other family members. Tulia Avelina Hernandez Payares, Wilmer Rodriguez Hernandez, and the two other family members were never seen again. Witnesses later reported to Alba Payares de Hernandez that Tulia Avelina Hernandez Payares, Wilmer Rodriguez Hernandez, and the two other family members had been taken to a location under AUC paramilitary control and that Tulia Avelina Hernandez Payares had been raped repeatedly by the paramilitaries. The paramilitaries reportedly tortured Wilmer Rodriguez Hernandez, cut his fingers, and killed him with a club and a machete. The paramilitaries then reportedly killed Tulia Avelina Hernandez Payares with a machete.

682

1451. Eudoro Montero is the father and legal heir of Elbis Alfredo Montero Rueda (also "Elvis," but hereinafter "Elbis").  Argenis Rueda Zamora is the mother and is also a legal heir of Elbis Alfredo Montero Rueda. Elbis Alfredo Montero Rueda was murdered on July 27, 2004 by AUC paramilitaries. On the morning of July 27, 2004, Elbis Alfredo Montero Rueda was in Chimborazo, Cienaga, Magdalena when he was intercepted by a group of AUC paramilitaries.  Elbis Alfredo Montero Rueda attempted to run, but the paramilitaries shot and killed him.  The paramilitaries took Elbis Alfredo Montero Rueda's body, dismembered it, and buried it in a well.  Elbis Alfredo Montero Rueda's remains were discovered and turned over to his family on February 16, 2008.

1452. Alba Amparo Marulanda Lozano is the wife and legal heir of Alfredo Enrique Contreras Florez, with whom she had a family. Alfredo Enrique Contreras Florez, a security guard employed by an aerial fumigation company, was kidnapped on March 16, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Alfredo Enrique Contreras Florez. On March 16, 1997, Alfredo Enrique Contreras Florez was walking along the side of the highway near the Puente Sevilla Bridge in Sevilla, Magdalena, when a group of AUC paramilitaries forced him into their vehicle and drove away, kidnapping him. Alfredo Enrique Contreras Florez's dead body was found nearby the following

morning, March 17, 1997, with signs of torture and three gunshots to the face and neck.

1453. Helen Mayulis Salcedo de la Hoz is the sister and legal heir of Ivan Antonio Benitez Salcedo, an agricultural worker and former employee of the Mangos banana plantation. Ivan Antonio Benitez Salcedo was kidnapped, tortured and murdered on January 18, 2002 by AUC paramilitaries. On January 18, 2002, Ivan Antonio Benitez Salcedo was working along with five of his friends picking mangos and limes at La Rebeca fruit farm in Orihueca, Zona Bananera, Magdalena, when a group of AUC paramilitaries arrived. The paramilitaries kidnapped the six fruit pickers, including Ivan Antonio Benitez Salcedo, and took them on a tractor to the AUC's local base, located at the Candelaria plantation, also in Orihueca. There, the paramilitaries tortured the six victims, including Ivan Antonio Benitez Salcedo, after which they murdered them. Ivan Antonio Benitez Salcedo was shot twice in the head. Ivan Antonio Benitez Salcedo's body was found with his hands and neck bound.

1454. Carmen Elena Amaris Cordoba is the mother and legal heir of Wilmar Alberto Bojato Amaris, a vendor of bananas rejected for export.  Wilmar Alberto Bojato Amaris was murdered on March 25, 2002 by AUC paramilitaries.  On the morning of March 25, 2002, Wilmar Alberto Bojato Amaris was standing on a

corner close to his home in Cienaga, Magdalena talking with neighbors when two AUC paramilitaries arrived on a motorcycle.  The paramilitaries left their motorcycle a short distance away and approached Wilmar Alberto Bojato Amaris and his neighbors on foot.  The paramilitaries searched the men and then shot Wilmar Alberto Bojato Amaris, killing him.

1455. Denis Fontalvo de Mendoza is the wife and legal heir of Miguel Angel Mendoza Jimenez, with whom she had a family.  Miguel Angel Mendoza Jimenez, an employee of the banana plantation Finca Esperanza, was murdered on March 17, 2001 by AUC paramilitaries. On the morning of March 17, 2001, Miguel Angel Mendoza Jimenez left his home in Aracataca, Magdalena, to pick up his pay from Finca Esperanza. After collecting his pay, Miguel Angel Mendoza Jimenez started to return to his home, but was intercepted by AUC paramilitaries, who stole his money and then stabbed him repeatedly in the neck and body, killing him. Prior to his murder, Miguel Angel Mendoza Jimenez had taken legal action against Finca Esperanza for payment of back wages and/or severance pay.

1456. Alfonso Yanes Cantillo is the father and legal heir of Juan Carlos Yanez Gutierrez.  Juan Carlos Yanez Gutierrez was murdered on October 29, 2001 by AUC paramilitaries.  Late at night on October 29, 2001, Juan Carlos Yanez Gutierrez and Alfonso Yanes Cantillo were asleep in their home in Barrio Paris,

Cienaga, Magdalena when an AUC paramilitary entered their home and shot Juan Carlos Yanez Gutierrez twice in the head, killing him. The paramilitary then fled aboard a motorcycle driven by another paramilitary who had been waiting for him.

1457. Yaridys Maria Gelves Serna is the daughter and legal heir of Ramiro Gelves. Ramiro Gelves was murdered on December 12, 1998 by AUC paramilitaries. On the evening of December 12, 1998, Ramiro Gelves was at Finca Elena, his farm in San Pedro de la Sierra, Cienaga, Magdalena, when a group of AUC paramilitaries arrived. The paramilitaries shot Ramiro Gelves seven times in the neck and thorax, killing him. A year after Ramiro Gelves' murder, AUC paramilitaries returned to Ramiro Gelves' farm and stole all of the farm's cattle, along with the cattle from several other farms in the region.

1458. Yaridys Maria Gelves Serna is also the sister and legal heir of Roberto Jose Gelves Sarmiento (also "Gelvez," but hereinafter "Gelves"). Roberto Jose Gelves Sarmiento was murdered on January 21, 1998 by AUC paramilitaries. On January 21, 1998, Roberto Jose Gelves Sarmiento had left his family's farm in San Pedro de la Sierra, Cienaga, Magdalena to go to Cienaga to run errands. After finishing his errands, Roberto Jose Gelves Sarmiento was awaiting transport to San Pedro de la Sierra when an AUC paramilitary approached and called him by name.

The paramilitary then shot Roberto Jose Gelves Sarmiento several times, killing him.

1459. Nancy Jimenez Jimenez is the half-sister and legal heir of Justo Jose Rodriguez Jimenez. Justo Jose Rodriguez Jimenez was murdered on August 25, 2001 by AUC paramilitaries. On August 25, 2001, Justo Jose Rodriguez Jimenez was sitting in the doorway of his house in Cienaga, Magdalena when armed AUC paramilitaries on a motorcycle stopped in front of the house. The paramilitaries shot Justo Jose Rodriguez Jimenez four times in the head, killing him.

1460. Ivan Alberto Borrero is the father and legal heir of Luisa Maria Borrero Celedon, the president of an association of women farmers in Cienaga, Magdalena. Luisa Maria Borrero Celedon was murdered on January 12, 1999 by AUC paramilitaries. Prior to the murder, Luisa Maria Borrero Celedon had filed a complaint about a government land redistribution program, arguing that the government had paid too much for the land and that it was infertile. On January 12, 1999, Luisa Maria Borrero Celedon was on her way to visit some of the lands at issue in El Reten, Magdalena when her vehicle was intercepted by AUC paramilitaries. The paramilitaries shot Luisa Maria Borrero Celedon multiple times in the head, neck, and body, killing her.

1461. Jarold Alfonso Camacho Cantillo is the son and legal heir of Juan Manuel Camacho Santrich (also "Camacho Lizcano," but hereinafter "Camacho Santrich"). Noris Esther Santrich de Camacho is the mother and is also a legal heir of Juan Manuel Camacho Santrich. Juan Manuel Camacho Santrich was kidnapped, tortured, and murdered on May 9, 2000 by AUC paramilitaries.  On the morning of May 9, 2000, Juan Manuel Camacho Santrich and his wife were opening their store in Cienaga, Magdalena when a group of AUC paramilitaries arrived in a vehicle.  The paramilitaries forced Juan Manuel Camacho Santrich into their vehicle and kidnapped him. After kidnapping him, the AUC paramilitaries tortured and shot Juan Manuel Camacho Santrich to death, leaving his body in Sevillano, Cienaga, Magdalena, where it was found later that day.

1462. Ester Andrade Crespo is the mother and legal heir of Claudia Ester Andrade Crespo.  Claudia Ester Andrade Crespo was murdered on March 19, 2005 by AUC paramilitaries.  On the evening of March 19, 2005, Claudia Ester Andrade Crespo was in the store she owned in Cienaga, Magdalena when a group of AUC paramilitaries arrived.  Some of the paramilitaries remained outside while the rest went in.  The paramilitaries shot Claudia Ester Andrade Crespo twice in the head, killing her.  At that moment, Elias David Muriel Hernandez, (see below)an employee of Claudia Ester Andrade Crespo, arrived at the store to collect his pay.

688

When the paramilitaries saw Elias David Muriel Hernandez, they shot him twice in the head, killing him. The paramilitaries escaped in a vehicle that was awaiting them nearby.

1463. Duby Cecilia Muriel Hernandez is the sister and legal heir of Elias David Muriel Hernandez.   Elias David Muriel Hernandez was murdered on March 19, 2005 by AUC paramilitaries.  Elias David Muriel Hernandez worked at a store in Cienaga, Magdalena owned by Claudia Ester Andrade Crespo, running errands for her.  On the evening of March 19, 2005, Elias David Muriel Hernandez went to Claudia Ester Andrade Crespo's store to collect his pay.  As Elias David Muriel Hernandez arrived at the store, a group of armed AUC paramilitaries entered.  Some of the paramilitaries remained outside while the rest went in.  The paramilitaries shot Claudia Ester Andrade Crespo twice in the head, killing her (see above).  The paramilitaries then saw Elias David Muriel Hernandez and shot him twice in the head, killing him.  The paramilitaries left the scene in a vehicle that was awaiting them nearby.

1464. Belquis Deisy Cabana Orozco is the sister and legal heir of Julio Alberto Cabana Orozco. Julio Alberto Cabana Orozco was murdered on October 10, 2000 by AUC paramilitaries. On the night of October 10, 2000, Julio Alberto Cabana Orozco was at his home in Cienaga, Magdalena when two AUC

paramilitaries arrived and asked for him by name. When Julio Alberto Cabana Orozco went out to see what they wanted, the paramilitaries shot him several times and stabbed him, killing him.

1465.  Alfredo Segundo Marquez Cordoba is the brother and legal heir of Manuel Salvador Marquez Castillo.  Manuel Salvador Marquez Castillo was murdered on August 11, 2001 by AUC paramilitaries.  On August 11, 2001, Manuel Salvador Marquez Castillo was awaiting transportation in Cienaga, Magdalena to his home in Sevillano, Cienaga, Magdalena when two AUC paramilitaries approached him on a motorcycle. The paramilitaries shot Manuel Salvador Marquez Castillo twice in the head and face, killing him.

1466.  Julio Segundo Santos Sierra is the brother and legal heir of Francisco Ramon Santos Sierra. Francisco Ramon Santos Sierra was kidnapped and disappeared on March 11, 1998 by AUC paramilitaries. On March 11, 1998, Francisco Ramon Santos Sierra was selling fish in the Si Nos Dejan neighborhood of Cienaga, Magdalena when a shootout occurred involving the police, the army, and the AUC, against another unidentified armed group. When the shootout ended, Francisco Ramon Santos Sierra and two other victims were mistakenly identified as being involved. Francisco Ramon Santos Sierra and the other two victims were immediately detained by state agents, who then turned them over to AUC

690

paramilitaries on the outskirts of Cienaga. The paramilitaries kidnapped Francisco Ramon Santos Sierra, who was never seen again.

1467. Maryuris Gomez Barreto is the sister and legal heir of Adalberto Alfonso Gomez Barreto.  Adalberto Alfonso Gomez Barreto was murdered on December 14, 2003 by AUC paramilitaries.  Early on the morning of December 14, 2003, a group of AUC paramilitaries arrived at Adalberto Alfonso Gomez Barreto's home in Barrio Nancy Polo, Cienaga, Magdalena, where he was asleep with his family.  The paramilitaries knocked on the door, claiming that they were from the intelligence unit of the police force, and when the family did not answer, the paramilitaries forced their way into the house.  The paramilitaries pulled Adalberto Alfonso Gomez Barreto out out of his bedroom and into the living room, where they shot him multiple times in the face and body in front of his family, killing him.

1468. Joaquin Gualdron Vargas is the father and legal heir of Jhon Fredy Gualdron Pacheco.  Jhon Fredy Gualdron Pacheco was kidnapped on April 16, 1997 by AUC paramilitaries; after kidnapping him, the AUC paramilitaries murdered Jhon Fredy Gualdron Pacheco.  On the night of April 16, 1997, Jhon Fredy Gualdron Pacheco was walking on the street in La Placita, Cienaga, Magdalena when he was approached by AUC paramilitaries in a vehicle.  Two

691

AUC paramilitaries got out of the vehicle and seized Jhon Fredy Gualdron Pacheco and forced him into the vehicle and drove away, kidnapping him. The paramilitaries then shot and killed Jhon Fredy Gualdron Pacheco and left his body in Sevillano, Cienaga, Magdalena, where it was found the following day, April 17, 1997.

1469. Jose Benito Sierra Serrano is the brother and legal heir of Leopoldo Enrique Sierra Serrano.  Leopoldo Enrique Sierra Serrano was murdered on March 1, 2004 by AUC paramilitaries.  On the afternoon of March 1, 2004, Leopoldo Enrique Sierra Serrano and Jose Benito Sierra Serrano were working on their farm in Cienaga, Magdalena when two AUC paramilitaries arrived.  The paramilitaries shot Leopoldo Enrique Sierra Serrano multiple times in the face, neck, and head, killing him in front of Jose Benito Sierra Serrano.

1470. Edith Encarnacion Cabrera Zambrano is the mother and legal heir of Francisco Santiago Mosquera Cabrera, a banana worker. Francisco Santiago Mosquera Cabrera was murdered on February 21, 2001 by AUC paramilitaries. On the night of February 21, 2001, Francisco Santiago Mosquera Cabrera was at home watching television with Edith Encarnacion Cabrera Zambrano in Cienaga, Magdalena when four AUC paramilitaries arrived aboard two motorcycles.  Two of the paramilitaries entered the home, and ordered the occupants to lie on the

692

floor. The paramilitaries then shot Francisco Santiago Mosquera Cabrera twice in the head, killing him and scattering part of his head onto Edith Encarnacion Cabrera Zambrano. The paramilitaries threw water onto Edith Encarnacion Cabrera Zambrano, abused her physically and verbally, and threatened to kill her if she did not leave Cienaga.

1471. Juan Sierra Carbono is the brother and legal heir of Lazaro Encarnacion Sierra Espinoza. Yucelis Elena Sierra Espinoza is the sister and is also a legal heir of Lazaro Encarnacion Sierra Espinoza. Lazaro Encarnacion Sierra Espinoza was murdered on November 22, 2003 by AUC paramilitaries. On November 21, 2003, a group of AUC paramilitaries arrived at Lazaro Encarnacion Sierra Espinoza's home in Cienaga, looking for him. When the paramilitaries arrived at his home, Lazaro Encarnacion Sierra Espinoza hid from them.  On the morning of November 22, 2003 two AUC paramilitaries arrived at Lazaro Encarnacion Sierra Espinoza's home aboard a motorcycle, and spotted him in the street nearby. Lazaro Encarnacion Sierra Espinoza tried to run away, but the paramilitaries opened fire on him, wounding him. The paramilitaries then shot Lazaro Encarnacion Sierra Espinoza in the head and body, killing him.

1472. Francia Elena Cabarcas Charris (also "Cabarca," but hereinafter "Cabarcas") is the mother and legal heir of Wencel Antonio Bustamante Cabarcas,

a banana worker.  Wencel Antonio Bustamante Cabarcas was kidnapped and disappeared on March 4, 2003 by AUC paramilitaries.  In the early morning hours of March 4, 2003, Wencel Antonio Bustamante Cabarcas was at his sister's house in Guamachito, Zona Bananera, Magdalena with his brother-in-law, Jesus Antonio Davila Coneo, when a group of AUC paramilitaries arrived in vehicles.  The paramilitaries kidnapped Wencel Antonio Bustamante Cabarcas, who was never seen again. The paramilitaries also kidnapped and disappeared Jesus Antonio Davila Coneo (see above).

1473. Francia Elena Cabarcas Charris (also "Cabarca," but hereinafter "Cabarcas") is also the mother and also the legal heir of Estanislao Enrique Bustamante Cabarcas and of Kelman Aleman Bustamante Cabarcas.  Estanislao Bustamante Cabarcas and Kelman Aleman Bustamante Cabarcas were kidnapped on March 16, 2000 by AUC paramilitaries; after kidnapping them, the paramilitaries murdered Estanislao Bustamante Cabarcas and Kelman Aleman Bustamante Cabarcas.  On the morning on March 16, 2000, Estanislao Bustamante Cabarcas and Kelman Aleman Bustamante Cabarcas were walking down the street in Cienaga, Magdalena when they were intercepted by a group of AUC paramilitaries. The paramilitaries kidnapped Estanislao Bustamante Cabarcas and

694

Kelman Aleman Bustamante Cabarcas and shot them to death, leaving their bodies in Santa Marta, Magdalena, where they were found on or about March 18, 2000.

1474. Euladis Leonor Bustamante Cabarca is the wife and legal heir of Jesus Antonio Davila Coneo.  Jesus Antonio Davila Coneo was kidnapped and disappeared on March 4, 2003 by AUC paramilitaries.  In the early morning hours of March 4, 2003, Jesus Antonio Davila Coneo was in his home in Guamachito, Zona Bananera, Magdalena with his brother-in-law, Wencel Antonio Bustamante Cabarcas (see above) when a group of AUC paramilitaries arrived in vehicles. The paramilitaries forced Jesus Antonio Davila Coneo into one of their vehicles and drove away, kidnapping him.  Jesus Antonio Davila Coneo was never seen again. The paramilitaries also kidnapped and disappeared Wencel Antonio Bustamante Cabarcas.

1475. Luz Maria Santiago Vela is the wife and legal heir of Aurelio Jose Maldonado Garcia, an occasional banana worker, with whom she had three children.  Aurelio Jose Maldonado Garcia was kidnapped on March 20, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Aurelio Jose Maldonado Garcia.   On the night of March 20, 1998, Aurelio Jose Maldonado Garcia was in his house in Riofrio, Zona Bananera, Magdalena with Luz Maria Santiago Vela when a group of AUC paramilitaries arrived in a vehicle.

The paramilitaries forced Aurelio Jose Maldonado Garcia to board the vehicle and drove away, kidnapping him. The paramilitaries then shot Aurelio Jose Maldonado Garcia multiple times, killing him and leaving his body on the road between Sevillano and Cienaga, Magdalena, where it was found the following day, March 21, 1998.

1476. Cecilia Flor Gutierrez Garcia is the mother and legal heir of Boris Enrique Garcia Gutierrez (also "Boris," but hereinafter "Boris Enrique").  Boris Enrique Garcia Gutierrez was mortally wounded on June 16, 2001 by AUC paramilitaries.  In the early morning hours of June 16, 2001, Boris Enrique Garcia Gutierrez was with a group of friends in Cienaga, Magdalena when they were approached by several AUC paramilitaries.  The paramilitaries told Boris Enrique Garcia Gutierrez and his friends that they did not want to see them in the area again. As Boris Enrique Garcia Gutierrez and his friends began to leave, one of the paramilitaries called out to Boris Enrique Garcia Gutierrez, who turned around. The paramilitaries then shot Boris Enrique Garcia Gutierrez several times, mortally wounding him.  Boris Enrique Garcia Gutierrez died of his wounds on June 22, 2001 in the hospital.

1477. Alejandro Antonio Aguirre Ruiz is the brother and legal heir of Alfonso Segundo Aguirre Ruiz, a security guard at the Santa Elena banana

696

plantation.  Alfonso Segundo Aguirre Ruiz was kidnapped on June 28, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Alfonso Segundo Aguirre Ruiz. On June 28, 2000, Alfonso Segundo Aguirre Ruiz was at work at the Santa Elena banana plantation, located outside of Cienaga, Magdalena, when the personal bodyguard of one of the plantation managers ordered Alfonso Segundo Aguirre Ruiz to go to a nearby gas station to pick the bodyguard up. Shortly after Alfonso Segundo Aguirre Ruiz arrived at the gas station, a group of AUC paramilitaries arrived in two vehicles and forced Alfonso Segundo Aguirre Ruiz into one of their vehicles at gunpoint and drove away, kidnapping him. Alfonso Segundo Aguirre Ruiz was found dead the following day, June 29, 2000 in Cartagena, Bolivar.

1478. Jose Manuel Ortiz Garcia is the father and legal heir of Maiklis Manuel Ortiz Perez.  Maiklis Manuel Ortiz Perez was kidnapped and murdered on November 24, 2003 by AUC paramilitaries.  In the early morning hours of November 24, 2003, Jose Manuel Ortiz Garcia left for work, leaving Maiklis Manuel Ortiz Perez at their home in Barrio El Poblado, Cienaga, Magdalena. Later that day, AUC paramilitaries arrived at Jose Manuel Ortiz Garcia's home on a motorcycle, found Maiklis Manuel Ortiz Perez, and kidnapped him. The

697

paramilitaries then shot Maiklis Manuel Ortiz Perez in the face and head, killing him, and left his body near the Manantial banana plantation in rural Cienaga.

1479. Carlos Antonio Reina Valencia is the brother and legal heir of Wilfrido de Jesus Reina Valencia.  Wilfrido de Jesus Reina Valencia was murdered on May 1, 1997 by AUC paramilitaries. Wilfrido de Jesus Reina Valencia and his wife had a small plot of land in Lourdes, in the Sierra Nevada de Santa Marta, Cienaga, Magdalena, where they grew coffee.  On the morning of May 1, 1997, a group of AUC paramilitaries arrived at the farm. The paramilitaries found Wilfrido de Jesus Reina Valencia and his wife in their house, and opened fire on them. Wilfrido de Jesus Reina Valencia and his wife fled, escaping to a neighbor's farm. Later that day, Wilfrido de Jesus Reina Valencia and his wife fled towards Cienaga, Magdalena on a back road.  Along the way, Wilfrido de Jesus Reina Valencia and his wife were intercepted by AUC paramilitaries.  The paramilitaries shot and killed Wilfrido de Jesus Reina Valencia and his wife.

1480. Carlos Antonio Reina Valencia is also the brother and legal heir of Rafael Reinaldo Reina Valencia.  Rafael Reinaldo Reina Valencia was kidnapped and murdered on or about June 8, 1998 by AUC paramilitaries.  Late at night on or about June 8, 1998, Rafael Reinaldo Reina Valencia was asleep in his home on the La Juliana plantation in Cienaga, Magdalena when a group of AUC paramilitaries

698

arrived at the house and forced their way inside.  The paramilitaries seized Rafael Reinaldo Reina Valencia, tied him up, and kidnapped him. The paramilitaries then shot and killed Rafael Reinaldo Reina Valencia.

1481. Osiris del Carmen Lopez Conrado is the wife and legal heir of Ismael Herrera Puertas.  Ismael Herrera Puertas was murdered on December 23, 2004 by AUC paramilitaries.  On the night of December 23, 2004, Ismael Herrera Puertas and Osiris del Carmen López Conrado were in their home on the La Victoria plantation in Carital, Zona Bananera, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries tried to force their way into the house. The paramilitaries shot through the windows, wounding Ismael Herrera Puertas in the leg.  Some time later, the paramilitaries succeeded in forcing their way inside. The paramilitaries tied up the wounded Ismael Herrera Puertas, beat him, dragged him out of the house, and shot him multiple times in the head and body, killing him.

1482. Elinor Martinez Garcia is the mother and legal heir of Francisco Miguel Martinez Garcia. Francisco Miguel Martinez Garcia was kidnapped and murdered by AUC paramilitaries on March 29, 1998. In the early morning hours of March 29, 1998, a group of AUC paramilitaries arrived at the home Francisco Miguel Martinez Garcia shared with Elinor Martinez Garcia in Cienaga,

Magdalena, and forced their way inside. The paramilitaries threatened Elinor Martinez Garcia, then forced Francisco Miguel Martinez Garcia into their vehicle and drove off, kidnapping him. The paramilitaries then shot Francisco Miguel Martinez Garcia three times in the head, killing him, and left his body near the Toribio River bridge, between Cienaga and Santa Marta, Magdalena, where it was found later that morning.

1483. Elinor Martinez Garcia is also the mother and legal heir of Willian Vicente Martinez Garcia (also "William," but hereinafter "Willian"), a 19-year-old student. Willian Vicente Martinez Garcia was kidnapped on March 22, 1999 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Willian Vicente Martinez Garcia. On the night of March 22, 1999, Willian Vicente Martinez Garcia was near the central plaza in Cienaga, Magdalena, when he was intercepted by AUC paramilitaries. The paramilitaries forced Willian Vicente Martinez Garcia into their vehicle and drove off with him. The paramilitaries then shot Willian Vicente Martinez Garcia multiple times in the head and body, killing him, and left his body on the road between Cienaga and Santa Marta, Magdalena, where it was found on the morning of March 23, 1999.

1484. Ines Maria Munoz Badillo is the mother and legal heir of Manuel Alberto Torres Munoz, a demobilized AUC paramilitary.  Manuel Alberto Torres

Munoz was murdered on September 15, 2006 by AUC paramilitaries.  Years prior to his murder, Manuel Alberto Torres Munoz had worked at an African oil palm plantation where he was forced to join the AUC paramilitaries in exchange for the paramilitaries promising not to harm his family.  Manuel Alberto Torres Munoz was a member of the AUC paramilitaries for four years, after which he entered the demobilization process sponsored by the Colombian government.  On the evening of September 15, 2006, Manuel Alberto Torres Munoz was in Fundacion, Magdalena when he was intercepted by AUC paramilitaries. The paramilitaries shot and wounded Manuel Alberto Torres Munoz.  Manuel Alberto Torres Munoz escaped his attackers, but died from his wounds shortly thereafter.

1485. Margarita Rosa Linero Consuegra is the sister and legal heir of Gilberto Alfonso Linero Vives.  Gilberto Alfonso Linero Vives was kidnapped and murdered on January 17, 1999 by AUC paramilitaries.  In the early morning hours of January 17, 1999, Gilberto Alfonso Linero Vives was on his way to his home in Cienaga, Magdalena when he was intercepted by a group of AUC paramilitaries. The paramilitaries forced Gilberto Alfonso Linero Vives into their vehicle and drove away, kidnapping him. The paramilitaries then shot Gilberto Alfonso Linero Vives in the head, killing him, and left his body in the Brisas del Mar area of Cienaga, where it was found several hours later.

1486. Amauris Yaneth Diaz Algarin is the wife and legal heir of Roberth Esteban Cuello Castro, an occasional banana worker, with whom she had two children. Roberth Esteban Cuello Castro was murdered on May 21, 2004 by AUC paramilitaries. On the night of May 21, 2004, Roberth Esteban Cuello Castro and Amauris Yaneth Diaz Algarin were in their house in Barrio San Jose de Pando, Santa Marta, Magdalena when a group of armed AUC paramilitaries arrived and forced their way inside. The paramilitaries tried to force Roberth Esteban Cuello Castro into their vehicle, but he resisted. The paramilitaries shot Roberth Esteban Cuello Castro twice in the head, killing him.

1487. Silvia Rosa Manjarres de Castillo is the mother and legal heir of Jairo Manuel Castillo Manjarres (also "Manjarrez," but hereinafter "Manjarres"). Jairo Manuel Castillo Manjarres was kidnapped and murdered on January 15, 1994 by paramilitaries. In the very early morning hours on January 15, 1994, Jairo Manuel Castillo Manjarres was asleep in the house he shared with his family in Cienaga, Magdalena when a group of paramilitaries arrived. The paramilitaries forced their way into the houseand ordered the family to lie down on the ground outside. The paramilitaries searched the house and then forced Jairo Manuel Castillo Manjarres into one of their vehicles and drove away, kidnapping him. Jairo Manuel Castillo Manjarres' family chased the vehicles, but the paramilitaries shot at them to keep

702

them back. The paramilitaries then murdered Jairo Manuel Castillo Manjarres, stabbing and shooting him to death, and left his body near the Micael Cotes soccer stadium in Cienaga, Magdalena, along with three other bodies.

1488. Arturo Rafael Villanueva Padilla is the father and legal heir of Fredy Jose Villanueva Ruiz (also "Fredis," but hereinafter "Fredy"). Fredy Jose Villanueva Ruiz was murdered on September 24, 2006 by AUC paramilitaries. On September 24, 2006, Fredy Jose Villanueva Ruiz was at a friend's house in Orihueca, Zona Bananera, Magdalena when two AUC paramilitaries on a motorcycle arrived. The paramilitaries shot Fredy Jose Villanueva Ruiz multiple times, killing him.

1489. German Segundo Duran Macias is the father and legal heir of Edwin Manuel Duran Molinares. Edwin Manuel Durán Molinares was murdered on September 7, 2002 by AUC paramilitaries. On the night of September 7, 2002, Edwin Manuel Duran Molinares was in a pool hall in Cienaga, Magdalena when two AUC paramilitaries arrived on a motorcycle. The paramilitaries shot Edwin Manuel Duran Molinares three times and fled. Edwin Manuel Duran Molinares was transported to the hospital, where he died from his wounds.

1490. German Segundo Duran Macias is also the father and legal heir of German Segundo Duran Molinares. German Segundo Duran Molinares was

murdered on May 26, 2003 by AUC paramilitaries.  German Segundo Duran

Molinares was at the fruit stand he operated on the road between Cienaga,

Magdalena and Santa Marta, Magdalena at midday on May 26, 2003 when two

AUC paramilitaries passed by on a motorcycle and shot him multiple times,

wounding him.  German Segundo Duran Molinares died from his wounds shortly

thereafter.

1491. Luz de Maria Gonzalez Rojano is the mother and legal heir of

Hexeario Jose Vargas Gonzalez, a banana worker.  Hexeario Jose Vargas Gonzalez

was kidnapped and murdered on February 11, 1999 by AUC paramilitaries.  In the

very early morning hours of February 11, 1999, Hexeario Jose Vargas Gonzalez

was asleep in his home in Cienaga, Magdalena with his wife when a group of AUC

paramilitaries entered the house.  The paramilitaries searched the house and found

Hexeario Jose Vargas Gonzalez and his wife.  The paramilitaries kidnapped them

both, took them to the "Volcan" area of Cienaga, and killed them.  The

paramilitaries shot Hexeario Jose Vargas Gonzalez multiple times in the head.

1492. Beatriz Elena Fernandez Martinez is the wife and legal heir of Alfredo

Blanquillo Mendoza, with whom she had three daughters.  Alfredo Blanquillo

Mendoza was murdered on April 6, 2002 by AUC paramilitaries. On the morning

of April 6, 2002 Alfredo Blanquillo Mendoza left his home in Barrio La Floresta,

Cienaga, Magdalena to go to the office of a coffee grower's association to collect payment for a project he had been contracted by them to do. Along the way, in the El Porvenir neighborhood of Cienaga, Alfredo Blanquillo Mendoza was intercepted by AUC paramilitaries. The paramilitaries shot Alfredo Blanquillo Mendoza twice in the head, killing him.

1493. Nine Paola Galvan Jaime is the daughter and legal heir of Carmen Julio Galvan, a transport worker at Finca La Juliana, a banana plantation affiliated with Chiquita Brands. Carmen Julio Galvan was murdered on or about January 31, 1995 by paramilitaries. In the early morning on or about January 31, 1995, Carmen Julio Galvan left his house in Barrio La Floresta, Cienaga, Magdalena and began driving to pick up the his semi-truck at the parking lot where he kept it. As Carmen Julio Galvan slowed his vehicle at the La Chimila truck stop on the highway in Cienaga, two paramilitaries shot him multiple times in the head and body, wounding him and causing him to crash his vehicle. Carmen Julio Galvan died at the scene.

1494. Casimiro Manga de la Rosa is the father and legal heir of Casimiro Antonio Manga Solano. Casimiro Antonio Manga Solano was murdered on August 10, 2003 was AUC paramilitaries. On the night of August 9, 2003, Casimiro Antonio Manga Solano left the home he shared with Casimiro Manga de

la Rosa in Cienaga, Magdalena to visit a friend in another neighborhood of Cienaga. Along the way, Casimiro Manga de la Rosa was intercepted by AUC paramilitaries. The paramilitaries stabbed Casimiro Manga de la Rosa, mortally wounding him, and left him in the Si Nos Dejan neighborhood of Cienaga. Casimiro Manga de la Rosa's family found him when he was still alive, but Casimiro Manga de la Rosa died of his wounds en route to the hospital.

1495. Beatriz Acevedo de Estupinan is the wife and legal heir of Alvaro Estupinan Plata, with whom she had a family. Alvaro Estupinan Plata was murdered on March 31, 1998 by AUC paramilitaries. On the morning of March 31, 1998, Alvaro Estupinan Plata was tending his store in Cienaga, Magdalena when a group of AUC paramilitaries arrived in a vehicle. The paramilitaries entered the store and shot Alvaro Estupinan Plata several times, killing him.

1496. Beatriz Acevedo de Estupinan is also the mother and also the legal heir of Ricardo Estupinan Acevedo. Ricardo Estupinan Acevedo was kidnapped and murdered on March 24, 2001 by AUC paramilitaries. In the early afternoon of March 24, 2001, Ricardo Estupinan Acevedo left his home in Cienaga, Magdalena. A short time later, a group of armed AUC paramilitaries forced Ricardo Estupinan Acevedo into their vehicle and drove away, kidnapping him. The paramilitaries

took Ricardo Estupinan Acevedo towards Sevillano, a rural zone, and then shot Ricardo Estupinan Acevedo eight times in the face, head, and hand, killing him.

1497. Carmen Ortiz is the mother and legal heir of Luis Miguel Chacon Ortiz (also "Miguel," but hereinafter "Luis Miguel"). Luis Miguel Chacon Ortiz was murdered on October 8, 2004 by AUC paramilitaries. On the evening of October 8, 2004, Luis Miguel Chacon Ortiz was walking towards his home in Cienaga, Magdalena with a friend when a group of AUC paramilitaries approached them. Luis Miguel Chacon Ortiz's friend, upon seeing the paramilitaries, attempted to run away. Luis Miguel Chacon Ortiz arrived at his home and entered inside. Some of the paramilitaries followed Luis Miguel Chacon Ortiz inside his home, where one of the paramilitaries shot Luis Miguel Chacon Ortiz in the thorax, killing him.

1498. Georgina Morelo Lenes is the sister and legal heir of Ramon Pastor Morelo Lenes (also "Lenis," but hereinafter "Lenes"). Ramon Pastor Morelo Lenes was murdered on January 15, 2004 by AUC paramilitaries. On January 15, 2004, Ramon Pastor Morelo Lenes had just finished assigning tasks to the workers on the El Rubi palm plantation in Orihueca, Zona Bananera, Magdalena where he worked and lived and was in the plantation's office when two AUC paramilitaries

707

came inside. The paramilitaries shot Ramon Pastor Morelo Lenes several times, killing him.

1499. Elsa Maria Castillo Carrillo is the sister and legal heir of Videl Antonio Castillo Carrillo, an occasional banana worker.  Videl Antonio Castillo Carrillo was murdered on February 14, 2001 by AUC paramilitaries.  In the very early morning hours of February 14, 2001, AUC paramilitaries took Videl Antonio Castillo Carrillo from his home in El Salon, Riofrio, Zona Bananera, Magdalena and shot him twice in his head and arm, killing him.

1500. Ana Isabel Tafur Santiago is the sister and legal heir of Jose Alberto Tafur Santiago.  Jose Alberto Tafur Santiago was murdered on March 7, 2004 by AUC paramilitaries.  Early on the morning of March 7, 2004, Jose Alberto Tafur Santiago was working on his plot of land in the Volcan area of Cienaga, Magdalena when two AUC paramilitaries arrived on a motorcycle. The paramilitaries shot Jose Alberto Tafur Santiago multiple times in the face and thorax, killing him.

1501. Heider Rafael Sevilla Bojato is the son and legal heir of Helder Cesar Sevilla Melendrez.  Helder Cesar Sevilla Melendrez was murdered by AUC paramilitaries on June 13, 2001.  On the afternoon of June 13, 2001, Helder Cesar Sevilla Melendrez was at his home in Cienaga, Magdalena with his family when

two AUC paramilitaries drove up on a motorcycle. The paramilitaries burst into the house and called Helder Cesar Sevilla Melendez by name. When Helder Cesar Sevilla Melendez turned to look at the paramilitaries, they shot him seven times in the head and body in front of his family, killing him. The paramilitaries then fled on the motorcycle.

1502. Acela Margarita Pomares Melo is the wife and legal heir of Juanerge Antonio Fontalvo Fontalvo, with whom she had two daughters. Stephany Carolina Fontalvo Pomares and Diana Margarita Fontalvo Pomares are the daughters and are also legal heirs of Juanerge Antonio Fontalvo Fontalvo. Juanerge Antonio Fontalvo Fontalvo was kidnapped on or about January 15, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries tortured and murdered Juanerge Antonio Fontalvo Fontalvo. Juanerge Antonio Fontalvo Fontalvo was a private driver for the Davila-Abondono Group, a company with investments in various agricultural products, including bananas. In the very early morning hours of January 15, 1998, Juanerge Antonio Fontalvo Fontalvo, Acela Margarita Pomares Melo, Stephany Carolina Fontalvo Pomares, and Diana Margarita Fontalvo Pomares were asleep in their home in Cienaga, Magdalena when a group of AUC paramilitaries arrived and forced their way inside the home. Acela Margarita Pomares Melo tried to close the door to their bedroom but they pushed it

open, throwing her to the ground.  The paramilitaries seized Juanerge Antonio Fontalvo Fontalvo, tied him up, and forced him into their pickup truck, and drove away, kidnapping him.  The paramilitaries then tortured and shot and killed Juanerge Antonio Fontalvo Fontalvo and left his body in Guamachito, Magdalena, where it was found on January 17, 1998.

1503. Inirida Beatriz Fontalvo Fontalvo is the sister and legal heir of Lucy Esther Fontalvo Fontalvo.  Lucy Esther Fontalvo Fontalvo was murdered on September 10, 2001 by AUC paramilitaries.  Late at night on September 9, 2001, Lucy Esther Fontalvo Fontalvo went out with a friend to a local bar in Cienaga, Magdalena.  At the bar, Lucy Esther Fontalvo Fontalvo was appraoched by an AUC paramilitary, Nemias Moises Sandoval Becerra.  Before leaving the bar, Lucy Esther Fontalvo Fontalvo indicated to Nemias Moises Sandoval Becerra that she knew he had murdered her brother, Juanerge Antonio Fontalvo Fontalvo (see above).  Shortly thereafter, in the early morning hours of September 10, 2001, Lucy Esther Fontalvo Fontalvo was several blocks from her home when she was intercepted by AUC paramilitaries on a motorcycle.  One of the paramilitaries shot Lucy Esther Fontalvo Fontalvo once in the head, killing her.

1504. Dolis Cecilia Zamora Hernandez is the wife and is also a legal heir of Jacinto Antonio Miranda Martinez, with whom she had three children, and the

mother of J.A.M.Z., who was born in 1995. J.A.M.Z. is the son and is also a legal heir of Jacinto Antonio Miranda Martinez. Mauricio de Jesus Miranda Zamora is also the son and is also a legal heir of Jacinto Antonio Miranda Martinez. Cleotilde Esther Martinez Atencio is the mother and is also a legal heir of Jacinto Antonio Miranda Martinez. Jacinto Antonio Miranda Martinez, a driver for the ASORIOFRIO irrigation company who lived in Rio Frio, was murdered on April 16, 1999 by AUC paramilitaries. On April 16, 1999 Jacinto Antonio Miranda Martinez was in Cienaga, Magdalena at an auto-mechanic's shop where he was repairing one of his employer's vehicles, when a group of AUC paramilitaries accosted him and shot him multiple times in the head, face, and neck, killing him.

1505. Cleotilde Esther Martinez Atencio is also the mother and also the legal heir of Osvaldo Alonso Perez Martinez. Osvaldo Alonso Perez Martinez was murdered on June 6, 1997 by AUC paramilitaries. On the morning of June 6, 1997, Osvaldo Alonso Perez Martinez stopped to chat with a friend near the soccer field in Rio Frio, Magdalena when two AUC paramilitaries approached on a motorcycle. The two paramilitaries approached Osvaldo Alonso Perez Martinez and one of them shot and injured Osvaldo Alonso Perez Martinez. Osvaldo Alonso Perez Martinez ran and tried to take cover in a nearby house, but was unable to enter because the door was locked. When Osvaldo Alonso Perez Martinez fell to the

ground injured, the two paramilitaries caught up to him. One of the paramilitaries kicked Osvaldo Alonso Perez Martinez as he lay on the ground, turned him over so that he was face-up, and then shot Osvaldo Alonso Perez Martinez in the neck and body, killing him.

1506. Maria Piedad Rivera Rivera is the wife and legal heir of Jose Luvidio Alfonso Herrera, with whom she had two children.  Jose Luvidio Alfonso Herrera was murdered on June 7, 2002 by AUC paramilitaries.  On the morning of June 7, 2002, Jose Luvidio Alfonso Herrera was on his way back to Cienaga, Magdalena from Palmor, Cienaga when the vehicle he was riding in was stopped by AUC paramilitaries near the village of Conquista between Palmor and Bodega San Jose de Kennedy.  The paramilitaries told Jose Luvidio Alfonso Herrera to get out of the vehicle, and told the driver to continue on his way. The paramilitaries then shot Jose Luvidio Alfonso Herrera once in the head, killing him. Several hours later that same day, Maria Piedad Rivera Rivera found Jose Luvidio Alfonso Herrera's body near the place where he had been detained, on the side of the road.

1507. Sulma Serna Hernandez is the mother and legal heir of Keny Manuel Perez Serna, an adolescent.  Keny Manuel Perez Serna was murdered on February 7, 2001 by AUC paramilitaries.  On the night of February 7, 2001, Keny Manuel Perez Serna was asleep at his grandmother's house in Cienaga, Magdalena when a

712

group of AUC paramilitaries arrived in the neighborhood.  The paramilitaries went to several houses, knocking on doors and breaking them down.  When the paramilitaries came to the home of Keny Manuel Perez Serna's grandmother, they forced their way inside, knocking Keny Manuel Perez Serna's grandmother to the floor.  The paramilitaries seized Keny Manuel Perez Serna and forced him out into the street, to join two other young men who had been pulled from other homes.  The paramilitaries shot Keny Manuel Perez Serna twice in the head, killing him.

1508.  Gloria Luz Socarras Dennis is the sister and legal heir of Olga Lucia Socarras Dennys (also "Dennis" or "Denni," but hereinafter "Dennys").  Olga Lucia Socarras Dennis was kidnapped and disappeared on March 10, 1998.  On the morning of March 10, 1998, Olga Lucia Socarras Dennys left her home in Barrio La Concepcion, Cienaga, Magdalena to run an errand for her mother, when she was intercepted by AUC paramilitaries. The paramilitaries kidnapped Olga Lucia Socarras Dennys, who was never seen again.

1509.  Jorge Eliecer Pena Oliveros is the brother and legal heir of Pedro Antonio Pena Oliveros.  Pedro Antonio Pena Oliveros was murdered on March 2, 2001 by AUC paramilitaries.  On March 1, 2001, Pedro Antonio Pena Oliveros went to Tasajera, Puebloviejo, Magdalena to buy fish.  Night fell before Pedro Antonio Pena Oliveros could return to his home in La Gran Via, Zona Bananera,

Magdalena, so he spent the night at a friend's house in Puebloviejo.  In the very early morning hours of March 2, 2001, a group of AUC paramilitaries arrived at the house where Pedro Antonio Pena Oliveros was staying, knocked on the door, and identified themselves as AUC members.  The paramilitaries then forced their way inside the home.  Finding Pedro Antonio Pena Oliveros, the paramilitaries shot him twice in the head and body, killing him.  The paramilitaries also shot and killed two other men in the house.

1510. Nilka Isabel Mendoza Caro is the sister and legal heir of Enot Enrique Mendoza Riascos (also "Henoc" or "Enoc," but hereinafter "Enot").  Enot Enrique Mendoza Riascos was murdered on April 7, 1997 by AUC paramilitaries.  Enot Enrique Mendoza Riascos had received death threats for several years prior to his murder because of his membership in the Communist Party and his organizing work with EDUMAG, the Magdalena teachers trade union.  Through his participation in the Union Patriotica political party, Enot Enrique Mendoza Riascos became the Cienaga Secretary of Education.  On the afternoon of April 7, 1997, Enot Enrique Mendoza Riascos was sitting in the doorway of his home in Cienaga, Magdalena convalescing from an injury, when a group of AUC paramilitaries arrived in a vehicle.  Two of the paramilitaries approached Enot Enrique Mendoza Riascos on foot and shot him twice in the head, killing him.

1511. Cira Isabel Saltaren Sarcos (also "Zarco," but hereinafter "Sarcos") is the sister and legal heir of Julian Segundo Saltaren Zarco (also "Sarcos," but hereinafter "Zarco"), a detective with the DAS, Colombia's secret service. Julian Segundo Saltaren Zarco was kidnapped by AUC paramilitaries on or about August 19, 2003; after kidnapping him, the paramilitaries murdered Julian Segundo Saltaren Zarco. In December 2002, AUC paramilitaries had robbed a jewelry store in Fundacion, Magdalena and Julian Segundo Saltaren Zarco was suspected of having being involved. The DAS suspended Julian Segundo Saltaren Zarco from work during the ensuing investigation. During the investigation, Julian Segundo Saltaren Zarco told Cira Isabel Saltaren Sarcos that the police and AUC paramilitaries had worked together to steal two containers of various goods. The police and AUC paramilitaries began to threaten Julian Segundo Saltaren Zarco because they knew that he was aware of what they had done. On or about August 19, 2003, Julian Segundo Saltaren Zarco was kidnapped by AUC paramilitaries from a dancehall in Monterrubio, Sabanas de San Angel, Magdalena. The paramilitaries then murdered Julian Segundo Saltaren Zarco and mutilated his body, leaving it on the outskirts of Monterrubio, where it was found on August 22, 2003.

715

1512. Julieth Paulina Perez Barbosa (also "Juliet," but hereinafter "Julieth") is the daughter and legal heir of Nain Alfonso Perez Quintero, a worker on the La Reserva banana plantation.  Nain Alfonso Perez Quintero was murdered by paramilitaries on February 7, 1996.  On February 7, 1996, Nain Alfonso Perez Quintero and some friends left the La Reserva plantation on the road between Cienaga and Rio Frio, Magdalena when a group of AUC paramilitaries approached them.  The paramilitaries shot and killed Nain Alfonso Perez Quintero.

1513. Dionor Esther Meza Herrera is the sister and legal heir of Oscar de Jesus Ardila Herrera, an 18-year-old banana worker. Oscar de Jesus Ardila Herrera was murdered on or about September 3, 1997 by AUC paramilitaries. On the afternoon of September 2, 1997, Oscar de Jesus Ardila Herrera left his home in Cienaga, Magdalena on his bicycle to meet up with friends. Along the way, Oscar de Jesus Ardila Herrera was intercepted by AUC paramilitaries, who stabbed him multiple times, killing him, and left his body near the Cienaga beach, where he was found on September 3, 1997. Oscar de Jesus Ardila Herrera had received threats from the AUC paramilitaries because he had refused to allow them to recruit him. Following the murder of Oscar de Jesus Ardila Herrera, Dionor Esther Meza Herrera fled to Codazzi, Cesar out of fear, where she has continued to live.

716

1514. Betty Yaneth Garizao Florez is the wife and legal heir of Alex de Jesus Alcendra Pabon, with whom she had two sons, and the mother of J.A.A.G. 1, who was born in 1996, and J.A.A.G. 2, who was born in 2003. J.A.A.G. 1 and J.A.A.G. 2 are the sons and also are legal heirs of Alex de Jesus Alcendra Pabon. Alex de Jesus Alcendra Pabon was murdered on May 23, 2006 by AUC paramilitaries.  Alex de Jesus Alcendra Pabon worked with ANUC, a national rural workers organization. A few days prior to his murder, Alex de Jesus Alcendra Pabon had gone to Bogota to propose a project on behalf of the organization to INCODER, the Colombian government's land agency.  On the night of May 23, 2006, Alex de Jesus Alcendra Pabon was sitting in the doorway of his home in Cantilito, Santa Marta, Magdalena with several family members and friends when an AUC paramilitary on a motorcycle arrived and shot at the group, injuring several people and killing Alex de Jesus Alcendra Pabon, who was shot in the head and body.

1515. Carlos Mario Pino Marin is the brother and legal heir of Francisco Luis Pino Marin.  Francisco Luis Pino Marin was kidnapped and murdered on or about November 2, 2000 by AUC paramilitaries.  On November 2, 2000, Francisco Luis Pino Marin left his home in Barrio San Juan, Cienaga, Magdalena to go to Palmor, Cienaga.  While Francisco Luis Pino Marin was in Palmor, AUC

717

paramilitaries kidnapped him along with several other people. Francisco Luis Pino Marin was not seen again until his remains were discovered years later and turned over to the family on March 27, 2009.

1516. Delly Margoth Echeverria Ortiz is the sister and legal heir of Cesar Lopez Ortiz (also "Cesar Augusto," but hereinafter "Cesar"). Cesar Lopez Ortiz was murdered on January 25, 2002 by AUC paramilitaries. On January 25, 2002, Cesar Lopez Ortiz left his home in Barrio La Bolivariana, Santa Marta, Magdalena to accompany a friend to the bus stop. After Cesar Lopez Ortiz and his friend left Cesar Lopez Ortiz's home, two AUC paramilitaries rode past the house on a motorcycle. The paramilitaries found Cesar Lopez Ortiz, and shot him multiple times, killing him. Several other people, including Cesar Lopez Ortiz's friend, were wounded in the shooting.

1517. Luz Marina Lopez Ortiz is the sister and legal heir of Aidano Maria Lopez Ortiz (also "Aidano Alfonso," but hereinafter "Aidano Maria"). Aidano Maria Lopez Ortiz was kidnapped on July 23, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Aidano Maria Lopez Ortiz. On the night of July 23, 1997, Aidano Maria Lopez Ortiz was in his home in Barrio El Pando, Santa Marta, Magdalena when a group of AUC paramilitaries arrived in a pickup truck. Several paramilitaries got out of the pickup truck and identified

themselves as government agents of the CTI of the Colombian Attorney General's Office, and told Aidano Maria Lopez Ortiz to accompany them. When Aidano Alfonso Lopez Ortiz asked to see their identification, the paramilitaries seized Aidano Alfonso Lopez Ortiz, forced him into their pickup truck, and drove away, kidnapping him. The family went to the Attorney General's Office and learned that that office had not sent agents to apprehend Aidano Maria Lopez Ortiz. The paramilitaries shot and killed Aidano Maria Lopez Ortiz, and left his body near the La Aguja Bridge in rural Cienaga, Magdalena.

1518. Bernardina Rojas Villamizar is the wife and legal heir of Andres Blanco Jaimes, with whom she had four children. Andres Blanco Jaimes was murdered on April 3, 2000 by AUC paramilitaries. In the evening on April 3, 2000, as Andres Blanco Jaimes was making his rounds at the Finca Carital banana plantation, where he worked as a security guard, he was intercepted by two AUC paramilitaries. One of the paramilitaries shot Andres Blanco Jaimes in the head, killing him.

1519. Ana Dolores Gil Zarate is the sister and legal heir of Guillermo Gil Zarate, who worked with someone who traded bananas which had been rejected for export between Zona Bananera/Cienaga, Magdalena and Barranquilla, Atlantico. Guillermo Gil Zarate was murdered by AUC paramilitaries on or about May 15,

2002.  In the very early morning hours on or about May 15, 2002, a group of AUC paramilitaries forced their way into Guillermo Gil Zarate's house in Barrio Obrero, Cienaga, Magdalena.  The paramilitaries seized Guillermo Gil Zarate, beat him, and then shot him twice in the head, killing him inside the house.

1520.  Alcira Esther Sandoval Garcia is the wife and legal heir of Jesus Alberto Herrera Garcia, with whom she had a family. Jesus Alberto Herrera Garcia was murdered on November 14, 2000 by AUC paramilitaries. In the early morning hours of November 14, 2000, a group of AUC paramilitaries surrounded the home of Jesus Alberto Herrera Garcia on the Luz Marina banana plantation near Rio Aguja, between Rio Frio and Cienaga, Magdalena. The paramilitaries demanded that Jesus Alberto Herrera Garcia and his family open the door, saying that if the family did not open the door they would throw live grenades inside. Jesus Alberto Herrera Garcia's mother-in-law opened the door; the paramilitaries forced their way inside, throwing Jesus Alberto Herrera Garcia's mother-in-law to the floor. Jesus Alberto Herrera Garcia attempted to defend his mother-in-law. The paramilitaries overcame Jesus Alberto Herrera Garcia, tied his hands, and threw him to the floor. The paramilitaries demanded to know where Jesus Alberto Herrera Garcia's father-in-law was. Jesus Alberto Herrera Garcia's father-in-law had slipped away.  The paramilitaries beat Jesus Alberto Herrera Garcia. While the

paramilitaries were leading Jesus Alberto Herrera Garcia away he attempted to escape, but the paramilitaries shot and wounded him. One of the paramilitaries then shot Jesus Alberto Herrera Garcia once in the head, killing him. Before leaving, the paramilitaries stole valuables from Jesus Alberto Herrera Garcia's family and warned them to leave the Luz Marina plantation.

1521. Sara Maria Becerra Paredes is the mother and legal heir of Renzo Fabian Becerra Paredes, a 16-year-old student.  Fredy Jose Becerra Paredes is the brother and legal heir of Luis Miguel Becerra Paredes.  Jhemmy Schoonewolff Castillo is the wife and legal heir of David Becerra Paredes, with whom she had a family, and the mother of D.B.S., who was born in 1996. D.B.S. is the son and is also a legal heir of David Becerra Paredes. Lillybeth Maria Becerra Schoonewolff, Sheila Margarita Becerra Schoonewolff, and Brenda Aljadis Becerro Cucunuba are the daughter and are also legal heirs of David Becerra Paredes. Luis Miguel Becerra Paredes, Renzo Fabian Becerra Paredes, and David Becerra Paredes were kidnapped on March 5, 2002 by AUC paramilitaries; after kidnapping them, the AUC paramilitaries murdered Luis Miguel Becerra Paredes, Renzo Fabian Becerra Paredes, and David Becerra Paredes.  On March 5, 2002, Luis Miguel Becerra Paredes, David Becerra Paredes, and Renzo Fabian Becerra Paredes were on their way to Santa Marta, Magdalena with a load of coffee to sell when they were

stopped at an AUC paramilitary checkpoint.  The paramilitaries kidnapped Luis Miguel Becerra Paredes, David Becerra Paredes, and Renzo Fabian Becerra Paredes.  The paramilitaries threatened the family, who fled their land in fear. The paramilitaries murdered Luis Miguel Becerra Paredes, Renzo Fabian Becerra Paredes, and David Becerra Paredes and dismembered their bodies before burying them in a common clandestine grave in the El Campano sector of Minca, Santa Marta. The bodies of Luis Miguel Becerra Paredes, Renzo Fabian Becerra Paredes, and David Becerra Paredes were exhumed on September 29, 2007.

1522.  Denis Marquez Orozco is the mother and legal heir of Alfonso de Jesus Parejo Marquez.  Alfonso de Jesus Parejo Marquez was murdered on May 29, 2001 by AUC paramilitaries.  In the early morning hours of May 29, 2001, Alfonso de Jesus Parejo Marquez was meeting with a friend in Cienaga, Magdalena when a group of AUC paramilitaries accosted them and shot Alfonso de Jesus Parejo Marquez twice in the head and face, killing him.

1523.  Maria del Carmen Montejo Callejas is the mother and legal heir of Jose Gregorio Hoyos Callejas.  Jose Gregorio Hoyos Callejas was murdered on or about July 2, 2005.  On the evening of July 2, 2005, Jose Gregorio Hoyos Callejas left Maria del Carmen Montejo Callejas' house in Santa Marta, Magdalena and went to visit a man who owed him money for a job Jose Gregorio Hoyos Callejas

had done.  After Jose Gregorio Hoyos Callejas left Maria del Carmen Montejo

Callejas' home, he was intercepted by AUC paramilitaries. The paramilitaries

tortured Jose Gregorio Hoyos Callejas and shot him three times in the face, head,

and neck, killing him, and left his body in the 20 de Octubre neighborhood of

Santa Marta, where it was found the following day, on July 3, 2005.  Jose Gregorio

Hoyos Callejas had been gagged with wire, tortured, and shot multiple times.

1524. Miriam Cecilia Merino Suarez is the mother and legal heir of

Francisco Miguel Merino Suarez.  Francisco Miguel Merino Suarez was murdered

on August 27, 2000 by AUC paramilitaries.  In the very early morning hours of

August 27, 2000, a group of AUC paramilitaries arrived at the home of Miriam

Cecilia Merino Suarez and Francisco Miguel Merino Suarez in Cienaga,

Magdalena.  The paramilitaries forced their way inside the home, seized Francisco

Miguel Merino Suarez, and forced him out of the house.  The paramilitaries took

Francisco Miguel Merino Suarez some distance away from the house and shot him

in the head, killing him.  The paramilitaries murdered several other Cienaga

residents that morning.

1525. Berta Lucy Zapata Ramirez is the wife and legal heir of Luis Alberto

Payares Ortiz, with whom she had three daughters.  Luis Alberto Payares Ortiz was

murdered on March 15, 2001 by AUC paramilitaries.  In the early evening hours of

March 15, 2001, Luis Alberto Payares Ortiz left his house in Cienaga, Magdalena to go to the palm oil refinery to begin his shift.  Along the way, Luis Alberto Payares Ortiz was intercepted by two armed AUC paramilitaries. The paramilitaries shot Luis Alberto Payares Ortiz four times in the head and body, killing him.

1526. Yenis Maria Medina Alvarez is the sister and legal heir of Wiston Calet Medina Alvarez.  Wiston Calet Medina Alvarez was murdered on or about February 22, 2005 by AUC paramilitaries.  On the afternoon of February 22, 2005, Wiston Calet Medina Alvarez left his house in Barrio La Esperanza, Fundacion, Magdalena to run an errand but never returned.  While out, Wiston Calet Medina Alvarez was intercepted by AUC paramilitaries. The paramilitaries stabbed Wiston Calet Medina Alvarez multiple times in the face, neck, and body, killing him, and left his body in the Los Laureles neighborhood of Fundacion, where it was found in an advanced state of decomposition on February 26, 2005.

1527. Delfilia Rosa Chamorro Bolano is the mother and legal heir of Miguel Angel Carrillo Chamorro, an adolescent student.  Miguel Angel Carrillo Chamorro was murdered on February 18, 2002 by AUC paramilitaries.  On February 18, 2002, AUC paramilitaries carried out a large operation in the town of Candelaria, Zona Bananera, Magdalena, setting up checkpoints and detaining residents as they

entered or left the town.  Miguel Angel Carrillo Chamorro had gone out to run an errand for his family and on his way back was detained at one of the AUC pararmilitary checkpoints.  The paramilitaries shot Miguel Angel Carrillo Chamorro in the head, killing him.  The paramilitaries murdered several other people in Candelaria that same day.

1528. Marina Salome Bovea Castillo is the wife and legal heir of Hector Vascos Baracaldo, with whom she had five children.  Hector Vascos Baracaldo was the owner of a hardware store and a transport owner-operator who transported bananas from plantations in the banana zone of Magdalena to the port of Santa Marta. For approximately four years, Hector Vascos Baracaldo transported bananas from Finca San Pedro 2 and Finca San Rafael. Hector Vascos Baracaldo was murdered on July 31, 1997 by AUC paramilitaries. On July 31, 1997, at approximately 11:00 AM, Hector Vascos Baracaldo was in his hardware store in Santa Marta when two AUC paramilitaries entered and asked for something. When Hector Vascos Baracaldo saw the paramilitaries, he tried to escape, but when he turned his back on them one of the paramilitaries shot him multiple times in the head and body, killing him.

1529. Maryuris Sugey Dominguez Marquez is the wife and legal heir of Oscar Calixto Ruiz Ariza, with whom she had two children.  Oscar Calixto Ruiz

Ariza was murdered on January 24, 1998 by AUC paramilitaries.  On the afternoon of January 24, 1998, a group of AUC paramilitaries arrived at Oscar Calixto Ruiz Ariza's juice stand at the Cienaga, Magdalena train station at the Plaza los Martires. The paramilitaries shot Oscar Calixto Ruiz Ariza multiple times, wounding him.  One of the paramilitaries walked over to Oscar Calixto Ruiz Ariza and stabbed him several times, killing him.

1530. Maria Josefina Castro de Ospina is the mother and legal heir of Salvador Emilio Ospina Castro. Salvador Ospina Quiroz is the son and is also a legal heir of Salvador Emilio Ospina Castro.  Salvador Emilio Ospina Castro was kidnapped on or about October 12, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Salvador Emilio Ospina Castro.  At the time of Salvador Emilio Ospina Castro's kidnapping and murder, there was a large guerrilla presence in and around the town of San Pedro de la Sierra, Cienaga, Magdalena, where he lived. The AUC paramilitaries were attempting to wrest control of the area from the guerrillas.  On or about October 12, 1998, AUC paramilitaries invaded San Pedro de la Sierra and kidnapped 10 residents, among them Salvador Emilio Ospina Castro.  The paramilitaries killed the 10 villagers and left their bodies in different places.  On October 17, 1998, Salvador Emilio Ospina Castro's body was found in the river in Santa Rosalia, Cienaga, Magdalena.

Salvador Emilio Ospina Castro's hands and feet were tied and he had been shot in the neck.

1531. Ines Romero de Dominguez is the mother and legal heir of Manuel Francisco Dominguez Romero.  Manuel Francisco Dominguez Romero was murdered on May 11, 2006 by AUC paramilitaries.  Manuel Francisco Dominguez Romero worked as a security guard in Palermo, Magdalena. Manuel Francisco Dominguez Romero had received death threats from the AUC paramilitaries and had decided to hide temporarily in Barranquilla, Atlantico.  On the evening of May 11, 2006, two men Manuel Francisco Dominguez Romero knew but who were AUC paramilitary infiltrators came to Manuel Francisco Dominguez Romero's house in Barranquilla and convinced Manuel Francisco Dominguez Romero to go out.  The three men went to a nearby park in Barrio La Chinita, Barranquilla near Manuel Francisco Dominguez Romero's house. While there, one of the men shot and killed Manuel Francisco Dominguez Romero.

1532. Maria Trinidad Navarro Blanco is the mother and legal heir of Cristian Humberto Navarro Blanco.  Sol Melania Mejia Polo is the wife and is also a legal heir of Cristian Humberto Navarro Blanco, with whom she had a family, and the mother of Y.M.N.M., who was born in 1996, and of Y.N.M., who was born in 1994. Y.M.N.M. and Y.N.M. are the daughters and are also legal heirs of

Cristian Humberto Navarro Blanco. Cristian Humberto Navarro Blanco was kidnapped by AUC paramilitaries on or about October 29, 2004; after kidnapping him, the paramilitaries killed Cristian Humberto Navarro Blanco.  On or about October 29, 2004, Cristian Humberto Navarro Blanco was transporting a load of coffee from San Pedro de la Sierra, Cienaga, Magdalena to another farm when he was intercepted by a group of armed AUC paramilitaries.  The paramilitaries seized Cristian Humberto Navarro Blanco and another man accompanying him and kidnapped them, taking the men's coffee, animals, and cart.  The paramilitaries held Cristian Humberto Navarro Blanco and his companion for a couple of weeks, then shot Cristian Humberto Navarro Blanco four times in the head and neck. Cristian Humberto Navarro Blanco's body was found on November 19, 2004 on the side of the road between Cienaga and Santa Marta in Magdalena.  The paramilitaries also shot and killed Cristian Humberto Navarro Blanco's companion and deposited his body alongside Cristian Humberto Navarro Blanco's body. Cristian Humberto Navarro Blanco's body showed signs of torture.

1533. Maria Concepcion Lora Cantillo is the wife and legal heir of Victor Julio Sierra Jeronimo, with whom she had six children.  Victor Julio Sierra Jeronimo was murdered on or about August 1, 1998 by AUC paramilitaries.  In the early evening of July 31, 1998, Victor Julio Sierra Jeronimo left his home in Barrio

Obrero, Cienaga, Magdalena to go to the Monte de Maria farm, also in Cienaga. Along the way, Victor Julio Sierra Jeronimo was intercepted by AUC paramilitaries. The paramilitaries tied Victor Julio Sierra Jeronimo's hands and shot him multiple times in the head and body, killing him.

1534. Neila Beatriz de Alba Castro is the wife and legal heir of Martin Emilio Villanueva Ayala, with whom she had a family.  Emilia Ayala de Villanueva is the mother and is also a legal heir of Martin Emilio Villanueva Ayala.  Cielo Maria Jimenez Arias is also the wife and is also a legal heir of Martin Emilio Villanueva Ayala, with whom she had a family.  Martin Emilio Villanueva Ayala was murdered on March 14, 2003 by AUC paramilitaries.  On the afternoon of March 14, 2003, Martin Emilio Villanueva Ayala and another employee of a Cienaga, Magdalena funeral home owned by Martin Emilio Villanueva Ayala's sister were on their way to assist at a funeral in Sevilla, Zona Bananera.  Near Las Margaritas, located on the Cienaga-Rio Frio road, they were intercepted by a group of armed AUC paramilitaries. The paramilitaries shot Martin Emilio Villanueva Ayala multiple times in the face and body, killing him. The paramilitaries also murdered the other funeral home employee.

1535. Ruby Maria Berdugo Marriaga is the mother and legal heir of Fernando Antonio Villanueva Berdugo.  Fernando Antonio Villanueva Berdugo

was murdered on September 17, 2007 by AUC paramilitaries.  On the night of September 17, 2007, Fernando Antonio Villanueva Berdugo was at a child's birthday party in the Las Margaritas sector of Cienaga, Magdalena when two AUC paramilitaries arrived on a motorcycle.  The paramilitaries shot Fernando Antonio Villanueva Berdugo multiple times, killing him.  Several other people at the party were also wounded in the shooting.

1536. Nidia Ines Zapata Ramirez is the mother and legal heir of Ubeimar Restrepo Zapata.  Ubeimar Restrepo Zapata was murdered on August 2, 2000 by AUC paramilitaries.  On the evening of August 2, 2000, Ubeimar Restrepo Zapata and some friends and fellow transport workers, including Yesid Albeiro Reatiga Sanchez, (see above) were having sodas after work in the Estacion section of Cienaga, Magdalena, when two AUC paramilitaries arrived. The paramilitaries shot Ubeimar Restrepo Zapata twice in the body, killing him.  The paramilitaries also shot Yesid Albeiro Reatiga Sanchez.

1537. Yesid Albeiro Reatiga Sanchez is a surviving victim who was wounded and permanently disabled on August 2, 2000 by AUC paramilitaries.  On the evening of August 2, 2000, Yesid Albeiro Reatiga Sanchez and some friends and fellow transport workers, including Ubeimar Restrepo Zapata, (see above) were having sodas after work in the Estacion section of Cienaga, Magdalena, when

730

two AUC paramilitaries arrived. The paramilitaries shot and wounded Yesid Albeiro Reatiga Sanchez, leaving him permananetly disabled.  Yesid Albeiro Reatiga Sanchez still has a bullet lodged in his left ankle and has not been able to resume a normal life due to his injury.  The paramilitaries also shot Ubeimar Restrepo Zapata multiple times, killing him.

1538. Sara Ester Florez de Caceres is the mother and legal heir of Alexi Jose Caceres Florez.  Alexi Jose Caceres Florez was murdered on March 20, 2007 by AUC paramilitaries.  On the afternoon of March 20, 2007, Alexi Jose Caceres Florez left his sister's house and went to run an errand. Sometime after Alexi Jose Caceres Florez left, he was intercepted by AUC paramilitaries. The paramilitaries murdered Alexi Jose Caceres Florez with two gunshots to the head, and left his body in Ojo de Agua, on the road between Santa Marta and Cienaga, Magdalena.

1539. Elizabeth Rojas de Felipe is the sister and legal heir of Luis Antonio Rojas Hurtado.  Luis Antonio Rojas Hurtado was murdered on January 14, 2005 by AUC paramilitaries.  On the morning of January 14, 2005, Luis Antonio Rojas Hurtado was alone in one of the apartments in the housing development where he worked as a guard in Sierra Morena, Santa Marta, Magdalena when an armed AUC paramilitary accosted him and shot him in the head, killing him.

1540. Raquel Maria Guerrero Moreno is the wife and legal heir of Luis Gilberto Munoz Lopez, with whom she had three children. Luis Gilberto Munoz Lopez was a security guard at the Las Margaritas banana plantation in Cienaga, Magdalena.  Luis Gilberto Munoz Lopez was kidnapped and murdered on October 20, 1997 by AUC paramilitaries.  On the evening of October 20, 1997, Luis Gilberto Munoz Lopez had finished up his shift and was leaving Finca Las Margaritas when he was intercepted by a group of AUC paramilitaries.  The paramilitaries kidnapped Luis Gilberto Munoz Lopez, tied him up, took him to the Manantial area of Cienaga, and shot him to death.

1541. Luz Marina Acosta Geronimo is the mother and legal heir of Eduardo Manuel Perez Acosta, an employee of the Finca San Miguel banana plantation. Yuraima Esther Perez Acosta is the sister and is also a legal heir of Eduardo Manuel Perez Acosta.  Eduardo Manuel Perez Acosta was kidnapped and disappeared on February 15, 1997 by AUC paramilitaries.  On the morning of February 15, 1997, Eduardo Manuel Perez Acosta was waiting with his brother to board a bus to Cienaga, Magdalena when they were intercepted by a group of AUC paramilitaries in a vehicle.  The paramilitaries seized Eduardo Manuel Perez Acosta, forced him into their vehicle, and drove away, kidnapping him, and told Eduardo Manuel Perez Acosta's brother to return home.  A few days later, Eduardo

732

Manuel Perez Acosta's family received notice from the AUC paramilitaries threatening them and warning them not to file a complaint with the police about the kidnapping, or they would be killed.  Eduardo Manuel Perez Acosta was never seen again.

1542. Elba Segunda Robles Prado is the wife and legal heir of Ismael Torres Ballesta (also "Ballestas," but hereinafter "Ballesta"), with whom she had a family, and the mother of C.L.T.R., who was born in 2003, of G.M.T.R., who was born in 1996, and of V.I.T.R., who was born in 1999. C.L.T.R., G.M.T.R., and V.I.T.R. are the children and also are legal heirs of Ismael Torres Ballesta.  Ismael Torres Ballesta was murdered by AUC paramilitaries on December 9, 2005.  Early on the afternoon of December 9, 2005, Ismael Torres Ballesta returned to his home in the El Faro section of Cienaga, Magdalena for lunch.  As Ismael Torres Ballesta was arriving home, an AUC paramilitary rode up to the house on a bicycle and asked Ismael Torres Ballesta a question.  Ismael Torres Ballesta answered the man and then turned away.  As Ismael Torres Ballesta turned away, the paramilitary took out a handgun and shot him four times in the face, head, and body, killing him.

1543. Beatriz Maria Riascos Gonzalez is the sister and legal heir of Antonio Jose Riascos Gonzalez.  Antonio Jose Riascos Gonzalez was murdered on February 16, 2002 by AUC paramilitaries.  On the night of February 16, 2002, as

Antonio Jose Riascos Gonzalez returned to his home in Rio Frio, Zona Bananera, Magdalena, he encountered a group of AUC paramilitaries waiting for him. The paramilitaries surrounded Antonio Jose Riascos Gonzalez and told him they needed to speak with him, then told Antonio Jose Riascos Gonzalez's son to lie face-down under their vehicle. The paramilitaries took Antonio Jose Riascos Gonzalez behind his house, beat him, and then shot him multiple times in the face and head, before slitting his throat, killing him.

1544. Angelica del Carmen Gonzalez de Penalver is the sister and legal heir of Pedro Juan Gonzalez Crespo. Pedro Juan Gonzalez Crespo was murdered on October 22, 2002 by AUC paramilitaries. On the evening of October 22, 2002, Pedro Juan Gonzalez Crespo was sitting in the entrance to his house in Barrio 18 de Enero in Cienaga, Magdalena holding his infant niece when two AUC paramilitaries arrived. The paramilitaries shot Pedro Juan Gonzalez Crespo in the head multiple times, killing him.

1545. Yadira Elena Troncoso Miranda is the mother and legal heir of Eulisis Manuel Silva Troncoso. Eulisis Manuel Silva Troncoso was murdered on August 3, 2007 by AUC paramilitaries. On the afternoon of August 3, 2007, Eulisis Manuel Silva Troncoso was intercepted by AUC paramilitaries while driving his

motorcycle taxi in Cienaga, Magdalena. The paramilitaries shot Eulisis Manuel Silva Troncoso and left his body in Sevillano, Cienaga.

1546. Angel Valencia Olivero is the father and legal heir of Joel de Jesus Valencia Perez. Joel de Jesus Valencia Perez was murdered on July 17, 2001 by AUC paramilitaries. On July 17, 2001, Joel de Jesus Valencia Perez was at a festival in the main square in Orihueca, Zona Bananera, Magdalena when an AUC paramilitary intercepted him and shot him in the head, killing him. The paramilitary also shot and killed a man sitting next to Joel de Jesus Valencia Perez. That evening, the AUC paramilitaries killed several people at the festival and wounded several others.

1547. Sara del Carmen Tejedor Estrada is the wife and legal heir of Guillermo Antonio Fandino Egea, with whom she had a family. Guillermo Antonio Fandino Egea was murdered on October 8, 2001 by AUC paramilitaries. In the early morning hours of October 8, 2001, Guillermo Antonio Fandino Egea was in his house in Mingueo, Dibulla, Guajira when AUC paramilitaries arrived, pulled him from his home, and shot and killed him. Guillermo Antonio Fandino Egea's body was found on the Santa Marta-Riohacha road.

1548. Maria Celina Ortiz Sanchez is the sister and legal heir of Eufracio Ortiz Sanchez. Eufracio Ortiz Sanchez was murdered on August 13, 2006 by AUC

735

paramilitaries.  Several months prior to the murder, two semi-truck tires had been

stolen from the gas station where Eufracio Ortiz Sanchez worked in Cienaga,

Magdalena and he had reported it to the prosecutor's office.  A few days later the

tires reappeared, but the AUC paramilitaries in the region began threatening

Eufracio Ortiz Sanchez.  On the evening of August 13, 2006, AUC paramilitaries

approached Eufracio Ortiz Sanchez, who was in the gas station where he worked.

The paramilitaries shot Eufracio Ortiz Sanchez multiple times in the face, head,

and body, killing him.

    1549. Wilman Jose Pua Orellano is the father and legal heir of Gerson

Daniel Pua Gonzalez.  Gerson Daniel Pua Gonzalez was murdered on May 20,

2005 by AUC paramilitaries.  On the afternoon of May 20, 2005, Gerson Daniel

Pua Gonzalez and two of his friends went to a farm in Soledad, Atlantico.  When

the three young men arrived at the entrance to the farm, an AUC paramilitary

intercepted them and shot all three of them, killing them. Gerson Daniel Pua

Gonzalez was shot multiple times.

    1550. Elsi Judith Morales Fandino (also "Elsa," but hereinafter "Elsi") is the

mother and legal heir of Climaco Barrera Morales.  Climaco Barrera Morales was

murdered on or about July 2, 1997 by AUC paramilitaries.  Late on the night of

July 1, 1997 or early on the morning of July 2, 1997, a large group of AUC

736

paramilitaries arrived at the home of Climaco Barrera Morales in Cienaga, Magdalena and forced their way inside.  When the paramilitaries entered the house, Climaco Barrera Morales hid under a bed.  The paramilitaries found Climaco Barrera Morales and shot him multiple times, killing him. The paramilitaries also kidnapped and disappeared Edwin Alfonso Moreno Perea as they were leaving the scene (see below). As a result of the murder of Climaco Barrera Morales and the kidnapping and disappearance of Edwin Alfonso Moreno Perea, Elsi Judith Morales Fandino fled Cienaga to live in Valledupar, Cesar for approximately two years.

1551. Ester Maria Moreno Perea is the sister and legal heir of Edwin Alfonso Moreno Perea. Edwin Alfonso Moreno Perea was kidnapped and disappeared on or about July 2, 1997 by AUC paramilitaries. Late on the night of July 1, 1997, or early on the morning of July 2, 1997, a large group of AUC paramilitaries arrived at the home in Cienaga, Magdalena where Edwin Alfonso Moreno Perea lived in Cienaga, Magdalena. The paramilitaries were looking for Climaco Barrera Morales (see above), who lived in the same home. After murdering Climaco Barrera Morales, the paramilitaries found Edwin Alfonso Moreno Perea, bound him and forced him into one of their vehicles and drove away with him, kidnapping him in the presence of Ester Maria Moreno Perea.

Edwin Alfonso Moreno Perea was never seen again. As a result of the murder of Climaco Barrera Morales and the kidnapping and disappearance of Edwin Alfonso Moreno Perea, Ester Maria Moreno Perea fled Cienaga to El Reten, Magdalena several weeks after the crime and has lived there since.

1552. Consuelo del Rosario Rosado Pedroza is the mother and legal heir of Jose Alfredo Rosado Pedroza.  Jose Alfredo Rosado Pedroza was murdered on October 19, 2007 by AUC paramilitaries.  On the evening of October 19, 2007, Jose Alfredo Rosado Pedroza was visiting a friend in Barrio Minuto de Dios, Cienaga, Magdalena when two AUC paramilitaries arrived.  The paramilitaries shot Jose Alfredo Rosado Pedroza multiple times, killing him.

1553. Rafael Jimenez Ortiz is the father and legal heir of Rafael Enrique Jimenez Castro.  Rafael Enrique Jimenez Castro was murdered on May 26, 2006 by AUC paramilitaries.  On the afternoon of May 26, 2006, Rafael Enrique Jimenez Castro was working on his plot of land near the El Poblado neighborhood in Cienaga, Magdalena when two AUC paramilitaries came up behind him and shot him multiple times, killing him.

1554. Yolanda Duran Trullot is the sister and legal heir of Jorge Miguel Duran Truyot (also "Truyoth," but hereinafter "Truyot").  Georgina del Socorro Duran Trulloth is also the sister and is also a legal heir of Jorge Miguel Duran

Truyot.  Jorge Miguel Duran Truyot was murdered on February 6, 1997 by AUC paramilitaries.  On the morning of February 6, 1997, Jorge Miguel Duran Truyot left his house in Barrio Obrero, Cienaga, Magdalena to purchase fruit. While out, Jorge Miguel Duran Truyot was intercepted by AUC paramilitaries. The paramilitaries shot and killed Jorge Miguel Duran Truyot and left his body in Ceibales, Sevillano, Cienaga.

1555.  Nancy Maria Nunez Gonzalez is the wife and legal heir of Santander Pabon Eguis.  Santander Pabon Eguis was murdered on April 25, 2000 by AUC paramilitaries. On the evening of April 25, 2000, Santander Pabon Eguis was intercepted by AUC paramilitaries in Cienaga, Magdalena. The paramilitaries murdered Santander Pabon Eguis and left his body in the La Frutera section of Cienaga.

1556.  Julia Esther Fontalvo Carmona is the mother and legal heir of Miguel Angel Jaraba Fontalvo.  Miguel Angel Jaraba Fontalvo was murdered on April 29, 2005 by AUC paramilitaries.  On April 29, 2005, Miguel Angel Jaraba Fontalvo and his uncle walked into a pool hall near Miguel Angel Jaraba Fontalvo's house in Fundacion, Magdalena.  Shortly after arriving, two AUC paramilitaries arrived. The paramilitaries shot Miguel Angel Jaraba Fontalvo four times in the head, killing him.

1557. Luz Esther Tapia Trujillo is the daughter and legal heir of Berta Alicia Trujillo Salcedo.  Berta Alicia Trujillo Salcedo was kidnapped on February 5, 2004 by AUC paramilitaries; after kidnapping her, the paramilitaries murdered Berta Alicia Trujillo Salcedo. Berta Alicia Trujillo Salcedo lived and worked on a cattle farm in Iberia, Orihueca in Zona Bananera, Magdalena.  Prior to Berta Alicia Trujillo Salcedo's murder, a group of AUC paramilitaries had arrived at the farm and stolen several cows and cash belonging to Berta Alicia Trujillo Salcedo.  Berta Alicia Trujillo Salcedo complained to the local AUC paramilitary commander, who forced his subordinates to return the stolen money.  On the afternoon of February 5, 2004, a group of AUC paramilitaries arrived at the farm on foot. The paramilitaries kidnapped Berta Alicia Trujillo Salcedo, along with a young farm worker. The paramilitaries shot Berta Alicia Trujillo Salcedo multiple times, killing her, and left her body in Plato, Magdalena, where it was found on February 25, 2004 in an advanced state of decomposition and with signs of torture.

1558. Yessika Paola Robles Rodriguez is the wife and legal heir of Rafael Emilio Bornachera Reslen, with whom she had a son.  Rafael Emilio Bornachera Reslen was murdered on October 4, 2003 by AUC paramilitaries.  On the night of October 4, 2003, Rafael Emilio Bornachera Reslen was in his home in Barrio Cristo Rey in Santa Marta, Magdalena watching television with his family when a

group of AUC paramilitaries burst into the house and began shooting.  The paramilitaries shot Rafael Emilio Bornachera Reslen multiple times in the back, killing him, and also killed Rafael Emilio Bornachera Reslen's father and wounded Rafael Emilio Bornachera Reslen's mother.

1559. Leoned Ariza Varela is the brother and legal heir of Luis Alberto Ariza Varela.  Luis Alberto Ariza Varela was murdered on October 19, 2000 by AUC paramilitaries.  On the morning of October 19, 2000, Luis Alberto Ariza Varela left his home in Cienaga, Magdalena in the morning to begin working. Later that morning, Luis Alberto Ariza Varela was intercepted by AUC paramilitaries. The paramilitaries shot Luis Alberto Ariza Varela six times in the head and body, killing him.

1560. Alejandro Baldomero Miranda Estrada is the brother and legal heir of Duvis Esther Miranda Estrada.  Duvis Esther Miranda Estrada was murdered on March 21, 2002 by AUC paramilitaries.  On the night of March 21, 2002, Duvis Esther Miranda Estrada left her house in Cienaga, Magdalena with two friends.  A few blocks from her home, Duvis Esther Miranda Estrada was intercepted by AUC paramilitaries. The paramilitaries shot Duvis Esther Miranda Estrada in the head, killing her.

1561. Ursula Picon is the mother and legal heir of Javier Pabon Picon, a merchant and occasional banana worker.  Leonidas Pabon Mandon is the father and is also a legal heir of Javier Pabon Picon.  Carmen Maria Pabon Picon is the sister and is also a legal heir of Javier Pabon Picon.  Javier Pabon Picon was murdered on August 8, 2001 by AUC paramilitaries.  On the afternoon of August 8, 2001, as Javier Pabon Picon was about to board a bus in the La Bomba section of Cienaga, Magdalena to return to Santa Rosalia, Zona Bananera, Magdalena after having completed some errands in Cienaga, two AUC paramilitaries on a motorcycle intercepted him. The paramilitaries shot Javier Pabon Picon twice in the face and head, killing him.

1562. Hadys Esther Marquez Retamozo is the sister and legal heir of Ana Ines Marquez Retamozo, an occasional banana worker.  Marina Ester Retamozo de Marquez is the mother and is also a legal heir of Ana Ines Marquez Retamozo.  Ana Ines Marquez Retamozo was murdered on November 11, 2003 by AUC paramilitaries.  On the night of November 11, 2003, Ana Ines Marquez Retamozo was at a party in Palomar, Zona Bananera, Magdalena.  Ana Ines Marquez Retamozo had been dancing with an AUC paramilitary when he asked her to go outside and have a drink.  Another AUC paramilitary walked out of the party along with the first paramilitary and Ana Ines Marquez Retamozo.  A few blocks away

from the party, the paramilitaries shot Ana Ines Marquez Retamozo twice in the back of the head, killing her.  Back at the party, other AUC paramilitaries shot and killed Ana Ines Marquez Retamozo's cousin.

1563. Josefa Cecilia Martinez de Manga is the mother and legal heir of Alexander Manga Martinez. Etilcia Maria Santiago Acuna is the wife and is also a legal heir of Alexander Manga Martinez, with whom she had a family, and the mother of Y.A.M.S., who was born in 2000, and of Y.T.M.S., who was born in 1999. Y.A.M.S. and Y.T.M.S. are the daughters and are also legal heirs of Alexander Manga Martinez. Alexander Manga Martinez, a banana worker, was murdered on June 12, 2004 by AUC paramilitaries. On the evening of June 12, 2004, Alexander Manga Martinez was returning to his home in Cienaga, Magdalena when he was intercepted by AUC paramilitaries in Cienaga. One of the paramilitaries stabbed Alexander Manga Martinez repeatedly in the head and body, killing him.

1564. Paulo Camelo Carvajal is the brother and legal heir of Samir Camelo Carvajal.  Samir Camelo Carvajal was murdered on April 30, 2003 by AUC paramilitaries.  On the evening of April 30, 2003, Samir Camelo Carvajal and his wife were in their home in Guamachito, Zona Bananera, Magdalena when a group of AUC paramilitaries in a pickup truck arrived at their house.  The paramilitaries

called out to Samir Camelo Carvajal by name.  As Samir Camelo Carvajal walked out the door, the paramilitaries shot him multiple times, killing him.  Samir Camelo Carvajal's wife attempted to grab Samir Camelo Carvajal and pull him back, and the paramilitaries shot her several times as well, killing her.

1565. Dubis Mercedes Merino Suarez is the sister and legal heir of Roberto Alfonso Merino Suarez, a security guard at Finca Belleza, a banana plantation. Roberto Alfonso Merino Suarez was murdered on January 16, 1997 by AUC paramilitaries. On the morning of January 16, 1997, Roberto Alfonso Merino Suarez returned to his home in Cienaga, Magdalena after working the night shift at Finca Belleza. When Roberto Alfonso Merino Suarez arrived home, his mother offered him a cup of coffee. As Roberto Alfonso Merino Suarez was drinking his coffee in the entrance to his home, two AUC paramilitaries arrived aboard a motorcycle. One of the paramilitaries shot Roberto Alfonso Merino Suarez' at least once in the head, killing him.

1566. Candelaria Beatriz Herrera Salcedo is the wife and legal heir of Jiklin Johan Gamarra Polo, with whom she had two children.  Jiklin Johan Gamarra Polo was murdered on February 18, 2007 by AUC paramilitaries.  In the early morning hours of February 18, 2007, Jiklin Johan Gamarra Polo was at a party in Cienaga, Magdalena when he was approached by an AUC paramilitary on a motorcycle.

744

The paramilitary shot Jiklin Johan Gamarra Polo in the abdomen, mortally wounding him.  Jiklin Johan Gamarra Polo was rushed to the health center in Cienaga and then transferred to the hospital in Barranquilla, Atlantico, where he died several hours later that same day from his wounds.

1567. Riquilda Garizabalo de Almarales is the sister and legal heir of Cesar Augusto Garizabalo Miranda.  Cesar Augusto Garizabalo Miranda was kidnapped and disappeared by AUC paramilitaries on April 10, 1996.  On April 10, 1996, Cesar Augusto Garizabalo Miranda was in his home in Cienaga, Magdalena when a group of AUC paramilitaries forced their way into his home and savagely beat him.  The paramilitaries then forced Cesar Augusto Garizabalo Miranda into their vehicle and drove away, kidnapping him.  Cesar Augusto Garizabalo Miranda was never seen again.

1568. Nicolas Calixto Melendrez Campo is the father and legal heir of Esteban de Jesus Melendrez Miranda, a banana worker who lived in the village of Rio Frio, in the banana zone of Magdalena. Esteban de Jesus Melendrez Miranda was murdered on February 3, 2002 by AUC paramilitaries. On the night of February 3, 2002, Esteban de Jesus Melendrez Miranda was at a pool hall in Santa Marta, Magdalena, when a group of AUC paramilitaries entered the establishment, some of them covering their faces with balaclavas, and opened fire with their

745

weapons. Esteban de Jesus Melendrez Miranda assumed that the paramilitaries were going to demand to see his identity document, so he reached into his back pocket to take the document out. One of the paramilitaries immediately shot Esteban de Jesus Melendrez Miranda multiple times in the head and body, killing him.

1569. Elvia Marina Osorio de Piraquive is the wife and legal heir of Luis Arturo Piraquive Salazar, with whom she had a family.  Luis Arturo Piraquive Salazar was kidnapped and disappeared on July 7, 1998 by AUC paramilitaries. On July 7, 1998, Luis Arturo Piraquive Salazar was driving in a residential development in Cienaga when he was intercepted by a group of AUC paramilitaries.  The paramilitaries seized Luis Arturo Piraquive Salazar and forced him into their vehicle and drove away, kidnapping him.   Luis Arturo Paraquive Salazar was never seen again.  Approximately two years after Luis Arturo Paraquive Salazar's disappearance, Elvia Marina Osorio de Piraquive fled her farm in Siberia out of fear, losing her land, livestock, and coffee harvest in the process.

1570. Juan Roberto Payares Pena is the father and legal heir of Vladimiro Augusto Payares Gual, a transport worker who loaded and unloaded bananas rejected for export.  Vladimiro Augusto Payares Gual was murdered on January 22, 1999 by AUC paramilitaries.  On January 22, 1999, Vladimiro Augusto

Payares Gual was eating lunch at a local canteen in the public market in Barranquilla, Atlantico when an AUC paramilitary entered and went directly to the table at which Vladimiro Augusto Payares Gual was seated.  The paramilitary then shot Vladimiro Augusto Payares Gual in the head, killing him.

1571.  Adela Maria Mendoza Paez is the mother and legal heir of Jesus Alberto Martinez Mendoza.  Esther Cecilia Martinez Mendoza is the sister and is also a legal heir of Jesus Alberto Martinez Mendoza.  Jesus Alberto Martinez Mendoza was kidnapped on July 13, 2005 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Jesus Alberto Martinez Mendoza.  On July 13, 2005, Jesus Alberto Martinez Mendoza took a passenger on his bicycle-taxi to a place near the garbage dump in Buenos Aires, Aracataca, Magdalena.  When they arrived, Jesus Alberto Martinez Mendoza was kidnapped by a group of AUC paramilitaries. The paramilitaries shot Jesus Alberto Martinez Mendoza multiple times in the head, neck, and body, killing him.

1572.  Adela Maria Mendoza Paez is also the mother and legal heir of Manuel Esteban Martinez Mendoza.  Esther Cecilia Martinez Mendoza is also the sister and is also a legal heir of Manuel Esteban Martinez Mendoza.  Manuel Esteban Martinez Mendoza was kidnapped and disappeared on or about July 25, 2000 by AUC paramilitaries.  Very late at night on or about July 25, 2000, Manuel

747

Esteban Martinez Mendoza was asleep in his house in Barrio San Martin, Aracataca, Magdalena when a group of AUC paramilitaries forced their way into the house.  The paramilitaries tied up Manuel Esteban Martinez Mendoza, put him in their vehicle, and drove away, kidnapping him.  Manuel Esteban Martinez Mendoza was never seen again.

1573.  Maria de la Cruz Quiroz Pedroza is the sister and legal heir of Samuel Octavio Pedroza Hernandez.  Samuel Octavio Pedroza Hernandez was kidnapped on October 30, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Samuel Octavio Pedroza Hernandez.  On October 30, 1998, Samuel Octavio Pedroza Hernandez was working as a coffee picker on a farm in the village of San Pedro de la Sierra, located in a rural mountainous zone of Cienaga, Magdalena, when a group of AUC paramilitaries entered the farm. The paramilitaries kidnapped Samuel Octavio Pedroza Hernandez and several other workers. The paramilitaries then shot Samuel Octavio Pedroza Hernandez once in the head, killing him, and left his body in Santa Rosalia, Magdalena, where it was found in an advanced state of decomposition on November 2, 1998.

1574.  Yamilce Janet Altamar Suarez is the wife and legal heir of Julio Modesto Mejia Serna, with whom she had four children.  Julio Modesto Mejia Serna was kidnapped and murdered on July 2, 2002 by AUC paramilitaries; after

kidnapping him, the paramilitaries murdered Julio Modesto Mejia Serna. On July 2, 2002, Julio Modesto Mejia Serna was in Sitionuevo, Magdalena when he was intercepted by a group of AUC paramilitaries, who forced him into a vehicle and drove away, kidnapping him, then killed him. In 2000, Julio Modesto Mejia Serna had run for office on the Sitionuevo Municipal Council.

1575. Yolanda Diaz Plata is the wife and legal heir of Luis Carlos Leon Arias, with whom she had a family. Luis Carlos Leon Arias worked at Finca La Solita, a banana plantation. Luis Carlos Leon Arias was murdered on December 12, 2005 by AUC paramilitaries. On the evening of December 12, 2005, Luis Carlos Leon Arias was at his home in the hamlet of Salon, in the banana zone of Magdalena, when a group of AUC paramilitaries arrived, found Luis Carlos Leon Arias resting in his bed, and shot him multiple times in the neck and body, killing him.

1576. Orfa del Socorro Gonzalez Bermudez is the sister and legal heir of Jose Maria Gonzalez Bermudez. Jose Maria Gonzalez Bermudez was kidnapped and disappeared on February 7, 2006 by AUC paramilitaries. On February 7, 2006 Jose Maria Gonzalez Bermudez was travelling between Fonseca and Palomino, Guajira, with goods he had purchased in Maicao, Guajira, when he was intercepted

by AUC paramilitaries.  The paramilitaries kidnapped Jose Maria Gonzalez Bermudez in their vehicle.  Jose Maria Gonzalez Bermudez was never seen again.

1577. Pedro Nel Mejia Alcazar is the father and legal heir of Omar Enrique Mejia Acosta and of Alexander Enrique Mejia Acosta. Omar Enrique Mejia Acosta and Alexander Enrique Mejia Acosta were kidnapped and disappeared on or about November 11, 1998 by AUC paramilitaries.  On or about the morning of November 11, 1998, Omar Enrique Mejia Acosta and Alexander Enrique Mejia Acosta were working on a coffee plantation in the Palmor, Magdalena region of the Sierra Nevada de Santa Marta mountains.  A group of AUC paramilitaries arrived at the farm and kidnapped the two brothers.  Omar Enrique Mejia Acosta and Alexander Enrique Mejia Acosta have not been seen again.

1578. Jose Ignacio Martinez Ahumada is the brother and legal heir of Pedro Segundo Orozco Ahumada.  Pedro Segundo Orozco Ahumada was murdered on April 3, 2003 by AUC paramilitaries.  On April 3, 2003, Pedro Segundo Orozco Ahumada was working at his uncle's warehouse in Cienaga, Magdalena when he stopped to eat lunch.  While at an eatery at the nearby market, Pedro Segundo Orozco Ahumada was accosted by two AUC paramilitaries. The paramilitaries shot him in the head, killing him.

1579. Soliria Esther Ballesteros Rincon is the wife and legal heir of Luis Eliecer Quintero Alvarez.  Luis Eliecer Quintero Alvarez was kidnapped and disappeared on May 18, 2003 by AUC paramilitaries.  On May 18, 2003, Luis Eliecer Quintero Alvarez left the La Reforma coffee farm in the village of San Pedro de La Sierra, in the mountains above Cienaga, Magdalena, where he had been working as a coffee picker, to go to another coffee farm in the area.  Along the way, Luis Eliecer Quintero Alvarez was intercepted by AUC paramilitaries who kidnapped him.  Luis Eliecer Quintero Alvarez was never seen again.

1580. Olga Pacheco Rodriguez is the mother and legal heir of Efrain Antonio Pabon Pacheco, who worked at Finca La Ceiba, a banana plantation. Efrain Antonio Pabon Pacheco was kidnapped and disappeared on February 3, 1996 by ACCU paramilitaries. In the afternoon on February 3, 1996, Efrain Antonio Pabon Pacheco was leaving his job at Finca La Ceiba when he was intercepted by a group of AUC paramilitaries in a vehicle. The paramilitaries forced Efrain Antonio Pabon Pacheco into their vehicle and drove away, kidnapping him.  Efrain Antonio Pabon Pacheco was never seen again.

1581. Javier Olivo Caballero is the brother and legal heir of Ciamir Alberto Olivo Caballero.  Ciamir Alberto Olivo Caballero was murdered on December 26, 2007 by AUC paramilitaries.  On the afternoon of December 26, 2007, Ciamir

751

Alberto Olivo Caballero left his home in Barrio Villa el Rey in Soledad, Atlantico accompanied by his father. While Ciamir Alberto Olivo Caballero and his father were walking down the street, an AUC paramilitary approached Ciamir Alberto Olivo Caballero from behind and shot him in the head, mortally wounding him. Ciamir Alberto Olivo Caballero was taken to a local hospital where he died of his wounds later that same day.

1582. Micaela Hernandez Acosta is the aunt and stepmother and legal heir of Elmer de Jesus Lobato Hernandez. Elmer de Jesus Lobato Hernandez was murdered on November 30, 2007 by AUC paramilitaries. On the morning of November 30, 2007, Elmer de Jesus Lobato Hernandez was driving to Cienaga, Magdalena with passengers he had picked up in Puebloviejo, Magdalena. When the passengers were disembarking near the market in Cienaga, two AUC paramilitaries approached the driver's side window and shot Elmer de Jesus Lobato Hernandez multiple times in the head, neck, and leg, killing him. The paramilitaries also wounded one of the passengers, who later died of his wounds.

1583. Romario Romeiro Pertuz Hernandez is the son and legal heir of Robinson Emilio Pertuz Linero, an employee of Finca La Despensa, a banana plantation affiliated with Chiquita. Robinson Emilio Pertuz Linero was murdered on November 4, 1996 by AUC paramilitaries. On the morning of November 4,

1996, Robinson Emilio Pertuz Linero left his home in Cienaga, Magdalena, on his bicycle to go to his job at Finca La Despensa. While still in Cienaga, Robinson Emilio Pertuz Linero was intercepted by two AUC paramilitaries. The paramilitaries shot Robinson Emilio Pertuz Linero multiple times in the head, face, and body, killing him.

1584.   Enilsa Gutierrez Redondo is the mother and legal heir of Johany Rafael Avila Gutierrez, a banana wholesaler.  Johany Rafael Avila Gutierrez was murdered on March 5, 2004 by AUC paramilitaries.  In the early morning hours of March 5, 2004, Johany Rafael Avila Gutierrez and his brother were unloading a truckload of bananas at a local market in Barranquillita in Barranquilla, Atlantico when two AUC paramilitaries approached on foot and shot Johany Rafael Avila Gutierrez multiple times in the head, killing him.

1585.   Enilsa Gutierrez Redondo is also the mother and legal heir of Gilson Jose Avila Gutierrez. Gilson Jose Avila Gutierrez was murdered by AUC paramilitaries on December 29, 2007. On December 29, 2007, Gilson Jose Avila Gutierrez and Enilsa Gutierrez Redondo were heading toward their home in Barranquilla, Atlantico aboard a motorcycle driven by Gilson Jose Avila Gutierrez when they were intercepted by an AUC paramilitary. The paramilitary approached Gilson Jose Avila Gutierrez and shot him once in the back; Gilson Jose Avila

Gutierrez continued driving the motorcycle briefly in an attempt to escape, before collapsing and dying from his injury. Gilson Jose Avila Gutierrez had filed a complaint with the Colombian Attorney General's Office against a member of the AUC for the murder of Johany Rafael Avila Gutierrez in 2004 (see above).

1586. Alonso Garcia Ibanez is the brother and legal heir of William Ibanez, a security guard at Finca Manantial, a banana plantation affiliated with Chiquita. William Ibanez was kidnapped and murdered on or about September 27, 1997 by AUC paramilitaries. On the night of September 26, 1997, or the morning of September 27, 1997, William Ibanez was resting from work at Finca Manantial when a group of AUC paramilitaries entered the plantation. The paramilitaries kidnapped William Ibanez and three others. The paramilitaries shot William Ibanez twice in the head, killing him; the paramilitaries also murdered the three other victims and left William Ibanez's body and the bodies of the three other victims near the entrance to a farm between Santa Rosalia and La Gran Via, Magdalena.

1587. Lilia Silva Vargas is the wife and legal heir of Miguel Correa Rivera, with whom she had two daughters.  Miguel Correa Rivera worked as a driver of banana workers to the San Miguel banana plantation.  Miguel Correa Rivera was kidnapped on or January 14, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Miguel Correa Rivera.  On the night of January 14,

1998, or the morning of January 15, 1998, a group of AUC paramilitaries forced their way into the home of Miguel Correa Rivera and Lilia Silva Vargas in Cienaga, Magdalena, beat Lilia Silva Vargas and forced her to lie on the ground. The paramilitaries forced Miguel Correa Rivera into a pickup truck and drove away, kidnapping him. The paramilitaries tortured Miguel Correa Rivera and then shot him multiple times, killing him, and left his body on the outskirts of Cienaga on the Cienaga-Fundacion road, where it was found in the early morning on January 15, 1998.

1588. Yarelis Castro Hortua is the wife and legal heir of Humberto Correa Rivera, with whom she had two children. Humberto Correa Rivera was murdered on March 1, 2005 by AUC paramilitaries. On the afternoon of March 1, 2005, Humberto Correa Rivera left his home in Barrio La Floresta, Cienaga, Magdalena on a motorcycle with his four-year-old son and drove to a gas station in Cienaga. At the gas station, two armed AUC paramilitaries approached from behind and shot Humberto Correa Rivera multiple times in the head, neck, and body, killing him.

1589. Gladys Esther Ruiz Vargas and Agustina Isabel Ruiz Vargas are the sisters and legal heirs of Mario Jose Vargas. Maria de Jesus Vargas Aguirre is the mother and is also a legal heir of Mario Jose Vargas. Amarilis Corro Gutierrez is

the wife and is also a legal heir of Mario Jose Vargas, with whom she had one daughter.  Mario Jose Vargas, a security guard at Finca Margoth, a banana plantation in Varela, Zona Bananera, Magdalena, was murdered on August 31, 2004 by AUC paramilitaries.  In the early evening of August 31, 2004, Mario Jose Vargas was arriving at work at Finca Margoth when he was intercepted by several AUC paramilitaries who arrived on motorcycles.  The paramilitaries shot Mario Jose Vargas several times in the head and body, killing him.

1590.  Floriselda Cabas Marquez is the wife and legal heir of Joany Antonio Rodriguez Constante, with whom she had a family.  Joany Antonio Rodriguez Constante was kidnapped and disappeared on June 12, 2002 by AUC paramilitaries.  On the morning of June 12, 2002, Joany Antonio Rodriguez Constante left his home in the Gaira section of Santa Marta, Magdalena, to buy fish in the nearby village of Taganga. Along the way, Joany Antonio Rodriguez Constante was intercepted by AUC paramilitaries. The paramilitaries kidnapped Joany Antonio Rodriguez Constante, who was never seen again.

1591.  Ana Cecilia Toncel Ruiz is the wife and legal heir of Jose Candelario Nunez (also "Jose Alberto," but hereinafter "Jose"), with whom she had a son. Jose Candelario Nunez was murdered on December 15, 2001 in a massacre carried out by AUC paramilitaries.  On the morning of December 15, 2001, Jose

Candelario Nunez was at a store in Barrio El Cisne, Santa Marta, Magdalena when a group of AUC paramilitaries arrived and opened fire on him and the others in the store. The paramilitaries shot Jose Candelario Nunez twice in the back, killing him, and also killed several other people in the massacre.

1592. Dina Luz Herrera Pitalua is the sister and legal heir of Tomas Alfonso Bolano Herrera. Tomas Alfonso Bolano Herrera was kidnapped on May 14, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Tomas Alfonso Bolano Herrera. Late at night on May 14, 1997, a group of AUC paramilitaries arrived in Soplador, Zona Bananera, Magdalena at the home of Tomas Alfonso Bolano Herrera. The paramilitaries knocked loudly on the door until Tomas Alfonso Bolano Herrera opened. The paramilitaries then seized Tomas Alfonso Bolano Herrera and kidnapped him. The paramilitaries shot Tomas Alfonso Bolano Herrera in the head and body, killing him, and left his body in the Vuelta del Cura area of Sevilla, Magdalena, where it was found on May 15, 1997.

1593. Cristobal de Jesus Polo de la Cruz and Dionisio Manuel Polo de la Cruz are the sons and legal heirs of Erasmo Antonio Polo Pabon. Erasmo Antonio Polo Pabon was kidnapped and disappeared on March 2, 1999 by AUC paramilitaries. On March 2, 1999, AUC paramilitaries came to the cattle farm where Erasmo Antonio Polo Pabon worked, located near Pinuela, Pivijay,

Magdalena. The paramilitaries kidnapped Erasmo Antonio Polo Pabon, who was never seen again.

1594. Cristobal de Jesus Polo de la Cruz and Dionisio Manuel Polo de la Cruz are also the brothers and also the legal heirs of Pura Priscila de la Cruz Gamarra. Pura Priscila de la Cruz Gamarra was murdered on June 18, 2005 by AUC paramilitaries. On the night of June 18, 2005, Pura Priscila de la Cruz Gamarra was working in the store she owned in Fundacion, Magdalena when two AUC paramilitaries entered and asked for beverages. As Pura Priscila de la Cruz Gamarra turned to get the beverages, one of the paramilitaries shot and killed her.

1595. Bibiana del Carmen Acevedo Bojato is the wife and legal heir of Armando Javier Gamez Meza, with whom she had a daughter. Armando Javier Gamez Meza was murdered on November 29, 1998 by AUC paramilitaries. On the afternoon of November 29, 1998, Armando Javier Gamez Meza was running errands on foot in Barrio Pescaito, Santa Marta, Magdalena when several AUC paramilitaries approached him from behind in a vehicle. The paramilitaries shot Armando Javier Gamez Meza three times in the head and body, killing him.

1596. Angela Garcia Ruiz is the aunt and stepmother and legal heir of Alfonso Elias Garcia Ramirez, a worker at Finca Luz Marina, a banana plantation. Alfonso Elias Garcia Ramirez was murdered on November 25, 1998 by AUC

758

paramilitaries.  Early on the morning of November 25, 1998, Alfonso Elias Garcia Ramirez left his home in Cienaga, Magdalena on his bicycle to go to work.  Near the Cienaga soccer stadium, Alfonso Elias Garcia Ramirez was intercepted by AUC paramilitaries.  The paramilitaries shot Alfonso Elias Garcia Ramirez in the head, killing him.

1597. Elvia del Carmen Murillo Hernandez is the sister and legal heir of Edilberto Enrique Murillo Hernandez.  Edilberto Enrique Murillo Hernandez was kidnapped and disappeared on January 1, 2002 by AUC paramilitaries.  On January 1, 2002 Edilberto Enrique Murillo Hernandez, Elvia del Carmen Murillo Hernandez, and other family members were working on the family's small farm in Cerro Azul, Aracataca, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries kidnapped Edilberto Enrique Murillo Hernandez, who was never seen again.

1598. Carlos Rafael Arza Camacho is the brother and legal heir of Samir Oswaldo Arza Camacho.  Samir Oswaldo Arza Camacho was kidnapped and disappeared on December 30, 1998 by AUC paramilitaries.  On December 30, 1998, Samir Oswaldo Arza Camacho left his home in Cienaga, Magdalenaand was intercepted by AUC paramilitaries.  The paramilitaries kidnapped Samir Oswaldo Arza Camacho, who was never seen again.

1599. Jose Manuel Mosquera Fontalvo is the father and legal heir of Wilfrido Mosquera Montero. Wilfrido Mosquera Montero was kidnapped and disappeared on December 5, 2003 by AUC paramilitaries. On the afternoon of December 5, 2003, Jose Manuel Mosquera Fontalvo and Wilfrido Mosquera Montero were at their home in Barrio16 de Julio, Sevilla, Zona Bananera, Magdalena when several AUC paramilitaries arrived, identified themselves as belonging to the AUC, and insisted that they needed to speak with Wilfrido Mosquera Montalvo. At the paramilitaries' insistence, Wilfrido Mosquera Montero left with them. Wilfrido Mosquera Montero was never seen again.

1600. Yessica Liliana Remolina Rodriguez is the daughter and legal heir of Alicia Rodriguez Pico. Alicia Rodriguez Pico was murdered on December 29, 2003 by AUC paramilitaries. On the night of December 29, 2003 Alicia Rodriguez Pico was in her home in Barrio Vista al Mar, in Gaira, Santa Marta, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries entered her home and shot Alicia Rodriguez Pico multiple times in the back, buttocks, and abdomen, killing her.

1601. Jose de los Santos Gutierrez Ternera is the brother and legal heir of Domingo Antonio Gonzalez Ternera. Domingo Antonio Gonzalez Ternera was murdered on August 28, 1999 by AUC paramilitaries. On August 28, 1999,

Domingo Antonio Gonzalez Ternera was at work on the farm in Pivijay, Magdalena where he lived with his wife, when his wife left to go to visit her father. Before Domingo Antonio Gonzalez Ternera's wife could reach the highway, she was kidnapped by a group of AUC paramilitaries who were in the area. Shortly thereafter, when Domingo Antonio Gonzalez Ternera learned of his wife's kidnapping, he went to look for her. Finding the paramilitaries on the highway, Domingo Antonio Gonzalez Ternera asked for his wife's whereabouts. The paramilitaries then seized Domingo Antonio Gonzalez Ternera, and shot and killed him and his wife.

1602. Ana Rubiela Barrero Bonilla is the mother and legal heir of Deibis Jesus Garcia Barrero. Katerine Garcia Barrero is the sister and is also a legal heir of Deibis Jesus Garcia Barrero. Deibis Jesus Garcia Barrero was murdered on October 4, 2003 by AUC paramilitaries. Approximately one year prior to his murder, Deibis Jesus Garcia Barrero's name appeared on an AUC paramilitary pamphlet in which he and several others in Santa Marta, Magdalena were threatened with death. As the year progressed, many of the others named in the pamphlet were in fact killed by the AUC paramilitaries. On the morning of October 4, 2003, Deibis Jesus Garcia Barrero was on the street in Santa Marta with some friends when a group of AUC paramilitaries approached him. Deibis Jesus

Garcia Barrero tried to run away, but the paramilitaries shot him several times in the head and body, killing him.

1603. Eleide Maria Merino Julio is the wife and legal heir of Jairo Ramon Fontalvo Galindo, with whom she had two children.  Jairo Ramon Fontalvo Galindo was murdered on December 2, 2003 by AUC paramilitaries. On the evening of December 2, 2003, Jairo Ramon Fontalvo Galindo was sitting on the terrace of his home in Alto Prado, Aracataca, Magdalena, when he was accosted by two AUC paramilitaries. One of the paramilitaries shot and killed Jairo Ramon Fontalvo Galindo.

1604. Denis Cristina Moron Fontalvo is the wife and legal heir of Manuel Salvador Fontalvo Pertuz, with whom she had a family.  Manuel Salvador Fontalvo Pertuz was kidnapped on May 4, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Manuel Salvador Fontalvo Pertuz. On the morning of May 4, 2005, Manuel Salvador Fontalvo Pertuz left his home in Fundacion, Magdalena in his truck. Sometime that day, Manuel Salvador Fontalvo Pertuz was intercepted by AUC paramilitaries. The paramilitaries kidnapped Manuel Salvador Fontalvo Pertuz and shot him to death, leaving his body on the side of the road that runs from Fundacion, Magdalena to Santa Rosa de Lima,

Magdalena. Further down the road, Manuel Salvador Fontalvo Pertuz's truck was found burned and destroyed.

1605. Venus Maria Urzola Monterrosa is the wife and legal heir of Fabio Vargas Pinzon, with whom she had three children. Adanolis Pardo Lora is also the wife and is also a legal heir of Fabio Vargas Pinzon, with whom she had three children. Fabio Vargas Pinzon was murdered on December 11, 2003 by AUC paramilitaries.  On December 11, 2003, Fabio Vargas Pinzon drove his truck to a meeting he had been called to in Santa Marta, Magdalena.  In the Bodegas de Donado sector of Curinca-Libano, Santa Marta, Fabio Vargas Pinzon was intercepted by AUC paramilitaries. The paramilitaries shot Fabio Vargas Pinzon once in the head, killing him.

1606. Rosalba Hernandez is the sister and legal heir of Jose Gilberto Mendoza Hernandez.  Jose Gilberto Mendoza Hernandez was kidnapped on December 8, 2007 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Jose Gilberto Mendoza Hernandez.  On December 8, 2007, Jose Gilberto Mendoza Hernandez was kidnapped by AUC paramilitaries in Santa Marta, Magdalena; the paramilitaries tortured Jose Gilberto Mendoza Hernandez and shot him several times, killing him.  Jose Gilberto Mendoza Hernandez's decomposing body was found near the highway outside of Santa Marta, in the Alcatraces sector,

on December 12, 2007. Months prior to his murder, Jose Gilberto Mendoza Hernandez had witnessed the kidnapping of three victims by AUC paramilitaries in Bonda, Santa Marta. As a result of threats that he started receiving following the crime he witnessed, Jose Gilberto Mendoza Hernandez quit his job at a Santa Marta passenger-transport company and began driving a taxi about a week before he was kidnapped and murdered.

1607. Esperanza Maria Pena Sarabia is the wife and legal heir of Gustavo Mora Perez, with whom she had four children. Eleonor Ana Rincon Cariaga is also the wife and is also a legal heir of Gustavo Mora Perez, with whom she had one son. Gustavo Mora Perez, a former banana worker, was murdered by AUC paramilitaries on January 2, 2002. On the night of January 2, 2002, Gustavo Mora Perez was in his home in the La Esmeralda sector of Santa Marta, Magdalena with Eleonor Ana Rincon Cariaga when a group of AUC paramilitaries walked up to the house and shot Gustavo Mora Perez multiple times in the head, neck, and body, killing him.

1608. Hector Julio Escorcia Almarales is the brother and legal heir of Angel Escorcia Almarales. Angel Escorcia Almarales was kidnapped on July 24, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Angel Escorcia Almarales. Early on the morning of July 24, 1998, Angel Escorcia

Almarales was tending a farm with a relative in rural Puebloviejo, Magdalena when a group of AUC paramilitaries arrived and asked for Angel Escorcia Almarales by name.  When Angel Escorcia Almarales identified himself, the paramilitaries seized him, forced him into a vehicle, and drove away, kidnapping him. The paramilitaries then shot Angel Escorcia Almarales twice in the head, killing him, and left his body on the road between Aracataca and Fundacion, Magdalena, where it was found on July 25, 1998.

1609.  Luz Marina Hernandez Escobar is the daughter and legal heir of Marina de Jesus Escobar Bravo.  Marina de Jesus Escobar Bravo was mortally wounded on September 26, 2002 by AUC paramilitaries.  On September 26, 2002 Marina de Jesus Escobar Bravo was working as a coffee picker near Nueva Granada, in rural Cienaga, Magdalena when she was attacked by AUC paramilitaries.  The paramilitaries shot Marina de Jesus Escobar Bravo at least twice, mortally wounding her; she died sometime between September 26, 2002 and September 27, 2002, at which point her body was turned over to her family by the International Red Cross.

1610.  Alida Jimenez de Hernandez is the mother and legal heir of Elquin Arrieta Jimenez.  Elquin Arrieta Jimenez was murdered on March 4, 2007 by AUC paramilitaries.  In the early morning hours of March 4, 2007, Elquin Arrieta

765

Jimenez left his home in Barrio Santa Ines, Cienaga, Magdalena on foot to go to work. A short distance from his home, Elquin Arrieta Jimenez was intercepted by a group of AUC paramilitaries aboard a vehicle. The paramilitaries shot Elquin Arrieta Jimenez multiple times, mortally wounding him. Elquin Arrieta Jimenez was taken to San Cristobal Hospital where he died from his wounds later that same day.

1611. Lubis Navarro Calderon is the mother and legal heir of John Jairo Cantillo Navarro. Jairo Cantillo Navarro was murdered on June 3, 2003 by AUC paramilitaries. On the evening of June 3, 2003, John Jairo Cantillo Navarro was watching television through the window of a neighbor's home in Santa Marta, Magdalena when two AUC paramilitaries arrived aboard a motorcycle. One of the paramilitaries shot John Jairo Cantillo Navarro multiple times in the head, killing him.

1612. Patricio Gonzalez Henao is the father and legal heir of Juan Carlos Gonzalez Hurtado. Juan Carlos Gonzalez Hurtado was kidnapped and disappeared on August 7, 2002 by AUC paramilitaries. On August 7, 2002, Juan Carlos Gonzalez Hurtado was intercepted by AUC paramilitaries after leaving his home in Mingueo, Guajira. The paramilitaries kidnapped Juan Carlos Gonzalez Hurtado, who was never seen again.

766

1613. Mabel Patricia Cucunuba de Vargas is the mother and legal heir of Gustavo de Jesus Vargas Cucunuba.  Gustavo de Jesus Vargas Cucunuba was kidnapped on July 26, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Gustavo de Jesus Vargas Cucunuba.  On July 26, 2002 AUC paramilitaries kidnapped Gustavo de Jesus Vargas Cucunuba, took him to a garbage dump in Santa Marta, Magdalena and shot him to death along with several other victims.  Gustavo de Jesus Vargas Cucunuba's body was then burned. Gustavo de Jesus Vargas Cucunuba's body and the body of several other victims of the massacre were found at the garbage dump on July 27, 2002.

1614. Gladys Esther Campo Arrieta is the mother and legal heir of Henry Enrique Campo Arrieta. Edelvis Patricia Castro Guerrero is the wife and is also a legal heir of Henry Enrique Campo Arrieta, with whom she had a family, and the mother of J.H.C.C., who was born in 2003, of R.P.C.C., who was born in 1999, and of D.P.C.C., who was born in 2002. J.H.C.C., R.P.C.C., and D.P.C.C. are the children of and are also legal heirs of Henry Enrique Campo Arrieta. Rosa Cecilia Castro Revilla is also the wife and is also a legal heir of Henry Enrique Campo Arrieta, and the mother of F.C.C.C., who was born in 2002. F.C.C.C. is also the son and is also a legal heir of Henry Enrique Campo Arrieta.  Henry Enrique Campo Arrieta, an occasional banana worker, was murdered on September 16,

767

2007 by AUC paramilitaries.  On the afternoon of September 16, 2007, Henry Enrique Campo Arrieta left his home in Santa Marta, Magdalena to visit Gladys Esther Campo Arrieta in Cienaga, Magdalena.  When Henry Enrique Campo Arrieta arrived by bus to Cienaga, he was intercepted by an AUC paramilitary aboard a motorcycle.  The paramilitary shot Henry Enrique Campo Arrieta once in the head, killing him.

1615. Derima Contreras Hernandez is the wife and legal heir of David Salvador Palacio Quintero, with whom she had a family.  David Salvador Palacio Quintero was murdered on May 8, 2004 by AUC paramilitaries.  Early on the morning of May 8, 2004, David Salvador Palacio Quintero was in the doorway of his home in Fundacion, Magdalena when two AUC paramilitaries arrived on a motorcycle.  The paramilitaries shot David Salvador Palacio Quintero multiple times in the head, neck, and shoulder, killing him.

1616. Noemi Navarro Calderon is the mother and legal heir of Brayan de Jesus Navarro Calderon.  Brayan de Jesus Navarro Calderon was kidnapped and disappeared on March 20, 1999 by AUC paramilitaries.  Early in the morning on March 20, 1999, Brayan de Jesus Navarro Calderon was in the public market in Santa Marta, Magdalena when a group of AUC paramilitaries intercepted him.  The paramilitaries kidnapped Brayan de Jesus Navarro Calderon, who was never

768

seen again.  Several days after Brayan de Jesus Navarro Calderon's kidnapping and disappearance, Noemi Navarro Calderon began receiving anonymous telephone threats in which she was warned not to look for Brayan de Jesus Navarro Calderon, and told that if she did, the rest of her family would be killed.  Noemi Navarro Calderon fled Santa Marta in fear to live in Cucuta, Norte de Santander, only returning to Santa Marta some years later.

1617.  Conrado Elkin Saldarriaga Madrid is the father and legal heir of Eduard Mauricio Saldarriaga Arismendi.  Eduard Mauricio Saldarriaga Arismendi was kidnapped, disappeared, and murdered on or about January 3, 2000 by AUC paramilitaries.  On January 3, 2000, Eduard Mauricio Saldarriaga Arismendi left his home in Santa Marta, Magdalena in the company of his brother-in-law. Sometime after leaving home, Eduard Mauricio Saldarriaga Arismendi and his brother-in-law were kidnapped by AUC paramilitaries. The paramilitaries murdered Eduard Mauricio Saldarriaga Arismendi and his brother-in-law, and left their bodies in a clandestine grave near Bonda, Santa Marta, in the Sierra Nevada de Santa Marta mountains, from which they were exhumed on July 27, 2000. Several days after Eduard Mauricio Saldarriaga Arismendi's disappearance, members of Eduard Mauricio Saldarriaga Arismendi's family began receiving anonymous telephone calls warning them not to look for the two victims.

1618. Dilia Carmen de Oro Ramos is the wife and legal heir of Jose del Rosario Llerena Contreras, with whom she had a family.  Jose del Rosario Llerena Contreras was kidnapped and disappeared on August 10, 2004 by AUC paramilitaries.  On the afternoon of August 10, 2004, after returning to Guachaca, Santa Marta from a trip to Santa Marta, Jose del Rosario Llerena Contreras was intercepted by a group of AUC paramilitaries.  The paramilitaries kidnapped Jose del Rosario Llerena Contreras, who was never seen again.  On or about August 11, 2004, a group of AUC paramilitaries arrived at the home Dilia Carmen de Oro Ramos shared with Jose del Rosario Llerena Contreras and stole Dilia Carmen De Oro Ramos' belongings, including chickens, a motorcycle, a pump, and a sound system.

1619. Maria Helena Contreras Rincon is the mother and legal heir of Saul Enrique Neira Contreras.  Saul Enrique Neira Contreras was kidnapped on December 7, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Saul Enrique Neira Contreras.  On the night of December 7, 1997, Saul Enrique Neira Contreras was at his home in Quebrada Valencia, Guachaca, Santa Marta, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries kidnapped Saul Enrique Neira Contreras, and then shot him multiple times, killing

him, and left his body in a rural area of Mingueo, Guajira, where it was found on December 8, 1997.

1620. Yuris Patricia Jaimes Bayena is the wife and legal heir of Reyes Miguel Cantillo Hernandez, with whom she had a family.  Reyes Miguel Cantillo Hernandez was kidnapped and disappeared on October 28, 2002 by AUC paramilitaries.  On the morning of October 28, 2002, Reyes Miguel Cantillo Hernandez left his home in Barrio San Carlos, Fundacion, Magdalena to go to Pivijay, Magdalena.  Along the way, Reyes Miguel Cantillo Hernandez was intercepted by AUC paramilitaries. The paramilitaries kidnapped Reyes Miguel Cantillo Hernandez, who was never seen again.

1621. Hermenegilda Gonzalez Echeverria is the mother and legal heir of Marcelino Eduardo Dominguez Gonzalez, a banana worker.  Marcelino Eduardo Dominguez Gonzalez was murdered on September 11, 2007 by AUC paramilitaries.  On the night of September 11, 2007, Marcelino Eduardo Dominguez Gonzalez was in his home in Floresta, Cienaga, Magdalena with his father and Hermenegilda Gonzalez Echeverria watching television when an AUC paramilitary approached an open window from outside and shot Marcelino Eduardo Dominguez Gonzalez in the arm, knocking him to the floor.  The paramilitary then forced his way into the home and, despite Hermenegilda

Gonzalez Echeverria's attempt to intervene and save her son, the paramilitary shot

Marcelino Eduardo Dominguez Gonzalez multiple times in the head and limbs,

killing him.

1622. Mario Enrique Serrano Echeverria is a surviving victim who was shot

in the head and gravely injured on May 30, 1999 by AUC paramilitaries.  In the

early morning hours of May 30, 1999, Mario Enrique Serrano Echeverria was at a

party in Puebloviejo, Magdalena when a group of AUC paramilitaries arrived in a

vehicle.  The paramilitaries entered the premises, fired weapons into the air, and

seized Mario Enrique Serrano Echeverria, demanding to know the location of a

group of persons the paramilitaries had on a list. When Mario Enrique Serrano

Echeverria said he did not know the persons, one of the paramilitaries shot him in

the head, gravely wounding him.

1623. Yeny Vergara Vega (also "Ginett," but hereinafter "Yeny") is the

mother and legal heir of Henry Augusto Malvido Vergara.  Henry Augusto

Malvido Vergara was kidnapped and disappeared on October 4, 2001 by AUC

paramilitaries.  On October 4, 2001, Henry Augusto Malvido Vergara set out from

Barranquilla, Atlantico in the company of another person to go to Aracataca,

Magdalena. Upon arriving in the Aracataca area, Henry Augusto Malvido Vergara

was intercepted by a group of AUC paramilitaries. The paramilitaries kidnapped Henry Augusto Malvido Vergara, who was never seen again.

1624. Ana Mercedes Alfaro Orellano is the mother and legal heir of Emir Antonio Zuniga Alfaro, an occasional banana worker.  Emir Antonio Zuniga Alfaro was kidnapped and disappeared on January 27, 1999 by AUC paramilitaries.  On the afternoon of January 27, 1999, Emir Antonio Zuniga Alfaro was in his home in the Si Nos Dejan neighborhood of Cienaga, Magdalena when a group of AUC paramilitaries arrived in a vehicle.  Several of the paramilitaries entered the home, beat Emir Antonio Zuniga Alfaro, tied him up, forced him into their vehicle, and drove away, kidnapping him.  Emir Antonio Zuniga Alfaro was never seen again.

1625. Carmen Alicia Gil Vives is the sister and legal heir of Oscar Alfonso Gil Vives.  Oscar Alfonso Gil Vives was murdered by AUC paramilitaries on February 21, 1998.  On February 21, 1998, Oscar Alfonso Gil Vives was on a street in Cienaga, Magdalena when he was intercepted by AUC paramilitaries. The paramilitaries shot and killed Oscar Alfonso Gil Vives.

1626. Omeri Tette Rodriguez is the wife and legal heir of Juan Carlos Robles Vargas, with whom she had four children.  Juan Carlos Robles Vargas was murdered by AUC paramilitaries on October 19, 2000.  In the early morning hours

of October 19, 2000, a group of AUC paramilitaries arrived at the Los Mangos

plantation in Minca, Santa Marta, Magdalena where Juan Carlos Robles Vargas

lived and worked.  The paramilitaries entered the dormitory where the plantation

workers slept, locked the female workers up in one of the rooms and forced the

four male workers, including Juan Carlos Robles Vargas, outside.  The

paramilitaries took the four men, including Juan Carlos Robles Vargas, a short

distance from the dormitory and shot and killed them all.

1627. Fanny del Carmen Bossa Lindado is the wife and legal heir of

Francisco Javier Valencia Carvajal, a banana worker, and the adoptive mother and

legal guardian of J.J.V.M., who was born in 2002. J.J.V.M. is the daughter and is

also a legal heir of Francisco Javier Valencia Carvajal.  Francisco Javier Valencia

Carvajal was kidnapped and disappeared by AUC paramilitaries on September 17,

2003.  On the afternoon of September 17, 2003, Francisco Javier Valencia Carvajal

and his brother were in Guachaca, Santa Marta, Magdalena when a group of AUC

paramilitaries intercepted them. The paramilitaries kidnapped Francisco Javier

Valencia Carvajal and his brother, who were never seen again.

1628. Judith Maria Gonzalez Sanchez is the wife and legal heir of Angel

Manuel Martinez Cardenas, with whom she had a daughter. Angel Manuel

Martinez Cardenas, an occasional banana worker, was murdered by AUC

paramilitaries on December 5, 1998.  On or about December 3, 1998, Angel Manuel Martinez Cardenas was riding his bicycle in Cienaga, Magdalena when he was intercepted by two AUC paramilitaries. The paramilitaries shot Angel Manuel Martinez Cardenas in the thorax, seriously wounding him.  Angel Manuel Martinez Cardenas was taken to the San Cristobal hospital in Cienaga and was recuperating from his wounds when, on December 5, 1998, an AUC paramilitary entered Angel Manuel Martinez Cardenas' hospital room and shot him twice in the head, killing him.

1629. Elsa Beatriz Jimenez Jimenez is the wife and legal heir of Numa Alfonso Granados Jimenez (also "Numas," but hereinafter "Numa"), with whom she had a son.  Numa Alfonso Granados Jimenez was murdered by AUC paramilitaries on December 18, 1998.  In June 1997, the AUC paramilitaries kidnapped Numa Alfonso Granados Jimenez.  After two days of captivity, Numa Alfonso Granados Jimenez managed to escape his AUC captors and hid out for a month, moved to Venezuela temporarily, and then changed professions from security guard to soccer referee.  At night on December 18, 1998, Numa Alfonso Granados Jimenez was working as a referee at a soccer match in Fundacion, Magdalena when he was intercepted by AUC paramilitaries. The paramilitaries

shot Numa Alfonso Granados Jimenez three times in the head and face, killing him.

1630. Sara Dolores Juvinao Fandino is the mother and legal heir of Marcelino Hernandez Juvinao, a worker on the Maricarmen banana plantation. Marcelino Hernandez Juvinao was killed on July 25, 1998.  On the evening of July 25, 1998, Marcelino Hernandez Juvinao left his home in Barrio Montecristo, Cienaga, Magdalena and went out with some friends. Shortly after leaving his home, Marcelino Hernandez Juvinao was intercepted by AUC paramilitaries. The paramilitaries shot Marcelino Hernandez Juvinao once in the head, killing him.

1631. Edelmira Maria Daza de Fontalvo is the mother and legal heir of Jorge Eliecer Fontalvo Daza, a worker on the San Miguel banana plantation who also occasionally worked on other banana plantations.  Jorge Eliecer Fontalvo Daza was murdered by AUC paramilitaries on or about November 25, 1997.  On the morning of November 25, 1997, Jorge Eliecer Fontalvo Daza left his home in Barrio Obrero, Cienaga, Magdalena. Sometime after he left his home, Jorge Eliecer Fontalvo Daza was intercepted by AUC paramilitaries. The paramilitaries murdered Jorge Eliecer Fontalvo Daza, and left his charred remains in the Vuelta del Cura sector of Sevilla, Magdalena. Jorge Eliecer Fontalvo Daza's remains were brought to the Cienaga morgue on November 26, 1997.

1632. Evelis Segunda Mendoza Cujia is the wife and legal heir of Wilmer Jose Pena Marriaga, with whom she had a daughter.  Wilmer Jose Pena Marriaga was killed on or about January 10, 2002.  Late at night on or about January 9, 2002, Wilmer Jose Pena Marriaga left his home in Barrio El Parque, Santa Marta, Magdalena and was intercepted by AUC paramilitaries. The paramilitaries shot Wilmer Jose Pena Marriaga in the head and thorax, killing him, and left his body in Mamatoco, Santa Marta, where it was found on January 10, 2002.

1633. Doris Marina Ascanio Castro is the wife and legal heir of Elias Antonio Rincon Castro, with whom she had two daughters.  Elias Antonio Rincon Castro was murdered on July 16, 1997 by AUC paramilitaries.  On the morning of July 16, 1997, Elias Antonio Rincon Castro left his home in Barrio Buenos Aires, Barranquilla, Atlantico to go to work as a street vendor. While he was out, Elias Antonio Rincon Castro was intercepted by AUC paramilitaries. The paramilitaries shot Elias Antonio Rincon Castro multiple times in the head, neck, and spine, killing him.

1634. Rosa Alba Garcia Henriquez is the mother and legal heir of Edwin Ariel Cabrera Garcia (also "Edwin Arrier," but hereinafter "Edwin Ariel").  Edwin Ariel Cabrera Garcia was murdered by AUC paramilitaries on May 5, 2002.  In the early afternoon on May 5, 2002, Edwin Ariel Cabrera Garcia was standing outside

of a billiard hall near his house in Barrio Porvenir, Cienaga, Magdalena speaking with a friend when a group of AUC paramilitaries arrived. The paramilitaries opened fire, indiscriminately shooting at people inside and outside the billiard hall. The paramilitaries shot Edwin Ariel Cabrera Garcia twice in the head, killing him. The paramilitaries also shot and killed three other men.

1635. Rosa Alba Garcia Henriquez is also the mother and legal heir of Anuar Jose Cabrera Garcia.  Anuar Jose Cabrera Garcia was murdered by AUC paramilitaries on February 11, 1997.  On February 11, 1997, Anuar Jose Cabrera Garcia was in the Polideportivo sector of Cienaga, Magdalena with a friend when they were intercepted by an AUC paramilitary.  The paramilitary shot and killed Anuar Jose Cabrera Garcia and Anuar Jose Cabrera Garcia's friend.

1636. Angelica Maria de la Cruz Marmol is the wife and legal heir of Arturo Jose Montero Favian, and the mother of K.Y.C.M., who was born in 2003. K.Y.C.M. is the daughter and is also a legal heir of Arturo Jose Montero Favian. Arturo Jose Montero Favian was kidnapped and disappeared on February 13, 2003 by AUC paramilitaries.  In the very early morning hours of February 13, 2003, Arturo Jose Montero Favian left his home in Barrio La Oasis, Pivijay, Magdalena to go to a dairy farm in Pivijay where he worked.  On his way to the farm, Arturo Jose Montero Favian was intercepted by AUC paramilitaries. The paramilitaries

kidnapped Arturo Jose Montero Favian.  The paramilitaries sent word of Arturo Jose Montero Favian's kidnapping to his boss at the farm.  Arturo Jose Montero Favian was never seen again.

1637. Beatriz Celina Sarmiento de Guerrero is the mother and legal heir of Jorge Enrique Guerrero Sarmiento.  Jorge Enrique Guerrero Sarmiento was murdered by AUC paramilitaries on June 21, 2002.  On the evening of June 21, 2002, Jorge Enrique Guerrero Sarmiento and his wife were driving in their car, approaching their house in Barranquilla, Atlantico when they were intercepted by AUC paramilitaries riding a motorcycle.  The paramilitaries shot and killed Jorge Enrique Guerrero Sarmiento.

1638. Isidro Antonio Cantillo Pino is the son and legal heir of Isidro Antonio Cantillo Garcia, an administrator in the La Corona banana plantation in Rio Frio, Zona Bananera, Magdalena.  Isidro Antonio Cantillo Garcia was murdered by AUC paramilitaries on September 11, 2000.  On the afternoon of September 11, 2000, Isidro Antonio Cantillo Garcia left his home in Cienaga, Magdalena and went to the center of Cienaga to meet someone.  As Isidro Antonio Cantillo Garcia arrived at the meeting place, he was intercepted by two AUC paramilitaries on a motorcycle. The paramilitaries shot Isidro Antonio Cantillo Garcia multiple times in the head and throat, mortally wounding him.  Isidro

779

Antonio Cantillo Garcia was taken to a hospital in Cienaga, then transferred to a hospital in Santa Marta, Magdalena, where he died from his wounds a few hours later that same day.

1639. Ingris Mercedes Sajaud Romero is the wife and legal heir of Calixto Rafael Arias Mejia, with whom she had four children, and the mother of J.F.A.S., who was born in 1998, and of D.A.A.S., who was born in 1996. J.F.A.S. and D.A.A.S. are the sons and are also legal heirs of Calixto Rafael Arias Mejia. Darquin David Arias Sajaud is also the son and is also a legal heir of Calixto Rafael Arias Mejia.  Calixto Rafael Arias Mejia was kidnapped and disappeared by AUC paramilitaries on February 6, 2001.  In the very early morning hours of February 6, 2001, Calixto Rafael Arias Mejia was asleep in his home in Mingueo, Guajira with Ingris Mercedes Sajaud Romero and their children when two pickup trucks filled with AUC paramilitaries arrived. The paramilitaries forced their way into Calixto Rafael Arias Mejia's house.  The paramilitaries seized Calixto Rafael Arias Mejia, tied him up, forced him into one of their vehicles, and drove away, kidnapping him.  Calixto Rafael Arias Mejia was never seen again.

1640. Julio Ordonez Torregrosa is the father and legal heir of Yesid de Jesus Ordonez Mendez.  Aura Marina Mendez Guerra is the mother and is also a legal heir of Yesid de Jesus Ordonez Mendez. Yesid de Jesus Ordonez Mendez was

kidnapped and disappeared by AUC paramilitaries on May 25, 2000.  On the afternoon of May 25, 2000, Yesid de Jesus Ordonez Mendez was at his work in a mechanic's shop in Cascahualito, Guachaca, Santa Marta, Magdalena when a pickup truck with several AUC paramilitaries arrived.  The paramilitaries asked Yesid de Jesus Ordonez Mendez to accompany them to fix a truck that was broken on the Santa Marta-Riohacha road.  Yesid de Jesus Ordonez Mendez got in the paramilitaries' truck and left with them.  Yesid de Jesus Ordonez Mendez was never seen again.

1641. Lenyn Raumir Padilla Sepulveda is the son and legal heir of Fidelina Sepulveda Sepulveda.  Fidelina Sepulveda Sepulveda was kidnapped and murdered by AUC paramilitaries on or about January 4, 2006.  On the morning of January 1, 2006, Fidelina Sepulveda Sepulveda's nephew was wounded when an AUC paramilitary slashed him with a machete.  Fidelina Sepulveda Sepulveda, a registered nurse, tended her nephew's wounds.  Several days later, on or about January 4, 2006, several of Fidelina Sepulveda Sepulveda's relatives were captured and tortured by the AUC paramilitaries. Fidelina Sepulveda Sepulveda went to the local AUC paramilitary chief to ask him to spare her captured relatives.  The paramilitaries kidnapped Fidelina Sepulveda Sepulveda. The paramilitaries then shot and killed Fidelina Sepulveda Sepulveda, burned her body, and buried it.

Fidelina Sepulveda Sepulveda's body was exhumed on June 8, 2006 and the remains turned over to Lenyn Raumir Padilla Sepulveda on November 15, 2007.

1642. Gilda del Socorro Montenegro Ariza is the wife and legal heir of Luis Arturo Romo Rada, with whom she had 10 children, and the mother of S.M.R.M., who was born in 1997; of S.T.R.M., who was born in 1999; of D.J.R.M., who was also born in 1999; and of D.D.R.M., who was born in 1996. S.M.R.M., S.T.R.M., D.J.R.M., and D.D.R.M. are the children and also are legal heirs of Luis Arturo Romo Rada. Luis Arturo Romo Rada was murdered by AUC paramilitaries on February 9, 2003.  Luis Arturo Romo Rada was the president of the Magdalena fishermen's union; prior to his death, he had filed complaints about the loss of some of the union's money.  On the evening of February 9, 2003, Luis Arturo Romo Rada was in the Puerto Nuevo sector of Cienaga, Magdalena with some friends when several AUC paramilitaries approached from different directions. The paramilitaries shot Luis Arturo Romo Rada five times in the head and body, killing him.

1643. Martina Isabel Abdala Pena is the wife and legal heir of Enrique Segundo Ramirez Lea, with whom she had a family. Martina Isabel Abdala Pena is also the mother and legal heir of Leonidas Alfonso Ramirez Escobar. Nancy Esther Hernandez Yepes is the wife and is also a legal heir of Leonidas Alfonso Ramirez

Escobar, with whom she had three daughters, and the mother of Y.K.R.H., who was born in 2002, and of J.L.R.H., who was born in 1994. Y.K.R.H. and J.L.R.H. are the daughters and also are legal heirs of Leonidas Alfonso Ramirez Escobar. Enrique Segundo Ramirez Lea and Leonidas Alfonso Ramirez Escobar, father and son who were occasional banana workers, were murdered on April 17, 2003 by AUC paramilitaries. On the evening of April 17, 2003, Enrique Segundo Ramirez Lea, Leonidas Alfonso Ramirez Escobar, and Martina Isabel Abdala Pena were eating supper in their home in Rio Frio, in the banana zone of Magdalena, when a group of AUC paramilitaries arrived on motorcycles. One of the paramilitaries entered the house and shot Leonidas Alfonso Ramirez Escobar and Enrique Segundo Ramirez Lea multiple times, killing them both.

1644. Regina Isabel Sanmartin Marquez is the mother and legal heir of Marcial Reales Sanmartin.  Marcial Reales Sanmartin was kidnapped and murdered by AUC paramilitaries on June 2, 2005.  On the evening of June 2, 2005, Marcial Reales Sanmartin closed up his bicycle shop in Barrio El Carmen, Malambo, Atlantico and as he was riding his bicycle to his girlfriend's home, he was intercepted by AUC paramilitaries who kidnapped him.  The paramilitaries took Marcial Reales Sanmartin to the Carretera Oriental [Eastern Highway] in Malambo, where they shot and killed him.

783

1645. Maria Elena Lopez Reales is the mother and legal heir of Juan de la Cruz Gonzalez Lopez. Juan de la Cruz Gonzalez Lopez was murdered by AUC parmilitaries on or about November 4, 2004. In the evening on or about November 4, 2004, Juan de la Cruz Gonzalez Lopez was standing on a street corner near his home in Barrio El Carmen, Malambo, Atlantico with some friends when they were approached by AUC paramilitaries on motorcycles. The paramilitaries shot Juan de la Cruz Gonzalez Lopez multiple times, killing him.

1646. Francy Yamileth Chamorro Munoz is the wife and legal heir of Harold King Garcia Samper, a member of a transport workers' union, with whom she had a daughter. Harold King Garcia Samper was murdered by AUC paramilitaries on July 16, 2007. On the afternoon of July 16, 2007, Harold King Garcia Samper arrived at work in the El Curval section of Bonda, Santa Marta, Magdalena and was speaking with a work colleague when they were intercepted by a group of AUC paramilitaries. The paramilitaries shot Harold King Garcia Samper multiple times in the head and body, killing him. The paramilitaries also shot and killed the work colleague with whom Harold King Garcia Samper had been speaking, and wounded a third person.

1647. Adolfo Alfredo Rada Caro is the father and legal heir of Adel Alfonso Rada Sanchez. Adel Alfonso Rada Sanchez was murdered by AUC paramilitaries

on or about November 5, 2007.  On or about November 5, 2007, Adel Alfonso

Rada Sanchez and his wife were at a birthday party of one of their children in

Maicao, Guajira.  A group of AUC paramilitaries arrived and shot and killed Adel

Alfonso Rada Sanchez and his wife.

1648. Fanny Maria Cervantes Velez is the mother and legal heir of Xavier

Enrique Cervantes Velez.  Xavier Enrique Cervantes Velez was murdered by AUC

paramilitaries on October 28, 2002.  On the morning of October 28, 2002, Xavier

Enrique Cervantes Velez left his home in Las Malvinas, Santa Marta, Magdalena

and was on his way to visit a friend when he was intercepted by a group of AUC

paramilitaries.  The paramilitaries shot Xavier Enrique Cervantes Velez several

times, killing him.

1649. Teresa Cecilia Laborde Paz is the wife and legal heir of Rafael Tobias

Henriquez Cervantes, with whom she had six children. Rafael Tobias Henriquez

Cervantes was murdered on May 16, 2007 by AUC paramilitaries. On the morning

of May 16, 2007, Rafael Tobias Henriquez Cervantes was seated with two of his

children at the entrance to his home in Cienaga, Magdalena, when two AUC

paramilitaries arrived on a motorcycle. One of the paramilitaries dismounted and

shot Rafael Tobias Henriquez Cervantes, injuring him. Rafael Tobias Henriquez

Cervantes tried to run and hide in a neighbor's home, but on the terrace of the

neighbor's home the paramilitaries caught up to him and shot him multiple gunshots times in the head, back, arms, and thorax, killing him.

1650. Grenelia Soledad Mercado Vergara is the mother and legal heir of Jose Ramon Pedraza Mercado, an adolescent student and farm worker. Jose Ramon Pedraza Mercado was murdered on May 21, 2000 by AUC paramilitaries. On the morning of May 21, 2000, Jose Ramon Pedraza Mercado was hunting on Finca Orinoco, the farm where he lived and worked in Guamachito, Sevialla, Zona Bananera, Magdalena, when he became separated from the other hunters in his group. Sometime late that morning, Jose Ramon Pedraza Mercado was intercepted by AUC paramilitaries in Finca Orinoco. The paramilitaries shot Jose Ramon Pedraza Mercado in the mouth, killing him.

1651. Marina Esther Polo Rua is the mother and legal heir of Luis Demetrio Lozano Polo. Luis Demetrio Lozano Polo was kidnapped and disappeared on September 15, 2000 by AUC paramilitaries. On the evening of September 15, 2000, Luis Demetrio Lozano Polo left his home in Barrio Bolivar, Rio Frio, Zona Bananera, Magdalena to visit his girlfriend, who lived in the hamlet of Julio Zawady, near the entrance to Rio Frio. Along the way, Luis Demetrio Lozano Polo was intercepted by AUC paramilitaries. The paramilitaries kidnapped Luis Demetrio Lozano Polo, who was never seen again.

786

1652. Marina Esther Polo Rua is also the mother and legal heir of Herney Jose Mazeneth Polo. Herney Jose Mazeneth Polo was kidnapped and disappeared on March 13, 2005 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Herney Jose Mazeneth Polo, whose body has not been recovered. Prior to his kidnap and disappearance, Herney Jose Mazeneth Polo had been living and working in Bogota, Colombia, but had recently returned to Zona Bananera, Magdalena to visit his family. On the afternoon of March 13, 2005, Herney Jose Mazeneth Polo left his aunt's home in Guacamayal, Zona Bananera, Magdalena with a cousin. After leaving his aunt's home, Herney Jose Mazeneth Polo was intercepted by AUC paramilitaries. The paramilitaries kidnapped Herney Jose Mazeneth Polo and subsequently murdered him. Herney Jose Mazeneth Polo was never seen again.

1653. Fanny Maria Rada Barrios is the mother and legal heir of Yasmin Rocio Peralta Rada. Yasmin Rocio Peralta Rada was murdered on or about January 28, 2000 by AUC paramilitaries. On January 27, 2000, Yasmin Rocio Peralta Rada left her home in Santa Marta, Magdalena to go to Cienaga, Magdalena. Along the way, Yasmin Rocio Peralta Rada was intercepted by AUC paramilitaries. The paramilitaries murdered Yasmin Rocio Peralta Rada and left her body on a street in Santa Marta, where it was found on the morning of January 28, 2000.

1654. Fanny Maria Rada Barrios is also the sister and also the legal heir of Alfredo Manuel Rada Barrios. Alfredo Manuel Rada Barrios was kidnapped on or about February 13, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Alfredo Manuel Rada Barrios. On or about February 13, 2003, Alfredo Manuel Rada Barrios was keeping watch at a farm on the outskirts of Santa Marta, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries kidnapped Alfredo Manuel Rada Barrios, murdered him, and threw his body into the Bonda River below a bridge , east of Santa Marta, where it was found on February 25, 2003.

1655. Sonia Mercedes Barcinilla Fuentes is the mother and legal heir of Lesbia Beatriz Polo Barcinilla, a university student and social movement leader. Lesbia Beatriz Polo Barcinilla was kidnapped and disappeared on September 28, 1998 by AUC paramilitaries. Early on the afternoon of September 28, 1998, Lesbia Beatriz Polo Barcinilla was heading to her home in Barrio Tayrona, Santa Marta, Magdalena to eat lunch. Moments after she stepped off the bus near her home, Lesbia Beatriz Polo Barcinilla was intercepted by a group of AUC paramilitaries. The paramilitaries forced Lesbia Beatriz Polo Barcinilla into their vehicle, and drove away, kidnapping her. Lesbia Beatriz Polo Barcinilla was never seen again.

1656. Rosa Irene Hincapie Baracaldo is the wife and legal heir of Jose Daer Rodriguez Tellez. Jose Daer Rodriguez Tellez was kidnapped and disappeared on August 24, 2003 by AUC paramilitaries. On the afternoon of August 24, 2003, Jose Daer Rodriguez Tellez left his home in Palmichal, in San Pedro de la Sierra, Cienaga, Magdalena, to go to work at a coffee plantation higher up in the Sierra Nevada de Santa Marta mountains. Along the way, Jose Daer Rodriguez Tellez was intercepted by AUC paramilitaries. The paramilitaries kidnapped Jose Daer Rodriguez Tellez, who was never seen again. Five days after Jose Daer Rodriguez Tellez was kidnapped, a group of AUC paramilitaries arrived at his home. The paramilitaries told Rosa Irene Hincapie Baracaldo that Jose Daer Rodriguez Tellez had joined the "peasant soldiers," a counter-insurgency group supported by the Colombian government. The paramilitaries also warned Rosa Irene Hincapie Baracaldo not to look for Jose Daer Rodriguez Tellez.

1657. Emilse Jimenez Oviedo is the mother and legal heir of Eusebio Felipe Trillo Jimenez. Eusebio Felipe Trillo Jimenez was murdered on or about November 24, 2003 by AUC paramilitaries. On or about November 24, 2003, Eusebio Felipe Trillo Jimenez was working at a ranch in Guachaca, Santa Marta, Magdalena when a group of AUC paramilitaries entered the ranch. The paramilitaries seized Eusebio Felipe Trillo Jimenez, forced him into a nearby field.

789

The paramilitaries shot and mortally wounded Eusebio Felipe Trillo Jimenez. A group of Eusebio Felipe Trillo Jimenez's work colleagues placed him in a hammock and took him to town, but Eusebio Felipe Trillo Jimenez died from his injuries along the way. Emilse Jimenez Oviedo buried Eusebio Felipe Trillo Jimenez's body herself and did not immediately report the murder to the authorities, because she was afraid of reprisals from the AUC paramilitaries. Eusebio Felipe Trillo Jimenez's body was later exhumed by the authorities and his remains were turned back over to Emilse Jimenez Oviedo on March 25, 2011.

1658. Margot Cecilia Cerpa Manga is the wife and legal heir of Yesid Isaac Herrera Salazar, with whom she had a family, and the mother of K.M.H.C., who was born in 1994. K.M.H.C. is the daughter and is also a legal heir of Yesid Isaac Herrera Salazar.  On July 9, 2007, AUC paramilitaries had attempted to murder Yesid Isaac Herrera Salazar by shooting him in the stomach, but he had survived. Yesid Isaac Herrera Salazar, a ripener and trader of bananas rejected for export, was murdered on October 23, 2007 by AUC paramilitaries. On the afternoon of October 23, 2007, Yesid Isaac Herrera Salazar left his home in Cienaga, Magdalena to head to the warehouse in Cienaga from which he traded bananas on the local market. Several blocks from his home, Yesid Isaac Herrera Salazar was

intercepted by AUC paramilitaries. The paramilitaries shot Yesid Isaac Herrera Salazar multiple times in the head, neck, and back, killing him.

1659. Luis Mariano Mejia Gaudio is a surviving victim. Luis Mariano Mejia Gaudio was shot and seriously wounded by AUC paramilitaries on January 1, 2006. In the early morning hours of January 1, 2006, Luis Mariano Mejia Gaudio was at an open-air New Year's party in Caraballo, Pivijay, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries first fired gunshots into the air, then shot at the participants in the party, killing several and wounding Luis Mariano Mejia Gaudio, who received a gunshot in the thorax. Friends of Luis Mariano Mejia Gaudio took him to a hospital in Fundacion, Magdalena, from which he was transferred to another hospital in Barranquilla, Atlantico several hours later, where he remained for about one week. In May, 2006, Luis Mariano Mejia Gaudio was hospitalized again in May 2006 to undergo a colostomy as a result of the injuries he sustained in the January 1, 2006 shooting. Also as a result of the AUC paramilitary attack, Luis Mariano Mejia Gaudio was forced to flee Caraballo. Luis Mariano Mejia Gaudio returned to Caraballo in 2007, but in 2008 he was threatened by AUC paramilitaries, for which reason he again fled to Fundacion, Magdalena, where he has remained ever since.

1660. Edilsa Marina Niebles Suarez is the mother and legal heir of Jair Alfonso Jimenez Niebles. Jair Alfonso Jimenez Niebles, an occasional banana worker, was murdered on July 16, 2001 by AUC paramilitaries. On the night of July 16, 2001, Jair Alfonso Jimenez Niebles was in the central plaza of Orihueca, Zona Bananera, Magdalena, taking part in the Virgen del Carmen festival, when a group of AUC paramilitaries arrived on two motorcycles. The paramilitaries opened fire indiscriminately against the festival goers, killing several, including Jair Alfonso Jimenez Niebles, whom the paramilitaries murdered with a gunshot to the head.

1661. Leivis Marina Ruiz Roa is the wife and legal heir of Edgardo Sandoval Ruiz, and the mother of L.A.S.R., who was born in 2006. L.A.S.R. is the daughter and is also a legal heir of Edgardo Sandoval Ruiz. Edgardo Sandoval Ruiz was murdered on October 9, 2007 by AUC paramilitaries. On the afternoon of October 9, 2007, Edgardo Sandoval Ruiz was at the video rental store he owned with Leivis Marina Ruiz Roa when two AUC paramilitaries arrived on a motorcycle. One of the paramilitaries got off the motorcycle and shot Edgardo Sandoval Ruiz, who fell to the ground injured. The paramilitary shot Edgardo Sandoval Ruiz several more times in the head and body, killing him. Leivis Marina Ruiz Roa witnessed the murder of Edgardo Sandoval Ruiz. Earlier on October 9,

2007, Edgardo Sandoval Ruiz was named as a witness to a crime by another victim's relative in a public hearing at which the victim's relative accused Jose Gregorio Mangones Lugo, A/K/A "Carlos Tijeras," commander of the William Rivas Front of the AUC, of being responsible for the victim's disappearance.

1662. Rafael Antonio Charris Munoz is the son and legal heir of Rafael Angel Charris Charris. Rafael Angel Charris Charris, a former member of the Santo Tomas, Atlantico Municipal Council, was murdered on October 4, 2005 by AUC paramilitaries. On the afternoon of October 4, 2005, Rafael Angel Charris Charris left his home in Santo Tomas on foot to make a phone call at a cell-phone service located nearby. When he was returning to his home after making the phone call, Rafael Angel Charris Charris was intercepted by two AUC paramilitaries who arrived on a motorcycle. One of the paramilitaries got off the motorcycle and shot Rafael Angel Charris Charris in the head, killing him. Prior to his murder, Rafael Angel Charris Charris had received threats from AUC paramilitaries, and had reported them to the authorities.

1663. Filomena Torres Viloria is the mother and legal heir of Libardo de Jesus Jimenez Torres. Libardo de Jesus Jimenez Torres was murdered on February 15, 1998 by AUC paramilitaries. In the early morning hours of February 15, 1998, Libardo de Jesus Jimenez Torres was returning to his home in Santa Marta,

Magdalena after leaving a party he had attended in a nearby neighborhood, accompanied by several friends. When Libardo de Jesus Jimenez Torres and his friends entered the Luz del Mundo neighborhood where he lived in Santa Marta, they were intercepted by a group of AUC paramilitaries on several motorcycles. The paramilitaries frisked Libardo de Jesus Jimenez Torres and his friends, stole their identity documents, and then shot Libardo de Jesus Jimenez Torres twice in the neck and thorax, killing him. The paramilitaries also shot and killed Libardo de Jesus Jimenez Torres' friends.

1664. Alberto de Jesus Sanchez Anaya is a surviving victim. Alberto de Jesus Sanchez Anaya was kidnapped on May 16, 2002 by AUC paramilitaries, who tortured him physically and psychologically. On May 16, 2002, Alberto de Jesus Sanchez Anaya was traveling through Garrapata, Pivijay, Magdalena after visiting a farm when he was stopped by AUC paramilitaries who had blocked the road. The paramilitaries kidnapped Alberto de Jesus Sanchez Anaya and held him for 12 days, periodically transferring him from one farm to another. During his captivity, the AUC paramilitaries handcuffed Alberto de Jesus Sanchez Anaya, placed a plastic bag over his head, nearly suffocating him, and forced his head into water, nearly drowning him. The paramilitaries also placed a hood over Alberto de Jesus Sanchez Anaya's head, then told him that they were about to kill him, and

794

fired a gunshot into the air to frighten him. After 12 days, the paramilitaries released Alberto de Jesus Sanchez Anaya to a Red Cross commission. As a result of his kidnapping and torture, Alberto de Jesus Sanchez Anaya suffers from post-traumatic stress disorder.

1665. JuanMarquez Bojato is the father and legal heir of Catalino Antonio Marquez Cervantes. Catalino Antonio Marquez Cervantes, a fisherman, was kidnapped on or about May 12, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Catalino Antonio Marquez Cervantes. Late on the night of May 12, 2003, or early on the morning of May 13, 2003, Catalino Antonio Marquez Cervantes was sleeping over at the house of a friend in Trojas de Cataca, Puebloviejo, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries knocked on the door. The paramilitaries kidnapped Catalino Antonio Marquez Cervantes and several others who were present. The paramilitaries then murdered Catalino Antonio Marquez Cervantes and the others. Catalino Antonio Marquez Cervantes's body was found several months later in the Cienaga Grande de Santa Marta swamp.

1666. Edith Maria Acosta Rodriguez is the mother and legal heir of Hermes Rafael Fonseca Acosta. Hermes Rafael Fonseca Acosta, a member of the Zona Bananera, Magdalena Municipal Council, was kidnapped on September 15, 2001

by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Hermes Rafael Fonseca Acosta. On September 15, 2001, Hermes Rafael Fonseca Acosta was at work at the Finca Caribu palm plantation near Guamachito, Zona Bananera, Magdalena when a group of paramilitaries arrived. The paramilitaries forced Hermes Rafael Fonseca Acosta into their vehicle and drove away, kidnapping him. The paramilitaries then shot Hermes Rafael Fonseca Acosta once in the head, killing him, and left his body between Guamachito and Tucurinca, Zona Bananera, where it was found on the night of September 18, 2001.

1667. Lila Isabel Ballesteros Reyes is the wife and legal heir of Estali Enrique Rada Polo (also "Estaly" and "Stalin," but hereinafter "Estali"), and the mother of C.B.R.B., who was born in 1994; of E.E.R.B., who was born in 1996; of S.E.R.B., who was born in 1998; and of M.I.R.B., who was born in 2000. C.B.R.B., E.E.R.B., S.E.R.B., and M.I.R.B. are the children and are also legal heirs of Estali Enrique Rada Polo. Cristina Isabel Rada Ballesteros is also the daughter and is also a legal heir of Estali Enrique Rada Polo. Estali Enrique Rada Polo, a Zona Bananera, Magdalena Municipal Councilman who had previously been employed as a banana worker, was murdered on April 26, 2001 by AUC paramilitaries. On April 26, 2001, Estali Enrique Rada Polo left his home in Sevilla, Zona Bananera, Magdalena to go to Cienaga, Magdalena to run an errand.

Shortly after he got off the bus in Cienaga, Estali Enrique Rada Polo was intercepted by a group of AUC paramilitaries. The paramilitaries shot Estali Enrique Rada Polo multiple times in the face, head, and body, killing him.

1668. Blanca Sener Osorio Tabares is the wife and legal heir of Eduardo Jose Cala Paez, and the mother of O.Y.C.O., who was born in 1994. O.Y.C.O. is the son and is also a legal heir of Eduardo Jose Cala Paez. Eduardo Jose Cala Paez was murdered on February 24, 2001 by AUC paramilitaries. On the afternoon of February 24, 2001, Eduardo Jose Cala Paez was in Cienaga, Magdalena walking to a relative's home when he was intercepted by an AUC paramilitary. The paramilitary shot Eduardo Jose Cala Paez multiple times in the face, head, and body, killing him.

1669. Silvia Isabel Garcia Vizcaino is the mother and legal heir of Cecilia Isabel Castro Vizcaino (also "Cecilia Isabel Castro Garcia," but hereinafter "Cecilia Isabel Castro Vizcaino"). Cecilia Isabel Castro Vizcaino was mortally wounded on February 1, 1998 by AUC paramilitaries and died of her wounds on February 2, 1998. Late on the night of February 1, 1998, Cecilia Isabel Castro Vizcaino was in the home she shared with her husband and with Silvia Isabel Garcia Vizcaino in Cienaga, Magdalena when a group of AUC paramilitaries arrived and forced their way into the home. The paramilitaries argued with Silvia

797

Isabel Garcia Vizcaino, then entered the room where Cecilia Isabel Castro Vizcaino and her husband were. The paramilitaries shot Cecilia Isabel Castro Vizcaino twice in the thorax, mortally wounding her, and also shot her husband to death. Cecilia Isabel Castro Vizcaino died from her wounds early on the morning of February 2, 1998.

1670. Alberto Rodriguez Rodriguez is the father and legal heir of Elkin Rafael Rodriguez Ledesma. Elkin Rafael Rodriguez Ledesma was murdered on November 14, 2003 by AUC paramilitaries. On the morning of November 14, 2003, Elkin Rafael Rodriguez Ledesma was transporting mine workers in his vehicle between Fonseca and Barrancas, Guajira, when he was intercepted by a group of AUC paramilitaries in the village of Papayal. The paramilitaries forced everyone to get out of Elkin Rafael Rodriguez Ledesma's vehicle, including Elkin Rafael Rodriguez Ledesma. The paramilitaries then shot Elkin Rafael Rodriguez Ledesma multiple times in the head, killing him.

1671. Adonai Ramon Rojas Vergara is the son and legal heir of Domingo Jose Rojas Guerrero, and the brother and legal heir of Jose Fidel Rojas Escobar. Domingo Jose Rojas Guerrero and his son Jose Fidel Rojas Escobar, who worked at Finca Los Angeles, a banana plantation affiliated with Chiquita, were murdered on June 12, 2001 by AUC paramilitaries. Early on the morning of June 12, 2001, a

group of AUC paramilitaries arrived at the home of Jose Fidel Rojas Escobar in Palomar, Zona Bananera, Magdalena, and forced him out of his home. The paramilitaries also forced Domingo Jose Rojas Guerrero out of the nearby storeroom where he was sleeping. The paramilitaries then shot Jose Fidel Rojas Escobar twice in the head, killing him.  The paramilitaries also shot Domingo Jose Rojas Guerrero multiple times in the head and body, killing him. As a result of the murders, Adonai Ramon Rojas Vergara and his family fled to Cordoba, where they remained for approximately eight years before returning to Magdalena.

1672. Sunilda Mercedes Hustariz Guerrero is the mother and legal heir of Jaider Alfonso Cantillo Hustaris. Jaider Alfonso Cantillo Hustaris was murdered on September 26, 2001 by AUC paramilitaries. On the night of September 26, 2001 Jaider Alfonso Cantillo Hustaris stepped out of his home in Santa Marta, Magdalena to throw out garbage when he was intercepted by two AUC paramilitaries on a motorcycle. The paramilitaries shot Jaider Alfonso Cantillo Hustaris twice in the thorax and once in the head, killing him.

1673. Teresa de Jesus Padilla Barandica is the wife and legal heir of Catalino Rafael Cahuana Rangel, with whom she had a family. Catalino Rafael Cahuana Rangel was murdered on or about November 1, 1999 by AUC paramilitaries. On the night of November 1, 1999, Catalino Rafael Cahuana Rangel

left his home in Fundacion, Magdalena to drive his taxi.  Later that night, several AUC paramilitaries boarded Catalino Rafael Cahuana Rangel's taxi, and Catalino Rafael Cahuana Rangel was seen driving around with them in Fundacion for over an hour. At or about midnight that night, the paramilitaries shot Catalino Rafael Cahuana Rangel once in the head, killing him, and left his body in his taxi on the road between Fundacion and Pivijay, Magdalena, where it was found the following morning, on November 2, 1999.

1674. Rosa Oliva Daza Morales is the mother and legal heir of Leonardo Carbonell Daza (also "Carbonell Dasas," "Carbonel Dasas," and "Carbonel Daza," but hereinafter "Carbonell Daza"). Leonardo Carbonell Daza was kidnapped, tortured, and murdered on December 3, 2003 by AUC paramilitaries and Colombian army soliders. On December 3, 2003, Leonardo Carbonell Daza was in Palmor, Cienaga, Magdalena, in the Sierra Nevada de Santa Marta mountains, working as a coffee harvester when he was intercepted by a group of AUC paramilitaries and Colombian army soldiers.  The paramilitaries and soldiers kidnapped Leonardo Carbonell Daza, and led him down the mountain. When the group passed near the home that Rosa Oliva Daza Morales shared with Leonardo Carbonell Daza, Rosa Oliva Daza Morales heard voices and went to see what was going on. Seeing that the paramilitaries and soldiers had captured Leonardo

800

Carbonell Daza, Rosa Oliva Daza Morales asked them why they had captured him. The paramilitaries and soldiers told Rosa Oliva Daza Morales that Leonardo Carbonell Daza was leading them to a cache of weapons buried by the guerrillas. Rosa Oliva Daza Morales assured them that Leonardo Carbonell Daza was not a guerrilla. The paramilitaries and soldiers told her that nothing would happen to Leonardo Carbonell Daza. Shortly afterwards, Leonardo Carbonell Daza was released by the paramilitaries and soldiers and returned to his home. Nevertheless, a short time later, Leonardo Carbonell Daza returned to where the paramilitaries and soldiers were to demand that they return his wristwatch and his identity document, which they had stolen from him. The paramilitaries and soldiers beat Leonardo Carbonell Daza, tied his hands, and immersed his head in water. The paramilitaries then led Leonardo Carbonell Daza past his home, where Rosa Oliva Daza Morales implored them to spare Leonardo Carbonell Daza. The paramilitaries and soldiers continued walking with Leonardo Carbonell Daza; a short distance away from his home, the paramilitaries and soldiers shot Leonardo Carbonell Daza once in the spine, killing him. The paramilitaries and soldiers then returned to Rosa Oliva Daza Morales' home, where they threatened her, telling her they would kill her if she kept asking questions. The following day, the Colombian

army reported that Leonardo Carbonell Daza was a member of a guerrilla group and that he had tried to disarm a soldier and for that reason had been killed.

1675.  Viator Ulises Rodriguez Cruz is the brother and legal heir of Jairo Eliecer Rodriguez Cruz. Silvia Isabel Cruz de Rodriguez is the mother and is also a legal heir of Jairo Eliecer Rodriguez Cruz. Patricia del Socorro Lobo Colina is the wife and legal heir of Ever de Jesus Rodriguez Cruz, and the mother of E.C.R.L., who was born in 1998, and of Mabelis Claudette Rodriguez Lobo, an adult who was born in 1994. E.C.R.L. is the son and is also a legal heir of Ever de Jesus Rodriguez Cruz. Mabelis Claudette Rodriguez Lobo is the daughter and is also a legal heir of Ever de Jesus Rodriguez Cruz. Jairo Eliecer Rodriguez Cruz and Ever de Jesus Rodriguez Cruz, two brothers, were murdered on January 15, 2003 by AUC paramilitaries. On the afternoon of January 15, 2003, Ever de Jesus Rodriguez Cruz was resting in the ice-cream store he had in the corner of his home, and Jairo Eliecer Rodriguez Cruz was seated outside the store when two AUC paramilitaries arrived on a motorcycle. One of the paramilitaries approached the window of the ice-cream store, and shot Ever de Jesus Rodriguez Cruz once in the head, killing him. Upon hearing the gunshots, Jairo Eliecer Rodriguez Cruz seized the AUC paramilitary in a chokehold. The other AUC paramilitary then approached and shot Jairo Eliecer Rodriguez Cruz in the thorax, mortally

wounding him. Jairo Eliecer Rodriguez Cruz died that day before he could receive medical attention.

1676. Magalis Maria Charris Fontalvo is the mother and legal heir of Jesus Alberto Merino Charris. Jesus Alberto Merino Charris was murdered on September 27, 2003 by AUC paramilitaries. On the evening of September 27, 2003, Jesus Alberto Merino Charris was standing on a street corner in Soledad, Atlantico when two AUC paramilitaries approached him. One of the paramilitaries shot Jesus Alberto Merino Charris once in the head, killing him.

1677. Petrona Isabel Coronado Camacho is the mother and legal heir of Justo Pastor Castellano Coronado, a worker at Finca Cordoba, a banana plantation in Orihueca, Zona Bananera, Magdalena. Justo Pastor Castellano Coronado was murdered on or about January 11, 2003 by AUC paramilitaries. Late on the night of January 11, 2003, or early on the morning of January 12, 2003, Justo Pastor Castellano Coronado was at his home in the village of Palomar, Zona Bananera, Magdalena with his wife and child when a group of AUC paramilitaries arrived. The paramilitaries forced their way inside the home and seized Justo Pastor Castellano Coronado. The paramilitaries then forced Justo Pastor Castellano Coronado to walk a short distance away from his home, where they slit his throat with a machete, killing him.

803

1678. Antonio Maria Rodriguez Soto is the father and legal heir of Fredy Antonio Rodriguez Camaron (also "Fredi," but hereinafter "Fredy"). Fredy Antonio Rodriguez Camaron was murdered on February 15, 2001 by AUC paramilitaries. On February 15, 2001, Fredy Antonio Rodriguez Camaron was approaching his home in Barrio Tayrona, Santa Marta, Magdalena to eat lunch when he was intercepted by two AUC paramilitaries on a motorcycle. One of the paramilitaries shot Fredy Antonio Rodriguez Camaron multiple times in the head, neck, and limbs, killing him.

1679. Gladys Nubia Salcedo Perez is the wife and legal heir of Federico Montenegro Montenegro, with whom she had a family. Federico Montenegro Montenegro was kidnapped and murdered on September 10, 2001 by AUC paramilitaries. On September 10, 2001, Federico Montenegro Montenegro went down to Cienaga, Magdalena from his coffee farm in Siberia, Cienaga, Magdalena, in the Sierra Nevada de Santa Marta mountains. That night, a group of AUC paramilitaries entered the residence where Federico Montenegro Montenegro was staying in Cienaga. The paramilitaries forced Federico Montenegro Montenegro into a vehicle and drove off, kidnapping him. The paramilitaries then shot Federico Montenegro Montenegro four times in the head, killing him, and left his body in an unpopulated area between Cienaga and Santa Marta, Magdalena.

804

1680. Ismenia Montano de Perez is the wife and legal heir of Obdulio Perez Teran, with whom she had seven children. Obdulio Perez Teran, a lawyer, was murdered on May 3, 2006 by AUC paramilitaries. Around midday on May 3, 2006, Obdulio Perez Teran was at home with Ismenia Montano de Perez in Cienaga, Magdalena, when an AUC paramilitary arrived and asked to speak to Obdulio Perez Teran. After speaking with him for a while in the couple's house, the paramilitary shot Obdulio Perez Teran twice in the thorax and once in the head, mortally wounding him. Obdulio Perez Teran's family took him to a hospital in Cienaga, but he died of his wounds that same afternoon shortly after arriving. Obdulio Perez Teran had represented several clients in a lawsuit against APOSMAR, a lottery linked to the AUC paramilitaries. As a result of the murder of Obdulio Perez Teran, Ismenia Montano de Perez fled Cienaga and has not lived there since.

1681. Maria Esther Fernandez Cerpa is the mother and legal heir of Alvenis Jose Vitola Fernandez (also "Albenis," but hereinafter "Alvenis"). Alvenis Jose Vitola Fernandez was murdered on June 15, 2005 by AUC paramilitaries. On the evening of June 15, 2005, Alvenis Jose Vitola Fernandez was watching a soccer match on television at a store in Santa Marta, Magdalena when two AUC paramilitaries arrived on a motorcycle. One of the paramilitaries got off the

motorcycle, entered the store, and shot Alvenis Jose Vitola Fernandez multiple times in the head and neck, killing him.

1682. Yesenia Esther Yance Fontalvo is the daughter and legal heir of Oscar Manuel Yance Hernandez. Oscar Manuel Yance Hernandez was kidnapped and disappeared on November 11, 2002 by AUC paramilitaries. In the early morning hours of November 11, 2002, Oscar Manuel Yance Hernandez left his home in Fundacion, Magdalena, to go to work. Shortly after leaving his home, Oscar Manuel Yance Hernandez was intercepted by a group of AUC paramilitaries who found him on the street after they had arrived in the neighborhood to kidnap other victims. The paramilitaries forced their way into several homes in the neighborhood in Fundacion where Oscar Manuel Yance Hernandez lived, rounding up several victims, including Oscar Manuel Yance Hernandez, and forcing them into the back of a truck, and drove away, kidnapping them. One of the victims escaped by throwing himself from the truck and crawling into nearby bushes, where he was found badly injured later that day. Oscar Manuel Yance Hernandez was never seen again.

1683. Orlando de Jesus Robles Mojica is the husband and legal heir of Judith Farides Alvarez Hernandez, and the father of A.P.R.A., who was born in 1996, and of M.C.R.A., who was born in 1997. A.P.R.A. and M.C.R.A. are the

daughters and also are legal heirs of Judith Farides Alvarez Hernandez. Judith Farides Alvarez Hernandez, a crime investigator for the Santa Marta, Magdalena District Attorney's office, was murdered on November 16, 2007 by AUC paramilitaries. On the morning of November 16, 2007, Judith Farides Alvarez Hernandez left her home in Santa Marta on foot to go to her office, which was located a few blocks away. When Judith Farides Alvarez Hernandez had walked a short distance from her home, an AUC paramilitary intercepted her and shot her once in the back, killing her.

1684. Elsy Maria Lora de Venera is the mother and legal heir of Julio Cesar Venera Lora. Julio Cesar Venera Lora was kidnapped on July 20, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Julio Cesar Venera Lora. On the night of July 20, 2000, a colleague of Julio Cesar Venera Lora called Elsy Maria Lora de Venera to tell her that Julio Cesar Venera Lora had just been kidnapped in Barranquilla, Atlantico. The following day, July 21, 2000, Julio Cesar Venera Lora was found dead from multiple gunshot wounds to his head and thorax, on a back road between Juan Mina and Galapa, Atlantico.

1685. Damaris Esther Gutierrez Cera is the wife and legal heir of Jorge Luis Salcedo Monterrosa, with whom she had three children. Jorge Luis Salcedo Monterrosa was murdered on December 20, 2001 by AUC paramilitaries. On the

evening of December 20, 2001, Jorge Luis Salcedo Monterrosa was leaving a restaurant next to the Costa Azul Marina where he worked, located between Santa Marta and Cienaga, Magdalena, when he was intercepted by a group of AUC paramilitaries. The paramilitaries shot Jorge Luis Salcedo Monterrosa once in the neck and three times in the body, killing him.

1686. Ana Cecilia Villamil de Charris is the mother and legal heir of Victoriano Segundo Charris Villamil. Victoriano Segundo Charris Villamil was murdered on August 17, 2002 by AUC paramilitaries. On the night of August 17, 2002 Victoriano Segundo Charris Villamil was drinking a beer with a friend in a bar in Cienaga, Magdalena when an AUC paramilitary approached him. The paramilitary shot Victoriano Segundo Charris Villamil multiple times in the head and neck, killing him. Several days after the murder of Victoriano Segundo Charris Villamil, a group of AUC paramilitaries surrounded the home of Ana Cecilia Villamil de Charris and her husband in Cienaga, and threatened them.

1687. Darwin de Jesus Sierra Fontalvo is the son and legal heir of Jesus Maria Sierra Barros. Jesus Maria Sierra Barros was kidnapped and murdered on September 18, 2003 by AUC paramilitaries. Early on the morning of September 18, 2003, Jesus Maria Sierra Barros was with Darwin de Jesus Sierra Fontalvo in the home they shared in Fundacion. Magdalena when a group of AUC

paramilitaries knocked loudly on the door. When Darwin de Jesus Sierra Fontalvo and Jesus Maria Sierra Barros opened the door, three paramilitaries entered, while others waited outside the home. The paramilitaries said that they had come for Jesus Maria Sierra Barros, and promptly seized him, telling Darwin de Jesus Sierra Fontalvo that he could find his father in the Police Inspection Unit the following morning. Early in the morning on September 18, 2003, Darwin de Jesus Sierra Fontalvo went to the Police Inspection Unit, but Jesus Maria Sierra Barros was not there. The paramilitaries shot Jesus Maria Sierra Barros once in the head and once in the abdomen, killing him, and left his body on the road between Fundacion and Pivijay, Magdalena, near the entrance to the village of Caraballo.

1688. Francisco Cristobal Martinez is the brother and legal heir of Jacinto Antonio Martinez. Jacinto Antonio Martinez was kidnapped and murdered on May 2, 1999 by AUC paramilitaries. Early in the morning on May 2, 1999, Jacinto Antonio Martinez was at his home in Cienaga, Magdalena when a group of AUC paramilitaries arrived in a vehicle. The paramilitaries forced their way inside the home, seized Jacinto Antonio Martinez and kidnapped him, forcing him into their vehicle and driving off with him. The paramilitaries murdered Jacinto Antonio Martinez with multiple gunshots to his head, neck and body before leaving his body on the outskirts of Cienaga, where it was found later that morning.

809

1689. Maria de Jesus de lLa Rosa Garizabalo is the mother and legal heir of Juan Lopez de la Rosa. Juan Lopez de la Rosa was murdered on May 22, 2003 by AUC paramilitaries. On the morning of May 22, 2003, Juan Lopez de la Rosa was in Fundacion, Magdalena when AUC paramilitaries attempted to kidnap him. Juan Lopez de la Rosa ran into a pool hall in order to escape the paramilitaries, but the paramilitaries caught up to him there and shot him in the chest and the hand, seriously wounding him. The paramilitaries left Juan Lopez de la Rosa for dead at the pool hall. Nonetheless, Juan Lopez de la Rosa survived. Others at the pool hall put Juan Lopez de la Rosa into a taxi and brought him to a hospital in Fundacion. Because of the serious nature of his injuries, medical personnel at the hospital in Fundacion decided to transfer Juan Lopez de la Rosa to a hospital in Santa Marta, Magdalena. On the afternoon of May 22, 2003, Juan Lopez de la Rosa was being transferred to Santa Marta when the ambulance he was riding in was intercepted by AUC paramilitaries at the Sevilla Bridge, in Zona Bananera, Magdalena. The paramilitaries forced their way into the ambulance and shot Juan Lopez de la Rosa multiple times in the head and body, killing him.

1690. Luis Carlos Cantillo Maestre is the son and legal heir of Luis Abelino Cantillo Orozco (also "Luis Avelino," but hereinafter "Luis Abelino").  Luis Abelino Cantillo Orozco was murdered on or about May 19, 1997 by AUC

paramilitaries.  Late on the night of May 19, 1997 or early on the morning of May 20, 1997, Luis Abelino Cantillo Orozco was at his family's farm El Reten, Magdalena when a group of AUC paramilitaries arrived and forced their way into his house.  Luis Abelino Cantillo Orozco tried to run, but the paramilitaries shot him multiple times in the head and body, killing him.  The paramilitaries tried to set the farm on fire, but farm workers managed to put it out.

1691. Bismaida Ricardo Blanco is the wife and legal heir of Wilson Jimenez Gallego, with whom she had a family.  Wilson Jimenez Gallego was kidnapped and murdered on May 24, 1997 by AUC paramilitaries.  In the very early morning hours of May 24, 1997, a group of AUC paramilitaries came into the neighborhood where Wilson Jimenez Gallego lived in El Reten, Magdalana.  The paramilitaries surrounded the block and broke into Wilson Jimenez Gallego's house, where he was asleep with Bismaida Ricardo Blanco and their children.  The paramilitaries searched the house, stealing jewelry and various household items, and demanded to know where Wilson Jimenez Gallego was storing weapons for the guerrillas.  After finding nothing, they put Wilson Jimenez Gallego into their pickup truck and drove away, kidnapping him. The paramilitaries also kidnapped Luis Eduardo Samudio Mahecha (see below).  Several hours later that same day, Wilson Jimenez Gallego's body was found in the Vuelta Arcoiris section of El Reten on the El

Reten-Aracataca road.  Wilson Jimenez Gallego had been shot multiple times in the head and body.

1692. Evarista Luz Pacheco Ibanez is the wife and legal heir of Luis Eduardo Samudio Mahecha, with whom she had a family.  Luis Eduardo Samudio Mahecha was kidnapped and murdered on or about May 24, 1997 by AUC paramilitaries.  In the very early morning hours on May 24, 1997, a group of AUC paramilitaries broke down the door of Luis Eduardo Samudio Mahecha's house in El Reten, Magdalena and accused him of storing weapons for the guerrillas.  The paramilitaries searched the house, tied up Luis Eduardo Samudio Mahecha, forced him into their pickup truck, and drove away, kidnapping him. The paramilitaries also kidnapped Wilson Jimenez Gallego (see above).  Later that same day, Luis Eduardo Samudio Mahecha's body was found in El Copey, Cesar.  Luis Eduardo Samudio Mahecha had been shot to death.

1693. Alexandra Maria Galindo Ortega is the wife and legal heir of Adalkani Rivera Espinosa (also "Espiosa," but hereinafter "Espinosa"), with whom she had a daughter.  Betis Noraida Espinosa de la Cruz (also "Betty," but hereinafter "Betis") is the mother and is also a legal heir of Adalkani Rivera Espinosa.  Adalkani Rivera Espinosa, a banana worker, was murdered on or about May 26, 2002 by AUC paramilitaries.  On the evening of May 25, 2002, Adalkani

Rivera Espinosa and his cousin were walking from Aracataca, Magdalena to El Reten, Magdalena when they were intercepted by a group of AUC paramilitaries on motorcycles. The paramilitaries shot Adalkani Rivera Espinosa multiple times in the head and body, killing him.  The paramilitaries also shot and killed Adalkani Rivera Espinosa's cousin.  Adalkani Rivera Espinosa's body was found on May 26, 2002.

1694. Benjamin Enrique Lara Arrieta is the father and legal heir of Jorge Luis Lara Garcia.  Jorge Luis Lara Garcia was murdered on April 11, 2002 by AUC paramilitaries.  On the night of April 11, 2002, Jorge Luis Lara Garcia was traveling from El Reten, Magdalena to Aracataca, Magdalena when he was intercepted by two AUC paramilitaries on a motorcycle.  The paramilitaries shot and killed Jorge Luis Lara Garcia.

1695. Mirta Rosa Orozco del Toro is the wife and legal heir of Robinson Manuel Ibarra Vega, with whom she had three children. Robinson Manuel Ibarra Vega was murdered on November 18, 2001 by AUC paramilitaries. On November 18, 2001, Robinson Manuel Ibarra Vega traveled by bicycle from his home in El Reten, Magdalena to visit his mother in Santa Rosalia, Zona Bananera, Magdalena. When Robinson Manuel Ibarra Vega got to Santa Rosalia, he was intercepted by a

group of AUC paramilitaries. The paramilitaries forced Robinson Manuel Ibarra Vega off his bicycle and then shot him to death.

1696. Yajaira Maria Morales Campo is the daughter and legal heir of Victor Manuel Morales Torres. Victor Manuel Morales Torres was murdered on August 20, 1997 by AUC paramilitaries. Late on the night of August 20, 1997, Victor Manuel Morales Torres was at his home in Barrio Olivo, El Reten, Magdalena when a group of AUC paramilitaries forced their way inside with such force that the house, which was made of sticks and mud, collapsed. Victor Manuel Morales Torres ran and hid from the paramilitaries in a neighbor's roof. The paramilitaries quickly discovered Victor Manuel Morales Torres' hiding place and shot him multiple times, killing him. The paramilitaries took Victor Manuel Morales Torres' body and threw it into the bed of their truck and drove away. A few weeks later, on September 13, 1997, one of Victor Manuel Morales Torres' relatives found Victor Manuel Morales Torres' body buried at the La Ponderosa farm, which served as an AUC paramilitary base.

1697. Ingrid Johana Garcia de la Cruz is the daughter and legal heir of Jorge Eliecer Garcia de la Cruz. Jorge Efrain Garcia Pertuz is the brother and legal heir of Javier Garcia de la Cruz. Jorge Eliecer Garcia de la Cruz and Javier Garcia de la Cruz, two brothers, were murdered on September 22, 2002 by AUC paramilitaries.

Several years prior to Jorge Eliecer Garcia de la Cruz's murder, AUC paramilitaries in the region had declared him to be a military target, causing him to flee in fear.  Approxiately one month before his murder, Jorge Eliecer Garcia de la Cruz returned to El Reten, Magdalena to live with his family.  In the early morning hours on September 22, 2002, Jorge Eliecer Garcia de la Cruz and Javier Garcia de la Cruz were running an errand in El Reten, when they were intercepted by a group of AUC paramilitaries. The paramilitaries demanded to see their identity documents. The paramilitaries then shot and killed Jorge Eliecer Garcia de la Cruz and Javier Garcia de la Cruz.

1698. Nuris Esther Daza Gutierrez is the daughter and legal heir of Eloisa Maria Gutierrez Crespo.  Nuris Esther Daza Gutierrez is also the stepdaughter and legal heir of Pedro Antonio Araque Bolano.  Eloisa Maria Gutierrez Crespo and Pedro Antonio Araque Bolano were murdered on August 23, 2000 by AUC paramilitaries.  On the morning of August 23, 2000, a group of AUC paramilitaries arrived at the farm in Pivijay, Magdalena where Eloisa Maria Gutierrez Crespo and Pedro Antonio Araque Bolano lived and worked.  The paramilitaries shot Pedro Antonio Araque Bolano in the chest and head, killing him.  The paramilitaries then shot and killed Eloisa Maria Gutierrez Crespo.  The paramilitaries stole a number of cows before leaving the farm.

1699. Yiseth Paola Martinez Gomez is the sister and legal heir of Leandro Enrique Martinez Gomez. Leandro Enrique Martinez Gomez was murdered on August 2, 2005 by AUC paramilitaries. Leandro Enrique Martinez Gomez operated the scales at the Zapaca palm plantation in El Reten, Magdalena. A few days prior to his murder, Leandro Enrique Martinez Gomez had filed a complaint with the local prosecutor's office against a Zapaca shareholder who had threatened him. On the afternoon of August 2, 2005, AUC paramilitaries arrived at the plantation on a motorcycle and asked for Leandro Enrique Martinez Gomez. The paramilitaries shot Leandro Enrique Martinez Gomez multiple times, killing him.

1700. Malvides Rosa Brochero Garizabalo is the mother and legal heir of Javier Alberto Hernandez Brochero. Javier Alberto Hernandez Brochero was murdered on or about June 29, 2001 by AUC paramilitaries. On or about June 29, 2001, Javier Alberto Hernandez Brochero went fishing with a friend in the Cienaga Grande de Santa Marta swamp in Magdalena. A few days later, on July 2, 2001, Javier Alberto Hernandez Brochero's body was found in an advanced state of decomposition, along with the body of his friend, floating in the Cienaga Grande de Santa Marta swamp. Javier Alberto Hernandez Brochero had been shot once in the head.

1701. Jose Gonzalo Pertuz Gonzalez is a surviving victim, and an active social and political leader in El Reten, Magdalena.  Jose Gonzalo Pertuz Gonzalez was kidnapped on July 2, 1997 by AUC paramilitaries and held for approximately 15 days, during which time he was subjected to torture.  Prior to his kidnapping, Jose Gonzalo Pertuz Gonzalez was a Municipal Councilman and had run for mayor of El Reten on an anti-corruption platform.  Early on the morning of July 2, 1997, Jose Gonzalo Pertuz Gonzalez and his family were asleep in their home in El Reten, Magdalena when a group of AUC paramilitaries arrived at the house.  Jose Gonzalo Pertuz Gonzalez hid in the ceiling.  The paramilitaries searched the house, then tortured Jose Gonzalo Pertuz Gonzalez's wife until she told them where Jose Gonzalo Pertuz Gonzalez was hiding.  The paramilitaries found Jose Gonzalo Pertuz Gonzalez, beat him, and asphyxiated him with a plastic bag until he fell unconscious.  The paramilitaries put Jose Gonzalo Pertuz Gonzalez in the back of their pickup truck and kidnapped him.  The paramilitaries held Jose Gonzalo Pertuz Gonzalez at a farm for approximately five days, where they tortured him and accused him of being a FARC guerrilla.  The paramilitaries then moved Jose Gonzalo Pertuz Gonzalez to another farm where he was held for 10 more days and then released.  Jose Gonzalo Pertuz Gonzalez was injured during his torture.

1702. Maria Ligia Garcia Ciro is the wife and legal heir of Manuel Vicente Perez Ballesteros, with whom she had three children.  Manuel Vicente Perez Ballesteros was kidnapped on June 2, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Manuel Vicente Perez Ballesteros. On the night of June 2, 1997, Manuel Vicente Perez Ballesteros was at his home in El Reten, Magdalena when several AUC paramilitaries arrived on motorcycles. The paramilitaries kidnapped Manuel Vicente Perez Ballesteros. The paramilitaries then shot Manuel Vicente Perez Ballesteros multiple times in the head and body, killing him.  Manuel Vicente Perez Ballesteros' body was found the next day, on June 3, 1997, on the side of the road between El Reten and Aracataca, Magdalena.

1703. Carmen Judith Hurtado Gutierrez is the wife and legal heir of Roberto Polo Perez, a union leader, with whom she had three children.  Roberto Polo Perez was kidnapped and disappeared on October 25, 1999 by AUC paramilitaries. Roberto Polo Perez worked in sanitation in the local hospital of Salamina, Magdalena.  On October 25, 1999, Roberto Polo Perez was on his way home from work when the public transport vehicle he was in was stopped at an AUC paramilitary checkpoint in Vuelta del Indio between Salamina and Pivijay.  The AUC paramilitaries reviewed the personal documents of those in the vehicle, and told Roberto Polo Perez that they needed to speak with him.  The paramilitaries

forced Roberto Polo Perez into a truck and drove away, kidnapping him.  Roberto Polo Perez was never seen again.

1704. Dilia Valencia de Silvera is the mother and legal heir of Lacides de Jesus Zarate Valencia.  Lacides de Jesus Zarate Valencia was murdered on October 19, 2003 by AUC paramilitaries.  On the night of October 19, 2003, Lacides de Jesus Zarate Valencia was at a party at the Eden farm in Teoromina, Aracataca, Magdalena when two AUC paramilitaries arrived on a motorcycle.  The paramilitaries shot Lacides de Jesus Zarate Valencia multiple times in the head and body, killing him.

1705. Dilia Valencia de Silvera is also the mother and legal heir of Eduardo Arciniegas Valencia.  Eduardo Arciniegas Valencia was murdered on June 3, 2005 by AUC paramilitaries.  On June 3, 2005, a group of AUC paramilitaries entered the farm where Eduardo Arciniegas Valencia worked in Teoromina, Aracataca, Magdalena.  The paramilitaries threw grenades at Eduardo Arciniegas Valencia and shot him, killing him.  The paramilitaries also killed farm animals.

1706. Lizandra Ines Sanchez de la Rosa is the daughter and legal heir of Eduardo Sanchez Fontalvo.  Osiris Yaneth Fontalvo Pereira is the wife and is also a legal heir of Eduardo Sanchez Fontalvo, with whom she had two children. Eduardo Sanchez Fontalvo was murdered on September 11, 2006 by AUC

paramilitaries. On September 11, 2006, Eduardo Sanchez Fontalvo was in his home in Barrio El Prado in Fundacion, Magdalena watching television when an AUC paramilitary walked in. When Eduardo Sanchez Fontalvo turned around to see who was there, the paramilitary shot him in the head, mortally wounding him. Eduardo Sanchez Fontalvo was taken to a medical clinic, but died shortly thereafter from his wound.

1707. Rosina Isabel del Valle Bolano is the mother and legal heir of Nestor Augusto Calvo del Valle, an occasional worker at the Las Mercedes banana plantation. Nestor Augusto Calvo del Valle was murdered on June 6, 1999 by AUC paramilitaries. On the afternoon of June 6, 1999, Nestor Augusto Calvo del Valle was running errands in Barrio Centro, El Reten, Magdalena when he was intercepted by AUC paramilitaries on a motorcycle. The paramilitaries shot Nestor Augusto Calvo del Valle multiple times, killing him.

1708. Rosina Isabel del Valle Bolano is also the mother and also the legal heir of Francisco Catalino Moya del Valle. Francisco Catalino Moya del Valle was murdered on July 13, 2001 by AUC paramilitaries. Early on the morning of July 13, 2001, Francisco Catalino Moya del Valle was riding his bicycle from Fundacion, Magdalena to El Reten, Magdalena when he was stopped at an AUC paramilitary checkpoint outside of the La Florida farm, which served as an AUC

paramilitary base.  The paramilitaries detained Francisco Catalino Moya del Valle and asked for his identification, and then shot him twice, killing him.

1709. Senovia Esther Arevalo Palma is the wife and legal heir of Leovigildo Antonio Pimienta Martinez, with whom she had a daughter.  Sigilfredo Antonio Pimienta Martinez is the brother and is also a legal heir of Leovigildo Antonio Pimienta Martinez.  Leovigildo Antonio Pimienta Martinez was murdered on November 2, 2002 by AUC paramilitaries.  On the afternoon of November 2, 2002, Leovigildo Antonio Pimienta Martinez was intercepted in Barrio La Esperanza, Fundacion, Magdalena by two AUC paramilitaries on a motorcycle.  The paramilitaries shot Leovigildo Antonio Pimienta Martinez multiple times, killing him.

1710. Justa Palma Ferreira is the mother and legal heir of Elias Jose Arevalo Palma.  Elias Jose Arevalo Palma was murdered on August 2, 1998 by AUC paramilitaries.  In the early morning hours of August 2, 1998, a group of AUC paramilitaries arrived at the home of Elias Jose Arevalo Palma in Barrio Francisco de Paula Santander, Fundacion, Magdalena and battered down the front door, forcing their way inside.  The paramilitaries seized and tied up Elias Jose Arevalo Palma and pulled him a short distance from the house, where they shot him multiple times, killing him.

821

1711. Ester Genida Martinez Maestre is the mother and legal heir of Cesar Manuel Lopez Martinez.  Cesar Manuel Lopez Martinez was murdered on March 7, 2004 by AUC paramilitaries.  On the night of March 7, 2004, Cesar Manuel Lopez Martinez was talking with friends in Barrio 16 de Julio in Fundacion, Magdalena when AUC paramilitaries accosted him. The paramilitaries shot Cesar Manuel Lopez Martinez multiple times in the head, killing him.

1712. Nebis Judith Gutierrez Carrillo is the wife and legal heir of Maximo Miguel Ramirez Merino, with whom she had a daughter.  Maximo Miguel Ramirez Merino was murdered on or about February 10, 2006 by AUC paramilitaries.  On the afternoon of February 10, 2006, Maximo Miguel Ramirez Merino left his house in Barrio El Progreso, Fundacion, Magdalena to see his children.  Maximo Miguel Ramirez Merino did not come home that night, and the following morning Nebis Judith Gutierrez Carrillo learned that Maximo Miguel Ramirez Merino had been intercepted in the Las Palmas sector of Fundacion by AUC paramilitaries, who stole his motorcycle and shot him multiple times in the head, killing him.

1713. Virina del Toro Lopez (also "Birina," but hereinafter "Virina") is the mother and legal heir of Alexander Sarmiento del Toro.  Alexander Sarmiento del Toro was kidnapped and disappeared on April 15, 2004 by AUC paramilitaries. On the night of April 15, 2004, Alexander Sarmiento del Toro was sitting in the

doorway of his house in El Reten, Magdalena with some friends when an AUC paramilitary arrived and asked for him by name.  When Alexander Sarmiento del Toro identified himself, the paramilitary shot and injured him.  Alexander Sarmiento del Toro tried to run to safety, but the paramilitary chased Alexander Sarmiento del Toro and shot him again, killing him.

1714. Nurys de la Cruz Fontalvo is the mother and legal heir of Jose Gregorio Martinez de la Cruz.  Jose Gregorio Martinez de la Cruz was murdered on November 14, 2001 by AUC paramilitaries.  On November 14, 2001, a group of AUC paramilitaries arrived at the farm in Los Barrios, Monterrubio, Fundacion, Magdalena where Jose Gregorio Martinez de la Cruz worked and attempted to kidnap him.  When Jose Gregorio Martinez de la Cruz refused to get into the paramilitaries' vehicle, the paramilitaries shot him multiple times, killing him.

1715. Luis Ramon Pena Rojano is the son and legal heir of Luis Ramon Pena Barrios.  Luis Ramon Pena Barrios was kidnapped and murdered on October 18, 2003 by AUC paramilitaries.  On the morning of October 18, 2003, Luis Ramon Pena Barrios was on the cattle ranch where he worked in Fundacion, Magdalena when AUC paramilitaries arrived on a motorcycle.  The paramilitaries accused Luis Ramon Pena Barrios of being a guerrilla and kidnapped him.  The

paramilitaries took Luis Ramon Pena Barrios to a location near the farm and shot and killed him.

1716. Jairo Enrique Anaya Caballero is the father and legal heir of Yasnellys Anaya Orozco. Yasnellys Anaya Orozco was murdered on March 23, 1997 by AUC paramilitaries. On the evening of March 23, 1997, Yasnellys Anaya Orozco was on the porch of her house in Fundacion, Magdalena when an AUC paramilitary passed by and threw a grenade into the family's car, which was sitting next to the house. The grenade exploded, killing Yasnellys Anaya Orozco and injuring her neighbor's son.

1717. Minerva Esther Zuniga Rodriguez is the wife and legal heir of Luis Hernando Torres Canizares and the mother of D.F.T.Z., who was born in 1999. D.F.T.Z. is the daughter and is also a legal heir of Luis Hernando Torres Canizares. Luis Hernando Torres Canizares was murdered on November 24, 2001 by AUC paramilitaries. On November 24, 2001, Luis Hernando Torres Canizares was returning from work when he was intercepted by armed AUC paramilitaries on the El Reten-Pivijay road in Magdalena. The paramilitaries shot Luis Hernando Torres Canizares in the head, killing him.

1718. Emiliano Herrera Argote is the father and legal heir of Franqui Antonio Herrera Cantillo. Franqui Antonio Herrera Cantillo was kidnapped and

824

disappeared on January 26, 1998 by AUC paramilitaries.  On the morning of January 26, 1998, Franqui Antonio Herrera Cantillo had just arrived at the farm where he worked in El Reten, Magdalena when a group of AUC paramilitaries arrived and asked for him by name.  When Franqui Antonio Herrera Cantillo identified himself, the paramilitaries forced Franqui Antonio Herrera Cantillo into their vehicle and drove away, kidnapping him.  Franqui Antonio Herrera Cantillo was never seen again. The following day, Emiliano Herrera Argote filed a complaint with the local prosecutor's office, but soon began receiving threats from the AUC paramilitaries, who told him to withdraw the complaint.

1719. Daisis Arelys Penaranda Rodriguez is the mother and legal heir of Alex Enrique Ortiz Penaranda.  Alex Enrique Ortiz Penaranda was murdered on December 27, 2006 by AUC paramilitaries.  On the morning of December 27, 2006, Alex Enrique Ortiz Penaranda was on his way to work with a friend when a group of AUC paramilitaries intercepted them at the Hacienda San Pedro, between Aracataca and El Reten, Magdalena.  The paramilitaries tied up Alex Enrique Ortiz Penaranda's friend and tortured him.  When Alex Enrique Ortiz Penaranda tried to intervene to protect his friend, the paramilitaries shot Alex Enrique Ortiz Penaranda in the head, killing him.  Alex Enrique Ortiz Penaranda's friend was also killed in the attack.

1720. Ninfa Concepcion Villareal Rodriguez is the wife and legal heir of Efren Fabian Polo Cardenas and the mother of D.C.P.V., who was born in 2001. D.C.P.V. is the daughter and is also a legal heir of Efren Fabian Polo Cardenas. Alberto Enrique Polo Mier is the father and is also a legal heir of Efren Fabian Polo Cardenas. Efren Fabian Polo Cardenas was murdered on November 27, 2002 by AUC paramilitaries. Around midday on November 27, 2002, Efren Fabian Polo Cardenas was at his shop in Fundacion, Magdalena when several AUC paramilitaries arrived. The paramilitaries called out to Efren Fabian Polo Cardenas. When Efren Fabian Polo Cardenas began to run away from them, the paramilitaries chased him and shot him multiple times, killing him.

1721. Maritza Esther Martinez Mendoza is the mother and legal heir of Manuel Esteban Luna Martinez. Manuel Esteban Luna Martinez was murdered on September 27, 2001 by AUC paramilitaries. Several days prior to his murder, Manuel Esteban Luna Martinez had called authorities to report a murder he had witnessed close to his home in Barrio Raices, Aracataca, Magdalena. On the morning of September 27, 2001, AUC paramilitaries in a pickup truck shot Manuel Esteban Luna Martinez multiple times in the head near his home, killing him.

1722. Johana Margaret Vasquez Manga is the wife and legal heir of Henry Farid Medina Gutierrez, with whom she had two daughters. Marina Esther

826

Gutierrez de Medina is the mother and is also a legal heir of Henry Farid Medina Gutierrez.  Henry Farid Medina Gutierrez was murdered on July 2, 2001 by AUC paramilitaries.  On the morning of July 2, 2001, Henry Farid Medina Gutierrez was on his way to work on his motorcycle along the Fundacion-Santa Rosa de Lima highway when he was hit by AUC paramilitaries in a vehicle coming in the opposite direction. The paramilitaries tossed Henry Farid Medina Gutierrez's body to the side of the road; Henry Farid Medina Gutierrez died from his injuries.

1723. Fermina de las Mercedes Garcia Sarmiento is a surviving victim and the wife and legal heir of Luis Antonio Avila Figueroa, with whom she had two children.  Luis Antonio Avila Figueroa was murdered and Fermina de las Mercedes Garcia Sarmiento was injured on December 3, 1996 by AUC paramilitaries. On December 3, 1996, Luis Antonio Avila Figueroa and Fermina de las Mercedes Garcia Sarmiento were in a store in Fundacion, Magdalena when AUC paramilitaries shot Luis Antonio Avila Figueroa in the head, killing him. Fermina de las Mercedes Garcia Sarmiento was also shot in the back in the incident, but recovered.

1724. Maria Lilia Perdomo de Godoy is the mother and legal heir of Walter Parra Perdomo. Walter Parra Perdomo was kidnapped on March 3, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Walter Parra Perdomo.  On the morning on March 3, 2003, Walter Parra Perdomo, his wife, and their two children were on their way to their farm in Rio Piedra, Aracataca, Magdalena in a public transport vehicle when they were stopped at an AUC paramilitary checkpoint.  The paramilitaries forced Walter Parra Perdomo to get out of the vehicle and accused him of being a FARC guerrilla.  The paramilitaries tied Walter Parra Perdomo up, beat him, and shot him in the hip, injuring him.  The paramilitaries then kidnapped him.  The following day, Walter Parra Perdomo's body was found along with two other bodies on a farm near the checkpoint in Aracataca.  Walter Parra Perdomo had been shot in the head and thorax.


1725. Sidia Denis de la Hoz Bolano is the mother and legal heir of Aldo Enrique Caballero de la Hoz.  Aldo Enrique Caballero de la Hoz was kidnapped on or about November 5, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Aldo Enrique Caballero de la Hoz.  Aldo Enrique Caballero de la Hoz was riding his bicycle in Fundacion, Magdalena on or about November 5, 1997 when he was intercepted by a group of AUC paramilitaries in a

pickup truck.  The paramilitaries forced Aldo Enrique Caballero de la Hoz into their truck and drove away, kidnapping him.  Aldo Enrique Caballero de la Hoz's body was found on November 11, 1997 on the highway near Tucurinca, Magdalena. Aldo Enrique Caballero de la Hoz had been shot to death with a gunshot to the head.

1726. Luis Adalberto Orozco Barraza is the father and legal heir of Samir Antonio Orozco Cera.  Samir Antonio Orozco Cera was kidnapped and disappeared on December 10, 2000 by AUC paramilitaries.  Samir Antonio Orozco Cera was on his way to work at a coffee plantation in the Sierra Nevada de Santa Marta mountains of Magdalena on December 10, 2000 when he was intercepted by a group of armed AUC paramilitaries in Santa Rosa de Lima, Magdalena.  The paramilitaries forced Samir Antonio Orozco Cera out of his vehicle, tied him up, and kidnapped him.  Samir Antonio Orozco Cera was never seen again.

1727. Magalis Maria Perea Gutierrez is the sister and legal heir of Elio Fernando Perea Gutierrez, a former banana worker who sold plantains in the Fundacion, Magdalena market.  Elio Fernando Perea Gutierrez was murdered on October 14, 2000 by AUC paramilitaries. On the night of October 14, 2000, Elio Fernando Perea Gutierrez was riding his bicycle home when he was intercepted by AUC paramilitaries about a block from his house in Barrio La Esmeralda,

Fundacion.  The paramilitaries shot Elio Fernando Perea Gutierrez multiple times, killing him.

1728. Lorenis Margarita Mejia Carrillo is the wife and legal heir of Dios Emel Diaz Carrascal, with whom she had three daughters, and the mother of L.M.D.M., who was born in 2000. L.M.D.M. is the daughter and is also a legal heir of Dios Emel Diaz Carrascal. Dios Emel Diaz Carrasca was murdered on September 1, 2001 by AUC paramilitaries.  On September 1, 2001, Dios Emel Diaz Carrascal was in Monterrubio, Pivijay, Magdalena when he was intercepted by AUC paramilitaries.  The paramilitaries shot Dios Emel Diaz Carrascal multiple times in the head and body, killing him.  Dios Emel Diaz Carrascal's body was found on September 2, 2001.

1729. Dubys Esther Hernandez Gutierrez is the wife and legal heir of Heberto Enrique Tatis Pacheco (also "Eberto," but hereinafter "Heberto"), with whom she had a family.  Heberto Enrique Tatis Pacheco was kidnapped and murdered on December 29, 2000 by AUC paramilitaries.  On the morning of December 29, 2000, a group of AUC paramilitaries arrived at the Finca Tumba Mula farm in Avianca, Pivijay, Magdalena where Heberto Enrique Tatis Pacheco worked.  The paramilitaries locked Dubys Esther Hernandez Gutierrez in a bathroom and searched the house.  The paramilitaries kidnapped Heberto Enrique

830

Tatis Pacheco along with three others farm employees, and then shot and killed Heberto Enrique Tatis Pacheco.  The paramilitaries also killed one of the other workers who had been kidnapped, and released the remaining two.

1730. Nayana Nurena Chole Ortiz is the daughter and legal heir of Rodolfo Antonio Chole Maestre.  Nayana Nurena Chole Ortiz is also the sister and also the legal heir of Aramy Daniel Chole Ortiz, an adolescent.  Rodolfo Antonio Chole Maestre and Aramy Daniel Chole Ortiz were murdered on or about December 4, 1995 by paramilitaries.  Late on the night of December 3, 1995, or early on the morning of December 4, 1995, heavily-armed paramilitaries forced their way into the home of Nayana Nurena Chole Ortiz, Rodolfo Antonio Chole Maestre, and Aramy Daniel Chole Ortiz in Buenos Aires, Aracataca, Magdalena.  The paramilitaries shot Rodolfo Antonio Chole Maestre and Aramy Daniel Chole Ortiz multiple times, killing them both.

1731. Ines Maria Soto Venera is the wife and legal heir of Jose Angel Ortega Serrano, with whom she had three children.  Jose Angel Ortega Serrano was murdered on April 6, 1995 by paramilitaries.  On the afternoon of April 6, 1995, Jose Angel Ortega Serrano left his home in Barrio San Jose, Fundacion, Magdalena to go to a bank in the center of Fundacion.  When Jose Angel Ortega

Serrano was near the bank, he was intercepted by an armed paramilitary who shot him once in the head, killing him.

1732. Ana Rosa Sarmiento Osorio is the daughter and legal heir of Sonia Ruth Machado Osorio.  Sonia Ruth Machado Osorio was kidnapped and disappeared on March 20, 2000 by AUC paramilitaries.  Early on the morning of March 20, 2000, a group of AUC paramilitaries broke into Sonia Ruth Machado Osorio's home in Finca Manizales in Bellavista, Algarrobo, Magdalena.  The paramilitaries told Sonia Ruth Machado Osorio's son to lie face down on the floor, tied Sonia Ruth Machado Osorio's hands behind her back, forced her into their vehicle, and drove away, kidnapping her.  Sonia Ruth Machado Osorio was never seen again.

1733. Ana Rosa Sarmiento Osorio is also the daughter and also the legal heir of Aristoteles Jose Sarmiento Medina.  Aristoteles Jose Sarmiento Medina was murdered on June 23, 1994 by paramilitaries.  Early on the morning of June 23, 1994, a group of paramilitaries knocked at the door of Aristoteles Jose Sarmiento Medina's home in Bellavista, Algarrobo, Magdalena; when Aristoteles Jose Sarmiento Medina answered the door, the paramilitaries shot and killed him.

1734. Beatriz Lucila Dominguez de Varela is the wife and legal heir of Jose de los Reyes Varela Dominguez, with whom she had a family.  Beatriz Lucila

832

Dominguez de Varela is also the mother and legal heir of Sindiz Beatriz Varela Dominguez, an adolescent student.  Jose de los Reyes Varela Dominguez and Sindiz Beatriz Varela Dominguez were murdered on or about July 18, 2001 by AUC paramilitaries.  Between the late night of July 18, 2001 and the early morning of July 19, 2001, Beatriz Lucila Dominguez de Varela, Jose de los Reyes Varela Dominguez, and their children were asleep in their home in Loma de Balsamo, Algarrobo, Magdalena when they heard knocking on the window.  Jose de los Reyes Varela Dominguez got out of bed and opened the door.  An armed AUC paramilitary was at the door while other paramilitaries waited nearby.  The paramilitary at the door shot Jose de los Reyes Varela Dominguez multiple times, killing him.  Upon hearing the gunshots, Sindiz Beatriz Varela Dominguez got out of bed and walked into the room.  When the paramilitary who had shot Jose de los Reyes Varela Dominguez saw Sindiz Beatriz Varela Dominguez, he shot her multiple times, killing her.

1735. Maria Irma Ocampo is the mother and legal heir of Jose Alfredo Sanchez Ocampo.  Jose Alfredo Sanchez Ocampo was kidnapped and disappeared on or about May 14, 1998 by AUC paramilitaries.  Jose Alfredo Sanchez Ocampo worked as a driver for a cattle rancher.  On or about May 14, 1998, Jose Alfredo Sanchez Ocampo and the rancher were on their way to Santa Marta, Magdalena

from Fundacion, Magdalena when they were intercepted by AUC paramilitaries between Orihueca and La Gran Via, in rural Cienaga, Magdalena.  The paramilitaries kidnapped Jose Alfredo Sanchez Ocampo and the rancher.  Jose Alfredo Sanchez Ocampo was never seen again.

1736. Maria Angelica Sanchez Ocampo is the wife and legal heir of Pablo Antonio Cervantes Matos.  Pablo Antonio Cervantes Matos was kidnapped and disappeared on June 18, 2003 by AUC paramilitaries.  On the afternoon of June 18, 2003, an AUC paramilitary asked Pablo Antonio Cervantes Matos, who worked as a motorcycle taxi driver, to drive him to a town about 45 minutes away from Fundacion, Magdalena.  The two men left together. Pablo Antonio Cervantes Matos was never seen again.

1737. Jose Harvey Hernandez Cepero is the father and legal heir of Paulo Cesar Hernandez Lopez.  Paulo Cesar Hernandez Lopez was murdered on September 8, 2003 by AUC paramilitaries.  On September 8, 2003, Paulo Cesar Hernandez Lopez arrived at his mother's house in Barrio 26 de Julio, Fundacion, Magdalena and within a few minutes several armed AUC paramilitaries drove up in a pickup truck.  The paramilitaries called Paulo Cesar Hernandez Lopez by name and Paulo Cesar Hernandez Lopez went over to the car and spoke with them

for a few minutes.  As Paulo Cesar Hernandez Lopez turned to walk back to the house, the paramilitaries shot him in the head and back multiple times, killing him.

1738. Eufrosina Esther Garcia Rojano (also "Ufrosina," but hereinafter "Eufrosina") is the mother and legal heir of Jose Eugenio Garcia Garcia.  Jose Eugenio Garcia Garcia was murdered on June 19, 2004 by AUC paramilitaries. On the afternoon of June 19, 2004, Jose Eugenio Garcia Garcia was at his father's farm in Barrio Las Palmas, Fundacion, Magdalena, cutting hay for the animals when he was accosted by two armed AUC paramilitaries.  The paramilitaries beat Jose Eugenio Garcia Garcia, knocking out a tooth, and shot and killed him.

1739. Eufrosina Esther Garcia Rojano is also the mother and legal heir of Javier Eduardo Garcia Garcia.  Javier Eduardo Garcia Garcia was murdered on June 18, 2006 by AUC paramilitaries.  Late on the night of June 18, 2006, Javier Eduardo Garcia Garcia was attacked by armed AUC paramilitaries he had picked up on his motorcycle-taxi in Barrio Los Laureles, Fundacion, Magdalena.  The paramilitaries beat Javier Eduardo Garcia Garcia and stabbed him with a sharp implement and then shot him in the back.  Fatally wounded, Javier Eduardo Garcia Garcia ran to a nearby house, but collapsed and died before he could get help.

1740. Orlando Rafael Carrillo Bocanegra (also "Orlando Manuel," but hereinafter "Orlando Rafael") is the brother and legal heir of Elcido Javier Charris

835

Bocanegra.  Elcido Javier Charris Bocanegra was kidnapped and disappeared on May 10, 2005 by AUC paramilitaries.  On the afternoon of May 10, 2005, Elcido Javier Charris Bocanegra was on his way from Santa Clara in Fundacion, Magdalena to Santa Rosa de Lima, Fundacion when the public transport vehicle he was riding in was detained by AUC paramilitaries.  The paramilitaries ordered Elcido Javier Charris Bocanegra to get out of the vehicle and ordered the driver to drive away.  Elcido Javier Charris Bocanegra was never seen again.

1741.  Viviana Isabel Gonzalez Medina is the wife and legal heir of Eliecer Manuel Munoz.  Eliecer Manuel Munoz was murdered on March 29, 1997 by AUC paramilitaries.  On the afternoon of March 19, 1997, Eliecer Manuel Munoz was approached by a group of AUC paramilitaries in a vehicle in Barrio Alfonso Lopez, Fundacion, Magdalena.  The paramilitaries shot Eliecer Manuel Munoz in the head, killing him.

1742.  Carmen Rosa Cantillo Cantillo is the mother and legal heir of Arnovis Alexander Garcia Cantillo.  Arnovis Alexander Garcia Cantillo was kidnapped and disappeared on or about January 6, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Arnovis Alexander Garcia Cantillo.  On or about January 6, 2000, Arnovis Alexander Garcia Cantillo was passing by an AUC paramilitary base at Finca La Aurora in Pinuela, Magdalena with his cousin when

836

the AUC paramilitaries kidnapped him.  Arnovis Alexander Garcia Cantillo's family received no information about him until his remains were discovered in July 2007 during the exhumation of a common grave identified by a demobilized AUC paramilitary. The Colombian Attorney General's Office turned Arnovis Alexander Garcia Cantillo's remains over to Carmen Rosa Cantillo Cantillo on December 16, 2007.

1743. Juana Maria Sarabia Pertuz is the wife and legal heir of Eustorgio Cesar Escorcia Perez, with whom she had five children.  Eustorgio Cesar Escorcia Perez was murdered on November 22, 1995 by paramilitaries.  Juana Maria Sarabia Pertuz, Eustorgio Cesar Escorcia Perez, and their daughter were in the store they owned in their home in Barrio La Esperanza, Fundacion, Magdalena on November 22, 1995 when a group of paramilitaries arrived and ordered soft drinks. The paramilitaries then shot Eustorgio Cesar Escorcia Perez multiple times in the head and thorax, killing him.

1744.  Yomeris Hurtado Martinez is the wife and legal heir of Oscar Enrique Brieva Gamarra and the mother of M.C.B.H., who was born in 2001, and of S.C.H.M., who was born in 2004. M.C.B.H. and S.C.H.M. are the daughters and are also legal heirs of Oscar Enrique Brieva Gamarra. Oscar Enrique Brieva Gamarra was kidnapped on January 15, 2004 by AUC paramilitaries; after

kidnapping him, the paramilitaries murdered Oscar Enrique Brieva Gamarra. Late on the night of January 15, 2004, two pickup trucks full of AUC paramilitaries arrived at the farm owned by Oscar Enrique Brieva Gamarra's father in Chivolo, Magdalena. The paramilitaries knocked on the door, and when Yomeris Hurtado Martinez opened it, the paramilitaries pushed her out of the way and seized Oscar Enrique Brieva Gamarra. The paramilitaries tied Oscar Enrique Brieva Gamarra up, put him in the back of one of their pickup trucks, and drove away, kidnapping him. The following morning, on January 16, 2004, Oscar Enrique Brieva Gamarra's body was found near the Fundacion, Magdalena municipal dump. Oscar Enrique Brieva Gamarra had been shot twice in the chest.

1745. Antonio Caceres Rincon is the father and legal heir of Esechias Caseres Martinez. Esechias Caseres Martinez was murdered on June 18, 2002 by AUC paramilitaries. On June 18, 2002, Esechias Caseres Martinez had left his home in Baranquilla, Atlantico early in the morning to go to his father's farm in Buenos Aires, Aracataca, Magdalena. On his way to the farm, Esechias Caseres Martinez was intercepted in a rural area of Aracataca by AUC paramilitaries on a motorcycle. The paramilitaries shot Esechias Caseres Martinez multiple times, killing him.

1746. Carmen Alicia Ortiz Varela is the wife and legal heir of Manuel Antonio Pacheco Vizcaino, with whom she had three children.  Manuel Antonio Pacheco Vizcaino was murdered on June 5, 1999 by AUC paramilitaries.  On the night of June 5, 1999, a group of AUC paramilitaries in pickup trucks arrived at the canteen owned by Manuel Antonio Pacheco Vizcaino and Carmen Alicia Ortiz Varela in Lomas de Balsamo, Algarrobo, Magdalena.  The paramilitaries seized Manuel Antonio Pacheco Vizcaino, tied him up, and put him into the back of one of the pickup trucks they had arrived in.  Manuel Antonio Pacheco Vizcaino attempted to jump out of the truck.  One of the paramilitaries shot Manuel Antonio Pacheco Vizcaino multiple times in the head, killing him in front of Carmen Alicia Ortiz Varela.

1747. Rita Antonia Barrios Escorcia is the mother and legal heir of Alexander Barrios Escorcia, a student.  Alexander Barrios Escorcia was murdered on August 21, 1994 by paramilitaries.  On the afternoon of August 21, 1994, Alexander Barrios Escorcia was at a pool hall in Barrio Progreso, Fundacion, Magdalena when several paramilitaries arrived.  One of the paramilitaries shot Alexander Barrios Escorcia multiple times, killing him.

1748. Dalcy Cecilia Barrios is the mother and legal heir of Alfonso David Aroca Barrios.  Alfonso David Aroca Barrios was murdered on August 18, 2002

839

by AUC paramilitaries.  On the morning of August 18, 2002, Alfonso David Aroca Barrios and a friend went to do a day job cleaning a patio in Barrio El Prado, Fundacion, Magdalena.  When Alfonso David Aroca Barrios and his companion arrived at the house with the patio, a group of AUC paramilitaries were waiting for them.  The paramilitaries ordered Alfonso David Aroca Barrios' friend to leave and then shot and killed Alfonso David Aroca Barrios.

1749.  Maria Eugenia Montenegro Fontalvo is the wife and legal heir of Alfonso Rafael Perez Barreto, with whom she had three children.  Alfonso Rafael Perez Barreto was murdered on August 31, 2002 by AUC paramilitaries.  On August 31, 2002, Alfonso Rafael Perez Barreto and a friend were in a public establishment when an AUC paramilitary arrived on a motorcycle.  The paramilitary entered the establishment and ordered all the patrons to leave with the exception of Alfonso Rafael Perez Barreto.  The paramilitary then shot Alfonso Rafael Perez Barreto multiple times, killing him.

1750.  Maria Eugenia Montenegro Fontalvo is also the mother and legal heir of Jaime Luis Charris Montenegro (also "Charriz," but hereinafter "Charris").  Jaime Luis Charris Montenegro was murdered on July 11, 2003 by AUC paramilitaries.  On July 11, 2003, Jaime Luis Charris Montenegro was walking down the street in Barrio La Esperanza, Fundacion, Magdalena with his brother

when they were intercepted by AUC paramilitaries. One of the paramilitaries pulled out a gun and shot Jaime Luis Charris Montenegro multiple times, killing him.

1751. Digna Elena Caballero de Boneth is the sister and legal heir of Manuel Jose Caballero Jimenez.  Manuel Jose Caballero Jimenez was murdered on August 31, 2004 by AUC paramilitaries.  On the evening of August 31, 2004, Digna Elena Caballero de Boneth and Manuel Jose Caballero Jimenez were at their home in Barrio La Banca del Ferrocarril, Fundacion, Magdalena, when AUC paramilitaries arrived. The paramilitaries shot Manuel Jose Caballero Jimenez multiple times in the head, killing him.

1752. Yaneth Cecilia Bocanegra Matta, Luz Marina Bocanegra Matta, and Rocio del Carmen Bocanegra Matta are the sisters and legal heirs of Dairo Jose Bocanegra Mata (also "Matta," but hereinafter "Mata").  Dairo Jose Bocanegra Mata, an occasional banana worker, was murdered on December 7, 2004 by AUC paramilitaries.  On the night of December 7, 2004, Dairo Jose Bocanegra Mata was in Barrio Altamira, Fundacion, Magdalena when an AUC paramilitary approached him and shot him multiple times in the head and body, killing him.

1753. Neila del Carmen Arrieta Tovar is the mother and legal heir of Blas Miguel Perez Arrieta.  Blas Miguel Perez Arrieta was tortured and murdered on or

841

about August 30, 2002 by AUC paramilitaries.  On or about August 30, 2002, Blas Miguel Perez Arrieta left his house in Fundacion, Magdalena to buy medicine for his father, who was suffering from terminal cancer.  Approximately 15 days later, his family found Blas Miguel Perez Arrieta's body at the morgue of the Cienaga Hospital.  Blas Miguel Perez Arrieta had been tortured, stabbed, and shot, and his body found at the Finca La Perdida in Tucurinca, Magdalena.

1754. Esther Judith Mendoza is the mother and legal heir of Julio Cesar Mercado Mendoza.  Julio Cesar Mercado Mendoza was kidnapped and murdered on May 16, 2002 by AUC paramilitaries.  Early on the morning of May 16, 2002, Julio Cesar Mercado Mendoza was on his way to his house in Barrio Monte Rey in Fundacion, Magdalena when he was intercepted by AUC paramilitaries in a vehicle.  The paramilitaries forced Julio Cesar Mercado Mendoza into their vehicle and drove away, kidnapping him.  The paramilitaries took Julio Cesar Mercado Mendoza to a house in nearby Barrio Francisco de Paula Santander, Fundacionwhere they shot him multiple times in the head, killing him.

1755. Ines del Carmen Salas Cespedes is the sister and legal heir of Luis Eduardo Salas Cespedes.  Luis Eduardo Salas Cespedes was murdered on April 2, 2002 by AUC paramilitaries.  On the night of April 2, 2002, AUC paramilitaries stormed their way into the home of Ines del Carmen Salas Cespedes and Luis

842

Eduardo Salas Cespedes in Barrio Francisco de Paula Santander, Fundacion, Magdalena.  The paramilitaries entered the room where Luis Eduardo Salas Cespedes was sleeping and shot him multiple times in the head and body, killing him.

1756. Orfelina Moya de Diaz is the wife and legal heir of Reinaldo Diaz Suarez, with whom she had a family.  Reinaldo Diaz Suarez was murdered on May 6, 1997 by AUC paramilitaries.  On May 6, 1997, a group of AUC paramilitaries invaded Paraiso, Pivijay, Magdalena. The paramilitaries entered Reinaldo Diaz Suarez's home, dragged him outside, and took him a few blocks away where they shot him multiple times, killing him.

1757. Diana Isabel Calvo Vergara is the wife and legal heir of Sixto Rafael Saumeth de la Hoz, with whom she had four sons.  Sixto Rafael Saumeth de la Hoz was murdered on December 3, 1999 by AUC paramilitaries.  On the morning of December 3, 1999, Sixto Rafael Saumeth de la Hoz, his son, and his brother-in-law were delivering milk to the Coolechera dairy plant when they were intercepted by a group of AUC paramilitaries on the Fundacion-Pivijay road in Magdalena.  The paramilitaries ordered Sixto Rafael Saumeth de la Hoz's son and brother-in-law to leave, but Sixto Rafael Saumeth de la Hoz's son refused to do so.  The paramilitaries put a gun to Sixto Rafael Saumeth de la Hoz's son's neck and then

843

stopped a passing car and ordered the driver to take Sixto Rafael Saumeth de la Hoz's son and brother-in-law as well as the milk to Fundacion.  The paramilitaries then shot Sixto Rafael Saumeth de la Hoz in the back of the head, killing him and leaving his body on the side of the road.

1758. Sol Mery Tobias Mejia is the sister and legal heir of Lenin Alfonso Otero Mejia.  Lenin Alfonso Otero Mejia was murdered on August 29, 2003 by AUC paramilitaries.  On the evening of August 29, 2003, AUC paramilitaries arrived at the home of Lenin Alfonso Otero Mejia in Barrio El Brasil, El Dificil, Magdalena.  After asking him some questions, the paramilitaries shot Lenin Alfonso Otero Mejia multiple times, killing him.

1759. Ruth Cecilia Contreras de Leon is the wife and legal heir of Edinson Manuel Camargo Simanca, and the mother of S.S.C.C., who was born in 1998. S.S.C.C. is the son and is also a legal heir of Edinson Manuel Camargo Simanca. Edinson Manuel Camargo Simanca was murdered on or about October 7, 2001 by AUC paramilitaries.  Early in the morning on October 7, 2001, Edinson Manuel Camargo Simanca left his home in Plato, Magdalena for the town of Chivolo, Magdalena to deliver some fighting roosters.  Edinson Manuel Camargo Simanca did not return home that night, and the following morning, on October 8, 2001, Ruth Cecilia Contreras de Leon was informed that Edinson Manuel Camargo

844

Simanca had been shot several times and killed by AUC paramilitaries in Granada, Magdalena.

1760. Rocio del Carmen Saumeth de la Hoz is the wife and legal heir of Edinson de Jesus Guardela Padilla, and the mother of A.G.S., who was born in 2002. A.G.S. is the daughter and is also a legal heir of Edinson de Jesus Guardela Padilla. Vianny Yorelis Guardela Ortiz is also the daughter and is also a legal heir of Edinson de Jesus Guardela Padilla. Edinson de Jesus Guardela Padilla was murdered on March 19, 2002 by AUC paramilitaries. On March 19, 2002 Edinson de Jesus Guardela Padilla was sitting in a restaurant in Plato, Magdalena when AUC paramilitaries came out of the bathroom and shot him five times in the head and chest, killing him. After the murder of Edinson de Jesus Guardela Padilla, the AUC paramilitaries threatened Rocio del Carmen Saumeth de la Hoz not to say anything about the murder.

1761. Solmarina Feria Pajaro is the wife and legal heir of Jesus Humberto Cabrales Escandon, with whom she had two daughters Jesus Humberto Cabrales Escandon was murdered on October 2, 2003 by AUC paramilitaries. On the evening of October 2, 2003, Jesus Humberto Cabrales Escandon was in his home in Barrio Las Delicias, Fundacion, Magdalena when two AUC paramilitaries arrived and knocked on the window. Jesus Humberto Cabrales Escandon opened

the door and the paramilitaries shot Jesus Humberto Cabrales Escandon multiple times in the chest and head, killing him.

1762. Amparo del Carmen Herrera Tapias is the mother and legal heir of Marcelino Javier Vitola Herrera.  Marcelino Javier Vitola Herrera was murdered on June 25, 2000 by AUC paramilitaries.  .  Early in the morning on June 25, 2000, Marcelino Javier Vitola Herrera was traveling back to his home in Fundacion, Magdalena from the El Reten, Magdalena for the town festival, when he was intercepted by a group of AUC paramilitaries.  The paramilitariesshot Marcelino Javier Vitola Herrera multiple times in the head, killing him.

1763. Ana Mercedes Rodelo Orozco is the mother and legal heir of Jader Chamorro Rodelo (also "Jhader," but hereinafter "Jader").  Rosa Elena Vitola Herrera is the wife and legal heir of Jader Chamorro Rodelo, and the mother of A.M.C.V., who was born in 1999, and of R.P.C.V., who was born in 2000. A.M.C.V. and R.P.C.V. are the daughters and are also legal heirs of Jader Chamorro Rodelo. Jader Chamorro Rodelo was kidnapped on August 30, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Jader Chamorro Rodelo. On the evening of August 30, 2001, Jader Chamorro Rodelo left his house in Barrio La Esperanza, Fundacion, Magdalena to run an errand.  On the way, he was abducted in Barrio 16 de Julio, Fundacion by a group of AUC

paramilitaries. The paramilitaries tied Jader Chamorro Rodelo's hands and feet, put a gag in his mouth, and shot him multiple times in the head and body, killing him. Jader Chamorro Rodelo's body was found the next morning, on August 31, 2001, on the outskirts of Fundacion.

1764. Oscar Enrique Medina Abilez (also "Aviles," but hereinafter "Abilez") is the father and legal heir of Enrique Jose Medina Garcia.  Enrique Jose Medina Garcia was kidnapped on February 29, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Enrique Jose Medina Garcia.  On February 29, 2000, Enrique Jose Medina Garcia was near the Carmen Park in Fundacion, Magdalena when he was intercepted by a group of AUC paramilitaries. The paramilitaries beat Enrique Jose Medina Garcia, tied him up with barbed wire, forced him into their vehicle, and drove away, kidnapping him.  The following day, on March 1, 2000, Enrique Jose Medina Garcia's body was found on the road between Fundacion, Magdalena and Copey, Cesar.  Enrique Jose Medina Garcia had been beaten, cut, and shot several times in the head and body.

1765. Jaime Alberto Gamez Romero is the father and legal heir of Juan Jafet Gamez Garrido (also "Juan Jafe," but hereinafter "Juan Jafet").  Juan Jafet Gamez Garrido was murdered on March 31, 2002 by AUC paramilitaries. On the evening of March 31, 2002, Juan Jafet Gamez Garrido was in a park in Buenos Aires,

Aracataca, Magdalena chatting with his neighbors and watching a domino game when AUC paramilitaries arrived on a motorcycle. The paramilitaries began to shoot at people as they fled.  As Juan Jafet Gamez Garrido was fleeing, the paramilitaries shot him multiple times in the head and face, killing him.

1766. Wilson Rafael Serna Camacho is the father and legal heir of Silfrido Enrique Serna Mendez.  Silfrido Enrique Serna Mendez was kidnapped on December 8, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Silfrido Enrique Serna Mendez. On the evening of December 8, 1998, Silfrido Enrique Serna Mendez was in a bar in Fundacion, Magdalena with a group of friends when AUC paramilitaries arrived.  The paramilitaries told Silfrido Enrique Serna Mendez they needed to speak with him.  When Silfrido Enrique Serna Mendez walked outside with the paramilitaries, they forced him into a vehicle and drove away, kidnapping him.  The following day, on December 9, 1998, Silfrido Enrique Serna Mendez's body was found on a bridge in Tucurinca, Magdalena.  Silfrido Enrique Serna Mendez had been shot four times in the head, face, neck, and thorax.

1767. Ilse Trinidad Sierra Camacho is the mother and legal heir of Yair Javier Davila Sierra, a student.  Ilse Trinidad Sierra Camacho is also the sister and legal heir of Hernan Javier Sierra Camacho.  Juana Bautista Camacho Ortiz is the

mother and is also a legal heir of Hernan Javier Sierra Camacho.  Yair Javier Davila Sierra and Hernan Javier Sierra Camacho were kidnapped, tortured, and murdered on or about December 1, 2000 by AUC paramilitaries.  On or about December 1, 2000, Yair Javier Davila Sierra and Hernan Javier Sierra Camacho were driving back to Fundacion, Magdalena from Copey, Cesar when they were intercepted by a group of armed AUC paramilitaries after they had crossed into Magdalena.  The paramilitaries kidnapped Yair Javier Davila Sierra, Hernan Javier Sierra Camacho, and the other other passengers in the car, and set their vehicle on fire.  On December 2, 2000 the bodies of Yair Javier Davila Sierra and Hernan Javier Sierra Camacho were found near the highway.  Yair Javier Davila Sierra and Hernan Javier Sierra Camacho had been tied up, beaten, and tortured, and each had been shot multiple times.

1768. Ilse Trinidad Sierra Camacho is also the sister and legal heir of Luis Roman Sierra Camacho.  Luz Karelis Sierra Venera is the daughter and is also a legal heir of Luis Roman Sierra Camacho.  Juana Bautista Camacho Ortiz is also the mother and is also a legal heir of Luis Roman Sierra Camacho.  Luis Roman Sierra Camacho was kidnapped and disappeared on June 27, 2002 by AUC paramilitaries.  On the afternoon of June 27, 2002, Luis Roman Sierra Camacho

left his house in Barrio San Bernardo, Fundacion, Magdalena to look for work, and was never seen again.

1769. Rosa Irene Orozco de Zapata is the mother and legal heir of Jesus Maria Zapata Orozco. Jesus Maria Zapata Orozco was murdered on April 9, 2002 by AUC paramilitaries. On the evening of April 9, 2002, Jesus Maria Zapata Orozco was in his home in Barrio Buenos Aires, Fundacion, Magdalena when AUC paramilitaries entered and shot and killed him.

1770. Mariela Elisa Landeta Zapata is the mother and legal heir of Rulver Alberto Castillo Landeta, a student. Rulver Alberto Castillo Landeta was kidnapped on July 26, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Rulver Alberto Castillo Landeta. On the night of July 26, 1997, Rulver Alberto Castillo Landeta was at his home in Barrio San Carlos, Fundacion, Magdalena with Mariela Elisa Landeta Zapata and Mariela Elisa Landeta Zapata's husband when two AUC paramilitaries knocked on their door. When Mariela Elisa Landeta Zapata's husband opened the door, the paramilitaries identified themselves as investigators from the district attorney's office, and demanded to speak to Rulver Alberto Castillo Landeta. When Rulver Alberto Castillo Landeta presented himself, the paramilitaries seized him, forced him into their vehicle, and drove away, kidnapping him. The next morning, on July 27,

1997, Rulver Alberto Castillo Landeta's family found his body in the Vuelta del Torito area on the road between Aracataca and Fundacion, Magdalena. Rulver Alberto Castillo Landeta had been shot twice in the head.

1771. Ana Rosa Gutierrez Alvarado is the sister and legal heir of Arnulfo Alfonso Marrugo Alvarado.  Arnulfo Alfonso Marrugo Alvarado was murdered on April 15, 2004 by AUC paramilitaries.  Early on the morning of April 15, 2004, several AUC paramilitaries forced their way into the home of Arnulfo Alfonso Marrugo Alvarado in Barrio La Esmeralda, Fundacion, Magdalena.  The paramilitaries searched the house and then shot Arnulfo Alfonso Marrugo Alvarado twice in the head and body, killing him.

1772. Mara Rosa Yance Navarro is the wife and legal heir of Luis Francisco Arevalo Chiquillo, with whom she had two children.  Luis Francisco Arevalo Chiquillo was kidnapped on April 15, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Luis Francisco Arevalo Chiquillo. Early on the morning of April 15, 2000, Luis Francisco Arevalo Chiquillo left his home in Barrio El Carmen, Pivijay, Magdalena to fill potholes in the road.  On Luis Francisco Arevalo Chiquillo's way to his worksite, the bus he was riding in was stopped by a group of AUC paramilitaries near the Pivijay slaughterhouse. The paramilitaries asked for Luis Francisco Arevalo Chiquillo by name.  Luis

Francisco Arevalo Chiquillo got off of the bus and the paramilitaries tied him up, forced him into their vehicle, and drove away, kidnapping him.  Luis Francisco Arevalo Chiquillo's body was found the next day, April 16, 2000, on the Macondo Bridge on the Fundacion-Pivijay road.  Luis Francisco Arevalo Chiquillo had been shot in the head.

1773. Josefa Isabel Polo Buelvas is the wife and legal heir of Gregorio Polo Medina, with whom she had a family. Gregorio Polo Medina, who worked at the Sara Palma banana plantation, was murdered on January 19, 2000 by AUC paramilitaries. Early on the morning of January 19, 2000, Gregorio Polo Medina left his home in Fundacion, Magdalena, to go to his job at the Sara Palma banana plantation. When Gregorio Polo Medina had gone a short distance, he was intercepted by a group of AUC paramilitaries. The paramilitaries shot Gregorio Polo Medina multiple times in the head, face, and body, killing him.

1774. Elodia Esther Villareal Rodriguez is the mother and legal heir of Jader Antonio Cueto Villareal, a student.  Jader Antonio Cueto Villareal was murdered on October 19, 2006 by AUC paramilitaries.  On the evening of October 19, 2006, Jader Antonio Cueto Villareal was on his way to his girlfriend's house in Barrio Alfonso Lopez, Fundacion, Magdalena when he was intercepted by AUC

paramilitaries. The paramilitaries shot Jader Antonio Cueto Villareal multiple times in the head and body, killing him.

1775. Acela del Carmen Acuna Camacho is the wife and legal heir of German Alfredo Ruiz Diaz and the mother of Y.Y.R.A., who was born in 1994. Y.Y.R.A. is the daughter and is also a legal heir of German Alfredo Ruiz Diaz. German Alfredo Ruiz Diaz was a bodyguard for a municipal councilman in Aracataca, Magdalena.  German Alfredo Ruiz Diaz was murdered on February 7, 1999 by AUC paramilitaries.  On the morning of February 7, 1999, German Alfredo Ruiz Diaz received a phone call and left his house in Fundacion, Magdalena to meet someone.  Upon arriving at his destination, German Alfredo Ruiz Diaz was shot multiple times in the head and body. German Alfredo Ruiz Diaz's body was found on the Troncal Oriente Highway near the entrance to Santa Rosa, Fundacion, Magdalena.

1776. Carlos Alberto Arevalo Martinez is the son and legal heir of Carlos Alberto Arevalo Carmona.  Carlos Alberto Arevalo Carmona was murdered on December 10, 2003 by AUC paramilitaries.  On the morning of December 10, 2003, several passengers boarded Carlos Alberto Arevalo Carmona's taxi in Fundacion, Magdalena and asked to be taken to Zona Bananera, Magdalena. Carlos Alberto Arevalo Carmona drove in the direction of Zona Bananera.  That

afternoon, Carlos Alberto Arevalo Carmona's body was found in Guacamayal, Zona Bananera in the trunk of his own taxi. The seatbelts in the vehicle had been pulled out and used to tie Carlos Alberto Arevalo Carmona up, and he had been shot twice in the head by AUC paramilitaries.

1777. Rosmery Esther Zuleta Leon is the wife and legal heir of Jaiden Rafael Bocanegra Mejia, with whom she had two children, and the mother of K.P.B.Z., who was born in 1994. K.P.B.Z. is the daughter and is also a legal heir of Jaiden Rafael Bocanegra Mejia. Glenis Bocanegra Mejia is the sister and is also a legal heir of Jaiden Rafael Bocanegra Mejia. Jaiden Rafael Bocanegra Mejia was kidnapped, tortured, and wounded on March 12, 1998 by AUC paramilitaries and Colombian Army soldiers; Jaiden Rafael Bocanegra Mejia was kidnapped and disappeared by AUC paramilitaries on March 27, 1998. On the morning of March 12, 1998, Jaiden Rafael Bocanegra Mejia was returning from Aracataca, Magdalena when he was intercepted by a group of AUC paramilitaries and Colombian army soldiers. The paramilitaries and soldiers detained Jaiden Rafael Bocanegra Mejia, handcuffed him, and tortured him. After interrogating him about the guerrillas, the paramilitaries and soldiers shot Jaiden Rafael Bocanegra Mejia in the face, wounding him. Jaiden Rafael Bocanegra Mejia was then able to escape and run away. Jaiden Rafael Bocanegra Mejia arrived at the house of a

peasant family, who removed his handcuffs, gave him first-aid, and drove him to a hospital in Santa Marta, Magdalena. After several days in the hospital, medical personnel ordered Jaiden Rafael Bocanegra Mejia's transfer to a hospital in Baranquilla, Atlantico due to the gravity of his injuries. The hospital had no ambulance, so on March 27, 1998, Jaiden Rafael Bocanegra Mejia, accompanied by his father and sisters, boarded a bus to Baranquilla. The bus was intercepted on the outskirts of Cienaga, Magdalena by a group of AUC paramilitaries. The paramilitaries kidnapped Jaiden Rafael Bocanegra Mejia, who was never seen again.

1778. Mercedes Maria Fontalvo is the mother and legal heir of Misael Antonio Mendoza Fontalvo. Misael Antonio Mendoza Fontalvo was murdered on October 16, 2000 by AUC paramilitaries. Early on the morning of October 16, 2000, Misael Antonio Mendoza Fontalvo was at his work site in the Ramboide sector of Fundacion, Magdalena when an AUC paramilitary asked to speak with him. A short distance away, the paramilitary shot Misael Antonio Mendoza Fontalvo multiple times, killing him.

1779. Dulvis Mendoza Jimenez is the wife and legal heir of Gregorio Buelvas Santana, with whom she had nine children. Gregorio Buelvas Santana was kidnapped on July 29, 2001 by AUC paramilitaries; after kidnapping him, the

paramilitaries murdered Gregorio Buelvas Santana. Early on the morning of July 29, 2001, a group of AUC paramilitaries arrived at the home of Gregorio Buelvas Santana in the Palmas de Vino sector of San Angel, Chivolo, Magdalena and asked for him by name.  When Gregorio Buelvas Santana came out, the paramilitaries tied him to a table and kidnapped him.  Dulvis Mendoza Jimenez and her family fled out of fear following the incident, losing their home and belongings in the process.  Gregorio Buelvas Santana's body was discovered and exhumed several years later and on March 27, 2009, the Colombian Attorney General's Office turned his remains over to Dulvis Mendoza Jimenez.

1780. Jose Rafael Marulanda Francia is the brother and legal heir of Asdrubal Antonio Barrios Francia.  Asdrubal Antonio Barrios Francia was kidnapped and disappeared on October 30, 1998 by AUC paramilitaries.  On October 30, 1998, Asdrubal Antonio Barrios Francia was on his way home from work in Santa Rosa de Lima, Fundacion, Magdalena when he was intercepted by AUC paramilitaries. The paramilitaries kidnapped Asdrubal Antonio Barrios Francia, who was never seen again.

1781. Monica Patricia Bocanegra Mata is the wife and legal heir of Jairo Alfonso Mercado Castro, with whom she had a son.  Jairo Alfonso Mercado Castro was kidnapped and murdered on August 5, 1997 by AUC paramilitaries.  On the

856

evening of August 5, 1997, Jairo Alfonso Mercado Castro was at the Hacienda El Tesoro where he lived and worked in Santa Rosa de Lima, Fundacion, Magdalena when AUC paramilitaries arrived and asked for him by name.  When Jairo Alfonso Mercado Castro identified himself, the paramilitaries seized him and led him away, kidnapping him. Monica Patricia Bocanegra Mata tried to intervene, but one of the paramilitaries pushed her away and told her that nothing would happen to Jairo Alfonso Mercado Castro. A short distance away, the paramilitaries shot Jairo Alfonso Mercado Castro in the head, killing him.

1782. Miryam Beatriz Castrillo Munoz is the wife and legal heir of Oscar Emilio Berdugo Pimienta, with whom she had five children.  Edith Maria Pimienta de Berdugo is the mother and is also a legal heir of Oscar Emilio Berdugo Pimienta.  Oscar Emilio Berdugo Pimienta was murdered on February 17, 2004 by AUC paramilitaries.  On the morning of February 17, 2004, Oscar Emilio Berdugo Pimienta left his house in Fundacion, Magdalena in his taxi to go to the bus station to wait for passengers.  A passenger got in Oscar Emilio Berdugo Pimienta's taxi and they drove toward Pivijay, Magdalena.  Oscar Emilio Berdugo Pimienta's body was later discovered on the road to Pivijay.  Oscar Emilio Berdugo Pimienta had been shot multiple times by AUC paramilitaries.

1783. Edith Maria Pimienta de Berdugo is also the mother and legal heir of Francisco Antonio Berdugo Pimienta.  Francisco Antonio Berdugo Pimienta was kidnapped and disappeared by AUC paramilitaries on December 14, 1999.  On the morning of December 14, 1999, Francisco Antonio Berdugo Pimienta picked up two passengers in his taxi from the public market in Fundacion, Magdalena and drove off with them.  Francisco Antonio Berdugo Pimienta was never seen again.

1784. Omaira Bertilda Camacho Cantillo is the wife and legal heir of Pablo Rodriguez Polo, with whom she had two children.  Pablo Rodriguez Polo was murdered on July 1, 1999 by AUC paramilitaries.  On the morning of July 1, 1999, Pablo Rodriguez Polo was nearing Santa Rosa de Lima, Fundacion, Magdalena when he was intercepted by a group of AUC paramilitaries.  The paramilitaries pulled Pablo Rodriguez Polo out of the car, forced him to kneel, and shot him several times in the head, killing him.

1785. Dora Lucia Ropain Quiroz and Claudia Teresa Ropain Quiroz are the daughters and legal heirs of Octavio Antonio Ropain Lobo.  Octavio Antonio Ropain Lobo was kidnapped and murdered on June 15, 1999 by AUC paramilitaries.  Shortly before the murder, a group of armed AUC paramilitaries arrived at the home of Octavio Antonio Ropain Lobo's brother, asked for Octavio Antonio Ropain Lobo, and then stole tractors from the property.  Early on June 15,

1999, the AUC paramilitaries set up checkpoints around Media Luna, Pivijay, Magdalena. At one of the checkpoints, the paramilitaries detained Octavio Antonio Ropain Lobo, Claudia Teresa Ropain Quiroz, and two of her children as they arrived in a vehicle. The paramilitaries took Octavio Antonio Ropain Lobo, Claudia Teresa Ropain Quiroz, and two of her children back to the home of Octavio Antonio Ropain Lobo, and searched the house.  The paramilitaries stole livestock from the family's farm.  The paramilitaries then shot and killed Octavio Antonio Ropain and mutilated his body.

1786. Luis Joaquin Lobato Montenegro is the brother and legal heir of Jaime Alberto Lobato Montenegro.  Jaime Alberto Lobato Montenegro was kidnapped on August 3, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Jaime Alberto Lobato Montenegro.  Jaime Alberto Lobato Montenegro was a member of the EDUMAG teacher's trade union and was the headmaster of the San Jose School in Media Luna, Pivijay, Magdalena.  On the evening of August 3, 2002, a group of AUC paramilitaries arrived in Media Luna.  The paramilitaries fired into the air to clear the streets before breaking into the home of Jaime Alberto Lobato Montenegro.  The paramilitaries forced Jaime Alberto Lobato Montenegro out of his house and kidnapped him.  Jaime Alberto Lobato Montenegro's body was found the following day, on August 4, 2002 on the

outskirts of Media Luna on the Pivijay-Media Luna road. Jaime Alberto Lobato Montenegro had been shot to death.

1787. Julio Nestor Medina Coronado is the father and legal heir of Manuel Francisco Medina Chamorro, an employee of Finca Tamacara, a banana plantation. Manuel Francisco Medina Chamorro was murdered by AUC paramilitaries on or about October 1, 2007. On September 30, 2007, Manuel Francisco Medina Chamorro left the village of Media Tapa, Sevilla, Zona Bananera, Magdalena to go to Sevilla with his cousin and a friend. Manuel Francisco Medina Chamorro's body was found the next morning, on October 1, 2007, together with the bodies of his cousin (Juan Carlos Junco Medina; see below) and his friend, on the side of the Aracataca-Fundacion road in Magdalena. Manuel Francisco Medina Chamorro, his cousin, and his friend had been shot to death.

1788. Arelis Margarita Hernandez Rivera is the wife and legal heir of Juan Carlos Junco Medina, a banana worker. Juan Carlos Junco Medina, his cousin Manuel Francisco Medina Chamorro,(see above) and another companion were murdered by AUC paramilitaries on or about October 1, 2007. On September 30, 2007, Juan Carlos Junco Medina left the village of Media Tapa, Sevilla, Zona Bananera, Magdalena to go to Sevilla, Zona Bananera with his cousin Manuel Francisco Medina Chamorro and a friend. The bodies of Juan Carlos Junco

Medina, his cousin Manuel Francisco Medina Chamorro, and his friend were found the next morning, on October 1, 2007. Juan Carlos Junco Medina, his cousin, and his friend had been shot to death.

1789. Matias Rodriguez Orozco is the father and legal heir of Luis Eduardo Rodriguez Navarro. Luis Eduardo Rodriguez Navarro was murdered on August 16, 1998 by AUC paramilitaries. Approximately two months before his murder, Luis Eduardo Rodriguez Navarro had joined the local police force. On the evening on August 16, 1998, as Luis Eduardo Rodriguez Navarro was riding his bicycle in Barrio La Esmeralda, Fundacion, Magdalena, a truck driven by AUC paramilitaries hit and wounded him. One of the paramilitaries in the truck got out and shot Luis Eduardo Rodriguez Navarro in the neck and chest. Luis Eduardo Rodriguez Navarro was taken to the hospital, where he died from his injuries later that same day.

1790. Maria Antonia Mosquera de Medina is the mother and legal heir of Jainer Enrique Vizcaino Mosquera. Jainer Enrique Vizcaino Mosquera was kidnapped on or about September 22, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Jainer Enrique Vizcaino Mosquera. On or about September 22, 2003, Jainer Enrique Vizcaino Mosquera was leaving his house in Barrio Francisco de Paula Santander, Fundacion, Magdalena when a

group of AUC paramilitaries arrived and kidnapped him.  Jainer Enrique Vizcaino

Mosquera's decomposing body was found in Tierras Nuevas, Copey, Cesar on

September 25, 2003.  Jainer Enrique Vizcaino Mosquera had been shot in the head.

1791. Nelvira Judith Gonzalez Perez is the wife and legal heir of Gustavo

Enrique Villalobos Cantillo, with whom she had one daughter.  Gustavo Enrique

Villalobos Cantillo was kidnapped and murdered on August 7, 2000 by AUC

paramilitaries.  On the morning of August 7, 2000, Gustavo Enrique Villalobos

Cantillo and a friend got into a truck carrying a group of AUC paramilitaries who

had offered them a ride back to Media Luna, Pivijay, Magdalena.  On the outskirts

of Media Luna, the paramilitaries let Gustavo Enrique Villalobos Cantillo's friend

out but they detained Gustavo Enrique Villalobos Cantillo.  The paramilitaries

drove to Gustavo Enrique Villalobos Cantillo's farm, rounded up livestock, and

loaded it on trucks. The paramilitaries then shot Gustavo Enrique Villalobos

Cantillo multiple times, killing him, and left his body on the side of the road in

Media Luna.

1792. Luis Arturo Gonzalez Cantillo is the father and legal heir of Edgardo

Enrique Gonzalez Cantillo.  Edgardo Enrique Gonzalez Cantillo was murdered on

April 21, 1999 by AUC paramilitaries.  On the morning of April 21, 1999, Edgardo

Enrique Gonzalez Cantillo was in La Cristalina in Santa Rosa de Lima, Fundacion,

Magdalena speaking with community members when AUC paramilitaries arrived and shot him in the chest, killing him.

1793. Nuris Hernandez de la Hoz is the mother and legal heir of Elkin Fabian Hernandez Hernandez.  Elkin Fabian Hernandez Hernandez was murdered on July 22, 2005 by AUC paramilitaries.  On the morning of July 22, 2005, Elkin Fabian Hernandez Hernandez was in Finca Chaparral at the entrance to Caraballo, Pivijay, Magdalena when he was intercepted by AUC paramilitaries. The paramilitaries shot Elkin Fabian Hernandez Hernandez in the head and the chest, killing him.  The paramilitaries then buried Elkin Fabian Hernandez Hernandez in a common grave and would not allow his family to retrieve the body until the next day.  On July 23, 2005, Elkin Fabian Hernandez Hernandez's family exhumed Elkin Fabian Hernandez Hernandez's body and later reburied it in the Fundacion, Magdalena cemetery.

1794. Aida Esther Miranda Otero (also "Miranda Contreras," but hereinafter "Miranda Otero") is the mother and legal heir of Victor Julio Vargas Miranda. Victor Julio Vargas Miranda was kidnapped and disappeared on August 27, 2004 by AUC paramilitaries.  On the morning of August 27, 2004, Victor Julio Vargas Miranda left his home in Aracataca, Magdalena to work on the coffee plantations in the foothills of the Sierra Nevada de Santa Marta mountains, in Magdalena.

After Victor Julio Vargas Miranda left his home, his family began calling his cell phone, but he never answered.  Victor Julio Vargas Miranda was never seen again.

1795. Benhur Mercado Bocanegra (also "Benjur," but hereinafter "Benhur") is the father and legal heir of Ever Jose Mercado Ibanez.  Ever Jose Mercado Ibanez was kidnapped and murdered on July 29, 2004 by AUC paramilitaries.  On the afternoon on July 29, 2004, Ever Jose Mercado Ibanez was getting off a bus in Cienaga, Magdalena when he was kidnapped by a group of AUC paramilitaries in a pickup truck.  Ever Jose Mercado Ibanez's body was discovered later that day, having been shot seven times in the face, head, and body.  Several days later, Benhur Mercado Bocanegra received a phone call from an AUC paramilitary who threatened to kill Benhur Mercado Bocanegra's other son.  Benhur Mercado Bocanegra's other son fled out of fear to Bogota, where he settled.

1796. Julia Rosa Orozco Rodriguez is the mother and legal heir of Jaime Luis Mozo Orozco.  Jaime Luis Mozo Orozco was kidnapped on or about April 3, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Jaime Luis Mozo Orozco.  In the morning on or about April 3, 2003, Jaime Luis Mozo Orozco arrived at the farm where he worked as a messenger in Fundacion, Magdalena. Earlier that morning, a group of AUC paramilitaries had arrived at the farm, locked up all of the workers on the farm, and were hiding in the farm house.

864

After Jaime Luis Mozo Orozco walked into the house, the paramilitaries seized him and tied him up.  The paramilitaries stole livestock from the farm and then kidnapped Jaime Luis Mozo Orozco.  On April 4, 2003, Jaime Luis Mozo Orozco's body was found in Estacion Lleras, Fundacion.  Jaime Luis Mozo Orozco had been shot in the back of the head and there were signs that his wrists had been tied.

1797. Margarita Liliana Ternera Pabon is the daughter and legal heir of Valentina Pabon Pertuz.  Valentina Pabon Pertuz was murdered on September 17, 1999 by AUC paramilitaries.  On the evening of September 17, 1999, Valentina Pabon Pertuz was sitting in the doorway of her house in Pinuela, Pivijay, Magdalena when AUC paramilitaries drove by on a motorcycle.  The paramilitaries passed by and then returned. The paramilitaries asked for Valentina Pabon Pertuz by name. When Valentina Pabon Pertuz identified herself, the paramilitaries conversed with her briefly, then opened fire on her, injuring her. The paramilitaries started to leave, but when they heard Valentina Pabon Pertuz cry out to her daughter for help, they walked back and shot Valentina Pabon Pertuz several more times, killing her.

1798. Oscar Polo Rojano is the brother and legal heir of Celso Eliecer Polo Rojano (also "Celso Enrique," but hereinafter "Celso Eliecer").  Celso Eliecer Polo

Rojano was murdered on January 8, 2005 by AUC paramilitaries.  On the afternoon of January 8, 2005, Celso Eliecer Polo Rojano and his brother were leaving their house in Barrio Monterrey, Fundacion, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries shot Celso Eliecer Polo Rojano in the head, killing him.

1799. Denis Esther Guerra Altamar is the mother and legal heir of Juan Carlos Hernandez Guerra.  Juan Carlos Hernandez Guerra was murdered on or about March 20, 2005 by AUC paramilitaries.  On the evening of March 19, 2005, Juan Carlos Hernandez Guerra left his home in Santa Marta, Magdalena to go dancing.  Juan Carlos Hernandez Guerra was not seen again until his body was discovered, along with the body of his friend, on March 21, 2005 in rural Cienaga, Magdalena.  Juan Carlos Hernandez Guerra had been shot multiple times in the head, face, and body.

1800. Pedro Basilio Caicedo Narvaes is the father and legal heir of Oney Caicedo Hurtado (also "Oneis Enrique" and "Oney Enrique," but hereinafter "Oney").  Oney Caicedo Hurtado was kidnapped on June 14, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries tortured and murdered Oney Caicedo Hurtado.  On June 14, 1997, Oney Caicedo Hurtado was at church in Oceania, Pivijay, Magdalena with his family when a group of AUC

866

paramilitaries arrived.  The paramilitries kidnapped Oney Caicedo Hurtado and took him to the El Pavo farm in San Angel, Magdalena, where they tortured and murdered him.  The paramilitaries also murdered several other victims.  On June 17, 1997, Oney Caicedo Hurtado's family was told where they could find Oney Caicedo Hurtado's grave. The family exhumed Oney Caicedo Hurtado's decomposing body; the body had been dismembered.  The family took Oney Caicedo Hurtado's remains and reburied them in the local cemetery.  The paramilitaries stole livestock from the family and forced the family to flee Oceania.

1801. Argelis Maria Arrieta Hurtado is the sister and legal heir of Saul de Jesus Arrieta Hurtado, an occasional worker at the "Manantial" banana plantation, which was affiliated with Chiquita.  Saul de Jesus Arrieta Hurtado was kidnapped and disappeared on November 15, 2002 by AUC paramilitaries.   On November 15, 2002, Saul de Jesus Arrieta Hurtado was at the 'Hacienda Leyva' palm plantation in Tucurinca, Zona Bananera, Magdalena where he was working when he was intercepted by a group of AUC paramilitaries in a pickup truck.  The paramilitaries forced Saul de Jesus Arrieta Hurtado into their truck and drove away, kidnapping him.  Saul de Jesus Arrieta Hurtado was never seen again.

1802. Maria Idalides Medina de Murillo is the mother and legal heir of Jose Luis Suarez Medina.  Jose Luis Suarez Medina was kidnapped and disappeared on

867

June 9, 1999 by AUC paramilitaries.  On the morning of June 9, 1999, Jose Luis

Suarez Medina was on his way to apply for work at a banana plantation that was

hiring security guards when the mini-bus he was riding was intercepted by AUC

paramilitaries on the outskirts of El Reten, Magdalena.  The paramilitaries forced

Jose Luis Suarez Medina off of the bus and into their pickup truck and drove away,

kidnapping him.  Jose Luis Suarez Medina was never seen again.

1803. Pedro Manuel Murillo Talaigua is the father and legal heir of Jonathan

Murillo Ochoa, an adolescent student.  Jonathan Murillo Ochoa was tortured and

murdered on July 4, 2005 by AUC paramilitaries.  On the evening of July 4, 2005,

Jonathan Murillo Ochoa was at a store in Barrio Francisco de Paula Santander,

Fundacion, Magdalena when he was intercepted by AUC paramilitaries, who

tortured him, tied him up, and then shot him many times in the head and body,

killing him.

1804. Neida Isabel Gamarra Novoa (also "Nidia," but hereinafter "Neida")

is the mother and legal heir of Jim Steck Acosta Gamarra (also "Jim Stick," but

hereinafter "Jim Steck").  Jim Steck Acosta Gamarra was kidnapped on March 15,

2005 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered

Jim Steck Acosta Gamarra.  On the evening of March 15, 2005, Jim Steck Acosta

Gamarra was visiting with a friend in Barrio Francisco de Paula Santander,

868

Fundacion, Magdalena when AUC paramilitaries approached in a vehicle.  The
paramilitaries kidnapped Jim Steck Acosta Gamarra.  Jim Steck Acosta Gamarra's
body was found the following day, on March 16, 2005, in the Vuelta del Codo area
of the road between Fundacion and Pivijay, Magdalena.  Jim Steck Acosta
Gamarra had been shot twice in the head.

1805. Luzceyis Patricia Pena Altamar is the wife and legal heir of Arnulfo
Alveris Cervantes Mieles. Arnulfo Alveris Cervantes Mieles was kidnapped on
March 19, 2005 by AUC paramilitaries; after kidnapping him, the paramilitaries
murdered Arnulfo Alveris Cervantes Mieles. In the early morning hours of March
19, 2005, Arnulfo Alveris Cervantes Mieles was at a bar in Santa Marta,
Magdalena with a nephew when a group of AUC paramilitaries arrived in a pickup
truck.  The paramilitaries seized Arnulfo Alveris Cervantes Mieles and his nephew
and kidnapped them in the pickup truck.  Arnulfo Alveris Cervantes Mieles' body
was found in the Cienaga, Magdalena morgue on March 21, 2005 with three
gunshots to the head, face and neck, and with signs of having had his arms and legs
bound.  Arnulfo Alveris Cervantes Mieles' nephew was also murdered in the same
incident.

1806. Karel Sugeis Castilla Guerra is the wife and legal heir of Dager de
Jesus Ayures Silvera, with whom she had a daughter.  Dager de Jesus Ayures

Silvera had recently moved from Copey, Cesar to Guachaca to work in a banana plantation there. On or around January 5, 2002, Dager de Jesus Ayures Silvera was kidnapped and disappeared by AUC paramilitaries. Karel Sugeis Castilla Guerra was informed some months later that the paramilitaries had murdered Dager de Jesus Ayures Silvera, but his body was never found.

1807. Aurora Blanco Julio is the mother and legal heir of Adalberto Escobar Blanco, a worker at Finca Paulina, a banana plantation in Guacamayal, Magdalena. Adalberto Escobar Blanco was murdered on September 23, 1999 by AUC paramilitaries. On the night of September 23, 1999, Adalberto Escobar Blanco was walking near the Guacamayal central plaza when a group of AUC paramilitaries aboard a motor vehicle intercepted him and shot him twice, killing him.  Adalberto Escobar Blanco's body was found the next morning, on September 24, 1999.

1808. Maribel Maria Leguia Ortega is the wife and legal heir of Jose del Carmen Munoz Caballero, with whom she had a family.  Jose del Carmen Munoz Caballero was murdered on January 7, 1997 by AUC paramilitaries.  In the early morning hours of January 7, 1997, Jose del Carmen Munoz Caballero, Maribel Maria Leguia Ortega, and their children were asleep in their home in Barrio Aeropuerto, Fundacion, Magdalena when a group of AUC paramilitaries began kicking in the door to their house.  Reacting to the noise, Jose del Carmen Munoz

870

Caballero ran toward the door.  The paramilitaries fired multiple gunshots through the door, killing Jose del Carmen Munoz Caballero in front of Maribel Maria Leguia Ortega.  The paramilitaries then beat Maribel Maria Leguia Ortega, threatened her, and left.

1809. Maria Concepcion Torregroza Ternera is the mother and legal heir of Jaime Luis Torregroza Ternera.  Jaime Luis Torregroza Ternera was kidnapped and disappeared on September 21, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Jaime Luis Torregroza Ternera.  On the morning of September 21, 2001, Jaime Luis Torregroza Ternera was in Pinuela, Pivijay, Magdalena at a pool hall when a group of AUC paramilitaries arrived aboard a pickup truck and entered the pool hall.  The paramilitaries seized Jaime Luis Torregroza Ternera and kidnapped him.  Jaime Luis Torregroza Ternera's remains were found on September 28, 2007 on the 'Campo Solo' farm in Pinuela and were turned over to Maria Concepcion Torregroza Ternera by the Colombian Attorney General's Office on March 27, 2009.

1810. Maria Roquelina Amaris Chavez is the sister and legal heir of Miguel Antonio Amaris Chavez.  Jairo Enrique Amaris Mola is the father and is also a legal heir of Miguel Antonio Amaris Chavez, and the grandfather and legal guardian of Y.P.A.E., who was born in 1996. Y.P.A.E. is the daughter and also the

legal heir of Miguel Antonio Amaris Chavez. Miguel Antonio Amaris Chavez was murdered on May 23, 2001 by AUC paramilitaries.  On the morning of May 23, 2001, Miguel Antonio Amaris Chavez was on an errand on the outskirts of Plato, Magdalena when he was intercepted by a group of AUC paramilitaries.  The paramilitaries beat Miguel Antonio Amaris Chavez and took him to a nearby farm where they shot him in the head and face, killing him.  Miguel Antonio Amaris Chavez's decomposing body was found on or about May 25, 2001.

1811. Edulfo Saumet Barrios is the father and legal heir of Luis Javier Saumet Saenz (also "Saumeth," but hereinafter "Saumet").  Luis Javier Saumet Saenz was murdered on July 31, 2002 by AUC paramilitaries.  In the early morning hours on July 31, 2002, Luis Javier Saumet Saenz was asleep in his home in Barrio El Silencio, Plato, Magdalena when AUC paramilitaries entered his home and shot him once in the head, killing him in his bed.

1812. Sonia Isabel Troncoso Mendoza is the sister and legal heir of Kellys Johana Troncoso Mendoza.  Kellys Johana Troncoso Mendoza was kidnapped on February 10, 2004 by AUC paramilitaries; after kidnapping her, the paramilitaries murdered Kellys Johana Troncoso Mendoza.  On February 10, 2004, Kellys Johana Troncoso Mendoza was with Hector Rafael Rodero Ordonez (see below) in Plato, Magdalena when they were intercepted by AUC paramilitaries.  On

December 23, 2004, the bodies of Kellys Johana Troncoso Mendoza and Hector Rafael Rodero Ordonez were found in a common grave on a farm in Ciengueta and exhumed.  Kellys Johana Troncoso Mendoza had been shot to death.

1813. Zoila Isabel Ordonez Garcia is the mother and legal heir of Hector Rafael Rodero Ordonez, a soldier in the Colombian Army.  Hector Rafael Rodero Ordonez was kidnapped and disappeared on February 10, 2004 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Hector Rafael Rodero Ordonez.  On February 10, 2004, Hector Rafael Rodero Ordonez was with Kellys Johana Troncoso Mendoza (see above) in Plato, Magdalena when they were intercepted by AUC paramilitaries. On December 23, 2004, the bodies of Hector Rafael Rodero Ordonez and Kellys Johana Troncoso Mendoza were found in a common grave on the farm in Ciengueta and exhumed.  Hector Rafael Rodero Ordonez had been shot to death.

1814. Energida del Socorro Mendoza Ochoa is the wife and legal heir of Jose Manuel Troncoso Mendoza, with whom she had four children, and the mother of J.M.T.M., who was born in 1996.  J.M.T.M. is the son and also the legal heir of Jose Manuel Troncoso Mendoza.  Yuledis Judith Troncoso Mendoza is the daughter and is also a legal heir of Jose Manuel Troncoso Mendoza.  Jose Manuel Troncoso Mendoza was kidnapped on August 24, 2004 by AUC paramilitaries;

873

after kidnapping him, the paramilitaries murdered Jose Manuel Troncoso Mendoza On the afternoon of August 24, 2004, Jose Manuel Troncoso Mendoza was on the farm where he worked in Plato, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries seized and bound Jose Manuel Troncoso Mendoza On September 24, 2004, the body of Jose Manuel Troncoso Mendoza appeared between Plato and Apure, Magdalena. The AUC paramilitaries had shot Jose Manuel Troncoso Mendoza multiple times, killing him.

1815. Yaneth Edith Marquez Beleno is the wife and legal heir of Manuel Francisco Urbina Fonseca, with whom she had a daughter. Ingrid Patricia Urbina Marquez is the daughter and is also a legal heir of Manuel Francisco Urbina Fonseca. Manuel Francisco Urbina Fonseca was kidnapped on December 10, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries tortured and murdered Manuel Francisco Urbina Fonseca. On the evening of December 10, 2003, as Manuel Francisco Urbina Fonseca was arriving at his home in Plato, Magdalena, he was intercepted by a group of AUC paramilitaries in a pickup truck. The paramilitaries seized Manuel Francisco Urbina Fonseca, forced him into their vehicle, and drove away, kidnapping him. Manuel Francisco Urbina Fonseca's body was found the following morning, December 11, 2003, on the road between Plato and Apure, Magdalena, with signs of torture and multiple gunshots.

874

1816. Fermina Maria Cortina Garcia is the wife and legal heir of Eduardo Rafael Velasquez Polanco, with whom she had one son.  Eduardo Rafael Velasquez Polanco was murdered on or around September 4, 2000 by AUC paramilitaries. On September 4, 2000, shortly after Eduardo Rafael Velasquez Polanco picked up some passengers in his taxi in Chivolo, Magdalena to drive them to Plato, Magdalena, a group of AUC paramilitaries ordered him to stop his taxi and accompany them.  Eduardo Rafael Velasquez Polanco parked his taxi and accompanied the paramilitaries, who then shot him in the head and left his body near Apure, Magdalena on the road between Plato and Bosconia, Cesar.  Eduardo Rafael Velasquez Polanco's body was found on September 5, 2000.

1817. Rosa Cecilia Hernandez Santana is the wife and legal heir of Luis Heriberto Diaz Ospino, with whom she had eight children.  Rosa Cecilia Hernandez Santana is also the mother of K.P.D.H., born in 1997, and of O.A.D.H., born in 1999.  K.P.D.H. and O.A.D.H. are the children and also are legal heirs of Luis Heriberto Diaz Ospino.  Luis Heriberto Diaz Ospino was murdered on June 7, 2001 by AUC paramilitaries.  Near midday on June 7, 2001, Luis Heriberto Diaz Ospino was taking a passenger in his taxi from Plato, Magdalena towards Granada, Magdalena, when he was intercepted by a group of AUC paramilitaries.  The paramilitaries forced Luis Heriberto Diaz Ospino to stop.  The paramilitaries then

875

shot Luis Heriberto Diaz Ospino several times in the head and neck, killing him. The paramilitaries also shot and killed Luis Heriberto Diaz Ospino's passenger.

1818. Luris Johana de Avila Fernandez is the daughter and legal heir of Guillermo Henrique de Avila Cabrera (also "Guillermo Enrique," but hereinafter "Guillermo Henrique"). Maria Elena Cabrera Meza is the mother and is also a legal heir of Guillermo Henrique de Avila Cabrera. Guillermo Henrique de Avila Cabrera was murdered on June 12, 2003 by AUC paramilitaries. On the night of June 12, 2003, Guillermo Henrique de Avila Cabrera was at his ranch in Plato, Magdalena when a group of AUC paramilitaries arrived on foot. The paramilitaries identified themselves as AUC paramilitaries and demanded that Guillermo Henrique de Avila Cabrera come out to speak with them. The paramilitaries seized Guillermo Henrique de Avila Cabrera and took him outside a short distance away and shot him multiple times in the head and body, killing him.

1819. Vilma Rosa Chamorro Arias is the daughter and legal heir of Francia Elena Arias Pena. Francia Elena Arias Pena was murdered on September 19, 2003 by AUC paramilitaries. On the evening of September 19, 2003, Francia Elena Arias Pena was chatting with a neighbor a few doors down from her home in Barrio Santo Domingo, Plato, Magdalena when she was accosted by an AUC paramilitary. The paramilitary shot Francia Elena Arias Pena multiple times in the

head, neck, and body, killing her.

1820. Marelvis del Carmen Lobo Rivera is the sister and legal heir of Jose Gregorio Lobo Rivera. Jose Gregorio Lobo Rivera was murdered on February 5, 2006 by AUC paramilitaries. On February 5, 2006, Jose Gregorio Lobo Rivera was in the village of Apure, Plato, Magdalena when he was intercepted by AUC paramilitaries. The paramilitaries shot and killed Jose Gregorio Lobo Rivera.

1821. Gloria Ester Marquez de Cueto is the mother and legal heir of Rigoberto Manuel Reyes Marquez and of Julio de Jesus Reyes Marquez. Rigoberto Manuel Reyes Marquez was kidnapped and disappeared on October 19, 2000 by AUC paramilitaries. Julio de Jesus Reyes Marquez was kidnapped on October 19, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Julio de Jesus Reyes Marquez. On the night of October 19, 2000, Rigoberto Manuel Reyes Marquez and Julio de Jesus Reyes Marquez were at their home in Barrio Juan XXIII, Plato, Magdalena when a group of AUC paramilitaries arrived in a pickup truck, removed the front door from its hinges, and forced their way inside the home. The paramilitaries forced Rigoberto Manuel Reyes Marquez and Julio de Jesus Reyes Marquez into their vehicle and drove away, kidnapping them. Julio de Jesus Reyes Marquez's body was found the following morning, on October 20, 2000, near the bridge in Apure, Madalena. Julio de Jesus Reyes

877

Marquez had been shot once in the head. Rigoberto Manuel Reyes Marquez was never seen again.

1822. Marlene de Jesus Avila Martinez is the sister and legal heir of Yolanda Margarita de Avila Martinez. Marlene de Jesus Avila Martinez is also the aunt and legal heir of Jorge Luis Lopez de Avila. Yolanda Margarita de Avila Martinez and Jorge Luis Lopez de Avila were murdered on March 1, 2005 by AUC paramilitaries. On the night of March 1, 2005, Yolanda Margarita de Avila Martinez and Jorge Luis Lopez de Avila were in their home in Barrio Luis Carlos Galan, Plato, Magdalena when two AUC paramilitaries burst into the house. The paramilitaries shot and killed Jorge Luis Lopez de Avila. Yolanda Margarita de Avila Martinez struggled with the paramilitaries. The paramilitaries overcame Yolanda Margarita de Avila Martinez and shot and killed her as well.

1823. Ferdinando Mora Gudino is the husband and legal heir of Vilma Esther Blanco Collante, with whom he had a family. Vilma Esther Blanco Collante, a merchant who lived in Plato, Magdalena, was kidnapped and murdered on June 19, 2004 by AUC paramilitaries. On the afternoon of June 19, 2004, Vilma Esther Blanco Collante was travelling with her son and others when their vehicle was stopped by a group of AUC paramilitaries in Apure, Plato, Magdalena. The paramilitaries forced the occupants out of the vehicle, freed Vilma Esther Blanco

Collante's son, and forced Vilma Esther Blanco Collante into another vehicle and drove off, kidnapping her. A short time later that same day, Vilma Esther Blanco Collante was found dead on the road east of Plato with multiple gunshots, including one to her head.

1824. Pablo Emilio Munoz Tapia is the father and legal heir of Sandra Mercedes Munoz Perez. Sandra Mercedes Munoz Perez was murdered on June 7, 2005 by AUC paramilitaries. On the morning of June 7, 2005, Sandra Mercedes Munoz Perez and some hospital colleagues were vaccinating children in Barrio Juan XXIII, Plato, Magdalena when a group of AUC paramilitaries arrived and opened fire on the health professionals. The paramilitaries shot and killed Sandra Mercedes Munoz Perez and shot and wounded two of her colleagues.

1825. Manuel Salvador de Angel Yepes is the father and legal heir of Jorge Enrique de Angel Cerda (also "Zerda," but hereinafter "Cerda"). Jorge Enrique de Angel Cerda was murdered on April 19, 2002 by AUC paramilitaries. On the evening of April 19, 2002, Jorge Enrique de Angel Cerda was in his home in Zarate, Plato, Magdalena when a group of AUC paramilitaries arrived in a motor vehicle. The paramilitaries entered Jorge Enrique de Angel Cerda's home and shot him twice in the head and face, killing him.

1826. Gustavo Alberto Merino Cantillo is the father and legal heir of

879

Alexander Merino Munoz.  Alexander Merino Munoz was murdered on May 3, 2006 by AUC paramilitaries.  On the afternoon of May 3, 2006, Alexander Merino Munoz was driving his motorcycle-taxi in Cerro Grande, Plato, Magdalena on the road to Zarate, Plato when he was intercepted by a group of AUC paramilitaries. The paramilitaries shot Alexander Merino Munoz several times in the head and neck, killing him.  After Alexander Merino Munoz was murdered, Gustavo Alberto Merino Cantillo received death threats from the AUC paramilitaries and was forced to sell his farm and move to Santa Marta, Magdalena for his own safety.

1827. Carmen Alicia Cantillo Ibanez is the wife and legal heir of Luis Enrique Hernandez Orozco, with whom she had five children.  Luis Enrique Hernandez Orozco was murdered on January 30, 2000 by AUC paramilitaries.  On the afternoon of January 30, 2000, Luis Enrique Hernandez Orozco was helping a relative on a construction project in Las Colonias, Pivijay, Magdalena when a group of AUC paramilitaries entered the village in trucks.  The paramilitaries forced the village's residents to identify themselves.  When Luis Enrique Hernandez Orozco identified himself, the paramilitaries seized him, led him to a nearby ranch, and shot and killed him.  The paramilitaries did not permit Luis Enrique Hernandez Orozco's family to recover Luis Enrique Hernandez Orozco's body until the following evening, on January 31, 2000.

1828. Marlene Cecilia Mendoza is the mother and legal heir of Jorge Luis Dangond Mendoza. Jorge Luis Dangond Mendoza was murdered on July 18, 1999 by AUC paramilitaries. On the night of July 18, 1999, Jorge Luis Dangond Mendoza was entering his home in Barrio 11 de Junio, Villanueva, La Guajira when he was intercepted by two AUC paramilitaries. The paramilitaries shot Jorge Luis Dangond Mendoza, mortally wounding him. Jorge Luis Dangond Mendoza was transported to a hospital in Valledupar, Cesar, but died of his wounds as he arrived there.

1829. Nayibis Judith Polo Garcia is the wife and legal heir of Fredy Eduardo Lara Rambal. Fredy Eduardo Lara Rambal was murdered on August 20, 2005 by AUC paramilitaries. On August 20, 2005, Fredy Eduardo Lara Rambal was on a farm in Chivolo, Magdalena when AUC paramilitaries entered the farm. The paramilitaries shot and killed Fredy Eduardo Lara Rambal.

1830. Celia Ines Ortiz Guette is the wife and legal heir of Luis Evelio Ortiz Duran, with whom she had a son. Luis Evelio Ortiz Duran was murdered on April 1, 2006 by AUC paramilitaries. On April 1, 2006 Luis Evelio Ortiz Duran left his business at the public market in Fundacion, Magdalena to go home. As he was nearing his home in Fundacion, he was intercepted by a group of AUC

paramilitaries.  The paramilitaries shot Luis Evelio Ortiz Duran multiple times, killing him.

1831.  Ana Agripina Naranjo Valencia is the mother and legal heir of Luis Rafael Castillo Naranjo.  Luis Rafael Castillo Naranjo was kidnapped and disappeared on September 30, 1998 by AUC paramilitaries.  On September 30, 1998, Luis Rafael Castillo Naranjo left his home in Barrio San Carlos, Fundacion, Magdalena to go to Zona Bananera, Magdalena.  Luis Rafael Castillo Naranjo was never seen again.

1832.  Yolanda Hernandez Sandoval is the mother and legal heir of Oscar Enrique Gil Hernandez.  Oscar Enrique Gil Hernandez was murdered on or about February 23, 2007 by AUC paramilitaries.  On the night of February 23, 2007, Oscar Enrique Gil Hernandez left his home in Aracataca, Magdalena to drive his motorcycle-taxi. Sometime late that night or early the next morning, Oscar Enrique Gil Hernandez picked up an AUC paramilitary as a passenger.  The paramilitary murdered Oscar Enrique Gil Hernandez with multiple gunshots to the head and neck, killing him in Barrio 16 de Julio, Fundacion, Magdalena.

1833.  Nicolasa Medina de Vasquez is the aunt and legal heir of Wilman Enrique Maestre Medina.  Wilman Enrique Maestre Medina was murdered on November 14, 1999 by AUC paramilitaries.  On the afternoon of November 14,

1999, Wilman Enrique Maestre Medina was returning from his job in Fundacion, Magdalena to his home in Aracataca, Madalena when he was intercepted by AUC paramilitaries. The paramilitaries shot and killed Wilman Enrique Maestre Medina.

1834. Nicolasa Medina de Vasquez is also the wife and legal heir of Manuel Vasquez (also "Manuel Esteban Vasquez Herrera," but hereinafter "Manuel Vasquez"). Manuel Vasquez was kidnapped and disappeared by AUC paramilitaries on July 14, 2001; after kidnapping him, the paramilitaries murdered Manuel Vasquez. On the morning of July 14, 2001, Manuel Vasquez left Santa Rosa de Lima, Fundacion, Magdalena to buy meat for an AUC paramilitary. Manuel Vasquez was never seen again. Some time after Manuel Vasquez's disappearance, AUC paramilitaries came to Nicolasa Medina de Vasquez's home and threatened her, telling her that AUC paramilitaries had already murdered Manuel Vasquez. In 2007, a farmer who lived on a farm some miles from Santa Rosa de Lima told Nicolasa Medina de Vasquez that he knew where Manuel Vasquez's body was buried, as he had witnessed Manuel Vasquez's murder at the hands of the AUC paramilitaries. On March 27, 2009, the Colombian Attorney General's Office turned over Manuel Vasquez's remains to Nicolasa Medina de Vasquez.

1835. Nubia del Carmen Quintero Navarro is the sister and legal heir of Juan Alirio Quintero Navarro.  Juan Alirio Quintero Navarro was murdered on December 28, 2003 by AUC paramilitaries.  On the morning of December 28, 2003, Juan Alirio Quintero Navarro received a call on his cellular phone in which he was ordered to come to Colombia, El Reten, Magdalena to meet with AUC paramilitaries that day.  Juan Alirio Quintero Navarro traveled by motorcycle to El Reten.  After Juan Alirio Quintero Navarro arrived at El Reten around midday, the paramilitaries shot Juan Alirio Quintero Navarro twice in the head, killing him.

1836. Pedro Pablo Sanchez Serrano is the father and legal heir of Hernando Enrique Sanchez Mendoza.  Hernando Enrique Sanchez Mendoza was murdered on August 13, 2005 by AUC paramilitaries.  Early on the evening of August 13, 2005, Hernando Enrique Sanchez Mendoza was at a bar in Barrio Monterrey, Fundacion, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries shot Hernando Enrique Sanchez Mendoza multiple times in the head and body, killing him.

1837. Fanny del Carmen Ortiz Barrios is the wife and legal heir of Jose de Leon Ariza, with whom she had five children, and the mother of J.K.L.O., who was born in 1998, and of K.M.L.O., who was born in 2000. J.K.L.O. and K.M.L.O. are the daughters and are also legal heirs of Jose de Leon Ariza. Jose de Leon

884

Ariza was kidnapped and murdered on December 29, 2003 by AUC paramilitaries. Prior to the murder of Jose de Leon Ariza, Jose de Leon Ariza, Fanny del Carmen Ortiz Barrios, and their children had been forced to flee their farm in the Sierra Nevada de Santa Marta mountains by AUC paramilitaries and were living in Fundacion, Magdalena. On the morning of December 29, 2003, Jose de Leon Ariza was riding a public transport vehicle when it was stopped by an AUC paramilitary roadblock near Santa Rosa de Lima, Fundacion.  The paramilitaries forced Jose de Leon Ariza out of the vehicle and, along with other passengers, kidnapped him. The paramilitaries then stabbed Jose de Leon Ariza four times in the chest, killing him, and left his body on the Fundacion-Valledupar road.

1838. Jose Narciso Charris is the father and legal heir of Jose Narciso Charris Pacheco.  Jose Narciso Charris Pacheco was kidnapped and murdered on March 2, 2000 by AUC paramilitaries.  On March 2, 2000, Jose Narciso Charris Pacheco was visiting a friend in Fundacion, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries kidnapped Jose Narciso Charris Pacheco and his friend.  The paramilitaries shot Jose Narciso Charris Pacheco three times in the head and face, killing him, and left his body near the Sevilla Bridge in Zona Bananera, Magdalena.  The paramilitaries also killed Jose Narciso Charris Pacheco's friend.

1839. Libia Esther Gomez Cantillo is the wife and legal heir of Modesto de Jesus Reyes Vargas, with whom she had four children.  Modesto de Jesus Reyes Vargas was kidnapped and murdered on October 2, 1999 by AUC paramilitaries. On the morning of October 2, 1999 Modesto de Jesus Reyes Vargas was driving a tractor to the farm where he worked in rural Pivijay, Magdalena when he was intercepted by a group of AUC paramilitaries. The paramilitaries forced Modesto de Jesus Reyes Vargas to transport them to another farm.  Between Pinuela, Pivijay and Fundacion, the paramilitaries were attacked, possibly by guerrillas.  Modesto de Jesus Reyes Vargas died in the crossfire from wounds sustained from an explosive device.

1840. Maria de Jesus Lopez Soto is the wife and legal heir of Hector Julio Rodriguez Saenz.  Maria de Jesus Lopez Soto is also the mother and also the legal heir of Luis Alberto Tetay Lopez, a student.  Hector Julio Rodriguez Saenz and Luis Alberto Tetay Lopez were kidnapped and disappeared on January 8, 2001 by AUC paramilitaries.  On the evening of January 8, 2001, a group of AUC paramilitaries arrived at the home of Hector Julio Rodriguez Saenz and Luis Alberto Tetay Lopez in San Luis, Tenerife, Magdalena and asked for Hector Julio Rodriguez Saenz.  A family member explained that Hector Julio Rodriguez Saenz was not home.  The paramilitaries forced the family member to take them to

Hector Julio Rodriguez Saenz.  The paramilitaries found Hector Julio Rodriguez Saenz and Luis Alberto Tetay Lopez with Maria de Jesus Lopez Soto, who was selling food at a stand in San Luis.  The paramilitaries seized Hector Julio Rodriguez Saenz and Luis Alberto Tetay Lopez, bound their hands, forced them into a vehicle, and drove away, kidnapping them.  Hector Julio Rodriguez Saenz and Luis Alberto Tetay Lopez were never seen again.

1841. Carmen Edith Puerta de Angel is the mother and legal heir of Yair Antonio Lopez Puerta.  Yair Antonio Lopez Puerta was murdered on July 2, 2005 by AUC paramilitaries.  Early on the morning of July 2, 2005, Yair Antonio Lopez Puerta and his father were on their way to their ranch when their car was stopped at an AUC roadblock near Aguas Vivas, Plato, Magdalena.  The AUC paramilitaries shot Yair Antonio Lopez Puerta multiple times, killing him.  The paramilitaries also murdered Yair Antonio Lopez Puerta's father.

1842. Ana Polonia Nunez Tobias is the wife and legal heir of Luis Armando Correa Rivera, with whom she had four children, and the mother of A.M.C.N., who was born in 1999, and of J.A.C.N., who was born in 1995. A.M.C.N. and J.A.C.N. are the children and also are legal heirs of Luis Armando Correa Rivera. Luis Armando Correa Rivera was murdered on September 13, 2002 by AUC paramilitaries.  On the night of September 13, 2002, Luis Armando Correa Rivera

was in his home in Barrio San Jose, Plato, Magdalena with Ana Polonia Nunez Tobias when a group of AUC paramilitaries entered the house. The paramilitaries seized Luis Armando Correa Rivera and Ana Polonia Nunez Tobias.  The paramilitaries beat Luis Armando Correa Rivera repeatedly, and then shot him multiple times in the head, face, and body, killing him in the patio of his home.

1843. Sonia Esther Buelvas Escobar is the mother and legal heir of Alexander Fuentes Buelvas.  Alexander Fuentes Buelvas was kidnapped and murdered on April 3, 2002 by AUC paramilitaries.  On the evening of April 3, 2002, Alexander Fuentes Buelvas was crossing the street near his home in Barrio Juan XXIII, Plato, Magdalena when he was intercepted by AUC paramilitaries aboard a motorcycle.  The paramilitaries kidnapped Alexander Fuentes Buelvas and drove off with him.  The paramilitaries shot Alexander Fuentes Buelvas multiple times in the thorax, arm, and head, killing him, and left his body on the road between Tenerife and San Luis in Plato.

1844. Tomas Rafael Serrano Rodriguez is the father and legal heir of Tonny Manuel Serrano Villamizar (also "Tony" or "Tonnys," but hereinafter "Tonny"). Tonny Manuel Serrano Villamizar was kidnapped on January 9, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Tonny Manuel Serrano Villamizar. On the night of January 9, 2001, Tonny Manuel Serrano

Villamizar was in a pool hall in Cienagueta, Plato, Magdalena when two AUC paramilitaries arrived in a vehicle.  The paramilitaries seized Tonny Manuel Serrano Villamizar, forced him into their vehicle, and drove away, kidnapping him. The paramilitaries then shot Tonny Manuel Serrano Villamizar once in the head, killing him.  Tonny Manuel Serrano Villamizar's body was found on January 11, 2001 on the Plato-Bosconia road near El Bajo, Plato.

1845. Teresa de Jesus Urzola de Vargas is the mother and legal heir of Luis Javier Vargas Urzola.  Luis Javier Vargas Urzola was murdered on or around December 3, 2005 by AUC paramilitaries.  On the morning of December 1, 2005, Luis Javier Vargas Urzola was driving his motorcycle-taxi in Plato, Magdalena when two AUC paramilitaries asked for a ride to El Real del Obispo, Tenerife, Magdalena.  Luis Javier Vargas Urzola left Plato with the two paramilitaries.  The paramilitaries shot Luis Javier Vargas Urzola twice in the head, killing him.  Luis Javier Vargas Urzola's body was found early on the morning of December 3, 2005 near Pozo Apure, Apure, on the outskirts of Plato.

1846. Jose Maria Padilla Nunez is the father and legal heir of Carlos Miguel Padilla Ruiz.  Clara Luz Florez Medina is the wife and is also a legal heir of Carlos Miguel Padilla Ruiz, with whom she has a family, and the mother of Clara Luz Padilla Florez, an adult born in 1994. Clara Luz Padilla Florez is the daughter and

is also a legal heir of Carlos Miguel Padilla Ruiz. Carlos Miguel Padilla Ruiz was murdered on January 28, 2002 by AUC paramilitaries. A few days prior to his murder, Carlos Miguel Padilla Ruiz had filed a complaint with the local prosecutor's office against the director of Fray Luis de Leon Hospital in Plato, Magdalena, for the disappearance of 180 million pesos. Carlos Miguel Padilla Ruiz had served as president of the hospital workers' union for 12 years. The missing money was supposed to have been used to pay two months' salary to the hospital employees, who were owed more than a year's back wages by the hospital. Carlos Miguel Padilla Ruiz went to Colombia's internal security agency, the DAS, and the national police to request protection but was denied. On January 28, 2002, in the early afternoon, a group of AUC paramilitaries arrived at Carlos Miguel Padilla Ruiz's home in Barrio 7 de Agosto, Plato, Magdalena in a pickup truck and asked for Carlos Miguel Padilla Ruiz by name. When Carlos Miguel Padilla Ruiz came out, the paramilitaries shot him multiple times in the head and body, killing him.

1847. Gloria Maria Caro Fonseca is the daughter and legal heir of Rafael Augusto Caro Medina and of Ernestina Esther Fonseca Martinez. Rafael Augusto Caro Medina and Ernestina Esther Fonseca Martinez were murdered on May 25, 2004 by AUC paramilitaries. On the night of May 25, 2004 a group of AUC

paramilitaries arrived at the home of Rafael Augusto Caro Medina and Ernestina Esther Fonseca Martinez in Cieneguita, Plato, Magdalena and began shooting at the house until they gained entry.  The paramilitaries shot and killed Rafael Augusto Caro Medina and Ernestina Esther Fonseca Martinez, robbed valuables and money from the house, and detonated an explosive device before leaving.

1848. Leonor Maria Lopez Soto is the mother and legal heir of Martin Santiago Henao Lopez.  Martin Santiago Henao Lopez was kidnapped and disappeared on January 8, 2001 by AUC paramilitaries.  On the night of January 8, 2001, Martin Santiago Henao Lopez was at his home in San Luis, Tenerife, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries demanded to be let in.  Once inside, the paramilitaries seized Martin Santiago Henao Lopez and kidnapped him.  Martin Santiago Henao Lopez was never seen again.

1849. Nubia Celina Castro Cantillo is the wife and legal heir of Roberto Antonio Ravelo Santana, with whom she had a son.  Juan Manuel Ravelo Castro is the son and is also a legal heir of Roberto Antonio Ravelo Santana.  Maria Elena Bayena Zambrano is also the wife and is also a legal heir of Roberto Antonio Ravelo Santana.  Roberto Antonio Ravelo Santana was kidnapped by AUC paramilitaries on March 28, 2000; after kidnapping him, the paramilitaries

891

murdered Roberto Antonio Ravelo Santana.  Roberto Antonio Ravelo Santana had previously run for Municipal Councilman in Plato, Magdalena but lost.  On the morning of March 28, 2000, Roberto Antonio Ravelo Santana was on his farm in El Bajo, Plato, Magdalena when a group of AUC paramilitaries arrived, seized him, tied him up, and kidnapped him along with another farm worker.  A few hours later, the other farm worker was released and returned to the farm.  The next evening, on March 29, 2000, the AUC paramilitaries deposited Roberto Antonio Ravelo Santana's body at the entrance to his farm.  Roberto Antonio Ravelo Santana had been tortured, handcuffed, and shot multiple times in the head and thorax.

1850. Maribel Jimenez Ardila is the mother and legal heir of Santiago Ardila Jimenez. Santiago Ardila Jimenez was kidnapped and disappeared by FARC or ELN guerrillas on May 4, 1996. On the morning of May 4, 1996, Santiago Ardila Jimenez left his home in Barrio Raices, Aracataca, Magdalena, to look for work in the Sierra Nevada de Santa Marta mountains. Sometime later, Maribel Jimenez Ardila was informed that Santiago Ardila Jimenez had been murdered by guerrillas. Santiago Ardila Jimenez was never seen again.

1851. Inelda Rosa Guerra Gonzalez is the mother and legal heir of Manuel Santiago Guerra Gonzalez.  Manuel Santiago Guerra Gonzalez was murdered on

August 13, 2001 by AUC paramilitaries.  On the evening of August 13, 2001, Manuel Santiago Guerra Gonzalez was with a friend in the Ferias sector of Fundacion, Magdalena when they were intercepted by a group of AUC paramilitaries. The paramilitaries opened fire on Manuel Santiago Guerra Gonzalez and his friend.  Manuel Santiago Guerra Gonzalez's friend was injured but managed to escape by running away and jumping into a river.  The paramilitaries shots Manuel Santiago Guerra Gonzalez multiple times, killing him.

1852.  Gregorio Ocampo is the father and legal heir of Calixto Ocampo Theran.  Calixto Ocampo Theran was murdered by AUC paramilitaries on or about February 13, 2002.  One month prior to his murder, Calixto Ocampo Theran suffered an attempt on his life at the hands of AUC paramilitaries.  Late at night on or around February 13, 2002, Calixto Ocampo Theran was in a public dancehall in Fundacion, Magdalena when he was accosted by an AUC paramilitary.  The paramilitary shot Calixto Ocampo Theran twice, killing him.

1853.  Alcides Javier Barros Vargas is the father and legal heir of Nataly Liliana Barros Gomez.  Nataly Liliana Barros Gomez was kidnapped and disappeared on September 8, 2002 by AUC paramilitaries.  On the morning of September 8, 2002, Nataly Liliana Barros Gomez left her home in Palomino, Guajira and was intercepted by a group of AUC paramilitaries in a pickup truck.

893

The paramilitaries forced Nataly Liliana Barros Gomez into their truck and drove away, kidnapping her.  Nataly Liliana Barros Gomez was never seen again.

1854.  Edilsa Isabel Macias de Sanchez is the mother and legal heir of Rafael Morron Macias (also "Rafael Enrique," but hereinafter "Rafael").  Rafael Morron Macias was murdered on August 29, 2001 by AUC paramilitaries.  On the morning of August 29, 2001, Rafael Morron Macias was riding his bicycle in Barrio 16 de Julio, Fundacion, Magdalena when he was intercepted by an AUC paramilitary.  The paramilitary shot Rafael Morron Macias multiple times in the head and body, killing him.

1855.  Dilia Rosa Lobato Gutierrez is the mother and legal heir of Jaimen Rafael Santodomingo Lobato (also "Jaime," but hereinafter "Jaimen").  Jaimen Rafael Santodomingo Lobato was kidnapped and murdered on February 6, 1999 by AUC paramilitaries.  On the evening of February 6, 1999, a group of AUC paramilitaries went to Jaimen Rafael Santodomingo Lobato's home in Monterrubio, Sabanas de San Angel, Magdalena, threatened one of Jaimen Rafael Santodomingo Lobato's family members, and demanded to know Jaimen Rafael Santodomingo Lobato's whereabouts.  Using the information they received, the paramilitaries found Jaimen Rafael Santodomingo Lobato at a dance party in Monterrubio.  The paramilitaries kidnapped Jaimen Rafael Santodomingo Lobato

894

and took him to the edge of town.  There, the paramilitaries shot and killed Jaimen Rafael Santodomingo Lobato.

1856. Miriam Ester Rangel Murillo is the wife and legal heir of Ciro Rafael Ortiz Navarro, with whom she had six children. Ciro Rafael Ortiz Navarro, a banana grower, was kidnapped on June 22, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Ciro Rafael Ortiz Navarro.  On June 22, 1997, Ciro Rafael Ortiz Navarro left Barranquilla, Atlantico for his banana plantation in Guacamayal, Magdalena.  Along the way a group of AUC paramilitaries intercepted Ciro Rafael Ortiz Navarro and kidnapped him.  Ciro Rafael Ortiz Navarro's decomposing body was found on or about July 20, 1997.

1857. Gilberto Enrique Benavides Rodriguez is the brother and legal heir of Jorge Luis Rodriguez Pena, an occasional banana worker.  Jorge Luis Rodriguez Pena was murdered on May 22, 2003 by AUC paramilitaries.  On the afternoon of May 22, 2003, Jorge Luis Rodriguez Pena was in the patio of his home in Guamachito, Zona Bananera, Magdalena when a group of AUC paramilitaries arrived in a pickup truck.  The paramilitaries shot Jorge Luis Rodriguez Pena multiple times in the head and body, killing him.

1858. Felicitas Alcazar Ballestas is the mother and legal heir of Jose de Jesus Cueto Alcazar. Jose de Jesus Cueto Alcazar, a worker at Finca El Carmen, a

banana plantation in Guacamayal, Magdalena, was murdered on August 13, 1998 by AUC paramilitaries. On the morning of August 13, 1998, as Jose de Jesus Cueto Alcazar was getting ready to begin his shift at Finca El Carmen, two AUC paramilitaries arrived. The paramilitaries seized Jose de Jesus Cueto Alcazar, took him to a nearby area within the plantation, and shot and killed him.

1859. Dora Elisa Gallardo Rocha is the wife and legal heir of Alfredo Florez Rocha. Alfredo Florez Rocha was murdered on May 2, 1997 by AUC paramilitaries. On the morning of May 2, 1997, Alfredo Florez Rocha was at the Monteria farm in Guacamayal, Magdalena where he lived and worked when a group of AUC paramilitaries arrived. The paramilitaries told Alfredo Florez Rocha to lie face down on the ground and then shot him twice, killing him.

1860. Luz Celina Orellano Lopez is the wife and legal heir of Jolman Antonio Vargas Sanchez, with whom she had a family. Luz Celina Orellano Lopez is also the mother and legal heir of Alexander Vargas Orellano and of Jolman Segundo Vargas Orellano, two banana workers. Jolman Antonio Vargas Sanchez was a local leader of SINTRAINAGRO, the trade union that represented banana workers in Magdalena, including Chiquita workers. Jolman Antonio Vargas Sanchez and his two sons, Alexander Vargas Orellano and Jolman Segundo Vargas Orellano, were kidnapped and murdered on July 8, 1999 by AUC

paramilitaries.  In the early morning hours of July 8, 1999, a group of AUC

paramilitaries arrived at the home shared by Luz Celina Orellano Lopez, Jolman

Antonio Vargas Sanchez, Alexander Vargas Orellano, and Jolman Segundo Vargas

Orellano in Orihueca, Magdalena.  The paramilitaries forced their way into the

home, overpowered the family, and forced the family to lie face-down on the floor.

The paramilitaries stole valuables, appliances, and money from the house.  The

paramilitaries also beat Luz Celina Orellano Lopez.  The paramilitaries then forced

Jolman Antonio Vargas Sanchez, Alexander Vargas Orellano, and Jolman Segundo

Vargas Orellano into a waiting vehicle and drove away, kidnapping them.  Jolman

Antonio Vargas Sanchez, Alexander Vargas Orellano, and Jolman Segundo Vargas

Orellano were found dead with signs of torture a few hours later that same day near

the village of Santa Rosalia.  Jolman Antonio Vargas Sanchez, Alexander Vargas

Orellano, and Jolman Segundo Vargas Orellano had each been shot to death.

1861. Yaneth Sofia Castro Orozco is the wife and legal heir of Julio Manuel

Niebles Carbono, with whom she had four children.  Jose Gregorio Niebles

Carbono is the brother and legal heir of Quilonides Jose Niebles Carbono.  Julio

Manuel Niebles Carbono and Quilonides Jose Niebles Carbono, banana workers,

were kidnapped on February 13, 1997 by AUC paramilitaries; after kidnapping

them, the paramilitaries murdered Julio Manuel Niebles Carbono and Quilonides

Jose Niebles Carbono.  On the morning of February 13, 1997, Julio Manuel Niebles Carbono and Quilonides Jose Niebles Carbono were working on their family's farm when a group of AUC paramilitaries arrived.  The paramilitaries forced Julio Manuel Niebles Carbono and Quilonides Jose Niebles Carbono into a car and drove away, kidnapping them, and took them to the Monteria palm plantation in Guacamayal, Zona Bananera, Magdalena.  At the palm plantation, the paramilitaries murdered Julio Manuel Niebles Carbono and Quilonides Jose Niebles Carbono with machete blows and gunshots.  The bodies of Julio Manuel Niebles Carbono and Quilonides Jose Niebles Carbono were found on or about February 16, 1997.

1862.  Juan Segundo Madero Navarro is the father and legal heir of Daniel Celedon Madero Vargas, an adolescent banana worker.  Daniel Celedon Madero Vargas was murdered on or about August 28, 2002 by AUC paramilitaries.  Around midday on or about August 28, 2002, Daniel Celedon Madero Vargas was near the bridge over the Guacamayal River in Guacamayal, Zona Bananera, Magdalena when an AUC paramilitary arrived and shot him in the back of the head, killing him.  Daniel Celedon Madero Vargas' body was exhumed on October 13, 2006.

1863.  Gladis Maria de Avila Pacheco is the wife and legal heir of Cecilio

898

Cervantes Viloria, with whom she had a family.  Liliana Isabel Cervantes de Avila is a surviving victim and the daughter and also a legal heir of Cecilio Cervantes Viloria.  Liliana Isabel Cervantes de Avila was raped late on the night of May 23, 2001 by AUC paramilitaries. Cecilio Cervantes Viloria was kidnapped late on the night of May 23, 2001 or early on the morning of May 24, 2001; after kidnapping him, the paramilitaries murdered Cecilio Cervantes Viloria. Late on the night of May 23, 2001, a group of AUC paramilitaries forced their way into the home of Gladis Maria de Avila Pacheco, Cecilio Cervantes Viloria, and Liliana Isabel Cervantes de Avila in Candelaria, Orihueca, Zona Bananera, Magdalena and forced the occupants of the home outside onto the patio.  One of the paramilitaries then raped Liliana Isabel Cervantes de Avila, who was pregnant at the time, under threat of murdering her entire family, including her infant son.  The paramilitary made Liliana Isabel Cervantes de Avila undress completely and raped her in front of her family.  The paramilitaries left but then came back a short time later and kidnapped Cecilio Cervantes Viloria along with another community member.  The paramilitaries shot and killed Cecilio Cervantes Viloria. Cecilio Cervantes Viloria's body was found in the afternoon of May 25, 2001 at the Maria Eusebia banana plantation near Candelaria.

1864. Beatriz Elena Jimenez Zambrano is the wife and legal heir of Fredis Jesus Beltran Mendoza, with whom she had seven children.  Fredis Jesus Beltran Mendoza was kidnapped on October 1, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Fredis Jesus Beltran Mendoza.  Fredis Jesus Beltran Mendoza lived and worked on the Rio Negro banana plantation in Soplador, Guacamayal, Zona Bananera, Magdalena with Beatriz Elena Jimenez Zambrano and their children, as well as with the plantation guard.  At night on October 1, 2001, a group of AUC paramilitaries arrived at the home of Fredis Jesus Beltran Mendoza.  The paramilitaries shut Beatriz Elena Jimenez Zambrano, her children, and the plantation guard in a bedroom and dragged Fredis Jesus Beltran Mendoza out of the house.  The paramilitaries then beat Fredis Jesus Beltran Mendoza, forced him into a vehicle, and drove away, kidnapping him. The paramilitaries took Fredis Jesus Beltran Mendoza to a place nearby where they shot him three times in the head and face, killing him.  Fredis Jesus Beltran Mendoza's body was found on October 2, 2001.

1865. Miladis Maria Zarate Olmos is the wife and legal heir of Juan Antonio Montiel Jimenez. Guillermo Argote Jimenez and Sergio Enrique Montiel Jimenez are the brothers and are also the legal heirs of Juan Antonio Montiel Jimenez. Juan Antonio Montiel Jimenez, who worked at Finca Ceiba, a banana plantation, was

900

murdered on March 6, 2002 by AUC paramilitaries. On the morning of March 6, 2002, Juan Antonio Montiel Jimenez was on his way to his job at Finca Ceiba in the company of Miladis Maria Zarate Olmos. When Juan Antonio Montiel Jimenez and Miladis Maria Zarate Olmos reached the entrance to Finca Ceiba, they found the way blocked by a group of AUC paramilitaries with their weapons drawn, who were demanding to see workers' identity papers. Juan Antonio Montiel Jimenez took out his identity document and showed it to the paramilitaries. One of the paramilitaries screamed that the paramilitaries should kill Juan Antonio Montiel Jimenez because he was a member of SINTRAINAGRO, the trade union that represented banana workers in Magdalena, including Chiquita workers. Miladis Maria Zarate Olmos then argued that Juan Antonio Montiel Jimenez was not a member of the union, that he was only an occasional worker. The paramilitaries forced Juan Antonio Montiel Jimenez against a tree, and then shot him three times in the head, killing him.

1866. Olinda Gutierrez de Sanchez is the wife and legal heir of Dagoberto Monsalvo Sanchez, with whom she had a family.  Dagoberto Monsalvo Sanchez was kidnapped on May 23, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Dagoberto Monsalvo Sanchez. On May 23, 2001, AUC paramilitaries came to the home shared by Olinda Gutierrez de Sanchez and

Dagoberto Monsalvo Sanchez in Candelaria, Zona Bananera, Magdalena and knocked loudly on the door. When Olinda Gutierrez de Sanchez answered the door, the paramililitaries forced their way inside, searched the house, and found where Dagoberto Monsalvo Sanchez had hidden himself.  The paramilitaries dragged Dagoberto Monsalvo Sanchez outside, tied him up, and then demanded that Olinda Gutierrez de Sanchez cook them a meal.  Olinda Gutierrez de Sanchez cooked the meal and after eating, the paramilitaries stole food, household goods, gasoline, and money from the house.  The paramilitaries then kidnapped Dagoberto Monsalvo Sanchez.  The family found Dagoberto Monsalvo Sanchez's body two days later, on May 25, 2001, at the Maria Eusebia banana plantation in Orihueca, Zona Bananera.  Dagoberto Monsalvo Sanchez's hands and feet were tied, he had been tortured, his throat had been slit, and he had been shot.  After the murder of Dagoberto Monsalvo Sanchez, Olinda Gutierrez de Sanchez fled to Barranquilla, Atlantico out of fear.

1867. Dormelina Esther Tejeda Palmera is the mother and legal heir of America Yasmin Garcia Tejeda, a former worker at the La Joya banana plantation, which was affiliated with Chiquita.  America Yasmin Garcia Tejeda was murdered on November 9, 2002 by AUC paramilitaries.  On November 9, 2002, America Yasmin Garcia Tejeda was returning by bus to Sevilla, Zona Bananera,

902

Magdalena.  As the bus neared the 'Bomba' sector of Cienaga, Magdalena, AUC paramilitaries on a seat behind America Yasmin Garcia Tejeda called her name and then shot her twice in the head, killing her.

1868.  Myriam Esther Bolano de la Cruz is the wife and legal heir of Simon Bossa Echenique, with whom she had a daughter.  Simon Bossa Echenique was murdered on June 2, 1994 by paramilitaries.  On the morning of June 2, 1994, Simon Bossa Echenique was in La Agustina, Guacamayal, Zona Bananera, Magdalena when he was intercepted by a group of paramilitaries.  The paramilitaries accused Simon Bossa Echenique of being a guerrilla collaborator, seized him, and tied him up.  The paramilitaries took Simon Bossa Echenique a short distance away and shot him twice, killing him.

1869.  Elvia Maria Perez de Perez is the mother and legal heir of Yadira Perez Perez.  Yadira Perez Perez was murdered on March 21, 1994 by paramilitaries.  In the early morning hours of March 21, 1994, Yadira Perez Perez was in her home in Barrio Nuevo, Guacamayal, Magdalena when a group of paramilitaries arrived.  The paramilitaries demanded to know where Yadira Perez Perez's husband was.  The paramilitaries then shot Yadira Perez Perez in the heart, mortally wounding her.  Yadira Perez Perez ran to Elvia Maria Perez de Perez's house, where she died from her wounds.

1870. Cenilda Esther Cortes Herrera (also "Senilda," but hereinafter "Cenilda") is the wife and legal heir of Anit Aulot de la Hoz Vanegas (also "Anith," but hereinafter "Anit"), with whom she had four children. Adelaida Maria Fernandez Sanjuan is also the wife and is also a legal heir of Anit Aulot de la Hoz Vanegas. Adelaida Maria Fernandez Sanjuan is also the mother and legal heir of Manuel Esteban Gonzalez Fernandez. Anit Aulot de la Hoz Vanegas and Manuel Esteban Gonzalez Fernandez were tortured and murdered on March 17, 2005 by AUC paramilitaries. Late on the night of March 17, 2005, Anit Aulot de la Hoz Vanegas, Manuel Esteban Gonzalez Fernandez, and Anit Aulot de la Hoz Vanegas' stepdaughter and daughter were in their home in Barrio Las Palmas, Orihueca, Zona Bananera, Magdalena when a group of AUC paramilitaries arrived. The paramilitaries knocked on the door and demanded to know where the weapons were hidden, then broke down the door and forced their way into the house. They dragged Anit Aulot de la Hoz Vanegas and Manuel Esteban Gonzalez Fernandez out of the house and tied their hands and feet. While some paramilitaries guarded Anit Aulot de la Hoz Vanegas and Manuel Esteban Gonzalez Fernandez, other paramilitaries gang-raped and beat Adelaida Maria Fernandez Sanjuan's daughter. The paramilitaries then dragged Anit Aulot de la Hoz Vanegas and Manuel Esteban Gonzalez Fernandez to an adjacent lot where they tortured them and slit

904

their throats with machetes, killing them.

1871. Carmen Rosa Munive de Castillo is the mother and legal heir of Miguel Antonio Castillo Munive, of Jose Gregorio Castillo Munive, and of Fausto Yenes Castillo Munive (also "Fausto Yenys" or "Fausto Yanis," but hereinafter "Fausto Yenes"), occasional banana workers.  Miguel Antonio Castillo Munive, Jose Gregorio Castillo Munive, and Fausto Yenes Castillo Munive were kidnapped on September 20, 1998 by AUC paramilitaries; after kidnapping them, the paramilitaries murdered Miguel Antonio Castillo Munive, Jose Gregorio Castillo Munive, and Fausto Yenes Castillo Munive.  On the night of September 20, 1998, Miguel Antonio Castillo Munive, Jose Gregorio Castillo Munive, and Fausto Yenes Castillo Munive were asleep in their home in the Los Cocos sector of Sevilla, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries broke the door down and forced their way inside the house, and seized Miguel Antonio Castillo Munive, Jose Gregorio Castillo Munive, and Fausto Yenes Castillo Munive and another adult male who was present, beat them, and then forced them outside. Once outside the house, the paramilitaries released the fourth adult male and kidnapped Miguel Antonio Castillo Munive, Jose Gregorio Castillo Munive, and Fausto Yenes Castillo Munive.  The paramilitaries shot and killed Miguel Antonio Castillo Munive, Jose Gregorio Castillo Munive,

and Fausto Yenes Castillo Munive several hours later and left their bodies on the outskirts of Sevilla.

1872. Omaira Alicia Pena Duran is the sister and legal heir of Diomedes Pena Duran, an occassional banana worker.  Diomedes Pena Duran was kidnapped and murdered on September 8, 2001 by AUC paramilitaries.  On the morning of September 8, 2001, Diomedes Pena Duran was at his small farm in Guacamayal, Zona Bananera, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries kidnapped Diomedes Pena Duran, took him to the San Martin banana plantation in Guacamayal, and shot him twice in the head and thorax, killing him.

1873. Lida Isabel Morales Pina is the wife and legal heir of Amaurys Enrique Lambis Mejia, with whom she had three children. Amaurys Enrique Lambis Mejia was an employee of the banana plantation Finca La Ceiba, and local Vice President of SINTRAINAGRO, the trade union representing banana workers, including those who worked for Chiquita. Amaurys Enrique Lambis Mejia was murdered on August 27, 1997, by AUC paramilitaries.  On August 27, 1997, Amaurys Enrique Lambis Mejia was at a meeting in the patio of a house in Orihueca, Zona Bananera, Magdalena with other banana workers when two AUC paramilitaries approached and called for him by name. When Amaurys Enrique

Lambis Mejia came out of the house, the two paramilitaries shot him multiple times, killing him.

1874. Graciela Maria Navas Pina is the wife and legal heir of Jose Antonio Rodriguez Escativa, an employee of the banana plantation Finca La Ceiba. Jose Antonio Rodriguez Escativa was murdered on June 21, 2002 by AUC paramilitaries.  On June 21, 2002, Jose Antonio Rodriguez Escativa was returning to his home in La Gran Via, Zona Bananera, Magdalena on a public bus from Cienaga, Magdalena when two AUC paramilitaries on a motorcycle intercepted the bus in rural Cienaga and ordered the driver to stop. The two paramilitaries then boarded the bus and asked for Jose Antonio Rodriguez Escativa by name. When Jose Antonio Rodriguez Escativa identified himself, the two paramilitaries forced him off the bus and told the bus driver to leave. Jose Antonio Rodriguez Escativa was found shot to death shortly thereafter.

1875. Isabel Segunda Gallardo Rocha is the wife and legal heir of Nolberto Maria Cueto Cervantes (also "Nolberto Cueto Cervantes," but hereinafter "Nolberto Maria Cueto Cervantes"), with whom she had a son.  Isabel Segunda Gallardo Rocha is also the mother and legal heir of Jaider Enrique Cueto Gallardo. Nolberto Maria Cueto Cervantes and Jaider Enrique Cueto Gallardo, small-scale banana farmers, were murdered on October 23, 1997 by AUC paramilitaries.  On

907

October 23, 1997, Nolberto Maria Cueto Cervantes and Jaider Enrique Cueto Gallardo left their home in Barrio Centro, Guacamayal, Zona Bananera, Magdalena on a motorcycle to go to their family banana farm near Orihueca, Zona Bananera. Along the way, Nolberto Maria Cueto Cervantes and Jaider Enrique Cueto Gallardo were intercepted on the road to Palomar, Orihueca by a group of AUC paramilitaries. The paramilitaries shot and killed Nolberto Cueto Cervantes and Jaider Enrique Cueto Gallardo.

1876. Manuel de Jesus Tapia Caraballo is the father and legal heir of Yon Jairo Tapias Beltran. Hercilia Rosa Tapias Beltran is the sister and is also a legal heir of Yon Jairo Tapias Beltran. Yon Jairo Tapias Beltran, an occasional banana worker, was murdered on October 12, 2003 by AUC paramilitaries. On October 12, 2003, an unidentified man showed up at Yon Jairo Tapias Beltran's home and asked Yon Jairo Tapias Beltran what his name was. When Yon Jairo Tapias Beltran answered, the unidentified man asked him to accompany him, so that he could give him some news. Yon Jairo Tapias Beltran got onto the back of the unidentified man's motorcycle and accompanied him through the town of Orihueca, Zona Bananera, Magdalena, where he was last seen alive. The following day Yon Jairo Tapias Beltran was found shot to death at Finca La Floresta, a banana plantation in Orihueca.

908

1877. Ana de Jesus Flores Carrillo is the wife and legal heir of Manuel Pajaro de Arco, with whom she had five children. Manuel Pajaro de Arco was murdered on February 28, 2002 by AUC paramilitaries.  On the morning of February 28, 2002 Manuel Pajaro de Arco was at the palm plantation in Orihueca, Zona Bananera, Magdalena where he worked as a security guard when a group of AUC paramilitaries arrived in a vehicle.  The paramilitaries asked for Manuel Pajaro de Arco by name.  When Manuel Pajaro de Arco identified himself, the paramilitaries shot Manuel Pajaro de Arco twice in the head and face, killing him.

1878. Maria Obeso Escorcia is the mother and legal heir of Willi Yesi Escorcia Oveso (also "Obeso," but hereinafter "Oveso"), an occasional banana worker.  Willi Yesi Escorcia Oveso was murdered on September 30, 1997 by AUC paramilitaries. On the evening of September 30, 1997, Willi Yesi Escorcia Oveso and Maria Obeso Escorcia were in their home in Guacamayal, Zona Bananera, Magdalena when two AUC paramilitaries arrived.  One of the paramilitaries seized Willi Yesi Escorcia Oveso and forced him outside the house.  There, the paramilitaries shot Willi Yesi Escorcia Oveso several times, killing him.

1879. Elena Torres Barrios is the mother and legal heir of William Rafael Villamizar Torres, an occasional banana worker.  William Rafael Villamizar Torres was murdered on February 18, 2001 by AUC paramilitaries.  On the

909

afternoon of February 18, 2001, William Rafael Villamizar Torres left his home in Varela, Zona Bananera, Magdalena and traveled to Orihueca, Zona Bananera. William Rafael Villamizar Torres was later found dead in Barrio de la Palma, Orihueca.  William Rafael Villamizar Torres had been shot several times.

1880. Juana Margarita Fuentes Silvera is the wife and legal heir of Angel Eduardo Campiz Rodriguez (also "Campis," but hereinafter "Campiz"), with whom she had two daughters.  Angel Eduardo Campiz Rodriguez, an occasional banana worker, was murdered on September 25, 2003 by AUC paramilitaries.  On the afternoon of September 25, 2003, Angel Eduardo Campiz Rodriguez went to a meeting to which he had been summoned by the local AUC paramilitaries.  The paramilitaries seized Angel Eduardo Campiz Rodriguez at the meeting and shot him twice in the head, killing him.  Angel Eduardo Campiz Rodriguez's body was found later that same evening at the slaughterhouse in Guacamayal, Zona Bananera, Magdalena.

1881. Natali Tatiana Arcon Beltran (also "Nataly Tatiana," but hereinafter "Natali Tatiana") is the wife and legal heir of Manuel Cardenas Sanchez, with whom she had a family. Manuel Cardenas Sanchez, who worked as a security guard at the Finca El Eden banana plantation, was murdered on January 2, 2003 by AUC paramilitaries. On the morning of January 2, 2003, Manuel Cardenas

Sanchez was at work at Finca El Eden, in Orihueca, Zona Bananera, Magdalena, when he was confronted by a group of AUC paramilitaries. The paramilitaries overpowered Manuel Cardenas Sanchez, and murdered him with machetes, causing injuries to Manuel Cardenas Sanchez's neck, face, arms, and hands. Manuel Cardenas Sanchez's body was discovered on January 2, 2003.

1882. Fanni Edith Mendoza Ariza is the wife and legal heir of Adalberto Sosa Mendoza, with whom she had three children. Adalberto Sosa Mendoza, a worker on the La Miladi banana plantation in Rio Frio, Zona Bananera, Magdalena was murdered on March 21, 2001 by AUC paramilitaries.  On the evening of March 21, 2001, Adalberto Sosa Mendoza was running errands in Rio Frio when he was intercepted by AUC paramilitaries.  The paramilitaries shot and killed Adalberto Sosa Mendoza.

1883. Noehemy Ayola Castaneda is the wife and legal heir of Hugo Alberto Cardenas Medina, with whom she had a family. Luz Daris Cardenas Ayola is the daughter and is also a legal heir of Hugo Alberto Cardenas Medina. Hugo Alberto Cardenas Medina, an employee of the banana plantation Finca La Virginia, was murdered on September 22, 2001 by AUC paramilitaries. On the afternoon of September 22, 2001, Hugo Alberto Cardenas Medina was at work at Finca La Virginia in Orihueca, Zona Bananera, Magdalena when two AUC paramilitaries

911

arrived by motorcycle and asked for another employee at the plantation. In an apparent effort to protect the other employee, Hugo Alberto Cardenas Medina stepped forward and said he was the other employee. The two paramilitaries immediately shot Hugo Alberto Cardenas Medina three times in the head and face, killing him.

1884. Gregorio Ambrosio Marquez Ibanez is the father and legal heir of Ricardo Antonio Marquez Llerena, a banana worker.  Ricardo Antonio Marquez Llerena was kidnapped and disappeared by AUC paramilitaries on March 14, 2000.  Late on the night of March 13, 2000, or early on the morning of March 14, 2000, a group of AUC paramilitaries entered Iberia in Orihueca, Zona Bananera, Magdalena, broke into houses, stole people's household equipment and furniture, and kidnapped several community members, including Ricardo Antonio Marquez Llerena.  Several of the kidnapped community members were later found dead. Ricardo Antonio Marquez Llerena was never seen again.

1885. Osiris Elena Alvarez Rodriguez is the wife and legal heir of Alvaro Rivera Bernal, with whom she had three children.  Alvaro Rivera Bernal, an occasional banana worker, was kidnapped by AUC paramilitaries on March 13, 2000; after kidnapping him, the paramilitaries murdered Alvaro Rivera Bernal. Late on the night of March 13, 2000, Alvaro Rivera Bernal was in his home in Las

Palmas, Orihueca, Zona Bananera, Magdalena when a group of AUC paramilitaries arrived in several vehicles. The paramilitaries forced their way into Alvaro Rivera Bernal's home and kidnapped him. Alvaro Rivera Bernal's body was found on the morning of March 14, 2000 in the 'Vuelta del Cura' sector near Guamachito, Zona Bananera. Alvaro Rivera Bernal had been shot to death.

1886. Madelines Mercedes Alvarez Rodriguez is the wife and legal heir of Federico Manuel Manjarres Navarro, an occasional banana worker, with whom she had a son. Federico Manjarres Navaro was murdered on April 25, 1998 by AUC paramilitaries. On the evening of April 25, 1998, Federico Manuel Manjarres Navarro was at his sister's house in Iberia, Orihueca, Magdalena playing dominoes with friends when a group of AUC paramilitaries arrived. The paramilitaries seized Federico Manuel Manjarres Navarro and two of his friends, tied them up, and led them to a place a short distance from the house. There, the paramilitaries shot and killed Federico Manuel Manjarres Navarro. The paramilitaries also shot and killed the other two men.

1887. Astrid Berdugo Caicedo is the wife and legal heir of Jonis Enrique Martinez Madera (also "Jhonis," "Jhonys," or "Jovis," but hereinafter "Jonis") an occasional banana worker, with whom she had three children. Jonis Enrique Martinez Madera was kidnapped and disappeared on May 5, 1999 by AUC

paramilitaries.  In the early morning hours of May 5, 1999, Astrid Berdugo

Caicedo, Jonis Enrique Martinez Madera, and their family were asleep in their

house in Barrio Montecristo, Guacamayal, Magdalena when a group of AUC

paramilitaries arrived and forced their way inside.  The paramilitaries beat the

children and searched the house, claiming to be looking for weapons.  The

paramilitaries beat Jonis Enrique Martinez Madera and then kidnapped him.  The

paramilitaries kidnapped other victims from Guacamayal that night; the bodies of

the other four were discovered shortly thereafter.  Jonis Enrique Martinez Madera

was never seen again.

1888. Oneida Munoz Bandera is the wife and legal heir of Jhonnis Alfonso

Ramos Gomez (also "Yoni Enrique," "Yony Alfonso" and "Yoni Alfonso," but

hereinafter "Jhonnis Alfonso"). Ana Cecilia Gomez Campo is the mother and is

also a legal heir of Yoni Enrique Ramos Gomez. Yoni Enrique Ramos Gomez was

kidnapped and murdered on October 15, 2003 by AUC paramilitaries. Around

midday on October 15, 2003, Yoni Enrique Ramos Gomez was at work at Finca

Piloto, a banana plantation in Guacamayal, Zona Bananera, Magdalena, when a

group of AUC paramilitaries entered the plantation and asked for him by name.

The paramilitaries seized Yoni Enrique Ramos Gomez and forced him to

accompany them to a local paramilitary base, kidnapping him. The paramilitaries

then shot and killed Yoni Enrique Ramos Gomez and left his body in the hamlet of Paulina.

1889. Doris Beatriz Pertuz Pedroza is the mother and legal heir of Edgardo Jose Arevalo Pertuz, who worked at the Finca La Fe banana plantation. Edgardo Jose Arevalo Pertuz was murdered on June 28, 2004 by AUC paramilitaries. Edgardo Jose Arevalo Pertuz had previously suffered an attempt on his life carried out by AUC paramilitaries. On June 28, 2004, Edgardo Jose Arevalo Pertuz was in Cienaga, Magdalena when he was intercepted by two AUC paramilitaries. The paramilitaries shot Edgardo Jose Arevalo Pertuz at least once in the head, killing him.

1890. Gregoria Emilia Ayala Donado is the mother and legal heir of Jairo David Gallardo Ayala and of Jhony Ventura Gallardo Ayala, workers on the La Palma I banana plantation. Jairo David Gallardo Ayala and Jhony Ventura Gallardo Ayala were kidnapped by AUC paramilitaries on or about February 23, 1998; after kidnapping them, the paramilitaries murdered Jairo David Gallardo Ayala and Jhony Ventura Gallardo Ayala. On or about February 23, 1998, Jairo David Gallardo Ayala and Jhony Ventura Gallardo Ayala left their home in Barrio San Juan, Guacamayal, Magdalena to go to work on the La Palma plantation. On their way, Jairo David Gallardo Ayala and Jhony Ventura Gallardo Ayala were

915

intercepted by AUC paramilitaries who kidnapped them.  On February 25, 1998, the bodies of Jairo David Gallardo Ayala and Jhony Ventura Gallardo Ayala were found elsewhere in Guacamayal.  Jairo David Gallardo Ayala and Jhony Ventura Gallardo Ayala had been tortured and beaten, a car had run over Jhony Ventura Gallardo Ayala's body, and both men had been shot to death.

1891.  Celinda Isabel Padilla Amador is the mother and legal heir of Nefer de Jesus Cera Padilla, an occasional banana worker.  Nefer de Jesus Cera Padilla was murdered on March 16, 2003 by AUC paramilitaries.  On the evening of March 16, 2003, Nefer de Jesus Cera Padilla was in the central plaza in Guacamayal, Zona Bananera, Magdalena when he was intercepted by two AUC paramilitaries in a pickup truck.  One of the paramilitaries got out of the truck and shot Nefer de Jesus Cera Padilla three times, killing him.

1892.  Dilia Rosa Martinez Soto is the mother and legal heir of Luis Manuel Cantillo Martinez, an occasional banana worker.  Luis Manuel Cantillo Martinez was kidnapped and disappeared on or about March 22, 2003 by AUC paramilitaries.  On March 22, 2003, Luis Manuel Cantillo Martinez left Orihueca, Zona Bananera, Magdalena to go work at the California coffee farm in Palmor, Cienaga, Magdalena.  Sometime after Luis Manuel Cantillo Martinez arrived at the

916

farm, he disappeared and did not return home. Luis Manuel Cantillo Martinez was never seen again.

1893. Teresa de Jesus Anaya Chiquillo is the mother and legal heir of Edgar Alfaro Anaya. Edgar Alfaro Anaya was murdered on June 15, 2006 by AUC paramilitaries. On the afternoon of June 15, 2006, Edgar Alfaro Anaya was getting on his motorcycle in the center of Plato, Magdalena when he was intercepted by two AUC paramilitaries on another motorcycle. The paramilitaries shot and killed Edgar Alfaro Anaya.

1894. Lurline del Carmen Ballestas Lopez is the mother and legal heir of Nalfran Yair Passo Ballestas (also "Nalfran Jair," but hereinafter "Nalfran Yair"). Nalfran Yair Passo Ballestas was kidnapped and murdered on January 25, 2006 by AUC paramilitaries. On the night of January 25, 2006, AUC paramilitaries in a pickup truck arrived at the gas station on the outskirts of Plato, Magdalena on the road to Bosconia where Nalfran Yair Passo Ballestas worked. The paramilitaries forced Nalfran Yair Passo Ballestas into their truck, and drove away, kidnapping him. The paramilitaries took Nalfran Yair Passo Ballestas to the local garbage dump and shot him several times, killing him.

1895. Anatilde Alarcon Diaz is the wife and legal heir of Victor Manuel Leyva Medina (also "Leiva," but hereinafter "Leyva"), with whom she had a

917

daughter.  Victor Manuel Leyva Medina was murdered on October 12, 2003 by AUC paramilitaries.  On the evening of October 12, 2003, Victor Manuel Leyva Medina was sitting in the doorway of his house in Barrio El Silencio, Plato, Magdalena when AUC paramilitaries approached and shot him in the head, killing him.

1896.  Maria Concepcion Molina de Angel is the mother and legal heir of Otoniel Enrique Nunez Molina.  Otoniel Enrique Nunez Molina was murdered on September 14, 2002 by AUC paramilitaries.  On the night of September 14, 2002, Otoniel Enrique Nunez Molina was at a party in Barrio Luis Carlos Galan, Plato, Magdalena when two AUC paramilitaries arrived on a motorcycle and began shooting at him.  Otoniel Enrique Nunez Molina ran and hid behind an outhouse, but the paramilitaries found him. The paramilitaries shot Otoniel Enrique Nunez Molina multiple times in the head and body, killing him.

1897.  Edelmira Judith Salcedo Torres is the wife and legal heir of Augusto Efren Romero Serrano, with whom she had three children, and the mother of A.E.R.S., who was born in 1995. A.E.R.S. is the son and is also a legal heir of Augusto Efren Romero Serrano. Augusto Efren Romero Serrano was murdered on May 9, 2000 by AUC paramilitaries.  On the evening of May 9, 2000, Augusto Efren Romero Serrano was about to let a passenger out of his taxi at El Bajo, Plato,

Magdalena when several AUC paramilitaries in a pickup truck intercepted him. The paramilitaries ordered the passenger to leave and asked the driver if he was Augusto Efren Romero Serrano. When Augusto Efren Romero Serrano responded affirmatively and tried to get out of his vehicle, the paramilitaries shot and killed him.

1898. Aurelio Rafael Jaraba Elaguila is the father and legal heir of Aurelio Rafael Jaraba Oviedo. Aurelio Rafael Jaraba Oviedo was kidnapped on or about August 21, 2004 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Aurelio Rafael Jaraba Oviedo. On or about August 21, 2004, Aurelio Rafael Jaraba Oviedo was visiting a cousin when a large group of AUC paramilitaries arrived and kidnapped both men. On or about September 1, 2004, the bodies of Aurelio Rafael Jaraba Oviedo and his cousin were discovered in the Pozo Apure sector of Plato, Magdlanea. Aurelio Rafael Jaraba Oviedo had been shot in the head.

1899. Olaides Margoth Casas Ramos is the wife and legal heir of Marcos de Jesus Brochero Chavez and the mother of K.M.B.C., who was born in 2001. K.M.B.C. is the son and is also a legal heir of Marcos de Jesus Brochero Chavez. Marcos de Jesus Brochero Chavez was murdered on May 29, 2001, by AUC paramilitaries. Around midday on May 29, 2001, Marcos de Jesus Brochero

Chavez and his wife were working in the store they owned in Barrio Florida, Plato, Magdalena when two AUC paramilitaries came into the store and demanded that Olaides Margoth Casas Ramos give them some cigarettes. The paramilitaries then shot Marcos de Jesus Brochero Chavez twice in the head, killing him.

1900. Gladys Judith Fonseca Medina (also "Gladis," but hereinafter "Gladys") is the mother and legal heir of Carlos Alberto Romero Fonseca. Carlos Alberto Romero Fonseca was kidnapped and disappeared on January 20, 2003 by AUC paramilitaries. On the morning of January 20, 2003, Carlos Alberto Romero Fonseca left his house in Barrio Santo Domingo, Plato, Magdalena to meet some friends. Along the way, Carlos Alberto Romero Fonseca was intercepted by AUC paramilitaries, who kidnapped him. Carlos Alberto Romero Fonseca was never seen again.

1901. Yolima Maria Marquez Maestre is the wife and legal heir of Jose Enrique Osorio Zapata and the mother of Y.Y.O.M., who was born in 1995, and of M.E.O.M., who was born in 1997. Y.Y.O.M. and M.E.O.M. are the daughters and are also legal heirs of Jose Enrique Osorio Zapata. Jose Enrique Osorio Zapata was murdered on or about February 11, 2003 by AUC paramilitaries. In the evening on or about February 11, 2003, Jose Enrique Osorio Zapata left his house in Barrio San Rafael, Plato, Magdalena with his youngest daughter. An AUC paramilitary

intercepted Jose Enrique Osorio Zapata in Barrio El Silencio, Plato and shot him multiple times in the body and head, killing him.

1902. Marilsa Esther Meza Benitez is the sister and legal heir of Gabriel Enrique Meza Benitez.  Gabriel Enrique Meza Benitez was kidnapped and disappeared on or about January 7, 2005, by AUC paramilitaries.  On the morning of January 7, 2005, Gabriel Enrique Meza Benitez left Plato, Magdalena to visit a friend in El Dificil, Magdalena.  Along the way, Gabriel Enrique Meza Benitez was intercepted by AUC paramilitaries between Apure and El Bajo in Plato, Magdalena and forced out of the vehicle along with his friend.  Gabriel Enrique Meza Benitez was never seen again.

1903. Nayibis Zenith Meza Mendoza is the wife and legal heir of Federico Antonio Gonzalez Vega and the mother of A.P.G.M., who was born in 1996, and of C.R.G.M., who was born in 1995. A.P.G.M. and C.R.G.M. are the daughters and are also legal heirs of Federico Antonio Gonzalez Vega. Federico Antonio Gonzalez Vega was kidnapped on February 2, 2001 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Federico Antonio Gonzalez Vega. On the afternoon of February 2, 2001, Federico Antonio Gonzalez Vega was visiting the farm of a well-known cattle rancher in the Plato, Magdalena region when a group of AUC paramilitaries arrived at the farm and identified themselves

as AUC paramilitaries.  The paramilitaries kidnapped Federico Antonio Gonzalez Vega.  The next day, on February 3, 2001, Federico Antonio Gonzalez Vega's body was discovered in El Bajo, located on the Plato-El Dificil road.  Federico Antonio Gonzalez Vega had been shot to death.

1904. Ledys Marina Guerrero Zabaleta (also "Ledis," but hereinafter "Ledys") is the wife and legal heir of Asdrubal de Jesus Angulo Beltran, and the mother of A.L.A.G., who was born in 1997; of Katerine Juliet Angulo Guerrero, an adult born in 1994; and of J.E.A.G., who was born in 1996. A.L.A.G., Katerine Juliet Angulo Guerrero, and J.E.A.G. are the daughters and are also legal heirs of Asdrubal de Jesus Angulo Beltran. Asdrubal de Jesus Angulo Beltran was murdered on December 28, 2003 by AUC paramilitaries.  On the night of December 28, 2003, a group of AUC paramilitaries entered the house on the El Esfuerzo farm in Tambora, Nueva Granada, Magdalena where Ledys Marina Guerrero Zabaleta and Asdrubal de Jesus Angulo Beltran were sleeping.  The paramilitaries shot Asdrubal de Jesus Angulo Beltran in the head, killing him.

1905. Margarita de Angel Guerrero is the aunt and legal heir of Gilma Rebeca Hernandez de Angel.  Gilma Hernandez de Angel suffered from mental illness and sometimes wandered away from home.  Gilma Hernandez de Angel was murdered on or about February 17, 2002 by AUC paramilitaries.  On the night

922

of February 17, 2002, Gilma Hernandez de Angel left her house in Barrio Florida, Plato, Magdalena.  Gilma Hernandez de Angel's body was discovered in El Progreso, Plato early the following morning, on February 18, 2002.  Gilma Hernandez de Angel had been shot in the head multiple times.

1906. Beronica Patricia Beltran Meza (also "Veronica," but hereinafter "Beronica") is the wife and legal heir of Felix Antonio Buelvas Beltran, with whom she had two children.  Kendris Yulieth Buelvas Beltran, born in 1993, is the daughter and also the legal heir of Felix Antonio Buelvas Beltran.  Felix Antonio Buelvas Beltran was murdered on January 14, 2006 by AUC paramilitaries.  On the night of January 14, 2006, Felix Antonio Buelvas Beltran was working at a gas station near his home in Barrio San Nicolas, Plato, Magdalena when AUC paramilitaries arrived. The paramilitaries shot and killed Felix Antonio Buelvas Beltran.

1907. Maria Concepcion Campo Bolano is the wife and legal heir of Julio Cesar Guzman Hernandez, with whom she had a daughter.  Julio Cesar Guzman Hernandez was kidnapped and disappeared on August 24, 2004, by AUC paramilitaries.  On August 24, 2004, Julio Cesar Guzman Hernandez was on his way to his home in Barrio 8 de Diciembre, Plato, Magdalena, returning from the La Pintura Farm where he worked, when he was intercepted by a group of AUC

paramilitaries.  The paramilitaries kidnapped Julio Cesar Guzman Hernandez.  The following day, on August 25, 2004, two stepsons of Julio Cesar Guzman Hernandez went to look for him at the La Pintura Farm.  When the two stepsons entered the farm, AUC paramilitaries told them that if they continued to look for Julio Cesar Guzman Hernandez, the paramilitaries would kill them.  Julio Cesar Guzman Hernandez was never seen again.

1908. Maria del Carmen Monterrosa Olivera is the wife and legal heir of Milton Noraldo Romero Avila (also "de Avila," but hereinafter "Avila") and the mother of Y.Y.R.M., who was born in 1995. Y.Y.R.M. is the son and is also a legal heir of Milton Noraldo Romero Avila. Joenny Yisel Romero Monterrosa is the daughter and is also a legal heir of Milton Noraldo Romero de Avila.  Milton Noraldo Romero de Avila was murdered on January 3, 2004, by AUC paramilitaries.  On the night of January 3, 2004, Milton Noraldo Romero de Avila was tending the small store he ran out of his home in Barrio 11 de Noviembre, Plato, Magdalena when two AUC paramilitaries approached and asked for sodas. The paramilitaries then shot Milton Noraldo Romero Avila multiple times, killing him.

1909. Josefa Isabel Pacheco de Padilla is the aunt and legal heir of Ubaldo Manuel Mosquera Rojano.  Ubaldo Manuel Mosquera Rojano was murdered on or

924

about March 6, 2007 by AUC paramilitaries.  On the morning of March 5, 2007, Ubaldo Manuel Mosquera Rojano left his home in Barrio San Jose, Plato, Magdalena with his wheelbarrow to collect recyclables.  Ubaldo Manuel Mosquera Rojano was intercepted by an AUC paramilitary who shot and killed him.  The following morning, on March 6, 2007, Ubaldo Manuel Mosquera Rojano's body was found along the highway between Plato and El Dificil.

1910. Joaquin Pablo Ortega Torres is the father and legal heir of Ruben Dario Ortega Perez.  Ruben Dario Ortega Perez was kidnapped and disappeared on December 29, 2003 by AUC paramilitaries.  On the evening of December 29, 2003, Ruben Dario Ortega Perez was returning to his home in Barrio San Nicolas, Plato, Magdalena when he was intercepted by a group of AUC paramilitaries. The paramilitaries forced Ruben Dario Ortega Perez into their vehicle and kidnapped him.  The following day, Joaquin Pablo Ortega Torres went to see the area AUC paramilitary leader, alias "Cachaco," to ask for information about the whereabouts of Ruben Dario Ortega Perez.  "Cachaco" told Joaquin Pablo Ortega Torres that if he continued looking for Ruben Dario Ortega Perez, Joaquin Pablo Ortega Torres or another member of his family would be killed.  Ruben Dario Ortega Perez was never seen again.

1911. Johana del Carmen Torrenegra Soto is the wife and legal heir of Jaime

925

Alfonso Guerrero Gamba, and the mother of D.M.G.T., who was born in 2001, and of M.G.T., who was born in 2000. D.M.G.T. and M.G.T. are the children and also are legal heirs of Jaime Alfonso Guerrero Gamba. Jaime Alfonso Guerrero Gamba was murdered on June 16, 2002 by AUC paramilitaries. Jaime Alfonso Guerrero Gamba and Johana del Carmen Torrenegra Soto ran a store in Barrio 7 de Agosto, Plato, Magdalena. On the night of June 16, 2002, an AUC paramilitary went to the store and shot Jaime Alfonso Guerrero Gamba in the chest, killing him.

1912. Erika Patricia Bernal Saumeth is the sister and legal heir of Carlos Arturo Bernal Saumeth. Carlos Arturo Bernal Saumeth was murdered on January 13, 2003 by AUC paramilitaries. In the early morning hours of January 13, 2003, Carlos Arturo Bernal Saumeth was on his way home from a dance club in Granada, Magdalena when he was intercepted by a group of AUC paramilitaries. The paramilitaries tied Carlos Arturo Bernal Saumeth up, tortured, and beat him. Then one of the paramilitaries shot Carlos Arturo Bernal Saumeth multiple times in the head and arm, killing him.

1913. Gladis Maria Henao Arrieta is the mother and legal heir of Rodolfo Antonio Arias Henao. Rodolfo Antonio Arias Henao was kidnapped and murdered on or about February 22, 2002 by AUC paramilitaries. In the evening on or about February 22, 2002, Rodolfo Antonio Arias Henao was cleaning his vehicle in front

926

of his house in El Carmen, Plato, Magdalena when an acquaintance of his arrived and asked Rodolfo Antonio Arias Henao to drive him to pick up some money.  It was later discovered that this acquaintance was an AUC paramilitary who had turned Rodolfo Antonio Arias Henao over to the local AUC paramilitary leaders. On the night of the following day, on or about February 23, 2002, Rodolfo Antonio Arias Henao's body was discovered on the Los Tumbos Farm near the highway that connects Plato and Bosconia, near Nueva Granada, Magdalena.  Rodolfo Antonio Arias Henao had been shot multiple times.

1914. Luz Enith Sierra Florez, a teacher, is a surviving victim, and is also the daughter and legal heir of Pedro Rafael Sierra Perez.  Pedro Rafael Sierra Perez was kidnapped on April 15, 2005 and murdered on April 21, 2005 by AUC paramilitaries.  Luz Enith Sierra Florez was kidnapped on April 15, 2005 by AUC paramilitaries and kidnapped a second time on or about May 25, 2005 by AUC paramilitaries; after kidnapping her, the paramilitaries tortured Luz Enith Sierra Florez. Early on the morning of April 15, 2005, a large group of AUC paramilitaries arrived at the La Cruz Farm in El Bajo, Plato, Magdalena belonging to Pedro Rafael Sierra Perez, and identified themselves as members of the Colombian Army.  The paramilitaries demanded that Pedro Rafael Sierra Perez give them livestock, which he refused to do.  After a few hours, the men

927

acknowledged that they were, in fact, AUC paramilitaries.  The paramilitaries tied

up and beat Pedro Rafael Sierra Perez and also tied up the other family members.

The paramilitaries loaded the farm animals onto their trucks, killing those animals

they could not take.  That night, the paramilitaries kidnapped Pedro Rafael Sierra

Perez in one of the trucks.  Some hours later that same night, the paramilitaries

returned and forced Luz Enith Sierra Florez into a pickup truck, and drove away,

kidnapping her, but then released her the following day, telling her not to notify the

authorities.  Luz Enith Sierra Florez immediately notified the police and the

Colombian Attorney General's Office of what had happened.  The police did

nothing.  The Attorney General's Office began working on the case but had no

positive result.  On the morning of April 21, 2005, the AUC paramilitaries went to

the farm again and took Luz Enith Sierra Florez to Apure, where her father was

being held.  When Luz Enith Sierra Florez arrived, she ran to Pedro Rafael Sierra

Perez, who was tied up, and began to untie him.  An AUC paramilitary pulled Luz

Enith Sierra Florez away and then shot Pedro Rafael Sierra Perez in the head,

killing him.  During the month following the murder, the AUC paramilitaries

continued to harass Luz Enith Sierra Florez.  On or about May 25, 2005, an AUC

paramilitary member came to Luz Enith Sierra Florez' house and beat her. When

Luz Enith Sierra Florez resisted the beating, the paramilitary handcuffed and

928

kidnapped her.  The AUC paramilitaries held Luz Enith Sierra Florez in captivity for approximately five days, during which time she was tortured.  Luz Enith Sierra Florez was released by the AUC paramilitaries on or about May 30, 2005.

1915. Lorenza Maria Lopez Teran is the mother and legal heir of Cayetano Rafael Castro Lopez.  Cayetano Rafael Castro Lopez was murdered on March 26, 2000 by AUC paramilitaries.  On the night of March 26, 2000, Cayetano Rafael Castro Lopez was in a public establishment in Plato, Magdalena when AUC paramilitaries approached him and asked him if he was Cayetano Rafael Castro Lopez.  When Cayetano Rafael Castro Lopez responded affirmatively, the paramilitaries shot him multiple times in the head and torso, killing him.

1916. Jose Agustin Garcia Pena is the uncle and legal heir of Jose Agustin Garcia Anillo.  Jose Agustin Garcia Anillo was murdered on August 31, 1997, by AUC paramilitaries.  In the early morning hours of August 31, 1997, Jose Agustin Garcia Anillo was walking to his home in Barrio 7 de Agosto, Plato, Magdalena when two AUC paramilitaries on a motorcycle intercepted him in Barrio Florida, Plato and shot him once in the head, killing him.

1917. Badis Maria Montes Lora is the wife and legal heir of Jose de los Angeles Castro Carval, with whom she had a family.  Leidis Isabel Castro Montes is the daughter and is also a legal heir of Jose de los Angeles Castro Carval.  Jose

929

de los Angeles Castro Carval was kidnapped and murdered on October 25, 2006 by AUC paramilitaries.  On the afternoon of October 25, 2006, Jose de los Angeles Castro Carval was at his home on the Paima Zoriano Farm in Chimilo, Tenerife, Magdalena when a group of AUC paramilitaries arrived on foot and asked to whom the farm belonged.  When Jose de los Angeles Castro Carval responded that the farm belonged to him, the paramilitaries seized Jose de los Angeles Castro Carval's cell phone and ordered Jose de los Angeles Castro Carval to come with them to meet with AUC leaders.  The AUC paramilitaries kidnapped Jose de los Angeles Castro Carval and a short distance away shot Jose de los Angeles Castro Carval in the head, killing him.

1918. Badis Maria Montes Lora is also the mother and also the legal heir of Carlos Jose Castro Montes.  Leidis Isabel Castro Montes is also the sister and is also a legal heir of Carlos Jose Castro Montes.  Carlos Jose Castro Montes was murdered on December 9, 2006, by AUC paramilitaries.  On the afternoon of December 9, 2006, Carlos Jose Castro Montes was at work at the Santa Ana Farm in Chimilo, Tenerife, Magdalena when he was approached by AUC paramilitaries. The paramilitaries shot and killed Carlos Jose Castro Montes.

1919. Eva Maria Barrios Lopez is the wife and legal heir of Omar Alfonso Fernandez Ochoa, with whom she had two children, and the mother of A.M.F.B.,

who was born in 1994. A.M.F.B. is the daughter and is also a legal heir of Omar Alfonso Fernandez Ochoa. Omar Alfonso Fernandez Ochoa was murdered on May 2, 2005, by AUC paramilitaries. Early on the morning of May 2, 2005, Omar Alfonso Fernandez Ochoa left his home in Barrio Florida, Plato, Magdalena and picked up two AUC paramilitaries in his taxi. When the taxi was approaching Barrio Galan on the outskirts of Plato, the paramilitaries ordered Omar Alfonso Fernandez Ochoa to stop. The paramilitaries then shot Omar Alfonso Fernandez Ochoa multiple times in the head and body, killing him.

1920. Zenobia Cueto de Colpas (also "Cenobia Cuetto," but hereinafter "Zenobia Cueto") is the mother and legal heir of Eduardo Enrique Colpas Cueto. Eduardo Enrique Colpas Cueto was kidnapped and disappeared on November 23, 2000, by AUC paramilitaries. On the night of November 23, 2000, a group of AUC paramilitaries arrived in trucks and motorcycles at the home of Zenobia Cueto de Colpas and Eduardo Enrique Colpas Cueto in Barrio Florida, Plato, Magdalena. The paramilitaries kicked the door down, forced their way inside the home, and stole jewelry belonging to Zenobia Cueto de Colpas. The paramilitaries seized Eduardo Enrique Colpas Cueto and kidnapped him. Zenobia Cueto de Colpas immediately reported the incident to the police, who did not assist her. Eduardo Enrique Colpas Cueto was never seen again.

931

1921. Nacira Villalba Vuelva (also "Buelvas," but hereinafter "Vuelva") is the mother and legal heir of Jose Maria Cervantes Villalba.  Jose Maria Cervantes Villalba was kidnapped and murdered on September 19, 2006, by AUC paramilitaries.  On the morning of September 19, 2006, Jose Maria Cervantes Villalba left his home in Barrio Florida, Plato, Magdalena to go to work.  On his way, Jose Maria Cervantes Villalba was approached by an AUC paramilitary who offered him a day job.  Jose Maria Cervantes Villalba agreed and went with the paramilitary to a car, where other paramilitaries were waiting.  Two paramilitaries forced Jose Maria Cervantes Villalba into the car and drove away, kidnapping him.  Jose Maria Cervantes Villalba's body was found later that same day in Cienagueta, Apure, Plato.  Jose Maria Cervantes Villalba had been shot to death.

1922. Eufrocina Esther Melendez Mejia (also "Eufrocida," but hereinafter "Eufrocina") is the wife and legal heir of Luis Eduardo Molina Barrera, with whom she had six children.  Luis Eduardo Molina Barrera was kidnapped and disappeared on August 2, 2001 by AUC paramilitaries.  On the afternoon of August 2, 2001, Luis Eduardo Molina Barrera and Eufrocina Esther Melendez Mejia were driving past the "La Union" ranch on the Chivolo-Plato road in Magdalena when a large group of AUC paramilitaries stopped the car.  The paramilitaries ordered Luis Eduardo Molina Barrera and Eufrocina Esther

Melendez Mejia to get out of the car so the paramilitaries could inspect it.  Some

paramilitaries took Eufrocina Esther Melendez Mejia to the La Union farm while

other paramilitaries put Luis Eduardo Molina Barrera into a truck and drove away

in the direction of Chivolo, where the AUC paramilitaries had a base, kidnapping

him. .  Luis Eduardo Molina Barrera was never seen again.

1923. Orfelia Maria Ariza Palacin is the grandmother and legal heir of Isaith

Alfonso Vega Garcia (also "Isait," but hereinafter "Isaith").  Isaith Alfonso Vega

Garcia was murdered on August 17, 2004 by AUC paramilitaries.  On the night of

August 17, 2004, Isaith Alfonso Vega Garcia was at a party in Barrio Luis Galan,

Plato, Magdalena when two AUC paramilitaries arrived. The paramilitaries shot

and killed Isaith Alfonso Vega Garcia.  Prior to his murder, Isaith Alfonso Vega

Garcia had received death threats from the AUC and had fled for a time to

Barranquilla, Atlantico, before returning to Plato.

1924. Orfelia Maria Ariza Palacin is also the mother and legal heir of

Carmen Judith Garcia de Vega.  Carmen Judith Garcia de Vega was murdered on

May 14, 2002 by AUC paramilitaries.  On the night of May 14, 2002, a group of

AUC paramilitaries arrived at the home of Carmen Judith Garcia de Vega in Barrio

San Jose, Plato, Magdalena in a pickup truck.  One paramilitary shot Carmen

Judith Garcia de Vega multiple times in the head and body, killing her.  Prior to

933

Carmen Judith Garcia de Vega's murder, AUC paramilitaries had threatened to kill her.

1925. Elba Esther de la Hoz Roca is the mother and legal heir of Jose Luis Saumeth de la Hoz.  Jose Luis Saumeth de la Hoz was kidnapped and murdered on July 31, 2002 by AUC paramilitaries.  On the evening of July 31, 2002, Jose Luis Saumeth de la Hoz was returning from Chivolo, Magdalena to his home in Plato, Magdalena when the vehicle he was in was intercepted by a group of AUC paramilitaries near the town of Apure.  The paramilitaries kidnapped Jose Luis Saumeth de la Hoz, took him to El Bajo, Magdalena and interrogated him, then took him to Pozo Apure and shot him multiple times in the head and body, killing him.  The paramilitaries left Jose Luis Saumeth de la Hoz's body on the Plato-Apure highway.

1926. Dalgy Margoth Camargo de Cujia (also "Dalgy Margot," but hereinafter "Dalgy Margoth") is the mother and legal heir of Javier Jose Perez Camargo.  Javier Jose Perez Camargo was murdered on September 30, 2000 by AUC paramilitaries.  On the afternoon of September 30, 2000, Javier Jose Perez Camargo was visiting his grandmother at her home in Plato, Magdalena when two AUC paramilitaries arrived at the house and called for him from outside by name.  Javier Jose Perez Camargo went outside and began to argue with the paramilitaries.

934

Javier Jose Perez Camargo attempted to disarm one of the paramilitaries, but the other paramilitary shot Javier Jose Perez Camargo multiple times in the head, neck, and body, killing him.

1927. Ruby Maria Perez Alvarez is the sister and legal heir of Alberto Segundo Perez Alvarez. Alberto Segundo Perez Alvarez was murdered on May 18, 2004 by AUC paramilitaries. Alberto Segundo Perez Alvarez administered his family's farm along with Ruby Maria Perez Alvarez. On the evening of May 18, 2004, Alberto Segundo Perez Alvarez was sitting with his mother in the doorway of his home in Barrio San Jose, Plato, Magdalena when two AUC paramilitaries approached them on foot. The paramilitaries shot Alberto Segundo Perez Alvarez multiple times, killing him.

1928. Liliana Margarita Alfaro Diaz is the wife and legal heir of Fernando Guillermo Jimenez Choperena, a lawyer, and the mother of F.D.J.A., who was born in 1998, and of A.F.J.A., who was born in 1995. F.D.J.A. and A.F.J.A. are the sons and also are legal heirs of Fernando Guillermo Jimenez Choperena. Fernando Guillermo Jimenez Choperena was murdered on September 5, 1999 by AUC paramilitaries. On the night of September 5, 1999, Fernando Guillermo Jimenez Choperena received a phone call from an AUC paramilitary leader who told Fernando Guillermo Jimenez Choperena that he needed to meet with him.

935

Fernando Guillermo Jimenez Choperena left his house in Barrio La Concepcion, Plato, Magdalena.  The paramilitary leader shot Fernando Guillermo Jimenez Choperena in the head and torso, killing him near the Plato-El Dificil road.  On the same day, Fernando Guillermo Jimenez Choperena's father was murdered in the town of El Dificil, Magdalena.

1929. Piedad Consuelo Ospino Perez is the daughter and legal heir of Americo Rafael Ospino Saumeth.  Americo Rafael Ospino Saumeth was murdered on March 18, 2001 by AUC paramilitaries.  On the morning of March 18, 2001, Americo Rafael Ospino Saumeth was nearing his farm in Loma del Caballo, Plato, Magdalena riding on horseback when a group of AUC paramilitaries intercepted him.  After a few minutes, the paramilitaries permitted Americo Rafael Ospino Saumeth to continue on his way.  When Americo Rafael Ospino Saumeth was just a few meters away, however, the paramilitaries shot him in the back several times, killing him.

1930. Piedad Consuelo Ospino Perez is also the daughter and legal heir of Norma Cecilia Perez Alvarez.  Norma Cecilia Perez Alvarez was murdered on April 15, 2004 by AUC paramilitaries.  After the murder of her husband, Americo Rafael Ospino Saumeth (see above), Norma Cecilia Perez Alvarez became responsible for their farm in order to ensure it did not fall into AUC paramilitary

936

hands.  On the evening of April 15, 2004, Norma Cecilia Perez Alvarez, Piedad

Consuelo Ospino Perez, and Piedad Consuelo Ospino Perez's infant baby were on

the porch of their house in San Jose, Plato, Magdalena when an AUC paramilitary

approached them.  The paramilitary shot Norma Cecilia Perez Alvarez multiple

times, killing her.  The paramilitary also threatened Piedad Consuelo Ospino Perez

before leaving.

1931. Nelsy de Jesus de Angel Gomez is the mother and legal heir of Jhon

Carlos Miranda de Angel.  Jhon Carlos Miranda de Angel was kidnapped and

disappeared on December 8, 2000 by AUC paramilitaries.  On the night of

December 8, 2000, Jhon Carlos Miranda de Angel was in the Santander Park in

Plato, Magdalena with a group of friends when a pickup truck driven by AUC

paramilitaries approached them.  Two AUC paramilitary got out of the truck and

forced three of the young men, including Jhon Carlos Miranda de Angel, to get

into the truck and drove away, kidnapping them.  The following day, on December

9, 2000, the bodies of two of the men were found in Tambora, Granada on the

Plato-Bosconia road bearing signs of torture.  Jhon Carlos Miranda de Angel was

never seen again.

1932. Carmen Edith Ballestas Nunez is the mother and legal heir of Alfonso

Rafael Yepez Ballestas.  Alfonso Rafael Yepez Ballestas was shot and mortally

wounded on or about January 27, 2002 by AUC paramilitaries; Alfonso Rafael Yepez Ballestas died of his wounds on or about January 28, 2002.  On or about January 27, 2002, Alfonso Rafael Yepez Ballestas was travelling from Plato, Magdalena back to his family's farm, "Ceiba Roja," in Pueblito de los Andes, Nueva Granada, Magdalena when he was intercepted near Pueblito de los Andes on the road between Plato and El Dificil by several AUC paramilitaries. The paramilitaries shot Alfonso Rafael Yepez Ballestas several times, mortally wounding him.  Alfonso Rafael Yepez Ballestas was taken to a hospital in Plato and then transferred to a hospital in Santa Marta, Magdalena, where he died of his wounds on or about January 28, 2002.

1933. Gregoria Maria Rodriguez Gonzalez is the wife and legal heir of Ronald de Jesus Grau del Portillo, and the mother of M.A.G.R., who was born in 2002. M.A.G.R. is the daughter and is also a legal heir of Ronald de Jesus Grau del Portillo. Ronald de Jesus Grau del Portillo was murdered on April 27, 2004 by AUC paramilitaries.  On the morning of April 27, 2004, Ronald de Jesus Grau del Portillo was at work in Barrio San Nicolas, Plato, Magdalena when two AUC paramilitaries arrived.  The paramilitaries shot Ronald de Jesus Grau del Portillo multiple times, killing him, and then fled in a waiting vehicle.

938

1934. Tomas Rafael Leiva Medina is the uncle and legal heir of Alejandro Fidel Torres Leiva. Alejandro Fidel Torres Leiva was murdered on or about July 11, 2002 by AUC paramilitaries. On the night of July 11, 2002, Alejandro Fidel Torres Leiva left his sister's house in Barrio Policarpa, Plato, Magdalena. Alejandro Fidel Torres Leiva was intercepted by AUC paramilitaries, who shot and killed him near the soccer field in Barrio Luis Galan, Plato. Alejandro Fidel Torres Leiva's body was found the next morning, on July 12, 2002. Alejandro Fidel Torres Leiva had been shot in the head and neck.

1935. Marelbis Maria Mercado Salcedo is the wife and legal heir of Ubaldo de Jesus Diaz Munoz, with whom she had two children, and the mother of K.C.D.M., who was born in 1995. K.C.D.M. is the daughter and is also a legal heir of Ubaldo de Jesus Diaz Munoz. Ubaldo de Jesus Diaz Munoz was murdered on October 17, 1998 by AUC paramilitaries. On the night of October 17, 1998, an AUC paramilitary entered the bar in Plato, Magdalena where Ubaldo de Jesus Diaz Munoz worked. Ubaldo de Jesus Diaz Munoz attempted to collect the money that the paramilitary owed him. The paramilitary refused to pay, left the bar, and returned shortly thereafter with other AUC paramilitaries. The paramilitaries fought with Ubaldo de Jesus Diaz Munoz, then shot and killed him.

1936. Manuela Lozano Martinez is the mother and legal heir of Samir

939

Alfonso Becerra Lozano (also "Zamir," but hereinafter "Samir").  Samir Alfonso Becerra Lozano was tortured and murdered on or about April 29, 2003 by AUC paramilitaries.  On or about April 29, 2003, Samir Alfonso Becerra Lozano left a friend's home in Cartagena, Bolivar to go to Turbaco, Bolivar.  On his way to Turbaco, Samir Alfonso Becerra Lozano was intercepted by AUC paramilitaries on the Jardin Botanico Highway in the Aguas Prietas sector of Turbaco. The paramilitaries shot and killed Samir Alfonso Becerra Lozano.  Samir Alfonso Becerra Lozano's body showed signs of torture.

1937. Sara Mercedes Nunez Torres is the wife and legal heir of Medardo Enrique Marquez Jaraba, and the mother of K.M.M.N., who was born in 1998, and of D.D.M.N., who was born in 1996. K.M.M.N. and D.D.M.N. are the children and are also legal heirs of Medardo Enrique Marquez Jaraba. Ivan Enrique Medardo Nunez, an adult born in 1994, is the son and also a legal heir of Medardo Enrique Marquez Jaraba. Medardo Enrique Marquez Jaraba was kidnapped on August 31, 2004 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Medardo Enrique Marquez Jaraba.  On the afternoon of August 31, 2004, Medardo Enrique Marquez Jaraba was at the "Las Pinturas" ranch in Apure, Plato, Magdalena where he worked when a group of AUC paramilitaries arrived in a vehicle.  The paramilitaries demanded to see the identification of the workers at the

farm and kidnapped 14 of them, including Medardo Enrique Marquez Jaraba.

Medardo Enrique Marquez Jaraba's body was found the next day, on September 1, 2004, on the Plato-Bosconia highway.  Medardo Enrique Marquez Jaraba had been shot multiple times.

1938. Felix Adolfo Ortega Ribero is the father and legal heir of Edilberto Misael Ortega Diaz (also "Edilberth," but hereinafter "Edilberto").  Edilberto Misael Ortega Diaz was kidnapped, tortured, and murdered on May 30, 2005 by AUC paramilitaries.  On May 30, 2005, Edilberto Misael Ortega Diaz was traveling from Nueva Granada, Magdalena to Plato, Magdalena when the vehicle he was in was stopped by a group of AUC paramilitaries.  The paramilitaries ordered Edilberto Misael Ortega Diaz out of the car and told the driver to keep driving.  The paramilitaries kidnapped Edilberto Misael Ortega Diaz, tortured him, robbed him, and shot him multiple times in head and neck, killing him, and left his body near Apure, Plato.

1939. Amalfy Rosiris Padilla Ospino (also "Amalfi," but hereinafter "Amalfy") is the wife and legal heir of Martin Augusto Gomez Polanco, with whom she had three children, and the mother of A.A.G.P., who was born in 1995. A.A.G.P. is the son and is also a legal heir of Martin Augusto Gomez Polanco. Angelo de Jesus Gomez Padilla (also "Anjelo," but hereinafter "Angelo") is also

941

the son and is also a legal heir of Martin Augusto Gomez Polanco.  Martin Augusto Gomez Polanco was murdered on September 11, 2000 by AUC paramilitaries.  On the afternoon of September 11, 2000, Martin Augusto Gomez Polanco was traveling from Plato, Magdalena to Zambrano, Bolivar when he was intercepted by a group of AUC paramilitaries near the bridge over the Magdalena River in the Antiguo Ferry sector.  The paramilitaries shot Martin Augusto Gomez Polanco in the head and threw his body in the river.  Martin Augusto Gomez Polanco's family later found Martin Augusto Gomez Polanco's body in the Magdalena River.

1940.  Betty Cecilia Villa Mola is the mother and legal heir of Jorge Luis Ocampo Villa.  Jorge Luis Ocampo Villa was kidnapped and murdered on or about August 21, 2005 by AUC paramilitaries.  Jorge Luis Ocampo Villa was the administrator of the Bajo Grande ranch.  On or about August 21, 2005, Jorge Luis Ocampo Villa was working on the Bajo Grande ranch when he was intercepted by AUC paramilitaries.  The paramilitaries kidnapped Jorge Luis Ocampo Villa and took him to Pozo Apure, Plato on the Plato-Nueva Granada road in Magdalena and shot him in the head, killing him.

1941.  Damaris Judith Perez Vides is the mother and legal heir of Carlos Alberto Perez Perez.  Carlos Alberto Perez Perez was murdered on June 27, 2003

942

by AUC paramilitaries.  Early on the morning of June 27, 2003, as Carlos Alberto Perez Perez arrived at the "El Escolgadero" ranch owned by his grandmother in Los Pozos, Plato, Magdalena, he was intercepted by an AUC paramilitary who shot him in the head and killed him.  The AUC paramilitaries had set the farm on fire and killed Carlos Alberto Perez Perez's cousin, Oscar Daniel Coronado Perez (see below), shortly before Carlos Alberto Perez Perez arrived at the farm that day.

1942.  Nebis Yaneth Venera Rodriguez is the wife and legal heir of Oscar Daniel Coronado Perez, with whom she had three children, and the mother of D.A.C.V., who was born in 1997. D.A.C.V. is the son and is also a legal heir of Oscar Daniel Coronado Perez. Oscar Daniel Coronado Venera is also the son and is also a legal heir of Oscar Daniel Coronado Perez.  Oscar Daniel Coronado Perez was murdered on June 27, 2003 by AUC paramilitaries.  Early on the morning of June 27, 2003, Oscar Daniel Coronado Perez had gone to his work at the "El Escoladero" ranch owned by his grandmother in Los Pozos, Plato, Magdalena. AUC paramilitaries intercepted him at the ranch and shot him twice in the head, killing him.  A short while later that same morning, the AUC paramilitaries shot and killed Oscar Daniel Coronado Perez's cousin, Carlos Alberto Perez Perez (see above), when Carlos Alberto Perez Perez arrived at the ranch for work.

1943.  Candelaria Lucila Ortega Espana is the wife and legal heir of

943

Guillermo Alexander de la Hoz Lora, with whom she had two daughters, and the mother of S.S.H.O., who was born in 1998. S.S.H.O. is the daughter and is also a legal heir of Guillermo Alexander de la Hoz Lora. Guillermo Alexander de la Hoz Lora was murdered on June 14, 2002 by AUC paramilitaries. On the afternoon of June 14, 2002, Guillermo Alexander de la Hoz Lora left his house to meet his friends at a local public establishment. AUC paramilitaries later arrived at that establishment. The paramilitaries shot Guillermo Alexander de la Hoz Lora multiple times in his neck and body, killing him.

1944. Nancy Esther Blanco Montes is the mother and legal heir of Alba Luz Buelvas Blanco. Alba Luz Buelvas Blanco was kidnapped on May 9, 2004 by AUC paramilitaries; after kidnapping her, the paramilitaries murdered Alba Luz Buelvas Blanco. On the early afternoon of May 9, 2004, several AUC paramilitaries arrived at the home of Alba Luz Buelvas Blanco in Barrio El Carmen in Pueblo Nuevo, Magdalena and ordered her to come speak with them. The paramilitaries forced Alba Luz Buelvas Blanco into a truck that was awaiting them on the corner and drove away in the direction of El Dificil, kidnapping her. The following morning, on May 10, 2004, Alba Luz Buelvas Blanco's body was found in Loma del Morro on the Nueva Granada-El Dificil road. Alba Luz Buelvas Blanco's hands had been tied and she had been shot four times in the body

944

and head.

1945. Luz Marina Rodriguez Venera is the sister and legal heir of Rafael Ricardo Rodriguez Tapia, a banana worker.  Elena Mercedes Tapia Mora is the mother and is also a legal heir of Rafael Ricardo Rodriguez Tapia.  Rafael Ricardo Rodriguez Tapia was murdered on June 27, 2001 by AUC paramilitaries.  Early on the morning of June 27, 2001, as Rafael Ricardo Rodriguez Tapia was on his way to work at a banana plantation in Zona Bananera, Magdalena, he was intercepted by AUC paramilitaries. The paramilitaries tied Rafael Ricardo Rodriguez Tapia's hands and shot him in the head and face, killing him.  That afternoon, Rafael Ricardo Rodriguez Tapia's body was found in the Las Palmas sector on the Cienaga-Sevillano road in Cienaga, Magdalena.

1946. Ruby del Carmen Narvaez Noguera is the mother and legal heir of Omar Alfonso Munoz Narvaez, a 16-year-old.  Omar Alfonso Munoz Narvaez was kidnapped and murdered on or about January 5, 1999 by AUC paramilitaries.  In the morning on or about January 5, 1999, a large group of AUC paramilitaries arrived at the home of Omar Alfonso Munoz Narvaez in Santa Clara in Santa Rosa, Fundacion, Magdalena.  The paramilitaries kidnapped Omar Alfonso Munoz Narvaez and killed him later that day.  As the paramilitaries left, they ordered the family to leave the farm permanently.  The family immediately fled in fear.  A

945

couple of weeks later, a group of AUC paramilitaries arrived at Ruby del Carmen Narvaez Noguera's sister's home, where Ruby del Carmen Narvaez Noguera had taken refuge after the kidnapping and murder of Omar Alfonso Munoz Narvaez, and ordered her to leave the town.  Ruby del Carmen Narvaez Noguera fled immediately to Bosconia, Cesar.

1947. Balbina Araujo Castellanos (also "Balbina Sofia," but hereinafter "Balbina") is the mother and legal heir of Dairo Enrique Cervantes Araujo, an occasional banana worker.  Dairo Enrique Cervantes Araujo was murdered on May 17, 2002 by AUC paramilitaries.  On the night of May 17, 2002, Dairo Enrique Cervantes Araujo was in the central plaza of Rio Frio, Zona Bananera, Magdalena with his wife when a group of AUC paramilitaries intercepted him.  The paramilitaries shot Dairo Enrique Cervantes Araujo four times in the face and body, killing him.

1948. Ruth Marina Perez Cardozo is the aunt-stepmother and legal heir of Gustavo Rafael Perez Charris, an occasional banana worker.  Gustavo Rafael Perez Charris was murdered on January 4, 2002 by AUC paramilitaries.  On the afternoon of January 4, 2002, Gustavo Rafael Perez Charris was in a pool hall in Rio Frio, Zona Bananera, Magdalena when a group of AUC paramilitaries arrived.  The paramilitaries shot Gustavo Rafael Perez Charris twice in the face and head,

killing him inside the pool hall.

1949. Maria Eugenia Camargo Melendrez is the wife and legal heir of
Gerardo Alfonso Blanquiceth de la Rosa, who worked at the Finca Victoria banana
plantation in Rio Frio, Zona Bananera, Magdalena. Keyla Tatiana Blanquicet
Camargo is the daughter and is also a legal heir of Gerardo Alfonso Blanquiceth de
la Rosa. Gerardo Alfonso Blanquiceth de la Rosa was murdered on July 7, 2001 by
AUC paramilitaries. On the morning of July 7, 2001, Gerardo Alfonso Blanquiceth
de la Rosa was taking a break from his job in order to eat breakfast at an eatery in
front of the entrance to Finca Victoria, when a group of AUC paramilitaries pulled
up in a pickup truck and accosted him. The paramilitaries seized Gerardo Alfonso
Blanquiceth de la Rosa and ordered him to get into the pickup truck. When
Gerardo Alfonso Blanquiceth de la Rosa resisted, one of the paramilitaries shot
him multiple times, killing him.

1950. Martha Esther Perez Santiago is the wife and legal heir of Samuel
Santiago Munoz Guete (also "Guette," but hereinafter "Guete"), a banana worker,
with whom she had three children.  Samuel Santiago Munoz Guete was murdered
on March 1, 2003 by AUC paramilitaries.  On the evening of March 1, 2003,
Samuel Santiago Munoz Guete was at a pool hall in Rio Frio, Zona Bananera,
Magdalena when a group of AUC paramilitaries arrived. One of the paramilitaries

shot Samuel Santiago Munoz Guete multiple times in the head and body, killing him.

1951. Maria Concepcion Acosta Urieles is the mother and legal heir of Luis Carlos Acosta Urieles, a former banana worker at the Finca Lucia banana plantation. Luis Carlos Acosta Urieles was murdered on June 4, 2005 by AUC paramilitaries. On the morning of June 4, 2005, Luis Carlos Acosta Urieles was at work on a farm in Rio Frio, Zona Bananera, Magdalena when a group of AUC paramilitaries asked for him by name. When Luis Carlos Acosta Urieles identified himself, the paramilitaries attempted to kidnap him. When Luis Carlos Acosta Urieles resisted, the paramilitaries shot and killed him.

1952. Delfina Judith Osias Perez is the mother and legal heir of Fabian Enrique Osias Perez, an employee of the banana plantation Finca La Claret, located in Río Frío, Zona Bananera, Magdalena. Fabian Enrique Osias Perez was murdered on October 18, 2001 by AUC paramilitaries. Late on the morning of October 18, 2001, Fabian Enrique Osias Perez was working in the packing station at Finca La Claret when four AUC paramilitaries arrived on two motorcycles. The paramilitaries asked to speak to the administrator, Jairo Polo. Jairo Polo invited them into his office. But, as the paramilitaries were following Jairo Polo to his office, one of them turned around suddenly, aimed his weapon at Fabian Enrique

948

Osias Perez, and shot and killed him.

1953. Dorina Maria Pena Jimenez is the mother and legal heir of Wilfrido Orozco Pena, who worked at the Finca Naranjitos banana plantation. Wilfrido Orozco Pena was kidnapped and murdered on October 10, 1999 by AUC paramilitaries. On October 10, 1999, Wilfrido Orozco Pena was in Cienaga, Magdalena near a gas station when he was intercepted by a group of AUC paramilitaries. The paramilitaries forced Wilfrido Orozco Pena to accompany them to a point several blocks away from where they intercepted him, kidnapping him. The paramilitaries then shot Wilfrido Orozco Pena at least once in the head, killing him.

1954. Nerys Blanquiceth Negrete is the wife and legal heir of Efrain Manchola Garcia, with whom she had eight children. Efrain Manchola Garcia, who worked at the banana plantation Finca India, was murdered on December 2, 1998 by AUC paramilitaries. On December 2, 1998, Efrain Manchola Garcia was at his job at Finca India when a group of AUC paramilitaries entered the plantation, accosted Efrain Manchola Garcia, and shot him with at least once in the head, killing him.

1955. Luisa Mercedes Rada Montes is the wife and legal heir of Victor Alfonso Cantillo Urrueca. Jorge Luis Cantillo Rada is the son and is also a legal

heir of Victor Alfonso Cantillo Urrueca. Leonor Emilia Cantillo Rada is the daughter and is also a legal heir of Victor Alfonso Cantillo Urrueca. Victor Alfonso Cantillo Urrueca, a former employee of the Finca Palmira banana plantation, was murdered on or around June 14, 2002 by AUC paramilitaries. Late on the night of June 13, 2002, or early on the morning of June 14, 2002, several AUC paramilitaries forced their way into the home where Victor Alfonso Cantillo Urrueca, Luisa Mercedes Rada Montes, and other relatives lived, in Iberia, Orihueca, Zona Bananera, Magdalena. The paramilitaries shot Victor Alfonso Cantillo Urrueca at least once in the head, killing him.

1956. Lucelys Bolano Montero is the wife and legal heir of Alexy Vicente Fontalvo, who worked at the Finca Esperanza banana plantation in Guacamayal, Zona Bananera, Magdalena. Alexy Vicente Fontalvo was kidnapped and murdered on September 5, 2000 by AUC paramilitaries. On September 5, 2000, Alexy Vicente Fontalvo and Lucelys Bolano Montero were at their home on Finca Esperanza when a large group of AUC paramilitaries entered the plantation. The paramilitaries kidnapped Alexy Vicente Fontalvo and led him to the hamlet of La Paulina, Guacamayal. There, the paramilitaries shot Alexy Vicente Fontalvo at least once in the head, killing him.

1957. Dilia Rosa Ahumada Correa is the mother and legal heir of Juan

Bautista Guerrero Ahumada, who worked at the Finca India banana plantation. Juan Bautista Guerrero Ahumada was murdered on March 14, 2005 by AUC paramilitaries. On the morning of March 14, 2005, Juan Bautista Guerrero Ahumada left his home in Cienaga, Magdalena to go to his job at Finca India. In Cienaga, a group of AUC paramilitaries intercepted Juan Bautista Guerrero Ahumada, pulled him out of the bicycle taxi he was riding in, and shot him multiple times in the face and head, killing him.

1958. Martha Cecilia Penaloza Olmos is the wife and legal heir of Jose de Jesus Garcia Antequera, with whom she had two children.  Josefina Isabel Niebles Silvera is also wife and also a legal heir of Jose de Jesus Garcia Antequera, with whom she had a daughter.  Jose de Jesus Garcia Antequera, a lawyer who was involved in cases against the banana companies in the region, was murdered on or about August 14, 1997 by AUC.  Late at night on or about August 14, 1997, Jose de Jesus Garcia Antequera, accompanied by a group of judges, was returning from Barranquilla, Atlantico when their vehicle was intercepted by AUC paramilitaries in two pickup trucks on the Barranquilla-Cienaga road.  The paramilitaries forced Jose de Jesus Garcia Antequera out of the car and shot him multiple times, killing him.

1959.  Aura Carolina Torres Martinez is the daughter and legal heir of Luis

Jose Torres Perez, a labor union member.  Luis Jose Torres Perez was murdered by AUC paramilitaries on March 4, 2004.  On the afternoon of March 4, 2004, Luis Jose Torres Perez was at his job as a doorman at the General Hospital in Barranquilla, Atlantico when he was intercepted by an AUC paramilitary.  The paramilitary shot Luis Jose Torres Perez in the head, killing him.

1960.  Mavis Esther Mendivil Manjarres is the mother and legal heir of Jaisson Romero Mendivil (also "Jaison Alfonso Romero Mendivil," "Jeison Alfonso Romero Mendivil," and "Jaison Romero Mendivil," but hereinafter "Jaisson Romero Mendivil"), a banana worker.  Jaisson Romero Mendivil was murdered on January 20, 2001 by AUC paramilitaries.  In the early morning hours of January 20, 2001, Jaisson Romero Mendivil was in the beach area of Cienaga, Magdalena when he was intercepted by AUC paramilitaries.  The paramilitaries shot Jaisson Romero Mendivil twice in the head and body, killing him.

1961.  Rodolfo Mora Perez is the son and legal heir of Carlos Maria Mora Sanchez and of Ascencion Perez Carrillo (also "Ascencion Perez de Mora" and "Asuncion Perez Carrillo," but hereinafter "Ascencion Perez Carrillo").  Carlos Maria Mora Sanchez and Ascencion Perez Carrillo were killed by AUC paramilitaries on March 14, 1997.  On the evening of March 14, 1997, a large group of AUC paramilitaries arrived at the Lucila banana plantation in Santa

952

Monica, Cienaga, Magdalena where Carlos Maria Mora Sanchez and Ascencion Perez Carrillo lived and worked.  The paramilitaries seized Carlos Maria Mora Sanchez and Ascencion Perez Carrillo, took them some distance from the house, and shot and killed them.

1962. Ever Enrique Diaz Navarro is the brother and legal heir of Osmar Diaz Navarro.  Osmar Diaz Navarro was kidnapped and disappeared by AUC paramilitaries on November 16, 1998.  On the morning of November 16, 1998, Osmar Diaz Navarro was in his home in Cienaga, Magdalena when AUC paramilitaries arrived.  The paramilitaries forced their way into the home and kidnapped Osmar Diaz Navarro.  Osmar Diaz Navarro was never seen again.

1963. Maria Concepcion Ochoa Morron is the mother and legal heir of Miguel Sarabia Ochoa, a banana worker employed at the Finca Papare banana plantation. Miguel Sarabia Ochoa was murdered on or about August 29, 2004 by AUC paramilitaries. On or about August 29, 2004, Miguel Sarabia Ochoa left his home in Cienaga, Magdalena to visit friends. Along the way he was intercepted by AUC paramilitaries, who murdered him. Miguel Sarabia Ochoa's badly beaten body was found on the morning of August 30, 2004 on the outskirts of Cienaga, Magdalena.

1964. Maria Concepcion Ochoa Morron is also the mother and also the legal

953

heir of Maria de Jesus Rolon Ochoa, an occasional banana worker who lived with Maria Concepcion Ochoa Morron in Cienaga, Magdalena. Maria de Jesus Rolon Ochoa was murdered on or about February 25, 2005 by AUC paramilitaries. On or about February 25, 2005, Maria de Jesus Rolon Ochoa was intercepted in a mountainous rural region of Cienaga, Magdalena by AUC paramilitaries. The paramilitaries murdered Maria de Jesus Rolon Ochoa and buried her body under a bridge. Maria de Jesus Rolon Ochoa remained disappeared for more than a year, until a commission from the Colombian Attorney General's office exhumed her body in 2006.

1965. Janeth Cecilia Sanchez Villalba is the wife and legal heir of Jose Carlos Hidalgo Brena, with whom she had a daughter.  Fidelina Brena Russo de Hidalgo is the mother and is also a legal heir of Jose Carlos Hidalgo Brena.  Jose Carlos Hidalgo Brena was murdered on or about June 11, 1998 by AUC paramilitaries.  On June 11, 1998, Jose Carlos Hidalgo Brena, his brother-in-law, and a friend went to the Miraflores farm in San Lorenzo, Santa Marta, Magdalena. Jose Carlos Hidalgo Brena, his brother-in-law, and the friend were never seen alive again.  The bodies of Jose Carlos Hidalgo Brena, his brother-in-law, and his friend were found on the farm nine years later, and on September 10, 2008, Jose Carlos Hidalgo Brena's remains were turned over to his family by a commission from the

954

Colombian Attorney General's office, who informed the family that AUC

paramilitary Rigoberto Rojas had killed Jose Carlos Hidalgo Brena and the two

other men.

1966. Gladys Sanjuan Barbosa is the wife and legal heir of Pedro Pablo

Paredes Leon, with whom she had four children.  Edilma Maria Leon de Paredes is

the mother and is also a legal heir of Pedro Pablo Paredes Leon.   Pedro Pablo

Paredes Leon was murdered on December 14, 2000 by AUC paramilitaries.  Early

on the morning of December 14, 2000, a large group of AUC paramilitaries arrived

at Pedro Pablo Paredes Leon's farm in Santa Marta, Magdalena, shooting their

guns into the air.  The paramilitaries forced the family and workers on the farm to

lie face down and searched and robbed the house.  The paramilitaries tied Pedro

Pablo Paredes Leon's hands behind his back, took him out to the farm's entrance,

and slit his throat and shot him, killing him.  The paramilitaries also shot and killed

another farm worker.  Following the murder, Pedro Pablo Paredes Leon's family

fled the farm under threat and has never returned.

1967. Omaida Isabel Arrieta Acosta is the daughter and legal heir of Victor

Manuel Arrieta Lopesierra.  Elis Raquel Acosta Nieves is the wife and is also a

legal heir of Victor Manuel Arrieta Lopesierra, with whom she had a daughter.

Victor Manuel Arrieta Lopesierra was kidnapped and disappeared on or about June

5, 2001 by AUC paramilitaries.  On or about June 4, 2001, Victor Manuel Arrieta Lopesierra left his house in Santa Marta, Magdalena to visit his farm in San Pedro de la Sierra, Cienaga, Magdalena.  Victor Manuel Arrieta Lopesierra arrived in San Pedro de la Sierra late that night, and slept in town.  On or about June 5, 2001, Victor Manuel Arrieta Lopesierra went out to the farm.  That afternoon, an unknown man arrived at the farm and told Victor Manuel Arrieta Lopesierra's father that Victor Manuel Arrieta Lopesierra would be away but would return the following day.  The next day the man came back again and told Victor Manuel Arrieta Lopesierra's father that Victor Manuel Arrieta Lopesierra would not be coming back.  The man threatened Victor Manuel Arrieta Lopesierra's father, telling him not tell anyone about Victor Manuel Arrieta Lopesierra's disappearance.  Victor Manuel Arrieta Lopesierra's father abandoned the farm shortly thereafter.  Victor Manuel Arrieta Lopesierra was never seen again.

1968. Uber Becerra Tamayo is the son and legal heir of Juan Antonio Becerra Torres.  Juan Antonio Becerra Torres was kidnapped and disappeared on July 28, 2001 by AUC paramilitaries.  On July 28, 2001, Juan Antonio Becerra Torres was traveling in a truck when it was detained at an AUC paramilitary checkpoint in El Campano, Minca, Santa Marta, Magdalena.  The paramilitaries forced Juan Antonio Becerra Torres to get out of the vehicle and kidnapped him.

Juan Antonio Becerra Torres was never seen again.

1969. Margoth Reina Castro is the mother and legal heir of Bairon Reina Castro (also "Bayron," but hereinafter "Bairon").  Bairon Reina Castro was kidnapped and disappeared on February 18, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Bairon Reina Castro.  On February 18, 2003, Bairon Reina Castro and a friend were working on a farm in San Pedro de la Sierra, La Union, Cienaga, Magdalena when a group of AUC paramilitaries arrived and took over the plantation.  The paramilitaries brought all of the workers together, and then shot and killed Bairon Reina Castro.  The paramilitaries buried Bairon Reina Castro's body on the farm where he was killed.  Years later, Bairon Reina Castro's body was found, his identity was established through DNA testing, and on March 25, 2011, the Colombian Attorney General's Office turned over Bairon Reina Castro's remains to his family.


1970. Maribel Astrid Pineda Ruiz is the mother and legal heir of Yojan Alberto Machado Pineda (also "Jhojan Machado Pineda" and "Jhojan Alberto Machado Pineda," but hereinafter "Yojan Alberto Machado Pineda"), a student. Yojan Alberto Machado Pineda was kidnapped on July 11, 1998 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Yojan Alberto

Machado Pineda.  On July 11, 1998, Yojan Alberto Machado Pineda was on his way to his family's farm in El Campano, Minca, Santa Marta, Magdalena with his grandparents when they were intercepted by a group of AUC paramilitaries.  The paramilitaries seized Yojan Alberto Machado Pineda and his grandfather, tied Yojan Alberto Machado Pineda's wrists, and kidnapped both men; the paramilitaries released Yojan Alberto Machado Pineda's grandfather.  The family reported the crime to the Red Cross.  In the very early morning hours of July 12, 1998, the family discovered Yojan Alberto Machado Pineda's body.  Yojan Alberto Machado Pineda had been shot multiple times.

1971. Carlina Becerra de Ruiz (also "Carlina Isabel," but hereinafter "Carlina") is the mother and legal heir of Gerardo Ruiz Becerra, a teacher. Gerardo Ruiz Becerra was kidnapped on August 14, 2000 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Gerardo Ruiz Becerra.  On the morning of August 14, 2000, a group of AUC paramilitaries who identified themselves as members of the AUC arrived at Carlina Becerra de Ruiz's farm in Oriente, Minca, Santa Marta, Magdalena.  The paramilitaries asked to see Gerardo Ruiz Becerra and another family member.  When Gerardo Ruiz Becerra and the other family member identified themselves, the paramilitaries kidnapped them. Some hours later that same day, the other family member returned, saying that he

958

had been separated from Gerardo Ruiz Becerra and did not know his whereabouts. Two days later, on August 16, 2000, Gerardo Ruiz Becerra's partially-buried, decomposing body was found. Gerardo Ruiz Becerra had been shot and decapitated.

1972. Alvaro Jose Nunez Cabrera is the brother and legal heir of Giovanni Humberto Nunez Cabrera (also "Jovany" and "Geovanny," but hereinafter "Giovanni"). Giovanni Humberto Nunez Cabrera was murdered on February 15, 2002 by AUC paramilitaries. On the evening of February 15, 2002, Giovanni Humberto Nunez Cabrera was sitting in front of his house in Barrio Manzanares, Santa Marta, Magdalena. An AUC paramilitary shot Giovanni Humberto Nunez Cabrera in the chest and head, killing him.

1973. Elida Esther Penaranda Suescun is the wife and legal heir of Wilson Jimenez Torrado, with whom she had two daughters. Wilson Jimenez Torrado was kidnapped and murdered on July 17, 2001 by AUC paramilitaries. On the morning of July 17, 2001, Wilson Jimenez Torrado was intercepted in Minca, Santa Marta, Magdalena by an AUC paramilitary. The paramilitary forced Wilson Jimenez Torrado to get on his motorcycle and drove away, kidnapping him. The paramilitary drove Wilson Jimenez Torrado some distance away and then shot him in the head, killing him, and then decapitated him and dismembered his body.

959

1974. Celmira Blanco Abril is the sister and legal heir of Benjamin Blanco Abril.  Benjamin Blanco Abril was murdered on or about March 12, 2000 by AUC paramilitaries.  In the morning on or about March 12, 2000, Benjamin Blanco Abril went to a farm a few hours from his farm in Las Mercedes, Bella Vista, Fundacion, Magdalena to buy some animals. Along the way, Benjamin Blanco Abril was intercepted by AUC paramilitaries who detained him for several days and then shot and killed him.  Benjamin Blanco Abril's body was found alongside those of two other men.

1975. Any Cenith Castilla Carrascal (also "Anny Zenith," but hereinafter "Any Cenith") is the mother and legal heir of Oscar Rodriguez Castilla, an adolescent student.  Oscar Rodriguez Castilla was murdered on January 9, 1997 by AUC paramilitaries.  On the evening of January 9, 1997, a group of AUC paramilitaries were chasing someone down when they shot Oscar Rodriguez Castilla many times, killing him in front of Any Cenith Castilla Carrascal in Barrio San Jorge, Santa Marta, Magdalena.

1976. Jose Gregorio Perez Utria is the brother and legal heir of Nicolas Cecilio Perez Utria.  Nicolas Cecilio Perez Utria was murdered on February 14, 2004 by AUC paramilitaries.  On the evening of February 14, 2004, Nicolas Cecilio Perez Utria left his home in Barrio Miraflores, Santa Marta, Magdalena to

run an errand.  Several minutes after he left, Jose Gregorio Perez Utria was

intercepted by AUC paramilitaries.  The paramilitaries shot Nicolas Cecilio Perez

Utria multiple times in the head and body, killing him.

1977. Jose Dolores Lopez Orozco is the father and legal heir of Asdrubal de

Jesus Lopez Perez (also "Asdrubal," but hereinafter "Asdrubal de Jesus").

Asdrubal de Jesus Lopez Perez was murdered on February 26, 1998 by AUC

paramilitaries.  On the evening of February 26, 1998, Asdrubal de Jesus Lopez

Perez and his wife were in the El Boro section of Santa Marta, Magdalena when

they were intercepted by an AUC paramilitary.  The paramilitary shot and killed

Asdrubal de Jesus Lopez Perez.

1978. Liliana Katerine Sepulveda Guzman is a surviving victim, and is the

daughter and legal heir of Pedro Manuel Sepulveda Balaguera.  Ana Elvia Guzman

Duran is the wife and is also a legal heir of Pedro Manuel Sepulveda Balaguera,

with whom she had two children.   Juan Manuel Sepulveda Guzman, born in 1993,

is the son and also a legal heir of Pedro Manuel Sepulveda Balaguera.  Pedro

Manuel Sepulveda Balaguera was kidnapped and disappeared on November 20,

2004 by AUC paramilitaries; after disappearing him, the paramilitaries killed

Pedro Manuel Sepulveda Balaguera.  On October 26, 2004, Liliana Katerine

Sepulveda Guzman was abducted, drugged, and gang-raped by AUC

961

paramilitaries.  For several years prior to his disappearance, Pedro Manuel Sepulveda Balaguera had worked for a man named Aristoteles Olarte, driving his children back and forth to school.  Aristoteles Olarte was a well-known businessman who was later discovered to be an AUC paramilitary leader.  About a month before his disappearance, Pedro Manuel Sepulveda Balaguera told Aristoteles Olarte that he was not willing to drive for him anymore.  Shortly after this conversation, on October 26, 2004, Liliana Katerine Sepulveda Guzman was abducted, drugged, and gang-raped by AUC paramilitaries.  The following day, on October 27, 2004, when the sedative had worn off, Liliana Katerine Sepulveda Guzman told her parents that the three men who had abducted her had said that they were doing this to insure that Pedro Manuel Sepulveda Balaguera would keep quiet.  On November 20, 2004 in the late morning hours, Pedro Manuel Sepulveda Balaguera was hired to drive someone to Taganga, Santa Marta.  Pedro Manuel Sepulveda Balaguera left in his taxi and was never seen alive again.  Several days after his disappearance, his taxi was found in Barrio 20 de Julio, Santa Marta, Magdalena.  On February 3, 2010, the Colombian Attorney General's Office turned over the remains of Pedro Manuel Sepulveda Balaguera to his family.

1979. Beatriz Elena Cabrera Guarnizo is the mother and legal heir of Rafael Enrique Mier Cabrera.  Rafael Enrique Mier Cabrera was murdered on March 16,

2004 by AUC paramilitaries.  On the evening of March 16, 2004, Rafael Enrique Mier Cabrera was with his two young nephews in his home in Tres Puentes on the road to Minca, Santa Marta, Magdalena when two AUC paramilitaries arrived. The paramilitaries shot Rafael Enrique Mier Cabrera, injuring him.  Rafael Enrique Mier Cabrera ran into the house to protect himself.  The paramilitaries followed Rafael Enrique Mier Cabrera inside the house and shot him several more times in the head and body, killing him.

1980.  Belsy Botello Serrano is the sister and legal heir of Luis Eneiro Botello Serrano.  Luis Eneiro Botello Serrano was kidnapped on November 8, 2003 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Luis Eneiro Botello Serrano.  Seven months prior to the murder, Luis Eneiro Botello Serrano had finished his military service in the Colombian Navy and moved in with his mother in Minca, Santa Marta, Magdalena.  On the night of November 8, 2003, Luis Eneiro Botello Serrano was in a park in Santa Marta when he was intercepted by an AUC paramilitary. The paramilitary forced Luis Eneiro Botello Serrano into a pickup truck and drove away, kidnapping him.  The paramilitaries shot Luis Eneiro Botello Serrano multiple times in the head, killing him.  Luis Eneiro Botello Serrano's body was found on November 9, 2003.

1981.  Jose Luis de Leon Gonzalez is the brother and legal heir of Alberto

963

Bornacelli de Leon (also "Alberto Manuel," but hereinafter "Alberto"), of Edgar Rafael Bornacelli de Leon (also "Bornacely" and "Bornacelly," but hereinafter "Bornacelli"), and of Rafael Esteban de Leon Gonzalez.  Alberto Bornacelli de Leon was kidnapped and disappeared on or about December 25, 2005 by AUC paramilitaries.  Edgar Rafael Bornacelli de Leon and Rafael Esteban de Leon Gonzalez were kidnapped and murdered on or about December 29, 2005 by AUC paramilitaries.  On or about December 25, 2005, Alberto Bornacelli de Leon was kidnapped from Placitas, Pivijay, Magdalena by AUC paramilitaries.  The paramilitaries tried to recruit Alberto Bornacelli de Leon, but he refused to join.  The paramilitaries then kidnapped Edgar Rafael Bornacelli de Leon and took him to the place where they were holding Alberto Bornacelli de Leon.  The paramilitaries released Edgar Rafael Bornacelli de Leon, but did not release Alberto Bornacelli de Leon.  Edgar Rafael Bornacelli de Leon went to the farm where Rafael Esteban de Leon Gonzalez lived and reported what happened.  On or about December 29, 2005, Rafael Esteban de Leon Gonzalez was away from the farm when AUC paramilitaries kidnapped Edgar Rafael Bornacelli de Leon again.  Around midday, the paramilitaries rode by the farm on a horse with Edgar Rafael Bornacelli de Leon, handcuffed and blindfolded.  The paramilitaries then kidnapped Rafael Esteban de Leon Gonzalez and put him in the room where Edgar

964

Rafael Bornacelli de Leon was being held.  Later, paramilitaries came to the room, blindfolded them, tied their wrists, put them in a vehicle, and drove away with them.  Along the way, the paramilitaries shot Edgar Rafael Bornacelli de Leon in the head, killing him.  The paramilitaries then shot Rafael Esteban de Leon multiple times, killing him.  Alberto Bornacelli de Leon was never seen again.

1982. Arayda Isabel Perez Moreno is the wife and legal heir of Fredis Manjarres Cantillo, with whom she had a son.  Fredis Manjarres Cantillo was kidnapped and murdered on July 19, 2003 by AUC paramilitaries.  For two years prior to his murder, Fredis Manjarres Cantillo had worked at the Mendihuaca Caribbean Resort Hotel in Mendihuaca, Guachaca, Santa Marta, Magdalena.  On July 19, 2003 Fredis Manjarres Cantillo was on his work break at the hotel when two AUC paramilitaries arrived. The paramilitaries violently removed Fredis Manjarres Cantillo from the property, kidnapping him.  About a block from the hotel, the paramilitaries shot Fredis Manjarres Cantillo multiple times, killing him.

1983. Ligia de Jesus Arbelaez Osorio is the mother and legal heir of Luz Milena Montenegro Arbelaez.  Luz Milena Montenegro Arbalaez was murdered on or about September 2, 2004 by AUC paramilitaries.  On September 2, 2004, Luz Milena Montenegro Arbelaez left her house on her motorcycle to run an errand.  Luz Milena Montenegro Arbelaez was seen by a witness on her motorcycle, but

965

between two men rather than alone.  Luz Milena Montenegro Arbelaez was not seen again until her body was found in La Lizal, Bonda, Santa Marta, Magdalena on September 4, 2004.  Luz Milena Montenegro Arbelaez's wrists were tied together and she had been stabbed and stoned to death.

1984. Luis Alonso Carrillo Mejia is the father and legal heir of Alonso Carrillo Ronco.  Alonso Carrillo Ronco was kidnapped and disappeared on December 22, 2005 by AUC paramilitaries.  On the morning of December 22, 2005, Alonso Carrillo Ronco was running an errand in Ciudad Perdida, Soplador in Zona Bananera, Magdalena when he was intercepted by AUC paramilitaries.  The paramilitaries kidnapped Alonso Carrillo Ronco.  Alonso Carrillo Ronco was never seen again.

1985. Atanael Acevedo Castro is the brother and legal heir of Carmen Yolanda Acevedo Castro.  Yimis Noraldis Acevedo Patino is the sister and legal heir of Jose del Carmen Acevedo Patino.  Carmen Yolanda Acevedo Castro and Jose del Carmen Acevedo Patino, two cousins, were kidnapped on April 5, 2003 by AUC paramilitaries; after kidnapping them, the paramilitaries murdered Carmen Yolanda Acevedo Castro and Jose del Carmen Acevedo Patino.  On or about October 10, 2002, a group of AUC paramilitaries arrived at the La Esperanza farm in Central Cordoba, Minca, Santa Marta, Magdalena where Jose del Carmen

966

Acevedo Patino lived and stole livestock and kidnapped and disappeared Carmen Yolanda Acevedo Castro's husband.  On the evening of April 5, 2003, a large group of AUC paramilitaries returned to the farm.  The paramilitaries kidnapped Carmen Yolanda Acevedo Castro and Jose del Carmen Acevedo Patino.  On or about April 6, 2003, the bodies of Carmen Yolanda Acevedo Castro and Jose del Carmen Acevedo Patino were found.  Carmen Yolanda Acevedo Castro and Jose del Carmen Acevedo Patino had been shot multiple times in the head and body.

1986. Leonor Becerra Moya is the mother and legal heir of Natanael Sepulveda Becerra.  Natanael Sepulveda Becerra was kidnapped and disappeared on June 6, 2006 by AUC paramilitaries. On the night of June 6, 2006, Natanael Sepulveda Becerra was running an errand with his wife, his child, and a friend when their vehicle was intercepted in Barrio El Yucal, Santa Marta, Magdalena by AUC paramilitaries in a pickup truck.  The paramilitaries forced Natanael Sepulveda Becerra out of his own vehicle and into their vehicle and drove away, kidnapping him.  The paramilitaries threatened Natanael Sepulveda Becerra's wife, child, and friend, telling them not to say anything to anyone.  Natanael Sepulveda Becerra was never seen again.

1987. Maria Josefa Fernandez de Ferrer is the mother and legal heir of Sergio Antonio Ferrer Fernandez, a former banana worker.  Sergio Antonio Ferrer

Fernandez was murdered on or about July 7, 2000 by AUC paramilitaries. On the evening of July 6, 2000, Sergio Antonio Ferrer Fernandez was in a pool hall in Fundacion, Magdalena, when a group of AUC paramilitaries entered. The paramilitaries played pool with Sergio Antonio Ferrer Fernandez. Later on that evening the paramilitaries accompanied Sergio Antonio Ferrer Fernandez to a bar in neighboring El Reten, Magdalena. At approximately midnight, Sergio Antonio Ferrer Fernandez was seen leaving the bar in El Reten with the paramilitaries. Sergio Antonio Ferrer Fernandez was found shot to death with multiple gunshots on the morning of July 7, 2000.

1988. Ana Cenelia Gallo Florez is the wife and legal heir of Benjamin Olimpo Rodriguez Bernal, with whom she had a son. Luz Bernal Torres is the mother and is also a legal heir of Benjamin Olimpo Rodriguez Bernal. Benjamin Olimpo Rodriguez Bernal was kidnapped and murdered on February 22, 2000 by AUC paramilitaries.  Benjamin Olimpo Rodriguez was the president of the local Community Action Council.  Early on the morning of February 22, 2002, a group of AUC paramilitaries arrived at Benjamin Olimpo Rodriguez Bernal's restaurant near the Tayrona Park in Santa Marta, Magdalena and forced Benjamin Olimpo Rodriguez into their vehicle and drove away, kidnapping him.  That evening, Benjamin Olimpo Rodriguez Bernal's body was found in Marquetalia, Guachaca,

Santa Marta.  Benjamin Olimpo Rodriguez Bernal had been shot to death.

1989. Emilce Moreno Castro (also "Emilse," but hereinafter "Emilce") is the mother and legal heir of Carlos Jesus Quintero Moreno.  Luz Maria Quintero Moreno and Rosalia Quintero Moreno are the sisters and are also legal heirs of Carlos Jesus Quintero Moreno.  Carlos Jesus Quintero Moreno was murdered on October 12, 2000 by AUC paramilitaries.  On the afternoon of October 12, 2000, Carlos Jesus Quintero Moreno was in the public market in Santa Marta, Magdalena when he was intercepted by an AUC paramilitary.  The paramilitary shot Carlos Jesus Quintero Moreno in the head, killing him.

1990. Angela del Carmen Penaloza Venecia is the mother and legal heir of Jader Santiago Penaloza, a university student.  Jader Santiago Penaloza was murdered on April 10, 2007 by AUC paramilitaries.  On the night of April 10, 2007, Jader Santiago Penaloza was on a street corner in Barrio Tayrona, Santa Marta, Magdalena with friends after class when he was approached by two AUC paramilitaries on a motorcycle.  The paramilitaries tried to recruit Jader Santiago Penaloza but he refused.  One of the paramilitaries then pulled out a knife and stabbed Jader Santiago Penaloza to death.

1991. Clementina Maria Orozco Santrich is the mother and legal heir of Ricardo Antonio Guarnizo Orozco.  Ricardo Antonio Guarnizo Orozco was

murdered on September 23, 1999 by AUC paramilitaries.  On the night of September 23, 1999, Ricardo Antonio Guarnizo Orozco was standing outside his home in Barrio Juan XXIII in Santa Marta, Magdalena when an AUC paramilitary approached him from behind.  Ricardo Antonio Guarnizo Orozco struggled with the paramilitary, trying to get control of the paramilitary's gun. The paramilitary shot Ricardo Antonio Guarnizo Orozco in the leg and Ricardo Antonio Guarnizo Orozco fell to the ground.  The paramilitary then shot Ricardo Antonio Guarnizo Orozco several more times, killing him.

1992. John James Norena Rodriguez (also "Jhon," but hereinafter "John") is the son and legal heir of Orlando Norena Garcia. Orlando Norena Garcia was kidnapped and disappeared in December of 1999 by AUC paramilitaries.  One day in December 1999, Orlando Norena Garcia left his parcel of land in Cordoba Alto, Cienaga, Magdalena to go to Cienaga.  Orlando Norena Garcia was never seen again.  One of Orlando Norena Garcia's sons considered filing a formal complaint with the authorities regarding the disappearance of Orlando Norena Garcia, but did not do so after being threatened by the AUC paramilitaries with reprisals.

1993. Norberto Caicedo is the father and legal heir of Edgardo Caicedo Castro and of Gerardo Caicedo Castro.  Edgardo Caicedo Castro and Gerardo Caicedo Castro were murdered on January 13, 2002 by AUC paramilitaries.  On

970

the morning of January 13, 2002, a large group of armed AUC paramilitaries arrived at the house of Edgardo Caicedo Castro in Barrio Santa Ana, Bonda, Santa Marta, Magdalena.  Edgardo Caicedo Castro walked outside to talk to the paramilitaries.  The paramilitaries shot Edgardo Caicedo Castro several times, killing him.  The paramilitaries left the house and went to a nearby pool hall where Gerardo Caicedo Castro worked.  The paramilitaries seized Gerardo Caicedo Castro and pushed him against a wall, then shot and killed him.

1994. Elizabeth Pena Leon is the mother and legal heir of Juan Miguel Torres Pena.  Juan Miguel Torres Pena was murdered on or about August 16, 2004 by AUC paramilitaries.  Late on the night of August 16, 2004, Juan Miguel Torres Pena left his house with two friends.  Some hours later, between the late hours of August 16, 2004 and the early morning hours of August 17, 2004, AUC paramilitaries shot Juan Migues Torres Pena in the head and arm, killing him.  The paramilitaries also shot and killed Juan Miguel Torres Pena's two friends.

1995. Julian Alberto Arcon Turcio is the brother and legal heir of Castulo Arcon Turcio. Castulo Arcon Turcio was murdered on April 14, 2000 by AUC paramilitaries.  On the night of April 14, 2000, Castulo Arcon Turcio was at his sister-in-law's house in Barrio La Esmeralda, Santa Marta, Magdalena when an

AUC paramilitary came to the house. Castulo Arcon Turcio and the paramilitary went outside and walked away.  Castulo Arcon Turcio's body was found later that same night near the railroad tracks in Barrio La Esmeralda.  Castulo Arcon Turcio had been shot in the head and neck.

1996. Celmira Vaca Cardenas is the daughter and legal heir of Isaias Vaca (also "Bacca" and "Vacca," but hereinafter "Vaca").  Isaias Vaca was murdered on December 14, 2000 by AUC paramilitaries. Early on the morning of December 14, 2000, a large group of AUC paramilitaries surrounded Isaias Vaca's farm in the La Tagua sector of Minca, Santa Marta, Magdalena, knocked on the door of his house, and identified themselves as members of the Colombian Army.  When Isaias Vaca came out of the house, the paramilitaries seized him by the neck and pushed him back into the house.  The paramilitaries threw Isaias Vaca on the floor and kicked and punched him.  The paramilitaries then pushed Isaias Vaca out of the house and slit his throat with a machete, killing him.  Following the murder, the paramilitaries forced everyone else on the farm to leave, and occupied it for eight days.  During this time, the paramilitaries harvested and stole the coffee, slaughtered livestock, and stole farm equipment and other items.

1997. Miguel Gutierrez Fernandez is the father and legal heir of Isabel Maria Gutierrez Atencio, a 16-year-old.  Isabel Maria Gutierrez Atencio was

murdered on or about September 30, 1997 by AUC paramilitaries.  On or about September 30, 1997, Isabel Maria Gutierrez Atencio was forced out of her house in Planta Vieja, Gaira, Santa Marta, Magdalena by AUC paramilitaries. The paramilitaries slit Isabel Maria Gutierrez Atencio's throat, killing her.  The paramilitaries also killed Isabel Maria Gutierrez Atencio's boyfriend and one other person, and kidnapped and disappeared other people in the same action.

1998. Cindy Triana Cardenas is the sister and legal heir of Henry Triana Cardenas.  Cindy Triana Cardenas is also the daughter and legal heir of Reinaldo Triana Rojas.  Nuris Esther Cardenas Torres (also "Nurys," but hereinafter "Nuris") is the mother and is also a legal heir of Henry Triana Cardenas.  Nuris Esther Cardenas Torres is also the wife and is also a legal heir of Reinaldo Triana Rojas, with whom she had two children.  Henry Triana Cardenas was kidnapped on September 29, 1997 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Henry Triana Cardenas. Reinaldo Triana Rojas was kidnapped and disappeared on September 29, 1997 by AUC paramilitaries.  In the early morning hours of September 29, 1997, Henry Triana Cardenas, Reinaldo Triana Rojas, and three relatives were asleep in their home in Mosquito, Gaira, Santa Marta, Magdalena when a group of AUC paramilitaries arrived and pounded on the door.  When Henry Triana Cardenas answered the door, the paramilitaries

forced their way inside the house. The paramilitaries identified themselves as AUC paramilitaries and forced Henry Triana Cardenas and Reinaldo Triana Rojas to their knees. The paramilitaries tied Henry Triana Cardenas and Reinaldo Triana Rojas up, put them in their vehicle and drove away, kidnapping them.  Henry Triana Cardenas' body was later found in Tucurinca, Cienaga, Magdalena.  Henry Triana Cardenas had been shot several times and showed signs of torture and was bound, barefoot, and wearing camouflage clothing.  Reinaldo Triana Rojas was never seen again.

1999. Graciela Maria Corrales Hernandez is the sister and legal heir of Renis Enrique Ramirez Hernandez (also "Renys Henrique," but hereinafter "Renis Enrique"). Renys Enrique Ramirez Hernandez was kidnapped and murdered on or about August 15, 1997 by AUC paramilitaries.  AUC paramilitaries had attempted to kill Renys Enrique Ramirez Hernandez on two prior occasions, forcing him to flee from rural Cienaga, Magdalena and settle in Barrio Jorge Eliecer Gaitan, Cienaga.  On the evening of August 15, 1997, Renys Enrique Ramirez Hernandez was running errands when AUC paramilitaries in a truck blocked his path in the La Cantera sector of Cienaga.  The paramilitaries got out of the truck, grabbed Renys Enrique Ramirez Hernandez, put him in the truck and drove away, kidnapping him. Renys Enrique Ramirez Hernandez's body was found the following day, on or

about August 16, 1997, on the outskirts of Cienaga.  Renys Enrique Ramirez Hernandez had been shot, his throat had been slit, and his body showed signs of torture.

2000. Nancy Maria Peralta Lopez is the sister and legal heir of Ricardo Enrique Peralta Lopez. Ricardo Enrique Peralta Lopez was kidnapped and disappeared on September 17, 1997 by AUC paramilitaries.  In the early morning hours of September 17, 1997, Ricardo Enrique Peralta Lopez and his family were asleep at Ricardo Enrique Peralta Lopez's father's farm, Las Delicias, in Cerro Azul, Magdalena when armed AUC paramilitaries arrived.  One of the paramilitaries hit Ricardo Enrique Peralta Lopez's father over the head. The paramilitaries told the family they would kill them if they did not leave the farm. The family fled, but the paramilitaries did not permit Ricardo Enrique Peralta Lopez to leave with his family.  Ricardo Enrique Peralta Lopez was never seen again.

2001. Ledis del Socorro Payares Zabala is the sister and legal heir of Aroldo Elias Payares Zabala.  Aroldo Elias Payares Zabala was murdered on January 17, 2003 by AUC paramilitaries.  On the morning of January 17, 2003, Aroldo Elias Payares Zabala left his home in Barrio El Paraiso, Santa Marta, Magdalena and a short distance away was intercepted by two AUC paramilitaries on a motorcycle.

975

The paramilitaries shot Aroldo Elias Payares Zabala multiple times in the head and body, killing him.

2002. Janeth Judith Contreras Ceballos is the wife and legal heir of Jose Andres Meza Escobar, with whom she had a family. Jose Andres Meza Escobar was murdered on or about February 2, 1999 by AUC paramilitaries. Very late at night on February 2, 1999, Jose Andres Meza Escobar departed to drive two AUC paramilitaries in his taxi to rural Cienaga, Magdalena. As Jose Andres Meza Escobar drove by the Porton de Moran sector in Cienega, the paramilitaries shot him six times in the head and back, killing him. The paramilitaries then stole his possessions, cash, and taxi. Jose Andres Meza Escobar's body was found on February 3, 1999.

2003. Carmen Alicia Rozo Ramirez is the mother and legal heir of Eduardo Ismael Parra Rozo and of Jesus Antonio Parra Rozo. Carmen Cecilia Parra Rozo is the sister and is also a legal heir of Eduardo Ismael Parra Rozo and of Jesus Antonio Parra Rozo. Luz Marina Parra Rozo is also the sister and is also a legal heir of Eduardo Ismael Parra Rozo and of Jesus Antonio Parra Rozo. Eduardo Ismael Parra Rozo and Jesus Antonio Parra Rozo were kidnapped and murdered on February 25, 2001 by AUC paramilitaries. Early on the morning of February 25, 2001, a group of AUC paramilitaries arrived at the family's home in Sacramento,

Fundacion, Magdalena and ordered Carmen Alicia Rozo Ramirez and Carmen Cecilia Parra Rozo to go into the kitchen.  The paramilitaries forced Jesus Antonio Parra Rozo and Eduardo Ismael Parra Rozo to leave the house with them, kidnapping them.  The paramilitaries took Jesus Antonio Parra Rozo and Eduardo Ismael Parra Rozo to an isolated part of the farm.  The paramilitaries shot and killed Jesus Antonio Parra Rozo and Eduardo Ismael Parra Rozo.  On March 25, 2011, the Colombian Attorney General's Office turned over the remains of Jesus Antonio Parra Rozo and of Eduardo Ismael Parra Rozo to their family.

2004. Gratulina Santiaga Aconcha is the mother and legal heir of Alvaro Javier Mantilla Aconcha.  Alvaro Javier Mantilla Aconcha was murdered on January 30, 2001 by AUC paramilitaries.  On the evening of January 30, 2001, an AUC paramilitary arrived at Alvaro Javier Mantilla Aconcha's girlfriend's house in Barrio Amanecer in the El Yucal sector of Santa Marta, Magdalena and shot Alvaro Javier Mantilla Aconcha multiple times.  Alvaro Javier Mantilla Aconcha's girlfriend, attempting to save Alvaro Javier Mantilla Aconcha's life, threw hot oil on the paramilitary.  The paramilitary dodged the oil and then shot and killed Alvaro Javier Mantilla Aconcha's girlfriend.  Shortly thereafter that same day, Alvaro Javier Mantilla Aconcha died from the gunshots he had received.

2005. Gratulina Santiaga Aconcha is also the sister and also the legal heir of

977

Jose Tomas Aconcha (also "Jose Tomas Aconcha Bolano," but hereinafter "Jose Tomas Aconcha").  Jose Tomas Aconcha was murdered on or about August 23, 1997 by AUC paramilitaries.  On the afternoon of August 26, 1997, Jose Tomas Aconcha's body was found on the El Escondido Farm where he lived, located between Tigreras and Minca in Santa Marta, Magdalena.  According to neighbors nearby, a group of AUC paramilitaries shot Jose Tomas Aconcha multiple times, killing him.

2006. Luz Marina Fernandez de Castro Vives is the wife and legal heir of Alvaro Antonio Esquea Polo.  Alvaro Antonio Esquea Polo was murdered on December 21, 2005 by AUC paramilitaries.  On the evening of December 21, 2005, as Alvaro Antonio Esquea Polo was about to enter his house in Barrio La Paz, Santa Marta, Magdalena, AUC paramilitaries approached and shot him multiple times in the body, mortally wounding him.  Alvaro Antonio Esquea Polo's family took him to several clinics and hospitals, none of which would tend to Alvaro Antonio Esquea Polo's wounds.  Alvaro Antonio Esquea Polo bled to death from his wounds.

2007. Elvira Rosa Mindiola Fontalvo is the sister and legal heir of Luis Alfonso Mindiola Fontalvo.  Luis Alfonso Mindiola Fontalvo was kidnapped and disappeared on or about May 2, 2001 by AUC paramilitaries.  On the morning of

978

May 2, 2001, Luis Alfonso Mindiola Fontalvo left his home in Barrio Villa Estadio, Soledad, Atlantico to go to Barranquilla, Atlantico.  Two days later, Luis Alfonso Mindiola Fontalvo's family began to look for him and filed formal complaints regarding his disappearance.  Luis Alfonso Mindiola Fontalvo was never seen again.

2008. Mirta Beatriz Granados de Escalona is the mother and legal heir of Julio Nelson Escalona Granados.  Julio Nelson Escalona Granados was murdered by AUC paramilitaries on June 23, 2007.  On the night of June 23, 2007, Julio Nelson Escalona Granados was at a social gathering in Barrio Aeromar in the Pozos Colorados sector of Santa Marta, Magdalena when a group of AUC paramilitaries burst in and forced Julio Nelson Escalona Granados and several others to lay face down on the ground.  The paramilitaries then shot Julio Nelson Escalona Granados multiple times in the head and body, killing him.  The paramilitaries also shot and killed others who were with Julio Nelson Escalona Granados.

2009. Miryam Esther Barragan Bocanegra (also "Mirian" and "Miryian," but hereinafter "Miryam") is the mother and legal heir of Eduardo Jose Jimenez Barragan.  Eduardo Jose Jimenez Barragan was murdered on June 9, 2003 by AUC paramilitaries.  On the morning of June 9, 2003, Eduardo Jose Jimenez Barragan

left for work at a farm in Santa Rosa de Lima, Fundacion, Magdalena.  After Eduardo Jose Jimenez Barragan arrived at the farm, a group of AUC paramilitaries attacked the farm.  Eduardo Jose Jimenez Barragan and six of his coworkers fled, but came across another group of AUC paramilitaries.  Eduardo Jose Jimenez Barragan and his co-workers fought back, killing the commander of the group and wounding others.  The paramilitaries then shot Eduardo Jose Jimenez Barragan multiple times in the body, killing him.

2010. Luz Every Cuellar Rubio is the wife and legal heir of Gildardo de Jesus Valencia Valencia, with whom she had three daughters.  Girlesa Maryory Valencia Sepulveda is the daughter and is also a legal heir of Gildardo de Jesus Valencia Valencia.  Gildardo de Jesus Valencia Valencia was kidnapped on October 1, 2002 by AUC paramilitaries; after kidnapping him, the paramilitaries murdered Gildardo de Jesus Valencia Valencia.  On October 1, 2002, Gildardo de Jesus Valencia Valencia was on his family farm, Finca Aguas Claras, located in Siberia, Cienaga, Magdalena, when a group of AUC paramilitaries arrived and kidnapped him.  Gildardo de Jesus Valencia Valencia was never seen alive again.  On September 15, 2006, Gildardo de Jesus Valencia Valencia's remains were found buried on the same farm, but Luz Every Cuellar Rubio was too afraid to collect them.  On November 15, 2007, the remains of Gildardo de Jesus Valencia

Valencia, which had been exhumed by order of the Colombian Attorney General's Office, were turned over to Luz Every Cuellar Rubio.

2011. Olga Lucila Manga Charris is the wife and legal heir of Alberto Gutierrez Ibanez (also "Alberto Manuel," but hereinafter "Alberto"), with whom she had a family.  Nohoris Judith Gutierrez Manga is the daughter and is also a legal heir of Alberto Gutierrez Ibanez.  Alberto Gutierrez Ibanez was murdered by AUC paramilitaries on February 18, 2001.  On the night of February 18, 2001, Alberto Gutierrez Ibanez was at home at his ranch in Trinidad, Sitionuevo, Magdalena, when a group of AUC paramilitaries arrived. The paramilitaries shot Alberto Gutierrez Ibanez multiple times in the head and body, killing him.  After killing Alberto Gutierrez Ibanez, the paramilitaries looted livestock from the ranch and left.

2012. Maria de la Luz Delgado Gutierrez (also "Maria Delgado Gutierrez," "Maria Luz Delgado Gutierrez," and "Maria de la Luz Delgado de Manga," but hereinafter "Maria de la Luz Delgado Gutierrez") is the mother and legal heir of Reginaldo Antonio Merino Delgado.  Reginaldo Antonio Merino Delgado was murdered by AUC paramilitaries on June 17, 2003.  On June 17, 2003, Reginaldo Antonio Merino Delgado left his home in Sitionuevo, Magdalena and headed towards Barranquilla, Atlantico.  On the road between Sitionuevo and Palermo,

Magdalena, the truck that Reginaldo Antonio Merino Delgado was riding in was intercepted by several AUC paramilitaries on motorcycles. The paramilitaries ordered Reginaldo Antonio Merino Delgado to get off the truck and then shot him multiple times, killing him.

2013. Aura Estela Ibarra Montano is the wife and legal heir of Ruperto Enrique Moreno Guerrero, with whom she had three children. Ruperto Enrique Moreno Guerrero was murdered by AUC paramilitaries on January 13, 2001. On the evening of January 13, 2001, Ruperto Enrique Moreno Guerrero was visiting a friend in Santa Ines, Cienaga, Magdalena when he was accosted by AUC paramilitaries on motorcycles. The paramilitaries shot Ruperto Enrique Moreno Guerrero multiple times in the head and body, killing him.

2014. Dominga Castro Ayala is the sister and legal heir of Cristobal Castro Ayala, an occasional banana worker. Cristobal Castro Ayala was kidnapped on August 20, 2004; after kidnapping him, the paramilitaries murdered Cristobal Castro Ayala. On the morning of August 20, 2004, AUC paramilitaries arrived at Cristobal Castro Ayala's home in Tucurinca, Zona Bananera, Magdalena and forced him onto their truck and drove off, kidnapping him. The paramilitaries shot Cristobal Castro Ayala in the head, killing him, and left his body in the cemetery in Aracataca, Magdalena. Cristobal Castro Ayala's family found his body early the

982

next morning, on August 21, 2004.

2015. Zulys Gregoria Morales Cahuana is the sister and legal heir of Pedro Rafael Morales Cahuana.  Pedro Rafael Morales Cahuana was kidnapped and disappeared by AUC paramilitaries on June 18, 2003.  On June 18, 2003, Pedro Rafael Morales Cahuana left his home in Barranquilla, Atlantico to visit a family member.  Pedro Rafael Morales Cahuana was kidnapped in Barrio Villa del Carmen, Barranquilla by AUC paramilitaries and was never seen again.

2016. Zulys Gregoria Morales Cahuana is also the sister and also the legal heir of Rolando Rader Cahuana (also "Arder," but hereinafter "Rader").  Rolando Rader Cahuana was murdered by AUC paramilitaries on August 21, 2003.   On August 21, 2003, Rolando Rader Cahuana left his home in Tasajera, Puebloviejo, Magdalena to look for his brother Pedro Rafael Morales Cahuana, who had been kidnapped and disappeared by the AUC paramilitaries (see above).  Near Los Achiotes, Palomino in Dibuya, Guajira, the bus that Rolando Rader Cahuana was riding in was intercepted by AUC paramilitaries.  The paramilitaries forced Rolando Rader Cahuana and four others to get off the bus.  The paramilitaries shot Rolando Rader Cahuana multiple times in the head and body, killing him.  The paramilitaries also shot and killed other people whom they forced off the bus.

2017. Magola Melendrez Barcelo is the wife and legal heir of Luis Enrique

Gutierrez Sanchez, with whom she had a family. Luis Enrique Gutierrez Sanchez was kidnapped and disappeared on or about September 28, 2001 by AUC paramilitaries. On the morning of September 28, 2001, Luis Enrique Gutierrez Sanchez left his home in Tasajera, Puebloviejo, Magdalena to go on a multi-day fishing trip in the Cienaga Grande de Santa Marta swamp in Magdalena. At some point then or during the following days, Luis Enrique Gutierrez Sanchez was intercepted by AUC paramilitaries and kidnapped. Luis Enrique Gutierrez Sanchez was never seen again. Luis Enrique Gutierrez Sanchez's family learned of his disappearance on October 8, 2001.

2018. Manuela Josefa Robles Cuello is the wife and legal heir of Ricardo Antonio Trujillo Tirado, with whom she had three children. Ricardo Antonio Trujillo Tirado, an employee of the Puebloviejo, Magdalena municipality, was kidnapped by AUC paramilitaries on November 10, 1997; after kidnapping him, the paramilitaries murdered Ricardo Antonio Trujillo Tirado. Late on the night of November 10, 1997, Ricardo Antonio Trujillo Tirado was sleeping in his home in Tasajera, Puebloviejo, Magdalena when a group of AUC paramilitaries knocked down the door and forced their way into the house. The paramilitaries robbed household items and then forced Ricardo Antonio Trujillo Tirado into their car and drove away, kidnapping him. The paramilitaries shot Ricardo Antonio Trujillo

Tirado twice in the head, killing him, and left his body on the outskirts of Tasajera, on the road to Palmira.  Ricardo Antonio Trujillo Tirado's body was found early the next morning, on November 11, 1997.

2019.  Clarisa Maria Agudelo Castillo (also "Clariza" and "Claritza," but hereinafter "Clarisa") is the wife and legal heir of Farid Maldonado Robles (also "Farid Jose," but hereinafter "Farid").  Victor Santiago Maldonado Robles is the brother and is also the legal heir of Farid Maldonado Robles.  Victor Santiago Maldonado Robles is also the brother and also the legal heir of Yubal Antonio Maldonado Robles (also "Yubar," but hereinafter "Yubal").  Farid Maldonado Robles and Yubal Antonio Maldonado Robles were murdered on October 13, 2004 by AUC paramilitaries.  On the night of October 13, 2004, Farid Maldonado Robles, Clarisa Maria Agudelo Castillo, and Yubal Antonio Maldonado Robles were in their home in Tasajera, Puebloviejo, Magdalena when AUC paramilitaries surrounded the house and began shooting indiscriminately into the house.   The paramilitaries shot Farid Maldonado Robles once in the thorax, killing him.  The paramilitaries also shot Yubal Antonio Maldonado Robles three times in the head and body, killing him.

2020.  Mildre del Carmen Gutierrez Garizabalo is the daughter and legal heir of Carlos Alberto Gutierrez Sanchez.  Carlos Alberto Gutierrez Sanchez was

kidnapped and disappeared on or about October 8, 2001 by AUC paramilitaries. On September 28, 2001, Carlos Alberto Gutierrez Sanchez left his home in Tasajera to go on a multi-day fishing trip.  On or about October 8, 2001, AUC paramilitaries kidnapped Carlos Alberto Gutierrez Sanchez from the Cienaga Grande swamp near Nueva Venecia, Sitionuevo, Magdalena where he was fishing. Carlos Alberto Gutierrez Sanchez was never seen again.

2021. Adelina Josefa Bellio Martinez is the wife and legal heir of Luis Alberto Puerta Lastre, with whom she had a family. Luis Alberto Puerta Lastre was kidnapped and disappeared on October 7, 2003 by AUC paramilitaries. On October 4, 2003, a group of AUC paramilitaries entered the plantation where Luis Alberto Puerta Lastre worked and announced that they would be convening a meeting of all of the plantation's workers sometime in the coming days. On the morning of October 7, 2003, Luis Alberto Puerta Lastre found the entrance to the plantation blocked by a vehicle driven by paramilitaries when he arrived for work. The paramilitaries forced Luis Alberto Puerta Lastre and two other workers into the vehicle, and drove away, kidnapping them. Luis Alberto Puerta Lastre was never seen again.

2022. Maria Gregoria Molinares de Jimenez is the sister and legal heir of Jose Manuelo Molinares Herrera, who worked at the Finca Santa Isabel banana

plantation. Jose Manuelo Molinares Herrera was murdered on April 24, 1999 by AUC paramilitaries. On the morning of April 24, 1999, Jose Manuelo Molinares Herrera was arriving at Finca Santa Isabel for work when he was intercepted by a group of AUC paramilitaries. The paramilitaries had been waiting for Jose Manuelo Molinares Herrera. The paramilitaries forced Jose Manuelo Molinares Herrera to accompany them further into the plantation, where they shot him twice, killing him.

2023. Ciriam Cenit Garcia Cahuana (also "Siria Garcia," but hereinafter "Ciriam Cenit Garcia Cahuana") is the mother and legal heir of Luis Mario Escorcia Garcia.  Luis Mario Escorcia Garcia was murdered on December 8, 2004 by AUC paramilitaries.  In the early morning hours of December 8, 2004, Luis Mario Escorcia Garcia was in a public establishment in Tucurinca, Zona Bananera, Magdalena when he was accosted by an AUC paramilitary.  The paramilitary pulled Luis Mario Escorcia Garcia outside and shot him multiple times, killing him.

2024. Alma Magola Valle Lopez is the sister and legal heir of Manuel Cesareo Valle Lopez (also "Manuel Cesario" and "Hector Manuel," but hereinafter "Manuel Cesareo").  Carmen Emilia Lopez de Valle is the mother and is also a legal heir of Manuel Cesareo Valle Lopez.  Manuel Cesareo Valle Lopez was

kidnapped by AUC paramilitaries on June 28, 1999; after kidnapping him, the paramilitaries murdered Manuel Cesareo Valle Lopez.  On the morning of June 28, 1999, Manuel Cesareo Valle Lopez was on his way from the Sierra Nevada de Santa Marta mountains to visit his family when the vehicle he was riding in was stopped by AUC paramilitaries at a checkpoint.  The paramilitaries forced Manuel Cesareo Valle Lopez and another person to get out of the vehicle and show their identity documents.  The paramilitaries kidnapped Manuel Cesareo Valle Lopez and the other passenger and took them to a site nearby.  Manuel Cesareo Valle Lopez's body and the body of the other man were found several days later in San Pablo, Sevilla, Zona Bananera, Magdalena.  The paramilitaries had shot Manuel Cesareo Valle Lopez multiple times, killing him.  The paramilitaries had also shot and killed the other passenger.

2025. Diosa Virginia Alvarez Valle is the daughter and legal heir of Lascario Enrique Alvarez Pabon.  Lascario Enrique Alvarez Pabon was kidnapped and murdered on or about November 30, 1999 by AUC paramilitaries.  In the very early morning hours of November 30, 1999, a group of paramilitaries arrived at Lascario Enrique Alvarez Pabon's home in Guaimaro, in Salamina, Magdalena. The paramilitaries forced their way in, kicking in the door, and forced Lascario Enrique Alvarez Pabon to accompany them.  The paramilitaries also kidnapped

several other residents of Guaimaro that night, including a son and a nephew of Lascario Enrique Alvarez Pabon.  Lascario Enrique Alvarez Pabon was the killed by the AUC paramilitaries.

2026. Quira Esther Fernandez Gonzalez is the sister and legal heir of Sergio Luis Fernandez Gonzalez.  Sergio Luis Fernandez Gonzalez was murdered on October 12, 2003 by AUC paramilitaries.  Late on the night of October 12, 2003, Sergio Luis Fernandez Gonzalez was at a social gathering in Barrio 5 de Febrero, Cienaga, Magdalena with friends when a group of AUC paramilitaries arrived and began asking those present for their identification.  The paramilitaries shot a person who refused to turn over his documents and people began to flee.  The paramilitaries found Sergio Luis Fernandez Gonzalez hiding nearby and shot and killed him.

2027. Maria de los Reyes Guarnes Mejia is the sister and legal heir of Luis Guillermo Sarmiento Mejia. Luis Guillermo Sarmiento Mejia, a banana worker, was murdered on September 27, 2001 by AUC paramilitaries. On or about September 20, 2001, Luis Guillermo Sarmiento Mejia set out with a neighbor to hunt for wild animals. On or about September 27, 2001, Luis Guillermo Sarmiento Mejia and his neighbor were intercepted by AUC paramilitaries. The paramilitaries murdered Luis Guillermo Sarmiento Mejia and his neighbor. After being exhumed

and examined by the Colombian Attorney General's office, Luis Guillermo Sarmiento Mejia's body was returned to Maria de los Reyes Guarnes Mejia on May 27, 2009.

2028. Nerys Esther Banques Galindo is the daughter and legal heir of Cipriano Segundo Banques Atencio. Rocio Vargas Gutierrez is the wife and is also a legal heir of Cipriano Segundo Banques Atencio, with whom she had a family. Cipriano Segundo Banques Atencio, a banana worker, was kidnapped murdered on November 11, 2003 by AUC paramilitaries. On the night of November 11, 2003, Cipriano Segundo Banques Atencio was at his home in Aracataca watching the evening news when a niece told him that armed men were holding his brother at gunpoint in the house next door. Cipriano Segundo Banques Atencio ran next door to his brother's aid. The paramilitaries forced Cipriano Segundo Banques Atencio to accompany them in their search for another man, kidnapping him. The paramilitaries found the man they were looking for, bound him, and took both this man and Cipriano Segundo Banques Atencio with them. The paramilitaries then shot Cipriano Segundo Banques Atencio and the other man to death.

2029. Sobeida Esther Ahumada Camacho is the daughter and legal heir of Dora Isabel Camacho Serpa, a community leader and banana worker. Dora Isabel Camacho Serpa was murdered on August 27, 2000 by AUC paramilitaries. In the

early morning hours of August 27, 2000, a large group of AUC paramilitaries surrounded Dora Isabel Camacho Serpa's home in Cienaga, Magdalena and forced their way inside. The paramilitaries forced Dora Isabel Camacho Serpa to accompany them out of her home to a point nearby, where the paramilitaries shot Dora Isabel Camacho Serpa to death.

2030. Argenida Sarabia Angarita is the wife and legal heir of Robinson Enrique Altamirando Vargas, and the mother of Y.E.A.S. 1, who was born in 1997, and Y.E.A.S. 2, who was born in 1999. Y.E.A.S. 1 and Y.E.A.S. 2 are the children and also are legal heirs of Robinson Enrique Altamirando Vargas. Rosa Aide Pedroza Albernia is the wife and legal heir of Asner Arturo Altamiranda Vargas, and the mother of Y.A.A.P., who was born in 1999. Y.A.A.P. is the son and is also a legal heir of Asner Arturo Altamiranda Vargas.  Yasmary Altamiranda Vargas is the sister and is also a legal heir of Robinson Enrique Altamirando Vargas and Asner Arturo Altamiranda Vargas. Robinson Enrique Altamirando Vargas  and Asner Arturo Altamiranda Vargas, two brothers who were employees of the San Miguel banana plantation on the outskirts of Cienaga, Magdalena, were murdered on January 5, 2004 by AUC paramilitaries. Early on the morning of January 5, 2004, as Robinson Enrique Altamirando Vargas and Asner Arturo Altamiranda Vargas were arriving for work at the San Miguel banana plantation, they found that

a group of AUC paramilitaries was forcing the plantation's workers to show their identification papers. After demanding to see the identification of Robinson Enrique Altamirando Vargas and Asner Arturo Altamiranda Vargas as well, the paramilitaries murdered them with multiple gunshots.

2031. Soraida Padilla Florez is the wife and legal heir of Jose Luis Guette Montero and the mother of M.J.G.P. 1, born in 1995, and M.J.G.P. 2, born in 1998. M.J.G.P. 1 and M.J.G.P. 2 are the children and also are legal heirs of Jose Luis Guette Montero. Jose Luis Guette Montero was murdered on January 24, 2001 by AUC paramilitaries. At the time of his murder, Jose Luis Guette Montero was President of the Magdalena section of SINTRAINAGRO, the trade union representing Chiquita's banana workers. On the afternoon of January 24, 2001, Jose Luis Guette Montero left his office at the SINTRAINAGRO headquarters and walked towards his residence, accompanied by two other SINTRAINAGRO leaders. As the three passed a shopping center in downtown Cienaga, they were called by two armed paramilitaries aboard a motorcycle, who asked specifically for Jose Luis Guette Montero. Jose Luis Guette Montero approached the two paramilitaries to speak to them, as the other two union leaders continued to walk on. The two paramilitaries then immediately shot Jose Luis Guette Montero four times in the face and head, killing him instantly.

992

**Defendants**

2032. Defendant Chiquita is a multinational corporation, incorporated in New Jersey and headquartered in Cincinnati, Ohio. Defendant Chiquita engages in the business of producing, marketing, and distributing bananas and other fresh produce.  Defendant Chiquita is one of the largest banana producers in the world and a major supplier of bananas throughout Europe and North America, including within the District of Columbia.  Defendant Chiquita reported over $2.6 billion in revenue for calendar year 2003.

2033. Banadex was defendant Chiquita's wholly-owned subsidiary and alter ego in the Republic of Colombia.  Banadex produced bananas in the Urabá (Antioquia department) and Santa Marta (Magdalena department) regions of Colombia.  By 2003, Banadex was defendant Chiquita's most profitable banana-producing operation in the world.  In June of 2004, defendant Chiquita sold Banadex, in response to irrefutable evidence that it had been making payments, on behalf of Chiquita, to terrorist groups in Colombia.

2034. Although it no longer has a Colombian subsidiary, Chiquita remains one of the largest buyers of bananas in Colombia, purchasing bananas from Colombian companies at sea in the Gulf of Uraba and elsewhere.  Chiquita, and its

predecessor the United Fruit Company, has had a presence in Colombia for more than one hundred years.

2035. In its factual proffer to the Department of Justice, Chiquita listed ten individuals who were actively engaged in planning, approving, and implementing Chiquita's support for the AUC, but only identified them by pseudonyms (e.g., "Individual A"). Chiquita has therefore acknowledged that those individuals, Individuals A-J, actively participated in Chiquita's criminal and tortious conduct. In the words of the factual proffer, Chiquita's "payments to the AUC were reviewed and approved by senior executives of the corporation." Some of these individuals were also actively engaged in planning, approving, and implementing Chiquita's support for left-wing guerrilla groups. Although these pseudonym-bearing individuals were all named as defendants in early versions of the Complaint as David Does 1-10, Plaintiffs have discovered the true identities of some of them. Those individuals whose true identities remain unknown to Plaintiffs prior to discovery will continue to be included as David Does 5-10.

2036. Defendant Cyrus Freidheim (previously David Doe 1) was a high-ranking officer of Defendant Chiquita, described as "Individual A" in Criminal Case 07-CR-0555 (RCL) in the United States District Court for the District of Columbia. Defendant Freidheim was fully briefed about Chiquita's payments to

994

the AUC soon after taking over as CEO in 2002 and approved the payments. As described in the factual proffer, Defendant Freidheim's opinion regarding what to do about Chiquita's payments to the AUC was to "just let them sue us."

2037. Defendant Roderick Hills (previously David Doe 2) was a member of the board of directors of Defendant Chiquita, described as "Individual B" in Criminal Case 07-CR-0555 (RCL) in the United States District Court for the District of Columbia. Defendant Hills learned of Chiquita's payments to the AUC, at the latest, at an April 23, 2002 audit committee meeting. Defendant Hills approved the payments despite acknowledging that "we appear to [be] committing a felony." As described in the factual proffer, Defendant Hills' opinion regarding what to do about Chiquita's payments to the AUC was to "just let them sue us."

2038. Defendant Robert Olson (previously David Doe 3) was a high-ranking officer of Defendant Chiquita, described as "Individual C" in Criminal Case 07-CR-0555 (RCL) in the United States District Court for the District of Columbia. Defendant Olson learned about Chiquita's payments to left-wing guerrilla groups shortly after joining Chiquita in 1995. Defendant Olson learned about payments to convivirs, at the latest, in 1997. At the same time or not long after, Defendant Olson learned of the connection between the convivirs and the AUC. Defendant Olson approved the payments. As described in the factual proffer, Defendant

Olson's opinion regarding what to do about Chiquita's payments to the AUC was to "just let them sue us." Defendant Olson also reviewed and approved procedures for disguising payments made to the AUC.

2039. Defendant Robert Kistinger (previously David Doe 4) was a high-ranking officer of Defendant Chiquita, described as "Individual D" in Criminal Case 07-CR-0555 (RCL) in the United States District Court for the District of Columbia. In the late 1980s, Defendant Kistinger was part of a group of Chiquita executives that originally approved making payments to the FARC. Defendant Kistinger continued to approve payments to left-wing guerrilla groups well into the 1990s. Defendant Kistinger began approving payments to convivirs, at the latest, in 1997. At the same time or not long after, Defendant Kistinger learned of the connection between the convivirs and the AUC, yet continued to approve the payments. Defendant Kistinger initially viewed the AUC as the "good guys."

2040. David Doe 5 was a high-ranking officer of Defendant Chiquita, described as "Individual E" in Criminal Case 07-CR-0555 (RCL) in the United States District Court for the District of Columbia.

2041. David Doe 6 was a high-ranking officer of Banadex, described as "Individual F" in Criminal Case 07-CR-0555 (RCL) in the United States District Court for the District of Columbia.

2042. David Doe 7 was an employee of Banadex, described as "Individual G" in Criminal Case 07-CR-0555 (RCL) in the United States District Court for the District of Columbia.

2043. David Doe 8 was an employee of Defendant Chiquita, described as "Individual H" in Criminal Case 07-CR-0555 (RCL) in the United States District Court for the District of Columbia.

2044. David Doe 9 was an employee of Defendant Chiquita, described as "Individual I" in Criminal Case 07-CR-0555 (RCL) in the United States District Court for the District of Columbia.

2045. David Doe 10 was a high-ranking officer of Defendant Chiquita, described as "Individual J" in Criminal Case 07-CR-0555 (RCL) in the United States District Court for the District of Columbia.

2046. Plaintiffs have been unable to match some Chiquita employees, executives, and directors to the pseudonyms in the factual proffer, but have nonetheless identified certain ones who actively participated in Chiquita's criminal and tortious conduct.  Some of these individuals may very well be David Does 5-10, but Plaintiffs cannot confirm this until after discovery from the Defendants. These persons, now named as defendants, are the following:

2047. Defendant William Tsacalis held various finance and accounting positions at Chiquita.  Defendant Tsacalis knew about Chiquita's payments to left-wing guerrilla groups.  Defendant Tsacalis learned about payments to convivirs, at the latest, in 1997.  At the same time or not long after, Defendant Tsacalis learned of the connection between the convivirs and the AUC.  Defendant Tsacalis approved the payments.  Defendant Tsacalis also designed procedures for disguising payments made to the AUC.

2048. Defendant Steven Warshaw held various executive positions at Chiquita, including CEO, CFO, and COO, and was also a director for approximately five years.  Defendant Warshaw knew about Chiquita's payments to left-wing guerrilla groups.  Defendant Warshaw learned about payments to convivirs, at the latest, in 1997.  Defendant Warshaw learned of the connection between the convivirs and the AUC no later than 2000.  Defendant Warshaw approved the payments.

2049. Defendant Fernando Aguirre has been, since January 2004, Chief Executive Officer of Chiquita and, since May 2004, the Chairman of the Board.  When Defendant Aguirre began working for Chiquita, he was aware of the prior payments to the AUC.  In addition, Defendant Aguirre personally approved the last payments made to the AUC and he ratified all prior payments by engaging in

fraudulent concealment of the past payments until forced to admit the payments in signing the factual proffer on March 12, 2007 as part of the criminal case against Chiquita.

2050. Defendant Charles Keiser was the manager of Chiquita's operations in Colombia. Defendant Keiser personally met with the leaders of the AUC and planned with the AUC the system of using convivirs to hide Chiquita's payments to the AUC. Later, when the convivir system could no longer be used, Defendant Keiser arranged for cash payments to be made to the AUC using his own accounts. Defendant Keiser regularly reported his activities with the AUC to Chiquita.

2051. The individuals referenced in paragraphs 2036-2039 and 2047-2050 and now named as defendants in this action are hereinafter referenced as the "Individual Defendants."

2052. Some of the Individual Defendants took actions in furtherance of Defendants' arrangement with the AUC while in Washington, D.C.

2053. On April 24, 2003, Defendants Hills and Olson (along with D.C.-based outside counsel for Chiquita) met with high-level officials from the U.S. Department of Justice ("DOJ").  Wanting to continue making payments to the AUC, Defendants Hills and Olson misrepresented the law and facts to the DOJ officials.  Defendant Olson claimed that the law did not require Chiquita to stop

making the payments.  Defendant Hills claimed that enforcement of the law would result in a mass exodus of U.S. companies from Colombia.  Both of these statements were false.

2054. According to Chiquita's factual proffer, the DOJ officials told Defendants Hills and Olson at the April 24 meeting that the "payments to the AUC were illegal and could not continue."  Nonetheless, after the meeting, Defendant Hills took the position that DOJ understood that the payments would have to continue.  Defendant Olson, similarly, took the position after the meeting that the DOJ was not prohibiting future payments and was actually condoning the payments pending review.  Defendants Hills and Olson thus took positions directly opposed to Chiquita's binding admission that DOJ officials said that the "payments to the AUC were illegal and could not continue."

2055. On April 30, 2003, Defendants Olson and Hills attended an audit committee meeting.  Although the DOJ's position was that the "payments to the AUC were illegal and could not continue," the audit committee tacitly approved continuing the illegal payments, as payments to the AUC continued after the April 30 meeting.

2056. Prior to and in preparation for the April 24, 2003 disclosure to DOJ, at least Defendant Olson had frequent contacts with Chiquita's D.C.-based outside

counsel.  For example, Defendant Olson authorized outside counsel to make an anonymous disclosure to the DOJ on April 2, 2003.  In addition, Defendant Olson pressured outside counsel to change its advice that Chiquita could not continue making the payments.

## IV. FACTUAL ALLEGATIONS

### A. The Colombian Conflict and Paramilitary Terrorist Organizations

2057. In the early 1980s, Colombia saw a vast expansion in trade in illegal drugs, particularly cocaine. An emerging class of drug barons, with the cooperation and facilitation of the Colombian government, began to create private armies to combat left-wing guerrilla forces, including the FARC and the ELN, who were engaged in terrorist activities such as extortion, kidnappings, and assassinations. Despite their ties to private individuals, the paramilitaries were a key part of the Colombian state strategy to combat the guerilla insurgency from their inception.

2058. In 1981, the Medellin drug cartel created a death squad, *Muerte a Secuestradores* (ADeath to Kidnappers@) that targeted guerillas for elimination and adopted brutal, terrorist tactics. As the 1980s progressed, paramilitaries maintained links with drug barons, large landowners, industrialists, and bankers who funded them, although in some cases they achieved some autonomy in their violent activities.  This drug war and the escalation of violence provoked President Barco

to issue the Decree 1194 of 1989 (adopted as permanent legislation by Decree 2266 of 1991), which criminalized membership in a paramilitary group or the provision of any support to such groups, including funding, training, or providing them with arms.

2059. By the mid 1990s, paramilitary groups had achieved a substantial degree of independence from their creators due to their increased participation in, and benefit from, drug trafficking, and had become a major force in the fight against the guerillas. The largest and most well-organized paramilitary group in Colombia was the Rural Self-Defense Group of Córdoba and Urabá (*Autodefensas Campesinas de Córdoba and Urabá*, or ACCU). The organization featured a central command that coordinated the activities of local fronts. Both mobile and stationary units existed, and fighters received a base salary plus food, uniforms, weapons, and munitions. The commander-in-chief of the ACCU was Carlos Castaño, a long-time paramilitary fighter with family ties to the drug trade. In 1994, Castaño and the ACCU sponsored a summit of the Self-Defense Groups of Colombia, bringing together regional paramilitaries from across the country. This summit led to the formation of the AUC, a national federation uniting Colombia=s regional paramilitaries under Castaño=s leadership.

2060. The AUC grew rapidly in size during the late 1990s and into the twenty-first century. In 1997, it comprised roughly 4,000 combatants. By 2001, Castaño claimed to have 11,000 members, though government estimates put the number somewhere between 8,000 and 9,000. By 2002, AUC forces were present in nearly the whole of Colombia. AUC leaders claimed before the demobilization process beginning in 2004, the organization comprised as many as 17,000 armed fighters and 10,000 other associates, including informants, cooks, drivers, and computer technicians.

2061. Despite their officially illegal status, the AUC and other paramilitary groups in fact collaborated closely with the Colombian government and were used by the government to oppose anti-government guerilla groups like the FARC. See *infra* &&2079-2100.  The efforts of the AUC were directed toward the elimination of any alleged guerrilla sympathizer who opposed or complicated the paramilitaries= control of territory or population in the area in which they exerted their power, or threatened their allies B including the government and the banana companies. The AUC=s primary method was terrorism against individuals or communities. To this end, the AUC, like the ACCU before it, routinely engaged in death threats, extrajudicial killings, attacks on civilan populations, torture, rape, kidnapping, forced disappearances, and looting.

2062. While the AUC periodically engaged in direct combat with armed guerrilla forces, the vast majority of its victims were civilians.  The AUC claimed that it was justified in targeting civilians with no known ties to guerrillas because guerrilla groups required the logistical support of local towns in order to operate in the region. They sought to intimidate and coerce the civilians from providing any support to the guerrillas. Inhabitants of small towns in contested rural areas were particularly vulnerable to AUC attack. AUC violence has often caused entire communities to disperse, either due to threats of an impending massacre or in the wake of such massacres and the looting and destruction that commonly accompanied them.

2063. The AUC also targeted anyone considered to share the guerrillas= leftist ideology, such as teachers, community leaders, trade unionists, human rights defenders, religious workers, and leftist politicians.  These groups were also seen as problem groups by the banana companies.  The AUC also eliminated anyone considered socially undesirable, including indigenous persons, people with psychological problems, drug addicts, prostitutes, and suspected petty criminals. (HRW, *War Without Quarter: Colombia and International Humanitarian Law*).

2064. The abuses of the AUC and its constituent groups, including the ACCU, covered a large area, affected a large population, and were carried out

according to a systematic and well-coordinated plan between the government, the paramilitaries, and the companies that financed them.   The ACCU operated throughout the banana-growing region of Urabá, as well as in other parts of Colombia.   On many occasions from at least 1994 through 2004 they carried out multiple executions or mass-killings of civilians. From its founding, the AUC=s activities and abuses have been carried out under the direction of a central command.

2065. The AUC and its constituent groups, including the ACCU, have, at least since 1994, been participating in an internal armed conflict in Colombia B a conflict in which the paramilitaries are fighting on behalf of the government against guerilla forces.

2066. The AUC operated two blocs in Urabá, the Banana Bloc and the Elmer Cardenas Bloc. While there had been paramilitaries under the control of the Castaño family in Urabá since the 1980s, the Banana Bloc was formally created in Urabá in 1994. Ever Veloza García B a.k.a. AH.H. @ B was selected as one of the first commanders.  In later years, the Banana Bloc operated through two fronts: the Turbo Front in Northern Urabá under the command of H.H., and the Banana Front in the south, led by Raúl Hasbún.  The Elmer Cardenas Bloc began as a private defense group that united with the AUC in 1995.  It was commanded by Freddy

Rendón Herrera Β a.k.a. ΑEl Alemán@ Β and Elmer Cárdenas until Cárdenas was killed by the guerrillas in 1997.  The Elmer Cardenas Bloc also received men, training, and assistance from the Banana Bloc.  Both blocs received funding from the banana companies directly or through the Convivir Papagayo, which is more fully described *infra* &&2071-2078.

2067. The AUC also set up a force in the banana zone of Magdalena, the William Rivas Front, which was part of the AUC=s Northern Bloc under the command of Rodrigo Tovar Pupo, alias ΑJorge 40.@ For most of the relevant time periods of this case, the William Rivas Front was under the command of Jose Gregorio Mangones Lugo, alias ΑCarlos Tijeras.@

2068. The Αbanana zone@ that was under the control of the William Rivas Front in Magdalena included the municipalities of Pueblo Viejo, Cienaga, Zona Bananera, Aracataca, El Reten, and Fundacion, all in the northern part of the province.

2069. Mangones is now in the custody of the Colombian government and is in the process of testifying in the Justice and Peace process.  He has stated that the main industry in the banana zone of Magdalena was banana production, and, accordingly, one of the main functions of the William Rivas Front was to work

with the banana plantations to drive the FARC and other guerillas out of the banana region and to pacify the towns where the FARC had been successful.

2070. According to Mangones, the two primary supporters of the William Rivas Front were Chiquita and Dole Foods. These companies alone provided on a monthly basis 80-90% of the operating funds for the William Rivas Front, and both companies generally provided about an equal amount.

## B. The Creation of *Convivir* to Legitimize the Paramilitaries

2071. Although paramilitarism had been declared illegal in Colombia, the Colombian government created a new legal mechanism to provide cover and a legitimate avenue of funding for fund the AUC in 1994 through Chapter 5 of Decree 356.  Paramilitaries could easily reorganize and continue operating under this Chapter, which allowed private groups to provide for ASpecial Vigilance and Private Security Services.@   These security groups, known commonly by their Spanish-language acronym ACONVIVIR,@ were comprised of civilians who received permission from the government for a license to Aprovide their own security. . . in areas of high risk or in the public interest, which requires a high level of security.@   *Convivir* were permitted to use arms that were otherwise restricted to use by the military.  Defense Ministry, Decree 356, República de

Colombia, February 11, 1994, pp. 19- 20; and Resolution 368 of the Superintendencia de Vigilancia y Seguridad Privada, April 27, 1995 (giving the name *convivir* to the security groups).

2072. The *convivir* units in Urabá were fronts for the AUC from their inception.  Many were directed and populated by known paramilitaries; this was common knowledge in the region.   H.H. has remarked, ALet us not deceive ourselves: all the *convivir* were ours.@ The 17th Brigade of the Colombian Armed Forces, which was infamous for its close collaboration with the paramilitaries in Urabá, was given the authority to select members of the *convivir* in Urabá.  *See infra* &&2085-86, 2091-99 (describing the close collaboration between the 17th Brigade and the paramilitaries).

2073. Álvaro Uribe, who is now the President of Colombia, but who was governor of Antioquia at the time of the creation of the *convivir*, provided for the funding, arming, and funneling of information to the *convivir*, thereby facilitating the sharing of such funds, arms, and information with the AUC.  Uribe saw the *convivir* units as Aan actor that collaborates with the military and the prosecutor, with very serious and effective security units in the banana plantations.@  Uribe expected the *convivir* groups to fight the guerrillas alongside the military or sometimes on their own before the troops could arrive.  He justified arming these

groups with long-range weapons after noting that their revolvers and smaller weapons were insufficient to combat the guerrillas.

2074. The main architect of the *convivir* system in Urabá was Raúl Hasbún, a banana plantation owner, who approached Uribe in 1997 with the intention of creating a *convivir* in Urabá. Hasbún became an intermediary between the companies and the AUC, and eventually became commander of the AUC=s Banana Bloc. The paramilitaries saw the *convivir* as the perfect opportunity to legalize the payments of the banana companies to the paramilitaries. Urabá eventually had twelve *convivir* units.

2075. Raúl Hasbún=s main collaborator with the banana companies was Charles Keiser, the manager for Chiquita in Colombia. Keiser provided direct advice, assistance and support to the creation of the *convivir* system.

2076. The *convivir* units in Urabá facilitated communication and collaboration between the government and paramilitaries. The twelve units functioned as a network and sent intelligence information to both the military and paramilitary commanders such as Hasbún. The military and paramilitaries would both respond to information detailing the location of guerrillas, but often the military would allow the paramilitaries to execute the operations, as they had better resources.

2077. One unit, the *Convivir* Papagayo, received payments from Chiquita and other banana companies and passed the money on to the AUC.  The banana companies characterized the payments as security services, but all the banana companies knew that these payments were going to the AUC in order to kill workers and other civilians.

2078. In 1997, the Colombian Constitutional Court affirmed the legality of the *convivir* system but prohibited them from carrying restricted arms or conducting intelligence work.  Many *convivir* units were dismantled as they did not have a function once these measures were implemented.  The *Convivir* Papagayo was one of only two *convivir* units that remained, allowing it to continue facilitating the payments from the banana companies to the AUC.   Arnulfo Peñuela, the former director of the *Convivir* Papagayo and former mayor of Carepa, is being prosecuted for ties to the AUC.

**C.  The AUC Acted Under Color of Authority of the Colombian Government in Committing the Acts Alleged Herein.**

*The AUC and other paramilitary groups were founded with the cooperation of the Colombian Government, and were assigned by the Government to combat left-wing guerillas through methods including using criminal violence against civilians and unions.*

2079. The Colombian security forces tolerated and collaborated with the AUC in committing attacks on civilian populations, extra-judicial killings,

murders, disappearances, forced displacements, threats and intimidation, including but not limited to the deaths and injuries of the plaintiff sued for herein. As part of the Colombian government=s strategy for defeating the left-wing insurgency, high officials in the Colombian civilian government and the Colombian military collaborated with and orchestrated attacks on civilian populations, extra-judicial killings, murders, disappearances, forced displacements, threats and intimidation against persons including the plaintiffs= decedents.

2080. According to AUC leader Salvatore Mancuso, in testimony provided on May 15-17, 2007, paramilitarism was State policy in the Republic of Colombia. The Colombian military was not able to effectively address the uprising of the FARC, so the Colombian government facilitated the creation and funding of the AUC with the aim of using this unofficial force to defeat the FARC. As Colonel Mejía, former commander of the Colombian Army's Popa Battalion, said, Athe Colombian military felt itself bound to the Geneva Conventions. The AUC was not.@

2081. Colonel Mejia is now facing charges in Colombia of collaborating with the AUC, and most famously, for dressing up civilians murdered by the AUC in military clothing so that they could be passed off as guerilla fighters, rather than

innocent victims of AUC brutality. This practice, called Alegalizing,@ was commonly done by the Colombian military.

2082. The overall policy of strengthening the paramilitaries was first developed in Urabá in 1995 to 1997, and then exported to the rest of the country, particularly to the banana regions of Magdalena.

2083. As a result of this interdependence, longstanding and pervasive ties have existed between the paramilitaries and official Colombian security forces, which include the Colombian Armed Forces and the Colombian National Police, since the inception of the paramilitaries in the 1980s. In the 1980s, paramilitaries were partially organized and armed by the Colombian military and participated in campaigns of the official armed forces against guerilla insurgents. Paramilitary forces included active-duty and retired army and police personnel among their members. Although a 1989 government decree established criminal penalties for providing assistance to paramilitaries, the continued existence of military/paramilitary ties has been documented by Colombian non-governmental organizations, international human rights groups, the U.S. State Department, the Office of the U.N. High Commissioner for Human Rights, and the Colombian Attorney General's office. Cooperation with paramilitaries has been demonstrated in half of Colombia's eighteen brigade-level Army units, spread across all of the

Army's regional divisions. Such cooperation is so pervasive that the paramilitaries are referred to by many in Colombia as the ASixth Division,@ in addition to the five official divisions of the Colombian Army.

2084. To date, based on outside political pressure, Colombian authorities have charged numerous members of Colombia=s Congress, seven former Senators, the head of the secret police, mayors and former governors with illegally collaborating with paramilitaries. According to testimony of Salvatore Mancuso, two current ministers in the present Uribe government, Vice President Francisco Santos and Defense Minister Juan Manuel Santos, met and collaborated with paramilitaries like Salvatore Mancuso, and plotted to extend the paramilitary model to Bogotá. Senior officers in the Colombian military, including but not limited to former Military Forces Commanders Major General Manuel Bonett, General Harold Bedoya, Vice Admiral Rodrigo Quinones, Gen. Jaime Uscategui; Gen. Rito Alejo Del Rio, General Mario Montoya, Colonel Danilo Gonzalez, Major Walter Fratinni and Defense Minister Juan Manuel Santos, collaborated with, facilitated, aided and abetted the AUC in the commission of various attacks on civilian populations, extrajudicial killings and other atrocities against civilians, including the Plaintiffs, and/or gave tacit support to and acquiescence in their activities.  General Montoya was linked to Diego Murillo, the former leader of an

1013

AUC affiliated paramilitary group in Medellin. The presence in the military of high ranking staff officers known to have close ties to the AUC and other paramilitaries was widely regarded within the army as official tolerance for the paramilitaries.

2085. Boundaries between the AUC and the military at times were amorphous, as some paramilitary members were former police or army members, while some active-duty military members moonlighted as paramilitary members and became thoroughly integrated into the groups. Paramilitary leaders noted that Colombian security forces in Urabá allowed members of the AUC to serve as proxies in their pursuit of guerrilla forces, largely due to the military=s operative incapacity to defeat the guerrillas on its own. As outside organizations placed increasing pressure and scrutiny upon the military to improve its human rights record, military leaders decided to leave much of their Adirty work@ B brutal violence against civilians and suspected paramilitaries in violation of Colombian and international law B to the paramilitaries.

2086. Colombian security forces in Urabá and Magdalena B with the knowledge and collaboration of high-level officials in the national government B have therefore habitually tolerated the presence of the AUC, willfully failed to prevent or interrupt their crimes, actively conspired with them, and coordinated activities with them. Documented examples include:

- Allowing paramilitaries to establish permanent bases and checkpoints without  interference, often within short distance of military bases for mutual support;

- Failing to carry out arrest warrants for paramilitary leaders, who move about the country freely;

- Withdrawing security forces from villages deemed sympathetic to guerrillas, leaving them vulnerable to attack by paramilitaries;

- Failing to intervene to stop ongoing attacks on civilian populations occurring over a period of days;

- Sharing intelligence, including the names of suspect guerilla collaborators;

- Sharing vehicles, including army trucks used to transport paramilitary fighters;

- Supplying weapons and munitions;

- Allowing passage through roadblocks;

- Providing support with helicopters and medical aid;

- Communicating via radio, cellular telephones, and beepers;

- Sharing members, including active-duty soldiers serving in paramilitary units and paramilitary commanders lodging on military bases; and

- Planning and carrying out joint operations.

2087. Accordingly, from late 1996 on, the AUC became a major combatant in Colombia=s civil conflict with the FARC. In most of the rural areas where the FARC had its strongholds, the Colombian military had ceded military operations to the AUC. By 2001, the conflict between the AUC and the FARC had become a notorious exchange of atrocities. The AUC, using tactics of terror on civilians living in and around areas that had been under FARC control, assumed that these innocents were sympathetic to the FARC and systematically murdered thousands of them.

*The AUC consistently operated in Urabá and Magdalena with the cooperation, coordination, and assistance of the Colombian Government when attacking civilians.*

2088. It was in Urabá that a model of collaboration between the paramilitary and the government was developed and perfected.   An alliance was formed between politicians, active military units, multinational companies, businessmen, and paramilitaries in order to impose a regime of terror and consolidate a new form of governance, which would wrest control of the countryside back from the leftist guerillas who had captured many municipalities and were extorting businessmen and landowners. The first paramilitary groups to operate in Urabá in a systematic and continuous manner received special military training.

1016

2089. When the government or the military was not able to legally arrest or attack civilians, they would delegate the task to the AUC or to *convivir* associated with the paramilitaries to act on their behalf.  According to both H.H. and Raúl Hasbún, both paramilitary commanders in Urabá, the military gave the AUC lists of people to kill when they felt impotent to fight the guerillas themselves legally and constitutionally, or when they could not arrest and try them for any crime.

2090. In addition to violently attacking civilians, the paramilitary performed other functions for the military in its war against the guerillas.  For example, according to a report of the Inter-American Commission,  the military would arrive in advance of the paramilitaries to tell people to abandon their land; paramilitaries would soon follow to enforce the orders.  In 2001, the paramilitaries carried out a food blockade in Urabá that severely affected the civilian population in an effort to Adecrease the military capacity of the enemy.@

2091. The AUC in Urabá consistently ran joint operations with the military. The 17th Brigade of the Colombian Army, located in the Urabá region, and the 4th Brigade, sister unit to the 17th Brigade operating in the Medellin region, were especially active in their support of and involvement in paramilitaries, which include engaging in joint operations.  For example, the Elmer Cardenas Bloc of the

AUC received logistical support and transportation from the 17th Brigade and other units of the Colombian army and conducted joint operations.

2092.  General Rito Alejo del Río Rojas, the commander of the 17th Brigade from 1995-96 who was responsible for military operations in Urabá, was notorious for his collaboration and collusion with paramilitaries in the region.  H.H. has described General Del Río as one of the most important factors in allowing the expansion of paramilitarism in Urabá, because of the cooperation and support he gave the AUC in the regions where the 17th Brigade operated and elsewhere.  General del Río was known as the Afather of the paramilitaries@ because he gave them uniforms and military training.

2093. General del Río is currently in custody on a military base in Bogota and is on trial for his collaboration with the AUC.  He is accused of conspiracy to murder and perjury in relation to a previous investigation of General del Río in which he was accused of ordering his men to patrol alongside the AUC, and for presenting civilians murdered by the AUC as guerrillas killed in combat.  The prior investigation was dismissed.  H.H. has testified that he twice witnessed Del Río meeting with the founder and national commander of the AUC, Carlos Castaño.  Salvatore Mancuso, who succeeded Castaño as national commander, testified that

Del Río met with him and other commanders to coordinate the paramilitaries' expansion throughout northern Colombia.

2094. AUC paramilitaries could enter and leave the 17th Brigade=s headquarters at will, with the knowledge and permission of General del Río.  In one instance, H.H. discovered that a criminal the AUC was searching for was being held at the Brigade headquarters; he and others from the AUC went to the 17th Brigade, picked up the prisoner, transported him to the port at Turbo using a military van, and murdered him. Salvatore Mancuso reported a similar story. Furthermore, on his visits to the 17th Brigade B during which he often planned joint operations with General del Río and then-Captain Bayron Carvajal, H.H. was consistently allowed to recruit soldiers for the AUC.

2095. General del Río=s role in promoting and supporting paramilitarism was not merely the work of a single rogue military officer; rather it was part of the Colombian government=s strategy to fight the guerillas.  Many other army brigades had similar relationships with paramilitaries, including the 11th Brigade. Gloria Cuartas, then the mayor of Apartadó, and others complained repeatedly to the General=s superiors about his collusion with paramilitaries, but their complaints were ignored. Colonel Carlos Alfonso Velasquez Romero, a 17th Brigade officer, was investigated and discharged on the order of Army

Commander Harold Bedoya when he tried to report on the close paramilitary association of the General and the 17th Brigade.  And when a former soldier in the 17th Brigade=s Battalion Voltigeros supplied license plate numbers and photographs of paramilitaries, as well as a description of the base most frequented by Carlos Castaño, the information was ignored.  The collusion of the Urabá Police under the command of Colonel Anatolio Correa Figueroa and Colonel Santiago Parra Rubiano ensured that no complaints against the AUC or their military collaborators ever resulted in investigations or prosecution.

2096. In October 1997 members of the Army=s Fourth Brigade reportedly established a perimeter around the village of El Aro, in Antioquia.  While the Army prevented entry and escape, members of the AUC entered the village and over a period of five days executed at least eleven people, burned most of the houses, looted stores, and destroyed pipes that fed the homes potable water.  Upon leaving the village, the paramilitaries forcibly disappeared over thirty more people and compelled most of the residents to flee.  In 1998, numerous members of Colombia=s security forces, including members of the 17th Brigade and local police forces, were arrested and charged with various crimes related to their involvement with certain AUC activities, including the sponsorship and formation of illegal paramilitary groups, conspiracy and homicide.

2097. In September 2000, General del Río met with Carlos Castaño, Salvatore Mancuso, and several other AUC leaders at a hacienda in Necocli, north of Apartadó.  Only a few days later, a group of sixty paramilitaries left the same ranch for Tierraltas, where they killed a large number of peasants who had been identified as guerrilla sympathizers by an ᴀinformant.@

2098. On February 19, 2000, the AUC selectively assassinated five banana workers in the ᴀpeace community@ of San Jose de Apartadó, in Urabá, and reports indicated that members of the 17th Brigade were direct participants in the attack.

2099. When asked to rank their collaboration between the AUC and the Colombian military on a scale of one to 10, H.H. rated it as a 10, specifically citing the helpfulness of General del Río and Colonel Carvajal.

2100. This model of collaboration between the paramilitaries, the companies, and the government was so successful in Urabá that Raúl Hasbún explained it to Jorge 40, commander of the AUC in Magdalena, so he could implement it in that region.

2101. Following the collaboration of Raúl Hasbún with Jorge 40, the AUC first created and then strengthened the William Rivas Front in Magdalena, which by 2002, was fully operational in Magdalena and was functioning precisely along the lines of the AUC model in Urabá. Prior to this, the AUC in Urabá dealt with

the banana companies in Magdalena. Once Carlos Tijeras was in full charge of the William Rivas Front, the AUC=s responsibilities in the banana zone of Magdalena were transferred to him.

***The AUC took on numerous State functions in Urabá and Magdalena, including the maintenance of security and order, the disposition of personal and commercial disputes, the provision and regulation of social services, and the imposition of social rules.***

2102. The AUC was the *de facto* government of Uraba and Magdalena, as well as other regions of Colombia. It was particularly strong in the areas where banana were grown.

2103. The paramilitaries were like a state in these areas, so the companies paid taxes in order to assure their protection and their investments. This reality generated the adage common to the areas where the paramilitaries operated, particularly in the banana areas of  Urabá and Magdalena that Ahere paramilitaries and the State are the same thing.@   It was the paramilitaries who would receive complaints from the locals regarding criminal activity or conflicts with neighbors; and it was they who dispensed their brutal brand of justice in response.

2104. The AUC was not only in charge of order and tax collections in Urabá and Magdalena.  Similarly to an established government, they dispensed justice in disputes between individuals, punished criminals, and became involved in social issues.   The paramilitary organization=s involvement in residents= daily lives

1022

reached the extent of intervention in domestic issues, disputes between neighbors, collection of debts, and truancy from school.

2105. The AUC was even able to control the roads; they shut down five kilometers of the Pan-American Highway several times in order to use it as a runway for planes arriving with weapons and ammunition and exporting drugs.

**D. The Banana Industry and in Urabá and Magdalena.**

2106. Urabá is a region located in the northeast corner of Colombia and South America.  Before the 1960s, the region was lightly populated, mostly by indigenous communities, and remained isolated from the central government.  The banana-growing area of Urabá is located within the Department of Antioquia.  The United Fruit Company, the predecessor to Chiquita, expanded to the Urabá region in the early 1960s and created a Colombian subsidiary, Banadex, which produced about ten percent of the region=s bananas.  On a parallel track, the banana industry also began production in the coastal areas of Magdalena near the towns of Santa Marta and Cienaga. Many workers migrated to these areas as the banana industry grew.

2107. Workers faced harsh living and working conditions on the banana farms in the 1960s and 1970s.  The industry=s first unions, Sintrabanano and

Sintagro, were founded in the 1960s and 1970s. However, the banana growers maintained control by killing and firing any organized workers. The army occupied banana plantations and assisted banana growers by arresting union leaders or forcing laborers to work during strikes.

2108. Two anti-government guerilla groups, the FARC and the EPL, became active in the banana areas as a result of the labor struggles in the 1980s. The FARC took control of Sintrabanano and EPL infiltrated Sintagro. The guerrillas forced the banana companies to accept unions and negotiate with the workers. By 1985, the two guerrilla groups began competing for workers to join their unions in order to gain more territorial control, forming mutually opposed AEPL farms@ and AFARC farms.@ In 1988, however, they agreed to unite under the combined Sintrainagro union in 1988; by the end of 1989, they had achieved wage increases and managed to call attention to the problem of poor housing conditions.

2109. The success of the unions was accompanied by increased paramilitary violence, and many unionists were murdered during strikes and attempted negotiations. Sintrainagro lost many members in the violence, including some of its most active and radical leaders. This precipitated a new split in Sintrainagro. EPL leaders in the union believed that the only way to save the union was to

1024

associate with the paramilitaries. Many EPL guerrillas demobilized in 1991, forming a new EPL party and signing a Asocial pact@ with the banana growers and Sintrainagro to collaborate on regional development. Banana growers provided 23 million pesos for the reinsertion process. The paramilitaries encouraged Sintrainagro=s alignment with the banana growers and paramilitaries by killing any outspoken leaders advocating for workers= rights. FARC, in turn, massacred many of the demobilized EPL guerrillas to discourage their alignment with the banana growers.

2110. After the formation of the ACCU's Banana Bloc in 1994, the intra-union violence increased. The paramilitaries took advantage of the internal battle between guerilla forces, working with the government in the final EPL reinsertions and in the process convincing many demobilized EPL guerrillas to join their side and continue fighting the FARC. The war intensified, as government forces and their paramilitary allies used increased violence against the FARC and any suspected guerrilla sympathizers. As Carlos Castaño boasted, by the late 1990s the AUC achieved their goals of expelling the FARC from Urabá and suppressing the unions, such that no strikes occurred on the banana plantations.

2111. Urabá was also used by the paramilitaries and guerrillas for their drug and arms trade. The location of Urabá and its isolation from the central

government made Urabá a strategic location for such illicit markets, and therefore Urabá was an important location for the success of both the guerrillas and paramilitaries, both of whom participated in the illicit trade in drugs and arms.

2112. A similar process of the AUC taking over the banana unions in Magdalena occurred in the early 2000's. Carlos Tijeras testified in the Justice and Peace process that Sintranagro, the main union for banana workers in Magdalena, was an aggressive, leftist union that he believed was sympathetic to the FARC. He personally directed the execution of Sintranagro=s President, Jose Guette Montero. On January 24, 2001, in Cienaga, near the Olympic supermarket, between 17th Street and 18th Street, men working with Carlos Tijeras shot Jose Guette Montero and killed him. Tijeras then installed Robinson Olivero as President of the union, and to this day, the leaders of Sintranagro are people the AUC has approved.

### E. Chiquita=s Support of the FARC, the ELN, and other guerrilla groups

2113. Chiquita provided material support, including money, to the FARC, ELN, and other left-wing Colombian guerrilla groups (collectively, ALeft-Wing Guerrilla Groups@). This section describes Awhen these payments were made, the size, frequency, or form of the payments, how the [Left-Wing Guerrilla Groups]

used the funds [and how] the payments were related in any way to the offenses alleged in the complaint.@  June 3, 2011 Opinion and Order at 92.

2114. As to Awhen these payments were made,@ Chiquita made payments to Left-Wing Guerrilla Groups beginning as early as 1987 (but no later than 1989) and continuing until at least 1997. Chiquita thus made payments to Left-Wing Guerrilla Groups during at least a 9-year period.

2115. As to the Asize@ of the payments, it has been confirmed that Chiquita made payments to Left-Wing Guerrilla Groups totaling approximately $100,000 to $200,000 annually. Given the extraordinary measures Chiquita took to conceal those payments, the true annual totals may be significantly higher.

2116. As to the Afrequency@ of the payments, Chiquita made regular payments, often on a monthly basis, to Left-Wing Guerrilla Groups. The Special Litigation Committee of Chiquita=s Board of Directors concluded that Chiquita made such payments on a Amore or less regular basis.@

2117. As to the Aform@ of the payments, Chiquita made most, if not all, payments to Left-Wing Guerrilla Groups in cash. Most, if not all, payments were made through intermediaries, such as outside lawyers, so-called security consultants like Rene Osorio, or industry groups like AUGURA. Many payments were the result of formal, negotiated agreements with Left-Wing Guerrilla Groups.

1027

Those agreements specified terms such as the amount of each payment and the duration of the agreement. Chiquita also designed special accounting procedures for the payments to conceal their true nature.

2118. As to Ahow the [Left-Wing Guerrilla Groups] used the funds,@ the funds were used to arm and equip Left-Wing Guerrilla Groups. As the United States has stated, AChiquita=s money [to terrorists, including Left-Wing Guerrilla Groups,] helped buy weapons and ammunition used to kill innocent victims of terrorism.@

2119. As to how Athe payments were related in any way to the offenses alleged in the complaint,@ Chiquita=s payments to Left-Wing Guerrilla Groups relate to the offenses in several ways.

2120. First, Chiquita=s financial support was, in the words of the United States, converted into Aweapons and ammunition used to kill innocent victims of terrorism.@

2121. Second, Chiquita paid Left-Wing Guerrilla Groups for their violent security services.

2122. As one internal Chiquita document states, Athe Guerilla Groups are used to supply security personnel at the various farms.@

1028

2123. Even before beginning to pay Left-Wing Guerrilla Groups for security, Chiquita was well aware of those groups= violent tactics.  As the Special Litigation Committee concluded, before beginning to make payments to Left-Wing Guerrilla Groups, ABanadex and Chiquita personnel were already well aware of the widespread violence committed by guerrilla groups such as the FARC and the ELN.@

2124. Chiquita thus hired Left-Wing Guerrilla Groups as security for its farms knowing that its security would engage in Awidespread violence.@

2125. Third, Chiquita paid Left-Wing Guerrilla Groups for their violent assistance in suppressing labor unions.

2126. As discussed in paragraphs 2108 to 2110, banana companies in Colombia worked with the paramilitaries and one of the Left-Wing Guerrilla Groups, the EPL, to violently suppress union activity.

2127. An internal Chiquita document acknowledged this collaboration, stating that the AEPL helped us out a lot with labor union issue.@

2128. Fourth, Chiquita, year after year, voluntarily decided to remain in Colombia and continue its collaborative relationship with Left-Wing Guerrilla Groups.

2129. Chiquita=s payments were not the result of duress.

2130. At all relevant times, Chiquita could have left Colombia, ending its relationship with Left-Wing Guerrilla Groups, but instead made the conscious decision to stay in Colombia.

2131. Alternatively, at all relevant times, Chiquita could have stopped making the payments to Left-Wing Guerrilla Groups and still continue its operations in Colombia, as it did in or around 1997.

2132. In summary, Chiquita paid Left-Wing Guerrilla Groups substantial sums on a regular basis over the course of at least 9 years, enabling those groups to arm and equip themselves and resulting in the murders of innocent civilians. Chiquita made its payments intending that Left-Wing Guerrilla Groups would continue in their violent ways, thereby improving the security of Chiquita=s operations and suppressing the union activity, both of which protected Chiquita=s profits.

2133. Taken together, the allegations in paragraphs 2113 to 2132 demonstrate that Chiquita paid Left-Wing Guerrilla Groups with the purpose or intent to further their violence, including the widespread torture and murder of innocent civilians.

2134. Chiquita=s payments to Left-Wing Guerrilla Groups stopped and its payments to the AUC began around the same time.

2135. Chiquita switched sides in the Colombian armed conflict once it had assisted the AUC in its formation and financing, and once the AUC could mount a successful attack on the Left-Wing Guerilla Groups and drive them out of the banana region.  This made business sense for Chiquita, as the AUC could provide Chiquita with the same violent services that Left-Wing Guerrilla Groups previously provided while at the same time attack the FARC, which, once an ally, was becoming a growing threat to Chiquita's profitability.  It also made business sense because Chiquita had lost its ability to control and direct the Left-Wing Guerilla Groups.  Further, once the AUC provided an alternative, Chiquita switched sides because it was ideologically aligned with the leaders of the AUC.

**F. Chiquita=s Support of the AUC**

2136. Chiquita, as the successor to the United Fruit Company and the United Brands Company, has been involved in the production and exportation of produce from Central and South American nations, including Colombia, for over a century. At all relevant times, Chiquita produced bananas in the Urabá and Magdalena regions of Colombia.

2137. From the early 1990s until at least 1997, Chiquita provided material support, including money, to terrorist organizations such as the ACCU and other

predecessors of the AUC. Chiquita also provided material support to the FARC and other Left-Wing Guerrilla Groups in this time frame.

2138. Chiquita=s assistance helped the paramilitaries to consolidate as a decisive actor in the political, military, and social terrain of the banana region. In exchange for its financial support to the AUC, Chiquita was able to operate in an environment in which labor and community opposition to their operations and policies was suppressed.

### *Chiquita=s Payments to the AUC*

2139. From 1995 until at least February 2004, Chiquita provided material support to the AUC in Urabá and Magdalena. By 1997, the AUC effectively controlled large swathes of territory B particularly in the towns and urban areas B as well as exerting influence in institutions such as labor organizations and local governments in these regions.

2140. In 1995 and 1996, Chiquita made payments to the ACCU's Banana Bloc.

2141. Chiquita paid the AUC nearly every month during the period 1997B2004, making over one hundred payments to the AUC totaling over $1.7 million. During those years, the AUC killed 3,778 people in the banana areas and displaced approximately 60,000 in its war on the guerillas.

2142. Chiquita=s payments to the AUC were reviewed and approved by senior executives of the corporation, including high-ranking officers, directors, and employees, such as the Individual Defendants. Chiquita=s senior executives, including the Individual Defendants, knew that the corporation was paying the AUC and that the AUC was a violent, paramilitary organization led by Carlos Castaño.

2143. Some of Chiquita=s payments were made directly to the AUC or to front organizations like the *Convivir* Papagayo. Chiquita concealed the nature of these payments by were recording them in corporate books and records as Asecurity payments@ or payments for Asecurity@ or Asecurity services.@

2144. Other payments were made indirectly to the AUC.  On some occasions, Chiquita made payments to the accounts of Banadex executives with the intent that they would be withdrawn as cash and handed directly to the AUC. Chiquita made payments in this way in order to conceal the fact that they were paying the AUC; it recorded these payments simply as income contributions.

2145. Chiquita formed an agreement with the AUC, paying them in exchange for their services in pacifying the banana plantations and suppressing union activity.  According to Salvatore Mancuso, H.H., and Carlos Tijeras, this

agreement specified that Chiquita would pay the paramilitaries a fixed amount for each box of bananas exported.

2146. At all relevant times, Chiquita knew that the AUC was a violent, terrorist paramilitary organization, as its brutal aims and tactics were a well-known feature of the Colombian civil war. On September 10, 2001, the United States government designated the AUC as a Foreign Terrorist Organization (AFTO@), and that designation was well-publicized in the American public media, including in the Cincinnati Post on October 6, 2001, and in the Cincinnati Enquirer on October 17, 2001, as well as in the Colombian media.

2147. In 2003, Chiquita consulted with attorneys from the District of Columbia office of a national law firm (Aoutside counsel@) about Chiquita's ongoing payments to the AUC. Outside counsel advised Chiquita that the payments were illegal under United States law and that Chiquita should immediately stop paying the AUC directly or indirectly. Among other things, outside counsel advised Chiquita:

AMust stop payments.@

ABottom Line: CANNOT MAKE THE PAYMENT@

AAdvised NOT TO MAKE ALTERNATIVE PAYMENT through CONVIVIR@

AGeneral Rule: Cannot do indirectly what you cannot do directly@

AConcluded with: CANNOT MAKE THE PAYMENT@

AYou voluntarily put yourself in this position. Duress defense can wear out through repetition. Buz [business] decision to stay in harm=s way. CHIQUITA should leave Colombia.@

A[T]he company should not continue to make the Santa Marta payments, given the AUC=s designation as a foreign terrorist organization[.]@

[T]he company should not make the payment.@

2148. Although Chiquita=s Board of Directors agreed to disclose its payments to the AUC to the U.S. Department of Justice on or about April 3, 2003, on April 8, 2003, Chiquita instructed Banadex to continue making the payments to the AUC. On April 24, 2003, Chiquita met with Justice Department officials, who told Chiquita the payments were illegal. Nonetheless, Chiquita continued to make the payments until at least February 2004.

2149. On March 19, 2007, Chiquita pled guilty in U.S. District Court for the District of Columbia to one count of engaging in transactions with a specially designated global terrorist. The company=s sentence included a $25 million criminal fine, the requirement to implement and maintain an effective compliance and ethics program, and five years= probation.

1035

*Chiquita= facilitation of the AUC=s arms shipments*.

2150. In 2001, Chiquita facilitated the clandestine and illegal transfer of arms and ammunition from Nicaragua to the AUC.

2151. The Nicaraguan National Police and Army were involved in a deal that provided 3,000 AK-47 assault rifles and 5 million rounds of ammunition to a private Guatemalan arms dealership, Grupo de Representaciones Internationales S.A. (AGIR S.A.@), in exchange for weapons more suited to police work. GIR S.A., in turn, arranged to sell the AK-47s and ammunition for $575,000 to Shimon Yelinek, an arms merchant based in Panama. In November 2001, Yelinek loaded the arms onto the Otterloo, a Panamanian-registered ship, with Panama as its declared destination.

2152. Instead of docking in Panama, the Otterloo instead went to Turbo, Colombia, where Chiquita, through Banadex, operates a private port facility for the transport of bananas and other cargo. Chiquita had bribed customs officials $30,000 so that they would authorize a special customs zone in Turbo where the company could unload its products.

2153. After the Otterloo docked at Chiquita's port in Turbo, Banadex employees unloaded the cargo of 3,000 assault rifles and 5 millions rounds of

ammunition. On information and belief, the AUC, which had free access to the port, then loaded these rifles onto AUC vehicles and took possession of them.

2154. Chiquita was aware of the use of its facilities for the illegal transshipment of arms to the AUC, and intended to provide such support and assistance to the AUC. The documents accompanying the shipment declared that the crates that in fact contained arms were filled with plastic and/or rubber balls. However, in unloading the crates, the Banadex employees used heavy lifting machinery that would not have been necessary to move the crates= declared cargo. After being off-loaded, the crates then remained at Chiquita=s facilities for at least two additional days before fourteen AUC vehicles arrived to take possession of the arms. At least some of the arms were received by Freddy Rendón Herrera, the commander of the Elmer Cardenas Block of the AUC in Urabá.

2155. Furthermore, a highly-placed Chiquita employee from the port Turbo, Giovanny Hurtado Torres, as well as several Colombian customs officials, have been prosecuted for their purposeful involvement in this transaction.

2156. On information and belief, Chiquita facilitated at least four other arms shipments to the AUC. According to Raúl Hasbún, one of these shipments of arms through Chiquita=s port involved the entry of 4,200 assault rifles.

2157. On at least one occasion, José Leonardo Lopez Valencia, an electrical mechanic at Turbo, witnessed uniformed AUC members offloading crates directly from a Chiquita ship.  On information and belief, those crates contained smuggled firearms.

2158. In an interview with the Colombian newspaper *El Tiempo*, AUC leader Carlos Castaño subsequently boasted, AThis is the greatest achievement by the AUC so far. Through Central America, five shipments, 13 thousand rifles.@

2159. The arms that Chiquita knowingly and intentionally aided the AUC to procure have been of substantial assistance to the AUC in its commission of countless crimes, including the killings and other conduct alleged herein.  Many of these guns have not been turned in to the government and are still in use by the AUC.  In 2008, some were seized in Urabá from the Daniel Rendón Herrera=s 'Heroes de Castaño' Front B another AUC subunit.   The raid, executed by Colombian authorities, netted hand granades, mortar rounds, Claymore mines, electrical detonators, and 47 AK-47 assault rifles; the assault rifles were traced to the 2001 Otterloo shipment.

### *Chiquita=s facilitation of the AUC=s drug shipments*.

2160. Chiquita also assisted the AUC by allowing the use of its private port facilities for the exportation of large amounts of illegal drugs, especially cocaine.

The drug trade was a major source of income for the AUC, and Chiquita allowed the AUC uncontrolled access to its port facilities and ships for the purpose of smuggling drugs.

2161. Colombian prosecutors have charged that the AUC shipped drugs on Chiquita=s boats carrying bananas to Europe. According to H.H., the AUC would tie drugs to the hulls of banana ships at high sea to evade the control points of the security agencies.

2162. Cocaine hidden in Defendant's banana shipments has been seized by the Colombian government on seven separate occasions. More than one and a half tons of cocaine have been found hidden in Defendant=s produce, valued at over 33 million dollars. Two of the ships on which drugs were found were named the Chiquita Bremen and the Chiquita Belgie.

2163. On information and belief, drug shipments could not have been attached to Chiquita=s banana boats without the active collusion or willful ignorance of Chiquita employees. Chiquita could have prevented this drug trade and assistance to the AUC, but knowingly and purposely allowed use of its port and banana transportation boats for this purpose.

2164. Plaintiffs' causes of action arise under and constitute torts under the following laws:

a) Alien Tort Claims Act, 28 U.S.C. § 1350;

b) Torture Victim Protection Act, 28 U.S.C. § 1350, note;

c) Customary international law;

d) Common law of the United States of America;

e) Statutes and common law of the District of Columbia or any other applicable jurisdiction, including but not limited to wrongful death, assault and battery, intentional infliction of emotional distress, negligence, negligent hiring, and negligent supervision; and the

f) Laws of Colombia.

## V.  CAUSES OF ACTION

### First Cause of Action
### The Alien Tort Claims Act, 28 U.S.C. ' 1350 B War Crimes
### The Executions of Plaintiffs= Decedents Were War Crimes, and Chiquita and the Individual Defendants Aided and Abetted Left-Wing Guerrilla Groups and the AUC, Conspired With the AUC, or the AUC Was Defendants' Agent

2165. Plaintiffs incorporate by reference paragraphs 1 through 2164 of this Complaint as is set forth herein.

### The Executions of Plaintiffs= Decedents Were War Crimes

2166. The Colombian military was not able to effectively address the uprising of the FARC, so as previously alleged, the Colombian government

1040

facilitated the creation and funding of the AUC for the sole purpose of using this unofficial force to defeat the FARC. As one high commander of the AUC told Plaintiffs= representatives, Athe Colombian military felt itself bound to the Geneva Conventions. The AUC was not.@  Further, Colonel Mejia, the commander of the Popa Battalian at all times material to this action agreed and stated the Colombian military needed to use the AUC in order to defeat the FARC.

2167. The extreme brutality practiced by the AUC that earned it the terrorist moniker by the U.S. Department of State was from the outset a planned strategy to effectively confront and defeat the FARC.  The FARC was likewise designated a terrorist organization and itself used brutal tactics.

2168. Article 3 of the Geneva Convention, which applies to Aan armed conflict not of an international character,@ applies to the civil conflict in Colombia. Thus, noncombatants to the Colombian civil war, including the Plaintiffs= decedents, are covered, and the war crimes committed by any parties to the conflict, including the AUC and FARC, are actionable under the ATS. Leaders, organizers, instigators, and accomplices participating in the formulation of these acts are responsible for all acts performed by any person in execution of such plan.

2169. In the Eleventh Circuit, a claim for war crimes under the ATS has four elements: 1) an armed conflict was ongoing; 2) the AUC and FARC were parties to

the conflict; 3) Plaintiffs, their decedents, and countless other victims of the civil conflict did not take active part in the hostilities; and 4) the acts were committed in the course of armed conflict. *See Sinaltrainal v. Coca-Cola Co.*, 578 F.3d 1252, 1266 (11th Cir. 2009).   The acts alleged herein are war crimes regardless of whether the AUC or FARC acted under color of state authority.

**As to the first element, the civil war in Colombia is an armed conflict within the meaning of the laws of war**.

2170. The Colombian civil war is an Aarmed conflict not of an international character,@ as specified in Common Article 3 of the Geneva Conventions, which hold that in such cases, specific acts such as torture and Acarrying out of executions without previous judgment pronounced by a regularly constituted court@ constitute war crimes.

2171. There is no dispute that Colombia has been devastated by a long-standing civil conflict. This has been widely documented and has never been disputed in this or any other case. For example, the 1997 State Department Human Rights Report notes that the Colombian government=s control of national territory Ahas been increasingly challenged by longstanding and widespread internal armed conflict and rampant violence. . .@ *Id*. at 1.

2172. During all times relevant to this complaint, the civil war in Colombia pitted the Colombian government B along with its paramilitary allies, including the AUC B against the FARC and other left-wing guerrilla insurgents.  As AUC Commander Carlos Tijeras described the nature of the conflict in a sworn statement, Aat the time I was acting as Commander of the William Rivas Front I was a major participant in a civil war that was being fought over the future direction of my country. I was on the side of democracy and capitalism and we were fighting communists and guerillas.@

2173. The Colombian civil war has continued uninterrupted since at least 1946, and claimed the lives of over 300,000 people.  Both Venezuela and Ecuador´s presidents have referred to the FARC as a belligerent force.  The Colombian government has engaged in prisoner exchanges with the FARC in the past.  It held extensive negotiations with the FARC during the 1998-2002 time period, with involvement of the United Nations, and ceded a large portion of its territory to FARC control, referred to as the "zona de despeje," or cleared zone. During that time, the FARC assumed the powers of government, including judicial and police powers.

**As to the second element, the AUC and FARC (along with other leftist guerrilla groups) were parties to the armed conflict in Colombia**.

1043

2174. Once the AUC consolidated the various paramilitary groups in late 1996 under the leadership of Carlos Castaño, the AUC became the most visible armed opposition to the FARC, which, by late 1996, had become the prominent leftist rebel group. From that time on, the AUC became a major combatant in Colombia=s civil conflict with the FARC and other leftist guerrilla groups, like the ELN.  In most of the rural areas where the FARC had its strongholds, the Colombian military had ceded military operations to the AUC. By 2001, the conflict between the AUC and the leftist guerrillas had become a notorious exchange of atrocities.

2175. Plaintiffs further incorporate by reference && 2079-87 of this Complaint, explaining how the AUC became party to the Colombian civil war as a tool of the Colombian government, and its campaign of violence against civilians and union members in furtherance of the war against the FARC and other leftist guerrilla groups.

**As to the third element, Plaintiffs did not take part in the hostilities.**

2176. Civilians are entitled to the protections of Common Article 3 of the Geneva Conventions if they are A[p]ersons taking no active part in the hostilities@. Neither Plaintiffs nor their decedents were party to the armed conflict in Colombia, as they were not members of the FARC, the AUC, or, indeed, any armed group

that participated in the conflict.  Plaintiffs incorporate by reference && 20-2031 of this Complaint, describing the individual decedents in this case.

2177. Plaintiffs= decedents were not killed because they or anyone related to them had taken part in the hostilities in any way.  Rather, they were victims of the campaign conducted against civilians by the AUC in an effort to discourage support of the FARC.  The AUC, using tactics of terror on civilians living in and around areas that had been under FARC control, assumed that these innocents were sympathetic to the FARC and systematically murdered thousands of them. The AUC became known for using chain saws and machetes to dismember its victims in order to ensure that witnesses to this violence would never harbor or assist FARC guerillas in their villages. *See generally* R. Kirk, *More Terrible Than Death: Massacres, Drugs, and America=s War in Colombia* (2003); S. Dudley, *Walking Ghosts: Murder and Guerilla Politics in Colombia* (2006).

**As to the fourth element, Plaintiffs were killed in the course of the armed conflict**.

2178. Plaintiffs  were  not  killed  simply  against  the  background  of  war; rather, the use of criminal violence and intimidation against civilians B particularly union members B was part of the war strategy against the FARC agreed on by the AUC  and  the  Colombian  Government,  in  which  Chiquita  was  intentionally complicit.

1045

2179. The AUC used extremely violent means to take back areas held by the FARC and used tactics of violence and terror to depopulate areas of innocent civilians merely because the AUC presumed that civilians in areas previously held by the FARC were sympathetic to the leftist guerilas. This military tactic is documented by the U.S. Department of State. For example, the 1997 State Department Report noted that A[t]he many paramilitary groups took the offensive against the guerilas, often perpetrating **targeted killings, massacres, and forced displacements of the guerrillas= perceived or alleged civilian support base** . . . An active policy of depopulation, **pursued by some paramilitary groups against communities suspected of guerilla support**, was the primary cause of the growing internal displacement problem.@ *Id*. at 2 (emphasis added).

2180. As the U.S. Department of State reported in 1999:

Paramilitary groups and guerilas were responsible for the vast majority of political and extrajudicial killings during the year. **Throughout the country, paramilitary groups killed, tortured and threatened civilians suspected of sympathizing with guerilas in an orchestrated campaign to terrorize them into fleeing their homes, thereby depriving guerilas of civilian support**. The AUC paramilitary umbrella organization . . . exercised increasing influence during the year, extending its presence through violence and intimidation into areas previously under guerilla control.

1999 State Department Report at 2 (emphasis added).

2181. While this strategy was developed in Urabá, the model of collaboration between government and paramilitary was so successful that it was exported to the rest of the country and became part of the national war strategy. This was especially true in the banana zone of Magdalena. In these areas, the AUC pursued a scorched earth policy of first driving the FARC out and then brutally murdering and torturing people who lived in these areas and were assumed by the AUC to be sympathetic to the FARC.

2182. As Carlos Tijeras, the AUC commander in Magdalena stated, Awe not only drove the guerilla groups out of the area, but our tactics made sure the local people would never entertain the idea of supporting or joining the guerillas. We made clear with our actions that anyone who supported the FARC was our enemy and would be dealt with accordingly.@

2183. Decedents killed by the AUC were members of particular social groups that were particularly targeted by the AUC as part of its war strategy. Plaintiffs incorporate by reference &&20, 2087-89 . All of the Plaintiffs= decedents were merely innocent civilians executed in the course of the conflict between the AUC and the FARC. There has never been any evidence or credible assertion after any of their deaths that any of Plaintiffs= decedents were members or supporters of the FARC or AUC.

1047

2184. In fact, all of Plaintiffs= decedents who were executed by the AUC were victims of its tactics of terror and violence, particularly in the areas that the FARC had a stronghold.  They were not merely incidental victims during a time of war; rather they were victims of the AUC=s war strategies and goals.

2185. The Plaintiffs executed by FARC were likewise innocent bystanders to the civil conflict as FARC used its own brutal tactics to take territory in Colombia.

## Chiquita and the Individual Defendants Aided and Abetted the War Crimes

2186. Plaintiffs have maintained that the Eleventh Circuit has held that a person is liable for aiding and abetting conduct that is actionable under the Alien Tort Statute if (1) one or more of the wrongful acts that comprise the claim were committed, (2) the person substantially assisted some person or persons who personally committed or caused one or more of the wrongful acts that comprise the claim, and (3) the person knew that his actions would assist in the illegal or wrongful activity at the time he provided the assistance.  *Cabello v. Fernandez-Larios*, 402 F.3d 1148, 1158 (11th Cir. 2005).

2187. Applying this standard, this Court held in the related case under the ATA, Chiquita's payments to the FARC with knowledge of the group's record of

terrorism were *"well within the mainstream of aiding and abetting liability*." *In Re Chiquita Brands International, Inc. ATS and Shareholder Derivative Litigation*, No. 08-0916, (S.D.Fl., Feb. 4, 2010), Slip Op. at 21-22 (emphasis added). In this case, Plaintiffs who allege their decedents were killed by the FARC when it was supported by Chiquita and the Individual Defendants have the exact same claim as was found sufficient in the ATA case. And those alleging Chiquita and the Individual Defendants aided and abetted the AUC have an even more compelling case as Chiquita and the Individual Defendants not only provided knowing and substantial assistance to the AUC, but they did so with the shared purpose of defeating the FARC in the civil conflict and pacifying the local populations with terror. Plaintiffs= allegations are sufficient under both articulations of the aiding and abetting standard.

2188. Plaintiffs have established in && 2166-2185, *supra*, that the AUC and the FARC (along with other leftist guerrilla groups) violated international law by engaging in war crimes.

2189. Chiquita=s payments and other assistance, which were reviewed and approved by the Individual Defendants, contributed significantly to the perpetration of the crimes committed by the AUC and leftist guerrilla groups. As the Justice Department noted in concluding its prosecution of Chiquita for

providing material assistance to terrorist groups, @**Defendant Chiquita=s financial support to the AUC was prolonged, steady, and substantial. . . . The money that defendant Chiquita paid to the AUC (and to the FARC and the ELN before that) . . . helped to buy weapons and ammunition used to kill innocent victims of terrorism.**@ *U.S. v. Chiquita Brands International*, 07-CR-0555 (RCL), Sentencing Memo at 13 (emphasis added).

2190. As Chiquita admitted in its criminal case, it provided substantial funding to the FARC and other leftist guerrilla groups until Chiquita switched sides and funded the AUC to drive the leftist guerrillas out of the banana areas of Colombia.

2191. As Chiquita and the Individual Defendants agreed to finance the AUC from its very first days in operation, Defendants were one of the financial founders of the AUC, and made it possible for the AUC to consolidate its forces and become the major combatant in the civil conflict with FARC. Plaintiffs incorporate by reference &&2136-49.

2192. From at least 1996 through 2004, Defendant Chiquita, through Banadex and as reviewed and approved by the Individual Defendants, paid money to the AUC in the two regions of Colombia where it had banana-growing operations: Uraba and Magdalena.  Defendant Chiquita paid the AUC directly or

indirectly, nearly every month, and made at least 100 payments to the AUC totaling over $1.7 million.

2193. The amount of money Chiquita paid to the AUC was different every month.  According to the testimony of AUC commander Salvatore Mancuso, the AUC was paid a commission based on the number of boxes of bananas shipped by Defendant Chiquita each month.  The AUC was paid to ensure that Chiquita's business ran smoothly.

2194. Payments from Chiquita and other banana companies constituted a significant portion of the AUC=s budget. As the former paramilitary commander for the banana-growing zone in Uraba, H.H. testified, the AUC used the companies= money to buy arms.  AIt=s clear that with the money that they paid the AUC, many crimes against workers were committed.@

2195. Carlos Tijeras, the commander of the William Rivas Front, which worked with Chiquita in Magdalena, stated that Chiquita was a major source of support for his Front, along with Dole supplying 80-90% of the operating funds for the Front.

2196. Carlos Castaño and other AUC leaders co-mingled this money with other funds used to finance the AUC's activities throughout Colombia.

2197. Prior to the creation of the AUC in 1997, Chiquita had paid money to other terrorist organizations operating in Colombia, including FARC, which also murdered thousands of people, including some of the Plaintiffs= decedents.  Those payments were reviewed and approved by some of the Individual Defendants.

2198. Most of the firearms that were transferred to the AUC from the Otterloo shipment have never been recovered and, on information and belief, are still in the hands of the AUC, where they and other similarly obtained firearms have been used in the commission of the war crimes alleged in this Complaint. Plaintiffs incorporate by reference & &2150-59.

2199. In addition to Chiquita's payments, its assistance to the AUC in smuggling arms substantially increased the paramilitaries' capacity to carry out atrocities.  AUC leader Carlos Castaño boasted in an interview, AThis is the greatest achievement by the AUC so far. Through Central America, five shipments, 13 thousand rifles.@  Chiquita also provided major support to the AUC=s drug-smuggling. *See* & & 2160-63, *supra.*

2200. Chiquita and the Individual Defendants knew and intended that their actions would assist in the killings and other violent conduct alleged herein.

2201. Defendants have pled guilty in the pending criminal case, 07-CR-0555 (RCL), of knowingly providing material assistance to terrorist groups operating in

and around their banana plantations in Colombia. This assistance included cash payments to FARC and AUC, and arms, supplies and other assistance to the AUC. Defendants are precluded from disputing this admission in the criminal case.

2202. Chiquita, along with other banana companies in Colombia, sought a meeting with the paramilitaries in late 1996 or early 1997. The meeting took place in Medellin, and a high-level U.S. Chiquita employee, most likely Charles Keiser, was present.  It was decided at this meeting that the banana companies would pay the paramilitaries. (AColombian paramilitary tells how he financed his own Murder Inc.: bananas,@ by Steven Dudley, *The Miami Herald*, 3/21/2009; El Tiempo, ATodas las bananeras nos pagaban@).   Carlos and Vicente Castaño led the negotiations with the companies; as a result of the negotiations, H.H. was ordered to patrol the entire banana-growing region.

2203. In order to operate its banana production in an environment free of labor opposition and social disturbances, Chiquita agreed to a business arrangement whereby the company would pay the AUC a certain amount per box of banana exported, and would help to arm and otherwise support the AUC and other terrorist groups during the period of the killings and other conduct alleged herein.

2204. Chiquita's payments to the AUC were reviewed and approved by senior executives of the corporation, including high-ranking officers, directors and employees, described herein as the Individual Defendants and David Does 5-10. Chiquita recorded these payments in its corporate books and records as "security payments."

2205. Chiquita made payments and shipped weapons to the AUC with knowledge of the AUC's purpose and activities, and against the advice of its own legal counsel.  According to notes taken by Chiquita's counsel, on or about April 4, 2003, Defendant Olson said "His and [Defendant Hills'] opinion is just let them sue us, come after us.  This is also [Defendant Freidheim's] opinion."

2206. The AUC=s use of violent tactics, including extrajudicial killings, to terrorize innocent civilians living in areas under FARC control was well known in Colombia and was widely reported in the press in Colombia and the United States. In 1997, for example, the State Department Report noted that A[t]he many paramilitary groups took the offensive against the guerillas, often perpetrating targeted killings, massacres, and forced displacements of the guerrillas= perceived or alleged civilian support base . . . **An active policy of depopulation, pursued by some paramilitary groups against communities suspected of guerilla support**,

was the primary cause of the growing internal displacement problem.@*Id*. at 2 (emphasis added).

2207. In 1999, the State Department Report stated:

Paramilitary groups and guerillas were responsible for the vast majority of political and extrajudicial killings during the year. Throughout the country, paramilitary groups killed, tortured and threatened civilians suspected of sympathizing with guerillas in an orchestrated campaign to terrorize them into fleeing their homes, thereby depriving guerillas of civilian support. The AUC paramilitary umbrella organization . . . exercised increasing influence during the year, extending its presence through violence and intimidation into areas previously under guerilla control.

1999 State Department Report at 2.

2208. At the outset, as alleged in && 2139-49, *supra*, Chiquita and the Individual Defendants understood that the role of the AUC was to use its brutal tactics to defeat the FARC, and use brutal methods to terrorize the innocent civilians in towns where the FARC had been strong. The manager of Chiquita=s Colombia operations, Charles Keiser, worked with the AUC to set up the *convivir* system to get funds to the AUC to defeat the FARC.

2209. The United States government designated the AUC as a Foreign Terrorist Organization on September 10, 2001, and that designation was well-publicized in the American public media. The AUC=s designation was even more

widely reported in the public media in Colombia, where Chiquita had its substantial banana-producing operations.

2210. Chiquita had information about the AUC=s designation as an FTO specifically and global security threats generally through an Internet-based, password-protected subscription service that Chiquita paid money to receive. On or about September 30, 2002, Individual H, from a computer within defendant Chiquita=s Cincinnati headquarters, accessed this service=s AColombia B Update page,@ which contained the following reporting on the AUC: AUS terrorist designation. International condemnation of the AUC human rights abuses culminated in 2001 with the US State Department=s decision to include the paramilitaries in its annual list of foreign terrorist organizations. This designation permits the US authorities to implement a range of measures against the AUC, including denying AUC members US entry visas; freezing AUC bank accounts in the US; and barring US companies from contact with the personnel accused of AUC connections.@

2211. From on or about September 10, 2001, through on or about February 4, 2004, Chiquita made 50 payments to the AUC totaling over $825,000.  Chiquita never applied for nor obtained any license from the Department of the Treasury=s Office of Foreign Assets Control with respect to any of its payments to the AUC.

2212. On or about February 20, 2003, Defendant Olson and another Chiquita official had a conversation to the effect that one had discovered that the AUC had been designated by the United States government as a Foreign Terrorist Organization. Shortly thereafter, the two officials spoke with attorneys in the District of Columbia office of a national law firm (Aoutside counsel@) about defendant Chiquita=s ongoing payments to the AUC.

2213. Beginning on or about February 21, 2003, outside counsel advised defendant Chiquita, through Defendant Olson and another Chiquita official, that the payments were illegal under United States law and that defendant Chiquita should immediately stop paying the AUC directly or indirectly. Plaintiffs incorporate by reference & 2147 (advice of counsel about payments to the AUC).

2214. Despite the February 26, 2003 communication from counsel advising Defendants against making payments to the AUC, on or about February 27, 2003, two Chiquita employees in Colombia paid the AUC in Urabá by check in an amount equivalent to $17,434.

2215. Despite the March 27, 2003 communication from counsel advising Defendants against making payments to the AUC, on or about March 27, 2003, the same two employees paid the AUC in Urabá by check in an amount equivalent to $19,437.

1057

2216. Defendants' acts of assistance to the AUC were made with the intent that the AUC carry out the acts of killing and other conduct alleged herein.  In exchange for its financial support to the AUC, Chiquita was able to operate in an environment in which labor and community opposition was suppressed.

2217. Chiquita and the Individual Defendants aided and abetted the AUC with the shared purpose of defeating the FARC in the civil conflict and pacifying the local populations with terror.

2218. The arrangement between Chiquita and the AUC was not one of duress; in fact, it was the banana companies that approached the AUC to initiate their relationship.  Mario Iguaran, the Attorney-General of Colombia, has charged that there was a criminal relationship between Chiquita and the AUC in which Chiquita supplied money and arms to the AUC in return for the Abloody pacification of Urabá.@

2219. Likewise, in Magdalena, Carlos Tijeras, the commander of the AUC=s William Rivas Front, stated that the AUC took direction from Chiquita and worked to provide Chiquita with security, labor pacification, and, most of all, the defeat of the FARC in the banana-producing areas.

2220. As part of its deal with Chiquita, the AUC provided protection services to banana plantations, dealing out reprisals against real or suspected

thieves, as well as against social undesirables, suspected guerilla sympathizers or supporters, and anyone who was suspected of opposing the AUC=s activities or social program.

2221. By arming and financing the AUC to fulfill its mission of suppressing labor unions, Chiquita and the Individual Defendants intentionally assisted the AUC to carry out systematic killings of civilians. The AUC understood that one goal of its assistance to Chiquita was to force laborers to work in the plantations. Anyone who disobeyed the order knew what would happen to them.   Carlos Tijeras stated that his Front used brutality in killing people to ensure that the witnesses to this understood what would happen if they crossed the AUC.

2222. Carlos Castaño wrote in *Mi Confesión* that the unions were strong and Aterrifying@ before the paramilitaries arrived in Urabá, and that they had turned to crime as well as starting extensive worker strikes.   The AUC undertook an extensive campaign of murder against civilians in order to break the back of the unions.  AThey pulled out a map where they said which plantations allegedly had a FARC presence and started killing workers and union members, until the organizational structures of the union and the board of Sintrainagro [the local union that included banana workers] were left totally in the hands of the

'Esperanzados' [the EPL],@ a former insurgent group that had been coopted by the paramilitaries.

2223. The stability and social control provided by the AUC was to Chiquita=s benefit, in that it minimized the expenses incurred and eliminated disruptions in the exportation of bananas.  As a result of the AUC=s actions, Chiquita was able to dismantle the social assistance programs to which the banana companies had agreed through negotiations with the unions in the 1980s, thereby lowering costs.   The influence of the AUC in the leadership of the banana workers= trade unions was also to Chiquita=s benefit, as it reduced labor strife.

2224. As a result of the paramilitaries= intervention, Castaño was able to brag in 2001 that Ain the past three years there have been *no strikes* in the banana-growing region, and the Sintrainagro unions work shoulder-to-shoulder with the employers to promote the [economy of the] zone.@

2225. In addition to directly suppressing labor activity, the paramilitaries regulated the banana-growing population and protected Chiquita's profitability by controlling the provision of medical services in the towns of Urabá.  Residents of Apartadó reported that they feared seeing doctors because they believed that medical personnel were under the control of the AUC.  On information and belief, this arrangement benefitted Chiquita because it allowed the paramilitaries to

inform the company of its employees' medical issues that could potentially affect labor productivity, including pregnancy.  It also allowed the paramilitaries to prevent doctors from certifying worksite injuries or providing medical excuses to workers, which would have raised costs for the company.

2226. As a result of its collaboration with the AUC, Chiquita=s banana-growing operation in Colombia became its most profitable in the world.

**Chiquita and the Individual Defendants Joined the AUC=s Conspiracy to Commit War Crimes.**

2227. Plaintiffs incorporate by reference paragraphs 1 through 2226 of this Complaint as is set forth herein.

2228. In *Cabello v. Fernandez-Larios*, 402 F.3d 1148, 1159 (11th Cir. 2005), the Eleventh Circuit held that the three elements for conspiracy are: (1) Atwo or more persons agreed to commit a wrongful act,@ (2) Defendants Ajoined the conspiracy knowing of at least one of the goals of the conspiracy and intending to help accomplish it,@ and (3) Aone or more of the violations was committed by someone who was a member of the conspiracy and acted in furtherance of the conspiracy.@

2229. *As to the first element*, based on && 2136-46, 2202-03, *supra*, which are incorporated herein by reference, the AUC was formed based on agreement

between its leaders, government backers, and private supporters, to attack areas where the FARC had strongholds. The express purpose of the AUC=s mission was to use violent means, including war crimes and extrajudicial killings, to accomplish its mission.

2230. *As to the second element*, based on && 2136-45, 2191, *supra*, which are incorporated herein by reference, Chiquita (pursuant to review and approval by the Individual Defendants) began funding the AUC at its very outset, becoming a financial founder, and embraced the AUC=s mission of eradicating the FARC using violence that amounted to war crimes, including extrajudicial killings.

2231. *As to the third element*, based on && 2136-45, 2201-19, *supra*, which are incorporated herein by reference, both the AUC and Chiquita  committed acts in furtherance of the conspiracy. The agreement was that Chiquita (pursuant to review and approval by the Individual Defendants) would fund and direct the AUC=s activities in the areas in and around the Chiquita banana plantations. The AUC would use its scorched earth tactics to defeat the FARC in the areas in and around the Chiquita plantations.  Both parties fulfilled their obligations under the agreement.

2232. There were coordination and funding meetings between the AUC and Chiquita to monitor, renew, refine and otherwise ensure that the parties continued

1062

to meet their obligations under the agreement. These meetings and the ongoing funding provided by Chiquita (reviewed and approved by the Individual Defendants) demonstrates that Chiquita and the Individual Defendants were satisfied that the AUC was meeting its specific obligations under the agreement made between the parties. This arrangement continued, according to documents related to the prosecution of Chiquita for the felony of providing substantial assistance to terrorist organizations, from 1996 until 2004.

### The AUC Acted as Defendants' Agent When it Committed War Crimes

2233. Plaintiffs incorporate by reference paragraphs 1 through 2232 of this Complaint as if set forth herein. Plaintiffs acknowledge that the June 3, 2011 Opinion and Order rejected Plaintiffs= agency theory of secondary liability, but are not removing the agency allegations because they contain factual allegations supporting Plaintiffs= causes of action and theories of secondary liability.

2234. The elements of agency are that (1) Defendants had a relationship with the AUC; (2) in committing the acts alleged, the AUC was acting on Defendants' behalf and under their control; and (3) the executions of Plaintiffs= decedents were within the scope of the relationship.

2235. *As to the first element*, based on && 2136-45, 2201-19, *supra*, which are incorporated herein by reference, Chiquita entered into a specific agreement

with the AUC that Chiquita would provide substantial support to the AUC to purchase weapons and supplies to patrol the banana areas of Uraba and Magdalena. In exchange, the AUC would pursue the FARC and destroy its strongholds in these areas, pacify the unions on the banana plantations and eliminate all support or potential support for FARC among the civilians in these areas. The agreement included that Chiquita would pay the paramilitaries a fixed dollar amount for each box of bananas exported.   The Individual Defendants reviewed and approved Chiquita's agreement with the AUC.

2236. *As to the second element*, based on && 2136-45, 2191, *supra*, which are incorporated herein by reference, Chiquita provided direction to the AUC as to priorities for the company. According to Carlos Tijeras, plantation managers for Chiquita regularly contacted the AUC to request a range of Aservices@ in accordance with the overall agreement, including requests to execute specific individuals. With respect to the hundreds of innocent civilians who were executed by the AUC in the banana areas, including Plaintiffs= decedents, all of them were killed in the course of the AUC=s attacks on the towns that were attacked and pacified to drive the FARC out of the banana areas.

2237. *As to the third element*, based on && 2106-12, *supra*, which are incorporated herein by reference, the Plaintiffs= decedents who were killed by the

AUC were killed because they were union members who created problems for Chiquita, they resided on land that Chiquita wanted, or they resided in areas where FARC had a presence and the AUC attacked these areas to drive the FARC out for the benefit of Chiquita. The AUC solved Chiquita=s labor problems and kept down operational costs by killing and/or intimidating any worker that attempted to strike. The paramilitaries also dealt out reprisals against real or suspected thieves and social undesirables, and targeted suspected guerrilla sympathizers or supporters who could have threatened Chiquita's operations, including anyone espousing views that could be characterized as leftist, such as vocal union and community leaders.

2238. Chiquita authorized the killings and other conduct alleged herein in advance.  The AUC's agreement with Chiquita involved forcing people to work using threats and illegal violence, as well as the quelling of labor and social unrest through the systematic terrorization of the populations of Urabá and Magdalena.

2239. Furthermore, Chiquita and the Individual Defendants acquiesced in the AUC's conduct after the fact by continuing to pay the AUC (and continuing to review and approve payments to the AUC) despite full knowledge that their support was being used to carry out the crimes alleged herein.

**<u>Second Cause of Action</u>**
**The Alien Tort Claims Act, 28 U.S.C. § 1350,**

### Crimes Against Humanity
**The AUC's Mass Executions of Innocent Civilians, Including Plaintiffs' Decedents, Constitutes Crimes Against Humanity and the Defendants Aided and Abetted or Conspired With the AUC, or the AUC Was Defendants' Agent**

2240. Plaintiffs incorporate by reference paragraphs 1 through 2239 of this Complaint as is set forth herein.

2241. The conduct alleged in this complaint includes willful killing, torture, and arbitrary arrest and detention, constituting crimes against humanity in that the AUC and leftist guerrilla groups carried out these acts 1) as part of a widespread or systematic attack 2) against a civilian population. *Cabello v. Fernandez-Larios*, 402 F.3d 1148, 1161 (11th Cir. 2005).   Leaders, organizers, instigators, and accomplices participating in the formulation of these acts are responsible for all acts performed by any person in execution of such plan. The acts of the AUC and leftist guerrilla groups constitute crimes against humanity, regardless of whether they acted under color of state authority.

2242. **As to the first element, the killings alleged herein were part of a widespread and systematic attack**. From late 1996 on, the AUC became a major combatant in Colombia=s civil conflict with the FARC. In most of the rural areas where the FARC had its strongholds, the Colombian military had ceded military operations to the AUC. By 2001, the conflict between the AUC and the FARC had become a notorious exchange of atrocities. The AUC, using tactics of terror on

civilians living in and around areas that had been under FARC control, assumed that these innocents were sympathetic to the FARC and systematically murdered thousands of them. The AUC became known for using chain saws and machetes to dismember its victims in order to ensure that witnesses to this violence would never harbor or assist FARC guerillas in their villages.

2243. The AUC killed thousands of civilians in Urabá and Magdalena. Their war strategy involved targeting civilians in towns near guerrilla groups in order to intimidate the population from providing any support to the guerrillas. This included anyone supporting the guerrillas= ideology, such as teachers, community leaders, trade unionists, human rights defenders, religious workers, and leftist politicians. Based on reports from the U.S. State Department, Human Rights Watch, and Amnesty International, thousands of civilians were executed, and countless others injured, by AUC attacks on the civilian population in Uraba and Magdalena within the 1996-2004 time frame that Chiquita was providing substantial support to the AUC. This was both a widespread and a systematic attack, and crimes against humanity requires one or the other.

2244. Decedents were all killed as part of a systematic attack on particular societal groups.  In fact, all of Plaintiffs= decedents were executed by the AUC as it used tactics of terror and violence, particularly in the areas that the FARC had a

stronghold. They were not merely incidental victims during a time of war; rather they were victims of the AUC=s war strategies and goals in furtherance of the conspiracy.

2245. **As to the second element**, based on && 20-2031, 2106-12, *supra*, which are incorporated herein by reference, the killings alleged herein were part of an attack that was directed against a civilian population. The entire method of operation of the AUC was to direct their violence in a targeted way upon the civilian residents of towns where the FARC had a foothold. According to the U.S. Department of State, Aparamilitary groups took the offensive against the guerillas, often perpetrating **targeted killings, massacres, and forced displacements of the guerrillas= perceived or alleged civilian support base** . . . An active policy of depopulation, pursued by some paramilitary groups against **communities suspected of guerilla support**, was the primary cause of the growing internal displacement problem.@ (emphasis added). 1997 State Department Human Rights Report at 2.

2246. The U.S. State Department described the overall practice of targeted attacks by the AUC:

Paramilitary groups and guerillas were responsible for the vast majority of political and extrajudicial killings during the year. **Throughout the country, paramilitary groups killed, tortured and threatened civilians suspected of**

sympathizing with guerillas in an <u>orchestrated campaign</u> to terrorize them into fleeing their homes, thereby depriving guerillas of civilian support. The AUC paramilitary umbrella organization . . . exercised increasing influence during the year, extending its presence through violence and intimidation into areas previously under guerilla control.

1999 State Department Report at 2 (emphasis added).

2247. The Plaintiffs= decedents killed by the AUC were among the thousands of innocent civilians targeted for execution in the banana areas of Uraba and Magdalena.

### Chiquita and the Individual Defendants Aided and Abetted the AUC and Left-Wing Guerrilla Groups= Crimes Against Humanity

2248. As previously alleged in &&2186-2226, *supra*, which are incorporated herein by reference, Chiquita and the Individual Defendants met the elements of aiding and abetting the war crimes by the AUC and Left-Wing Guerrilla Groups.

2249. The essential nature of the war crimes that Chiquita and the Individual Defendants aided and abetted was the massive killings of innocent civilians by the AUC and Left-Wing Guerrilla Groups, including Plaintiffs= decedents. In aiding and abetting these war crimes, Chiquita and the Individual Defendants also aided and abetted the crimes against humanity inherent in these widespread and systematic killings of innocent civilians.

### Chiquita and the Individual Defendants Conspired With the AUC to Commit Crimes Against Humanity

1069

2250. As previously alleged in && 2227-32, *supra*, which are incorporated herein by reference, Chiquita and the Individual Defendants met the three elements of conspiracy with the AUC to commit war crimes.

2251. The essential nature of the war crimes that Chiquita and the Individual Defendants conspired with the AUC to commit was the massive killings of innocent civilians by the AUC, including Plaintiffs= decedents. In conspiring to commit these war crimes, Chiquita and the Individual Defendants also conspired to commit the crimes against humanity inherent in these widespread and systematic killings of innocent civilians.

## The AUC Was Acting as Defendants' Agent in Committing Crimes Against Humanity

2252. As previously alleged in &&2233-39, *supra*, which are incorporated herein by reference, the AUC acted as Defendants' agent in committing war crimes.

2253. The essential nature of the war crimes that the AUC committed while acting as Defendants' agent was the massive killings of innocent civilians by the AUC, including Plaintiffs= decedents. In committing these war crimes while acting as Defendants' agent, the AUC also committed the crimes against humanity inherent in these widespread and systematic killings of innocent civilians.

1070

2254. Chiquita's ongoing regular payments to the AUC from 1996 to 2004, with full knowledge by Defendants of the specific acts of violence and terror committed each month by the AUC in the areas in and around Chiquita=s banana plantations, constitutes ratification of these acts.

## Third Cause of Action

**The Alien Tort Claims Act, 28 U.S.C. ' 1350 Β Extrajudicial Killings
The AUC=s Extrajudicial Killings of Plaintiffs= Decedents Were
Committed Under Color of the Authority of the Colombian Government, and
Chiquita and the Individual Defendants Aided and Abetted or Conspired
With the AUC, or the AUC Was Defendants' Agent**

2255. Plaintiffs incorporate by reference paragraphs 1 through 2254 of this

Complaint as is set forth herein.

## The AUC Was Acting Under Color of the Authority
## of the Colombian Government

2256. Plaintiffs incorporate by reference paragraphs 2071 through 2105 of

this Complaint, which demonstrate that the AUC was operating under color of

authority of the Government of Colombia. The Colombian government helped

establish the AUC, provided a legal funding mechanism for the AUC, closely

cooperated with the AUC, and ceded government powers to the AUC, particularly

in the Uraba and Magdalena.

## The Executions of Plaintiffs= Decedents Were Extrajudicial Killings

2257. Plaintiffs= decedents who were executed by the AUC were killed

when the AUC was acting under color of authority of the Colombian government.

None of those executed had committed a crime, had been charged with a crime, or

had been provided with any form of judicial process prior to their executions. Each

of these executions were thus extrajudicial killings under the law of nations.

## Chiquita and the Individual Defendants Aided and Abetted the AUC=s Extrajudicial Killings

2258. As previously alleged in && 2186-2226, *supra*, which are incorporated herein by reference, Chiquita and the Individual Defendants met the elements of aiding and abetting the AUC=s war crimes.

2259. The primary war crime by the AUC that Chiquita and the Individual Defendants aided and abetted was the killings of innocent civilians, including Plaintiffs= decedents. In aiding and abetting these war crimes, Chiquita and the Individual Defendants also aided and abetted the killings themselves, which as alleged above, were extrajudicial killings because they were committed by the AUC under color of the authority of the Government of Colombia.

## Chiquita and the Individual Defendants Conspired With the AUC to Commit Extrajudicial Killings

2260. As previously alleged in && 2227-32, *supra*, which are incorporated herein by reference, Chiquita and the Individual Defendants met the three elements of conspiracy with the AUC to commit war crimes.

2261. The primary war crime that Chiquita and the Individual Defendants conspired with the AUC to commit was the killings of innocent civilians, including Plaintiffs= decedents. In conspiring to commit these war crimes, Chiquita and the Individual Defendants also conspired to commit the killings themselves, which as

alleged above, were extrajudicial killings because they were committed by the AUC under color of the authority of the Government of Colombia.

### The AUC Was Acting as Defendants' Agent in Committing Extrajudicial Killings

2262. As previously alleged in && 2233-39, *supra*, which are incorporated herein by reference, the AUC acted as Defendants' agent in committing war crimes.

2263. The primary war crime that the AUC committed while acting as Defendants' agent was the killings of innocent civilians, including Plaintiffs= decedents. In committing these war crimes acting as Defendants' agent, the AUC also committed the killings themselves, which as alleged above, were extrajudicial killings because they were committed by the AUC under color of the authority of the Government of Colombia.

2264. Chiquita=s ongoing regular payments to the AUC from 1996 to 2004, with full knowledge by Defendants of the specific acts of violence and terror committed each month by the AUC in the areas in and around Chiquita=s banana plantations, constitutes ratification of these acts.

### Fourth Cause of Action
### The Torture Victims Protection Act, 28 U.S.C. ' 1350 B
### Extrajudicial Killings

**The AUC=s Extrajudicial Killings of Plaintiffs= Decedents Were Committed Under Color of the Authority of the Colombian Government, and the Individual Defendants Aided and Abetted or Conspired With the AUC, or the AUC Was the Individual Defendants= Agent**

2265. Plaintiffs incorporate by reference paragraphs 1 through 2264 of this Complaint as is set forth herein.

## The AUC Was Acting Under Color of the Authority of the Colombian Government

2266. As previously alleged in &&2071-2105, *supra*, which are incorporated herein by reference, as with Plaintiffs= Third Cause of Action for Extrajudicial Killings under the Alien Tort Statute, the AUC, in committing the extrajudicial killings of Plaintiffs= decedents, was acting under color of authority of the Government of Colombia.

## The Executions of Plaintiffs= Decedents Were Extrajudicial Killings

2267. Plaintiffs= decedents who were executed by the AUC were killed when the AUC was acting under color of authority of the Colombian government. None of those executed had committed a crime, had been charged with a crime, or had been provided with any form of judicial process prior to their executions. Each of these executions were thus extrajudicial killings under the Torture Victims Protection Act.

## Chiquita, Acting Through the Individual Defendants, Aided and Abetted the AUC=s Extrajudicial Killings

1075

2268. As previously alleged in && 2186-2226, *supra*, which are incorporated herein by reference, the Individual Defendants met the elements of aiding and abetting the AUC=s war crimes.

2269. The primary war crime that the Individual Defendants aided and abetted was the killings of innocent civilians, including Plaintiffs= decedents. In aiding and abetting these war crimes, the Individual Defendants also aided and abetted the killings themselves, which as alleged above, were extrajudicial killings because they were committed by the AUC under color of the authority of the Government of Colombia.

## Chiquita, Acting Through the Individual Defendants, Conspired With the AUC to Commit Extrajudicial Killings

2270. As previously alleged in && 2227-32, *supra*, which are incorporated herein by reference, the Individual Defendants met the elements of conspiracy with the AUC to commit war crimes.

2271. The primary war crime that the Individual Defendants conspired with the AUC to commit was the killings of innocent civilians, including Plaintiffs= decedents. In conspiring to commit these war crimes, the Individual Defendants also conspired to commit the killings themselves, which as alleged above, were extrajudicial killings because they were committed by the AUC under color of the authority of the Government of Colombia.

## The AUC Was Acting as the Individual Defendants' Agent in Committing Extrajudicial Killings

2272. As previously alleged in && 2233-39, *supra*, which are incorporated herein by reference, the AUC acted as the Individual Defendants' agent in committing war crimes.

2273. The primary war crime that the AUC committed while acting as the Individual Defendants' agent was the killings of innocent civilians, including Plaintiffs= decedents. In committing these war crimes acting as the Individual Defendants' agent, the AUC also committed the killings themselves, which as alleged above, were extrajudicial killings because they were committed by the AUC under color of the authority of the Government of Colombia.

2274. Chiquita=s ongoing regular payments to the AUC from 1996 to 2004, with full knowledge by Defendants of the specific acts of violence and terror committed each month by the AUC in the areas in and around Chiquita=s banana plantations, constitutes ratification of these acts by the Individual Defendants.

## Fifth Cause of Action
## Wrongful Death, on Behalf of All Plaintiffs Against All Defendants.

2275. Plaintiffs incorporate by reference paragraphs 1 through 2274 of this Complaint as is set forth herein.

2276. Defendants committed, or acted in concert to commit, or Defendants' employees or agents, committed acts that constitute wrongful death under the laws of Colombia, the laws of the District of Columbia or any other applicable jurisdiction,[2] and the laws of the United States, and that caused the deaths of Peter Does 1-144, Pablo Perezes 1-95, and the decedents added to the Third Amended Complaint.  Defendants were aware of the relationship between Chiquita and the terrorist groups in Colombia, including the AUC and FARC, and the threats posed by these terrorist groups to the people of the Uraba and Santa Marta regions of Colombia, including, Peter Does 1-144, Pablo Perezes 1-95, and and the decedents added to the Third Amended Complaint. However, while having the requisite control to do so, they recklessly failed to do anything to cease this relationship or to otherwise protect the lives of Peter Does 1-144, Pablo Perezes 1-95, and and the decedents added to the Third Amended Complaint. Plaintiffs are the heirs at law herein. Plaintiffs seek damages herein for pecuniary loss resulting from loss of society, comfort, attention, services and support.

2277. Defendants' actions and omissions were a direct and substantial cause of the deaths of Peter Does 1-144, Pablo Perezes 1-95, and and the decedents

---

[2] Plaintiffs acknowledge that the Court previously dismissed their state law claims, but Plaintiffs include those claims here in the alternative to their Colombian law claims to preserve them for appeal (to the extent they were not already preserved) and to avoid the need for further amendments should the state law claims be reinstated.

added to the Third Amended Complaint.  Defendants failed to use due care to

protect them from injury and harm, thereby proximately causing their wrongful

deaths.  Plaintiffs are entitled to recover compensatory and punitive damages in

amounts to be ascertained at trial.

2278. Torts under Colombian law have three elements:  (1) a negligent or

intentional act; (2) damages; and (3) a causal relation between the first two

elements.  These elements apply to the tort of wrongful death as well as to the

other torts identified in the causes of action below.

2279. Defendants are liable for their own torts under Colombian law.  As

described herein, Defendants negligently and/or intentionally provided material

support and encouragement to terrorist groups and reviewed, approved of, and

ratified such support.  In addition, Defendants were negligent in selecting, hiring,

contracting, retaining, and/or supervising those terrorist groups.  All Plaintiffs

suffered damages, including (but not limited to) damages related to the wrongful

deaths of and other harms suffered by the decedents named herein.  Finally,

Defendants' actions caused those harms and the damages related to them.

2280. Under Colombian law, Defendant Chiquita is liable for the torts of

Chiquita and Banadex employees, as well as anyone else acting on behalf of

Chiquita or Banadex.  As described herein, Defendant Chiquita, through Chiquita

and Banadex employees and others acting on behalf of Chiquita or Banadex,

negligently and/or intentionally provided material support and encouragement to terrorist groups and reviewed, approved of, and ratified such support. In addition, Defendant Chiquita, through Chiquita and Banadex employees and others acting on behalf of Chiquita or Banadex, was negligent in selecting, hiring, contracting, retaining, and/or supervising those terrorist groups. All Plaintiffs suffered damages, including (but not limited to) damages related to the wrongful deaths of and other harms suffered by the decedents named herein. Finally, Defendant Chiquita's actions caused those harms and the damages related to them.

2281. Defendants are liable for the torts of their agent, the AUC, under Colombian law. In intentionally murdering and otherwise harming hundreds of the decedents named herein, the AUC committed acts that caused damages to Plaintiffs. As previously alleged in ¶¶ 2234-2239, which are incorporated herein by reference, the AUC acted as Defendants' agent when it commited the wrongful acts described herein.

2282. Defendants are liable for the torts of the left-wing guerrilla groups, also acting as Defendants' agents, under Colombian law. In intentionally murdering and otherwise harming scores of the decedents named herein, left-wing guerrilla groups committed acts that caused damages to Plaintiffs. The allegations in ¶¶ 2113-2133, which are incorporated herein by reference, demonstrate that left-

wing guerrilla groups acted as Defendants' agents when they committed the wrongful acts described herein.

2283. Defendants are also strictly liable under Colombian law. When performing a hazardous activity, any damage caused by that activity is presumed to have been caused in a negligent fashion. Strict liability under Colombian law has three elements: (1) a hazardous activity; (2) damages; and (3) a causal relation between the first two elements.

2284. Hiring, retaining, supervising, encouraging, or otherwise supporting terrorist groups is a hazardous activity. As alleged herein, Defendants engaged in such hazardous activity with respect to the AUC and left-wing terrorist groups, and Defendants' actions caused damages to Plaintiffs.

**Sixth Cause of Action**
**Negligence, on Behalf of**
**All Plaintiffs Against All Defendants.**

2285. Plaintiffs incorporate by reference paragraphs 1- 2284 as is set forth herein.

2286. Defendants had a duty of reasonable care towards Plaintiffs and their decedents to ensure that neither Defendants nor their agents engaged in conduct leading to or likely to lead to foreseeable harm, injury or death, as described

herein.   Defendants failed to use due care to protect the Plaintiffs and their decedents from foreseeable injury, harm, and death.

2287. Defendants had a duty to Plaintiffs and their decedents to take ordinary care to ensure that the terrorist groups supported by Defendants were not unfit, incompetent or otherwise dangerous to Plaintiffs and their decedents.

2288. At all relevant times, Defendants and/or their agents, had the power, ability, authority and duty to stop engaging in the conduct described herein and to intervene to prevent or prohibit such conduct.

2289. Defendants and/or their agents breached the duty of care that they owed Plaintiffs and their decedents.   In engaging in the conduct alleged herein, including the provision of material support to terrorist groups, Defendants and/or their agents have not acted as ordinarily prudent and careful persons would act in similar circumstances.

2290. Defendants and/or their agents' breach of the duty of care that they owed Plaintiffs and their decedents is the proximate cause of Plaintiffs and their decedents' damages, as alleged herein.

2291. Defendants acted negligently under the laws of Colombia (as alleged in ¶¶ 2278-2284) and the District of Columbia or any other applicable jurisdiction.

**Seventh Cause of Action**
**Negligent Hiring, on Behalf of**
**All Plaintiffs Against All Defendants.**

2292. Plaintiffs incorporate by reference paragraphs 1- 2291 as is set forth herein.

2293. Defendants and/or their agents selected, hired, retained and/or contracted with terrorist groups operating in and around their banana-growing areas in Colombia.

2294. Defendants had a duty to Plaintiffs and their decedents to take reasonable care to ensure that these terrorist groups were not unfit, incompetent or otherwise dangerous to Plaintiffs and their decedents.

2295. Despite actual or constructive knowledge of the violent characteristics of these groups, Defendants hired, retained, and/or contracted with terrorist groups operating in and around their banana-growing areas in Colombia. At the time that Defendants selected, hired, retained and/or contracted with these terrorist groups, and at all other relevant times, Defendants knew or reasonably should have known that these terrorist groups were unfit, incompetent, and/or dangerous, and that, as a result, would intentionally and/or negligently violate, did violate and would continue to harm Plaintiffs and their decedents, as alleged herein.

2296. Defendants failed to exercise reasonable care in selecting, hiring, retaining and contracting for the security personnel whom Defendants and/or their agents retained to perform this work. Defendants breached their duty to Plaintiffs and their decedents, who suffered harm and injury, including harm and injury

caused by resources, property, funding and/or equipment under Defendants' control.

2297. As a direct and proximate result of those violations, Plaintiffs and their decedents would and did suffer injuries as further alleged herein.

2298. As a direct and proximate result of Defendants' negligent selection, hiring, retention and/or contracting with terrorist groups, Plaintiffs and their decedents have suffered and continue to suffer injuries entitling them to damages in amounts to be proven at trial.

2299. Defendants' conduct constitutes negligent hiring and is actionable under the laws of Colombia (as alleged in ¶¶ 2278-2284) and the District of Columbia or any other applicable jurisdiction.

**Eighth Cause of Action**
**Negligent Supervision, on Behalf of**
**All Plaintiffs Against All Defendants.**

2300. Plaintiffs incorporate by reference paragraphs 1- 2299 as is set forth herein.

2301. When engaging in the wrongful conduct alleged herein, the terrorist groups receiving material assistance from Defendants were acting as agents of Defendants.

2302. Defendants had a duty to Plaintiffs and their decedents to take reasonable care to ensure that the terrorist groups Defendants provided material support to were not unfit, incompetent or otherwise dangerous to Plaintiffs and their decedents.

2303. By providing material support to terrorist groups, Defendants exercised control over the operative details of the actions taken by these groups, including control over the resources, property, funding and/or equipment used to injure and harm Plaintiffs and their decedents.

2304. Defendants also had the authority to supervise, prohibit, control, and/or regulate the terrorist groups receiving material support from them so as to prevent these acts and omissions from occurring.  Defendants also had the ability to suspend material support to the terrorist groups until such time as the tortious conduct alleged herein were stopped and/or prevented.

2305. Defendants knew, or reasonably should have known, that the terrorist groups they were providing material support to would create a risk of harm and actually harm or otherwise violate Plaintiffs and their decedents' rights, and that, as a direct and proximate result of those violations, Plaintiffs and their decedents would suffer injuries as alleged herein.

2306. Defendants knew, or reasonably should have known, that unless they intervened to protect Plaintiffs and their decedents and properly supervise,

prohibit, control and/or regulate the conduct described herein, the terrorists receiving material support from Defendants would perceive their acts and omissions as being ratified and condoned.

2307. Defendants failed to exercise due care by failing to supervise, prohibit, control or regulate the terrorist groups they were supporting. Defendants breached their duty to Plaintiffs and their decedents, who suffered harm and injury, including harm and injury caused by resources, property, funding and/or equipment under Defendants' control.

2308. As a direct and proximate result of Defendants' negligent supervision of the terrorist groups they supported, Plaintiffs and their decedents have suffered and continue to suffer injuries entitling them to damages in amounts to be proven at trial.

2309. Defendants' conduct constitutes negligent supervision and is actionable under the laws of Colombia (as alleged in ¶¶ 2278-2284) and the District of Columbia or any other applicable jurisdiction.

## Ninth Cause of Action
### Intentional Infliction of Emotional Distress, on Behalf of All Plaintiffs Against All Defendants.

2310. Plaintiffs incorporate by reference paragraphs 1 - 2309 as is set forth herein.

2311. Defendants and/or their agents intentionally committed outrageous and extreme acts, as alleged herein, including the murder, assault, and battery of Plaintiffs' immediate family members, carried out by the terrorist groups receiving material support from Defendants. These acts, which are without privilege, were intended to cause and did cause Plaintiffs to suffer severe emotional distress.

2312. In the alternative, Defendants engaged in outrageous and extreme acts with reckless disregard for the probability of causing Plaintiffs severe emotional distress and did in fact cause Plaintiffs to suffer severe emotional distress.

2313. Defendants' outrageous and extreme conduct constitutes the intentional and/or reckless infliction of emotional distress and is actionable under the laws of Colombia (as alleged in ¶¶ 2278-2284) and the District of Columbia or any other applicable jurisdiction.

## Tenth Cause of Action
### Battery, on Behalf of
### All Plaintiffs Against All Defendants.

2314. Plaintiffs incorporate by reference paragraphs 1- 2313 as is set forth herein.

2315. Defendants and/or their agents committed intentional knowing, and/or reckless acts which resulted in harmful or offensive contact with the bodies of Plaintiffs' decedents.

2316. Plaintiffs' decedents did not consent to the contact. Defendants acted with the intent to cause injury and actually did cause injury, damage, loss and harm to Plaintiffs' decedents as alleged herein.

2317. The acts described herein constitute battery, actionable under the laws of Colombia (as alleged in ¶¶ 2278-2284) and the District of Columbia or any other applicable jurisdiction.

## Eleventh Cause of Action
### Assault, on Behalf of
### All Plaintiffs Against All Defendants.

2318. Plaintiffs incorporate by reference paragraphs 1- 2317 as is set forth herein.

2319. Defendants and/or their agents intentionally, knowingly and/or recklessly committed or attempted and/or threatened to commit wrongful acts intending to cause harmful or offensive contact with Plaintiffs' decedents. Defendants and/or their agents caused Plaintiffs' decedents to imminently fear and/or apprehend such harmful, offensive and/or unlawful contact. Defendants acted with the intent to threaten and harm and did actually threaten and harm Plaintiffs' decedents.

2320. Defendants' commissions and omissions, as alleged herein, demonstrated that Defendants had an imminent ability and intent to subject

Plaintiffs' decedents to an intentional, offensive and harmful contact.  Defendants knew or should have known that Plaintiffs' decedents would regard such intentional and harmful contact as offensive.

2321. Plaintiffs' decedents did not consent to such conduct, which caused injury, damage, loss and harm to Plaintiffs and their decedents. The acts described herein constitute assault, actionable under the laws of Colombia (as alleged in ¶¶ 2278-2284) and the District of Columbia or any other applicable jurisdiction.

## VI. DEMAND FOR JURY TRIAL

2322. Plaintiffs demand a trial by jury on all issues so triable.

## VII. PRAYER FOR RELIEF

2323. WHEREFORE, Plaintiffs respectfully request the Court to:

(a)	enter judgment in favor of Plaintiffs on all counts of the Complaint;

(b)	declare that Defendants have violated Plaintiffs= human rights and the laws of Colombia, the District of Columbia and the United States, as set forth herein;

(c)	award Plaintiffs compensatory and punitive damages;

(d)	grant Plaintiffs equitable relief, permanently enjoining Defendants from further engaging in human rights abuses against Plaintiffs and other inhabitants of the Uraba and Santa Marta regions of Colombia;

(e)  award Plaintiffs the costs of suit including reasonable attorneys= fees;

(f)  award Plaintiffs such other and further relief as the Court deems just

under the circumstances.

Respectfully submitted this 24th day of September 2012,


/s/ Terrence P. Collingsworth

Terrence P. Collingsworth (DC Bar 71830)
Tcollingsworth@conradscherer.com
Conrad & Scherer, LLP
1156 15th St. NW, Suite 502
Washington, DC 20009
P: 202-543-4001
F: 1-866-803-1125

*Attorneys for Plaintiffs, DOES 1-144,*
*PEREZES 1-95, PEREZES 96-795,*
*and Carmen Tulia Cordoba Cuesta et al.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 24th day of September, 2012. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

By: /s/ William R. Scherer, III

_____

Fla. Bar No. 041671
wrs3@conradscherer.com